IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LAURI VALJAKKA, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | No. 6:21-cv-00947-ADA |
| NETFLIX, INC., | § § | |
| Defendant. | § § | |

**NOTICE OF APPEARANCE OF SARAH E. PIEPMEIER ON BEHALF OF
<u>DEFENDANT NETFLIX, INC.</u>**

Please take notice that Sarah E. Piepmeier of Perkins Coie LLP, 505 Howard Street, Suite 1000, San Francisco, CA 94105, hereby enters an appearance as counsel of record on behalf of Defendant Netflix, Inc.

Dated:  October 12, 2021                                    Respectfully submitted,

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier, Bar No. 227094
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
SPiepmeier@perkinscoie.com
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Janice L. Ta, Bar No. 24075138
PERKINS COIE LLP
500 W 2nd Street, Suite 1900
Austin, TX  78701
Telephone: (737) 256-6100
Facsimile: (737) 256-6300

ATTORNEYS FOR
DEFENDANT NETFLIX, INC.

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 12, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier