IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **LAURI VALJAKKA,** | § § § | |
| **Plaintiff,** | § § | |
| vs. | § § | No. 6:21-cv-00947-ADA |
| **NETFLIX, INC.,** | § § | |
| **Defendant.** | § § | |

### DEFENDANT NETFLIX, INC. NOTICE OF EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Netflix, Inc. hereby gives notice of its agreed extension of forty-five (45) days to answer or otherwise respond to Plaintiff's Complaint. The current deadline for Defendant to answer or otherwise respond to the Complaint is Friday, October 15, 2021, and Defendant's deadline is extended by agreement by forty-five (45) days until Monday, November 29, 2021.

Plaintiff's counsel has informed Defendant's counsel that Plaintiff does not oppose this extension.

Dated: October 12, 2021

Respectfully submitted,

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier, Bar No. 227094
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
SPiepmeier@perkinscoie.com
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Janice L. Ta, Bar No. 24075138
PERKINS COIE LLP
500 W 2nd Street, Suite 1900
Austin, Texas 78701
JTa@perkinscoie.com
Telephone: (737) 256-6100
Facsimile: (737) 256-6300

ATTORNEYS FOR DEFENDANT
NETFLIX, INC.

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 12, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier
