IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LAURI VALJAKKA, | § § § § § § § § § § | |
| Plaintiff, | | |
| vs. | | No. 6:21-cv-00947-ADA |
| NETFLIX, INC., | | |
| Defendant. | | |

## DEFENDANT NETFLIX, INC. CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Netflix, Inc., by and through the undersigned counsel, states that it has no parent company and no publicly held corporation owns 10% or more of Netflix, Inc.'s stock.

Dated: October 20, 2021 Respectfully submitted,

/s/ *Sarah E. Piepmeier*
Sarah E. Piepmeier
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
SPiepmeier@perkinscoie.com
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Janice Ta
PERKINS COIE LLP
500 W 2nd Street, Suite 1900
Austin, TX  78701
Telephone: (737) 256-6100
Facsimile: (737) 256-6300

ATTORNEYS FOR
DEFENDANT NETFLIX, INC.

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 20, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier