AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| Valjakka | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:21-cv-00947-ADA |
| Netflix, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Valjakka.

Date:   11/16/2021

/s/William P. Ramey
*Attorney's signature*

William P. Ramey, III, Texas Bar No. 24027643
*Printed name and bar number*

5020 Montrose Blvd., Suite 800
Houston, Texas 77006
*Address*

wramey@rameyfirm.com
*E-mail address*

(713) 426-3923
*Telephone number*

(832) 900-4941
*FAX number*