IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LAURI VALJAKKA, § § Plaintiff, § § vs. § § NETFLIX, INC., § § Defendant. § | No. 6:21-cv-00947-ADA |

**DEFENDANT NETFLIX, INC.'S NOTICE OF SECOND EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Netflix, Inc. ("Defendant") hereby gives notice of its agreement with Plaintiff to extend the time in which Defendant is required to respond to Plaintiff's Complaint by two weeks. Defendant's extended deadline to respond will be Monday, December 13, 2021, which is the same date as the response deadline in *Lauri Valjakka v. Akamai Technologies, Inc.*, No. 6:21-cv-00942-ADA, and *Lauri Valjakka v. Amazon.com, Inc.*, No. 21-cv-00945-ADA, filed by the same Plaintiff on the same patent.

Dated:  November 22, 2021                              Respectfully submitted,

                                                       /s/ Sarah E. Piepmeier
                                                       Sarah E. Piepmeier, Bar No. 227094
                                                       PERKINS COIE LLP
                                                       505 Howard Street, Suite 1000
                                                       San Francisco, California 94105
                                                       SPiepmeier@perkinscoie.com
                                                       Telephone: (415) 344-7000
                                                       Facsimile: (415) 344-7050

                                                       Janice L. Ta, Bar No. 24075138
                                                       PERKINS COIE LLP
                                                       500 W 2nd Street, Suite 1900
                                                       Austin, TX  78701
                                                       Telephone: (737) 256-6100
                                                       Facsimile: (737) 256-6300

                                                       ATTORNEYS FOR
                                                       DEFENDANT NETFLIX, INC.

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 22, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                       /s/ Sarah E. Piepmeier
                                                       Sarah E. Piepmeier