# EXHIBIT 1

## Jurisdiction Map

