# EXHIBIT 2

MONDAY, DECEMBER 13, 2021

Site Map | Contacts | U.S. Department of Justice

**Search**

# U.S. Marshals Service
## Justice. Integrity. Service.

| Home | Contact | Fact Sheets | History | News Room | Business Opportunities | Career Opportunities |

## Western District of Texas - Area of Service

**U.S. Marshals Service offices are based on the organizational structure of the Federal District Court system.  Texas is divided into four judicial districts that are referred to as the Eastern, Northern, Southern, and Western Districts of Texas.**

**Western District of Texas:**

The Western District comprises the counties of Andrews, Atascosa, Bandera, Bastrop, Bell, Bexar, Blanco, Bosque, Brewster, Burleson, Burnet, Caldwell, Comal, Coryell, Crane, Culberson, Dimmit, Ector, Edwards, El Paso, Falls, Freestone, Frio, Gillespie, Gonzales, Guadalupe, Hamilton, Hays, Hill, Hudspeth, Jeff Davis, Karnes, Kendall, Kerr, Kimble, Kinney, Lampasas, Lee, Leon, Limestone, Llano, Loving, Martin, Mason, Maverick, McCulloch, McLennan, Medina, Midland, Milam, Pecos, Presidio, Real, Reeves, Robertson, San Saba, Somervell, Terrell, Travis, Upton, Uvalde, Val Verde, Ward, Washington, Williamson, Wilson, Winkler and Zavalla.



Court for the Western District is held in San Antonio, Austin, Del Rio, El Paso, Midland-Odessa, Pecos and Waco.

**For Marshals Service office contacts in other counties:**

**Southern District of Texas:**

The Southern District comprises the counties of Aransas, Austin, Bee, Brazoria, Brazos, Brooks, Calhoun, Cameron, Chambers, Colorado, De Witt, Duval, Fayette, Fort Bend, Galveston, Goliad, Grimes, Harris, Hidalgo, Jackson, Jim Hogg, Jim Wells, Kenedy, Kleberg, La Salle, Lavaca, Live Oak, Madison, Matagorda, McMullen, Montgomery, Nueces, Refugio, San Jacinto, San Patricio, Starr, Victoria, Walker, Waller, Webb, Wharton, Willacy and Zapata.



Court for the Southern District is held in Houston, Brownsville, Corpus Christi, Galveston, Laredo, McAllen and Victoria.

**Northern District of Texas:**

The Northern District comprises the counties of Archer,



Armstrong, Bailey, Baylor, Borden, Brisco, Brown, Callahan, Carson, Castro, Childress, Clay, Cochran, Coke, Coleman, Collingsworth, Comanche, Concho, Cottle, Crockett, Crosby, Dallam, Dallas, Dawson, Deaf Smith, Dickens, Donley, Eastland, Ellis, Erath, Fisher, Floyd, Foard, Gaines, Garza, Glasscock, Gray, Hale, Hall, Hansford, Hardeman, Hartley, Haskell, Hemphill, Hockley, Hood, Howard, Hunt, Hutchinson, Irion, Jack, Johnson, Jones, Kaufman, Kent, King, Knox, Lamb, Lipscomb, Lubbock, Lynn, Menard, Mills, Mitchell, Montague, Moore, Motley, Navarro, Nolan, Ochiltree, Oldham, Palo Pinto, Parker, Parmer, Potter, Randall, Reagan, Roberts, Rockwall, Runnels, Schleicher, Scurry, Shackleford, Sherman, Stephens, Sterling, Stonewall, Sutton, Swisher, Tarrant, Taylor, Terry, Throckmorton, Tom Green, Wheeler, Wichita, Wilbarger, Wise, Yoakum and Young.

Court for the Northern District is held in Dallas, Abilene, Amarillo, Fort Worth, Lubbock, San Angelo and Wichita Falls.

**Eastern District of Texas:**

The Eastern District comprises the counties of Anderson, Angelina, Bowie, Camp, Cass, Cherokee, Collin, Cook, Delta, Denton, Fannin, Franklin, Grayson, Gregg, Hardin, Harrison, Henderson, Hopkins, Houston, Jasper, Jefferson, Lamar, Liberty, Marion, Morris, Nacogdoches, Newton, Orange, Panola, Polk, Rains, Red River, Rusk, Sabine, San Augustine, Shelby, Smith, Titus, Trinity, Tyler, Upshur, Van Zandt, and Wood.

Court for the Eastern District is held in Tyler, Beaumont, Lufkin, Marshall, Paris, Sherman and Texarkana.

The organizational structure of the district can be found in the United States Code Title 28, Part I, Chapter 5, Section 124.

Contacts: General Inquiries | Information or Inquiries on Fugitives | Freedom of Information inquiries

Download Adobe Flash Player

For Information: Accessibility | Freedom of Information | Privacy Policy | No Fear Act | usa.gov | eRulemaking | usdoj.gov | Linking Policy for this web site and legal disclaimers

usmarshals.gov is an official site of the U.S. Federal Government, U.S. Department of Justice

https://www.usmarshals.gov/district/tx-w/general/area.htm[12/13/2021 11:14:41 AM]