IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>  Plaintiff<br><br>v.<br><br>NETFLIX, INC.,<br><br>  Defendant. | CASE NO. 6:21-cv-00947-ADA |

**[PROPOSED] ORDER GRANTING DEFENDANT NETFLIX, INC.'S MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE, TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**

BEFORE THE COURT is the Defendant Netflix, Inc.'s Motion to Dismiss for Improper Venue, or in the alternative, Motion to Transfer to the Northern District of California. The Court has considered the Motion and finds that it should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that Defendant's Complaint be dismissed, OR in the alternative, be transferred to the Northern District of California.

SIGNED this_____ day of _____, 202__.

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE