# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LAURI VALJAKKA, § § **Plaintiff,** § § vs. § **No. 6:21-cv-00947-ADA** § NETFLIX, INC., § § **Defendant.** § | |

## DEFENDANT NETFLIX, INC. NOTICE OF EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendant Netflix, Inc. hereby gives notice of its agreed extension of forty-five (45) days to answer or otherwise respond to Plaintiff's Amended Complaint. The current deadline for Defendant to answer or otherwise respond to the Amended Complaint is Tuesday, January 18, 2022, and Defendant's deadline is extended by agreement by forty-five (45) days until Friday, March 4, 2022. Parties had previously given notice for two agreed extensions: the first extension was for the original filed complaint, and the second extension was to align the response deadline with other ongoing cases filed by the same Plaintiff on the same patent.

Plaintiff's counsel has informed Defendant's counsel that Plaintiff does not oppose this extension.

Dated: January 6, 2022

Respectfully submitted,

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier, Bar No. 227094
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
SPiepmeier@perkinscoie.com
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Janice L. Ta, Bar No. 24075138
PERKINS COIE LLP
500 W 2nd Street, Suite 1900
Austin, TX  78701
Telephone: (737) 256-6100
Facsimile: (737) 256-6300

ATTORNEYS FOR
DEFENDANT NETFLIX, INC.

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on January 6, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier