# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| LAURI VALJAKKA, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | No. 6:21-cv-00947-ADA |
| NETFLIX, INC., | § § | |
| Defendant. | § § | |

## ORDER OF THE COURT

Before the Court is the parties' Joint Motion to Transfer to the Northern District of California and to Vacate All Pending Deadlines. The Court, having considered the same, is of the opinion the Joint Motion should be GRANTED.

IT IS THEREFORE ORDERED THAT:

1. All deadlines in the above-captioned case are vacated, including deadlines under this Court's Standing Orders, federal rules, and/or local rules of this Court, including without limitation relating to all pending motions.

2. The above-captioned case is transferred to the United States District Court for the Northern District of California.

DATED: March 8, 2022

_____
Alan D Albright
Judge of the United States District Court