# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:21–cv–00947–ADA

| | |
|---|---|
| Valjakka v. Netflix, Inc. | Date Filed: 09/13/2021 |
| Assigned to: Judge Alan D Albright | Date Terminated: 03/08/2022 |
| Cause: 35:271 Patent Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Lauri Valjakka**    represented by    **William P. Ramey , III**
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
713–426–3923
Fax: 832/900–4941
Email: wramey@rameyfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
Spencer Fane LLP
3040 Post Oak Blvd., Suite 1300
Houston, TX 77056
713–498–6047
Fax: 7135839737
Email: erobinson@spencerfane.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Netflix, Inc.**    represented by    **Sarah E. Piepmeier**
Perkins Coie LLP
505 Howard Street
San Francisco, CA 94117
415–344–7150
Fax: 415–344–7350
Email: spiepmeier@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janice L. Ta**
Perkins Coie LLP
500 W 2nd St 1900
Austin, TX 78701
(737) 256–6125
Fax: (737) 256–6300
Email: jta@perkinscoie.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2021 | Ï 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542−15212433). No Summons requested at this time, filed by Lauri Valjakka. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit, # 3 Exhibit)(Robinson, Erick) (Entered: 09/13/2021) |
| 09/13/2021 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Robinson, Erick) (Entered: 09/13/2021) |
| 09/13/2021 | Ï | All parties shall comply with the Standing Orders located at https://www.txwd.uscourts.gov/judges−information/standing−orders/. (lad) (Entered: 09/13/2021) |
| 09/13/2021 | Ï | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (lad) (Entered: 09/13/2021) |
| 09/22/2021 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS by Lauri Valjakka. (Robinson, Erick) (Entered: 09/22/2021) |
| 09/22/2021 | Ï 4 | Summons Issued as to Netflix, Inc. (jc5) (Entered: 09/23/2021) |
| 09/29/2021 | Ï 5 | SUMMONS Returned Executed by Lauri Valjakka. Netflix, Inc. served on 9/24/2021, answer due 10/15/2021. (Robinson, Erick) (Entered: 09/29/2021) |
| 10/08/2021 | Ï 9 | Standing Order Regarding Order Governing Proceedings Patent Cases. Signed by Judge Alan D Albright. (Entered: 10/13/2021) |
| 10/12/2021 | Ï 6 | NOTICE of Attorney Appearance by Sarah E. Piepmeier on behalf of Netflix, Inc.. Attorney Sarah E. Piepmeier added to party Netflix, Inc.(pty:dft) (Piepmeier, Sarah) (Entered: 10/12/2021) |
| 10/12/2021 | Ï 7 | NOTICE of Attorney Appearance by Janice L. Ta on behalf of Netflix, Inc.. Attorney Janice L. Ta added to party Netflix, Inc.(pty:dft) (Ta, Janice) (Entered: 10/12/2021) |
| 10/12/2021 | Ï 8 | NOTICE *of Extension of Time to Respond to Plaintiff's Complaint* by Netflix, Inc. re 1 Complaint (Piepmeier, Sarah) (Entered: 10/12/2021) |
| 10/12/2021 | Ï | Reset Deadlines: Netflix, Inc. answer due 11/29/2021. (jc5) (Entered: 10/13/2021) |
| 10/20/2021 | Ï 10 | RULE 7 DISCLOSURE STATEMENT filed by Netflix, Inc.. (Piepmeier, Sarah) (Entered: 10/20/2021) |
| 11/16/2021 | Ï 11 | NOTICE of Attorney Appearance by William P. Ramey, III on behalf of Lauri Valjakka. Attorney William P. Ramey, III added to party Lauri Valjakka(pty:pla) (Ramey, William) (Entered: 11/16/2021) |
| 11/22/2021 | Ï 12 | NOTICE *of Second Extension of Time to Respond to Plaintiff's Complaint* by Netflix, Inc. re 1 Complaint (Piepmeier, Sarah) (Entered: 11/22/2021) |
| 11/22/2021 | Ï | Reset Deadlines: Netflix, Inc. answer due 12/13/2021. (jc5) (Entered: 11/23/2021) |
| 12/13/2021 | Ï 13 | MOTION to Dismiss *for Improper Venue, or in the Alternative, Transfer to the Northern District of California* by Netflix, Inc.. (Attachments: # 1 Declaration of Charlotte Bowers, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Declaration of Janice L. Ta, # 5 Exhibit 1, # 6 Proposed Order)(Piepmeier, Sarah) (Entered: 12/13/2021) |
| 01/03/2022 | Ï 14 | AMENDED COMPLAINT against Netflix, Inc. amending, filed by Lauri Valjakka. (Attachments: # 1 Exhibit)(Ramey, William) (Entered: 01/03/2022) |

| 01/06/2022 | 15 | NOTICE *of Extension of Time to Respond to Plaintiff's Amended Complaint* by Netflix, Inc. re 14 Amended Complaint (Piepmeier, Sarah) (Entered: 01/06/2022) |
|---|---|---|
| 01/06/2022 | | Reset Deadlines: Netflix, Inc. answer due 3/4/2022. (jc5) (Entered: 01/06/2022) |
| 03/03/2022 | 16 | Joint MOTION to Transfer Case *to the Northern District of California and to Vacate All Pending Deadlines* by Netflix, Inc.. (Piepmeier, Sarah) (Entered: 03/03/2022) |
| 03/08/2022 | 17 | ORDER GRANTING 16 Motion to Transfer Case. Signed by Judge Alan D Albright. (jc5) (Entered: 03/08/2022) |
| 03/08/2022 | | Case transferred to District of Northern California. (jc5) (Entered: 03/08/2022) |