UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LAURI VALJAKKA,

        Plaintiff,

   v.

NETFLIX INC,

        Defendant.

Case No. 22-cv-01490-VKD

**ORDER OF RECUSAL**

I, the undersigned judge, hereby recuse myself from this case and request that the case be reassigned pursuant to the Assignment Plan. All pending dates of motions, pretrial conferences or trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: March 10, 2022

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge