UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>          Plaintiff,<br><br>     v.<br><br>NETFLIX INC,<br><br>          Defendant. | Case No.22-cv-01490-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 25 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for June 28, 2022 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due June 21, 2022 by 5:00 P.M.

Dated: March 24, 2022

                                              Mark B. Busby
                                              Acting Clerk of Court, United States District Court

                                              By: _____
                                              Mauriona Lee, Deputy Clerk to the
                                              Honorable JON S. TIGAR
                                              510-637-3530