UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>             Plaintiff,<br><br>    v.<br><br>NETFLIX INC,<br><br>             Defendant. | Case No. 22-cv-01490-JST<br><br>**NOTICE OF EX PARTE CONTACT; SCHEDULING ORDER** |

On March 24, 2022, Netflix attorney Matthew Walkup sent an email to the Courtroom Deputy, stating as follows:

> We represent Defendant Netflix, Inc. in 4:22-cv-01490-JST and wanted to clarify when the deadline to file our first responsive pleading would be.
>
> Prior to the case being transferred to this court, plaintiff had filed the original complaint, which we answered with a Motion to Dismiss or Transfer. Plaintiff then filed an amended complaint that then mooted our motion. The case was then transferred.
>
> Will the court be issuing an Order resetting deadlines? Or should parties enter a stipulation regarding upcoming deadlines?

Mr. Walkup appears not to have copied opposing counsel on this email. Counsel are reminded not to communicate with the Court without including opposing counsel.

The Court now advances the initial case management conference from June 21, 2022 to April 19, 2022 at 2:00 p.m. A joint case management statement is due April 12, 2022. That

/ / /

/ / /

/ / /

/ / /

statement should contain the parties' proposals concerning the case schedule.  The Court anticipates setting a schedule at the conference.

**IT IS SO ORDERED.**

Dated:  March 30, 2022



JON S. TIGAR
United States District Judge