Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>         Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>         Defendant. | Case No. 4:22-cv-01490-JST<br><br>NETFLIX, INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO CHANGE TIME OF THE CASE MANAGEMENT CONFERENCE AND STATEMENT<br><br>Judge:   JON S. TIGAR |

Pursuant to N.D. Cal. Civil Local Rule 6-3, Netflix, Inc. files this administrative motion to respectfully request that the Case Management Conference ("CMC") be changed from April 19, 2022 to a date on or after May 3, 2022, with the Case Management Statement due 7 days before the new requested hearing date.  The parties met and conferred by email, and although Plaintiff does not join in this motion, Plaintiff has agreed that it will not oppose Netflix's request to postpone.

On March 30, 2022, the Court issued a Scheduling Order that rescheduled the CMC from June 21, 2022 to April 19, 2022.[1]  However, Netflix's lead counsel, Sarah Piepmeier, will be out

---

[1] The Court issued this Scheduling Order in response to Netflix's inadvertent *ex parte* communication requesting scheduling information related to its responsive pleading.  Netflix appreciates the Court's attention to the scheduling issues of this case, and apologizes for the *ex parte* correspondence.

-1-

of the country that week and the following week, and therefore unavailable until May 2, 2022. Furthermore, Netflix has a technology tutorial for another matter in the San Francisco Courthouse (Judge Donato) on May 2, 2022 (Orders, *Broadcom Corp. v. Netflix Inc*, 3:20-CV-04677-JD, (N.D. Cal. Sept. 14, 2021), ECF Nos. 183, 191, 196, Text Only Entry, April 1, 2022).  As such, Netflix respectfully requests that the CMC be rescheduled to a time on or after May 3, 2022.

Dated:  April 4, 2022               **PERKINS COIE LLP**

By: */s/ Sarah E. Piepmeier*

    Sarah E. Piepmeier, Bar No. 227094
    PERKINS COIE LLP
    505 Howard Street, Suite 1000
    San Francisco, California 94105
    Telephone: +1.415.344.7000
    Facsimile:  +1.415.344.7050
    SPiepmeier@perkinscoie.com

    Attorneys for Defendant
    NETFLIX, INC.