1  Sarah E. Piepmeier, Bar No. 227094
   SPiepmeier@perkinscoie.com
2  PERKINS COIE LLP
   505 Howard Street, Suite 1000
3  San Francisco, California 94105
   Telephone: +1.415.344.7000
4  Facsimile:  +1.415.344.7050

6  Attorneys for Defendant
   NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LAURI VALJAKKA, | Case No. 4:22-cv-01490-JST |
|---|---|
| Plaintiff, | DECLARATION OF SARAH E. PIEPMEIER IN SUPPORT OF NETFLIX, INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO CHANGE TIME OF THE CASE MANAGEMENT CONFERENCE AND STATEMENT |
| v. | |
| NETFLIX, INC., | |
| Defendant. | Judge:   JON S. TIGAR |

### **Declaration of Sarah. E. Piepmeier**

I, Sarah Piepmeier, hereby declare:

1. I am an attorney with the law firm Perkins Coie LLP, based in San Francisco, California, and am the lead counsel representing Netflix, Inc. I have personal knowledge of the facts set forth in this declaration and am competent to testify.

2. I will be travelling internationally from April 17, 2022 until April 28, 2022, including during the Case Management Conference that is currently scheduled for April 19, 2022.

3. On Thursday March 31, 2022, a member of my team emailed opposing counsel to address the timing of the April 19, 2022 CMC.  Mr. Ramey replied shortly thereafter that Plaintiff does not oppose Netflix's request to postpone.

**I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.**

*s/ Sarah E. Piepmeier*
Sarah E. Piepmeier