UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>      Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>      Defendant. | Case No. 4:22-cv-01490-JST<br><br>[PROPOSED] ORDER GRANTING NETFLIX, INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO CHANGE TIME OF THE CASE MANAGEMENT CONFERENCE AND STATEMENT<br><br>Judge:   JON S. TIGAR |

      The Court, having considered Netflix, Inc.'s Administrative Motion to Change Time of the Case Management Conference and Statement, now hereby, GRANTS Netflix's Motion to Change Time.

      It is further ORDERED that:

      The Case Management Conference is scheduled for _____. A joint case management statement is due _____.

DATED this \_\_\_\_\_ day of _____, 2022.

                                                HONORABLE JON S. TIGAR<br>
                                                  United States District Judge