Susan S.Q. Kalra, CA SBN167940
Email: susan@m-iplaw.com
MAHAMEDI IP LAW LLP
910 Campisi Way, Suite 1E
Campbell, CA 95008
Telephone: (408) 236-6640
Fax: (408) 236-6641

William P. Ramey, III (*pro hac vice anticipated*)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
LAURI VALJAKKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>                        Plaintiff,<br>v.<br><br>NETFLIX INC.,<br><br>                        Defendant. | Case No.: 4:22-cv-01490-JST<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TIME OF THE CASE MANAGEMENT CONFERENCE AND STATEMENT**<br><br>**(Dkt. 29)** |

Plaintiff Lauri Valjakka ("Plaintiff") hereby responds to Defendant Netflix, Inc.'s ("Defendant") Motion to Continue Time of the Case Management Conference and Statement (Dkt. 29), filed pursuant to N.D. Cal. Civil Local Rule 6-3.

Plaintiff states that he does not oppose Defendant's request that the Case Management Conference ("CMC") be changed from April 19, 2022 to a date on or after May 3, 2022, with the Case Management Statement due 7 days before the new requested hearing date.

Dated: April 8, 2022                                  Respectfully submitted,

                                                      MAHAMEDI IP LAW LLP

                                                      /s/ Susan S.Q. Kalra
                                                      Susan S.Q. Kalra, CA SBN 167940
                                                      910 Campisi Way, Suite 1E
                                                      Campbell, CA 95008
                                                      Telephone: (408) 236-6640
                                                      Fax: (408) 236-6641
                                                      Email: susan@m-iplaw.com


                                                      RAMEY LLP

                                                      /s/ William P. Ramey, III
                                                      William P. Ramey, III (pro hac vice
                                                           anticipated)
                                                      5020 Montrose Blvd., Suite 800
                                                      Houston, Texas 77006
                                                      Telephone: (713) 426-3923
                                                      Fax: (832) 689-9175
                                                      Email: wramey@rameyfirm.com

                                                      Attorneys for Plaintiff
                                                      LAURI VALJAKKA