Susan S.Q. Kalra, CA SBN167940
Email: susan@m-iplaw.com
MAHAMEDI IP LAW LLP
910 Campisi Way, Suite 1E
Campbell, CA 95008
Telephone: (408) 236-6640
Fax: (408) 236-6641

William P. Ramey, III (*pro hac vice anticipated*)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
LAURI VALJAKKA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>                          Plaintiff,<br><br>   v.<br><br>NETFLIX INC.,<br><br>                          Defendant. | Case No.: 4:22-cv-01490-JST<br><br>**NOTICE OF APPEARANCE** |

    **PLEASE TAKE NOTICE THAT** Susan Kalra of Mahamedi IP Law LLP hereby

appears as counsel of record for Plaintiff Lauri Valjakka. Copies of all notices, pleadings,

correspondence and communications regarding the above-captioned matter should be served as follows:

> Susan S.Q. Kalra (State Bar No. 167940)
> MAHAMEDI IP LAW LLP
> 910 Campisi Way, Suite 1E
> Campbell, CA 95008
> Telephone: (408) 236-6640
> Fax: (408) 236-6641
> Email: susan@m-iplaw.com

Dated: April 8, 2022

Respectfully submitted,

MAHAMEDI IP LAW LLP

/s/ Susan S.Q. Kalra
Susan S.Q. Kalra, CA SBN 167940
910 Campisi Way, Suite 1E
Campbell, CA 95008
Telephone: (408) 236-6640
Fax: (408) 236-6641
Email: susan@m-iplaw.com

RAMEY LLP

/s/ William P. Ramey, III
William P. Ramey, III (pro hac vice
    anticipated)
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175
Email: wramey@rameyfirm.com

Attorneys for Plaintiff
LAURI VALJAKKA