UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>            Plaintiff,<br><br>   v.<br><br>NETFLIX, INC.,<br><br>            Defendant. | Case No. 4:22-cv-01490-JST<br><br>[PROPOSED] ORDER GRANTING NETFLIX, INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO CHANGE TIME OF THE CASE MANAGEMENT CONFERENCE AND STATEMENT<br><br>Judge:   JON S. TIGAR |

The Court, having considered Netflix, Inc.'s Administrative Motion to Change Time of the Case Management Conference and Statement, now hereby, GRANTS Netflix's Motion to Change Time.

It is further ORDERED that:

The Case Management Conference is scheduled for  May 3, 2022 . A joint case management statement is due  April 26, 2022 .

DATED this  12th  day of          April         , 2022.

_____
HONORABLE JON S. TIGAR
United States District Judge

-1-