| | |
|---|---|
| 1 | Sarah E. Piepmeier, Bar No. 227094 |
| 2 | SPiepmeier@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 505 Howard Street, Suite 1000<br>San Francisco, California 94105 |
| 4 | Telephone: +1.415.344.7000<br>Facsimile:  +1.415.344.7050 |

Attorneys for Defendant
NETFLIX, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| LAURI VALJAKKA, | Case No. 4:22-cv-01490-JST |
|---|---|
| Plaintiff, | DEFENDANT NETFLIX, INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-15 |
| v. | |
| NETFLIX, INC., | |
| Defendant. | Complaint Filed: September 13, 2021 |
| | Judge:    Jon S. Tigar |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this date, Defendant Netflix, Inc. ("Netflix"), has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Additionally, pursuant to Civil L.R. 3-15, Defendant Netflix, by and through its undersigned counsel, certifies that as of this date, other than the named parties, there is no interest to report.

DATED:  April 26, 2022                                   Respectfully submitted,

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier
Janice L. Ta
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
SPiepmeier@perkinscoie.com
JTa@perkinscoie.com
Telephone:    +1.415.344.7000
Facsimile:     +1.415.344.7050