Susan S.Q. Kalra, CA SBN167940
Email: susan@m-iplaw.com
MAHAMEDI IP LAW LLP
910 Campisi Way, Suite 1E
Campbell, CA 95008
Telephone: (408) 236-6640
Fax: (408) 236-6641

William P. Ramey, III (*pro hac vice anticipated*)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
LAURI VALJAKKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>　　　　　　　　Plaintiff,<br>v.<br>NETFLIX INC.,<br><br>　　　　　　　　Defendant. | Case No.: 4:22-cv-01490-JST<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**(Civ. L.R. 3-15; Fed. R. Civ. P. 7.1)** |

　　Pursuant to Civ. L.R. 3-15 Plaintiff LAURI VALJAKKA submits this Certification of Interested Entities or Persons.

1

Pursuant to Civil L.R. 3-15, the undersigned certifies that other than the parties named in this action, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest of any kind in the subject matter in controversy or in a party to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding:

1. Ramey LLP
2. Kenealy Vaidya, LLP
3. IP Case Group 1 LLC

Dated: April 27, 2022

Respectfully submitted,

MAHAMEDI IP LAW LLP

/s/ Susan S.Q. Kalra
Susan S.Q. Kalra, CA SBN 167940
910 Campisi Way, Suite 1E
Campbell, CA 95008
Telephone: (408) 236-6640
Fax: (408) 236-6641
Email: susan@m-iplaw.com


RAMEY LLP

/s/ William P. Ramey, III
William P. Ramey, III (pro hac vice anticipated)
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175
Email: wramey@rameyfirm.com

Attorneys for Plaintiff
LAURI VALJAKKA