Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LAURI VALJAKKA                )
                              )  Case No: <u>4:22-cv-01490-JST</u>
            Plaintiff(s),      )
                              )  **APPLICATION FOR**
      v.                       )  **ADMISSION OF**
                              )  **ATTORNEY PRO HAC VICE**
NETFLIX, INC.                  )  (CIVIL LOCAL RULE 11-3)
                              )
                              )
            Defendant(s).      )
                              )

I, <u>Janice L. Ta</u>, an active member in good standing of the bar of <u>Texas</u>, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: <u>Defendant Netflix, Inc.</u> in the above-entitled action. My local co-counsel in this case is <u>Sarah E. Piepmeier</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | MY ADDRESS OF RECORD: |
|---|---|
| Perkins Coie<br>405 Colorado St., Suite 1700<br>Austin, Texas 78701 | Perkins Coie<br>505 Howard Street, Suite 1000<br>San Francisco, California 94105-3204 |
| MY TELEPHONE # OF RECORD:<br>(737) 256-6125 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 344-7150 |
| MY EMAIL ADDRESS OF RECORD:<br>JTa@perkinscoie.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>SPiepmeier@perkinscoie.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>24075138</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/17/22                              Janice L. Ta                    ⊞
                                          _____
                                                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Janice L. Ta</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____
                                          _____
                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE