1  Sarah E. Piepmeier, Bar No. 227094
   SPiepmeier@perkinscoie.com
2  PERKINS COIE LLP
   505 Howard Street, Suite 1000
3  San Francisco, California 94105
   Telephone: +1.415.344.7000
4  Facsimile:  +1.415.344.7050

5  Janice L. Ta, Bar No. 24075138 (appearance *pro hac vice* pending)
   JTa@perkinscoie.com
6  PERKINS COIE LLP
   405 Colorado Street Suite 1700
7  Austin, Texas 78701
   Telephone: +1.737.256.6100
8  Facsimile:  +1.737.256.6300

9

10 Attorneys for Defendant
   NETFLIX, INC.

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14 | LAURI VALJAKKA,           | Case No. 4:22-cv-01490-JST            |
15 |        Plaintiff,          | NOTICE OF APPEARANCE OF ELISE S. EDLIN |
16 |     v.                     |                                       |
17 | NETFLIX, INC.,             |                                       |
18 |        Defendant.          |                                       |

-1-

-2-

PLEASE TAKE NOTICE that Elise S. Edlin of Perkins Coie LLP hereby appears as counsel for Defendant, Netflix, Inc. in this action.  Please serve all pleadings, orders, notices, correspondence, and other documents with regard to the above-referenced action on:

> Sarah E. Piepmeier
> Elise S. Edlin
> PERKINS COIE LLP
> 505 Howard Street, Suite 1000
> San Francisco, California 94105
> spiepmeier@perkinscoie.com
> eedlin@perkinscoie.com
> Telephone:    (415) 344-7000
> Facsimile:     (415) 344-7050
>
> Janice L. Ta
> JTa@perkinscoie.com
> PERKINS COIE LLP
> 405 Colorado Street Suite 1700
> Austin, Texas 78701
> Telephone:    +1.737.256.6100
> Facsimile:     +1.737.256.6300

Dated:  May 17, 2022               **PERKINS COIE LLP**


By: */s/ Elise S. Edlin*
    Sarah E. Piepmeier, Bar No. 227094
    Elise S. Edlin, Bar No. 293756
    Janice L. Ta, Bar No. 24075138

Attorneys for Defendant
NETFLIX, INC.