Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Janice L. Ta (appearance *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

*Attorneys for Defendant NETFLIX, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NETFLIX, INC.,<br><br>　　　　Defendant. | **Case No. 4:22-cv-01490-JST**<br><br>**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**[CIVIL LOCAL RULE 6-2]**<br><br>Judge:　Hon. JON S. TIGAR |

**TO THE HON. JON S. TIGAR, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Civil Local Rule 6-2 of the Civil Local Rules (L.R.), Defendant Netflix, Inc. ("Defendant" or "Netflix") and Lauri Valjakka ("Plaintiff" or "Valjakka") stipulate as follows:

WHEREAS, on March 24, 2022, this case was assigned to Judge Jon S. Tigar in the Oakland Division of the Northern District of California following Parties' joint motion to transfer from the Western District of Texas (Dkt. 25).

WHEREAS, on March 24, 2022, the Court set a Case Management Conference for June 28, 2022, with a Joint Case Management Conference Statement due on June 21, 2022 (Dkt. 26).

WHEREAS, on March 30, 2022, the Court reset the Case Management Conference to April 19, 2022 (Dkt. 27).

WHEREAS, on April 4, 2022, Netflix filed an unopposed administrative motion to reset the Case Management Conference to on or after May 3, 2022 (Dkt. 29).

WHEREAS, on April 12, 2022, this Court granted Netflix's unopposed administrative motion and reset the Case Management Conference to May 3, 2022 (Dkt. 32).

WHEREAS, Netflix's deadline to respond to Valjakka's First Amended Complaint was set for May 16, 2022 (Dkt. 35, as granted Dkt. 38).

WHEREAS, Valjakka filed a Second Amended Complaint on May 12, 2022, which mooted the May 16, 2022, deadline (Dkt. 39).

WHEREAS, Netflix's deadline to respond to Valjakka's Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(3) is May 26, 2022.

WHEREAS, on May 14, 2022, counsel for Parties met and conferred and agreed to submit a stipulation for a fourteen (14) day extension for Netflix to file its response to Valjakka's Second Amended Complaint up to and including June 9, 2022.

WHEREAS, this stipulation will not alter the date of any event or any deadline already fixed by the Court order.

1  NOW, THEREFORE, the Parties, by and through their respective counsel, hereby stipulate and agree that Netflix's response to Valjakka's Second Amended Complaint shall be filed no later than June 9, 2022.

Dated:  May 18, 2022                          Respectfully submitted,

                                              PERKINS COIE, LLP

                                              */s/ Sarah E. Piepmeier*
                                              Sarah E. Piepmeier, CA SBN 227094

                                              **Attorney for Defendant Netflix, Inc.**


Dated:  May 18, 2022                          MAHAMEDI IP LAW LLP

                                              */s/ Susan S.Q. Kalra*
                                              Susan S.Q. Kalra, CA SBN 167940

                                              **Attorney for Plaintiff Lauri Valjakka**

1 | **PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

4 | Dated:  May 20, 2022                    By: _____
                                             HON. JON S. TIGAR
                                             UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

I, Sarah E. Piepmeier, am the ECF user whose user id and password authorizes the filing of this documents. Under Civil L.R. 5-1(h)(3), I attest that counsel for Plaintiff has concurred in this filing.

Dated: May 18, 2022                         /s/ Sarah E. Piepmeier
                                            Sarah E. Piepmeier, CA SBN 227094

                                            ***Attorney for Defendant Netflix, Inc.***