# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

William P Ramey, Federal ID No 27206

Admission date: February, 9, 2001

Dated May 20, 2022, at Houston, Texas.

*[signature]*

Nathan Ochsner, Clerk of Court

By: Claire Cassady, Deputy Clerk

