Susan S.Q. Kalra, CA SBN167940
Email: susan@m-iplaw.com
MAHAMEDI IP LAW LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (408) 236-6640
Fax: (408) 236-6641

*Attorneys for Plaintiff*
LAURI VALJAKKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>            Plaintiff,<br>    v.<br><br>NETFLIX, INC.,<br><br>            Defendant. | Case No.: 4:22-cv-01490-JST<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Susan S.Q. Kalra of Mahamedi IP Law LLP, counsel for Plaintiff, notifies the Court and all parties of the following change of mailing address, effective **immediately**:

MAHAMEDI IP LAW LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065

Counsel's telephone number, fax number, and email address remain the same.

Dated: June 23, 2022

Respectfully submitted,

MAHAMEDI IP LAW LLP

/s/ Susan S.Q. Kalra
Susan S.Q. Kalra, CA SBN 167940
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (408) 236-6640
Fax: (408) 236-6641
Email: susan@m-iplaw.com

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of June 23, 2022, with a copy of the foregoing via ECF.

Dated: June 23, 2022

MAHAMEDI IP LAW LLP

/s/ Susan S.Q. Kalra