| | |
|---|---|
| William P. Ramey, III (appearance *pro hac vice*)<br>wramey@rameyfirm.com<br>RAMEY LLP<br>5020 Montrose Blvd., Suite 800<br>Houston, Texas 77006<br>Telephone: +1.713.426.3923<br>Facsimile: +1.832.689.9175 | Sarah E. Piepmeier, Bar No. 227094<br>SPiepmeier@perkinscoie.com<br>Elise Edlin, Bar No. 293756<br>EEdlin@perkinscoie.com<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, California 94105<br>Telephone: +1.415.344.7000<br>Facsimile: +1.415.344.7050 |
| Susan S.Q. Kalra, Bar No. 167940<br>susan@rameyfirm.com<br>Ramey LLP<br>303 Twin Dolphin Drive, Suite 600<br>Redwood City, California 94065<br>Telephone: +1.408.236.6640<br>Facsimile: +1.408.236.6641 | Janice L. Ta (appearance *pro hac vice*)<br>JTa@perkinscoie.com<br>PERKINS COIE LLP<br>405 Colorado Street, Suite 1700<br>Austin, Texas 78701<br>Telephone: +1.737.256.6100<br>Facsimile: +1.737.256.6300 |
| Attorneys for Defendant<br>*LAURI VALJAKKA* | Attorneys for Defendant<br>*NETFLIX, INC.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURI VALJAKKA,<br><br>    Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | Case No. 4:22-cv-01490-JST<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PAT. L. R. 4-3**<br><br>Judge: Jon S. Tigar |

Pursuant to Patent L.R. 4-3, Plaintiff Lauri Valjakka ("Valjakka") and Defendant Netflix, Inc. ("Netflix") hereby submit this Joint Claim Construction and Pre-Hearing Statement regarding United States Patent Nos. 8,495,167 and 10,726,102 (collectively, "the Asserted Patents").

**I.      PATENT L.R. 4-3(a): PROPOSED CONSTRUCTION OF EACH AGREED TERM**

The parties do not have agreed upon constructions for any of the proposed terms.

## II. PATENT L.R. 4-3(b): PROPOSED CONSTRUCTION OF EACH DISPUTED TERM

The parties' proposed construction for the disputed terms, along with their identifications of intrinsic and extrinsic evidence on which the parties intend to rely, are included in the chart attached to this pleading as Exhibit A. The parties reserve their rights to cite and submit additional supporting evidence based on arguments raised in the claim construction briefing and any supporting declarations.

## III. PATENT L.R. 4-3(c): TERMS WHOSE CONSTRUCTION WILL BE MOST SIGNIFICANT TO RESOLUTION OF THE CASE

The parties submit that all six proposed terms will be significant to the resolution of the case.

## IV. PATENT L.R. 4-3(d): DURATION OF CLAIM CONSTRUCTION HEARING

The parties anticipate that they will not require more than three hours for the tutorial and entire claim construction hearing.

## V. PATENT L.R. 4-3(e): WITNESSES AT CLAIM CONSTRUCTION HEARING

The parties do not intend to call witnesses at the claim construction hearing.

## VI. PATENT L.R. 4-3(f): FACTUAL FINDING REQUESTED FROM THE COURT

No party requests any factual findings from the Court related to claim construction other than those submitted with any expert declaration that may accompany claim construction briefing.

| | | |
|---|---|---|
| 1 | Dated: August 29, 2022 | Respectfully submitted, |
| 2 | */s/ Susan S.Q. Kalra* | */s/ William P. Ramey, III* |
| 3 | Susan S.Q. Kalra, Bar No. 167940<br>susan@rameyfirm.com | William P. Ramey, III (appearance *pro hac vice*)<br>wramey@rameyfirm.com |
| 4 | RAMEY LLP<br>303 Twin Dolphin Drive, Suite 600 | RAMEY LLP<br>5020 Montrose Blvd., Suite 800 |
| 5 | Redwood City, California 94065<br>Telephone:   +1.408.236.6640 | Houston, Texas 77006<br>Telephone:   +1.713.426.3923 |
| 6 | Facsimile:   +1.408.236.6641 | Facsimile:   +1.832.689.9175 |

**Attorney for Plaintiff LAURI VALJAKKA**          **Attorney for Plaintiff LAURI VALJAKKA**

Respectfully submitted,

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Janice L. Ta (appearance *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile:  +1.737.256.6300

**Attorneys for Defendant NETFLIX, INC.**

# Exhibit A

| Term | Plaintiff's Construction | Defendant's Construction | Defendant's Support |
|---|---|---|---|
| "modified transport request"<br><br>('167 Patent 1, 3-6, 8, 9, 11-17, 19, 20) | Plain and ordinary meaning | "message that is modified by a relay server to add target terminal addresses" | '167 patent at 5:33-34, 6:47-7:21, claims 1, 9, 16, 17, 19 and 20.<br><br>Testimony of Dr. Avi Rubin. |
| "data"<br><br>('167 Patent 1, 3-6, 8, 9, 11-17, 19, 20) | Plain and ordinary meaning | "content files or parts of content files that are stored by a terminal for subsequent use after retrieval, distinct from streaming content" | File History for '167 patent: (May 24, 2006 Amendment and Applicant Arguments/Remarks);<br><br>'167 patent at 1:54-2:3, 2:14-17, 2:24, 2:65-67, 3:13-15, 6:31-46.<br><br>Testimony of Dr. Avi Rubin. |
| "obtaining is based at least in part on the first digital rights management key"<br><br>('102 Patent 10, 11) | Plain and ordinary meaning | Indefinite | '102 patent at claim 10.<br><br>Testimony of Dr. Avi Rubin. |
| "the digital rights management header"<br><br>('102 Patent 10, 11) | Plain and ordinary meaning | Indefinite | '102 patent at claim 10.<br><br>Testimony of Dr. Avi Rubin. |
| Method claim 10 requires a particular step order<br><br>('102 Patent 10, 11) | Plain and ordinary meaning | The DRM keys must be obtained or derived before restricted content is obtained.<br><br>Further, the first DRM key must be obtained and the fingerprint validated before the second and third DRM keys are derived. | '102 patent at claim 10.<br><br>Testimony of Dr. Avi Rubin. |
| "fingerprint"<br><br>('102 Patent, claims 10, 11) | Plain and ordinary meaning | "a bit string, derived (or computed) directly from the content, that uniquely represents the | '102 patent at 11:19-21, 11:26-28.<br><br>Testimony of Dr. Avi Rubin. |

| | | content" | |
|---|---|---|---|