| | |
|---|---|
| William P. Ramey, III (appearance *pro hac vice*) <br> wramey@rameyfirm.com <br> RAMEY LLP <br> 5020 Montrose Blvd., Suite 800 <br> Houston, Texas 77006 <br> Telephone: +1.713.426.3923 <br> Facsimile: +1.832.689.9175 | Sarah E. Piepmeier, Bar No. 227094 <br> SPiepmeier@perkinscoie.com <br> Elise Edlin, Bar No. 293756 <br> EEdlin@perkinscoie.com <br> PERKINS COIE LLP <br> 505 Howard Street, Suite 1000 <br> San Francisco, California 94105 <br> Telephone: +1.415.344.7000 <br> Facsimile: +1.415.344.7050 |
| Susan S.Q. Kalra, Bar No. 167940 <br> susan@m-iplaw.com <br> MAHAMEDI IP LAW LLP <br> 303 Twin Dolphin Drive, Suite 600 <br> Redwood City, California 94065 <br> Telephone: +1.408.236.6640 <br> Facsimile: +1.408.236.6641 | Janice L. Ta (appearance *pro hac vice*) <br> JTa@perkinscoie.com <br> PERKINS COIE LLP <br> 405 Colorado Street, Suite 1700 <br> Austin, Texas 78701 <br> Telephone: +1.737.256.6100 <br> Facsimile: +1.737.256.6300 |
| Attorneys for Defendant <br> *LAURI VALJAKKA* | Attorneys for Defendant <br> *NETFLIX, INC.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LAURI VALJAKKA, <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC., <br><br> Defendant. | **Case No. 4:22-cv-01490-JST** <br><br> **PARTIES' JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S DAMAGES CONTENTIONS** <br><br> **[CIVIL LOCAL RULE 6-1]** <br><br> Judge: Hon. JON S. TIGAR |

**TO THE HON. JON S. TIGAR, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Civil Local Rule 6-1 of the Civil Local Rules (L.R.), Defendant Netflix, Inc. ("Defendant" or "Netflix") and Lauri Valjakka ("Plaintiff" or "Valjakka") stipulate as follows:

WHEREAS, on August 22, 2022, Valjakka served its Damages Contentions pursuant to Patent L. R. 3-8.

WHEREAS, on August 25, 2022, Netflix served a letter to Valjakka's counsel requesting supplemental Damages Contentions.

WHEREAS, on August 26, 2022, counsel for Parties met and conferred and Valjakka's counsel agreed to supplement Valjakka's Damages Contentions, and the Parties agreed to submit a stipulation for a thirty (30) day extension for Netflix to file its Responsive Damages Contentions pursuant to Patent L. R. 3-9 starting from the time Netflix received Valjakka's supplemental Damages Contentions.

WHEREAS, on September 1, 2022 Netflix received Valjakka's supplemental Damages Contentions.

WHEREAS, this stipulation will not alter the date of any event or any deadline already fixed by the Court order.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby stipulate and agree that Netflix's response to Valjakka's Damages Contentions shall be served no later than October 3, 2022.

| | |
|---|---|
| Dated: September 2, 2022 | Respectfully submitted, |
| */s/ Susan S.Q. Kalra* | */s/ William P. Ramey, III* |
| Susan S.Q. Kalra, Bar No. 167940 | William P. Ramey, III (appearance *pro hac vice*) |
| susan@m-iplaw.com | wramey@rameyfirm.com |
| MAHAMEDI IP LAW LLP | RAMEY LLP |
| 303 Twin Dolphin Drive, Suite 600 | 5020 Montrose Blvd., Suite 800 |
| Redwood City, California 94065 | Houston, Texas 77006 |
| Telephone: +1.408.236.6640 | Telephone: +1.713.426.3923 |
| Facsimile: +1.408.236.6641 | Facsimile: +1.832.689.9175 |
| **Attorney for Plaintiff LAURI VALJAKKA** | **Attorney for Plaintiff LAURI VALJAKKA** |

Respectfully submitted,

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Janice L. Ta (appearance *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

**Attorneys for Defendant NETFLIX, INC.**

## **SIGNATURE ATTESTATION**

I, Sarah E. Piepmeier, am the ECF user whose user id and password authorizes the filing of this documents.  Under Civil L.R. 5-1(h)(3), I attest that counsel for Plaintiff has concurred in this filing.

Dated:  September 2, 2022              */s/ Sarah E. Piepmeier*
                                                           Sarah E. Piepmeier, CA SBN 227094

***Attorney for Defendant Netflix, Inc.***