1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA

| LAURI VALJAKKA, | Case No. 4:22-cv-01490-JST |
| Plaintiff(s), | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
| NETFLIX, INC., | |
| Defendant(s). | |

My telephone # of record

Jerkinscoie.com

I, Jassiem Moore, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant Netflix, Inc. in the above-entitled action. My local co-counsel in this case is Sarah E. Piepmeier, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 227094.

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
MY ADDRESS OF RECORD

Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

206.359.3829

415.344.7150
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

JassiemMoore@perkinscoie.com
MY EMAIL ADDRESS OF RECORD

SPiepmeier@perkinscoie.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 57057.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 15, 2022

Jassiem Moore
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jassiem Moore is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 

UNITED STATES DISTRICT/MAGISTRATE JUDGE

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 57057 |
| OF | ) | **CERTIFICATE** |
| JASSIEM MOORE | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**JASSIEM MOORE**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on September 22, 2020, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 14th day of November, 2022.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court