1  Sarah E. Piepmeier, Bar No. 227094
   SPiepmeier@perkinscoie.com
2  Elise S. Edlin, Bar No. 293756
   EEdlin@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: +1.415.344.7000
5  Facsimile: +1.415.344.7050

6  Janice L. Ta, (admitted *pro hac vice*)
   JTa@perkinscoie.com
7  PERKINS COIE LLP
   405 Colorado Street, Suite 1700
8  Austin, Texas 78701
   Telephone: +1.737.256.6100
9  Facsimile:  +1.737.256.6300

10 Jassiem N. Moore, (admitted *pro hac vice*)
   JassiemMoore@perkinscoie.com
11 PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
12 Seattle, Washington 98101-3099
   Telephone: +1.206.359.8000
13 Facsimile:  +1.206.359.9000

*Attorneys for Defendant*
*NETFLIX, INC.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| LAURI VALJAKKA, | Case No. 4:22-cv-01490-JST |
|---|---|
| Plaintiff, | **DEFENDANT NETFLIX, INC.'S NOTICE OF DISPUTE REGARDING THE FORMAT, SCOPE, OR CONTENT OF THE DECEMBER 12, 2022 CLAIM CONSTRUCTION HEARING** |
| v. | |
| NETFLIX, INC., | |
| Defendant. | Judge:   Honorable Jon S. Tigar |

**NOTICE OF DISPUTE**

Defendant Netflix, Inc. ("Netflix") submits this Notice of Dispute pursuant to the Court's May 5, 2022, Scheduling Order. *See* Dkt. 38 at 2:5–7.  The court requires the parties to exchange materials and "bring any disputes regarding the format, scope, or content of any tutorial or hearing to the Court's attention at least five court days before the tutorial or hearing." *Id.*  On November 21, 2022, the parties agreed to exchange audio-visual materials by no later than December 2, 2022, so that each party may have time to object to materials by December 5, 2022 (five-days before the Claim Construction Hearing scheduled for December 12, 2022 ("the Hearing")). Despite the Court's order and the parties' agreement, Valjakka did not submit any audio-visual materials to Netflix by the agreed-upon date. Prior to filing this notice, Netflix requested to meet and confer with Valjakka, but did not receive a response to its request. Valjakka's continued delay in serving these materials prejudices Netflix's ability to adequately prepare for the Hearing.

Because these materials have not been timely provided to Netflix, Netflix objects to any use of Valjakka's audio-visual materials at the Hearing.

| | | |
|---|---|---|
| 1 | Dated: December 5, 2022 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: */s/ Elise S. Edlin* |
| 4 | | Sarah E. Piepmeier, Bar No. 227094<br>SPiepmeier@perkinscoie.com |
| 5 | | Elise S. Edlin, Bar No. 293756<br>EEdlin@perkinscoie.com |
| 6 | | PERKINS COIE LLP<br>505 Howard Street, Suite 1000 |
| 7 | | San Francisco, California 94105<br>Telephone: +1.415.344.7000<br>Facsimile:  +1.415.344.7050 |
| 8 | | |
| 9 | | Janice L. Ta, (admitted *pro hac vice*)<br>JTa@perkinscoie.com |
| 10 | | PERKINS COIE LLP<br>405 Colorado Street, Suite 1700 |
| 11 | | Austin, Texas 78701<br>Telephone: +1.737.256.6100<br>Facsimile:  +1.737.256.6300 |
| 12 | | |
| 13 | | Jassiem N. Moore, (admitted *pro hac vice*)<br>JassiemMoore@perkinscoie.com |
| 14 | | PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900 |
| 15 | | Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000<br>Facsimile:  +1.206.359.9000 |
| 16 | | |
| 17 | | *Attorneys for Netflix, Inc.* |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |