Susan S.Q. Kalra
(California State Bar No. 167940)
Email: susan@m-iplaw.com
MAHAMEDI IP LAW LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (408) 236-6640
Fax: (408) 236-6641

William P. Ramey, III (pro hac vice)
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175
Email: wramey@rameyfirm.com

*Attorneys for Plaintiff*
LAURI VALJAKKA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **LAURI VALJAKKA,**<br><br>Plaintiff,<br><br>v.<br><br>**NETFLIX, INC.,**<br><br>Defendant. | Case No. 4:22-CV-01490-JST<br><br>**PLAINTIFF VALJAKKA'S RESPONSE TO DEFENDANT NETFLIX INC.'S NOTICE OF DISPUTE REGARDING THE FORMAT, SCOPE, OR CONTENT OF THE DECEMBER 12, 2022 CLAIM CONSTRUCTION HEARING**<br><br>Judge:   Hon. Jon S. Tigar |

1

Plaintiff Valjakka's Response To Defendant Netflix Inc.'s Notice Of Dispute Regarding Format, Scope, Or Content Of December 12, 2022 Claim Construction Hearing – Case No. 4:22-cv-01490-JST

Plaintiff Lauri Valjakka ("Valjakka") respectfully responds to Netflix, Inc's ("Netflix") Notice of Dispute[1] by providing that it did in fact serve its proposed slides for the December 12, 2022 Markman Hearing on December 7, 2022. Upon sending the slides to Netflix, Valjakka's counsel asked if there was any objectionable material. Rather than provide a response as to whether there was objectionable material in Valjakka's slides, Netflix's counsel responded that they would not withdraw the Notice of Dispute. Valjakka acknowledges that it was late, but the lateness was due to Valjakka preparing amended infringement contentions that were requested by Netflix. Valjakka was able to supplement its contentions for the '167 patent based on what is publicly available and what has been included in Netflix's production. However, Valjakka has not been able to supply further information to Netflix on the '102 patent other than what is publicly available, which Netflix contends is inadequate, because Netflix has not produced further information. Valjakka's time was spent supplementing its contentions for Netflix and the Markman slides were therefore late.

Valjakka requests it is allowed to use its slides, subject to any objections from Netflix, and that Netflix is required to produce documentation, protocols, and/or source code sufficient to illustrate how Netflix's Digital Rights Management (DRM) keys and Open Connect Appliances

/ / /

---

[1] Doc. No. 69.

2

Plaintiff Valjakka's Response To Defendant Netflix Inc.'s Notice Of Dispute Regarding Format, Scope, Or Content Of December 12, 2022 Claim Construction Hearing – Case No. 4:22-cv-01490-JST

(OCAs) operate.

Dated: December 8, 2022                    Respectfully submitted,

                                                      MAHAMEDI IP LAW LLP

/s/ Susan S.Q. Kalra
Susan S.Q. Kalra, CA SBN 167940
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (408) 236-6640
Fax: (408) 236-6641
Email: susan@m-iplaw.com


RAMEY LLP

/s/ William P. Ramey, III
William P. Ramey, III (*pro hac vice*)
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175
Email: wramey@rameyfirm.com

*Attorneys for Plaintiff*
LAURI VALJAKKA

3

Plaintiff Valjakka's Response To Defendant Netflix Inc.'s Notice Of Dispute Regarding Format, Scope, Or Content Of December 12, 2022 Claim Construction Hearing – Case No. 4:22-cv-01490-JST