Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise S. Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Janice L. Ta, (appearance pro hac vice)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile:  +1.737.256.6300

Jassiem N. Moore, (appearance pro hac vice)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:     +1.206.359.9000

*Attorneys for Defendant*
NETFLIX, INC.

Susan S.Q. Kalra
(California State Bar No. 167940)
Email: susan@m-iplaw.com
MAHAMEDI IP LAW LLP
910 Campisi Way, Suite 1E
Campbell, CA 95008
Telephone: (408) 236-6640
Fax: (408) 236-6641

William P. Ramey, III (pro hac vice pending)
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175
Email: wramey@rameyfirm.com

*Attorneys for Plaintiff*
LAURI VALJAKKA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **LAURI VALJAKKA,** | Case No. 4:22-cv-01490-JST |
| Plaintiff, | **[PROPOSED] CASE SCHEDULE** |
| v. | Judge:   Hon. Jon S. Tigar |
| **NETFLIX, INC.,** | |
| Defendants. | |

Plaintiff Lauri Valjakka ("Valjakka") and Defendant Netflix, Inc. ("Netflix") (collectively "the Parties") hereby submit this Proposed Schedule pursuant to the Court's March 30, 2022, Case Management Conference Order in Reassigned Case. (Dkt 27).

| Date | Description |
|---|---|
| 12/27/2022 | Parties to submit proposed schedule for fact discovery deadline, expert discovery, dispositive and Daubert motions, pretrial, and trial. |
| 01/10/2023 | Final election of asserted claims to no more than 10 claims |
| 2/14/2023, 2:00pm PST | Case Management Conference |
| 03/13/2023 | Proposed date for Designation of Experts |
| 05/12/2023 | Close of fact discovery |
| 05/19/2023 | Deadline to file discovery motions relating to fact discovery |
| 06/02/2023 | Opening expert reports due |
| 07/14/2023 | Rebuttal expert reports due |
| 07/25/2023 | Deadline to move for relief from order on grounds specified in FRCP 60(b)(1), (2) or (3) |
| 08/11/2023 | Close of expert discovery |
| 09/08/2023 | Opening summary judgment / Daubert briefs |
| 09/22/2023 | Responsive summary judgment / Daubert briefs |
| 09/29/2023 | Reply summary judgment / Daubert briefs |
| Subject to the convenience of the Court's calendar | Hearing on summary judgment/Daubert briefs |
| Subject to the convenience of the Court's calendar | Pretrial Conference |
| Subject to the convenience of the Court's calendar | Trial |

-2-   4:22-CV-01490-JST
[PROPOSED] CASE SCHEDULE

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 27, 2022 | Respectfully submitted, |
| 3 | | MAHAMEDI IP LAW LLP |
| 4 | | /s/ Susan S.Q. Kalra |
| 5 | | Susan S.Q. Kalra, CA SBN 167940 |
| 6 | | |
| 7 | | |
| 8 | | **Attorney for Plaintiff Lauri Valjakka** |
| 9 | | |
| 10 | Dated: December 27, 2022 | PERKINS COIE, LLP |
| 11 | | /s/ Sarah E. Piepmeier - DRAFT |
| 12 | | Sarah E. Piepmeier, CA SBN 227094 |
| 13 | | |
| 14 | | **Attorney for Defendant Netflix, Inc.** |

**PROPOSED ORDER**

IT IS HEREBY ORDERED, that the above case schedule is approved.

**IT IS SO ORDERED**

DATED:_____    _____
                                                           Hon. Jon S. Tigar