| | |
|---|---|
| Sarah E. Piepmeier, Bar No. 227094<br>SPiepmeier@perkinscoie.com<br>Elise S. Edlin, Bar No. 293756<br>EEdlin@perkinscoie.com<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, California 94105<br>Telephone: +1.415.344.7000<br>Facsimile:  +1.415.344.7050<br><br>Janice L. Ta, (appearance pro hac vice)<br>JTa@perkinscoie.com<br>PERKINS COIE LLP<br>405 Colorado Street Suite 1700<br>Austin, Texas 78701<br>Telephone: +1.737.256.6100<br>Facsimile:  +1.737.256.6300<br><br>Jassiem N. Moore, (appearance pro hac vice)<br>JassiemMoore@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000<br>Facsimile:    +1.206.359.9000<br><br>*Attorneys for Defendant*<br>NETFLIX, INC. | Susan S.Q. Kalra<br>(California State Bar No. 167940)<br>Email: susan@m-iplaw.com<br>MAHAMEDI IP LAW LLP<br>910 Campisi Way, Suite 1E<br>Campbell, CA 95008<br>Telephone: (408) 236-6640<br>Fax: (408) 236-6641<br><br>William P. Ramey, III (pro hac vice pending)<br>RAMEY LLP<br>5020 Montrose Blvd., Suite 800<br>Houston, TX 77006<br>Telephone: (713) 426-3923<br>Fax: (832) 689-9175<br>Email: wramey@rameyfirm.com<br><br>*Attorneys for Plaintiff*<br>LAURI VALJAKKA |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **LAURI VALJAKKA,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**NETFLIX, INC.,**<br><br>　　　　Defendants. | Case No. 4:22-cv-01490-JST<br><br>[PROPOSED] CASE SCHEDULE<br><br>Judge:   Hon. Jon S. Tigar |

Plaintiff Lauri Valjakka ("Valjakka") and Defendant Netflix, Inc. ("Netflix") (collectively "the Parties") hereby submit this Proposed Schedule pursuant to the Court's March 30, 2022, Case Management Conference Order in Reassigned Case. (Dkt 27).

| Date | Description |
|---|---|
| 12/27/2022 | Parties to submit proposed schedule for fact discovery deadline, expert discovery, dispositive and Daubert motions, pretrial, and trial. |
| 01/10/2023 | Final election of asserted claims to no more than 10 claims |
| 2/14/2023, 2:00pm PST | Case Management Conference |
| 03/13/2023 | Proposed date for Designation of Experts |
| 05/12/2023 | Close of fact discovery |
| 05/19/2023 | Deadline to file discovery motions relating to fact discovery |
| 06/02/2023 | Opening expert reports due |
| 07/14/2023 | Rebuttal expert reports due |
| 07/25/2023 | Deadline to move for relief from order on grounds specified in FRCP 60(b)(1), (2) or (3) |
| 08/11/2023 | Close of expert discovery |
| 09/08/2023 | Opening summary judgment / Daubert briefs |
| 09/22/2023 | Responsive summary judgment / Daubert briefs |
| 09/29/2023 | Reply summary judgment / Daubert briefs |
| 10/19/2023, 2:00pm PST | Hearing on summary judgment/Daubert briefs |
| 01/12/2024, 2:00pm PST | Pretrial Conference |
| 02/05/2024, 8:00am PST | Trial |

|   |   |   |
|---|---|---|
| 2 | Dated: December 27, 2022 | Respectfully submitted, |
| 3 | | MAHAMEDI IP LAW LLP |
| 4 | | */s/ Susan S.Q. Kalra* |
| 5 | | Susan S.Q. Kalra, CA SBN 167940 |

**Attorney for Plaintiff Lauri Valjakka**

Dated: December 27, 2022                PERKINS COIE, LLP

*/s/ Sarah E. Piepmeier*

Sarah E. Piepmeier, CA SBN 227094

**Attorney for Defendant Netflix, Inc.**

**~~PROPOSED~~ ORDER**

IT IS HEREBY ORDERED, that the above case schedule is approved.

**IT IS SO ORDERED**

DATED:   January 9, 2023

_____
Hon. Jon S. Tigar