1  Sarah E. Piepmeier, Bar No. 227094
   SPiepmeier@perkinscoie.com
2  Elise S. Edlin, Bar No. 293756
   EEdlin@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: +1.415.344.7000
5  Facsimile: +1.415.344.7050

6  Janice L. Ta, (admitted *pro hac vice*)
   JTa@perkinscoie.com
7  PERKINS COIE LLP
   405 Colorado Street, Suite 1700
8  Austin, Texas 78701
   Telephone: +1.737.256.6100
9  Facsimile:  +1.737.256.6300

10 Jassiem N. Moore, (admitted *pro hac vice*)
   JassiemMoore@perkinscoie.com
11 PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
12 Seattle, Washington 98101-3099
   Telephone: +1.206.359.8000
13 Facsimile:  +1.206.359.9000

14
   *Attorneys for Defendant*
15 NETFLIX, INC.

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                       OAKLAND DIVISION

19

20 | LAURI VALJAKKA, | Case No. 4:22-cv-01490-JST |
21 | Plaintiff, | **DEFENDANT NETFLIX, INC.'S RE-NOTICE OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS** |
22 | v. | |
23 | NETFLIX, INC., | Date:   March 9, 2022 |
24 | Defendant. | Time:   2:00 p.m.<br>Ctrm:   6, 9th Floor<br>Judge:  Honorable Jon S. Tigar |

# RE-NOTICE OF MOTION

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on March 9, 2022 at 2 p.m., or as soon thereafter as may be heard, before The Honorable Jon S. Tigar, in Courtroom 6, 9th Floor of the above-entitled court, located at 1301 Clay Street, Oakland, CA 94612, Defendant Netflix, Inc. ("Netflix"), by its attorneys, hereby moves, pursuant to Rule 12(c) of the Rules of Civil Procedure, for an order dismissing with prejudice the Plaintiff's Third Amended Complaint. This motion is based upon this Notice; the filed Memorandum of Points and Authorities (ECF No. 79); the complete files and records in this action; the argument of counsel; and such other matters as the Court may consider.

Dated: January 18, 2023

PERKINS COIE LLP

By: */s/ Sarah E. Piepmeier*
Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise S. Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Janice L. Ta, (admitted *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile:  +1.737.256.6300

Jassiem N. Moore, (admitted *pro hac vice*)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

*Attorneys for Netflix, Inc.*