Susan S.Q. Kalra, CA SBN 167940
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

*Attorneys for Plaintiff*
LAURI VALJAKKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>　　　　　　　Plaintiff,<br>　v.<br>NETFLIX, INC.,<br><br>　　　　　　　Defendant. | Case No.: 4:22-cv-01490-JST<br><br>**NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ADDRESS** |

TO ALL PARTIES AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Susan S.Q. Kalra, counsel for Plaintiff, is now affiliated with the law firm of Ramey LLP, and her new contact information is as follows:

>Susan S.Q. Kalra
>RAMEY LLP
>5020 Montrose Blvd., Suite 800
>Houston, TX 77006
>Telephone: (800) 993-7499
>Fax: (832) 900-4941
>Email: skalra@rameyfirm.com

1

NOTICE OF CHANGE LAW FIRM AFFILIATION AND ADDRESS – CASE NO. 4:22-CV-01490-JST

Counsel's office address in California is as follows:

303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (800) 993-7499
Fax: (832) 900-4941
Email: skalra@rameyfirm.com

The law firm of Mahamedi IP Law LLP no longer represents Plaintiff in the above-captioned case.

| | |
|---|---|
| Dated: February 10, 2023 | Respectfully submitted, |
| | RAMEY LLP |
| | /s/ Susan S.Q. Kalra |
| | Susan S.Q. Kalra, CA SBN 167940 |
| | 5020 Montrose Blvd., Suite 800 |
| | Houston, TX 77006 |
| | Telephone: (800) 993-7499 |
| | Email: skalra@rameyfirm.com |