UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAURI VALJAKKA,

           Plaintiff(s)

v.

NETFLIX, INC.,

           Defendant(s)

CASE No C 4:22-cv-01490-JST

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: 90 days after the Court issues an order on Defendant's FRCP 12(c) motion (ECF 81)

Date: March 2, 2023      /s/ William P. Ramey, III
                              Attorney for Plaintiff

Date: March 2, 2023      /s/ Sarah E. Piepmeier
                              Attorney for Defendant

☐ IT IS SO ORDERED.
☒ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:
The deadline to hold an ADR session shall be August 4, 2023.

DATE: March 6, 2023

U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019