UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lauri Valjakka,<br><br>           Plaintiff,<br><br>     v.<br><br>Netflix Inc,<br><br>           Defendant | Case No. 22-cv-01490-JST<br><br>**NOTICE OF APPOINTMENT OF MEDIATOR** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Jill Kopeikin
> Kopeikin Legal
> 1418 Isabelle Ave.
> Mountain View, CA 94040
> 650-776-3989
> jkopeikin@kopeikin.net

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
22-cv-01490-JST

1
2    Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7
3 shall NOT be filed with the court.
4
5 Dated: March 9, 2023
6
7                                         MARK B. BUSBY
                                          Clerk of Court
8                                         by:  Alice M. Fiel
9

_____
ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov