Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Janice L. Ta (appearance *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile:  +1.737.256.6300

Jassiem N. Moore, (admitted pro hac vice)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

*Attorneys for Defendant NETFLIX, INC.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>    Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | **Case No. 4:22-cv-01490-JST**<br><br>**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR MEDIATION**<br><br>**[CIVIL LOCAL RULE 6-2]**<br><br>Judge:   Hon. JON S. TIGAR |

**TO THE HON. JON S. TIGAR, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Civil Local Rule 6-2 of the Civil Local Rules (L.R.), Defendant Netflix, Inc. ("Defendant" or "Netflix") and Lauri Valjakka ("Plaintiff" or "Valjakka") stipulate as follows:

WHEREAS, on March 2, 2023, this case was Ordered to hold an ADR session by August 4, 2023 (Dkt. 90).

WHEREAS, on March 30, 2023, counsel for Parties met and conferred and agreed to submit a stipulation to extend the date to August 8, 2023.

WHEREAS, on March 30, 2023, the assigned mediator, Jill Kopeikin, agreed to mediate on August 8, subject to an extension of the date.

WHEREAS, this stipulation will not alter the date of any event or any deadline already fixed by the Court order.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby stipulate and agree that the mediation will take place August 8, 2023.

Dated: April 4, 2023

Respectfully submitted,

PERKINS COIE, LLP

*/s/ Sara E. Piepmeier*
Sarah E. Piepmeier, CA SBN 227094

*Attorney for Defendant Netflix, Inc.*

Dated: April 4, 2023

RAMEY LLP
~~MAHAMEDI IP LAW LLP~~

*/s/ Susan S.Q. Kalra*
Susan S.Q. Kalra, CA SBN 167940

*Attorney for Plaintiff Lauri Valjakka*

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____April 5, 2023_____         By: _____[signature]_____
                                       HON. JON S. TIGAR
                                       UNITED STATES DISTRICT JUDGE