Susan S.Q. Kalra (CA State Bar No. 16740)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

William P. Ramey, III (Admitted pro *hac vice*)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
LAURI VALJAKKA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**OAKLAND DIVISION**

| | |
|---|---|
| **LAURI VALJAKKA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**NETFLIX, INC.,**<br><br>    Defendant. | Case No. 4:22-CV-01490-JST<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO AMEND CASE SCHEDULE**<br><br>Judge:   Hon. Jon S. Tigar |

PLAINTIFF'S UNOPPOSED MOTION TO AMEND CASE SCHEDULE - Case No. 4:22-CV-01490-JST

162113044.1

Plaintiff Lauri Valjakka ("Valjakka") respectfully submits this Unopposed Motion to Amend Case Schedule.

On January 10, 2023, the Court entered the Case Schedule.[1]  Good case exists to amend the schedule.  The parties have been working to conduct fact discovery and schedule fact witness depositions, but additional time is needed to complete the process. The parties anticipate that providing an extension of <u>four additional weeks</u> should be sufficient to complete fact and expert discovery, as indicated in the proposed Amended Case Schedule provided below.  The proposed extension therefore would not cause prejudice to either party and is in the interest of justice.

Additionally, although the proposed Amended Case Schedule involves shifting the summary judgment / Daubert briefing (including Opening, Response, and Reply) deadlines by <u>two weeks</u>, the parties' proposal does not impact the Court's previously scheduled hearing date on the summary judgment / Daubert motions, the pretrial conference date, or the trial date.

| Current Date | Proposed Amended Date | Description |
|---|---|---|
| 05/12/2022 | **06/14/2023** | Close of fact discovery |
| 05/19/2023 | **06/16/2023** | Deadline to file discovery motions relating to fact discovery |
| 06/02/2023 | **06/30/2023** | Opening expert reports due |
| 07/14/2023 | **08/11/2023** | Rebuttal expert reports due |
| 08/11/2023 | **09/08/2023** | Close of expert discovery |
| 09/08/2023 | **9/22/2023** | Opening summary judgment / Daubert briefs |

---

[1] Doc. No. 77

PLAINTIFF'S UNOPPOSED MOTION TO AMEND CASE SCHEDULE - Case No. 4:22-CV-01490-JST

2

162113044.1

| | | |
|---|---|---|
| 09/22/2023 | **10/6/2023** | Response summary judgment / Daubert briefs |
| 09/29/2023 | **10/13/2023** | Reply summary judgment / Daubert briefs |
| 10/19/2023 2:00pm PST | 10/19/2023 2:00 PST, or TBD by Court | Hearing on summary judgment/Daubert briefs |
| 1/12/2024, 2:00pm PST | 1/12/2024, 2:00pm PST, or TBD by Court | Pretrial Conference |
| 02/05/2024, 8:00am PST | 02/05/2024, 8:00am PST, or TBD by Court | Trial |

## **CONCLUSION**

For all the foregoing reasons, Plaintiff Lauri Valjakka respectfully asks the Court to grant its Unopposed Motion to enter the Amended Case Schedule, as reflected above.

Dated: May 11, 2023                    Respectfully submitted,

                                        RAMEY LLP

                                   By:  /s/ Susan S.Q. Kalra
                                        Susan S. Q. Kalra CA SBN 167940
                                        5020 Montrose Blvd., Suite 800
                                        Houston, Texas 77006
                                        Telephone: (800) 993-7499
                                        Fax: (832) 900-4941
                                        Email: skalra@rameyfirm.com


                                   By:  /s/ William P. Ramey, III
                                        William P. Ramey III (Admitted *pro hac vice*)
                                        5020 Montrose Blvd., Suite 800
                                        Houston, Texas 77006
                                        Telephone: (713) 426-3923
                                        Fax: (832) 689-9175
                                        Email: wramey@rameyfirm.com

                                        *Attorneys for Plaintiff*
                                        *LAURI VALJAKKA*

PLAINTIFF'S UNOPPOSED MOTION TO AMEND CASE SCHEDULE - Case No. 4:22-CV-01490-JST

3

162113044.1

DATED: May 11, 2023 PERKINS COIE LLP

By: /s/ Elise S. Edlin
Sarah E. Piepmeier, Bar. No. 227094
spiepmeier@perkinscoie.com
Elise S. Edlin, Bar. No. 293756
eedlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Janice L. Ta (admitted pro hac vice)
jta@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Jassiem N. Moore (admitted pro hac vice)
Jassiemmoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

*Attorneys for Defendant*
*NETFLIX, INC.*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules, the counsel for Plaintiff and counsel for Defendant have met and conferred telephonically on May 9, 2023 regarding the matters stated above. Defendant has indicated that it is unopposed.

RAMEY LLP

By: /s/ Susan S.Q. Kalra
Susan S. Q. Kalra SBN 167940

PLAINTIFF'S UNOPPOSED MOTION TO AMEND CASE SCHEDULE - Case No. 4:22-CV-01490-JST

4

162113044.1

**PROPOSED ORDER**

IT IS HEREBY ORDERED that the above Amended Case Schedule is approved.

**IT IS SO ORDERED.**

DATED: _____        _____
                                                                    Hon. Jon S. Tigar