| | |
|---|---|
| 1 | Sarah E. Piepmeier, Bar No. 227094 |
| | SPiepmeier@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| | 505 Howard Street, Suite 1000 |
| 3 | San Francisco, California 94105 |
| | Telephone: +1.415.344.7000 |
| 4 | Facsimile: +1.415.344.7050 |
| 5 | Jassiem Moore (appearance *pro hac vice* pending) |
| | JassiemMoore@perkinscoie.com |
| 6 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| 7 | Seattle, WA 98101 |
| | Telephone: +1.206.359.8000 |
| 8 | Facsimile: +1.206.359.9000 |
| 9 | Brianna Kadjo CA Bar No. 303336 |
| | BKadjo@perkinscoie.com |
| 10 | PERKINS COIE LLP |
| | 1900 Sixteenth Street, Suite 1400 |
| 11 | Denver, CO 80202-5255 |
| | Telephone: +1.303.291.2300 |
| 12 | Facsimile: +1.303.291.2400 |

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA, | Case No. 4:22-cv-01490-JST |
| Plaintiff, | NOTICE OF APPEARANCE OF BRIANNA KADJO |
| v. | |
| NETFLIX, INC., | |
| Defendant. | |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Brianna Kadjo of Perkins Coie LLP hereby appears as |
| 2 | counsel for Defendant, Netflix, Inc. in this action. Please serve all pleadings, orders, notices, |
| 3 | correspondence, and other documents with regard to the above-referenced action on: |

Brianna Kadjo CA Bar No. 303336
BKadjo@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-5255
Telephone:     +1.303.291.2300
Facsimile:     +1.303.291.2400

Dated:  May 12, 2023                    **PERKINS COIE LLP**

By: */s/ Brianna Kadjo*
Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise S. Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Janice L. Ta (appearance *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile:  +1.737.256.6300

Jassiem N. Moore, (appearance *pro hac vice*)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Brianna Kadjo CA Bar No. 303336
BKadjo@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-5255
Telephone: +1.303.291.2300
Facsimile:  +1.303.291.2400

Attorneys for Defendant
NETFLIX, INC.