Susan S.Q. Kalra (CA State Bar No. 16740)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

William P. Ramey, III (Admitted pro *hac vice*)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
LAURI VALJAKKA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **LAURI VALJAKKA,**<br><br>Plaintiff,<br><br>v.<br><br>**NETFLIX, INC.,**<br><br>Defendant. | Case No. 4:22-CV-01490-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND OR SUPPLEMENT INFRINGEMENT CONTENTIONS**<br><br>Judge:   Hon. Jon S. Tigar |

On June 16, 2023, Plaintiff Lauri Valjakka ("Valjakka") filed his Unopposed Motion For Leave To Amend Or Supplement Infringement Contentions ("Motion"). Defendant Netflix, Inc, was unopposed to Valjakka's Motion,

Good cause appearing, it is HEREBY ORDERED THAT:

Plaintiff Lauri Valjakka's Motion is GRANTED. Valjakka may serve upon Netflix, Inc. Plaintiff's Supplemental Infringement Contentions regarding U.S. Patent 8,495,167 in substantially the same form submitted with Valjakka's Motion.

**IT IS SO ORDERED.**

DATED: _____     _____
                                                                                 Hon. Jon S. Tigar