Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Janice L. Ta (admitted *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Jassiem N. Moore, (admitted *pro hac vice*)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Brianna Kadjo, Bar No. 303336
BKadjo@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

Attorneys for Defendant NETFLIX, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA, | Case No. 4:22-cv-01490-JST |
| Plaintiff, | **DEFENDANT NETFLIX, INC.'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS ANSWER AND COUNTERCLAIMS** |
| v. | |
| NETFLIX, INC., | |
| Defendant. | |

1  Pursuant to Federal Rules of Civil Procedure 15 and 16, Netflix files this unopposed motion for leave to amend its Answer to Plaintiff's Third Amended Complaint, Additional Defenses, and Counterclaims ("Answer").  Netflix's proposed pleading is attached hereto as Exh. A. Netflix recently uncovered new evidence to support an affirmative defense and counterclaim of inequitable conduct, as well as Netflix's previously asserted unclean hands defense, invalidity defenses, and counterclaims. The parties met and conferred on June 14, 2023 regarding the motion, and Plaintiff confirmed he would not oppose the motion on June 16, 2023. Accordingly, Netflix seeks to amend its Answer to plead these claims with additional particularity under Federal Rule of Civil Procedure 9(b).

Netflix has been diligent in both helping the Court set an achievable case schedule and in amending its Answer. Every modification to the scheduling order has either come as the result of a joint stipulation or unopposed agreement. *See, e.g.*, ECF Nos. 46, 59, 95, 96. In the past two weeks, Netflix has taken depositions (including a third-party deposition conducted abroad) that revealed evidence surrounding Mr. Valjakka's intent regarding certain misrepresentations made to the PTO that support these claims and defenses. These recently uncovered facts support a plausible inference that Mr. Valjakka made material misrepresentations to the PTO with the specific intent required to meet the heightened standard for inequitable conduct.

For the reasons set forth above, Netflix moves to amend its Answer to plead a defense and counterclaim of inequitable conduct and supplement its pleading with regard to unclean hands and invalidity.

Dated: June 16, 2023

**PERKINS COIE LLP**

By: /s/ *Elise Edlin*
Sarah E. Piepmeier, Bar No. 227094
Elise Edlin, Bar No. 293756
Jassiem N. Moore, Bar No. 57057
Brianna Kadjo, Bar No. 303336

Attorneys for Defendant NETFLIX, INC.

-1-