1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**
10                            **OAKLAND DIVISION**
11

| | |
|---|---|
| 12  LAURI VALJAKKA, | Case No. 4:22-cv-01490-JST |
| 13       *Plaintiff*, | **[PROPOSED] ORDER GRANTING DEFENDANT NETFLIX, INC.'S UNOPPOSED MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET NO. 100 AND ATTACHMENT NO. 1 (EXHIBIT A)** |
| 14       v. | |
| 15  NETFLIX, INC., | |
| 16       *Defendant*. | |

17
18
19
20
21
22
23
24
25
26
27
28

1  The Court having considered Netflix's Unopposed Motion to Remove Incorrectly Filed
2  Documents: Docket No. 100, Attachment No. 1 (Exhibit A), and Attachment No. 2 (Proposed
3  Order), hereby GRANTS this Motion.

5  IT IS SO ORDERED.

7  Dated: _____, 2023

_____
Hon. JON S. TIGAR
DISTRICT COURT JUDGE