Susan S.Q. Kalra (CA State Bar No. 16740)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

William P. Ramey, III (Admitted pro *hac vice*)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
LAURI VALJAKKA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **LAURI VALJAKKA,**<br><br>Plaintiff,<br><br>v.<br><br>**NETFLIX, INC.,**<br><br>Defendant. | Case No. 4:22-CV-01490-JST<br><br>**PLAINTIFF'S RE-NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR LEAVE TO AMEND OR SUPPLEMENT INFRINGEMENT CONTENTIONS**<br><br>Hearing date: September 14, 2023<br>Time: 2:00 p.m.<br>Judge:   Hon. Jon S. Tigar<br>Courtroom 6 – 2nd Floor |

## RE-NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that the hearing of Plaintiff Lauri Valjakka's ('Valjakka") Unopposed Motion for Leave to Amend or Supplement his Infringement Contentions (ECF 99), previously noticed for July 25, 2023 at 2:00 PM in the Courtroom of the Honorable Jon S. Tigar, 1301 Clay Street, Oakland, CA 94612 is hereby re-noticed for September 14, 2023 at 2:00 PM in the Courtroom of the Honorable Jon S. Tigar, 1301 Clay Street, Oakland, CA 94612.

DATED: June 20, 2023                    Respectfully submitted,

                                        RAMEY LLP

                                        By:   */s/ Susan S.Q. Kalra*
                                        Susan S. Q. Kalra CA SBN 167940
                                        5020 Montrose Blvd., Suite 800
                                        Houston, TX 77006
                                        Telephone: (800) 993-7499
                                        Fax: (832) 900-4941
                                        Email: skalra@rameyfirm.com

                                        RAMEY LLP

                                        By:   */s/ William P. Ramey, III*
                                        William P. Ramey III (Admitted *pro hac vice*)
                                        5020 Montrose Blvd., Suite 800
                                        Houston, Texas 77006
                                        Telephone: (713) 426-3923
                                        Fax: (832) 689-9175
                                        Email: wramey@rameyfirm.com

                                        *Attorneys for Plaintiff*
                                        *LAURI VALJAKKA*