Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Janice L. Ta (admitted *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Jassiem N. Moore, (admitted *pro hac vice*)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Brianna Kadjo, Bar No. 303336
BKadjo@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

*Attorneys for Defendant*
*NETFLIX, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>*Plaintiff*,<br><br>v.<br><br>NETFLIX, INC.,<br><br>*Defendant*. | Case No. 4:22-cv-01490-JST<br><br>**DECLARATION OF ELISE EDLIN IN SUPPORT OF DEFENDANT NETFLIX, INC.'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS ANSWER AND COUNTERCLAIMS**<br><br>Judge:   Hon. Jon S. Tigar |

I, Elise Edlin, hereby declare:

1. I am an attorney with the law firm Perkins Coie LLP, based in San Francisco, California, and counsel representing Defendant Netflix, Inc. I have personal knowledge of the facts set forth in this declaration and am competent to testify.

2. I am submitting this declaration in support of the Defendant Netflix, Inc.'s Unopposed Motion for Leave to Amend its Answer and Counterclaims.

3. Netflix recently uncovered new evidence to support an affirmative defense and counterclaim of inequitable conduct, as well as Netflix's previously asserted unclean hands defense, invalidity defenses, and counterclaims.

4. In the past two weeks, Netflix has taken depositions (including a third-party deposition conducted abroad) that revealed evidence surrounding Mr. Valjakka's intent regarding certain statements made to the PTO. Netflix deposed Mr. Valjakka on June 1, 2023 and June 2, 2023, and Netflix deposed Mr. Iiro Karesniemi on June 7, 2023. These depositions revealed facts that support a plausible inference that Mr. Valjakka knowingly made material misrepresentations to the PTO.

5. The parties met and conferred on June 14, 2023 regarding the motion, and Plaintiff confirmed he would not oppose the motion on June 16, 2023.

6. Attached as Exhibit A, ECF No. 101-1, is a true and correct copy of Defendant Netflix, Inc.'s First Amended Answer to Plaintiff's Third Amended Complaint, Additional Defenses, and Counterclaims, dated June 16, 2023.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on June 20, 2023 in Oakland, California.

*/s/ Elise Edlin*
Elise S. Edlin