| | |
|---|---|
| 1 | Sarah E. Piepmeier, Bar No. 227094 |
|   | SPiepmeier@perkinscoie.com |
| 2 | Elise Edlin, Bar No. 293756 |
|   | EEdlin@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|   | 505 Howard Street, Suite 1000 |
| 4 | San Francisco, California 94105 |
|   | Telephone: +1.415.344.7000 |
| 5 | Facsimile:  +1.415.344.7050 |
| 6 | Janice L. Ta (admitted *pro hac vice*) |
|   | JTa@perkinscoie.com |
| 7 | PERKINS COIE LLP |
|   | 405 Colorado Street Suite 1700 |
| 8 | Austin, Texas 78701 |
|   | Telephone: +1.737.256.6100 |
| 9 | Facsimile:  +1.737.256.6300 |
| 10 | Jassiem N. Moore, (admitted *pro hac vice*) |
|    | JassiemMoore@perkinscoie.com |
| 11 | PERKINS COIE LLP |
|    | 1201 Third Avenue, Suite 4900 |
| 12 | Seattle, Washington 98101-3099 |
|    | Telephone: +1.206.359.8000 |
| 13 | Facsimile:  +1.206.359.9000 |
| 14 | Brianna Kadjo, Bar No. 303336 |
|    | BKadjo@perkinscoie.com |
| 15 | PERKINS COIE LLP |
|    | 1900 Sixteenth Street, Suite 1400 |
| 16 | Denver, Colorado 80202-5255 |
|    | Telephone: +1.303.291.2300 |
| 17 | Facsimile:  +1.303.291.2400 |
| 18 | Attorneys for Defendant NETFLIX, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LAURI VALJAKKA, | Case No. **4:22-cv-01490-JST** |
| Plaintiff, | **DEFENDANT NETFLIX, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| NETFLIX, INC., | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that in accordance with Civil Local Rules 7-11(a) and 79-5 Defendant Netflix, Inc. ("Netflix" or "Defendant") hereby moves for an order permitting it to file documents under seal. Therefore, pursuant to Civil L.R. 79-5, Defendant moves for leave to file the narrowly tailored portions of Exhibit A to the Unopposed Motion for Leave to Supplement its Responsive Damages Contentions ("Exhibit A"), under seal.

**A.  Legal Standard**

To determine whether to allow documents to be filed under seal under Ninth Circuit law, two different tests apply depending on circumstances. The "compelling reason" test applies to documents attached to dispositive motions or documents, *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006), or where the motion is "more than tangentially related to the underlying cause of action," *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1099 (9th Cir. 2016). The less-restrictive "good cause" test applies to documents attached to other non-dispositive motions. *Kamakana*, 447 F.3d at 1178-80. Here, the good cause test applies because the underlying discovery is non-dispositive and is only tangentially related to the underlying contract cause of action. *See Prolifiq Software Inc. v. Veeva Sys. Inc.*, No. C-13-03644-SI, 2014 WL 2527148, at *3 (applying good cause to motion to seal trade secret identification and related exhibits in discovery dispute). Under the "good cause" standard of Rule 26(c), the Court has "broad latitude" "to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information." *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (emphasis in original). Regardless, the documents at issue here would likewise satisfy the "compelling reasons" test, because one of the key considerations is whether their use would "release trade secrets." *Kamakana*, 447 F.3d at 1179. Fed. R. Civ. P. 26(c)(1)(G) specifically notes that "trade secret or other confidential research, development, or commercial information" may remain subject to protection.

-2-

**B.     The Court Should Grant Netflix's Request as to Portions of Exhibit A**

As set forth in the accompanying declaration of Elise Edlin, good cause (and a compelling reason) exists to seal portions of Exhibit A to Netflix's Unopposed Motion for Leave to Supplement Its Responsive Damages Contentions.

**C.     Statement of Compliance**

Defendant has reviewed and complied with the Standing Order Governing Administrative Motions to File Materials Under Seal Before District Judge Jon S. Tigar.  Defendant has also reviewed and complied with Civil Local Rule 79-5, including the requirement to file separate motions if a party seeks to file under seal a document containing "portions that more than one party bears the burden of showing is sealable."

For the foregoing reasons, Netflix respectfully requests that the narrowly tailored portions of Exhibit A be sealed.

| | | |
|---|---|---|
| 1 | Dated: June 20, 2023 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: /s/ *Elise Edlin* |
| 4 | | Sarah E. Piepmeier<br>SPiepmeier@perkinscoie.com |
| 5 | | Elise Edlin, Bar No. 293756<br>EEdlin@perkinscoie.com |
| 6 | | PERKINS COIE LLP<br>505 Howard Street, Suite 1000 |
| 7 | | San Francisco, California 94105<br>Telephone: +1.415.344.7000 |
| 8 | | Facsimile:  +1.415.344.7050 |
| 9 | | Janice L. Ta<br>JTa@perkinscoie.com |
| 10 | | PERKINS COIE LLP<br>405 Colorado Street Suite 1700 |
| 11 | | Austin, Texas 78701<br>Telephone: +1.737.256.6100 |
| 12 | | Facsimile:  +1.737.256.6300 |
| 13 | | Jassiem N. Moore<br>JassiemMoore@perkinscoie.com |
| 14 | | PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900 |
| 15 | | Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000 |
| 16 | | Facsimile:  +1.206.359.9000 |
| 17 | | Brianna Kadjo<br>BKadjo@perkinscoie.com |
| 18 | | PERKINS COIE LLP<br>1900 Sixteenth Street, Suite 1400 |
| 19 | | Denver, Colorado 80202-5255<br>Telephone: +1.303.291.2300 |
| 20 | | Facsimile:  +1.303.291.2400 |
| 21 | | Attorneys for Defendant NETFLIX, INC. |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

I, Kate Rose, declare:

I am a citizen of the United States and employed by the firm of Perkins Coie LLP in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. On June 20, 2023, I caused to be served a true copy of the sealed version of **EXHIBIT A TO THE MOTION FOR LEAVE TO SUPPLEMENT ITS RESPONSIVE DAMAGES CONTENTIONS** upon counsel as listed below:

Susan S.Q. Kalra
RAMEY LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
skalra@rameyfirm.com

William P. Ramey, III
Kyril Talanov
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
wramey@rameyfirm.com
ktalanov@rameyfirm.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 20, 2023.

 /s/ Kate Rose
Kate Rose

-1-                                        4:22-CV-01490-JST
NETFLIX 2ND SUPP RESP TO PLAINTIFF 1ST ROGS (NOS. 1-6)