1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**OAKLAND DIVISION**

11

12 | LAURI VALJAKKA,

Case No. 4:22-cv-01490-JST

13 |      *Plaintiff*,

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

14 |      v.

15 | NETFLIX, INC.,

16 |      *Defendant*.

17
18
19
20
21
22
23
24
25
26
27
28

1    On June 20, 2023, Defendant Netflix, Inc. ("Netflix" or "Defendant") filed an

2  Administrative Motion to File Documents Under Seal ("Motion to Seal"), which is narrowly

3  tailored to seal only the sealable material, pursuant to Local Rules 7-11 and 79-5.

4    The Court having reviewed the evidence in support of the Motion to Seal, finds that the

5  following portions of Exhibit A to the Unopposed Motion for Leave to Supplement Its

6  Responsive Damages Contentions ("Exhibit A") constitutes sealable material under Local Rule

7  79-5:

| Exhibit No. | Description | Ruling |
|---|---|---|
| Exhibit A, at pgs. 2 and 4. | Portions of Exhibit A that reference Valjakka's damages demand. | |

12    Therefore, IT IS HEREBY ORDERED that Defendant Netflix's Administrative Motion is

13  GRANTED and portions of Exhibit A shall be filed under seal pursuant to L.R. 79-5(c).

14

   **IT IS SO ORDERED.**

15

16  Dated: _____, 2023      _____

17                      Hon. JON S. TIGAR
                        DISTRICT COURT JUDGE