Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Janice L. Ta (admitted *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile:  +1.737.256.6300

Jassiem N. Moore, (admitted *pro hac vice*)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Brianna Kadjo, Bar No. 303336
BKadjo@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile:  +1.303.291.2400

Attorneys for Defendant NETFLIX, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LAURI VALJAKKA,<br><br>       Plaintiff,<br><br>       v.<br><br>NETFLIX, INC.,<br><br>       Defendant. | **Case No. 4:22-cv-01490-JST**<br><br>**DEFENDANT NETFLIX, INC.'S UNOPPOSED NOTICE OF MOTION AND MOTION FOR LEAVE TO SUPPLEMENT ITS RESPONSIVE DAMAGES CONTENTIONS**<br><br>Judge: Hon. Jon S. Tigar<br>Hearing Date: 09/07/2023<br>Time: 2:00 p.m. |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on September 7, 2023 at 2:00 PM, or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Jon S. Tigar, 1301 Clay Street, Oakland, CA 94612, Defendant Netflix, Inc. ("Netflix") will and hereby does move the Court for an order granting Netflix's leave to supplement its Responsive Damages Contentions. Netflix's proposed responsive damages contentions are attached as Exhibit A to the Elise Edlin Declaration. The grounds for this motion are that Netflix has good cause to supplement its Responsive Damages Contentions under Patent L.R. 3-9. The parties met and conferred on June 14, 2023 regarding the motion, and Plaintiff confirmed it would not oppose the motion.

## STATEMENT OF RELIEF REQUESTED

Pursuant to Federal Rules of Civil Procedure 15 and 16, Netflix files this unopposed motion for leave to amend its Patent L.R. 3–9 Responsive Damages Contentions ("Responsive Damages Contentions"). Netflix's proposed supplementation is attached hereto as Ex. A. Both Netflix and Mr. Valjakka made significant additional productions of documents relevant to damages between October 3, 2022 and the close of fact discovery on June 14, 2023. The parties met and conferred on June 14, 2023 regarding the motion, and Plaintiff confirmed he would not oppose the motion. Accordingly, Netflix seeks to amend its Responsive Damages Contentions.

Netflix has been diligent in both helping the Court set an achievable case schedule and in amending its Answer. Every modification to the scheduling order has either come as the result of a joint stipulation or unopposed agreement. *See, e.g.*, ECF Nos. 46, 59, 95, 96. In the months since Netflix's initial Responsive Damages Contentions, Mr. Valjakka produced relevant documents on at least May 15 and 16, 2023, and Netflix has made relevant productions on at least April 3, May 18, and June 2, 2023 as well as producing translations of relevant Finnish documents from Mr. Valjakka on June 12–13, 2023.

For the reasons set forth above, Netflix moves to supplement its Responsive Damages Contentions.

| | |
|---|---|
| Dated: June 20, 2023 | **PERKINS COIE LLP** |
| | By: */s/ Elise Edlin* |
| | Sarah E. Piepmeier, Bar No. 227094 |
| | SPiepmeier@perkinscoie.com |
| | Elise Edlin, Bar No. 293756 |
| | EEdlin@perkinscoie.com |
| | PERKINS COIE LLP |
| | 505 Howard Street, Suite 1000 |
| | San Francisco, California 94105 |
| | Telephone: +1.415.344.7000 |
| | Facsimile:  +1.415.344.7050 |
| | |
| | Janice L. Ta (admitted *pro hac vice*) |
| | JTa@perkinscoie.com |
| | PERKINS COIE LLP |
| | 405 Colorado Street Suite 1700 |
| | Austin, Texas 78701 |
| | Telephone: +1.737.256.6100 |
| | Facsimile:  +1.737.256.6300 |
| | |
| | Jassiem N. Moore, (admitted *pro hac vice*) |
| | JassiemMoore@perkinscoie.com |
| | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, Washington 98101-3099 |
| | Telephone: +1.206.359.8000 |
| | Facsimile:  +1.206.359.9000 |
| | |
| | Brianna Kadjo, Bar No. 303336 |
| | BKadjo@perkinscoie.com |
| | PERKINS COIE LLP |
| | 1900 Sixteenth Street, Suite 1400 |
| | Denver, Colorado 80202-5255 |
| | Telephone: +1.303.291.2300 |
| | Facsimile:  +1.303.291.2400 |
| | |
| | Attorneys for Defendant NETFLIX, INC. |