| | |
|---|---|
| 1 | Sarah E. Piepmeier, Bar No. 227094 |
| 2 | SPiepmeier@perkinscoie.com<br>Elise Edlin, Bar No. 293756 |
| 3 | EEdlin@perkinscoie.com<br>PERKINS COIE LLP |
| 4 | 505 Howard Street, Suite 1000<br>San Francisco, California 94105 |
| 5 | Telephone: +1.415.344.7000<br>Facsimile:  +1.415.344.7050 |
| 6 | Janice L. Ta (admitted *pro hac vice*) |
| 7 | JTa@perkinscoie.com<br>PERKINS COIE LLP |
| 8 | 405 Colorado Street Suite 1700<br>Austin, Texas 78701 |
| 9 | Telephone: +1.737.256.6100<br>Facsimile:  +1.737.256.6300 |
| 10 | Jassiem N. Moore, (admitted *pro hac vice*) |
| 11 | JassiemMoore@perkinscoie.com<br>PERKINS COIE LLP |
| 12 | 1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099 |
| 13 | Telephone: +1.206.359.8000<br>Facsimile:  +1.206.359.9000 |
| 14 | Brianna Kadjo, Bar No. 303336 |
| 15 | BKadjo@perkinscoie.com<br>PERKINS COIE LLP |
| 16 | 1900 Sixteenth Street, Suite 1400<br>Denver, Colorado 80202-5255 |
| 17 | Telephone: +1.303.291.2300<br>Facsimile:  +1.303.291.2400 |
| 18 | |
| 19 | *Attorneys for Defendant*<br>NETFLIX, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURI VALJAKKA, | Case No. 4:22-cv-01490-JST |
| Plaintiff, | **DECLARATION OF ELISE EDLIN IN SUPPORT OF DEFENDANT NETFLIX, INC.'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT ITS RESPONSIVE DAMAGES CONTENTIONS** |
| v. | |
| NETFLIX, INC., | |
| Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Judge: Hon. Jon S. Tigar
Hearing Date: 09/07/2023
Time: 2:00 p.m.

I, Elise Edlin, hereby declare:

1. I am an attorney with the law firm Perkins Coie LLP, based in San Francisco, California, and counsel representing Defendant Netflix, Inc. ("Netflix"). I have personal knowledge of the facts set forth in this declaration and am competent to testify.

2. I am submitting this declaration in support of the Defendant Netflix, Inc.'s Unopposed Motion for Leave to Supplement Its Responsive Damages Contentions.

3. Netflix and Plaintiff Mr. Valjakka made additional productions of documents relevant to damages between October 3, 2022 and the close of fact discovery on June 14, 2023.

4. The parties met and conferred on June 14, 2023 regarding the motion, and Plaintiff confirmed he would not oppose the motion.

5. Attached hereto as Exhibit A is a true and correct copy of Defendant Netflix, Inc.'s Patent L.R. 3-9 Supplemental Responsive Damages Contentions.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on June 20, 2023 in Oakland, California.

/s/ Elise E. Edlin
Elise S. Edlin