1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LAURI VALJAKKA, | Case No. 4:22-cv-01490-JST |
| *Plaintiff*, | **[PROPOSED] ORDER GRANTING DEFENDANT NETFLIX, INC.'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT ITS RESPONSIVE DAMAGES CONTENTIONS** |
| v. | |
| NETFLIX, INC., | |
| *Defendant*. | Judge: Hon. Jon S. Tigar<br>Hearing Date: 09/07/2023<br>Time: 2:00 p.m. |

1 | The Court having considered Netflix's Unopposed Motion for Leave to Supplement its Responsive Damages Contentions, hereby GRANTS this Motion.

IT IS SO ORDERED.

Dated: _____, 2023

_____
Hon. JON S. TIGAR
DISTRICT COURT JUDGE