1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                              **OAKLAND DIVISION**

11

12  LAURI VALJAKKA,                          Case No. 4:22-cv-01490-JST

13          *Plaintiff*,                     [PROPOSED] **ORDER GRANTING**
                                             **DEFENDANT NETFLIX, INC.'S**
14          v.                               **UNOPPOSED MOTION TO REMOVE**
                                             **INCORRECTLY FILED DOCUMENTS:**
15  NETFLIX, INC.,                           **DOCKET NO. 100 AND ATTACHMENT**
                                             **NO. 1 (EXHIBIT A)**
16          *Defendant*.

17
18
19
20
21
22
23
24
25
26
27
28

1  The Court having considered Netflix's Unopposed Motion to Remove Incorrectly Filed
2  Documents: Docket No. 100, Attachment No. 1 (Exhibit A), and Attachment No. 2 (Proposed
3  Order), hereby GRANTS this Motion.

5  IT IS SO ORDERED.

7  Dated: _____June 21_____, 2023   _____
   Hon. JON S. TIGAR
8  DISTRICT COURT JUDGE