1   Sarah E. Piepmeier, Bar No. 227094
    SPiepmeier@perkinscoie.com
2   Elise Edlin, Bar No. 293756
    EEdlin@perkinscoie.com
3   PERKINS COIE LLP
    505 Howard Street, Suite 1000
4   San Francisco, California 94105
    Telephone: +1.415.344.7000
5   Facsimile:  +1.415.344.7050

6   Janice L. Ta (admitted *pro hac vice*)
    JTa@perkinscoie.com
7   PERKINS COIE LLP
    405 Colorado Street Suite 1700
8   Austin, Texas 78701
    Telephone: +1.737.256.6100
9   Facsimile:  +1.737.256.6300

10  Jassiem N. Moore, (admitted *pro hac vice*)
    JassiemMoore@perkinscoie.com
11  PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
12  Seattle, Washington 98101-3099
    Telephone: +1.206.359.8000
13  Facsimile:  +1.206.359.9000

14  Brianna Kadjo, Bar No. 303336
    BKadjo@perkinscoie.com
15  PERKINS COIE LLP
    1900 Sixteenth Street, Suite 1400
16  Denver, Colorado 80202-5255
    Telephone: +1.303.291.2300
17  Facsimile:  +1.303.291.2400

18  *Attorneys for Defendant NETFLIX, INC.*

19              **UNITED STATES DISTRICT COURT**

20           **NORTHERN DISTRICT OF CALIFORNIA**

21

22  LAURI VALJAKKA,                    | **Case No. 4:22-cv-01490-JST**

23              Plaintiff,             | **PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**
24      v.
25  NETFLIX, INC.,                     | **[CIVIL LOCAL RULE 6-2]**

26              Defendant.             | Judge:   Hon. JON S. TIGAR

27

28

1
2

**TO THE HON. JON S. TIGAR, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

3    Pursuant to Civil Local Rule 6-2 of the Civil Local Rules (L.R.), Defendant Netflix, Inc.

4 ("Defendant" or "Netflix") and Lauri Valjakka ("Plaintiff" or "Valjakka") stipulate as follows:

5    WHEREAS, on March 30, 2022, the Court ordered the Parties to submit a Proposed

6 Schedule pursuant to the Case Management Conference Order in Reassigned Case (ECF No.

7 27).

8    WHEREAS, on January 10, 2023, this Court entered the Case Schedule (ECF No. 77).

9    WHEREAS, on May 18, 2023, this Court entered Plaintiff's Unopposed Motion to

10 Amend Case Schedule (ECF No. 98).

11    WHEREAS, on June 16, 2023, the Parties met and conferred and agreed to the revised

12 case schedule shown below.

13    NOW, THEREFORE, the Parties, by and through their respective counsel, hereby

14 stipulate and agree to extend the deadlines as indicated in the chart below.

15

| Date | 7 days | Description |
|------|--------|-------------|
| 06/30/2023 | 07/07/23 | Opening expert reports due |
| | 08/11/23 | Valjakka Rebuttal expert reports due |
| 08/11/2023 | 08/18/23 | Netflix Rebuttal expert reports due |

16
17
18
19
20
21
22
23
24
25
26
27
28

4:22-CV-01490-JST
PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

1    Dated:  June 28, 2023                    Respectfully submitted,

2                                             PERKINS COIE, LLP

3
                                             */s/ Sarah E. Piepmeier*
4                                             Sarah E. Piepmeier, Bar No. 227094
                                             SPiepmeier@perkinscoie.com
5                                             Elise Edlin, Bar No. 293756
                                             EEdlin@perkinscoie.com
6                                             PERKINS COIE LLP
                                             505 Howard Street, Suite 1000
7                                             San Francisco, California 94105
                                             Telephone: +1.415.344.7000
8                                             Facsimile:  +1.415.344.7050

9                                             Janice L. Ta (admitted *pro hac vice*)
                                             JTa@perkinscoie.com
10                                            PERKINS COIE LLP
                                             405 Colorado Street Suite 1700
11                                            Austin, Texas 78701
                                             Telephone: +1.737.256.6100
12                                            Facsimile:  +1.737.256.6300

13                                            Jassiem N. Moore, (admitted *pro hac vice*)
                                             JassiemMoore@perkinscoie.com
14                                            PERKINS COIE LLP
                                             1201 Third Avenue, Suite 4900
15                                            Seattle, Washington 98101-3099
                                             Telephone: +1.206.359.8000
16                                            Facsimile:  +1.206.359.9000

17                                            Brianna Kadjo, Bar No. 303336
                                             BKadjo@perkinscoie.com
18                                            PERKINS COIE LLP
                                             1900 Sixteenth Street, Suite 1400
19                                            Denver, Colorado 80202-5255
                                             Telephone: +1.303.291.2300
20                                            Facsimile:  +1.303.291.2400

21                                            ***Attorney for Defendant Netflix, Inc.***

22

23

24

25

26

27

28

1    Dated:  June 28, 2023                    RAMEY LLP

2                                             */s/ Susan S. Q. Kalra*
                                              Susan S.Q. Kalra (CA State Bar No. 16740)
3                                             Email: skalra@rameyfirm.com
                                              RAMEY LLP
4                                             5020 Montrose Blvd., Suite 800
                                              Houston, TX 77006
5                                             Telephone: (800) 993-7499
                                              Fax: (832) 900-4941
6
7                                             William P. Ramey, III (Admitted *pro hac vice*)
                                              Email: wramey@rameyfirm.com
8                                             RAMEY LLP
                                              5020 Montrose Blvd., Suite 800
9                                             Houston, TX 77006
                                              Telephone: (713) 426-3923
10                                            Fax: (832) 689-9175
11
12                                            ***Attorneys for Plaintiff***
                                              **LAURI VALJAKKA**
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4:22-CV-01490-JST
PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

1   **PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

2

3

4   Dated: _____       By: _____

    HON. JON S. TIGAR

5   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4:22-CV-01490-JST
PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

**SIGNATURE ATTESTATION**

I, Sarah E. Piepmeier, am the ECF user whose user id and password authorizes the filing of this documents.  Under Civil L.R. 5-1(h)(3), I attest that counsel for Plaintiff has concurred in this filing.

Dated:  June 28, 2023                                  /s/ Sarah E. Piepmeier
                                                       Sarah E. Piepmeier, CA SBN 227094

                                                       ***Attorney for Defendant Netflix, Inc.***