Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Janice L. Ta (appearance *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile:  +1.737.256.6300

Jassiem N. Moore, (admitted *pro hac vice*)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Brianna Kadjo, Bar No. 303336
BKadjo@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile:  +1.303.291.2400

*Attorneys for Defendant NETFLIX, INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURI VALJAKKA,<br><br>            Plaintiff,<br><br>     v.<br><br>NETFLIX, INC.,<br><br>            Defendant. | Case No. **4:22-cv-01490-JST**<br><br>**DECLARATION OF JASSIEM N. MOORE IN SUPPORT OF JOINT STIPULATION FOR EXTENSION OF TIME FOR EXPERT REPORTS**<br><br>Judge:    Hon. JON S. TIGAR |

**Declaration of Jassiem N. Moore**

I, Jassiem N. Moore, hereby declare:

1. I am an attorney with the law firm Perkins Coie LLP, based in Seattle, Washington, and represent Defendant Netflix, Inc. I have personal knowledge of the facts set forth in this declaration and am competent to testify.

2. I am submitting this declaration in support of the Parties' Joint Stipulation and [Proposed] Order to Extend Time for Expert Reports pursuant to Northern District of California Civil Local Rule 6-2.

3. There have been five previous time modifications in this case.

5. Netflix filed an unopposed administrative motion to extend the time to hold the Initial Case Management Conference from April 19, 2022 to May 3, 2022. (Dkt. 29, as granted Dkt. 32).

6. On May 18, 2022, the parties jointly submitted a proposed order for a two-week extension for Netflix to respond to the Second Amended Complaint. The Court granted the proposed order on May 20, 2022. (Dkt. 46, as granted Dkt. 47).

7. On September 2, 2022, the parties jointly stipulated to extend the time for Netflix to respond to Valjakka's damages contentions. The Court granted the proposed order on May 20, 2022. (Dkt. 59).

8. On April 4, 2023, the parties jointly submitted a proposed order to extend time for mediation. The Court granted the proposed order on April 5, 2023. (Dkt. 94, as granted Dkt. 95).

9. On May 11, 2023, Valjakka submitted an unopposed motion to amend the case schedule. On May 18, 2023, the Court granted Valjakka's motion. (Dkt. 96, as granted Dkt. 98).

10. On June 16, 2023, the parties met and conferred regarding the schedule for expert report briefing. Valjakka requested, and Netflix agreed to, a 7-day extension of the opening expert report deadline for both parties and a 7-day extension of the rebuttal expert report deadline for Netflix. The requested time modification would extend the dates for expert reports as shown in the table below and does not modify any other deadlines in the Court's Scheduling Order.

| Date | 7 days | Description |
|---|---|---|
| 06/30/2023 | 07/07/23 | Opening expert reports due |
| | 08/11/23 | Valjakka Rebuttal expert reports due |
| 08/11/2023 | 08/18/23 | Netflix Rebuttal expert reports due |

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on June 28, 2022, in Seattle, Washington.

*/s/ Jassiem N. Moore*
Jassiem N. Moore