1  Sarah E. Piepmeier, Bar No. 227094
   SPiepmeier@perkinscoie.com
2  Elise Edlin, Bar No. 293756
   EEdlin@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: +1.415.344.7000
5  Facsimile:  +1.415.344.7050

6  Janice L. Ta (admitted *pro hac vice*)
   JTa@perkinscoie.com
7  PERKINS COIE LLP
   405 Colorado Street Suite 1700
8  Austin, Texas 78701
   Telephone: +1.737.256.6100
9  Facsimile:  +1.737.256.6300

10 Jassiem N. Moore, (admitted *pro hac vice*)
   JassiemMoore@perkinscoie.com
11 PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
12 Seattle, Washington 98101-3099
   Telephone: +1.206.359.8000
13 Facsimile:  +1.206.359.9000

14 Brianna Kadjo, Bar No. 303336
   BKadjo@perkinscoie.com
15 PERKINS COIE LLP
   1900 Sixteenth Street, Suite 1400
16 Denver, Colorado 80202-5255
   Telephone: +1.303.291.2300
17 Facsimile:  +1.303.291.2400

18 *Attorneys for Defendant*
   *NETFLIX, INC.*
19

20               **UNITED STATES DISTRICT COURT**

21              **NORTHERN DISTRICT OF CALIFORNIA**

22                      **OAKLAND DIVISION**

23

|  |  |
|---|---|
| LAURI VALJAKKA, | Case No. 4:22-cv-01490-JST |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT NETFLIX, INC.'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS ANSWER AND COUNTERCLAIMS |
| v. |  |
| NETFLIX, INC., |  |
| Defendant. |  |

The Court having considered Netflix's Unopposed Motion for Leave to Amend Its Answer and Counterclaims, hereby GRANTS this Motion.

IT IS SO ORDERED.

Dated: ___June 28___, 2023

_____
Hon. JON S. TIGAR
DISTRICT COURT JUDGE