1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10                   **OAKLAND DIVISION**
11
12  LAURI VALJAKKA,                    Case No. 4:22-cv-01490-JST
13      *Plaintiff*,                   [PROPOSED] **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
14      v.
15  NETFLIX, INC.,
16      *Defendant*.
17
18
19
20
21
22
23
24
25
26
27
28

On June 20, 2023, Defendant Netflix, Inc. ("Netflix" or "Defendant") filed an Administrative Motion to File Documents Under Seal ("Motion to Seal"), which is narrowly tailored to seal only the sealable material, pursuant to Local Rules 7-11 and 79-5.

The Court having reviewed the evidence in support of the Motion to Seal, finds that the following portions of Exhibit A to the Unopposed Motion for Leave to Supplement Its Responsive Damages Contentions ("Exhibit A") constitutes sealable material under Local Rule 79-5:

| Exhibit No. | Description | Ruling |
|---|---|---|
| Exhibit A, at pgs. 2 and 4. | Portions of Exhibit A that reference Valjakka's damages demand. | Granted |

Therefore, IT IS HEREBY ORDERED that Defendant Netflix's Administrative Motion is GRANTED and portions of Exhibit A shall be filed under seal pursuant to L.R. 79-5(c).

**IT IS SO ORDERED.**

Dated: _____June 28_____, 2023

_____
Hon. JON S. TIGAR
DISTRICT COURT JUDGE