**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LAURI VALJAKKA,<br><br>*Plaintiff*,<br><br>v.<br><br>NETFLIX, INC.,<br><br>*Defendant*. | Case No. 4:22-cv-01490-JST<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANT NETFLIX, INC.'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT ITS RESPONSIVE DAMAGES CONTENTIONS**<br><br>Judge:    Hon. Jon S. Tigar<br>Hearing Date: 09/07/2023<br>Time: 2:00 p.m. |

1  The Court having considered Netflix's Unopposed Motion for Leave to Supplement its
2  Responsive Damages Contentions, hereby GRANTS this Motion.

4  IT IS SO ORDERED.

6  Dated: _____June 28_____, 2023    _____
                                     Hon. JON S. TIGAR
7                                    DISTRICT COURT JUDGE