Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Janice L. Ta (admitted *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile:  +1.737.256.6300

Jassiem N. Moore, (admitted *pro hac vice*)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Brianna Kadjo, Bar No. 303336
BKadjo@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile:  +1.303.291.2400

*Attorneys for Defendant NETFLIX, INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURI VALJAKKA, | **Case No. 4:22-cv-01490-JST** |
| Plaintiff, | **PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |
| v. | |
| NETFLIX, INC., | **[CIVIL LOCAL RULE 6-2]** |
| Defendant. | Judge:   Hon. JON S. TIGAR |

**TO THE HON. JON S. TIGAR, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Civil Local Rule 6-2 of the Civil Local Rules (L.R.), Defendant Netflix, Inc. ("Defendant" or "Netflix") and Lauri Valjakka ("Plaintiff" or "Valjakka") stipulate as follows:

WHEREAS, on March 30, 2022, the Court ordered the Parties to submit a Proposed Schedule pursuant to the Case Management Conference Order in Reassigned Case (ECF No. 27).

WHEREAS, on January 10, 2023, this Court entered the Case Schedule (ECF No. 77).

WHEREAS, on May 18, 2023, this Court entered Plaintiff's Unopposed Motion to Amend Case Schedule (ECF No. 98).

WHEREAS, on June 16, 2023, the Parties met and conferred and agreed to the revised case schedule shown below.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby stipulate and agree to extend the deadlines as indicated in the chart below.

| Date | 7 days | Description |
|---|---|---|
| 06/30/2023 | 07/07/23 | Opening expert reports due |
|  | 08/11/23 | Valjakka Rebuttal expert reports due |
| 08/11/2023 | 08/18/23 | Netflix Rebuttal expert reports due |

| | | |
|---|---|---|
| 1 | Dated:  June 28, 2023 | Respectfully submitted, |
| 2 | | |
| | | PERKINS COIE, LLP |

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Janice L. Ta (admitted *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile:  +1.737.256.6300

Jassiem N. Moore, (admitted *pro hac vice*)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Brianna Kadjo, Bar No. 303336
BKadjo@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile:  +1.303.291.2400

***Attorney for Defendant Netflix, Inc.***

| | | |
|---|---|---|
| 1 | Dated: June 28, 2023 | RAMEY LLP |
| 2 | | |
| 3 | | */s/ Susan S. Q. Kalra*<br>Susan S.Q. Kalra (CA State Bar No. 16740) |
| 4 | | Email: skalra@rameyfirm.com<br>RAMEY LLP |
| 5 | | 5020 Montrose Blvd., Suite 800<br>Houston, TX 77006 |
| 6 | | Telephone: (800) 993-7499<br>Fax: (832) 900-4941 |
| 7 | | |
| 8 | | William P. Ramey, III (Admitted *pro hac vice*)<br>Email: wramey@rameyfirm.com |
| 9 | | RAMEY LLP<br>5020 Montrose Blvd., Suite 800 |
| 10 | | Houston, TX 77006<br>Telephone: (713) 426-3923 |
| 11 | | Fax: (832) 689-9175 |
| 12 | | ***Attorneys for Plaintiff*** |
| 13 | | **LAURI VALJAKKA** |

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 28, 2023

By: /s/ Jon S. Tigar
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE