Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Janice L. Ta (admitted *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile:  +1.737.256.6300

Jassiem N. Moore, (admitted *pro hac vice*)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Brianna Kadjo, Bar No. 303336
BKadjo@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile:  +1.303.291.2400

Attorneys for Defendant NETFLIX, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA, | Case No. 4:22-cv-01490-JST |
| Plaintiff, | **[PROPOSED] STIPULATION AMENDING PROTECTIVE ORDER** |
| v. | |
| NETFLIX, INC., | |
| Defendant. | |

WHEREAS, by stipulation of the parties, a protective order issued in this action on July 25, 2022 (the "Protective Order");

NOW, THEREFORE, Plaintiff and Defendant hereby agree and stipulate to the amendment of the Protective Order issued in this action on July 25, 2022, as follows:

The following documents are designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," however for the purpose of transparency under Rule 408, Valjakka allows Netflix In-House Counsel to view these documents:

LV003942;

LV004030;

LV004038;

LV004058;

LV004070;

LV2_000410;

LV2_000799;

LV2_002242

LV2_002712;

LV2_003057;

LV2_003282;

LV2_003450;

LV2_004315;

NFX-VALJ-00011043;

NFX-VALJ-00011048.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED July 27, 2023                    */s/ William P. Ramey, III.*
                                       William P. Ramey, III (appearance *pro hac vice*)
                                       wramey@rameyfirm.com
                                       RAMEY LLP
                                       5020 Montrose Blvd., Suite 800
                                       Houston, Texas 77006
                                       Telephone:    +1.713.426.3923

|   |   |
|---|---|
|   | Facsimile:     +1.832.689.9175 |
|   | Susan S.Q. Kalra, Bar No. 167940<br>susan@m-iplaw.com<br>RAMEY LLP<br>303 Twin Dolphin Drive, Suite 600<br>Redwood City, California 94065<br>Telephone:    +1.408.236.6640<br>Facsimile:     +1.408.236.6641 |
|   | **Attorneys for Plaintiff LAURI VALJAKKA** |
| DATED: July 27, 2023 | /s/ Sarah E. Piepmeier<br>Sarah E. Piepmeier, Bar No. 227094<br>SPiepmeier@perkinscoie.com<br>Elise Edlin, Bar No. 293756<br>EEdlin@perkinscoie.com<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, California 94105<br>Telephone:    +1.415.344.7000<br>Facsimile:     +1.415.344.7050 |
|   | Janice L. Ta (appearance *pro hac vice*)<br>JTa@perkinscoie.com<br>PERKINS COIE LLP<br>405 Colorado Street, Suite 1700<br>Austin, Texas 78701<br>Telephone:    +1.737.256.6100<br>Facsimile:     +1.737.256.6300 |
|   | Jassiem N. Moore, (appearance *pro hac vice*)<br>JassiemMoore@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone:    +1.206.359.8000<br>Facsimile:     +1.206.359.9000 |
|   | Brianna Kadjo, Bar No. 303336<br>BKadjo@perkinscoie.com<br>PERKINS COIE LLP<br>1900 Sixteenth Street, Suite 1400<br>Denver, Colorado 80202-5255<br>Telephone:    +1.303.291.2300<br>Facsimile:     +1.303.291.2400 |
|   | **Attorneys for Defendant NETFLIX, INC.** |

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: _____          _____
Hon. Jon S. Tigar
United States District Judge

**SIGNATURE ATTESTATION**

I, Sarah E. Piepmeier, am the ECF user whose user id and password authorizes the filing of this documents. Under Civil L.R. 5-1(h)(3), I attest that counsel for Plaintiff has concurred in this filing.

Dated: July 27, 2023

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier, CA SBN 227094

***Attorney for Defendant Netflix, Inc.***