AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Lauri Valjakka | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:22-cv-01490-JST |
| Netflix, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant and Counterclaim-Plaintiff Netflix, Inc.                                                                                      .

Date:   08/11/2023                                                                /s/ Karan Singh Dhadialla
                                                                                            *Attorney's signature*

                                                                        Karan Singh Dhadialla (SBN 296313)
                                                                        *Printed name and bar number*

                                                                        Baker Botts, L.L.P.
                                                                        101 California Street, Suite 3200
                                                                        San Francisco, CA  94111
                                                                        *Address*

                                                                        karan.dhadialla@bakerbotts.com
                                                                        *E-mail address*

                                                                        (415) 291-6200
                                                                        *Telephone number*

                                                                        (415) 291-6300
                                                                        *FAX number*