1  Rachael D. Lamkin (SBN 246066)
2  Karan Singh Dhadialla (SBN 296313)
   BAKER BOTTS L.L.P.
3  101 California Street, Suite 3200
   San Francisco, California 94111
4  Phone: (415) 291-6200
   Fax: (415) 291-6300
5  rachael.lamkin@bakerbotts.com
   karan.dhadialla@bakerbotts.com

6  *Attorneys for Defendant NETFLIX, INC.*

7  (*Additional counsel listed in signature block*)

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12

13 | LAURI VALJAKKA,            | Case No.: 4:22-cv-01490-JST
14 |     Plaintiff,             | **NETFLIX, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
15 |     v.                     |
16 | NETFLIX, INC.,             |
17 |     Defendant.             | Judge:   Hon. Jon S. Tigar

18

19         Having reviewed and pursuant to Honorable Jon S. Tigar's Standing Order Governing
20  Administrative Motions to File Material Under Seal and Local Rule 79-5(f), Defendant Netflix, Inc.
21  ("Netflix") hereby submits this Administrative Motion to Consider Whether Another Party's Material
22  Should Be Sealed (the "Motion") in connection with Netflix's concurrently filed Motion for
23  Preliminary Injunction. Netflix's Motion for Preliminary Injunction references Plaintiff Lauri
24  Valjakka's licensing agreements, excerpts of Plaintiff's deposition transcripts, and excerpts of
25  Plaintiff's responses and objections to interrogatories (included hereto as Exhibit Nos. A-I to the
26  Declaration of Karan Singh Dhadialla in Support of this Motion ("Dhadialla Declaration"))—all of
27  which contain information that Plaintiff has designated as "Confidential" or "Highly Confidential
28  Attorneys' Eyes Only" under the Stipulated Protective Order entered in this action on July 25, 2022

(Dkt. No. 56).

For purposes of this Motion, and pursuant to Local Rule 79-5(f)(1), Netflix identifies the following documents or portions of documents that have been designated as confidential by Plaintiff:

| Document | Portions to be Considered to be Sealed | Designating Party |
| --- | --- | --- |
| Exhibit A[1] (English translation of Licensing Agreement on Exclusive Right to a Patent between Lauri Valjakka and CDN Licensing for US Patent No. 8,495,167) | Entire document | Plaintiff Lauri Valjakka designated this document "Highly Confidential Attorneys' Eyes Only" |
| Exhibit B (Excerpts from the June 2, 2023 deposition of Lauri Valjakka) | Highlighted portions containing party names to settlement and licensing agreements and any confidential terms | Plaintiff Lauri Valjakka designated the highlighted portions of this document "Highly Confidential Attorneys' Eyes Only" |
| Exhibit C (Confidential Final Settlement Agreement and Release) | Entire document | Plaintiff Lauri Valjakka designated this document "Highly Confidential Attorneys' Eyes Only |
| Exhibit D (Licensing Agreement on Exclusive Right to a Patent between Lauri Valjakka and CDN Licensing for US Patent No. 10,726,102) | Entire document | Plaintiff Lauri Valjakka designated this document "Highly Confidential Attorneys' Eyes Only |
| Exhibit E (Patent License and License Option Agreement) | Entire document | Plaintiff Lauri Valjakka designated this document "Highly Confidential Attorneys' Eyes Only |
| Exhibit F (Settlement and License Agreement) | Entire Document | Plaintiff Lauri Valjakka designated this document "Highly Confidential Attorneys' Eyes Only |
| Exhibit G (Settlement Agreement) | Entire Document | Plaintiff Lauri Valjakka designated this document "Highly Confidential Attorneys' Eyes Only |
| Exhibit H (Settlement and Patent License Agreement) | Entire Document | Plaintiff Lauri Valjakka designated this document "Highly Confidential Attorneys' Eyes Only |

---

[1] All Exhibits refer to those Exhibits attached to the concurrently filed Dhadialla Declaration.

| Exhibit I (Excerpts from Plaintiff Lauri Valjakka's Second Supplemental Responses and Objections to Defendant Netflix's First Set of Interrogatories (No. 1-20)) | Highlighted portions containing party names to settlement and licensing agreements and any confidential terms | Plaintiff Lauri Valjakka designated the highlighted portions of this document "Confidential" or "Highly Confidential Attorneys' Eyes Only" |
| Netflix's Motion for Preliminary Injunction | Highlighted portions containing party names to settlement and licensing agreements and any confidential terms | Plaintiff Lauri Valjakka designated the highlighted portions of this document "Highly Confidential Attorneys' Eyes Only" |

This motion is supported by the Dhadialla Declaration and is being concurrently filed with a Proposed Order pursuant to this Court's Standing Order Governing Administrative Motions to File Material Under Seal. Notice

Dated: August 21, 2023                    Respectfully submitted,


By: */s/ Karan Singh Dhadialla*
Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 291-6200
Fax: (415) 291-6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise S. Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Janice L. Ta (appearance pro hac vice)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street Suite 1700
Austin, Texas 78701

Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Jassiem N. Moore (appearance pro hac vice)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Brianna Kadjo, Bar No. 303336
BKadjo@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

*Attorneys for Defendant, NETFLIX, INC.*