1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

12  LAURI VALJAKKA,                     | Case No. 4:22-cv-01490-JST
13         Plaintiff,                   | **[PROPOSED] ORDER GRANTING DEFENDANT NETFLIX, INC.'S MOTION FOR PRELIMINARY INJUNCTION**
14     v.                               |
15  NETFLIX, INC.,                      |
16         Defendant.                   |
17
18
19
20
21
22
23
24
25
26
27
28

1  Before this Court is Defendant Netflix, Inc.'s Motion for Preliminary Injunction. After
2 considering the Motion, the papers filed in support and in opposition to said motion, the pleadings
3 and documents on file in this case, and such other evidence and argument presented at hearing on
4 this motion, hereby orders the following:

5  IT IS HEREBY ORDERED that Netflix Inc.'s request for Order enjoining Plaintiff Lauri
6 Valjakka, pending trial, from using, moving, concealing, transferring, or otherwise disposing of any
7 licensing or settlement asset in his possession, custody or control is GRANTED.

Dated: _____, 2023

                                                                                      _____
                                                                                      JON S. TIGAR
                                                                                      United States District Judge