Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, California 94111
Phone: (415) 291-6200
Fax: (415) 291-6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

*Attorneys for Defendant, NETFLIX, INC.*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>    Plaintiff,<br><br>  v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | Case No. 4:22-cv-01490-JST<br><br>**DEFENDANT NETFLIX, INC.'S NOTICE OF MOTION AND OPPOSED MOTION FOR LEAVE TO AMEND ITS ANSWER TO ADD A SINGLE CUVTA COUNTERCLAIM**<br><br>Judge:   Hon. Jon S. Tigar<br>Date:    October 19, 2023<br>Time:   2:00 p.m.<br>Crtrm:  6 – 2nd Floor |

1   PLEASE TAKE NOTICE that on October 19, 2023, at 2:00 p.m., or as soon before or

2   thereafter as the matter may be heard, in Courtroom 6 on the 2nd Floor of the Oakland Courthouse

3   located at 1301 Clay Street, Oakland, CA 94612, Defendant Netflix, Inc. ("Netflix") will and hereby

4   does move this Court for leave to amend its answer to add a single counterclaim.

5   This motion is based on this Notice of Motion, the attached memorandum of points and

6   authorities in support thereof, and such other written and/or oral arguments as may be presented at

7   or before the time this Motion is taken under submission by the Court.

### LOCAL RULE 7-2(b)(3) RELIEF SOUGHT

Herein Defendant Netflix, Inc. seeks leave to amend to add a single counterclaim to Netflix's Answer, Dkt. No., 116, for violation of California's Uniform Voidable Transactions Act.

Dated: August 21, 2023

Respectfully submitted,

*/s/ Rachael D. Lamkin*
Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 291-6200
Fax: (415) 291-6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise S. Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Janice L. Ta (appearance pro hac vice)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Facsimile: +1.737.256.6300

Jassiem N. Moore (appearance pro hac vice)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Brianna Kadjo, Bar No. 303336
BKadjo@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

*Attorneys for Defendant, NETFLIX, INC.*

Pursuant to Federal Rules of Civil Procedure 15 and 16, Netflix files this opposed motion for leave to amend its Answer to Plaintiff's Third Amended Complaint, Additional Defenses, and Counterclaims ("Answer"), Dkt. No. 116. As detailed in its concurrently filed Motion For Preliminary Injunction, Plaintiff Lauri Valjakka has concealed material, relevant evidence of his fraudulent transfer, in an insider transaction, to his company CDN Licensing. In light of new evidence, Netflix moves to add a counterclaim against Mr. Valjakka for violation of the California Uniform Voidable Transactions Act, Cal. Civ. Code § 3429 *et. seq*. Netflix has been diligent in amending its Answer. *See* Lamkin Decl., ¶¶6-11. Every modification to the scheduling order except this one has either come as the result of a joint stipulation or unopposed agreement. *See, e.g.,* ECF Nos. 46, 59, 95, 96, 101.

Good cause exists for this request. *See* Fed.R.Civ.P 16(b)(4).

Although this matter has been pending for two years (2), Valjakka withheld and concealed material, highly relevant evidence until just before the close of fact discovery, *i.e.,* exclusive licenses to the Asserted Patents demonstrating that Plaintiff Valjakka no longer had a majority of the rights to the Asserted Patents (the "CDN licenses"). After the production and translation of the CDN licenses, and after Mr. Valjakka's June 2023 deposition testimony, Netflix realized Mr. Valjakka had orchestrated fraudulent transactions in order to effectuate transfers of his assets to ostensibly avoid paying creditors' contingent claims. *See* Lamkin Decl., ¶¶6-11; Netflix's Motion For Preliminary Injunction.

Fact discovery closed on June 14, 2023. Dkt. No. 98. On May 12, 2023, after twenty (20) months of litigation and in contravention of multiple discovery requests over the prior year seeking the exact information withheld, Valjakka produced two highly relevant documents, in Finnish. Netflix—on its own accord—obtained certified translations on those documents on May 30, 2023, two days before Mr. Valjakka's deposition. In June and July, 2023, Netflix has been absorbed in (i) discovering and pleading inequitable conduct against Mr. Valjakka, (ii) expert reports, (iii) mediation, (iv) amending its damages contentions, and (v) drafting summary judgment motions (Dkt. Nos. 101-124). With these demands, Valjakka was almost successful in permanently concealing his CUVTA violations. However, upon further review of Mr. Valjakka's deposition

transcript and the CDN licenses in early August 2023, Mr. Valjakka's attempts to fraudulently transfer assets became apparent. *See* Lamkin Decl., ¶¶6-11. Netflix immediately began researching its rights and remedies, ultimately determining a CUVTA counterclaim and preliminary injunction were warranted. *Id*.

Mr. Valjakka will not be prejudiced by this request. Netflix does not seek to extend any dates in the schedule, including trial.

Filed as Exhibit A hereto is Netflix's proposed amendment to its Answer, in redline.

The Parties have engaged in extensive written correspondence regarding CUVTA and this Motion since August 16, 2023. Lamkin Decl., ¶¶12-17. Netflix has been asking Valjakka to meet and confer since that date. Valjakka's counsel stated that he could only meet and confer this morning. The parties engaged in a telephonic meet and confer this morning and were unable to come to compromise. *See* Declaration of Rachael D. Lamkin in support of Netflix's Motion For Preliminary Injunction, ¶¶12-17, filed concurrently herewith and incorporated by reference. Netflix thus files this Motion opposed.

Dated: August 21, 2023                                          Respectfully submitted,

*/s/ Rachael D. Lamkin*
Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 291-6200
Fax: (415) 291-6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise S. Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

1
2
3
4
5

          Janice L. Ta (appearance pro hac vice)
          JTa@perkinscoie.com
          PERKINS COIE LLP
          405 Colorado Street Suite 1700
          Austin, Texas 78701
          Telephone: +1.737.256.6100
          Facsimile: +1.737.256.6300

6
7
8
9
10

          Jassiem N. Moore (appearance pro hac vice)
          JassiemMoore@perkinscoie.com
          PERKINS COIE LLP
          1201 Third Avenue, Suite 4900
          Seattle, Washington 98101-3099
          Telephone: +1.206.359.8000
          Facsimile: +1.206.359.9000

11
12
13
14
15

          Brianna Kadjo, Bar No. 303336
          BKadjo@perkinscoie.com
          PERKINS COIE LLP
          1900 Sixteenth Street, Suite 1400
          Denver, Colorado 80202-5255
          Telephone: +1.303.291.2300
          Facsimile: +1.303.291.2400

16

          *Attorneys for Defendant, NETFLIX, INC.*

17
18
19
20
21
22
23
24
25
26
27
28

---

NETFLIX, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER           CASE NO. 4:22-cv-01490-JST

3