Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Janice L. Ta (admitted *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile:  +1.737.256.6300

Jassiem N. Moore, (admitted *pro hac vice*)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Brianna Kadjo, Bar No. 303336
BKadjo@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile:  +1.303.291.2400

*Attorneys for Defendant NETFLIX, INC.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA, <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC., <br><br> Defendant. | **Case No. 4:22-cv-01490-JST** <br><br> **PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** <br><br> **[CIVIL LOCAL RULE 6-2]** <br><br> Judge:   Hon. JON S. TIGAR |

**TO THE HON. JON S. TIGAR, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Civil Local Rule 6-2 of the Civil Local Rules (L.R.), Defendant Netflix, Inc. ("Defendant" or "Netflix") and Lauri Valjakka ("Plaintiff" or "Valjakka") stipulate as follows:

1. Netflix filed an unopposed administrative motion to extend the time to hold the Initial Case Management Conference from April 19, 2022 to May 3, 2022. (Dkt. 29, as granted Dkt. 32).

2. On May 18, 2022, the parties jointly submitted a proposed order for a two-week extension for Netflix to respond to the Second Amended Complaint. The Court granted the proposed order on May 20, 2022. (Dkt. 46, as granted Dkt. 47).

3. On September 2, 2022, the parties jointly stipulated to extend the time for Netflix to respond to Valjakka's damages contentions, after Valjakka supplemented his damages on September 1, 2022. On December 27, 2022, the parties filed a Proposed Schedule pursuant to the Court's March 30, 2022, Case Management Conference Order. (Dkt. 27) The Court granted the Order on January 9, 2023. (Dkt. 77).

4. On April 4, 2023, the parties jointly submitted a proposed order to extend time for mediation. The Court granted the proposed order on April 5, 2023. (Dkt. 94, as granted Dkt. 95).

5. On May 11, 2023, Valjakka submitted an unopposed motion to amend the case schedule to extend fact discovery. On May 18, 2023, the Court granted Valjakka's motion. (Dkt. 96, as granted Dkt. 98).

6. On June 28, 2023, the parties jointly submitted a proposed order to extend time for Valjakka's expert reports. The Court granted the proposed order on June 28, 2023. (Dkt. 110, as granted Dkt. 115).

7. On August 16, 2023, Valjakka served a Supplemental Report on damages. On August 17, 2023, the parties met and conferred regarding the schedule for rebuttal expert report briefing. Netflix requested, and Valjakka agreed to, an extension of the rebuttal expert report

1  deadline for Netflix until August 22, 2023. The requested time modification would extend the
2  dates for Netflix's Rebuttal Damages Report as shown in the table below and does not modify
3  any other deadlines in the Court's Scheduling Order.
4      8.  On August 17, 2023, the parties met and conferred regarding cross-motions for
5  summary judgment, and agreed that Defendant Netflix will file the Opening Motion on
6  September 15, 2022.
7      9.  Pursuant to Section I of the Court's Standing Order on Civil Cases, the parties agree
8  to the below briefing schedule, and respectfully request a hearing on or after November 30,
9  2023.

| Date | Revised Deadline | Description |
|---|---|---|
| 08/18/2023 | 08/22/23 | Netflix Rebuttal Damages expert report due |
| 09/08/2023 | | Close of expert discovery |
| 09/22/2023 | 09/15/2023 | Netflix's Opening Motion for Summary Judgment |
| 9/22/2023 | 9/22/2023 | Opening Daubert Motions |
| 10/06/2023 | | Valjakka's Opening/Opposition Motion for Summary Judgment |
| 10/13/2023 | 10/27/2023 | Netflix's Opposition / Reply Motion for Summary Judgment |
| | 11/09/2023 | Valjakka's Reply Motion for Summary Judgment |
| 11/02/2023 | 11/30/2023 | Hearing on Summary Judgment/Daubert Motions |
| 01/12/2024 | | Pretrial Conference |
| 02/05/2024 | | Trial |

| | |
|---|---|
| Dated: August 21, 2023 | Respectfully submitted,<br><br>PERKINS COIE, LLP<br><br>*/s/ Sarah E. Piepmeier*<br>Sarah E. Piepmeier, Bar No. 227094<br>SPiepmeier@perkinscoie.com<br>Elise Edlin, Bar No. 293756<br>EEdlin@perkinscoie.com<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, California 94105<br>Telephone: +1.415.344.7000<br>Facsimile: +1.415.344.7050<br><br>Janice L. Ta (admitted *pro hac vice*)<br>JTa@perkinscoie.com<br>PERKINS COIE LLP<br>405 Colorado Street Suite 1700<br>Austin, Texas 78701<br>Telephone: +1.737.256.6100<br>Facsimile: +1.737.256.6300<br><br>Jassiem N. Moore, (admitted *pro hac vice*)<br>JassiemMoore@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000<br>Facsimile: +1.206.359.9000<br><br>Brianna Kadjo, Bar No. 303336<br>BKadjo@perkinscoie.com<br>PERKINS COIE LLP<br>1900 Sixteenth Street, Suite 1400<br>Denver, Colorado 80202-5255<br>Telephone: +1.303.291.2300<br>Facsimile: +1.303.291.2400<br><br>***Attorney for Defendant Netflix, Inc.*** |

| | | |
|---|---|---|
| 1 | Dated: August 21, 2023 | RAMEY LLP |
| 2 | | |
| 3 | | */s/ William P. Ramey, III*<br>Susan S.Q. Kalra (CA State Bar No. 16740) |
| 4 | | Email: skalra@rameyfirm.com<br>RAMEY LLP |
| 5 | | 5020 Montrose Blvd., Suite 800<br>Houston, TX 77006 |
| 6 | | Telephone: (800) 993-7499<br>Fax: (832) 900-4941 |
| 7 | | |
| 8 | | William P. Ramey, III (Admitted *pro hac vice*)<br>Email: wramey@rameyfirm.com |
| 9 | | RAMEY LLP<br>5020 Montrose Blvd., Suite 800 |
| 10 | | Houston, TX 77006<br>Telephone: (713) 426-3923 |
| 11 | | Fax: (832) 689-9175 |
| 12 | | ***Attorneys for Plaintiff***<br>**LAURI VALJAKKA** |

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: August 22, 2023          By: _____
                                     HON. JON S. TIGAR
                                     UNITED STATES DISTRICT JUDGE