Luann L. Simmons (Cal. S.B. #203526)
lsimmons@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

*Attorney for Non-Party Google LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NETFLIX, INC.<br><br>　　　　　　Defendant. | Case No. 4:22-cv-01490-JST<br><br>**DECLARATION OF LUANN L. SIMMONS ON BEHALF OF NON-PARTY GOOGLE IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Jon S. Tigar |

I, Luann L. Simmons, hereby declare as follows.

1. I am a member of the State Bar of California. I am a partner in the law firm of O'Melveny & Myers LLP, and counsel for Google LLC. If called as a witness, I could and would testify to the facts stated in this declaration.

2. Pursuant to Civil L.R. 79-5 and the Court's Standing Order Re Civil Cases, I submit this declaration in support of Defendant Netflix's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion to Seal") (Dkt. No. 126). Specifically, I submit this declaration on behalf of non-party Google as the "Designating Party" under Civil L.R. 79-5 in support of sealing the document filed as Exhibit F to the Motion to Seal (Dkt. No. 126-08).

3. Exhibit F to the Motion to Seal is the May 12, 2022 Settlement and License Agreement between Google and Plaintiff Lauri Valjakka (and related entities) ("Agreement").

4. The Agreement includes Google's confidential terms that are related to Google's business and legal operations, the disclosure of which would cause harm to Google. Kowalski Decl. at ¶ 5. A less restrictive alternative is not sufficient, given that the Agreement as a whole constitutes Google's confidential information, and the existence of the Agreement itself is confidential between the parties to the Agreement. *Id.* at ¶ 6.

5. This Court has recognized that settlement agreements contain confidential information that justifies sealing the agreements. *Thomas v. MagnaChip Semiconductor Corp.*, No. 14-cv-01160-JST, 2016 U.S. Dist. LEXIS 93342, at *24 (N.D. Cal. July 18, 2016). Other courts in this District likewise routinely grant motions to seal "information related to highly confidential patent license agreements," the "disclosure of which could cause substantial economic harm to" the parties to such agreements, including those that are not parties to the litigation. *Asus Comput. Int'l v. InterDigital, Inc.*, No. 15-cv-01716-BLF, 2018 U.S. Dist. LEXIS 71434, at *6 (N.D. Cal. Apr. 26, 2018).

6. Defendant's request to seal the Agreement is narrowly tailored to maintain the confidentiality of third-party Google's information and protect sensitive information contained in the Agreement.

1

SIMMONS DECL. ISO ADM. MOTION TO SEAL – NO. 4:22-CV-01490-JST

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct to the best of my knowledge.  Executed this 28th day of August,
3  2023 at San Francisco, California.

4
5  By: */s/ Luann L. Simmons*
  Luann L. Simmons