**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LAURI VALJAKKA, <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC., <br><br> Defendant. | Case No. 4:22-cv-01490-JST <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT NETFLIX, INC.'S MOTION TO SHORTEN TIME TO HEAR THE MOTION FOR A PRELIMINARY INJUNCTION, THE MOTION TO AMEND THE SCHEDULING ORDER, AND THE MOTION TO AMEND TO ADD A COUNTERCLAIM** <br><br> Judge:  Hon. Jon S. Tigar <br> Crtrm:  6 – 2nd Floor |

The Court, having considered Netflix's Application for an Order Shortening Time ("Application") for a hearing on Netflix's concurrently-filed Motion for a Preliminary Injunction, Motion to Amend the Scheduling Order, and Motion to Amend to Add a Counterclaim (collectively, the "Motions"), and good cause appearing therefore, hereby GRANTS the Application and ORDERS as follows:

1. The Motions will be set for hearing on ~~September 14, 2023;~~ September 21, 2023;

2. Any oppositions will be filed on September 4, 2023; and

3. Any replies will be filed on September 7, 2023.

IT IS SO ORDERED.

Dated: August 30, 2023

THE HONORABLE JON S. TIGAR
United States District Judge