# Certificate of Good Standing

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

I, PHILIP J. DEVLIN, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY that Kyril Vladimir Talanov, Bar #24075139, was duly admitted to practice in said Court on August 28, 2013, and is in good standing as a member of the bar of said Court.

Signed at San Antonio, Texas on August 30, 2023.



PHILIP J. DEVLIN, Clerk

BY: _____