William P. Ramey, III (appearance *pro hac vice*)
wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: +1.713.426.3923
Facsimile: +1.832.689.9175

Susan S.Q. Kalra, Bar No. 167940
susan@rameyfirm.com
RAMEY LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, California 94065
Telephone: +1.800.993.7499
Facsimile: +1.832.689.9175

**Attorneys for Defendant**
*LAURI VALJAKKA*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>Defendant. | Case No. 4:22-cv-01490-JST<br><br>**DECLARATION OF WILLIAM RAMEY IN SUPPORT OF NETFLIX'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Jon S. Tigar |

I, William P. Ramey, III, declare as follows:

1. My name is Willim Ramey. I am over 18 years of age, and have personal knowledge of the facts set forth in this declaration. I make this declaration in support of Netflix's Administrative Motion to Consider Whether Another Party's Material Should be Sealed. I am an attorney for Lauri Valjakka and understand the

sensitive nature of the materials sought to be sealed.

2. I respectfully request this Court grant Netflix's Administrative Motion To Consider Whether Another Party's Material Should Be Sealed and approve Netflix's proposed documents and portions of documents to be sealed outlined therein.

3. Compelling reasons and good cause exist to redact the exhibits and portions of the motions. Those documents contain confidential information including information from confidential settlements of prior litigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of September, 2023. Executed on this day on the 3rd day of September, 2023 in Harris County, Texas.

Dated: September 3, 2023         /s/ William P. Ramey, III
                                 William P. Ramey, III