UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>    Plaintiff,<br><br>    v.<br><br>NETFLIX INC,<br><br>    Defendant. | Case No. 22-cv-01490-JST<br><br>**ORDER RE: MOTION TO FILE UNDER SEAL**<br><br>Re: ECF No. 126 |

Netflix Inc. seeks to file under seal material that has been designated as confidential by another party. ECF No. 126. On August 28, 2023, and pursuant to Civil L.R. 79-5, Timothy M. Kowalski, on behalf of Google LLC, submitted a declaration in support of sealing the Settlement and License Agreement between Google and Plaintiff Lauri Valjakka (Exhibit F). The Agreement includes terms that are related to Google's confidential business and legal operations that are not publicly known. The request to seal is narrowly tailored to maintain the confidentiality of third-party Google's information and protect sensitive information contained in the Agreement. The Motion is **GRANTED** as to Exhibit F, ECF No. 126-8.

For all other documents, the designating party has failed to file the responsive statement and/or declaration required by Civil Local Rule 79-5(f)(3). The Court provides an additional seven days for the designating party to file the required documents. If no statement or declaration is filed by September 8, 2023, the Court will deny the motion to seal the other documents.

**IT IS SO ORDERED.**

Dated: September 5, 2023

_____
JON S. TIGAR
United States District Judge