James L. Day (State Bar No. 197158)
jday@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorney for Non-Party Akamai Technologies, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>         Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>         Defendant. | Case No. 4:22-cv-01490-JST<br><br>**DECLARATION OF BRIAN EVANS ON BEHALF OF NON-PARTY AKAMAI TECHNOLOGIES, INC. IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hon. Jon. S. Tigar |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DECLARATION OF BRIAN EVANS
Case No. 4:22-cv-01490-JST

I, Brian Evans, hereby declare as follows:

1. I am Vice President and Assistant General Counsel at Akamai Technologies, Inc. ("Akamai"). The facts stated in this declaration are based upon my personal knowledge. If called as a witness, I could and would testify to the facts stated in this declaration.

2. Pursuant to Civil L.R. 79-5 and the Court's Standing Order Re Civil Cases, I submit this declaration in support of Defendant Netflix's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion to Seal") (Dkt. No. 126). Specifically, I submit this declaration on behalf of non-party Akamai as the "Designating Party" under Civil L.R. 79-5 in support of sealing the document filed as Exhibit C to the Motion to Seal (Dkt. No. 126-05).

3. I understand that Exhibit C to the Motion to Seal is the December 22, 2021, Confidential Final Settlement Agreement and Release between Akamai and Plaintiff Lauri Valjakka ("Agreement").

4. Defendant's request to seal the Agreement is narrowly tailored to maintain the confidentiality of third-party Akamai's information and protect sensitive information contained in the Agreement.

5. The Agreement includes terms that are related to Akamai's confidential business and legal operations that are not publicly known. Disclosure of this information would cause injury as the information could be used by competitors or litigants to gain an advantage against Akamai in future litigations or in the marketplace. Maintaining the confidentiality of this information is important to ensure that others cannot use this sensitive information to their advantage against Akamai.

6. The Agreement includes commercially sensitive information about the scope and terms of the license agreement between Valjakka and Akamai, including the terms of the parties' settlement of prior litigation between the parties (*Lauri Valjakka v. Akamai Technologies, Inc.*, Case No. 6:21-cv-00942-ADA). This information includes confidential information relating to Akamai's preferred licensing and contractual terms, which competitors or other litigants could use to their advantage against Akamai in future licensing discussions or litigations. The Agreement

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DECLARATION OF BRIAN EVANS
Case No. 4:22-cv-01490-JST

1

1 also reflects terms negotiated between the parties, disclosure of which would provide an advantage to Akamai's competitors or other litigants in any future licensing discussion or litigation with Akamai. A less restrictive alternative is not sufficient, given that the Agreement as a whole, including every term and all contents of the Agreement, constitutes Akamai's confidential information. Under the Agreement, the existence of the Agreement itself is confidential between the parties to the Agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this ___th day of September, 2023, in San Francisco, California.

By: _____
Brian Evans

Pacific Brown + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DECLARATION OF BRIAN EVANS
Case No. 4:22-cv-01490-JST

2