Susan S.Q. Kalra (CA State Bar No. 16740)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

William P. Ramey, III (Admitted pro hac vice)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
**LAURI VALJAKKA**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **LAURI VALJAKKA,**<br><br>Plaintiff,<br><br>v.<br><br>**NETFLIX, INC.,**<br><br>Defendant. | Case No. 3:22-cv-01490-JST<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT NETFLIX, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Jon S. Tigar<br>Date:   September 21, 2023<br>Time:   2:00 p.m.<br>Crtrm:  6 – 2nd Floor |

Pursuant to Civil Local Rule 7-11(b), Plaintiff Lauri Valjakka ("Valjakka") hereby responds to Defendant Netflix, Inc.'s Administrative Motion For Leave To File A Notice Of Supplemental Evidence In Support Of Its Motion For Preliminary Injunction (ECF 159).

Valjakka does not oppose Netflix's request for leave to file the four pages of the transcript of the deposition of Valjakka's damages expert, Robert Held, that are attached to its motion. However, Valjakka objects to Netflix's characterization of Mr. Held's testimony, and opposes Netflix's argument that the testimony supports Netflix's Motion for A Preliminary Injunction.

Given that there is insufficient time before the hearing on Netflix's Motion for A Preliminary Injunction for Valjakka to seek leave from the Court to introduce evidence in response to the four pages of transcript Netflix seeks permission to file, Valjakka may request leave to do so during the hearing.

Dated: September 15, 2023　　　　　　Respectfully submitted,

RAMEY LLP

By: ___/s/ Susan S.Q. Kalra___
Susan S. Q. Kalra CA SBN 167940
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941
Email: skalra@rameyfirm.com

RAMEY LLP

By: ___/s/ William P. Ramey, III___
William P. Ramey III (Admitted *pro hac vice*)
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175
Email: wramey@rameyfirm.com

**Attorneys for Plaintiff
LAURI VALJAKKA**