Susan S.Q. Kalra (CA State Bar No. 16740)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

William P. Ramey, III (Admitted pro hac vice)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
**LAURI VALJAKKA**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **LAURI VALJAKKA,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**NETFLIX, INC.,**<br><br>　　　　　Defendant. | Case No. 3:22-cv-01490-JST<br><br>**PLAINTIFF'S FILING IN RESPONSE TO ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF 160)**<br><br>Judge: Hon. Jon S. Tigar<br>Crtrm: 6 – 2nd Floor |

Pursuant to this Court's September 11, 2023 Order Granting Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF 160) Plaintiff Lauri Valjakka ("Valjakka") hereby files the following redacted and public copies of the documents set forth below:

| Exhibit | Document | Portions to be Considered to be Sealed | Designating Party | Court's Ruling |
|---|---|---|---|---|
| A | Exhibit A[1] (Licensing Agreement on Exclusive Right to a Patent between Lauri Valjakka and CDN Licensing for US Patent No. 8,495,167) | Document until Appendix A | Plaintiff Lauri Valjakka designated this document as "Highly Confidential Attorneys' Eyes Only" | Granted as to Document until Appendix A. Appendix A containing public patent will not be sealed. |
| B | Exhibit B (Excerpts from the June 2, 2023 deposition of Lauri Valjakka) | Highlighted portions containing party names to settlement and licensing agreements and any confidential terms | Plaintiff Lauri Valjakka designated the highlighted portions of this document "Highly Confidential Attorneys' Eyes Only" | GRANTED |
| C | Exhibit C (Confidential Final Settlement Agreement and Release) | Entire document | Plaintiff Lauri Valjakka designated this document as "Highly Confidential Attorneys' Eyes Only | GRANTED |
| D | Exhibit D (Licensing Agreement on Exclusive Right to a Patent between Lauri Valjakka and CDN Licensing for | Document until Appendix A | Plaintiff Lauri Valjakka designated this document as "Highly Confidential | Granted as to Document until Appendix A. Appendix A containing public patent |

---

[1] Exhibits in this column refer to the Exhibits attached to the Declaration of Karan Singh Dhadialla in Support of Defendant Netflix, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF 126-1).

| Exhibit | Document | Portions to be Considered to be Sealed | Designating Party | Court's Ruling |
|---|---|---|---|---|
| | US Patent No. 10,726,102) | | Attorneys' Eyes Only | will not be sealed. |
| E | Exhibit E (Patent License and License Option Agreement) | Entire document | Plaintiff Lauri Valjakka designated this document as "Highly Confidential Attorneys' Eyes Only | GRANTED |
| F | Exhibit F (Settlement and License Agreement) | Entire Document | Plaintiff Lauri Valjakka designated this document as "Highly Confidential Attorneys' Eyes Only | GRANTED |
| G | G (Settlement Agreement) | Entire Document | Plaintiff Lauri Valjakka designated this document as "Highly Confidential Attorneys' Eyes Only | GRANTED |
| H | Exhibit H (Settlement and Patent License Agreement) | Entire Document | Plaintiff Lauri Valjakka designated this document as "Highly Confidential Attorneys' Eyes Only | GRANTED |
| I | Exhibit I (Excerpts from Plaintiff Lauri Valjakka's Second Supplemental Responses and Objections to Defendant Netflix's First Set of Interrogatories (No. 1-20)) | Highlighted portions containing party names to settlement and licensing agreements and any confidential terms | Plaintiff Lauri Valjakka designated the highlighted portions of this document as "Confidential" or "Highly Confidential Attorneys' Eyes Only" | GRANTED |

| Exhibit | Document | Portions to be Considered to be Sealed | Designating Party | Court's Ruling |
|---|---|---|---|---|
| J | Netflix's Motion for Preliminary Injunction | Highlighted portions containing party names to settlement and licensing agreements and any confidential terms | Plaintiff Lauri Valjakka designated the highlighted portions of this document "Highly Confidential Attorneys' Eyes Only" | GRANTED |

Dated: September 18, 2023              Respectfully submitted,

                                                RAMEY LLP

                                                By:    */s/ Susan S.Q. Kalra*
                                                Susan S. Q. Kalra CA SBN 167940
                                                5020 Montrose Blvd., Suite 800
                                                Houston, TX 77006
                                                Telephone: (800) 993-7499
                                                Fax: (832) 900-4941
                                                Email: skalra@rameyfirm.com

                                                RAMEY LLP

                                                By:    */s/ William P. Ramey, III*
                                                William P. Ramey III (Admitted *pro hac vice*)
                                                5020 Montrose Blvd., Suite 800
                                                Houston, Texas 77006
                                                Telephone: (713) 426-3923
                                                Fax: (832) 689-9175
                                                Email: wramey@rameyfirm.com

                                                ***Attorneys for Plaintiff***
                                                ***LAURI VALJAKKA***