# Exhibit B

```
                                              Page 189
 1          UNITED STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA
 3                 OAKLAND DIVISION
 4
 5  IN RE MATTER OF:            )
 6  LAURI VALJAKKA,             )
                                )
 7         Plaintiff,           )
                                )
 8      vs.                     )  CASE NO.
                                )  4:22-cv-01490-JST
 9  NETFLIX, INC.,              )
                                )
10         Defendant.           )
                                )
11
12
13       VIDEOTAPED DEPOSITION OF LAURI VALJAKKA
14              REMOTE VIA VIDEOCONFERENCE
15                 Friday, June 2, 2023
16                      Volume II
17                   Pages 189 - 359
18
19
20  Stenographically Reported by:
21  HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR
    Realtime Systems Administrator
22  California CSR License #11600
    Oregon CSR License #21-0005
23  Washington License #21009491
    Nevada CCR License #980
24  Texas CSR License #10725
25  Job No.:   6613
```

```
                                              Page 190
 1       VIDEOTAPED DEPOSITION of LAURI VALJAKKA, Volume
 2  II, taken before Heather J. Bautista, CSR No. 11600, a
 3  Certified Shorthand Reporter for the state of
 4  California, with principal office in the county of Santa
 5  Clara, commencing on Friday, June 2, 2023, 8:32 a.m.,
 6  remotely via videoconference.
 7
 8
 9
10  APPEARANCES OF COUNSEL:
11
12     For Plaintiff:
13         Ramey LLP
           BY:  WILLIAM P. RAMEY, III, ESQ.
14         5020 Montrose Boulevard
           Suite 800
15         Houston, Texas 77006
           Phone: (713) 426-3923 / Fax: (832) 900-4941
16         wramey@rameyfirm.com
17     For Defendant:
18         Perkins Coie LLP
           BY:  ELISE S. EDLIN, ESQ.
19         505 Howard Street
           Suite 1000
20         San Francisco, California 94105
           Phone: (415) 344-7000 / Fax: (415) 344-7050
21         eedlin@perkinscoie.com
22
23  ALSO PRESENT: Jennifer Hewitt
                  Dennis Saelee, Videographer
24
25
```

```
                                              Page 191
 1                INDEX OF EXAMINATION
 2                                              PAGE
 3  LAURI VALJAKKA
 4     EXAMINATION BY MS. EDLIN                 195
```

```
                                              Page 192
                  INDEX OF EXHIBITS
 Exhibit No.  Description                          Page
 Exhibit 12   2001 European patent EP1421759 B1    204
 Exhibit 13   U.S. Department of Commerce          216
              document, LV2_001108
 Exhibit 14   Typwritten notes, LV2_002413         218
 Exhibit 15   Typewritten notes, LV002372          220
 Exhibit 16   3/27/2023 Valjakka email chain to    223
              Karesniemi
 Exhibit 17   5/19/2003 Valjakka e-mail chain to   227
              Karesniemi, Karesniemi000078
 Exhibit 18   1/7/2013 Patent Assignment,          242
              LV2_002913
 Exhibit 19   Patient File History, LV2_001136    251
 Exhibit 20   Settlement and License Agreement,    274
              Google Agreement LV2004315
 Exhibit 21   Settlement and License Agreement,    279
              Google Agreement LV004070 - LV004086
 Exhibit 22   Akamai Agreement LV004030            286
 Exhibit 23   Sony Agreement, LV004038 - LV004057  292
 Exhibit 24   Microsoft Agreement LV004058         296
 Exhibit 25   RPX Agreement LV003942 to 3986       298
 Exhibit 26   Finnish document, LV_000779          313
 Exhibit 27   Finish document, LV2_000410          313
 Exhibit 28   Plaintiff Certification of           314
              Interested Entities or Persons
 Exhibit 29   Finnish document, LV002109 - LV002107  322
 Exhibit 30   8/10/2020 Preliminary Proposal for   322
              Litigation Funding, LV2_000600
```

Page 305

1  Q.  Sorry.
2      I'm on a different document now.  I've gone
3  back to -- so we're looking at the document that you
4  downloaded just a minute ago that is titled LV2_000799
5  and had the date 11th of -- sorry, November 5th, 2021,
6  and it's in Finnish.
7      MR. RAMEY:  Title, that -- that's the Bates
8  number, I think, is what she means.  Sorry.
9      MS. EDLIN:  Sorry.  The file number -- the file
10 name that is in the chat window, the first -- the -- the
11 second-to-last document in the chat.
12     THE WITNESS:  I need a break.
13 Q.  (By Ms. Edlin)  Let's get through these last
14 two documents.
15 A.  That was a joke.
16 Q.  Okay.
17 A.  Tell me what document name I should search for.
18 Q.  Okay.
19     MR. RAMEY:  I don't -- we don't speak Finnish.
20     MS. EDLIN:  Yeah.  Thank you, Bill.
21     MR. RAMEY:  Do you mind -- do you mind if I
22 help get him there?  It's the document that --
23 L-I-S-E-N-S-S-I-S.  You just had it open a second ago.
24     THE WITNESS:  Yeah.
25     MR. RAMEY:  That's the title.  And then the

Page 306

1  last word's "patent."  I know that because we heard you.
2  Q.  (By Ms. Edlin)  Can you see it now,
3  Mr. Valjakka?
4  A.  No.  Actually I -- I got confused totally with
5  the documents right now.  I have --
6  Q.  Do you still have Microsoft Teams open on your
7  computer?
8  A.  What was that - let me check if it's this one.
9      Yes.  I'm back to the Finnish-language
10 document.
11 Q.  Great.
12     Can you please tell me what this document is.
13 A.  Between me and licensing Finland, CDN
14 Licensing -- CDN Licensing Finland.
15 Q.  And what is the title of the document?
16 A.  (Speaking foreign language).
17 Q.  Okay.
18     What does that mean in English, please?
19 A.  It's a licensing agreement, exclusive licensing
20 agreement for -- for a patent.
21 Q.  Okay.
22     And which patent does this licensing agreement
23 relate to?
24 A.  It's relating to '167.
25 Q.  And --

Page 307

1  A.  Yes, it's the only --
2  Q.  Okay.
3  A.  -- patent mentioned here.
4  Q.  Okay.
5      And if we scroll down in the agreement to the
6  page that is marked 801 at the bottom right-hand
7  corner --
8  A.  Yes.
9  Q.  -- can you tell me how much you licensed the
10 '167 patent to CDN Licensing for on -- how much did they
11 pay you?
12 A.  License fee for this license is ▮▮▮▮▮▮▮▮
13 Q.  Okay.
14     And let me just -- I mean, if you scroll down
15 in the agreement, it looks like there is an electronic
16 signature for you on the left-hand side.
17     Do you remember signing this document
18 electronically?
19 A.  Yes.  Yes, I do.
20 Q.  And then on the other side, it's for Onni
21 Hietalahti; correct?
22 A.  Yes, correct.
23 Q.  So this is an -- this is an executed document;
24 right?  Both parties have signed this?
25 A.  Yes.

Page 308

1  Q.  And is it correct that it was entered on
2  November 5th, 2021?
3  A.  Yes.
4  Q.  Okay.
5      And -- and did you -- sorry, I think you said
6  it was ▮▮▮▮▮▮▮ that -- that was exchanged for this?
7  A.  Yes, I did.
8  Q.  Okay.
9      If you can look at Page 801 again up -- it's
10 Page 3 of 17.  The third paragraph down, can you explain
11 to me what that says.
12 A.  Third paragraph?
13 Q.  You can summar- -- you can summarize.
14 A.  Yeah.
15     Free translation not official. ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25 Q.  And did CDN Licensing receive the payments that