# Exhibit E























































