# Exhibit F















