# Exhibit G











