# Exhibit H















