```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                    OAKLAND DIVISION

 4

 5   LAURI VALJAKKA,                  )
                                      )
 6          Plaintiff,                )
                                      )
 7     vs.                            ) Case No.:
                                      ) 4:22-cv-01490-JST
 8   NETFLIX, INC.,                   )
                                      )
 9                                    )
            Defendant.                )
10   _____  )

11

12

13

14

15           VIDEOTAPED DEPOSITION OF

16               ROBERT F. HELD

17             Appearing Remotely

18         Friday, September 8, 2023

19

20

21

22

23

24   Stenographically reported by:
     EMILY SAMELSON, CSR No. 14043
25   Focus Job No.: 7732
```

```
 1              MR. RAMEY:  Objection.  Form.
 2              THE WITNESS:  Yes.
 3   BY MS. EDLIN:
 4       Q   Have any of those transactions been a
 5   purchase of the patent for more than ███████ euros?
 6       A   We did not analyze the interparty
 7   transactions between the owners and the owners'
 8   companies.  They were not arm's length transactions.
 9   And neither are the ones that are in the GP 1 here.
10   They're all settlement in litigation.
11       Q   Is it your position that the CDN license is
12   not representative of the value of the '167 patent?
13              MR. RAMEY:  Objection.  Form.
14              THE WITNESS:  And you're referring to
15   paragraph 61?
16   BY MS. EDLIN:
17       Q   Uh-huh.
18       A   Where the plaintiff entered into an
19   ███████████████ agreement with CDN Finland Oy?
20       Q   Right.
21       A   No.
22           Sorry.
23           That was a transfer of patent rights from
24   one entity controlled by Mr. Valjakka to another
25   entity controlled by Mr. Valjakka.  So again, it's
```

```
 1   not an arm's length transaction.
 2       Q    And so because it's not an arm's length
 3   transaction, you don't believe that it represents
 4   the market value of the patent; is that right?
 5            MR. RAMEY:  Objection.  Form.
 6            THE WITNESS:  Not at all.  Has no bearing
 7   on the market value of the patent.
 8            There was no -- there was no basis in the
 9   transfer other than the transfer from one company to
10   another.  There was no basis that it would be used
11   in product.  There was no value other than it was
12   transferred to CDN Licensing Oy per Mr. Valjakka
13   for the purpose of licensing his IP.
14            So there's no basis in value that anything
15   could be attributed to for that other than a
16   transfer between two companies.
17            It's not an arm's length transaction
18   between a prospective licensor and a prospective
19   licensee where the licensee would be using it and
20   implementing it into a system, product, or service
21   which would then generate value for the licensee
22   and, therefore, the licensee pays royalties back
23   to the licensor.  So it's not a representative
24   transaction of value.
25   //
```

```
 1   BY MS. EDLIN:
 2       Q    Let me just break that apart a little bit.
 3   That was a little bit long.
 4            So is it your position now that the ▓▓▓
 5   euros that Mr. Valjakka received from CDN Licensing
 6   for its ▓▓▓▓▓▓▓▓▓▓ to the '167 patent is not
 7   representative of the value of the '167 patent?
 8            MR. RAMEY:  Objection.  Form.
 9            THE WITNESS:  Mr. Valjakka transferred
10   the rights from one entity owned by Mr. Valjakka to
11   another entity owned by Mr. Valjakka, which is not
12   an arm's length transaction between the licensor and
13   licensee.  Therefore, whatever value was delineated
14   in that agreement, which you said was ▓▓▓▓, has
15   no bearing on the value.
16   BY MS. EDLIN:
17       Q    And is it your position that the actual
18   value of the '167 patent is much higher than the
19   ▓▓▓▓ euros that was paid by CDN Licensing for
20   the exclusive license to the '167 patent?
21            MR. RAMEY:  Objection.  Form.
22            THE WITNESS:  Yes.
23   BY MS. EDLIN:
24       Q    Okay.  Let's just take a quick look at that
25   license again.  I believe we marked it as ▓▓▓▓
```