Susan S.Q. Kalra (CA State Bar No. 16740)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

William P. Ramey, III (Admitted pro hac vice)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
**LAURI VALJAKKA**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **LAURI VALJAKKA,**<br><br>        Plaintiff,<br><br>v.<br><br>**NETFLIX, INC.,**<br><br>        Defendant. | Case No. 3:22-cv-01490-JST<br><br>**PLAINTIFF LAURI VALJAKKA'S NOTICE OF SUPPLEMENTAL EVIDENCE IN OPPOSITION TO NETFLIX'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Jon S. Tigar<br>Date:   September 21, 2023<br>Time:   2:00 p.m.<br>Crtrm:  6 – 2nd Floor |

Pursuant to Court Order, Dkt. No. 165, Plaintiff Lauri Valjakka files supplemental evidence in response to Netflix, Inc's filing of supplemental evidence in support of its motion for preliminary injunction – *i.e.*, the excerpts from the deposition of Mr. Valjakka's damages expert (attached as Exhibit A to Netflix's Administrative Motion to File Supplemental Evidence (Dkt. 159)).

Attached as Exhibit A are additional excerpts from the deposition of Mr. Valjakka's damages expert dated September 8, 2023.

Dated: September 20, 2023          Respectfully submitted,

RAMEY LLP

By:  */s/ Susan S.Q. Kalra*
Susan S. Q. Kalra CA SBN 167940
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941
Email: skalra@rameyfirm.com

RAMEY LLP

By:  */s/ William P. Ramey, III*
William P. Ramey III (Admitted *pro hac vice*)
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175
Email: wramey@rameyfirm.com

*Attorneys for Plaintiff*
*LAURI VALJAKKA*