Susan S.Q. Kalra (CA State Bar No. 16740)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

William P. Ramey, III (Admitted pro hac vice)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
**LAURI VALJAKKA**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **LAURI VALJAKKA,**<br><br>         Plaintiff,<br><br>    v.<br><br>**NETFLIX, INC.,**<br><br>         Defendant. | Case No. 3:22-cv-01490-JST<br><br>**PLAINTIFF LAURI VALJAKKA'S EMERGENCY MOTION FOR LEAVE TO PRESENT LIVE TESTIMONY AT HEARING ON NETFLIX'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Jon S. Tigar<br>Date:  September 21, 2023<br>Time:  2:00 p.m.<br>Crtrm:  6 – 2nd Floor |

1
PLAINTIFF'S MOT. TO PRESENT LIVE TESTIMONY – Case No. 4:22-CV-01490-JST

Plaintiff Lauri Valjakka ("Valjakka") files this emergency motion for leave to present live testimony of one witness, Onni Hietalahti, at the hearing on Netflix, Inc's motion for preliminary injunction scheduled for September 21, 2023.[1]

Mr. Hietalahti's testimony will be offered on four topics relevant to Netflix's preliminary injunction motion, and on Netflix's supplemental evidence filed September 20, 2022:

- The CDN Licensing agreement, under Finnish law
- Reasons for the formation of CDN Licensing and its purposes;
- The effect of the CDN agreement on the patent-in-suit; and
- The consideration paid under the CDN agreement.

Mr. Hietalahti's has personal knowledge of the facts because he is an officer of CDN Licensing, and he is a licensed attorney in Finland.

Valjakka anticipates that Mr. Hietalahti's testimony will take approximately 15 minutes.

This motion is brought at this time because the necessity of Mr. Hietalahti's testimony regarding CDN Licensing became evident upon Netflix's filing of the excerpts of the transcripts of Valjakka's damages expert regarding CDN Licensing, and Valjakka's counsel was only able to confirm today that Mr. Hietalahti, who lives in Finland will be available to testify at the hearing.

Mr. Hietalahti's testimony is being offered to explain the intent and purpose of the CDN Licensing agreement under Finnish law, which forms the basis for Netflix's preliminary injunction motion. Mr. Hietalahti's personal knowledge of the facts and his knowledge of Finnish law are being offered to assist the Court in its analysis of the factual allegations and argument in Netflix's motion.

---

[1] Civil Local Rule 7-6 requires a Court Order to present live testimony at a motion hearing.

Dated: September 20, 2023          Respectfully submitted,

RAMEY LLP

By:   /s/ Susan S.Q. Kalra
Susan S. Q. Kalra CA SBN 167940
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941
Email: skalra@rameyfirm.com


RAMEY LLP

By:   /s/ William P. Ramey, III
William P. Ramey III (Admitted *pro hac vice*)
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175
Email: wramey@rameyfirm.com

***Attorneys for Plaintiff***
***LAURI VALJAKKA***