| | |
|---|---|
| 1 | Sarah E. Piepmeier, Bar No. 227094 |
| 2 | SPiepmeier@perkinscoie.com<br>Elise Edlin, Bar No. 293756 |
| 3 | EEdlin@perkinscoie.com<br>PERKINS COIE LLP |
| 4 | 505 Howard Street, Suite 1000<br>San Francisco, California 94105 |
| 5 | Telephone: +1.415.344.7000<br>Facsimile: +1.415.344.7050 |
| 6 | [Additional Counsel Listed on Signature Page] |
| 7 | *Attorney for Defendant*<br>NETFLIX INC. |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA VALJAKKA | Case No. 22-cv-01490-JST |
| Plaintiff, | NOTICE OF APPEARANCE FOR DEFENDANT NETFLIX INC. |
| v. | |
| NETFLIX INC., | |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Angela Griggs of the firm of Perkins Coie LLP, and as permitted to practice in this district, hereby appears as counsel of record on behalf of defendant Netflix Inc.  Effective immediately, please add Angela Griggs as an attorney to be noticed on all matters at the following address:

    Angela C. Griggs (SBA 340652)
    AGriggs@perkinscoie.com
    PERKINS COIE LLP
    505 Howard Street, Suite 1000
    San Francisco, California 94105
    Tel:    (415) 344-7000
    Fax:    (415) 344-7050

| | | |
|---|---|---|
| 1 | Dated: September 21, 2023 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: /s/ *Angela C. Griggs* |
| 4 | | Sarah E. Piepmeier, Bar No. 227094<br>SPiepmeier@perkinscoie.com |
| 5 | | Elise Edlin, Bar No. 293756<br>EEdlin@perkinscoie.com |
| 6 | | Angela C. Griggs, Bar No. 340652<br>AGriggs@perkinscoie.com |
| 7 | | PERKINS COIE LLP<br>505 Howard Street, Suite 1000 |
| 8 | | San Francisco, California 94105<br>Telephone: +1.415.344.7000<br>Facsimile: +1.415.344.7050 |
| 9 | | |
| 10 | | Janice L. Ta, (admitted pro hac vice)<br>JTa@perkinscoie.com |
| 11 | | PERKINS COIE LLP<br>405 Colorado Street Suite 1700 |
| 12 | | Austin, Texas 78701<br>Telephone: +1.737.256.6100<br>Facsimile: +1.737.256.6300 |
| 13 | | |
| 14 | | Jassiem N. Moore, (admitted pro hac vice)<br>JassiemMoore@perkinscoie.com |
| 15 | | PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900 |
| 16 | | Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000<br>Facsimile: +1.206.359.9000 |
| 17 | | |
| 18 | | Brianna Kadjo, Bar No. 303336<br>BKadjo@perkinscoie.com |
| 19 | | PERKINS COIE LLP<br>1900 Sixteenth Street, Suite 1400 |
| 20 | | Denver, Colorado 80202-5255<br>Telephone: +1.303.291.2300<br>Facsimile: +1.303.291.2400 |
| 21 | | |
| 22 | | Rachael D. Lamkin (SBN 246066)<br>Karan Singh Dhadialla (SBN 296313) |
| 23 | | BAKER BOTTS L.L.P.<br>101 California Street, Suite 3200 |
| 24 | | San Francisco, CA 94111<br>Tel: (415) 291-6200<br>Fax: (415) 291-6300 |
| 25 | | rachael.lamkin@bakerbotts.com<br>karan.dhadialla@bakerbotts.com |
| 26 | | |
| 27 | | *Attorney for Defendant Netflix Inc.* |
| 28 | | |