Susan S.Q. Kalra, CA SBN167940
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

William P. Ramey, III (admitted *pro hac vice*)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
LAURI VALJAKKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>　　　　　Plaintiff,<br>　v.<br>NETFLIX INC.,<br><br>　　　　　Defendant. | Case No.: 4:22-cv-01490-JST<br><br>**PLAINTIFF'S AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**(Civ. L.R. 3-15; Fed. R. Civ. P. 7.1)** |

　　　　Pursuant to Civ. L.R. 3-15 Plaintiff LAURI VALJAKKA submits this amended Certification of Interested Entities or Persons.

1

Pursuant to Civil L.R. 3-15, the undersigned certifies that other than the parties named in this action, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest of any kind in the subject matter in controversy or in a party to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding:

1. Ramey LLP

2. Kenealy Vaidya, LLP

3. IP Case Group 1 LLC

4. CDN Licensing Finland Oy

Dated: September 21, 2023

Respectfully submitted,

RAMEY LLP

/s/ Susan S.Q. Kalra
Susan S.Q. Kalra, CA SBN 167940
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941
Email: skalra@rameyfirm.com

RAMEY LLP

/s/ William P. Ramey, III
William P. Ramey, III
        (admitted *pro hac vice*)
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175
Email: wramey@rameyfirm.com

Attorneys for Plaintiff
LAURI VALJAKKA