# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>    Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | Case No. 4:22-cv-01490-JST<br><br>[PROPOSED] ORDER GRANTING DEFENDANT NETFLIX, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER TO ADD A SINGLE CUVTA COUNTERCLAIM |

1     Before this Court is Defendant Netflix, Inc.'s Motion for Leave to Amend Its Answer to Add a Single CUVTA Counterclaim. After considering the Motion, the papers filed in support and in opposition to said motion, the pleadings and documents on file in this case, and such other evidence and argument presented at hearing on this motion, hereby orders the following:

    IT IS HEREBY ORDERED that Netflix Inc.'s request to amend to add a single counterclaim to Netflix's Answer is GRANTED.

Dated: __September 28__, 2023

_____
JON S. TIGAR
United States District Judge