Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Jassiem N. Moore
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

*Attorneys for Defendant*
*NETFLIX, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA, | Case No. 4:22-cv-01490-JST |
| *Plaintiff*, | **DECLARATION OF JASSIEM MOORE IN SUPPORT OF DEFENDANT NETFLIX, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| NETFLIX, INC., | |
| *Defendant*. | Judge:   Hon. Jon S. Tigar |

I, Jassiem Moore, hereby declare:

1. I am an attorney with the law firm Perkins Coie LLP, based in Seattle, Washington, and counsel representing Defendant Netflix, Inc. I have personal knowledge of the facts set forth in this declaration and am competent to testify.

2. Pursuant to Civil L.R. 79-5(e), I make this declaration in support of Netflix's Administrative Motion to File Documents Under Seal Pursuant to Civil L.R. 79-5 ("Administrative Motion") (Dkt. 161) to establish that certain documents contain material that discusses Netflix's confidential and proprietary software, and has been designated by Netflix as Protected Material as defined by § 2(f) of the Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets (Dkt. No. 56) ("Protective Order").

3. On September 27, 2023, the Court issued an Order denying Netflix's Administrative Motion to seal Exhibit 15 attached to the Declaration of Elise Edlin in Support of Netflix's Motion for Summary Judgment ("Edlin Declaration"), which is excerpts of the deposition transcript of Ishaan Shastri, dated June 2, 2023, because Netflix's proposed redactions were not narrowly tailored.

4. Attached hereto as Exhibit A is a true and correct copy of Exhibit 15 attached to the Edlin Declaration with narrowly tailored redactions. Netflix inadvertently submitted the entire deposition, but intended to submit excerpts with narrowly tailored redactions. The designated portions of this transcript contain confidential information regarding Netflix's proprietary software.

1  I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true
2  and correct to the best of my knowledge.
3  Executed on September 28, 2023 in Seattle, Washington.

 /s/ Jassiem Moore
 Jassiem Moore

# CERTIFICATE OF SERVICE

I, Kate Rose, declare:

I am a citizen of the United States and employed by the firm of Perkins Coie LLP in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. On September 28, 2023, I caused to be served a true copy of the sealed version of the following documents

- **EXHIBIT A TO THE DECLARATION OF JASSIEM MOORE IN SUPPORT OF NETFLIX'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL.**

upon counsel as listed below:

Susan S.Q. Kalra
RAMEY LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
skalra@rameyfirm.com

William P. Ramey, III
Kyril Talanov
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
wramey@rameyfirm.com
ktalanov@rameyfirm.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 28, 2023.

                 */s/ Kate Rose*
                 Kate Rose