Susan S.Q. Kalra (CA State Bar No. 16740)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

William P. Ramey, III (Admitted *pro hac vice*)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
LAURI VALJAKKA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>          Plaintiff,<br><br>     v.<br><br>NETFLIX, INC.,<br><br>          Defendant. | Case No. 4:22-SC-01490-JST<br><br>**DECLARATION OF WILLIAM P. RAMEY, III IN OPPOSITION TO DEFENDANT NETFLIX, INC.'S MOTION TO EXCLUDE PORTIONS OF THE OPINIONS AND TESTIMONY OF ROBERT HELD**<br><br>Hearing Date: November 30, 2023<br>Judge:    Hon. Jon S. Tigar |

I, William P. Ramey, III, declare as follows:

1

1. I am over the age of 18, and I am Plaintiffs' counsel of record in the above-captioned case. I would and could competently testify as set forth below in a court of law.

2. Attached as Exhibit A is a true and correct copy of portions of the Expert Report of Tibor Kozek Ph.D, served July 7, 2023 (under seal).

3. Attached as Exhibit B is a true and correct copy of portions of Netflix's 2016 10K.

4. Attached as Exhibit C is a true and correct copy of a printout of NFX-VALJ-00007111 (under seal).

5. Attached as Exhibit D is a true and correct copy of a printout of NFX VALJ-00006391 (under seal), which is referenced in the Expert Report of Robert Held (Exhibit J), in paragraphs 161 and 200.

6. Attached as Exhibit F is a true and correct copy of portions of Netflix's 2018 10K.

7. Attached as Exhibit G is a true and correct copy of portions of Netflix's 2013 10K.

8. Attached as Exhibit H is a true and correct copy of portions of pages from the transcript of the deposition of Helen Ponce, taken June 16, 2023 (under seal).

9. Attached as Exhibit I is a true and correct copy of a printout of NFX-VALJ-00007111 (under seal).

10. Attached as Exhibit J is a true and correct copy of the Expert Report of Robert Held (under seal).

11. Attached as Exhibit K is a true and correct copy of the Supplemental Expert Report of Robert Held (under seal).

12. Attached as Exhibit L is a true and correct copy of a document filed by Netflix as ECF 108-2 in this case.

13. Attached as Exhibit M is a true and correct copy of the Rebuttal Report of Dr. Nisha Mody (under seal).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 6, 2023 at Houston, Texas.

*/s/ William P, Ramey, III*
William P. Ramey III