# EXHIBIT C
# SOUGHT TO BE FILED UNDER SEAL