# EXHIBIT D

# SOUGHT TO BE FILED UNDER SEAL