# EXHIBIT E
# SOUGHT TO BE FILED UNDER SEAL