# EXHIBIT H

# SOUGHT TO BE FILED UNDER SEAL