# EXHIBIT I
# SOUGHT TO BE FILED UNDER SEAL