# EXHIBIT J
# SOUGHT TO BE FILED UNDER SEAL