# EXHIBIT K

# SOUGHT TO BE FILED UNDER SEAL