# EXHIBIT M

# SOUGHT TO BE FILED UNDER SEAL