Susan S.Q. Kalra (CA State Bar No. 16740)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

William P. Ramey, III (Admitted pro hac vice)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
***LAURI VALJAKKA***

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **LAURI VALJAKKA,**<br><br>Plaintiff,<br><br>v.<br><br>**NETFLIX, INC.,**<br><br>Defendant. | Case No. 3:22-cv-01490-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF LAURI VALJAKKA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

-

On October 6, 2023, Plaintiff Lauri Valjakka ("Valjakka') filed its Administrative Motion to File Documents Under Seal ("Motion to Seal") which is narrowly tailored to seal only the sealable material pursuant to Civil Local Rules 7-11 and 79-5. Plaintiff Valjakka lists the table below for each document or portion thereof that is sought to be sealed.

The Court having reviewed the evidence in support of the Motion to Seal, finds that the following: (1) Valjakka's Response to Motion for Summary Judgment in part, Declaration of Tibor Kozek and five exhibits, A, M, O, P and R to the Ramey Declaration;  (2) Valjakka's Response to Exclude Response to Motion to Exclude Portions of the Opinions and Testimony of Robert Held, Exhibits to Response A, B, C, D, E, H, I, J, K and M ("Exhibits") constitutes sealable material under Local Rule 79-5.

| Document(s) | Portions to Considered to be Sealed | Designating Party | Basis for Request to File Under Seal | Court's Ruling |
|---|---|---|---|---|
| Response to Motion for Summary Judgment | Portions | Netflix or Valjakka | Opposition to Motion for Summary Judgment<br><br>Portions sought to be sealed specify or refer to materials that were designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Valjakka or Netflix pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Valjakka respectfully requests that portions of the Opposition to Motion for Summary Judgment be sealed. | |

| Document(s) | Portions to Considered to be Sealed | Designating Party | Basis for Request to File Under Seal | Court's Ruling |
|---|---|---|---|---|
| Declaration of Tibor Kozek - Response to Motion for Summary Judgment | Entirety | Valjakka | The Declaration of Tibor Kozek, Valjakka's technical expert, is highly-confidential<br><br>This document was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Valjakka pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Valjakka respectfully requests that the Declaration of Tibor Kozek be redacted in its entirety. | |
| Ex. A to Ramey Declaration - Response to Motion for Summary Judgment | Entirety | Valjakka | Exhibit A is a highly-confidential license agreement<br><br>This document was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Valjakka pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Valjakka respectfully requests that Exhibit A be redacted in its entirety. | |
| Ex. M to Ramey Declaration - Response to Motion for Summary Judgment | Portions | Valjakka | Exhibit M is a highly-confidential expert report by Valjakka's infringement expert<br><br>This document was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES | |

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL
Case No. 4:22-CV-01490-JST

| Document(s) | Portions to Considered to be Sealed | Designating Party | Basis for Request to File Under Seal | Court's Ruling |
|---|---|---|---|---|
| | | | ONLY" by counsel for Valjakka pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Valjakka respectfully requests that Exhibit M be redacted in its entirety. | |
| Ex. O to Ramey Declaration - Response to Motion for Summary Judgment | Entirety | Netflix | Exhibit O is a highly-confidential excerpt from the deposition of Ishaan Shastri<br><br>This document was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Netflix pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Valjakka respectfully requests that Exhibit O be redacted in its entirety. | |
| Ex. P to Ramey Declaration - Response to Motion for Summary Judgment | Entirety | Valjakka | Exhibit P is a highly-confidential excerpt from the deposition of Tibor Kozek<br><br>This document was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Netflix pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Valjakka respectfully requests that Exhibit P be redacted in its entirety. | |

| Document(s) | Portions to Considered to be Sealed | Designating Party | Basis for Request to File Under Seal | Court's Ruling |
|---|---|---|---|---|
| Ex. R to Ramey Declaration - Response to Motion for Summary Judgment | Entirety | Netflix | Exhibit R is a highly-confidential compilation of notes taken by Tibor Kozek during code review<br><br>This document was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Netflix pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Valjakka respectfully requests that Exhibit R be redacted in its entirety. | |
| Response to Motion to Exclude Portions of the Opinions and Testimony of Robert Held | Portions | Valjakka | Response to Motion to Exclude Portions of the Opinions and Testimony of Robert Held<br><br>This document was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Valjakka pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Valjakka respectfully requests that Response to Motion to Exclude Portions of the Opinions and Testimony of Robert Held be redacted in its entirety. | |

| Document(s) | Portions to Considered to be Sealed | Designating Party | Basis for Request to File Under Seal | Court's Ruling |
|---|---|---|---|---|
| EX A Expert Report of Tibor Kozek – Response to Motion to Exclude Portions of the Opinions and Testimony of Robert Held | Entirety | Valjakka | Expert Report of EX A Tibor Kozek contains highly-confidential information.<br><br>This document was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Valjakka pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Valjakka respectfully requests that Expert Report of EX A Tibor Kozek be redacted in its entirety. | |
| EX C NFX-VALJ-00007111 – Response to Motion to Exclude Portions of the Opinions and Testimony of Robert Held | Entirety | Valjakka | EX C NFX-VALJ-00007111 financial data of NetFlix contains highly-confidential information.<br><br>This document was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Valjakka pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Valjakka respectfully requests that EX C NFX-VALJ-00007111 be redacted in its entirety. | |
| EX D NFX-VALJ-00006360 – Response to Motion to Exclude Portions of | Entirety | Valjakka | EX D NFX-VALJ-00006360 contains highly-confidential information.<br><br>This document was designated "HIGHLY CONFIDENTIAL – | |

| Document(s) | Portions to Considered to be Sealed | Designating Party | Basis for Request to File Under Seal | Court's Ruling |
|---|---|---|---|---|
| the Opinions and Testimony of Robert Held | | | ATTORNEYS' EYES ONLY" by counsel for Valjakka pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Valjakka respectfully requests that EX D NFX-VALJ-00006360 be redacted in its entirety. | |
| EX H Deposition excerpt of Henen Ponce – Response to Motion to Exclude Portions of the Opinions and Testimony of Robert Held | Entirety | Valjakka | EX H Deposition excerpt of Henen Ponce contains highly-confidential information.<br><br>This document was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Valjakka pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Valjakka respectfully requests that EX H Deposition excerpt of Henen Ponce be redacted in its entirety. | |
| EX I Deposition excerpt of Robert Held – Response to Motion to Exclude Portions of the Opinions and Testimony of Robert Held | Entirety | Valjakka | EX I Deposition excerpt of Robert Held contains highly-confidential information.<br><br>This document was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Valjakka pursuant to the parties' Stipulated Protective Order and is thus being filed under seal. | |

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL
Case No. 4:22-CV-01490-JST

| Document(s) | Portions to Considered to be Sealed | Designating Party | Basis for Request to File Under Seal | Court's Ruling |
|---|---|---|---|---|
| | | | Valjakka respectfully requests that EX H EX I Deposition excerpt of Robert Held be redacted in its entirety. | |
| EX J Expert Report of Robert Held – Response to Motion to Exclude Portions of the Opinions and Testimony of Robert Held | Entirety | Valjakka | EX J Expert Report of Robert Held contains highly-confidential information.<br><br>This document was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Valjakka pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Valjakka respectfully requests that EX J Expert Report of Robert Held be redacted in its entirety. | |
| EX K Supplemental Expert Report of Robert Held – Response to Motion to Exclude Portions of the Opinions and Testimony of Robert Held | Entirety | Valjakka | EX K Supplemental Expert Report of Robert Held contains highly-confidential information.<br><br>This document was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Valjakka pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Valjakka respectfully requests that EX K Supplemental Expert Report of Robert Held be redacted in its entirety. | |

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL
Case No. 4:22-CV-01490-JST

| Document(s) | Portions to Considered to be Sealed | Designating Party | Basis for Request to File Under Seal | Court's Ruling |
|---|---|---|---|---|
| EX M Rebuttal Report of Nish Mody – Response to Motion to Exclude Portions of the Opinions and Testimony of Robert Held | Entirety | Valjakka | EX M Rebuttal Report of Nish Mody contains highly-confidential information.<br><br>This document was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Valjakka pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Valjakka respectfully requests that the EX M Rebuttal Report of Nish Mody be redacted in its entirety. | |

Therefore, IT IS HEREBY ORDERED that Plaintiff Valjakka's Administrative Motion is GRANTED. Valjakka's (1) Response to Motion for Summary Judgment in part, Declaration of Tibor Kozek and five exhibits, A, M, O, P and R to the Ramey Declaration, (2) Valjakka's Response to Exclude Response to Motion to Exclude Portions of the Opinions and Testimony of Robert Held, Exhibits to Ramey Declaration A, B, C, D, E, H, I, J, K and M shall be filed under seal pursuant to L.R. 79-5(c).

**IT IS SO ORDERED.**

DATED: _____          _____

Hon. Jon S. Tigar
United States District Court Judge