UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>            Plaintiff,<br><br>   v.<br><br>NETFLIX INC,<br><br>            Defendant. | Case No. 22-cv-01490-JST<br><br>**ORDER RE: MOTION TO FILE UNDER SEAL**<br><br>Re: ECF No. 178 |

On September 22, 2023, Defendant Netflix, Inc. ("Netflix") filed an Administrative Motion to File Documents Under Seal relating to its Motion to Exclude Portions of the Opinion and Testimony of Robert Held. With regard to the documents designated by Netflix:

| **Exhibit No.** | **Name of Document** | **Portion(s) to Seal** | **Ruling** |
|---|---|---|---|
| Exhibit A | Motion to Exclude Portions of the Opinions and Testimony of Robert Held | Highlighted Portions of Brief | GRANTED |
| Exhibit B | Excerpts of the rough deposition transcript of Dr. Tibor Kozek | Entire Document | DENIED |
| Exhibit C | Excerpts of the expert report of Dr. Aviel D. Rubin | Entire Document | GRANTED |
| Exhibit D | Excerpts of the deposition transcript of Robert F. Held | Entire Document | DENIED |
| Exhibit E | Excerpts of the deposition transcript of Helen Ponce | Entire Document | DENIED |

United States District Court
Northern District of California

| Exhibit F | Excerpts of the rough deposition transcript of Dr. Nisha Mody | Entire Document | DENIED |
|---|---|---|---|
| Exhibit G | Spreadsheet of Costs and Expenses | Entire Document | GRANTED |

For Exhibits B, D, E, and F, Netflix has not explained why a more narrowly tailored redaction (e.g., specific highlighted portions of the deposition testimony) is not possible.

**IT IS SO ORDERED.**

Dated: October 10, 2023



JON S. TIGAR
United States District Judge