Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
Angela C. Griggs, Bar No. 340652
AGriggs@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

*Attorneys for Defendant*
*NETFLIX, INC.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA, | Case No. 4:22-cv-01490-JST |
| *Plaintiff*, | **DECLARATION OF ELISE EDLIN IN SUPPORT OF DEFENDANT LAURI VALJAKKA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [DKT. 191]** |
| v. | |
| NETFLIX, INC., | |
| *Defendant*. | Judge:    Hon. Jon S. Tigar |

I, Elise Edlin, hereby declare:

1.      I am a member of the State Bar of California.  I am a partner with the law firm Perkins Coie LLP and am counsel for Defendant Netflix, Inc. I have personal knowledge of the facts set forth in this declaration and am competent to testify.

2.      Pursuant to Civil L.R. 79-5(e), I make this declaration in support of Lauri Valjakka's Administrative Motion to File Documents Under Seal Pursuant to Civil L.R. 79-5, Dkt. 191, ("Administrative Motion") to establish that certain documents contain material that has been designated by Netflix as Protected Material as defined by § 2(f) of the Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets (Dkt. No. 56) ("Protective Order").

3.      I have reviewed Valjakka's Response to Motion for Summary Judgment (Dkt. 191-3).  There is good cause to seal portions of Valjakka's Response to Motion for Summary Judgment as explained in the chart below.

4.      I have reviewed Valjakka's Response to Motion to Exclude Portions of the Opinions and Testimony of Robert Held (Dkt. 191-10).  There is good cause to seal portions of Valjakka's Response to Motion to Exclude Portions of the Opinions and Testimony of Robert Held as explained in the chart below.

5.      I have reviewed the Declaration of Dr. Tibor Kozek (Dkt. 191-4). There is good cause to seal portions of the Declaration of Dr. Tibor Kozek as explained in the chart below.

6.      I have reviewed Exhibit M (Dkt. 191-6). There is good cause to seal portions of Exhibit M as explained in the chart below.

7.      I have reviewed Exhibit O (Dkt. 191-7). There is good cause to seal portions of Exhibit O as explained in the chart below.

8.      I have reviewed Exhibit P (Dkt. 191-8). There is good cause to seal portions of Exhibit P as explained in the chart below.

9.      I have reviewed Exhibit R (Dkt. 191-9). There is good cause to seal Exhibit R in its entirety as explained in the chart below.

10.    I have reviewed Exhibit C (Dkt. 191-12). There is good cause to seal Exhibit C in its entirety as explained in the chart below.

11.    I have reviewed Exhibit D (Dkt. 191-13). There is good cause to seal Exhibit D in its entirety as explained in the chart below.

12.    I have reviewed Exhibit H (Dkt. 191-15). There is good cause to seal portions of Exhibit H as explained in the chart below.

13.    I have reviewed Exhibit M (Dkt. 191-19). There is good cause to seal portions of Exhibit M as explained in the chart below.

14.    Based on my review of the following documents, there is good cause to seal the following portions of Valjakka's Responses and supporting exhibits[1]:

| Identification of Material to Be Sealed | Netflix Response or Basis for Sealing |
|---|---|
| Dkt. 191-3: Valjakka's Response to Motion for Summary Judgment, Sealed in Part at<br>• 18:17–22.<br>• 19:1–14.<br>• 20: 15–26.<br>• 21:1–21.<br>• 22: 16–24.<br>• 23: 8–13, 23–25.<br>• 24: 2–8, 11–19.<br>• 25: 4–8. | The redacted portions of Valjakka's Response MSJ discuss features of Netflix's highly confidential, proprietary information purportedly derived from Netflix's highly confidential internal documentation and source code. Netflix respectfully requests the indicated portions be redacted.<br><br>Due to the discussion of technical details of Netflix's proprietary technology contained in Valjakka's motion, Netflix's request is narrowly tailored in order to protect its confidential information. Netflix has invested significant financial and technical resources in developing its proprietary technologies, and public dissemination of the language proposed for redaction could cause Netflix competitive and financial harm by revealing proprietary and confidential information specific to Netflix's trade secrets and intellectual property. |

[1] Netflix does not oppose the remaining requests in Valjakka's Administrative Motion to Seal but makes no representation that any of the material Valjakka seeks to seal is sufficiently confidential as to warrant sealing, except as specifically identified in this Declaration.

| | |
|---|---|
| | Netflix respectfully requests that Valjakka's Responsive Motion for Summary Judgment be sealed in part. |
| Dkt. 191-10: Valjakka's Response to Motion to Exclude Portions of the Opinions and Testimony of Robert Held, Sealed in Part at<br>• Redactions indicated by Valjakka. | The redacted portions of Valjakka's Response Motion to Exclude discuss Netflix's highly confidential financial information. Netflix respectfully requests the indicated portions be redacted.<br><br>Due to the discussion of financial details of Netflix contained in Valjakka's motion, Netflix's request is narrowly tailored in order to protect its confidential information. Netflix has invested significant financial and technical resources in developing its proprietary technologies, and public dissemination of the language proposed for redaction could cause Netflix competitive and financial harm by revealing proprietary and confidential information specific to Netflix's financials.<br><br>Netflix respectfully requests that Valjakka's Responsive Motion to Exclude Portions of the Opinions and Testimony of Robert Held be sealed in part. |
| Dkt. 191-4: Declaration of Dr. Tibor Kozek, Sealed in Part at<br>• Paragraphs 8–20. | The redacted portions of the declaration of Tibor Kozek discuss features of Netflix's highly confidential, proprietary information purportedly derived from Netflix's highly confidential internal documentation and source code. Netflix respectfully requests the indicated portions be redacted.<br><br>This declaration was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Valjakka pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Due to the discussion of technical details of Netflix's proprietary technology contained in the declaration, Netflix's request is narrowly tailored in order to protect its confidential information. Netflix has invested significant financial and technical resources in developing its proprietary |

DECL. OF E. EDLIN ISO VALJAKKA'S ADMIN. MOTION TO SEAL

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | | technologies, and public dissemination of the language proposed for redaction could cause Netflix competitive and financial harm by revealing proprietary and confidential information specific to Netflix's trade secrets and intellectual property.<br><br>Netflix respectfully requests that the Declaration of Tibor Kozek be sealed in part. |
| 7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23 | Dkt. 191-6: Exhibit M, Sealed in Part at<br>• Sections IX.2–X.K.<br>• Sections XII.A–C. | The redacted portions of the expert report of Tibor Kozek discuss features of Netflix's highly confidential, proprietary information purportedly derived from Netflix's highly confidential internal documentation and source code. Netflix respectfully requests the indicated portions be redacted.<br><br>This expert report was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Valjakka pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Due to the discussion of technical details of Netflix's proprietary technology contained in the report, Netflix's request is narrowly tailored in order to protect its confidential information. Netflix has invested significant financial and technical resources in developing its proprietary technologies, and public dissemination of the language proposed for redaction could cause Netflix competitive and financial harm by revealing proprietary and confidential information specific to Netflix's trade secrets and intellectual property.<br><br>Netflix respectfully requests that the expert report of Tibor Kozek be sealed in part. |
| 24<br>25<br>26<br>27 | Dkt. 191-7: Exhibit O, Sealed in Part at<br>• 210: 1–11.<br>• 214: 19–25.<br>• 215.<br>• 216:13–217:5. | The redacted portions of excerpts from the deposition transcript of Ishaan Shastri discuss features of Netflix's highly confidential, proprietary information purportedly derived from Netflix's highly confidential internal documentation and source code. Netflix respectfully requests the indicated portions be |

4:22-CV-01490-JST

DECL. OF E. EDLIN ISO VALJAKKA'S ADMIN. MOTION TO SEAL

| | |
|---|---|
| | redacted. |
| | This deposition transcript was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Netflix pursuant to the parties' Stipulated Protective Order and is thus being filed under seal. |
| | Due to the discussion of technical details of Netflix's proprietary technology contained in the transcript, Netflix's request is narrowly tailored in order to protect its confidential information. Netflix has invested significant financial and technical resources in developing its proprietary technologies, and public dissemination of the language proposed for redaction could cause Netflix competitive and financial harm by revealing proprietary and confidential information specific to Netflix's trade secrets and intellectual property. |
| | Netflix respectfully requests that the excerpts from the deposition transcript of Ishaan Shastri be sealed in part. |
| Dkt. 191-8: Exhibit P, Sealed in Part at<br>• 103:15–104:25.<br>• 129:1–130:12.<br>• 131:18–141:18.<br>• 142:23–177:19.<br>• 178:22–209:21.<br>• 211:6–25. | The redacted portions of the deposition transcript of Tibor Kozek discuss features of Netflix's highly confidential, proprietary information purportedly derived from Netflix's highly confidential internal documentation and source code. Netflix respectfully requests the indicated portions be redacted. |
| | This deposition transcript was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Valjakka pursuant to the parties' Stipulated Protective Order and is thus being filed under seal. |
| | Due to the discussion of technical details of Netflix's proprietary technology contained in this transcript, Netflix's request is narrowly tailored in order to protect its confidential information. Netflix has invested significant financial and technical resources in developing its proprietary technologies, and public dissemination of the language proposed for redaction could cause |

DECL. OF E. EDLIN ISO VALJAKKA'S ADMIN. MOTION TO SEAL

| | |
|---|---|
| | Netflix competitive and financial harm by revealing proprietary and confidential information specific to Netflix's trade secrets and intellectual property.<br><br>Netflix respectfully requests that the deposition transcript of Tibor Kozek be sealed in part. |
| Dkt. 191-9: Exhibit R in its entirety. | This document is notes purportedly derived from Netflix's highly confidential source code.<br><br>This document was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Netflix pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Due to the discussion of technical details of Netflix's proprietary technology contained in these notes, Netflix's request is narrowly tailored in order to protect its confidential information. Netflix has invested significant financial and technical resources in developing its proprietary technologies, and public dissemination of the language proposed for redaction could cause Netflix competitive and financial harm by revealing proprietary and confidential information specific to Netflix's trade secrets and intellectual property.<br><br>Netflix respectfully requests that the notes from Tibor Kozek be sealed in its entirety. |
| Dkt. 191-12: Exhibit C in its entirety. | This document is Netflix's highly confidential financial information.<br><br>This document was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Netflix pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Due to the discussion of financial details of Netflix contained in this document Netflix's request is narrowly tailored in order to protect its confidential information. Netflix has invested significant financial and technical resources in |

DECL. OF E. EDLIN ISO VALJAKKA'S ADMIN. MOTION TO SEAL

| | |
|---|---|
| | developing its proprietary technologies, and public dissemination of the language proposed for redaction could cause Netflix competitive and financial harm by revealing proprietary and confidential information specific to Netflix's financials.<br><br>Netflix respectfully requests that the profit and loss information in Exhibit C be sealed in its entirety. |
| Dkt. 191-13: Exhibit D in its entirety. | This document is a confidential presentation by Netflix discussing and summarizing Netflix's highly confidential, proprietary information.<br><br>This document was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Netflix pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>The Court previously sealed this exhibit in its entirety (Dkt. 161-8) in Dkt. 181. |
| Dkt. 191-15: Exhibit H, Sealed in Part at<br>• 58: 3, 15–18.<br>• 59: 9–12.<br>• 60: 1–9, 12–13, 15–25.<br>• 61: 3–25.<br>• 70–73.<br>• 94:1–21. | This document is excerpts from the deposition of Helen Ponce, discussing Netflix's highly confidential financial information.<br><br>This deposition transcript was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Netflix pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Due to the discussion of financial details of Netflix contained in this transcript Netflix's request is narrowly tailored in order to protect its confidential information. Netflix has invested significant financial and technical resources in developing its proprietary technologies, and public dissemination of the language proposed for redaction could cause Netflix competitive and financial harm by revealing proprietary and confidential information specific to Netflix's trade secrets and intellectual property.<br><br>Netflix respectfully requests that the excerpts |

DECL. OF E. EDLIN ISO VALJAKKA'S ADMIN. MOTION TO SEAL

| | |
|---|---|
| | from the deposition of Helen Ponce in Exhibit H be sealed in part. |
| Dkt. 191-19: Exhibit M, Sealed in Part at<br>• Page 5: ¶¶ 8, and 10.<br>• Page 10: Screenshot 2.<br>• Page 14: ¶¶ 26, and 28.<br>Page 15: ¶¶30-32, fn. 77.<br>• Page 20-24: ¶¶ 45 (including screenshot of Exhibit 9), and 47-57.<br>• Pages 25-29: ¶¶ 59-72, fn. 103, 106.<br>• Pages 30-37: ¶¶ 77-89.<br>• Page 37: ¶ 91.<br>• Pages 38-43: ¶¶ 93-107.<br>• Page 44: ¶ 109.<br>• Page 47: Screenshot of NFX-VALJ-00010580.<br>• Page 48: Screenshot of document.<br>• Page 48: ¶ 124.<br>• Page 51: ¶ 134.<br>• Page 53: ¶ 141.<br>• Exhibits A-R3a.1. | This document is the rebuttal report of Netflix's expert Dr. Nisha Mody, discussing Netflix's highly confidential financial information.<br><br>This deposition transcript was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by counsel for Netflix pursuant to the parties' Stipulated Protective Order and is thus being filed under seal.<br><br>Due to the discussion of financial details of Netflix contained in this report, Netflix's request is narrowly tailored in order to protect its confidential information. Netflix has invested significant financial and technical resources in developing its proprietary technologies, and public dissemination of the language proposed for redaction could cause Netflix competitive and financial harm by revealing proprietary and confidential information specific to Netflix's financials.<br><br>Netflix respectfully requests that the rebuttal report of Dr. Nisha Mody in Exhibit M be sealed in part. |

15.     Netflix has a legitimate interest in keeping its confidential business information sealed because such information gives Netflix a competitive advantage in the marketplace. Disclosure of this information could harm Netflix or give its competitors an advantage in the marketplace.

16.     The documents identified contain Netflix's confidential information that was produced in this litigation and have been designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY." These documents include confidential details about Netflix's internal and confidential communications regarding certain operating expenditures.

DECL. OF E. EDLIN ISO VALJAKKA'S ADMIN. MOTION TO SEAL

17.    The information contained in these documents contains highly confidential information not generally known to the public or Netflix's competitors, and the disclosure of this information could harm Netflix's competitive standing in the marketplace.

18.    Publication of this information would give Netflix's competitors unfair insight into confidential details about Netflix's development processes, operating costs, and vendor relationships.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on October 12, 2023 in Oakland, California.


*/s/ Elise Edlin*
Elise Edlin

DECL. OF E. EDLIN ISO VALJAKKA'S ADMIN. MOTION TO SEAL