Kyril V. Talanov (admitted pro hac vice)
Email: kyril.talanov@talanovlaw.com
LAW OFFICE OF KYRIL TALANOV
124 Pierce Street
Houston, TX 77002
Telephone: (832) 314-1672

*Attorney for Plaintiff*
LAURI VALJAKKA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

|  |  |
|---|---|
| Plaintiff(s), <br><br> vs. <br><br> Defendant(s). | Case No. 4:22-cv-01490-JST <br><br> **UNOPPOSED NOTICE OF CHANGE IN COUNSEL AND MOTION TO WITHDRAW & PROPOSED ORDER** <br> (CIVIL RULE 5-1(c)(2)(C)) |

I, Kyril Talanov, formerly with the law firm of Ramey LLP, am counsel of record for Plaintiff Lauri Valjakka in the above-entitled action admitted *pro hac vice*. As my updated PACER/ECF information reflects, I am with the Law Office of Kyril Talanov.

Pursuant to Local Rule 5-1(c)(2)(C), I hereby submit this Notice of Change in Counsel to notify the Court that I no longer have nor will continue to have any involvement with the case.

To the extent a motion to withdraw and/or for leave to file such motion is required beyond the Notice of Change, I respectfully ask that the Court grant it.

As of October 13, 2023, I am no longer with Ramey LLP. My co-counsel, Susan Kalra and William Ramey with Ramey LLP, and their firm will continue to represent Plaintiff in this matter. Additionally, my withdrawal will not have any impact on the case schedule.

On October 16, 2023, I conferred with Defendant Neflix's counsel, Elise Edlin, telephonically who indicated that Defendant is not opposed to my withdrawal from the case.

Accordingly, to the extent required, I ask that the Court grant this Unopposed Notice of Change in Counsel and Motion to Withdraw.

DATED: October 16, 2023

Respectfully submitted,

LAW OFFICE OF KYRIL TALANOV

By: /s/ *Kyril V. Talanov*
Kyril V. Talanov (Admitted *pro hac vice*)
124 Pierce Street
Houston, Texas 77002
Telephone: (832) 314-1672
Email: kyril.talanov@talanovlaw.com

*Attorney for Plaintiff*

*LAURI VALJAKKA*

|     |                                                                                   |
| --- | --------------------------------------------------------------------------------- |
| 1   |                     ORDER GRANTING NOTICE OF CHANGE                               |
| 2   |                    IN COUNSEL AND MOTION TO WITHDRAW                              |
| 3   |                                                                                   |
| 4   | IT IS HEREBY ORDERED THAT Notice of Change in Counsel and Motion to               |
| 5   | Withdraw pursuant to Civil Local Rule 5(c)(2)(C) is GRANTED.  Accordingly, as of the date of |
| 6   | this Order, Kyril Talanov is no longer counsel of record for Plaintiff Lauri Valjakka in the |
| 7   | above-entitled case.                                                              |
| 8   |                                                                                   |
| 9   |                                                                                   |
| 10  | Dated:                                                                            |
| 11  |                          UNITED STATES DISTRICT/MAGISTRATE JUDGE                  |