UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>        Plaintiff,<br><br>    v.<br><br>NETFLIX INC,<br><br>        Defendant. | Case No. 22-cv-01490-JST<br><br>**ORDER GRANTING MOTION TO FILE UNDER SEAL**<br><br>Re: ECF No. 185 |

On September 27, 2023, this Court denied Netflix's request to seal the entirety of Exhibit E—deposition testimony of Ishaan Shastri. ECF No. 161. On September 28, 2023, Netflix filed a declaration stating that, in support of its motion to seal, it had inadvertently submitted the entire deposition but had actually intended to submit excerpts of the deposition with narrowly tailored redactions. Netflix re-filed the deposition excerpts with highlighted redactions. ECF No. 185-1 (Exhibit A to the Declaration of Jassiem Moore). The Court having reviewed the evidence, finds that Exhibit A constitutes sealable material under Local Rule 79-5 and grants the motion to seal. *Id.*

**IT IS SO ORDERED.**

Dated: October 17, 2023

_____
JON S. TIGAR
United States District Judge