UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>           Plaintiff,<br><br>    v.<br><br>NETFLIX INC,<br><br>           Defendant. | Case No. 22-cv-01490-JST<br><br>**ORDER TO SHOW CAUSE RE: PRO HAC VICE APPLICATION OF JOSEPH J. ZITO**<br><br>Re: ECF No. 208 |

Attorney Joseph J. Zito has filed an application to be admitted pro hac vice on behalf of Plaintiff Lauri Valjakka. The application lists Susan Kalra as local co-counsel but lists her address of record as being in Houston, Texas. ECF No. 208. This Texas address also appears as Kalra's address in the Court's ECF system.

To be admitted pro hac vice, an attorney must have local co-counsel "who is a member of the bar of this Court in good standing and *who maintains an office within the State of California*." Civil L.R. 11-3(a)(3). Kalra previously maintained an office in California. *See* ECF No. 48 at 1 (pro hac vice application listing an address for Kalra in Campbell, California); ECF No. 145 at 1 (same, listing an address in Redwood City, California). But the record now indicates that Kalra maintains only an office in Texas.

Accordingly, Valjakka's counsel are ordered to show cause as to why Zito's application for pro hac vice should not be denied for failure to satisfy the requirements of Civil Local Rule 11-3.

**IT IS SO ORDERED.**

Dated: October 26, 2023

_____
JON S. TIGAR
United States District Judge