# Exhibit D

# Lamkin, Rachael

| | |
|---|---|
| **From:** | Joseph J. Zito <jzito@whitestone.law> |
| **Sent:** | Wednesday, October 18, 2023 3:00 PM |
| **To:** | Lamkin, Rachael; William Ramey; ken sheets (Work) |
| **Cc:** | Netflix-Valjakka; Litigation Attorneys |
| **Subject:** | Re: Scope of the Court's PI |

[EXTERNAL EMAIL]

Confirmed, only to the extent that any "licensing or settlement assets" that are "held" by any other entities are in the "possession, custody or control" of Mr. Valjakkka.  I am not aware of any such assets.  Thus your question is moot.  To any greater extent, your assertion is denied.

Please refer to the PI Order that you drafted:

*"IT IS HEREBY ORDERED that Netflix Inc.'s request for Order enjoining Plaintiff Lauri Valjakka, pending trial, from using, moving, concealing, transferring, or otherwise disposing of any licensing or settlement asset in his possession, custody or control is GRANTED."*

```
Joseph J. Zito
WHITESTONE LAW
jzito@whitestone.law
202-466-3500
```

On 10/18/2023 5:17 PM, Lamkin, Rachael wrote:

> Bill, Joe, Ken,
>
> It is our understanding that the Court's PI Order extends to stay any Enforcement Assets held by the Ramey Firm and AiPi.  Please confirm or deny.
>
> Rachael
>
> **Rachael D. Lamkin**
> Partner
>
> Baker Botts L.L.P.
> Rachael.Lamkin@BakerBotts.com
> T +1.415.291.6264
> M +1.916.747.6091



**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.