UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NETFLIX, INC.,<br><br>　　　　　Defendant. | Case No.: 4:22-cv-01490-JST<br><br>**[PROPOSED] ODER GRANTING NETFLIX, INC.'S MOTION FOR AN ORDER TO SHOW CAUSE AND ORDERING PLAINTIFF AND HIS AGENTS TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CIVIL CONTEMPT** |

Pending before the Court is Defendant Netflix, Inc.'s ("Netflix's") Motion for an Order to Show Cause Why Valjakka and His Agents Shall Not Be Held in Civil Contempt for Failure to Comply With The Court's Preliminary Injunction Order.

IT IS HEREBY ORDERED NETFLIX'S Motion is GRANTED.

Valjakka, his attorneys, and agents, including the Ramey Firm and AiPi, LLC ("Agents") shall respond within ten (10) days of this Order, demonstrating cause as to why they should not be held in civil contempt for failure to follow this Court's Orders, Dkt. Nos. 176, 202, and 204. Their response must include: (1) all efforts undertaken to comply with this Court's Order, Dkt. Nos. 176, 202, 204; (2) all information necessary to ascertain when and how Mr. Valjakka was informed of the Court's PI Order, including the persons present for those conversations, the dates of those conversations, and the

manner of communication, e.g., Zoom, telephone or email; and (3) provide to the Court *in camera*, all communications by Valjakka and/or AiPi and/or the Ramey Firm regarding compliance with the Court's PI Order. Further, Valjakka and his Agents are ORDERED to explain why they failed to "transmit a copy of this preliminary injunction to his licensees, and to any entity that has an interest in Enforcement Assets[.]"

Finally, Valjakka and his Agents must identify the location of every dollar of the Enforcement Assets and all efforts to maintain those Assets in their location pending Netflix's trial on its CUVTA claim.

**IT IS SO ORDERED.**

Dated:_____     _____
                                           JON S. TIGAR
                                           United States District Judge