William P. Ramey, III (appearance *pro hac vice*)
wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone:     +1.713.426.3923
Facsimile:      +1.832.689.9175

Susan S.Q. Kalra, Bar No. 167940
skalra@rameyfirm.com
Ramey LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(800) 993-7499
(832) 900-4941 (facsimile)

Attorneys for Plaintiff
*LAURI VALJAKKA*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NETFLIX, INC.,<br><br>　　　　Defendant. | Case No. 4:22-cv-01490-JST<br><br>**PLAINTIFF VALJAKKA'S NOTICE OF NONOPPOSITION TO NETFLIX'S MOTION TO JOIN AIPI, LLC.**<br><br>Judge: Hon. Jon S. Tigar<br>Date: January 25, 2024<br>Time: 2:00 p.m.<br><br>Crtrm: 6 – 2nd Floor |

　　　Plaintiff Lauri Valjakka ("Valjakka") files this notice of non-opposition to Defendant Netflix, Inc.'s ("Netflix" or "Defendant") Motion to Join AiPi, LLC ("Defendant's Motion") and produces the attached Declaration of Lauri Valjakka establishing that Mr. Valjakka believed AiPi was providing legal services and that Eric Morehouse and Erik Lund were his lawyers from 2021

to the present.[1]

I.  **CONCLUSION**

For the foregoing reasons, Valjakka is not opposed to the joinder of AiPi, LLC and requests the Court rule without the necessity of a hearing.

Dated:  November 9, 2023

Respectfully submitted,

By: /s/ Susan S.Q. Kalra
Susan S.Q. Kalra, Bar No. 167940
skalra@rameyfirm.com
Ramey LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
(800) 993-7499
(832) 900-4941 (facsimile)


By: /s/ William P. Ramey, III
William P. Ramey, III (appearance *pro hac vice*)
wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone:    +1.713.426.3923
Facsimile:    +1.832.689.9175

Attorney for Plaintiff
*LAURI VALJAKKA*

---

[1] November 9, 2023 Declaration of Lauri Valjakka at ¶¶2-5 (submitted herewith).