William P. Ramey, III (appearance *pro hac vice*)
wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone:  +1.713.426.3923
Facsimile:   +1.832.689.9175

Susan S.Q. Kalra, Bar No. 167940
susan@rameyfirm.com
RAMEY LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, California 94065
Telephone:  +1.800.993.7499
Facsimile:   +1.832.689.9175

**Attorneys for Defendant**
***LAURI VALJAKKA***

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>                Plaintiff,<br><br>        v.<br><br>NETFLIX, INC.,<br><br>                Defendant. | Case No. 4:22-cv-01490-JST<br><br>**DECLARATION OF LAURI VALJAKKA IN NONOPPOSITION OF MOTION TO JOIN AIPI, LLC**<br><br>Judge:   Jon S. Tigar |

I, Lauri Valjakka, declare as follows:

1.      My name is Lauri Valjakka. I am over 18 years of age, and have personal knowledge of the facts set forth in this declaration. I make this declaration in non-opposition of Motion to Join AiPi, LLC (Doc. No. 217).  I am the plaintiff in the above-captioned matter and have personal knowledge of the statements below and

can testify as to the truth of each.

2.    I contacted Eric Morehouse in March to April of 2021 about pursuing companies I believed were infringing my U.S. Pat. No. 8,495,167 ("the '167 patent"). He introduced me to his company, AiPi, LLC.

3.    I worked primarily with Eric Morehouse ("Morehouse") and Erik Lund ("Lund") at AiPi.  Morehouse and Lund, through AiPi, provided me technical and legal services.  I considered both Morehouse and Lund as my lawyers.

4.    In providing legal services, Morehouse and Lund helped me identify alleged infringers, including Netflix, draft claim charts and draft complaints against the alleged infringers.

5.    The complaints were filed by Ramey LLP and another firm, but AiPi, through Morehouse and Lund, continued to provide me legal services and I regard both as my lawyers.  AiPi has been engaged in all legal decision making from the filing of the lawsuit to the present.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of November, 2023.

Dated:  November 9, 2023

/s/ _____

Lauri Valjakka