**EXHIBIT A**

| | |
|---|---|
| **From:** | William Ramey |
| **To:** | AiPi, Solutions LLC (Work); "Onni Hietalahti"; Lauri Valjakka; AiPi, Solutions LLC (Work); Kyril Talanov |
| **Cc:** | LitigationParalegals |
| **Subject:** | FW: Activity in Case 4:22-cv-01490-JST Valjakka v. Netflix, Inc. Motion Hearing |
| **Date:** | Thursday, September 21, 2023 5:12:00 PM |

SHIT....

**From:** ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov>
**Sent:** Thursday, September 21, 2023 5:02 PM
**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 4:22-cv-01490-JST Valjakka v. Netflix, Inc. Motion Hearing

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

## Notice of Electronic Filing

The following transaction was entered on 9/21/2023 at 3:02 PM and filed on 9/21/2023

**Case Name:**           Valjakka v. Netflix, Inc.
**Case Number:**         4:22-cv-01490-JST
**Filer:**
**Document Number:** 176(No document attached)

**Docket Text:**
**Minute Entry for proceedings held before Judge Jon S. Tigar: Motion Hearing held via Zoom videoconference on 9/21/2023 re [127] MOTION for Preliminary Injunction** *Defendant Netflix, Inc.'s Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities in Support* **filed by Netflix Inc. Argument heard from parties regarding motion for preliminary injunction. The Court issued it's ruling from the bench and parties are advised that they may obtain copies of the transcript of the proceeding which will serve as the written order. A further order will issue further outlining the Court's reasoning at a later date. Written orders regarding the motions for leave to amend answer and scheduling order will issue.Total Time in Court: 42 minutes. Court**

**Reporter: Raynee Mercado. Plaintiff Attorney: William Ramey, Kyril Talanov. Defendant Attorney: Rachael D. Lamkin, Sarah Piepmeier, Laurie Charrington, Asa Wynn-Grant.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(mll, COURT STAFF) (Date Filed: 9/21/2023)**

**4:22-cv-01490-JST Notice has been electronically mailed to:**

**Amanda Tessar**      atessar@perkinscoie.com, Atessar-efile@perkinscoie.com, katesmith@perkinscoie.com

**Angela C. Griggs**      agriggs@perkinscoie.com

**Brianna L. Kadjo**      BKadjo@perkinscoie.com, katesmith@perkinscoie.com, PSutherland@perkinscoie.com

**Elise Sabrina Edlin**      eedlin@perkinscoie.com, katerose@perkinscoie.com, mwalkup@perkinscoie.com

**Erick Scott Robinson**      erobinson@cepiplaw.com

**James L. Day**      jday@fbm.com, bwestburg@fbm.com, Calendar@fbm.com

**Janice Le Ta**      JTa@perkinscoie.com

**Jassiem Moore**      JassiemMoore@perkinscoie.com, docketSEA@perkinscoie.com, vbiernacke@perkinscoie.com

**Karan Singh Dhadialla**      karan.dhadialla@bakerbotts.com, docketrequest@bakerbotts.com, jennifer.chang@bakerbotts.com, nicole.bigley@bakerbotts.com

**Kyril Vladimir Talanov**      ktalanov@rameyfirm.com

**Lauren Jarvis Dreyer**      lauren.dreyer@bakerbotts.com

**Luann Loraine Simmons**      lsimmons@omm.com, luann-simmons-1105@ecf.pacerpro.com

**Rachael Dauphine Lamkin**      rachael.lamkin@bakerbotts.com

**Sarah E. Piepmeier**      spiepmeier@perkinscoie.com, dnolan@perkinscoie.com, DocketSFLIT@perkinscoie.com, jpambianco@perkinscoie.com, lharper@perkinscoie.com

**Sarah E. Piepmeier**      spiepmeier@perkinscoie.com

**Sarah Elizabeth Fowler**      SFowler@perkinscoie.com, docketpa@perkinscoie.com,

**rstamant@perkinscoie.com**

**Susan S.Q. Kalra     skalra@rameyfirm.com, litigation@rameyfirm.com, litparalegals@rameyfirm.com, sqklaw@gmail.com**

**William P. Ramey , III     wramey@rameyfirm.com**

**William Peterson Ramey , III     wramey@rameyfirm.com, jkubiak@rameyfirm.com, ktalanov@rameyfirm.com, litigation@rameyfirm.com, thueske@rameyfirm.com**

**4:22-cv-01490-JST Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**