```
Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, California 94111
Phone: (415) 291-6200
Fax: (415) 291-6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com
```

*Attorneys for Defendant*
NETFLIX, INC.

(*Additional counsel listed in signature block*)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>             Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>             Defendant. | Case No.: 4:22-cv-01490-JST<br><br>**PROOF OF SERVICE**<br><br>Judge:    Hon. Jon S. Tigar |

**PROOF OF SERVICE**

Attached as Exhibit A hereto is the Proof Of Service demonstrating that AiPi, LLC was served with file-stamped copies of the following documents: (1) Netflix's Notice of Motion and Motion For An Order To Show Cause Why Valjakka And His Agents Should Not Be Held In Civil Contempt For Failure To Comply With This Court's Preliminary Injunction Order, and declarations and exhibits thereto, Dkt. Nos. 216 to 216-7; and (2) Motion To Join AiPi, LLC, Dkt. No. 217.

By: /s/ *Rachael D. Lamkin*
Rachael D. Lamkin

Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise S. Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Janice L. Ta, (appearance *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Jassiem N. Moore, (appearance *pro hac vice*)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Brianna Kadjo, Bar No. 303336
BKadjo@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400
Attorneys for Defendant
NETFLIX, INC.