| Attorney or Party without Attorney:<br>RACHAEL D. LAMKIN (SBN 246066)<br>BAKER BOTTS L.L.P.<br>101 CALIFORNIA STREET SUITE 3600<br>SAN FRANCISCO, CA 94111<br>Telephone No: (415) 291-6200<br>Attorney For: Defendant | Ref. No. or File No.:<br>086085.0109 | | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: LAURI VALJAKKA<br>Defendant: NETFLIX, INC. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:22-cv-01490-JST |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Defendant Netflix, Inc.'S Notice Of Motion And Motion For An Order To Show Cause; Declaration Of Rachael D. Lamkin Iso Netflix, Inc.'S Motion For An Order To Show Cause; [Proposed] Oder Granting Netflix, Inc.'S Motion For An Order To Show Cause And Ordering Plaintiff And His Agents To Show Cause Why They Should Not Be Held In Civil Contempt; Defendant Netflix, Inc.'S Notice Of Motion And Motion To Join Aipi, Llc Pursuant To Fed. R. Civ. P. 19; [Proposed] Order Granting Netflix, Inc.'S Rule 19 Motion To Join Aipi, Llc

3. a. Party served: AIPI, LLC
   b. Person served: Justin Frasier, Analyst, Authorized to Accept.

4. Address where the party was served: 11718 BOWMAN GREEN DRIVE, RESTON, VA 20190

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Nov 07 2023 (2) at: 02:07 PM

6. Person Who Served Papers:
   a. Michael Mantyla
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

   d. The Fee for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

11/07/2023
(Date)

(Signature)



PROOF OF SERVICE

9884882
(6040400)