Kavon Adli (Bar No. 203040)
kavon@tilg.us
David Newman (Bar No. 246351)
david@tilg.us
THE INTERNET LAW GROUP
9100 Wilshire Boulevard, Suite 725E
Beverly Hills, CA 90212
tel. (310) 910-1496

Joseph J. Zito (to be admitted *pro hac vice*)
*jzito@whitestone.law*
WHITESTONE LAW
1850 Tower Crescent Plaza, Suite 550
Tysons, Virginia 22182
Telephone: 202-466-3500

Attorneys for Non-party AiPi, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA;<br><br>                    Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>                    Defendants. | Case No. 4:22-cv-01490-JST<br><br>**DECLARATION OF ERIC D. MOREHOUSE**<br><br>JUDGE:  HON. JON S. TIGAR<br>DATE:    JANUARY 25, 2024<br>TIME:    2:00 P.M.<br>CRTRM: 6 – 2ND FLOOR |

I, Eric D. Morehouse, declare as follows:

1. I am an adult, under no legal disability, and I have personal knowledge of the facts stated in this Declaration.

2. I am a co-founder of AiPi, LLC ("AiPi").

3. AiPi is a Delaware corporation. AiPi's headquarters and office where it does

– 1 –

1 business has been located in Virginia since I founded the company in 2016.

2     4. Since 2016, AiPi has leased office space at 11718 Bowman Green Drive, Reston, VA 20190. This is currently AiPi's only office and the sole location where AiPi's five employees work when not working from home. AiPi does not own, lease, operate, or control any other office, distribution center, retail location, or other physical space aside from its Virginia office.

    5. AiPi employs 5 employees, all of which work from the office in Virginia. None of AiPi's employees are located in California. None of AiPi's consultants work for AiPi in California. AiPi has no connection to California and transacts no business in California.

///
///

6. AiPi does not conduct business in California, maintain any offices in California, nor have any employees conducting business in the state of California.

I declare under penalty of perjury that the foregoing is true and correct.

_____          11/21/2023
Eric D. Morehouse                                               Date