UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

|  |  |
|---|---|
| LAURI VALJAKKA | ) JST |
| ) | Civil Action No. 22-cv-001490-~~JKP~~ |
| *Plaintiff*, ) | |
| v. ) | |
| ) | APPLICATION FOR ADMISSION |
| NETFLIX, INC. ) | OF ATTORNEY PRO HAC VICE |
| ) | (CIVIL LOCAL RULE 11-3) |
| *Defendant* ) | |

I, Joseph J. Zito, an active member in good standing of the bar of the District of
Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern
District of California representing: Third Party AiPi, in the above-entitled action. My local co-
counsel in this case is: David Newman, an attorney who is a member of the bar of this Court in
good standing and who maintains an office within the State of California. Local co-counsel's bar
number is 246351.

Local Counsel's Address:

David M. Newman (SBN 246351)
Anglin Flwelling Rasmussen Campbel Trytten LLP
199 S Los Robles Ave, Suite 600
Pasadena, CA 91101
Telephone: (626) 535-1900
david@tilg.us

My Address:
Joseph J. Zito
Whitestone Law
1850 Towers Crescent Plaza, #550
Tysons, VA 22182
202-466-3500
jzito@whitestone.law

I am an active member in good standing of a United States Court and of the highest court of the District of Columbia, as indicated above; my bar number is: 410913.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by this Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.


Dated: November 28, 2023                       /s/ Joseph J. Zito
                                               Joseph J. Zito - APPLICANT
                                               Whitestone Law
                                               1850 Towers Crescent Plaza, #550
                                               Tysons, VA 22182
                                               202-466-3500
                                               jzito@whitestone.law

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joseph J. Zito is granted, subject to

the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate

appearance pro hac vice. Service of papers upon, and communication with, local co-counsel

designated in the application will constitute notice to the party.


Dated:    November 28, 2023

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE