Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, California 94111
Phone: (415) 291-6200
Fax: (415) 291-6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

*Attorneys for Defendant*
*NETFLIX, INC.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA, | Case No.: 4:22-cv-01490-JST |
| Plaintiff, | **DECLARATION OF RACHAEL D. LAMKIN ISO NETFLIX, INC.'S MOTION TO JOIN AIPI, LLC** |
| v. | |
| NETFLIX, INC., | Judge:    Hon. Jon S. Tigar |
| Defendant. | |

I, Rachael D. Lamkin, declare as follows:

1. I am a partner with the law firm of Baker Botts L.L.P. and counsel of record for Defendant Netflix, Inc. in the above-captioned matter.

2. I am admitted to practice in all state and federal courts in California, federal courts in Colorado and the Eastern and Western Districts of Texas.  I am also admitted in the Federal Circuit, the International Trade Commission, the Court of International Trade, and this Honorable Court.

3. I have personal knowledge of the facts stated herein.

4. I make this Declaration in support of Netflix's Rule 19 Motion To Join AiPi, Dkt. No. 217.

5. Attached as Exhibit A is a true and correct copy of Mr. Ken Sheets' email forwarding the preliminary injunction transcript to Mr. Ramey, *inter alia*. Mr. Sheets provided this email to me after Mr. Valjakka's October 12, 2023 deposition.

6. Attached as Exhibits B through D are a few examples of the dozens of emails Mr. Sheets sent to me the evening before Mr. Valjakka's deposition.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 1st Day of December, 2023 in Sausalito, California.

By: */s/ Rachael D. Lamkin*
     Rachael D. Lamkin