## Ksheets@aipisolutions.com

| | |
|---|---|
| **From:** | Ksheets@aipisolutions.com |
| **Sent:** | Wednesday, October 4, 2023 10:59 AM |
| **To:** | William Ramey; 'Onni Hietalahti'; Lauri Valjakka; Kyril Talanov; Susan Kalra; LitigationParalegals; emorehouse@aipisolutions.com; elund@aipisolutions.com |
| **Subject:** | Valjakka v. Netflix: Transcript for Preliminary Injunction Hearing |
| **Attachments:** | cert-z092123valjakka.pdf |

All,
Ken

1

UNITED STATES DISTRICT COURT **CERTIFIED COPY**

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable JON S. TIGAR, Judge

| | | |
|---|---|---|
| LAURI VALJAKKA, | ) | **Motion for Preliminary Injunction** |
| Plaintiff, | ) | |
| vs. | ) | NO. C 22-01490 JST |
| NETFLIX, INC., | ) | Pages 1 - 32 |
| Defendant. | ) | Oakland, California |
| | ) | Thursday, September 21, 2023 |

**REPORTER'S TRANSCRIPT OF ZOOM WEBINAR PROCEEDINGS**

**APPEARANCES VIA ZOOM WEBINAR:**

For Plaintiff:        Ramey LLP
                      5020 Montrose Boulevard, Suite 800
                      Houston, Texas  77006
                  BY: WILLIAM P. RAMEY,
                      KYRIL V. TALANOV, ATTORNEYS AT LAW

For Defendant:        Baker Botts L.L.P.
                      101 California Street, Suite 3200
                      San Francisco, California  94111
                  BY: RACHAEL D. LAMKIN, ATTORNEY AT LAW

(Appearances continued next page)

Reported By:       Raynee H. Mercado, CSR No. 8258

Proceedings reported by electronic/mechanical stenography; transcript produced by computer-aided transcription.

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 565-7228*

LV-CUVTA-000391