**Ksheets@aipisolutions.com**

| | |
|---|---|
| **From:** | Lauri Valjakka <lauri.valjakka@eezykeyz.fi> |
| **Sent:** | Sunday, November 20, 2022 6:14 AM |
| **To:** | Onni Hietalahti; elund@aipisolutions.com; emorehouse@aipisolutions.com |
| **Cc:** | 'Matti Saraheimo' |
| **Subject:** | VS: New Discovery Requests - Valjakka v. Netflix |

█████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████

██████████████████████████████████

██

████

**Lähettäjä:** Onni Hietalahti <onni.hietalahti@tamoralegal.fi>
**Lähetetty:** lauantai 19. marraskuuta 2022 14.02
**Vastaanottaja:** Lauri Valjakka <lauri.valjakka@eezykeyz.fi>
**Aihe:** Fwd: New Discovery Requests - Valjakka v. Netflix

Hanki Outlook for Android

**From:** elund@aipisolutions.com <elund@aipisolutions.com>
**Sent:** Thursday, November 17, 2022 7:11:25 PM
**To:** Lauri Valjakka <lauri.valjakka@eezykeyz.fi>
**Cc:** Onni Hietalahti <onni.hietalahti@tamoralegal.fi>; emorehouse@aipisolutions.com <emorehouse@aipisolutions.com>; Ksheets@aipisolutions.com <ksheets@aipisolutions.com>
**Subject:** New Discovery Requests - Valjakka v. Netflix

███████████████

██████████████████████████████████████████

████████████████████████████

████████████████████████████████████████

███████████████████████████████████

████████████████████████

████████

██

LV-CUVTA-000117