**Ksheets@aipisolutions.com**

| | |
|---|---|
| **From:** | Lauri Valjakka <lauri.valjakka@eezykeyz.fi> |
| **Sent:** | Thursday, October 5, 2023 2:19 PM |
| **To:** | 'William Ramey'; Onni Hietalahti; 'Matti Saraheimo' |
| **Cc:** | 'Kyril Talanov' |
| **Subject:** | VS: CUVTA Discovery - EXTREMELY URGENT |

**Lähettäjä:** William Ramey <wramey@rameyfirm.com>
**Lähetetty:** torstai 5. lokakuuta 2023 19.11
**Vastaanottaja:** 'Lauri Valjakka' <lauri.valjakka@eezykeyz.fi>; 'Onni Hietalahti' <onni.hietalahti@tamoralegal.fi>; Matti Saraheimo <Matti.saraheimo@mosconsulting.fi>
**Kopio:** Kyril Talanov <ktalanov@rameyfirm.com>
**Aihe:** RE: CUVTA Discovery - EXTREMELY URGENT

**From:** Ksheets@aipisolutions.com <ksheets@aipisolutions.com>
**Sent:** Thursday, October 5, 2023 11:01 AM
**To:** 'Lauri Valjakka' <lauri.valjakka@eezykeyz.fi>; 'Onni Hietalahti' <onni.hietalahti@tamoralegal.fi>; Matti Saraheimo <Matti.saraheimo@mosconsulting.fi>
**Cc:** William Ramey <wramey@rameyfirm.com>; Kyril Talanov <ktalanov@rameyfirm.com>; emorehouse@aipisolutions.com; elund@aipisolutions.com
**Subject:** CUVTA Discovery - EXTREMELY URGENT

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████2███████████████
███████████████████

████████████████████████████████████████████████████████████████████████
███████████████████

████████████████████████████████████████████████████████████████████████

████████
███

2

LV-CUVTA-000094