Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
Angela C. Griggs, Bar No. 340652
AGriggs@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

[Additional counsel listed on signature page]

*Attorneys for Defendant Netflix, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>    Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | **Case No. 4:22-cv-01490-JST**<br><br>**DEFENDANT NETFLIX, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT SUMMARY JUDGMENT RECORD**<br><br>Date:    February 15, 2024<br>Time:   2:00 pm<br>Judge:  Honorable Jon S. Tigar |

Defendant Netflix, Inc. ("Netflix") respectfully requests that the Court deny Plaintiff Lauri Valjakka ("Valjakka")'s December 4, 2023 Motion for Leave to Supplement the Summary Judgment Record ("Mot. to Supp.") because it provides no basis for relief, is unclear about his request, and is procedurally improper.

As an initial matter, Valjakka's filing inconsistently refers to Federal Rules 56(d), 56(e), 59(d), and 59(e) and fails to identify any local rule that would be an appropriate vehicle for this request or can provide the relief apparently sought. *See* Mot. to Supp. at Caption (motion under 56(d) and (e)); 2 ¶1 (motion under 56(d) and (e)); 2 ¶2 (motion under 59(e)); 2 ¶3 (Rule 59(e)); 5 ¶2 (Rule 59(d)). This procedurally chaotic request makes it difficult for Netflix to frame an appropriate response. Indeed, Valjakka does not even define its own request. *See id*. at 1 ¶1 ("and delay ruling on [*sic*].").

Second, Valjakka argues that it should be permitted supplemental briefing because Netflix did not raise the issue of comity, and therefore Valjakka "was not prepared to argue comity as applied to the case cited by the Court." *Id*. at 2 ¶3. But Netflix did raise comity in its Motion and Reply. *See* MSJ §II.B.1, Reply §II.A.2. In fact, both parties cite *Akazawa v. Link New Tech. Int'l, Inc.*, 520 F.3d 1354, 1356–58 (Fed. Cir. 2008), which relies on *International Nutrition*. *See* Valjakka's Opposition at 4; Reply at 4. To the extent Valjakka failed to address Netflix's comity arguments in briefing, it has waived any opportunity to do so.

Third, Valjakka appears to request (1) permission to supplement the record with information that was available to Valjakka during summary judgment briefing, and/or (2) that the Court delay ruling until after a Finnish Market Court case. *See* Mot. to Supp. at 5–6. To the extent the Court considers these requests, Netflix requests leave to substantively respond by December 15, 2023, or another date to be determined by the Court.

| | | |
|---|---|---|
| 1 | Dated: December 5, 2023 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: */s/ Sarah E. Piepmeier* |
| 4 | | Sarah E. Piepmeier, Bar No. 227094<br>SPiepmeier@perkinscoie.com |
| 5 | | Elise Edlin, Bar No. 293756<br>EEdlin@perkinscoie.com |
| 6 | | Angela C. Griggs, Bar No. 340652<br>AGriggs@perksincoie.com |
| 7 | | PERKINS COIE LLP<br>505 Howard Street, Suite 1000 |
| 8 | | San Francisco, California 94105<br>Telephone: +1.415.344.7000 |
| 9 | | Janice L. Ta (admitted *pro hac vice*) |
| 10 | | JTa@perkinscoie.com<br>PERKINS COIE LLP |
| 11 | | 405 Colorado Street Suite 1700<br>Austin, Texas 78701 |
| 12 | | Telephone: +1.737.256.6100 |
| 13 | | Jassiem N. Moore (admitted *pro hac vice*)<br>JassiemMoore@perkinscoie.com |
| 14 | | PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900 |
| 15 | | Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000 |
| 16 | | Brianna Kadjo, Bar No. 303336 |
| 17 | | BKadjo@perkinscoie.com<br>PERKINS COIE LLP |
| 18 | | 1900 Sixteenth Street, Suite 1400<br>Denver, Colorado 80202-5255 |
| 19 | | Telephone: +1.303.291.2300 |
| 20 | | Rachel D. Lamkin, Bar No. 246066<br>Karan Singh Dhadialla, Bar No. 296313 |
| 21 | | BAKER BOTTS L.L.P.<br>101 California Street, Suite 3200 |
| 22 | | San Francisco, CA 94111<br>Tel: (415) 291-6200 |
| 23 | | Rachel.lamkin@bakerbotts.com<br>Karan.dhadialla@bakerbotts.com |
| 24 | | ***Attorneys for Defendant Netflix, Inc.*** |