Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Janice L. Ta (admitted *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile:  +1.737.256.6300

Jassiem N. Moore, (admitted *pro hac vice*)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Brianna Kadjo, Bar No. 303336
BKadjo@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile:  +1.303.291.2400

*Attorneys for Defendant NETFLIX, INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURI VALJAKKA, <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC., <br><br> Defendant. | **Case No. 4:22-cv-01490-JST** <br><br> **NETFLIX, INC.'S [PROPOSED] CASE SCHEDULE** <br><br> Judge:   Hon. JON S. TIGAR |

**TO THE HON. JON S. TIGAR, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to this Court's November 28, 2023 Minute Entry (ECF No. 237), Defendant Netflix, Inc. ("Defendant" or "Netflix") hereby submits the following trial schedule, or as suits the Court. Counsel for Netflix emailed counsel for Plaintiff, but has not received confirmation of agreement by the time of this filing.

| Date | Description |
|---|---|
| 06/06/2024 | Opening dispositive motions and *Dauberts* |
| 07/25/2024 | L/D to meet and confer re settlement of case, preparation of joint pretrial statement, preparation and exchange of pretrial materials, and clarifying and narrowing contested issues for trial. |
| 07/25/2024 | L/D to exchange copies of all exhibits, summaries, charts, schedules, diagrams, and other similar documentary materials to be used in case-in-chief, together with list of proposed exhibits |
| 07/25/2024 | L/D to exchange: 1) Witness list live; 2) witness by deposition list with excerpts; 3) exhibit list |
| 07/30/2024 | L/D to file MILs |
| 08/08/2024 | L/D to file and serve:<br>1) jury voir dire questions;<br>2) proposed jury instructions;<br>3) proposed jury verdict forms;<br>4) witness lists;<br>5) exhibit lists; and<br>6) joint pretrial statement |
| 08/13/2024 | L/D to file oppositions to MILs |
| 08/16/2024 | Pretrial Conference / Hearing on Dispositive Motions |
| 08/29/2024 | L/D to serve pre-marked exhibits to clerk's office. |
| 09/03/2024 | L/D to serve optional trial brief |
| 09/09/2024 | Trial |

| | |
|---|---|
| Dated:  December 5, 2023 | Respectfully submitted, |
| | PERKINS COIE, LLP |
| | */s/ Sarah E. Piepmeier*<br>Sarah E. Piepmeier, Bar No. 227094<br>SPiepmeier@perkinscoie.com<br>Elise Edlin, Bar No. 293756<br>EEdlin@perkinscoie.com<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, California 94105<br>Telephone: +1.415.344.7000<br>Facsimile:  +1.415.344.7050 |
| | Janice L. Ta (admitted *pro hac vice*)<br>JTa@perkinscoie.com<br>PERKINS COIE LLP<br>405 Colorado Street Suite 1700<br>Austin, Texas 78701<br>Telephone: +1.737.256.6100<br>Facsimile:  +1.737.256.6300 |
| | Jassiem N. Moore, (admitted *pro hac vice*)<br>JassiemMoore@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000<br>Facsimile:  +1.206.359.9000 |
| | Brianna Kadjo, Bar No. 303336<br>BKadjo@perkinscoie.com<br>PERKINS COIE LLP<br>1900 Sixteenth Street, Suite 1400<br>Denver, Colorado 80202-5255<br>Telephone: +1.303.291.2300<br>Facsimile:  +1.303.291.2400 |
| | ***Attorney for Defendant Netflix, Inc.*** |

**IT IS SO ORDERED.**

Dated: _____     By: _____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE