UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>               Plaintiff,<br><br>   v.<br><br>NETFLIX INC,<br><br>               Defendant. | Case No. 22-cv-01490-JST<br><br>**ORDER REGARDING CASE SCHEDULE**<br><br>Re: ECF No. 246 |

The Court held a case management conference on November 28, 2023. At the conference, the Court ordered the parties to meet and confer about, and make a joint proposal regarding, a new trial date. ECF No. 237. If the parties are unable to agree, the Court instructed them to submit competing proposals. *Id.* Joint or competing proposals were due on December 5, 2023. *Id.*

Defendant Netflix Inc. timely submitted its proposal. ECF No. 246. Plaintiff Valjakka did not file a proposal. The Court adopts Netflix's proposed schedule.

| Date | Description |
|---|---|
| 06/06/2024 | Opening dispositive motions and Dauberts |
| 07/25/2024 | L/D to meet and confer re settlement of case, preparation of joint pretrial statement, preparation and exchange of pretrial materials, and clarifying and narrowing contested issues for trial. |
| 07/25/2024 | L/D to exchange copies of all exhibits, summaries, charts, schedules, diagrams, and other similar documentary materials to be used in case-in-chief, together with list of proposed exhibits |
| 07/25/2024 | L/D to exchange: 1) Witness list live; 2) witness by deposition list with excerpts; 3) exhibit list |

| | |
|---|---|
| 07/30/2024 | L/D to file MILs |
| 08/08/2024 | L/D to file and serve:<br>1) jury voir dire questions;<br>2) proposed jury instructions;<br>3) proposed jury verdict forms;<br>4) witness lists;<br>5) exhibit lists; and<br>6) joint pretrial statement |
| 08/13/2024 | L/D to file oppositions to MILs |
| 08/16/2024 | Pretrial Conference / Hearing on Dispositive Motions |
| 08/29/2024 | L/D to serve pre-marked exhibits to clerk's office. |
| 09/03/2024 | L/D to serve optional trial brief |
| 09/09/2024 | Trial |

**IT IS SO ORDERED.**

Dated: December 8, 2023



_____
JON S. TIGAR
United States District Judge

2