William P. Ramey, III (appearance *pro hac vice*)
wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone:   +1.713.426.3923
Facsimile:    +1.832.689.9175

Susan S.Q. Kalra, Bar No. 167940
skalra@rameyfirm.com
Ramey LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(800) 993-7499
(832) 900-4941 (facsimile)

Attorneys for Plaintiff
*LAURI VALJAKKA*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>    Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | Case No. 4:22-cv-01490-JST<br><br>**REPLY IN SUPPORT OF MOTION FOR LEAVE TO SUPPLEMENT SUMMARY JUDGMENT RECORD BASED ON ARGUMENTS RAISED AT THE HEARING UNDER RULE 56 (D) AND (E)**<br><br>Judge: Hon. Jon S. Tigar<br>Date: February 15, 2024<br>Time: 2:00 p.m.<br><br>Crtrm: 6 – 2nd Floor |

## I. INTRODUCTION

Lauri Valjakka ("Valjakka") files this reply in support of his request to supplement the summary judgment record, showing the Court Defendant Netflix's response does not change that the issue was newly raised at oral argument and therefore this supplement is appropriate.

## II. NETFLIX'S RESPONSE DOES NOT ESTABLISH A SUPPLEMENT ON COMITY IS NOT APPROPRIATE

Netflix's response[1] merely attempts to say the issue of comity was mentioned in a case that referred to another case.[2] However, Netflix did not raise the issue raise the *Akazawa* case in its Motion, only its reply.[3] Likewise, both parties cited the case not for a principal of comity but rather that foreign law can be used to decide ownership of a patent. Neither party briefed comity or its application in this case. Valjakka moved to supplement the record under Rule 59(e) in the interests of fairness and substantial justice to address this narrow issue.

## III. FURTHER APPEALS OF FINNISH OWNERSHIP

Netflix's response also fails to refute the fact that the Court in the summary judgment hearing said that Valjakka should address the issue of ownership in Finnish Courts. Well, Valjakka is doing that through a filing in the Finnish Market Court. A delay of a few months to obtain a final ruling from the Finnish Market Court would serve the interests of justice. Netflix will not be prejudiced as it requested a delay in the trial date and the Court has only recently issued a new dispositive motion period with a new trial date.[4]

## IV. CONCLUSION

Valjakka respectfully requests that the Court grant it leave to file this brief supplement based on the new case discussed at the hearing.

---

[1] Doc. No. 245.
[2] *Id.* at 2-3.
[3] *Akazawa v. Link New Tech. Int'l, Inc.*, 520 F.3d 1354, 1357 (Fed. Cir. 2008).
[4] Doc. No. 247.

Respectfully submitted,
**Ramey LLP**

*/s/ William P. Ramey, III*
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for LAURI VALJAKKA***

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of December 11, 2023, with a copy of the foregoing via e-mail.

*/s/William P. Ramey, III*
William P. Ramey, III