William P. Ramey, III (appearance *pro hac vice*)
wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone:    +1.713.426.3923
Facsimile:    +1.832.689.9175

Susan S.Q. Kalra, Bar No. 167940
skalra@rameyfirm.com
Ramey LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(800) 993-7499
(832) 900-4941 (facsimile)

Attorneys for Plaintiff
*LAURI VALJAKKA*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>    Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | Case No. 4:22-cv-01490-JST<br><br>**[PROPOSED] ORDER ON MOTION TO DISQUALIFY WHITESTONE LAW FROM REPRESENTING AIPI, LLC BASED ON ACTUAL CONFLICT** |

The Court having considered Plaintiff's Motion to Disqualify filed December 12, 2023, all responses, if filed, is of the OPINION that the Motion should be GRANTED. Therefore, it is ORDERED that Whitestone Law and all of its attorneys, including but not limited to Eric

-1-

ORDER REMOTION TO DISQUALIFY WHITESTONE LAW FROM REPRESENTING AIPI, LLC BASE ON ACTUAL CONFLICT
CASE NO. 4:22-CV-01490-JST

Morehouse, Erik Lund, Ken Sheets and Joseph Zito, are hereby disqualified from representing AiPi LLC or any other party in this matter.

**IT IS SO ORDERED.**

_____    _____
Dated                                                                        UNITED STATES DISTRICT COURT JUDGE

-2-

ORDER REMOTION TO DISQUALIFY WHITESTONE LAW FROM REPRESENTING AIPI, LLC BASE ON ACTUAL CONFLICT
CASE NO. 4:22-CV-01490-JST