Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, California 94111
Phone: (415) 291-6200
Fax: (415) 291-6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

*Attorneys for Defendant, NETFLIX, INC.*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>        Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>        Defendant. | Case No. 4:22-cv-01490-JST<br><br>**DEFENDANT NETFLIX, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF ITS MOTION TO JOIN AIPI**<br><br>Judge:    Hon. Jon S. Tigar<br>Date:     January 25, 2024<br>Time:    2:00 p.m.<br>Crtrm:   6 – 2nd Floor |

**DEFENDANT NETFLIX, INC.'S ADMINISTRATIVE MOTION FOR LEAVE
TO FILE A NOTICE OF SUPPLEMENTAL EVIDENCE
IN SUPPORT OF ITS MOTION TO JOIN AIPI**

On November 6, 2023, Netflix filed a Motion To Join AiPi, LLC. Dkt. No. 217. AiPi filed an Opposition on November 24, 2023 and Netflix filed its Reply in support of its Motion on December 1, 2023. Dkt. Nos. 233, 242. After December 1, 2023, Mr. Ramey and representatives of AiPi have submitted filings in other matters that are relevant to the analysis of this Court's jurisdiction over AiPi. Netflix seeks permission to file three (3) of said pleadings as supplemental evidence of this Court's jurisdiction over AiPi.

In short, these filings evidence that AiPi hired William Ramey across at least ninety (90) cases, including this case, and that AiPi appears to have the authority to command Mr. Ramey to take actions, and to hire and fire Mr. Ramey. They also expressly identify this case as part of the AiPi/Ramey business relationship. Both are uniquely relevant to this Court's analysis of whether it has jurisdiction over AiPi given AiPi's participation in this lawsuit. *See* Reply, Dkt. No. 242, at 3:24-7:19. For example, on December 14, 2023, Mr. Ramey filed an email with the Colorado District Court wherein Mr. Morehouse, an owner of AiPi, commands Mr. Ramey: "Please stop reaching out to my clients. It's going to cause harm that we'll need to address. . . . I recommend that you withdraw from all matters except Valjakka, Pedersen, and Ward – but let's discuss first." Exh. A, at 1. By way of second example, in that same matter, AiPi's counsel, Joe Zito explained, "AiPi asked Mr. Zito to take a look at a number of cases being handled by Mr. Ramey and to recommend appropriate actions and to address any concerns. Mr. Zito undertook a review of approximately ninety Ramey cases. Mr. Zito made appearances in approximately sixty cases and shut down about two dozen of those cases." Exh. B, at 2-3. Mr. Zito also told that court, "AiPi [is] a patent prosecution support and litigation support company that dabbles in patent funding[.]" *Id*., at 2.

Netflix asks the Court for permission to file the attached three (3) exhibits in a Notice Of Supplemental Evidence.[1]

///

---

[1] The District of Colorado court has ordered Joe Zito to respond to a declaration submitted by William Ramey on or before January 8, 2024. *See California Innovations, Inc. v. Ice Rover, Inc.,* Case No. 1:22-cv-01986-RM-NRN, Dkt No. 65. That filing may contain further relevant information. Netflix will seek permission to submit that filing if relevant. Further, to minimize the burden on this Court, Netflix has sought to submit only a few of the many potentially relevant documents from the other AiPi/Ramey matters. Netflix will file the complete set of documents associated with Exhibits A-C upon this Court's request.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 19, 2023 | Respectfully submitted, |
| 3 | | */s/ Rachael D. Lamkin* |
| | | Rachael D. Lamkin (SBN 246066) |
| 4 | | Karan Singh Dhadialla (SBN 296313) |
| 5 | | BAKER BOTTS L.L.P. |
| | | 101 California Street, Suite 3200 |
| 6 | | San Francisco, CA 94111 |
| | | Tel: (415) 291-6200 |
| 7 | | Fax: (415) 291-6300 |
| 8 | | rachael.lamkin@bakerbotts.com |
| | | karan.dhadialla@bakerbotts.com |
| 9 | | |
| 10 | | Sarah E. Piepmeier, Bar No. 227094 |
| | | SPiepmeier@perkinscoie.com |
| 11 | | Elise S. Edlin, Bar No. 293756 |
| | | EEdlin@perkinscoie.com |
| 12 | | PERKINS COIE LLP |
| 13 | | 505 Howard Street, Suite 1000 |
| | | San Francisco, California 94105 |
| 14 | | Telephone: +1.415.344.7000 |
| | | Facsimile: +1.415.344.7050 |
| 15 | | |
| 16 | | Janice L. Ta (appearance pro hac vice) |
| | | JTa@perkinscoie.com |
| 17 | | PERKINS COIE LLP |
| | | 405 Colorado Street Suite 1700 |
| 18 | | Austin, Texas 78701 |
| | | Telephone: +1.737.256.6100 |
| 19 | | Facsimile: +1.737.256.6300 |
| 20 | | Jassiem N. Moore (appearance pro hac vice) |
| | | JassiemMoore@perkinscoie.com |
| 21 | | PERKINS COIE LLP |
| 22 | | 1201 Third Avenue, Suite 4900 |
| | | Seattle, Washington 98101-3099 |
| 23 | | Telephone: +1.206.359.8000 |
| | | Facsimile: +1.206.359.9000 |
| 24 | | |
| 25 | | Brianna Kadjo, Bar No. 303336 |
| | | BKadjo@perkinscoie.com |
| 26 | | PERKINS COIE LLP |
| | | 1900 Sixteenth Street, Suite 1400 |
| 27 | | Denver, Colorado 80202-5255 |
| | | Telephone: +1.303.291.2300 |
| 28 | | Facsimile: +1.303.291.2400 |

1  *Attorneys for Defendant, NETFLIX, INC.*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28