UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>   Plaintiff,<br><br> v.<br><br>NETFLIX, INC.,<br><br>   Defendant. | Case No.: 4:22-cv-01490-JST<br><br>**[PROPOSED] ODER GRANTING NETFLIX, INC.'S ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL EVIDENCE IN SUPPORT OF NETFLIX'S MOTION TO JOIN AIPI** |

 Pending before the Court is Defendant Netflix, Inc.'s ("Netflix's") Administrative Motion to File a Notice of Supplemental Evidence, attaching three (3) exhibits in support of Netflix's Motion To Join AiPi.

 IT IS HEREBY ORDERED THAT Administrative Motion is GRANTED.

 **IT IS SO ORDERED.**

Dated:_____  _____