# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NETFLIX, INC.,<br><br>　　　　Defendant. | Case No.: 4:22-cv-01490-JST<br><br>[PROPOSED] ODER GRANTING NETFLIX, INC.'S ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL EVIDENCE IN SUPPORT OF NETFLIX'S MOTION TO JOIN AIPI |

Pending before the Court is Defendant Netflix, Inc.'s ("Netflix's") Administrative Motion to File a Notice of Supplemental Evidence, attaching three (3) exhibits in support of Netflix's Motion To Join AiPi.

IT IS HEREBY ORDERED THAT Administrative Motion is GRANTED.

**IT IS SO ORDERED.**

Dated: January 3, 2024　　　　　　　　　　　　　／s／ _____