Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, California 94111
Phone: (415) 291-6200
Fax: (415) 291-6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

*Attorneys for Defendant, NETFLIX, INC.*

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LAURI VALJAKKA,<br><br>     Plaintiff,<br><br>  v.<br><br>NETFLIX, INC.,<br><br>     Defendant. | Case No. 4:22-cv-01490-JST<br><br>**DEFENDANT NETFLIX, INC.'S NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF ITS MOTION TO JOIN AIPI, LLC**<br><br>Judge:   Hon. Jon S. Tigar<br>Date:    January 25, 2024<br>Time:    2:00 p.m.<br>Crtrm:   6 – 2nd Floor |

# DEFENDANT NETFLIX, INC.'S NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF ITS MOTION TO JOIN AIPI, LLC

Pursuant to Court Order, Dkt. No. 254, Defendant Netflix, Inc. files the attached three (3) documents as supplemental evidence in support of its motion to join AiPi, Dkt. No. 217. Netflix also attaches the document cited at footnote 1 of its administrative motion, Dkt. No. 252, as Exhibit D.

Dated: January 3, 2024

Respectfully submitted,
*/s/ Rachael D. Lamkin*
Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 291-6200
Fax: (415) 291-6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise S. Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Janice L. Ta (appearance pro hac vice)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Jassiem N. Moore (appearance pro hac vice)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000

|   |   |
|---|---|
| 1 | Facsimile: +1.206.359.9000 |
| 2 | Brianna Kadjo, Bar No. 303336 |
| 3 | BKadjo@perkinscoie.com<br>PERKINS COIE LLP |
| 4 | 1900 Sixteenth Street, Suite 1400<br>Denver, Colorado 80202-5255 |
| 5 | Telephone: +1.303.291.2300<br>Facsimile: +1.303.291.2400 |
| 6 | |
| 7 | *Attorneys for Defendant, NETFLIX, INC.* |