Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, California 94111
Phone: (415) 291-6200
Fax: (415) 291-6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

*Attorneys for Defendant*
*NETFLIX, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>           Plaintiff,<br><br>      v.<br><br>NETFLIX, INC.,<br><br>           Defendant. | Case No.: 4:22-cv-01490-JST<br><br>**DECLARATION OF RACHAEL D. LAMKIN ISO NETFLIX, INC.'S NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF ITS MOTION TO JOIN AIPI, LLC**<br><br>Judge:    Hon. Jon S. Tigar |

I, Rachael D. Lamkin, declare as follows:

   1.   I am a partner with the law firm of Baker Botts L.L.P. and counsel of record for Defendant Netflix, Inc. in the above-captioned matter.

   2.   I am admitted to practice in all state and federal courts in California, federal courts in Colorado and the Eastern and Western Districts of Texas.  I am also admitted in the Federal Circuit, the International Trade Commission, the Court of International Trade, and this Honorable Court.

   3.   I have personal knowledge of the facts stated herein.

   4.   I make this Declaration in support of Netflix's Rule 19 Motion To Join AiPi, Dkt. No. 217 and the Court's Order granting submission of this supplemental evidence, Dkt. No. 254.

1

Decl. of R. Lamkin ISO Notice
of Suppl. Evidence ISO Mot. to Join AiPi, LLC                                                     Case No.: 4:22-cv-01490-JST

5. Attached as Exhibit A is a true and correct copy of an email thread between Mr. Ramey and AiPi's Eric Moreland, *inter alia*, filed in *California Innovations, Inc. v. Ice Rover Inc.*, Case No. 22-cv-1986-RM-NRN (D. Colo. Dec. 14, 2023) ("*Ice Rover*"), ECF No. 61-6. Mr. Zito confirms the authenticity of this email in his declaration, filed as Exhibit D, at ¶ 17. Mr. Ramey filed the email and authenticated it in *Ice Rover* at ECF No. 61-1, at ¶ 17.

6. Attached as Exhibit B is a true and correct copy of Mr. Ramey's declaration in *CTD Networks, LLC v. Microsoft, LLC*, Case No. 23-2429, ECF No. 12-2 (Fed. Cir. Dec. 11, 2023).

7. Attached as Exhibit C is a true and correct copy of Mr. Zito's declaration in *CTD Networks, LLC v. Google*, Case No. 6:22-CV-01042-XR, ECF No. 65 (W.D. Tex. Dec. 13, 2023).

8. Attached as Exhibit D is a true and correct copy of Mr. Zito's declaration in *Ice Rover*, ECF No. 66-1, filed on Dec. 28, 2023 in response to Mr. Ramey's declaration, *Ice Rover*, ECF No. 61-1.

9. The documents in these cases, and others, relevant to this Court's jurisdiction over AiPi, LLC are voluminous. I have endeavored to select the most relevant, mindful of the Court's docket. I will file any additional documents from these cases immediately upon request.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 3rd day of January, 2024 in Sausalito, California.

By: */s/ Rachael D. Lamkin*
     Rachael D. Lamkin