1  Susan S.Q. Kalra (California State Bar No. 167940)
   Email: skalra@rameyfirm.com
2  RAMEY LLP
   5020 Montrose Blvd., Suite 800
3  Houston, Texas 77006
4  Telephone: (800) 993- 7499
   Fax: (832) 900-4941
5
   William P. Ramey, III (pro hac vice)
6  Email: wramey@rameyfirm.com
   RAMEY LLP
7  5020 Montrose Blvd., Suite 800
8  Houston, TX 77006
   Telephone: (713) 426-3923
9  Fax: (832) 689-9175

10 *Attorneys for Plaintiff*
   LAURI VALJAKKA
11

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **LAURI VALJAKKA,** | Case No. 4:22-cv-01490-JST |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF LAURI VALJAKKA** |
| v. | Hearing date: February 29, 2024 |
| **NETFLIX, INC.,** | Time: 2:00 p.m. |
| | Judge: Hon. Jon S. Tigar |
| Defendant. | Courtroom 6 – 2nd Floor |

- 1 -

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

**TO THE PARTIES AND ALL ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on February 29, 2024 at 2:00 PM, or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Jon S. Tigar, 1301 Clay Street, Oakland, CA 94612, Susan S.Q. Kalra and Willaim P. Ramey, III of Ramey LLP ("Ramey") shall and hereby respectfully seeks leave of this Court, pursuant to LOCAL R. 11-5(a) and in compliance with CAL. R. PROF. CONDUCT 1.16, to withdraw as counsel for Plaintiff Lauri Valjakka ('Valjakka").

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    INTRODUCTION

Pursuant to Civil Local Rule 11-5 and Rule 1.16 of the California Rules of Professional Conduct, Ramey seeks an order permitting its withdrawal as counsel for Plaintiff on the following grounds:

1. On September 13, 2021, Plaintiff Lauri Valjakka, filed a patent infringement lawsuit against Netflix, Inc. in the United States District Court for the Western District of Texas.

2. On December 13, 2021, Netflix filed a Motion to Dismiss for Improper Venue, or In the Alternative, Transfer to the Northern District of California (ECF 13).

3. On March 3, 2022 the parties file a Joint Motion to Transfer to the Northern District of California (ECF 16).

4. On March 8, 2022, Judge Alan D Albright signed the Order granting the Joint Motion to Transfer Venue (ECF 17), and the case was transferred to the Northern District of California on March 9, 2022 (ECF 18).

5. The case was assigned to Judge Virginia K. Demarchi, who recused herself on March 10, 2022 (ECF 20).

6. The case was eventually reassigned to this Court on March 24, 2022 (ECF 25).

7. On January 12, 2024, Ramey informed the client that Ramey would be filing a motion to withdraw as counsel. See ¶ 3, Declaration of William P. Ramey, III ("Ramey Decl.") filed herewith.

8. Ramey makes this motion pursuant to Civil Local Rule 11-5(a) and in compliance with California Rules of Professional Conduct 1.16 section (b)(4).

9. Ramey is seeking withdrawal due to, among other reasons, irreconcilable differences in strategy between Ramey and Valjakka, such that it will be extremely difficult for Ramey to meaningfully represent Valjakka effectively. Further, Ramey LLP is not being compensated for its services on this matter after AiPi LLC quit funding the lawsuit. The lack of compensation is a financial burden that makes it difficult for the Firm to operate. Ramey LLP only assumed representation because AiPi LLC guaranteed payment. See Ramey Decl., ¶ 4.

10. Ramey respectfully requests that it be permitted to withdraw as counsel for Valjakka. By the time this matter can be heard, Valjakka will have had more than 30 days to obtain new counsel to represent it in this case. As Mr. Valjakka is an individual, he can represent himself if he chooses. See Ramey Decl., ¶ 5.

11. On January 12, 2024, Ramey informed Netflix's counsel, Elise Edlin of Perkins Coie, in writing, that it would file a motion to withdraw. Netflix's counsel responded that Netflix opposes Ramey's withdrawal. See Ramey Decl., ¶ 3.

II.  **ARGUMENT**

Withdrawal is governed by the California Rules of Professional Conduct. *See Nehad v. Mukasey*, 535 F.3d 962, 970 (9th Cir. 2008); *Zhang v. Parfet*, No. 16-CV-04333-LHK, 2017 U.S. Dist. LEXIS 68579, at *4 (N.D. Cal. May 4, 2017). California Rule of Professional Conduct 1.16

sets forth several grounds under which an attorney may request permission to withdraw. An attorney may request withdrawal on the basis of "conduct [that] renders it unreasonably difficult for the lawyer to carry out the representation effectively." Cal. R. Prof'l Conduct 1.16(b)(4). In light of the irreconcilable differences between Ramey and its client, it will be difficult for Ramey to meaningfully represent Valjakka effectively.

Civil Local Rule 11-5(a) requires an attorney to obtain leave of court to withdraw from an action following reasonable notice to the client and to all other parties who have appeared in the case. When ruling on a motion to withdraw, courts in this District consider: "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal may cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Reg'l Med. Ctr. of San Jose v. WH Administrators, Inc.*, No. 5:17CV-03357-EJD, 2020 U.S. Dist. LEXIS 110758, at *3 (N.D. Cal. June 24, 2020) (internal quotations and citation omitted). Here, Ramey satisfied Local Rule 11-5(a) by providing Valjakka with written notice regarding this motion, seeking leave of court to withdraw, and providing reasonable notice to Netflix's attorneys. Furthermore, withdrawal will not prejudice any of the parties, delay adjudication of the case, or harm the administration of justice. A trial date has been set for September 25, 2024. Valjakka will have ample time to obtain substitute counsel by the time this motion has been heard.

## III.   CONCLUSION

For the foregoing reasons, Ramey respectfully requests that the Court grant its request to withdraw as counsel for Plaintiff Valjakka in this action.

Dated: January 16, 2024                                  Respectfully submitted,

**RAMEY LLP**

- 4 -

*/s/ Susan S.Q. Kalra*
Susan S.Q. Kalra, CA SBN 167940
Email: skalra@rameyfirm.com
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (800) 993- 7499

*/s/ William P. Ramey, III*
William P. Ramey, III (pro hac vice)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
*Lauri Valjakka*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with the client Lauri Valjakka by phone and e-mail that I was seeking to withdraw from this matter on January 12, 2024 and he is opposed to this motion. I further certify that I am sending a copy of the as filed motion to Lauri Valjakka by e-mail. I further certify that I conferred with counsel for Netflix on January 12, 2024 and they are opposed to this motion.

*/s/ William P. Ramey, III*
William P. Ramey, III

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of January 16, 2024, with a copy of the foregoing via CM/ECF Filing.

*/s/ William P. Ramey, III*
William P. Ramey, III

- 5 -

MOTION TO WITHDRAW AS COUNSEL
Case No. 4:22-SC-01490-JST