1  Rachael D. Lamkin (SBN 246066)
2  Karan Singh Dhadialla (SBN 296313)
   BAKER BOTTS L.L.P.
3  101 California Street, Suite 3200
   San Francisco, California 94111
4  Phone: (415) 291-6200
   Fax: (415) 291-6300
5  rachael.lamkin@bakerbotts.com
   karan.dhadialla@bakerbotts.com
6
   *Attorneys for Defendant*
7  *NETFLIX, INC.*

   (*Additional counsel listed in signature block*)
8
9
10                    **UNITED STATES DISTRICT COURT**
11                    **NORTHERN DISTRICT OF CALIFORNIA**
12                    **OAKLAND DIVISION**
13

14  LAURI VALJAKKA,                    Case No.: 4:22-cv-01490-JST

15              Plaintiff,             **NOTICE OF PROOF OF SERVICE**

16        v.                           Judge:    Hon. Jon S. Tigar

17  NETFLIX, INC.,

18              Defendant.

19
20
21      Attached as Exhibit A hereto is the Proof of Service demonstrating that AiPi, LLC, was served
22  through their attorney Joseph J. Zito, Whitestone law, with copies of the following documents: (1)
23  Netflix's Subpoena to Testify at a Deposition in a Civil Action, and (2) Notice of Documents and
24  Deposition Subpoena to AiPi, LLC.
25
26
27
28

1

Notice of Proof Of Service                                      Case No.: 4:22-CV-01490-JST

January 24, 2024

By: */s/ Rachael D. Lamkin*
Rachael D. Lamkin

Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise S. Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Janice L. Ta, (appearance *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Jassiem N. Moore, (appearance *pro hac vice*)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Brianna Kadjo, Bar No. 303336
BKadjo@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400
Attorneys for Defendant
NETFLIX, INC.
