# Exhibit A

| Attorney or Party without Attorney:<br>RACHAEL D. LAMKIN (SBN )<br>BAKER BOTTS L.L.P.<br>101 CALIFORNIA STREET SUITE 3600<br>SAN FRANCISCO, CA 94111<br>Telephone No: (415) 291-6200 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For:  Defendant | | Ref. No. or File No.:<br>086085.0109 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>In the United States District Court For the Northern Central District of California | | | | |
| Plaintiff:  LAURI VALJAKKA<br>Defendant:  NETFLIX, INC. | | | | |
| **PROOF OF SERVICE** | Hearing Date:<br>1/18/24 | Time:<br>11:00AM | Dept/Div: | Case Number:<br>4:22-CV-1490 |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF DOCUMENTS AND DEPOSITION SUBPOENA TO AiPi, LLC.

3. *a.  Party served:*    AiPi, LLC / c/o JOSEPH J. ZITO, WHITESTONE LAW
   *b.  Person served:*   Joseph Zito, Counsel, Authorized to Accept.

4. *Address where the party was served:*    1850 TOWERS CRESCENT PLAZA SUITE 550, TYSONS, VA 22182

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jan 22 2024 (2) at: 04:55 PM
   b. Witness Fee: $55.00

6. *Person Who Served Papers:*
   a. Hannah Creekmore                              **d.** *The Fee for Service was:*
   b. **FIRST LEGAL**
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

01/23/2024

*(Date)*                                                          *(Signature)*



PROOF OF
SERVICE

10268298
(6059591)