Susan S.Q. Kalra (California State Bar No. 167940)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (800) 993- 7499
Fax: (832) 900-4941

William P. Ramey, III (pro hac vice)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
LAURI VALJAKKA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **LAURI VALJAKKA,** | Case No. 4:22-SC-01490-JST |
| Plaintiff, | **DECLARATION OF WILLIAM P. RAMEY, III IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF LAURI VALJAKKA** |
| v. | |
| **NETFLIX, INC.,** | |
| Defendant. | Hearing date: February 29, 2024<br>Time: 2:00 p.m.<br>Judge:   Hon. Jon S. Tigar<br>Courtroom 6 – 2nd Floor |

I, William P. Ramey, III, declare as follows:

- 1 -

RAMEY DEC. ISO MOT. TO WITHDRAW AS COUNSEL
Case No. 4:22-CV-01490-JST

1. I am over the age of 18, and I am a partner at Ramey LLP ("Ramey" or the "Firm"), Plaintiffs' counsel of record in the above-captioned case. I would and could competently testify as set forth below in a court of law.

2. Exhibit A is a true and correct copy of a January 24, 2024 e-mail from the client Lauri Valjakka to Brian Switalski, the firm's finance manager, concerning the payment of overdue invoices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed January 31, 2024 at Harris County, Texas.

*/s/ William P. Ramey, III*
Willaim P. Ramey, III

- 2 -

RAMEY DEC. ISO MOT. TO WITHDRAW AS COUNSEL
Case No. 4:22-CV-01490-JST