# EXHIBIT A

| | |
|---|---|
| **From:** | Brian Switalski |
| **To:** | William Ramey |
| **Subject:** | FW: Invoices Ramey & Schwaller, LLP |
| **Date:** | Wednesday, January 24, 2024 10:00:53 AM |
| **Attachments:** | image001.png |
| | image003.png |
| | image005.png |

Lauri, replied to the invoice email.  See below.

**From:** Lauri Valjakka <lauri.valjakka@eezykeyz.fi>
**Sent:** Wednesday, January 24, 2024 5:11 AM
**To:** Brian Switalski <bswitalski@rameyfirm.com>
**Cc:** 'Onni Hietalahti' <onni.hietalahti@tamoralegal.fi>
**Subject:** VS: Invoices Ramey & Schwaller, LLP

Brian,
These invoices you should have collected from AiPi's Case Group 1 at the time it occurred. Have you set demands on them? I have a legal advice / litigation management and litigation funding agreement only with AiPi Solutions, who only is responsible for these overdue invoices. I have no direct agreement with Ramey LLP.

BR
Lauri

**Lähettäjä:** Brian Switalski <bswitalski@rameyfirm.com>
**Lähetetty:** keskiviikko 24. tammikuuta 2024 1.00
**Vastaanottaja:** Valjakka - IP Case Group1 LLC <lauri.valjakka@eezykeyz.fi>
**Aihe:** Invoices Ramey & Schwaller, LLP

# Ramey LLP

Dear Valjakka - IP Case Group1 LLC,

Your bill is ready. You can see your account summary below.

Thank you for your business.

## Account summary

| | |
|---|---|
| **Amount due on Bill 20113** Due date: 02/21/2024 | **$20,890.00** |
| **Amount due on 18 other bills** | **$1,142,276.00** |

| | |
|---|---:|
| **Total amount due** | **$1,163,166.00** |

🔒 Pay online now

The payment link will expire 90 days from receipt.

Powered by Clio

© 2024 Themis Solutions Inc.