| | |
|---|---|
| 1 | Sarah E. Piepmeier, Bar No. 227094 |
| 2 | SPiepmeier@perkinscoie.com |
|   | Elise Edlin, Bar No. 293756 |
| 3 | EEdlin@perkinscoie.com |
|   | Angela C. Griggs, Bar No. 340652 |
| 4 | AGriggs@perkinscoie.com |
|   | PERKINS COIE LLP |
| 5 | 505 Howard Street, Suite 1000 |
|   | San Francisco, California 94105 |
| 6 | Telephone: +1.415.344.7000 |
| 7 | Facsimile:  +1.415.344.7050 |

[Additional counsel listed on signature page]

*Attorneys for Defendant Netflix, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA, | **Case No. 4:22-cv-01490-JST** |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF ATTORNEY ANGELA GRIGGS FOR DEFENDANT NETFLIX INC.** |
| v. | |
| NETFLIX, INC., | |
| Defendant. | |

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:** |
| 2 | PLEASE TAKE NOTICE THAT effective February 9, 2024, Angela Griggs is no longer |
| 3 | affiliated with the firm of Perkins Coie LLP. For this reason, Netflix, Inc. respectfully request that |
| 4 | Ms. Griggs be removed as counsel of record and removed from the service list in the above-entitled |
| 5 | action. Netflix, Inc. will remain represented by its other counsel of record at Perkins Coie LLP. |

Dated: February 23, 2024

**PERKINS COIE LLP**

By: */s/ Elise Edlin*
 Sarah E. Piepmeier, Bar No. 227094
 SPiepmeier@perkinscoie.com
 Elise Edlin, Bar No. 293756
 EEdlin@perkinscoie.com
 PERKINS COIE LLP
 505 Howard Street, Suite 1000
 San Francisco, California 94105
 Telephone: +1.415.344.7000

 Janice L. Ta (admitted *pro hac vice*)
 JTa@perkinscoie.com
 PERKINS COIE LLP
 405 Colorado Street Suite 1700
 Austin, Texas 78701
 Telephone: +1.737.256.6100

 Jassiem N. Moore (admitted *pro hac vice*)
 JassiemMoore@perkinscoie.com
 PERKINS COIE LLP
 1201 Third Avenue, Suite 4900
 Seattle, Washington 98101-3099
 Telephone: +1.206.359.8000

 Brianna Kadjo, Bar No. 303336
 BKadjo@perkinscoie.com
 PERKINS COIE LLP
 1900 Sixteenth Street, Suite 1400
 Denver, Colorado 80202-5255
 Telephone: +1.303.291.2300

 Rachel D. Lamkin, Bar No. 246066
 Karan Singh Dhadialla, Bar No. 296313
 BAKER BOTTS L.L.P.
 101 California Street, Suite 3200
 San Francisco, CA 94111
 Tel: (415) 291-6200
 Rachel.lamkin@bakerbotts.com
 Karan.dhadialla@bakerbotts.com

***Attorneys for Defendant Netflix, Inc.***