1  Rachael D. Lamkin (SBN 246066)
   Karan Singh Dhadialla (SBN 296313)
2  BAKER BOTTS L.L.P.
   101 California Street, Suite 3200
3  San Francisco, California 94111
   Phone: (415) 291-6200
4  Fax: (415) 291-6300
   rachael.lamkin@bakerbotts.com
5  karan.dhadialla@bakerbotts.com

6
   *Attorneys for Defendant, NETFLIX, INC.*
7
   *Additional counsel listed on signature page*
8

9
10                    **UNITED STATES DISTRICT COURT**
11                    **NORTHERN DISTRICT OF CALIFORNIA**
12                            **OAKLAND DIVISION**
13

14  LAURI VALJAKKA,                    | Case No. 4:22-cv-01490-JST
15         Plaintiff,                  | **DEFENDANT NETFLIX, INC.'S UNOPPOSED LOCAL RULE 7-11 ADMINISTRATIVE MOTION FOR CLARIFICATION REGARDING RULE 45 DISCOVERY**
16     v.
17  NETFLIX, INC.,
18         Defendant.                  | Judge:   Hon. Jon S. Tigar

19
20
21
22
23
24
25
26
27
28

On November 6, 2023, Netflix moved (i) for an Order To Show Cause Why Valjakka And AiPi Should Not Be Sanctioned for violating this Court's Preliminary Injunction, and (ii) for joinder of AiPi under Federal Rule of Civil Procedure 19. Dkt. Nos. 216, 217. On November 24, 2023, AiPi opposed Netflix's joinder motion, representing to this Court:

> "AiPi as a third party, will comply fully with the PI and is ready and willing to comply with any discovery requests directed thereto." Lund Decl., Dkt. No. 233-1, ¶ 27.

> "AiPi as a third party, will comply fully with the PI and is ready and willing to comply with any discovery requests directed thereto." Opp., Dkt. No. 233, 3:5-7.

> "AiPi has on numerous occasions expressed complete willingness to comply with any and all discovery requests, if only Netflix's counsel would ask instead of filing motions to join." *Id.*, at 9:16-18.

On January 5, 2024, this Court vacated the hearing on Netflix's two motions finding "the matter suitable for disposition without oral argument." Dkt. No. 256. On January 18, 23, and 25, Netflix served AiPi with Rule 45 discovery, via email, upon AiPi's counsel of record, and upon AiPi itself, respectively. Dkt. No. 261.

Even though AiPi repeatedly told this Court it would "comply fully" with Rule 45 discovery, on January 31, 2024, AiPi moved to quash Netflix's Rule 45 subpoena in the Eastern District of Virginia. Dkt. No. 264. On February 13, 2024, Netflix opposed AiPi's motion to quash. Lamkin Decl., Exh A. In the February 23, 2024 hearing on AiPi's motion to quash, Magistrate Judge Fitzpatrick granted AiPi's motion, finding that he did not have authority to allow discovery because, in his view, discovery was closed in this matter. Lamkin Decl., Exh. B, at 11-12; 15:21–16:9. Magistrate Judge Fitzpatrick asked Netflix to seek clarification from this Court as to whether Rule 45 discovery could be served upon AiPi. *Id.*

Thus, Netflix files this administrative motion seeking clarification from this Court on whether Netflix may serve Rule 45 discovery upon AiPi. Netflix believes Rule 45 discovery is warranted. Netflix needs discovery over AiPi to ascertain whether AiPi is in compliance with this

Court's preliminary injunction order and the extent of AiPi's liability to Netflix. The trial in this matter is set for September 2024 and discovery now will not delay said trial (as long as AiPi responds without undue delay). Plaintiff Lauri Valjakka does not oppose this motion.

Dated: February 26, 2024  Respectfully submitted,

*/s/ Rachael D. Lamkin*
Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 291-6200
Fax: (415) 291-6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise S. Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Janice L. Ta (appearance pro hac vice)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Jassiem N. Moore (appearance pro hac vice)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Brianna Kadjo, Bar No. 303336

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BKadjo@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

*Attorneys for Defendant, NETFLIX, INC.*