Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, California 94111
Phone: (415) 291-6200
Fax: (415) 291-6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

*Attorneys for Defendant*
*NETFLIX, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NETFLIX, INC.,<br><br>　　　　　Defendant. | Case No.: 4:22-cv-01490-JST<br><br>**DECLARATION OF RACHAEL D. LAMKIN ISO NETFLIX, INC.'S UNOPPOSED LOCAL RULE 7-11 ADMINISTRATIVE MOTION FOR CLARIFICATION REGARDING RULE 45 DISCOVERY**<br><br>Judge:　　Hon. Jon S. Tigar |

I, Rachael D. Lamkin, declare as follows:

　　1.　　I am a partner with the law firm of Baker Botts L.L.P. and counsel of record for Defendant Netflix, Inc. in the above-captioned matter.

　　2.　　I am admitted to practice in all state and federal courts in California, federal courts in Colorado and the Eastern and Western Districts of Texas. I am also admitted in the Federal Circuit, the International Trade Commission, the Court of International Trade, and this Honorable Court.

　　3.　　I have personal knowledge of the facts stated herein.

　　4.　　I make this Declaration in support of Netflix's Unopposed Local Rule 7-11 Administrative Motion for Clarification Regarding Rule 45 Discovery.

5. Attached as Exhibit A is a true and correct copy of Respondent Netflix, Inc.'s Opposition to Movant AiPi, LLC's Motion to Quash the Subpoena in *AiPi, LLC v. Netflix, Inc.*, Case No. 1:24-mc-00002-LMB-WEF (E.D. Va.), Dkt. No. 11.

6. Attached as Exhibit B is a true and correct copy of the transcript of the Court's hearing on AiPi's Motion to Quash Netflix's Rule 45 subpoena, dated February 23, 2024. I have highlighted the relevant portions on pages 11, 12, and 15-16.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 26th day of February, 2024 in Sausalito, California.

By: */s/ Rachael D. Lamkin*
Rachael D. Lamkin