UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>        Plaintiff,<br><br>  v.<br><br>NETFLIX, INC.,<br><br>        Defendant. | Case No.: 4:22-cv-01490-JST<br><br>**[PROPOSED] ODER GRANTING DEFENDANT NETFLIX, INC.'S UNOPPOSED LOCAL RULE 7-11 ADMINISTRATIVE MOTION FOR CLARIFICATION REGARDING RULE 45 DISCOVERY** |

Pending before the Court is Defendant Netflix, Inc.'s ("Netflix's") Unopposed Local Rule 7-11 Administrative Motion for Clarification Regarding Rule 45 Discovery.

IT IS HEREBY ORDERED THAT Motion is GRANTED. Netflix may serve Rule 45 discovery upon AiPi, LLC within five (5) business days of this Order.

**IT IS SO ORDERED.**

Dated:_____     _____
                                                              JON S. TIGAR
                                                              United States District Judge