|   |   |
|---|---|
| 1 | Susan S.Q. Kalra (California State Bar No. 167940) |
|   | Email: skalra@rameyfirm.com |
| 2 | RAMEY LLP |
|   | 5020 Montrose Blvd., Suite 800 |
| 3 | Houston, Texas 77006 |
| 4 | Telephone: (800) 993- 7499 |
|   | Fax: (832) 900-4941 |
| 5 |   |
|   | William P. Ramey, III (pro hac vice) |
| 6 | Email: wramey@rameyfirm.com |
| 7 | RAMEY LLP |
|   | 5020 Montrose Blvd., Suite 800 |
| 8 | Houston, TX 77006 |
|   | Telephone: (713) 426-3923 |
| 9 | Fax: (832) 689-9175 |

*Attorneys for Plaintiff*
LAURI VALJAKKA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| LAURI VALJAKKA, | Case No. 4:22-SC-01490-JST |
|---|---|
| Plaintiff, | **JUDICIAL NOTICE FOR HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF LAURI VALJAKKA** |
| v. |   |
| NETFLIX, INC., | Hearing date: February 29, 2024 |
| Defendant. | Time: 2:00 p.m. |
|   | Judge:   Hon. Jon S. Tigar |
|   | Courtroom 6 – 2nd Floor |

- 1 -

JUDICIAL NOTICE FOR HEARING ON MOTION TO WITHDRAW AS
COUNSEL FOR PLAINTIFF LAURI VALJAKKA - Case No. 4:22-SC-01490-JST

This Notice is to advise the Court that Lauri Valjakka was notified of the hearing and chose not to attend[1].

Dated: February 29, 2024

Respectfully submitted,

**RAMEY LLP**

/s/ Susan S.Q. Kalra
Susan S.Q. Kalra, CA SBN 167940
Email: skalra@rameyfirm.com
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (800) 993- 7499

/s/ William P. Ramey, III
William P. Ramey, III (pro hac vice)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
*Lauri Valjakka*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of February 29, 2024, with a copy of the foregoing via CM/ECF Filing.

/s/ William P. Ramey, III
William P. Ramey, III

---

[1] See Exhibit A.