# EXHIBIT A

# Tina Hueske

| | |
|---|---|
| **From:** | Lauri Valjakka <lauri.valjakka@eezykeyz.fi> |
| **Sent:** | Thursday, February 29, 2024 2:26 PM |
| **To:** | William Ramey; 'Valjakka - IP Case Group1 LLC (Work)' |
| **Cc:** | LitigationParalegals |
| **Subject:** | VS: Case 4:22-cv-01490-JST Valjakka v. Netflix, Inc. - Hearing on 2/29 |

Hi Bill,
I haven't changed my mind with the case and I will not attend the hearing either.
BR
Lauri

**Lähettäjä:** William Ramey <wramey@rameyfirm.com>
**Lähetetty:** torstai 29. helmikuuta 2024 21.30
**Vastaanottaja:** Lauri Valjakka <lauri.valjakka@eezykeyz.fi>; 'Valjakka - IP Case Group1 LLC (Work)' <onni.hietalahti@tamoralegal.fi>
**Kopio:** LitigationParalegals <LitParalegals@rameyfirm.com>
**Aihe:** RE: Case 4:22-cv-01490-JST Valjakka v. Netflix, Inc. - Hearing on 2/29

As a reminder,

Today is the hearing on my motion to withdraw.  are you planning on attending?  If you request, my office can send you the credentials.  It is at 4:00 pm my time.

You did not let us know if you were participating but we can try and have the court allow it.

Bill

**From:** Lauri Valjakka <lauri.valjakka@eezykeyz.fi>
**Sent:** Thursday, February 29, 2024 1:22 PM
**To:** William Ramey <wramey@rameyfirm.com>; 'Valjakka - IP Case Group1 LLC (Work)' <onni.hietalahti@tamoralegal.fi>
**Subject:** VS: Case 4:22-cv-01490-JST Valjakka v. Netflix, Inc. - Hearing on 2/29

Hi Bill,
Onni is on ski holiday in Finnish Lapland, so I am waiting for his comment…when would you prefer? Matti and me are available most times…
Lauri

**Lähettäjä:** William Ramey <wramey@rameyfirm.com>
**Lähetetty:** torstai 29. helmikuuta 2024 15.32
**Vastaanottaja:** Valjakka - IP Case Group1 LLC (Work) <onni.hietalahti@tamoralegal.fi>; Valjakka - IP Case Group1 LLC (Work) <lauri.valjakka@eezykeyz.fi>
**Aihe:** FW: Case 4:22-cv-01490-JST Valjakka v. Netflix, Inc. - Hearing on 2/29

Let me know when we can discuss.

**From:** Joseph J Zito <jzito@whitestone.law>
**Sent:** Wednesday, February 28, 2024 11:18 PM
**To:** Tina Hueske <thueske@rameyfirm.com>
**Cc:** William Ramey <wramey@rameyfirm.com>; Susan Kalra <skalra@rameyfirm.com>; Lucas Mikeska <lmikeska@rameyfirm.com>; Lamkin, Rachael <rachael.lamkin@bakerbotts.com>; Piepmeier, Sarah (SFO) <SPiepmeier@perkinscoie.com>; Netflix-Valjakka <Netflix-Valjakka@perkinscoie.com>; Gonzales, Natalie <natalie.gonzales@bakerbotts.com>; House, Ariel <ariel.house@bakerbotts.com>; Erik Lund <elund@whitestone.law>; David Newman <david@tilg.us>
**Subject:** Re: Case 4:22-cv-01490-JST Valjakka v. Netflix, Inc. - Hearing on 2/29

Counsel:

Please let us know if we can file as unopposed tomorrow.

```
Joseph J. Zito
WHITESTONE LAW
Suite 550
1850 Towers Crescent Plaza
Tysons, Virginia 22182
jzito@whitestone.law
202-466-3500
```

On 2/28/2024 3:07 PM, Tina Hueske wrote:

> Per the court's instruction, below are counsel attending hearing:
>
> 1. William P. Ramey, III will appear for Valjakka;
> 2. Sarah Piepmeier will appear for Netflix; and
> 3. Joseph J. Zito will appear for Whitestone.
>
> Thank you.
>
> Tina Hueske
> Litigation Paralegal
>
> 
>
> 5020 Montrose Blvd., Suite 800
> Houston, Texas 77006
> Phone: (713) 426-3923 x606
>
> This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion of this message is unauthorized.