David Newman (Bar No. 246351)
david@tilg.us
THE INTERNET LAW GROUP
9100 Wilshire Boulevard, Suite 725E
Beverly Hills, CA 90212
tel. (310) 910-1496

Joseph J. Zito (*pro hac vice*)
jzito@whitestone.law
WHITESTONE LAW
1850 Tower Crescent Plaza, Suite 550
Tysons, Virginia 22182
Telephone: 202-466-3500

Former Attorneys for Non-party AiPi, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>                    Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>                    Defendants. | Case No. 4:22-cv-01490-JST<br><br>**REQUEST FOR CORRECTION OF THE DOCKET AND ENTRY OF TERMINATION AS COUNSEL FOR NON-PARTY AIPI**<br><br>JUDGE:  HON. JON S. TIGAR<br>DATE:<br>TIME:<br>CTRM: |

    Former counsel of record for non-party AiPi, Joseph J. Zito and former local counsel for non-party AiPi, David Newman, hereby respectfully request that the Clerk of Court, pursuant to DE#278, correct the docket to properly reflect the termination of both Mr. Zito and Mr. Newman as counsel for non-party AiPi.

    In addition, Mr. Zito also requests that the docket be corrected to no longer inaccurately indicate that Mr. Zito is counsel for Party Valjakka.  Mr. Zito is improperly

– 1 –

listed on the docket as counsel for Party Valjakka, despite the withdrawal of Mr. Zito's pro hac request, DE#218.

**THE COURT DOCKET:**

The current docket of this matter, attached hereto as Exhibit A, lists the following counsel of record for non-part AiPi:

Interested Party
AiPi, LLC                       represented by  Joseph J Zito
                                                (See above for address)
                                                LEAD ATTORNEY
                                                PRO HAC VICE
                                                ATTORNEY TO BE NOTICED

                                                David Michael Newman
                                                The Internet Law Group
                                                9100 Wilshire Blvd.
                                                Suite 725e
                                                Beverly Hills, CA 90212
                                                310-910-1496
                                                Email: david@tilg.us
                                                ATTORNEY TO BE NOTICED

Both counsel should be listed as TERMINATED.

On March 14, 2024, this Court Ordered that lead counsel for Non-Party AiPi, Whitestone Law was disqualified from continuing representation of AiPi. [DE#278]

In the Court's March 14 Order, DE#278, the Court also denied counsel's Motion to Withdraw, DE#272 as moot.  DE#272 included both Mr. Zito and Mr. Newman's withdrawal.  By dismissing DE#272 as moot based upon the Order of DE#278, the Court terminated both Mr. Zito and local counsel Mr. Newman from this matter.

The current docket, Exhibit A, also incorrectly lists Mr. Zito as counsel of record for Plaintiff Valjakka:

| Plaintiff | | |
|---|---|---|
| Lauri Valjakka | represented by | Erick Scott Robinson<br>Spencer Fane LLP<br>3040 Post Oak Blvd., Suite 1300<br>Houston, TX 77056<br>713-498-6047<br>Email: erobinson@spencerfane.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Joseph J Zito<br>DNL Zito Castellano<br>1250 Connecticut Avenue, NW<br>Ste 700<br>Washington, DC 20036<br>202-466-3500<br>Email: jzito@dnlzito.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

Although Mr. Zito filed a motion to appear pro hac for Plaintiff Valjakka, DE#208, that motion was never granted and was withdrawn DE#218.

| Date | DE# | Description |
|---|---|---|
| 10/25/2023 | 208 | MOTION for leave to appear in Pro Hac Vice *for Plaintiff* ( Filing fee $ 317, receipt number BCANDC-18776816.) filed by Lauri Valjakka. (Attachments: # 1 Exhibit Cert Good Stand DC)(Zito, Joseph) (Filed on 10/25/2023) (Entered: 10/25/2023) |
| 11/06/2023 | 218 | Notice of Withdrawal of re 208 MOTION for leave to appear in Pro Hac Vice for Plaintiff (Zito, Joseph) (Filed on 11/6/2023) (Entered: 11/06/2023) |

**CONCLUSION:**

Counsel therefore respectfully requests correction of the Docket in this matter to properly reflect the Terminated status of counsel Mr. Zito and Mr. Newman.

– 3 –

AiPi remains a non-party and technically does not need counsel in this matter at this time.

Undersigned counsel has circulated this Request for Correction to all counsel of record. Counsel has indicated that there is no objection.

For the foregoing reasons, Counsel respectfully requests that the Court grant its Request for Correction of the record.

DATED: March 29, 2024

/s/ David Newman
David Newman
THE INTERNET LAW GROUP
9100 Wilshire Boulevard, Suite 725E
Beverly Hills, CA 90212
tel. (310) 910-1496

/s/ Joseph J. Zito
Joseph J. Zito (*pro hac vice*)
WHITESTONE LAW
1850 Tower Crescent Plaza, Ste 550
Tysons, Virginia 22182
Telephone: 202-466-3500
Former Attorneys for Non-party AiPi, LLC

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with the all counsel of record and that none are opposed to the request.

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this 29th day of March, 2024, with a copy of the foregoing via ECF filing.

/s/ Joseph J. Zito

**JOSEPH J. ZITO**