Kavon Adli (Bar No. 203040)
kavon@tilg.us
David Newman (Bar No. 246351)
david@tilg.us
THE INTERNET LAW GROUP
9100 Wilshire Boulevard, Suite 725E
Beverly Hills, CA 90212
tel. (310) 910-1496

Attorneys for Non-party AiPi, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>                    Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>                    Defendants. | Case No. 4:22-cv-01490-JST<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS LOCAL COUNSEL FOR NON-PARTY AIPI**<br><br>Judge:  Hon. Jon S. Tigar<br>Date:   June 20, 2024<br>Time:   2:00 P.M.<br>Ctrm:   6 – 2nd Floor |

　　　PLEASE TAKE NOTICE that on June 20, 2024 at 2:00 pm, or as soon thereafter as may be heard, in the Courtroom of the Honorable Jon S. Tigar, 1301 Clay Street, Oakland, CA 94612, Courtroom 6, Second Floor, local counsel for non-party AiPi, LLC – David Newman and Kavon Adli of The Internet Law Group ("TILG") – shall and hereby do respectfully seek leave of this Court, pursuant to Local Rule 11-5(a) and (b), to withdraw as counsel for non-party AiPi in this matter.

– 1 –

This request comes after the filing of Doc. # 280 on March 29, 2024, to try to correct the docket to indicate that both TILG and AiPi's former lead counsel, Whitestone Law, are no longer counsel of record of record for AiPi. Although the Court disqualified Whitestone as lead counsel, its ruling (Doc. # 279) technically left TILG as local counsel for AiPi. However, TILG has no basis to remain as counsel in any form for AiPi. AiPi is not a party to this action. AiPi does not currently require representation in this matter. TILG has had no direct dealings with AiPi and are unfamiliar with any of the underlying factual allegations. TILG is not prepared to represent AiPi as lead counsel should the need arise. AiPi remains a non-party, AiPi is not subject to personal jurisdiction of the Court, and technically does not need counsel in this matter at this time. Should AiPi become a party and need counsel, there will be sufficient time to find lead counsel.  AiPi will not be prejudiced by the formal withdrawal of TILG at this time. TILG respectfully requests that it be permitted to withdraw as local counsel for AiPi, and that the docket reflect that its involvement be terminated. No other counsel in this action has indicated any objection to this withdrawal.

For the foregoing reasons, TILG respectfully requests that the Court grant its Motion to withdraw as counsel for non-party AiPi in this action.

DATED: April 16, 2024                          THE INTERNET LAW GROUP

/s/ *David Newman*
David Newman