UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>              Plaintiff,<br><br>     v.<br><br>NETFLIX, INC.,<br><br>              Defendant. | Case No. 22-cv-01490-JST<br><br>**ORDER REGARDING SERVICE ON PLAINTIFF** |

Plaintiff Lauri Valjakka shall file a document containing his full name, address, telephone number, and email address by June 14, 2024. *See* Civ. L.R. 3-4(a); Civ. L.R. 3-11.

Until Plaintiff Valjakka files a document containing his contact information, attorney William Ramey shall continue to accept service on Valjakka's behalf, and shall immediately transmit any documents he receives in that capacity, including this order, to Plaintiff.

The Clerk shall serve a copy of this order on attorney William Ramey.

**IT IS SO ORDERED.**

Dated:  May 29, 2024

                                                                          _____
                                                                                          JON S. TIGAR
                                                                                United States District Judge