# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

LAURI VALJAKKA,

Plaintiff,

V.

NETFLIX INC,

Defendant

## RE ORDER REGARDING SERVICE ON PLAINTIFF

Case.No. 22-cv-01490-JST

11 Jun 2024

**FAO: UNITED STATES DISTRICT JUDGE Jon S. Tigar**

In full compliance with your Order of May 29, 2024 I set out below my full name, address and telephone number and email address as Ordered by you.

| Name | Lauri Valjakka |
|---|---|
| Address | c/o Kemppi Arinakatu 2, as. 38<br>FI 53100 Lappeenranta<br>Finland |
| Telephone Number | +358 50 467 0090 |
| E-mail: | lauri.valjakka@eezykeyz.fi |

Signed

*[signature]*

**Lauri Valjakka**