**Subject:** Re: Order Granting Discovery
**Date:** Friday, June 7, 2024 at 11:05:31 PM Eastern Daylight Time
**From:** Joseph Zito
**To:** Lamkin, Rachael, William Ramey
**CC:** 'Erik Lund', litigation@whitestone.law, *Netflix-Valjakka, Dreyer, Lauren, House, Ariel, Litigation Attorneys, LitigationParalegals

Rachael:

Thank you for sending me an e-mail. It was nice of you to think of me and to want to include me. I am not acknowledging the content nor any attachments. I have not opened any attachment.

As you are fully aware, neither I nor anyone else that was cc'd represents AiPi, nor provides them with any guidance nor counseling in this matter. I will not be forwarding anything to AiPi, I will not be discussing this matter with AiPi nor will I be discussing this matter with you. I do not know if AiPi has counsel nor the identity of any such counsel.

Please also note that my Whitestone.law e-mail was retired at the end of May. I still monitor for stray emails, but please use my primary: jzito@dnlzito.com e-mail for any future communications.

Best of luck in your endeavors.

```
Joseph J. Zito
DNL ZITO
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
202-466-3500
```
jzito@dnlzito.com

On 6/7/2024 5:58 PM, Lamkin, Rachael wrote:

> Dear Joe – Judge Tigar granted discovery over AiPi. Please advise a time next week to discuss production and deposition dates.
>
> Bill – please serve upon Mr. Valjakka per the Court's Order. Note, the pre-trial dates have been suspended in light of the order granting AiPi discovery.
> Rachael
> **Rachael D. Lamkin**
> Partner
>
> **Baker Botts L.L.P.**
> Rachael.Lamkin@BakerBotts.com
> T +1.415.291.6264
> M +1.916.747.6091
> bblogo

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.