**Subject:** Re: AiPi v. Netflix
**Date:** Monday, June 10, 2024 at 4:38:06 PM Eastern Daylight Time
**From:** Joseph Zito
**To:** Lamkin, Rachael, 'Erik Lund'
**CC:** *Netflix-Valjakka, Dreyer, Lauren

Dear Ms. Lampkin.

You are mistaken. As you are aware, both I and Mr. Lund have been precluded from representation of AiPi in this matter. Your filing of a document in a closed case in Virginia has no legal effect. If you move to reopen the Virginia action, both I and Mr. Lund will move to be withdrawn.

As clearly stated in my previous e-mail, I cannot and will not communicate with AiPi in any manner with regards to this matter. If you ask me one more time to violate the court's order from Judge Tiger, I will be compelled to report your actions to the court in California.

Please do not include me, or Mr. Lund on any further communications.

We do not represent AiPi.


On 6/10/2024 4:06 PM, Lamkin, Rachael wrote:

> Dear Messrs. Zito and Lund,
>
> This morning your client AiPi was served with Judge Tigar's Order granting discovery over AiPi via the EDVA Court's CM/ECF system. Service of AiPi is proper when served via ECF, as you know. *See* FRCP 5(b)(2)(E); EDVA ECF Local Rules ("By participating in the electronic filing process, parties consent to the electronic service of all documents and will make available electronic mail addresses for service.")
>
> We will serve amended Rule 45 discovery via the same process this week.
> Rachael
>
> **Rachael D. Lamkin**
> Partner
>
> Baker Botts L.L.P.
> Rachael.Lamkin@BakerBotts.com
> T +1.415.291.6264
> M +1.916.747.6091
>
> bblogo

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.