**Subject:** Rule 45 Subpoena

**Date:** Monday, June 24, 2024 at 7:51:39 PM Eastern Daylight Time

**From:** Lamkin, Rachael

**To:** AiPi, Solutions LLC (Work), AiPi, Solutions LLC (Work), ken sheets (Work), 'Erik Lund', emorehouse@whitestone.law, ksheets@whitestone.law

**CC:** *Netflix-Valjakka, Bergeron, Amy, Dreyer, Lauren

Dear Messrs. Morehouse, Lund, and Sheets,

We understand that AiPi was served with Netflix's Rule 45 discovery last week.  Please advise who will be acting as AiPi's counsel for said discovery so we may communicate with them directly.

Best,
Rachael
**Rachael D. Lamkin**
Partner

Baker Botts L.L.P.
Rachael.Lamkin@BakerBotts.com
T +1.415.291.6264
M +1.916.747.6091
bblogo

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.