UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>           Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>           Defendant. | Case No. 22-cv-01490-JST<br><br>**SCHEDULING ORDER** |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| CUVTA fact discovery cut-off[1] | September 27, 2024 |
| Dispositive motion hearing deadline (CUVTA claim) | December 12, 2024 |
| Pretrial conference statement due | February 28, 2025 |
| Pretrial conference | March 7, 2025 at 2:00 p.m. |
| Trial | April 7, 2025 at 8:00 a.m. |
| Estimate of trial length (in days) | Four |

This case will be tried to a jury.

---

[1] *See* ECF No. 285 at 1.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at https://cand.uscourts.gov/judges/tigar-jon-s-jst/.

The Court has set a dispositive motion deadline which allows enough time for the Court to consider any such motions well in advance of trial. The parties should assume that any subsequent continuance of the dispositive motion deadline, or any enlargement of the dispositive motion briefing schedule beyond that set forth in Civil Local Rule 7-3, will result in a continuance of the pretrial conference and trial dates of equal or greater length.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

The case management conference scheduled for July 2, 2024 is continued to October 8, 2024 at 2:00 p.m. An updated joint case management statement is due October 1, 2024

**IT IS SO ORDERED.**

Dated: July 1, 2024

_____
JON S. TIGAR
United States District Judge