1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7
8
9
10
11

| | |
|---|---|
| LAURI VALJAKKA,<br><br>          Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>          Defendant. | Case No. 22-cv-01490-JST<br><br>**ORDER RE: NOTICE FILED BY ATTORNEY JOSEPH ZITO**<br><br>Re: ECF No. 288 |

12
13

On June 27, 2024, non-party attorney Joseph Zito filed a document entitled "Notice of

14

Activities of Defendant's Counsel, Rachael Lamkin." ECF No. 288. He states that that "Netflix

15

Attorney Rachael D. Lamkin is violating this Court's order" at ECF No. 278 "and should be held

16

in contempt." The document was not filed as a motion, and for that reason alone the Court denies

17

the requested relief. *See* Civ. L.R. 7-1.

18

Even were the Court to construe the document as a motion, however, the Court would still

19

deny relief. Attorney Lamkin is not the subject of the order disqualifying Whitestone Law from

20

representing AiPi, LLC, ECF No. 278, and therefore cannot be held in contempt of that order. *See*

21

*Am. Semiconductor, Inc. v. California Assignments LLC*, No. 12-CV-06138-LHK, 2013 WL

22

5937968, at *3 (N.D. Cal. Oct. 30, 2013) (parties who were not parties to the action, were not

23

named in the court's preliminary injunction order, and were not in privity with, nor successors-in-

24

interest to, any entity subject to the injunction, could not be held in contempt for violating its

25

terms).

26

/ / /

27

/ / /

28

/ / /

The Court will take no further action regarding the notice filed at docket number 288.

**IT IS SO ORDERED.**

Dated:  July 3, 2024



_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California