Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, California 94111
Phone: (415) 291-6200
Fax: (415) 291-6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

*Attorneys for Defendant*
*NETFLIX, INC.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>    Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | Case No.: 4:22-cv-01490-JST<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>Judge:    Hon. Jon S. Tigar |

GRANTED, the current Scheduling Order and all dates therein (Dkt. No. 289) is extended by six (6) months:

| Event | Deadline | New Dates |
|---|---|---|
| CUVTA fact discovery cut-off | September 27, 2024 | March 27, 2025 |
| Dispositive motion hearing deadline (CUVTA | December 12, 2024 | June 12, 2025 |
| Pretrial conference statement due | February 28, 2025 | August 29, 2025 |
| Pretrial conference | March 7, 2025, at 2:00 p.m. | September 8, 2025 at 2:00 p.m. |
| Trial | April 7, 2025, at 8:00 a.m. | October 7, 2025 at 8:00 a.m. |

**IT IS SO ORDERED.**

DATED: September 9, 2024

_____
JON S. TIGAR
United States District Judge

4:22-CV-01490-JST
[PROPOSED] ORDER GRANTING MOTION
TO MODIFY SCHEDULING ORDER