Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

[Additional counsel listed on signature page]

*Attorneys for Defendant NETFLIX, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>    Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | Case No. 4:22-cv-01490-JST<br><br>**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND STATEMENT BY 14-DAYS DUE TO FAMILY BEREAVEMENT**<br><br>**[CIVIL LOCAL RULE 6-2]**<br><br>Judge:   Hon. JON S. TIGAR |

**TO THE HON. JON S. TIGAR, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Civil Local Rule 6-2 of the Civil Local Rules (L.R.), Defendant Netflix, Inc. ("Defendant" or "Netflix") and Plaintiff Lauri Valjakka ("Plaintiff" or "Valjakka") stipulate as follows:

WHEREAS, on July 1, 2024, the Court continued the July 2, 2024 Case Management Conference to October 8, 2024. (Dkt. 289).

WHEREAS, on October 2, 2024, counsel for Parties met and conferred and agreed to submit a stipulation for a fourteen (14) day extension for the Case Management Conference and Statement until October 22, 2024 and October 15, 2024 respectively. This request is due to a sudden and unexpected bereavement in the close family of the lawyer leading Netflix's CUVTA claims (Ms. Lamkin), which has necessitated international travel. Because this CMC will primarily address those claims, the parties respectfully suggest that Ms. Lamkin's presence would be beneficial.

WHEREAS, this stipulation will not alter the date of any event or any deadline already fixed by the Court order.

THEREFORE, the Parties respectfully seek a two-week extension, with the case management conference continued to October 22, 2024 at 2:00 p.m., and the updated joint case management statement is due October 15, 2024

| | | |
|---|---|---|
| 1 | Dated: October 3, 2024 | Respectfully submitted, |
| 2 | | PERKINS COIE, LLP |
| 3 | | |
| 4 | | */s/ Elise S. Edlin*<br>Sarah E. Piepmeier, Bar No. 227094<br>SPiepmeier@perkinscoie.com |
| 5 | | Elise Edlin, Bar No. 293756<br>EEdlin@perkinscoie.com |
| 6 | | PERKINS COIE LLP<br>505 Howard Street, Suite 1000 |
| 7 | | San Francisco, California 94105<br>Telephone: +1.415.344.7000 |
| 8 | | Facsimile: +1.415.344.7050 |
| 9 | | Janice L. Ta (admitted *pro hac vice*)<br>JTa@perkinscoie.com |
| 10 | | PERKINS COIE LLP<br>405 Colorado Street Suite 1700 |
| 11 | | Austin, Texas 78701<br>Telephone: +1.737.256.6100 |
| 12 | | Facsimile: +1.737.256.6300 |
| 13 | | Brianna Kadjo, Bar No. 303336<br>BKadjo@perkinscoie.com |
| 14 | | PERKINS COIE LLP<br>1900 Sixteenth Street, Suite 1400 |
| 15 | | Denver, Colorado 80202-5255<br>Telephone: +1.303.291.2300 |
| 16 | | Facsimile: +1.303.291.2400 |
| 17 | | Rachael D. Lamkin (SBN 246066) |
| 18 | | Karan Singh Dhadialla (SBN 2966313)<br>BAKER BOTTS L.L.P. |
| 19 | | 101 California Street, Suite 3200<br>San Francisco, CA 94111 |
| 20 | | Tel: (415) 291-6200<br>Fax: (415) 291-6300 |
| 21 | | rachael.lamkin@bakerbotts.com |
| 22 | | karan.dhadialla@bakerbotts.com |
| 23 | | ***Attorney for Defendant Netflix, Inc.*** |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1  Dated: October 3, 2024                    *Pro Se*

                                             */s/*
                                             Lauri Valjakka
                                             c/o Kemppi Arinakatu 2 as. 38
                                             FI 53100 Lappeenranta
                                             Finland
                                             +358 50 467 0090
                                             Email: lauri.valjakka@eezykeyz.fi

                                             ***Attorneys for Plaintiff***
                                             **LAURI VALJAKKA**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____          By: _____
                                              HON. JON S. TIGAR
                                              UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

I, Elise S. Edlin, am the ECF user whose user id and password authorizes the filing of this documents.  Under Civil L.R. 5-1(h)(3), I attest that Plaintiff has concurred in this filing.

Dated:  October 3, 2024

*/s/ Elise S. Edlin*
Elise Edlin, CA SBN 293756

***Attorney for Defendant Netflix, Inc.***