```
 1  Sarah E. Piepmeier, Bar No. 227094
    SPiepmeier@perkinscoie.com
 2  Elise Edlin, Bar No. 293756
    EEdlin@perkinscoie.com
 3  PERKINS COIE LLP
    505 Howard Street, Suite 1000
 4  San Francisco, California 94105
    Telephone: +1.415.344.7000
 5  Facsimile:  +1.415.344.7050

 6  [Additional counsel listed on signature page]

 7  *Attorneys for Defendant NETFLIX, INC.*
```

(attorney block above)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>    Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | **Case No. 4:22-cv-01490-JST**<br><br>**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND STATEMENT BY 14-DAYS DUE TO FAMILY BEREAVEMENT**<br><br>**[CIVIL LOCAL RULE 6-2]**<br><br>Judge:  Hon. JON S. TIGAR |

**TO THE HON. JON S. TIGAR, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Civil Local Rule 6-2 of the Civil Local Rules (L.R.), Defendant Netflix, Inc. ("Defendant" or "Netflix") and Plaintiff Lauri Valjakka ("Plaintiff" or "Valjakka") stipulate as follows:

WHEREAS, on July 1, 2024, the Court continued the July 2, 2024 Case Management Conference to October 8, 2024. (Dkt. 289).

WHEREAS, on October 2, 2024, counsel for Parties met and conferred and agreed to submit a stipulation for a fourteen (14) day extension for the Case Management Conference and Statement until October 22, 2024 and October 15, 2024 respectively. This request is due to a sudden and unexpected bereavement in the close family of the lawyer leading Netflix's CUVTA claims (Ms. Lamkin), which has necessitated international travel. Because this CMC will primarily address those claims, the parties respectfully suggest that Ms. Lamkin's presence would be beneficial.

WHEREAS, this stipulation will not alter the date of any event or any deadline already fixed by the Court order.

THEREFORE, the Parties respectfully seek a two-week extension, with the case management conference continued to October 22, 2024 at 2:00 p.m., and the updated joint case management statement is due October 15, 2024

-2-
4:22-CV-01490-JST
PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1  Dated: October 3, 2024 | Respectfully submitted, |
| 2 | PERKINS COIE, LLP |
| 3 | |
| 4 | */s/ Elise S. Edlin* |
|   | Sarah E. Piepmeier, Bar No. 227094 |
|   | SPiepmeier@perkinscoie.com |
| 5 | Elise Edlin, Bar No. 293756 |
|   | EEdlin@perkinscoie.com |
| 6 | PERKINS COIE LLP |
|   | 505 Howard Street, Suite 1000 |
| 7 | San Francisco, California 94105 |
|   | Telephone: +1.415.344.7000 |
| 8 | Facsimile: +1.415.344.7050 |

Janice L. Ta (admitted *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Brianna Kadjo, Bar No. 303336
BKadjo@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 2966313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 291-6200
Fax: (415) 291-6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

**Attorney for Defendant Netflix, Inc.**

1  Dated:  October 3, 2024                    *Pro Se*

                                              */s/*
                                              Lauri Valjakka
                                              c/o Kemppi Arinakatu 2 as. 38
                                              FI 53100 Lappeenranta
                                              Finland
                                              +358 50 467 0090
                                              Email: lauri.valjakka@eezykeyz.fi

                                              ***Attorneys for Plaintiff***
                                              **LAURI VALJAKKA**

1  **PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

4  Dated: October 4, 2024          By: _____
                                    HON. JON S. TIGAR
                                    UNITED STATES DISTRICT JUDGE