Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, California 94111
Phone: (415) 291-6200
Fax: (415) 291-6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

Sarah E. Piepmeier (SBN 227094)
SPiepmeier@perkinscoie.com
Elise S. Edlin (SBN 293756)
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

*Attorneys for Defendant*
*NETFLIX, INC.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA, | |
| Plaintiff, | Case No. 4:22-cv-01490-JST |
| v. | **NOTICE OF COURT ORDER** |
| NETFLIX, INC., | Judge: Hon. Jon S. Tigar |
| Defendant. | |

**NOTICE OF COURT ORDER**

Regarding this Honorable Court's Order, ECF No. 293, Netflix provides to the Court the Honorable Leonie M. Brinkema's Order, attached hereto as Exhibit A, ordering AiPi to serve Federal Rule of Civil Procedure 45 discovery responses by December 27, 2024.

| | |
|---|---|
| Dated: December 18, 2024 | BAKER BOTTS L.L.P. |
| | |
| | */s/ Rachael D. Lamkin* |
| | Rachael D. Lamkin, CA SBN 246066 |
| | Karan Singh Dhadialla (SBN 296313) |
| | BAKER BOTTS L.L.P. |
| | 101 California Street, Suite 3200 |
| | San Francisco, CA 94111 |
| | Tel: (415) 291-6200 |
| | Fax: (415) 291-6300 |
| | rachael.lamkin@bakerbotts.com |
| | karan.dhadialla@bakerbotts.com |
| | |
| | Sarah E. Piepmeier, Bar No. 227094 |
| | SPiepmeier@perkinscoie.com |
| | Elise S. Edlin, Bar No. 293756 |
| | EEdlin@perkinscoie.com |
| | PERKINS COIE LLP |
| | 505 Howard Street, Suite 1000 |
| | San Francisco, California 94105 |
| | Telephone: +1.415.344.7000 |
| | Facsimile: +1.415.344.7050 |
| | |
| | Janice L. Ta (appearance pro hac vice) |
| | JTa@perkinscoie.com |
| | PERKINS COIE LLP |
| | 405 Colorado Street Suite 1700 |
| | Austin, Texas 78701 |
| | Telephone: +1.737.256.6100 |
| | Facsimile: +1.737.256.6300 |
| | |
| | Jassiem N. Moore (appearance pro hac vice) |
| | JassiemMoore@perkinscoie.com |
| | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, Washington 98101-3099 |
| | Telephone: +1.206.359.8000 |
| | Facsimile: +1.206.359.9000 |

| | |
|---|---|
| 1 | |
| 2 | Brianna Kadjo, Bar No. 303336 |
|   | BKadjo@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|   | 1900 Sixteenth Street, Suite 1400 |
| 4 | Denver, Colorado 80202-5255 |
|   | Telephone: +1.303.291.2300 |
| 5 | Facsimile: +1.303.291.2400 |

*Attorneys for Defendant Netflix, Inc.*