Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 291-6200
Fax: (415) 291-6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

Sarah E. Piepmeier (SBN 227094)
Elise S. Edlin (SBN 293756)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050
SPiepmeier@perkinscoie.com
EEdlin@perkinscoie.com

*Attorneys for Defendant*
*NETFLIX, INC.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

LAURI VALJAKKA,

        Plaintiff,

    v.

NETFLIX, INC.,

        Defendant.

Case No. 4:22-cv-01490-JST

**STATUS REPORT ON THIRD-PARTY DISCOVERY**

Judge: Hon. Jon S. Tigar

## STATUS REPORT ON THIRD-PARTY DISCOVERY

Pursuant to this Honorable Court's Order, ECF No. 293, Netflix, Inc. ("Netflix")

provides the Court with the following update regarding the third-party discovery Netflix seeks

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

from AiPi, LLC ("AiPi") in the Eastern District of Virginia.  On January 24, 2025, the Honorable

Leonie M. Brinkema held a hearing on Netflix's Motion for Civil Contempt for failure to comply

with Judge Brinkema's previous order directing AiPi to comply with Netflix's subpoena.  *See*

Ex. A (Jan. 24, 2025, Hr'g Tr.).  In ordering full and complete compliance with the subpoena,

which sought documents and testimony, Judge Brinkema also directed AiPi to participate in a

multi-step forensic discovery process.  *See* Ex. B (Jan. 27, 2025, Order).  The forensic discovery

process has begun.  Netflix expects a production of responsive material by the end of February,

for any privilege disputes to be litigated before Judge Brinkema in early March, and oral

testimony to be given in late March.


Dated: February 18, 2025                    BAKER BOTTS, LLP

                                            */s/ Rachael D. Lamkin*
                                            Rachael D. Lamkin (SBN 246066)
                                            Karan Singh Dhadialla (SBN 296313)
                                            BAKER BOTTS L.L.P.
                                            101 California Street, Suite 3200
                                            San Francisco, CA 94111
                                            Tel: (415) 291-6200
                                            Fax: (415) 291-6300
                                            rachael.lamkin@bakerbotts.com
                                            karan.dhadialla@bakerbotts.com

                                            Sarah E. Piepmeier (Bar No. 227094)
                                            Elise S. Edlin (Bar No. 293756)
                                            PERKINS COIE LLP
                                            505 Howard Street, Suite 1000
                                            San Francisco, California 94105
                                            Telephone: +1.415.344.7000
                                            Facsimile: +1.415.344.7050
                                            SPiepmeier@perkinscoie.com
                                            EEdlin@perkinscoie.com

                                            Janice L. Ta (appearance *pro hac vice*)
                                            PERKINS COIE LLP
                                            405 Colorado Street Suite 1700
                                            Austin, Texas 78701
                                            Telephone: +1.737.256.6100

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Facsimile: +1.737.256.6300
JTa@perkinscoie.com

***Attorneys for Defendant Netflix, Inc.***