Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

*Attorneys for Defendant*
*NETFLIX, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>*Plaintiff*,<br><br>v.<br><br>NETFLIX, INC.,<br><br>*Defendant*. | Case No. 4:22-cv-01490-JST<br><br>**DECLARATION OF ELISE EDLIN IN SUPPORT OF DEFENDANT NETFLIX, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [MOTION FOR AN ORDER TO SHOW CAUSE AND SANCTIONS]**<br><br>Judge:   Hon. Jon S. Tigar |

I, Elise Edlin, hereby declare:

1. I am an attorney with the law firm Perkins Coie LLP, based in Walnut Creek, California, and counsel representing Defendant Netflix, Inc. I have personal knowledge of the facts set forth in this declaration and am competent to testify.

2. Pursuant to Civil L.R. 79-5, I make this declaration in support of Netflix's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion"). Non-party AiPi, LLC ("AiPi") has designated exhibits and material discussed in Netflix's Motion for an Order to Show Cause and Sanctions ("OSC and Sanctions Motion") as Protected Material as defined by § 2(f) of the Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets (Dkt. No. 56) ("Protective Order").

3. The highlighted portions of Netflix's OSC and Sanctions Motion contain discussion of documents produced by AiPi that it designated as CONFIDENTIAL under the Protective Order.

4. Exhibits J through O to the Declaration of Elise Edlin in support of Netflix's OSC and Sanctions Motion are documents produced by AiPi that it designated as CONFIDENTIAL under the Protective Order.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on February 18, 2025 in San Francisco, California.

/s/ Elise Edlin
Elise Edlin