1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| LAURI VALJAKKA, | Case No. 4:22-cv-01490-JST |
|---|---|
| *Plaintiff*, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [MOTION FOR ORDER TO SHOW CAUSE AND SANCTIONS]** |
| v. | |
| NETFLIX, INC., | |
| *Defendant*. | |

On February 18, 2025, Defendant Netflix, Inc. ("Netflix") filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Sealing Motion") relating to its Motion for Order to Show Cause and Sanctions, which contains information designated CONFIDENTIAL under the Protective Order by non-party AiPi, LLC.

The Court having reviewed the evidence in support of the Administrative Sealing Motion, finds that the following constitutes sealable material under Local Rule 79-5:

| Name of Document | Portion(s) to Seal |
|---|---|
| Motion for Order to Show Cause and Sanctions | Highlighted portions:<br>• 6:22-23;<br>• 6:25-26;<br>• 7:4;<br>• 7:5;<br>• 7:11-15; and<br>• 7:27-28. |
| Exhibits J through O to the Edlin Declaration in Support of Motion for an Order to Show Cause and Sanctions. | Entirety |

Therefore, IT IS HEREBY ORDERED that Defendant Netflix's Administrative Sealing Motion is GRANTED. The unredacted version of Netflix's Motion for an Order to Show Cause and Sanctions and Exhibits J through O thereto shall be filed under seal pursuant to L.R. 79-5(c).

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Hon. JON S. TIGAR
DISTRICT COURT JUDGE