# EXHIBIT B

Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Janice L. Ta (admitted *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Jassiem N. Moore, (admitted *pro hac vice*)
JassiemMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Brianna Kadjo, Bar No. 303336
BKadjo@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: +1.303.291.2300
Facsimile: +1.303.291.2400

Attorneys for Defendant NETFLIX, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>Defendant. | Case No. 4:22-cv-01490-JST<br><br>[PROPOSED] STIPULATION AMENDING PROTECTIVE ORDER |

1    WHEREAS, by stipulation of the parties, a protective order issued in this action on July 25, 2022 (the "Protective Order");

NOW, THEREFORE, Plaintiff and Defendant hereby agree and stipulate to the amendment of the Protective Order issued in this action on July 25, 2022, as follows:

The following documents are designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," however for the purpose of transparency under Rule 408, Valjakka allows Netflix In-House Counsel to view these documents:

LV003942;

LV004030;

LV004038;

LV004058;

LV004070;

LV2_000410;

LV2_000799;

LV2_002242

LV2_002712;

LV2_003057;

LV2_003282;

LV2_003450;

LV2_004315;

NFX-VALJ-00011043;

NFX-VALJ-00011048.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED July 27, 2023

*/s/ William P. Ramey, III.*
William P. Ramey, III (appearance *pro hac vice*)
wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone:   +1.713.426.3923

2
[PROPOSED] STIPULATION AMENDING PROTECTIVE ORDER
Case No. 4:22-cv-01490-JST

```
                              Facsimile:      +1.832.689.9175

                              Susan S.Q. Kalra, Bar No. 167940
                              susan@m-iplaw.com
                              RAMEY LLP
                              303 Twin Dolphin Drive, Suite 600
                              Redwood City, California 94065
                              Telephone:      +1.408.236.6640
                              Facsimile:      +1.408.236.6641
```

**Attorneys for Plaintiff LAURI VALJAKKA**

DATED: July 27, 2023        */s/ Sarah E. Piepmeier*
                              Sarah E. Piepmeier, Bar No. 227094
                              SPiepmeier@perkinscoie.com
                              Elise Edlin, Bar No. 293756
                              EEdlin@perkinscoie.com
                              PERKINS COIE LLP
                              505 Howard Street, Suite 1000
                              San Francisco, California 94105
                              Telephone:      +1.415.344.7000
                              Facsimile:      +1.415.344.7050

                              Janice L. Ta (appearance *pro hac vice*)
                              JTa@perkinscoie.com
                              PERKINS COIE LLP
                              405 Colorado Street, Suite 1700
                              Austin, Texas 78701
                              Telephone:      +1.737.256.6100
                              Facsimile:      +1.737.256.6300

                              Jassiem N. Moore, (appearance *pro hac vice*)
                              JassiemMoore@perkinscoie.com
                              PERKINS COIE LLP
                              1201 Third Avenue, Suite 4900
                              Seattle, Washington 98101-3099
                              Telephone:      +1.206.359.8000
                              Facsimile:      +1.206.359.9000

                              Brianna Kadjo, Bar No. 303336
                              BKadjo@perkinscoie.com
                              PERKINS COIE LLP
                              1900 Sixteenth Street, Suite 1400
                              Denver, Colorado 80202-5255
                              Telephone:      +1.303.291.2300
                              Facsimile:      +1.303.291.2400

**Attorneys for Defendant NETFLIX, INC.**

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: _____July 27, 2023_____  _____
4                                                               Hon. Jon S. Tigar
                                                             United States District Judge