# EXHIBIT I

| | |
|---|---|
| **From:** | William Ramey <wramey@rameyfirm.com> |
| **Sent:** | Friday, January 6, 2023 9:09 AM |
| **To:** | elund@aipisolutions.com; emorehouse@aipisolutions.com |
| **Subject:** | here are the Netflix financials |
| **Attachments:** | NFX-VALJ-00007111.xlsx |

please treat as AEO.

William P. Ramey, III



5020 Montrose Bvd., Suite 800
Houston, Texas 77006
(713) 426-3923
(832) 900-4941 (facsimile)

This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion of this message is unauthorized.

1