# EXHIBIT J
# REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL