# EXHIBIT K
# REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL