# EXHIBIT L
# REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL