EXHIBIT N
REDACTED VERSION OF
DOCUMENT SOUGHT TO BE
FILED UNDER SEAL