# EXHIBIT O
# REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL