William P. Ramey, III (pro *hac vice*)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175
***Former Counsel for Plaintiff Lauri Valjakka***

Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050
***Attorneys for Defendant***
***NETFLIX, INC.***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>Defendant. | Case No. 4:22-cv-01490-JST<br><br>**UNOPPOSED MOTION BY PLAINTIFF'S FORMER ATTORNEY, WILLIAM RAMEY AND RAMEY LLP, FOR EXTENSION TO RESPOND TO MOTION FOR AN ORDER TO SHOW CAUSE AND SANCTIONS**<br><br>Hearing date: May 8, 2025<br>Time: 2:00 p.m.<br>Judge: Hon. Jon S. Tigar<br>Courtroom 6 – 2nd Floor |

Pursuant to 6-1(b) of the Civil Local Rules of the United States District Court, Northern District of California. Plaintiff's Former Attorney, William Ramey and Ramey LLP (collectively

"Ramey") files this Motion for Extension to file a Response to Defendant Netflix, Inc.'s ("Netflix") Motion for an Order to Show Cause and Sanctions by three weeks to March 25, 2025. Netflix's deadline to file a Reply in Support of its Motion for an Order to Show Cause and Sanctions would be extended commensurately to April 22, 2024 (i.e., sixteen days before the noticed hearing date). Neither the hearing date nor any other deadline will be impacted by the requested extensions.

Netflix filed its Motion on February 18, 2025, (Doc. No. 302) and the response is currently due on March 4, 2025. Good case exists as Ramey seeks the extension to obtain counsel in this matter.

Ramey and counsel for Netflix have met and conferred by email on February 24, 2025 regarding the matters stated above. Netflix has indicated that it is unopposed.

Respectfully submitted,

**Ramey LLP**

*/s/ William P. Ramey, III*
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com