William P. Ramey, III (pro *hac vice*)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175
*Former Counsel for Plaintiff Lauri Valjakka*

Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050
*Attorneys for Defendant*
*NETFLIX, INC.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>Defendant. | Case No. 4:22-cv-01490-JST<br><br>**DECLARATION OF WILLIAM P. RAMEY, III IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO MOTION FOR AN ORDER TO SHOW CAUSE AND SANCTIONS**<br><br>Hearing date: May 8, 2025<br>Time: 2:00 p.m.<br>Judge: Hon. Jon S. Tigar<br>Courtroom 6 – 2nd Floor |

---

1
DECLARATION OF WILLIAM P. RAMEY, III IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION TO
RESPOND TO MOTION FOR AN ORDER TO SHOW CAUSE AND SANCTIONS
Case No. 4:22-cv-01490-JST

**Declaration of William P. Ramey, III**

I, William P. Ramey, III, hereby declare:

1. I am formal counsel for Plaintiff Lauri Valjakka.

2. Netflix has filed a Motion for Order to Show Cause and Sanctions Against Plaintiff's Former Attorney, William Ramey And Ramey LLP, (Doc. No. 302).

3. Ramey intends to retain counsel on this matter and therefore, needs additional time to respond.

4. Netflix is unopposed to this extension, and Ramey agrees to allow Netflix a commensurate extension to its Reply.

5. Neither the hearing on Netflix's motion nor any other case deadline are impacted by the requested extensions.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

/s/ William P. Ramey, III
William P. Ramey, III