IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **LAURI VALJAKKA,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**NETFLIX, INC.,**<br><br>　　　　Defendant. | Case No. 4:22-cv-01490-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S FORMER ATTORNEY, WILLIAM RAMEY AND RAMEY LLP'S UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO MOTION FOR AN ORDER TO SHOW CAUSE AND SANCTIONS**<br><br>Hearing date: May 8, 2025<br>Time: 2:00 p.m.<br>Judge:　Hon. Jon S. Tigar<br>Courtroom 6 – 2nd Floor |

　　　The Court having considered the Unopposed Motion By Former Attorney, William Ramey and Ramey LLP (collectively "Ramey") for Extension of Time to File a Response to Motion for Order to Show Cause and Sanctions that Defendant Netflix is unopposed, hereby GRANTS THE MOTION.  Ramey's deadline to file a Response is extended three weeks from March 4, 2025 to March 25, 2025, and Netflix's deadline to file any Reply will be extended to April 22, 2024.

　　　**IT IS SO ORDERED.**

DATED: _____　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jon S. Tigar

---

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S FORMER ATTORNEY, WILLIAM RAMEY AND RAMEY LLP'S UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO MOTION FOR AN ORDER TO SHOW CAUSE AND SANCTIONS
Case No. 4:22-cv-01490-JST