1   Sarah E. Piepmeier, Bar No. 227094
    SPiepmeier@perkinscoie.com
2   Elise Edlin, Bar No. 293756
    EEdlin@perkinscoie.com
3   PERKINS COIE LLP
    505 Howard Street, Suite 1000
4   San Francisco, California 94105
    Telephone: +1.415.344.7000
5   Facsimile:  +1.415.344.7050

6   [Additional Counsel Listed on Signature Page]

7   ***Attorneys for Defendant NETFLIX, INC.***

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10                      **OAKLAND DIVISION**

11  LAURI VALJAKKA,                          | **Case No. 4:22-cv-01490-JST**

12          Plaintiff,                        | **DEFENDANT NETFLIX, INC.'S**
                                              | **ADMINISTRATIVE MOTION TO**
13      v.                                    | **CONSIDER WHETHER ANOTHER**
                                              | **PARTY'S MATERIAL SHOULD BE**
14  NETFLIX, INC.,                            | **SEALED [LAMKIN DECLARATION ISO**
                                              | **UNOPPOSED MOTION TO MODIFY**
15          Defendant.                        | **THE SCHEDULING ORDER]**

16

17

18

19

20

21

22

23

24

25

26

27

28

I.    **INTRODUCTION**

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Netflix, Inc. ("Netflix") hereby submits this administrative motion to consider whether material produced by non-party AiPi, LLC ("AiPi") should be sealed. The declaration of Rachael Lamkin in support of Netflix's Unopposed Motion to Modify the Scheduling Order and certain exhibits thereto include or describe documents that AiPi has produced to Netflix that are designated CONFIDENTIAL pursuant to the Stipulated Protective Order Regarding the Disclosure and Use of Discovery Materials (ECF No. 56) ("Protective Order") (see Declaration of Elise Edlin in Support of Administrative Motion, filed herewith). Specifically, based on AiPi's designations, Netflix seeks to seal:

| Document | Entirety Or Redacted |
|---|---|
| Declaration of Rachael Lamkin | Highlighted Redactions:<br>• 4:3-27 |
| Exhibits G through J to the Lamkin Declaration in Support of Unopposed Motion to Modify the Scheduling Order | Entirety |

II.    **STATEMENT OF COMPLIANCE**

Netflix has reviewed and complied with the Standing Order Governing Administrative Motions to File Materials Under Seal Before District Judge Jon S. Tigar. Netflix has also reviewed and complied with Civil Local Rule 79-5, including the requirement to file separate motions if a party seeks to file under seal a document containing "portions that more than one party bears the burden of showing is sealable."

| | |
|---|---|
| 1   Dated: March 14, 2025 | **PERKINS COIE LLP** |
| 2 | |
| 3 | By: */s/ Elise Edlin* |
| 4 | Sarah E. Piepmeier<br>SPiepmeier@perkinscoie.com<br>Elise Edlin, Bar No. 293756 |
| 5 | EEdlin@perkinscoie.com<br>PERKINS COIE LLP |
| 6 | 505 Howard Street, Suite 1000<br>San Francisco, California 94105 |
| 7 | Telephone: +1.415.344.7000<br>Facsimile:  +1.415.344.7050 |
| 8 | |
| 9 | Janice L. Ta<br>JTa@perkinscoie.com<br>PERKINS COIE LLP |
| 10 | 405 Colorado Street Suite 1700<br>Austin, Texas 78701 |
| 11 | Telephone: +1.737.256.6100<br>Facsimile:  +1.737.256.6300 |
| 12 | |
| 13 | Rachael D. Lamkin (SBN 246066)<br>Karan Singh Dhadialla (SBN 296313)<br>BAKER BOTTS L.L.P. |
| 14 | 101 California Street, Suite 3200<br>San Francisco, CA 94111 |
| 15 | Tel: (415) 291-6200<br>Fax: (415) 291-6300 |
| 16 | rachael.lamkin@bakerbotts.com<br>karan.dhadialla@bakerbotts.com |
| 17 | |
| 18 | **Attorneys for Defendant NETFLIX, INC.** |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

4:22-CV-01490-JST
NETFLIX'S ADMINISTRATIVE MOTION TO SEAL

1

<b><u>CERTIFICATE OF SERVICE</u></b>

2

I, Kate Rose, declare:

3

I am a citizen of the United States and employed by the firm of Perkins Coie LLP in Santa

4 Clara County, California. I am over the age of eighteen years and not a party to the within-entitled

5 action. On March 14, 2025, I caused to be served a true copy of the sealed version of the

6 following documents

7
- **DECLARATION OF RACHAEL LAMKIN IN SUPPORT OF NETFLIX, INC.'S UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER;**
8

9
- **EXHIBITS G-J.**
10

11 upon counsel as listed below via electronic mail:

12
Brendan J. Klaproth
Klaproth Law PLLC
13 2300 Wisconsin Ave NW, Suite 100A
Washington, DC 20007
14 BKlaproth@klaprothlaw.com

15

Plaintiff Valjakka, who is presently not represented by counsel, has been served copies of
16
this Motion the supporting declaration of Elise Edlin, and the proposed order. Because Mr.
17
Valjakka is a sender and/or recipient of the emails AiPi identified as Confidential that are the
18
subject of this Motion, Netflix is also serving the materials discussed in the bullets above on Mr.
19
Valjakka.
20

21 I declare under penalty of perjury that the foregoing is true and correct. Executed on

22 March 14, 2025.

23

24 */s/ Kate Rose*
_____
Kate Rose

25

26

27

28