1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LAURI VALJAKKA, | Case No. 4:22-cv-01490-JST |
| *Plaintiff*, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [LAMKIN DECLARATION ISO UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER]** |
| v. | |
| NETFLIX, INC., | |
| *Defendant*. | |

On March 14, 2025, Defendant Netflix, Inc. ("Netflix") filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Sealing Motion") relating to the Declaration of Rachael Lamkin in support of Netflix's Unopposed Motion to Modify the Scheduling Order ("Lamkin Declaration"), which contains information designated CONFIDENTIAL under the Protective Order by non-party AiPi, LLC.

The Court having reviewed the evidence in support of the Administrative Sealing Motion, finds that the following constitutes sealable material under Local Rule 79-5:

| Name of Document | Portion(s) to Seal |
|---|---|
| Lamkin Declaration in Support of Unopposed Motion to Modify the Scheduling Order | Highlighted portions:<br>• 4:3-27 |
| Exhibits G through J to the Lamkin Declaration in Support of Motion to Modify the Scheduling Order | Entirety |

Therefore, IT IS HEREBY ORDERED that Defendant Netflix's Administrative Sealing Motion is GRANTED. The unredacted version of the Lamkin Declaration, and Exhibits G through J thereto shall be filed under seal pursuant to L.R. 79-5(c).

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Hon. JON S. TIGAR
DISTRICT COURT JUDGE