# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AIPI, LLC, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | 1:24-mc-2 (LMB/WEF) |
| ) | |
| NETFLIX, INC., ) | |
| ) | |
| Respondent. ) | |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that respondent Netflix, Inc's Rule 72 Objections to the Magistrate Judge's Order [Dkt. No. 43] be and are SUSTAINED and the Magistrate Judge's Order dated October 25, 2024 [Dkt. No. 42] be and is REVERSED; and it is further

ORDERED that movant AiPi respond to Netflix, Inc's subpoena within fourteen (14) days of this Order; and it is further

ORDERED that AiPi's Motion to Quash [Dkt. No. 35] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 13th day of December, 2024.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge