# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

AiPi, LLC,

        Movant,

v.

NETFLIX, INC.,

        Respondent.

Case No. 1:24mc2 (LMB/WEF)

## NOTICE OF FILING AGREED INITIAL LIST OF SEARCH TERMS

Pursuant to the Court's Order entered January 27, 2025 [Dkt. No. 65], Netflix, Inc. submits this initial list of search terms, which it will provide to the forensic discovery vendor. AiPi, LLC has agreed to this initial list of terms.

- Netflix
- Fees and (Netflix or Valjakka or Lauri)
- 285 and (Netflix or Valjakka or Lauri)
- Sanctions
- Valjakka
- Lauri
- CDN
- (exclusive and licensee and (*102 or *167))
- (cancellation and CDN)
- Ownership and (Netflix or Valjakka or Lauri or *167)
- (own and (*167* or patent))
- Standing and (Netflix or Valjakka or Lauri)
- Tepora
- Jarno
- Onni
- Hietalahti
- (Asianajotoimisto Tamora Legal)
- "fraudulent transfer"
- Fraud and (Netflix or Valjakka or Lauri)
- CUVTA
- "California uniform voidable transactions act"
- Injunction and (Netflix or Valjakka or Lauri)
- Contempt

- IPRA
- "IPR Avenue"
- DMTS
- Pekka
- Pakarinen
- Juha
- Setala
- e-3
- SBO
- Suomen
- Biisi
- "nunc pro tunc"
- assignment and (Netflix or Valjakka or Lauri or *167 or *102 or CDN)
- retroactive
- bankrupt* and (Netflix or Valjakka or Lauri)
- Helsinki
- (Utilization and Agreement) and (Netflix or Valjakka or Lauri or rever* or Suomen Biisi or assign* or own* or *PTO or abandon*)
- (Sopimus e-3* DMTS Keksinön Hyödyntämisestä)
- Finnish Court
- ("Market Court" or Markkinaoikeus or Marknadsdomstolen)
- (Helsinki Court of Appeal or "Helsingin Hovioikeus")
- (Helsinki District Court or Helsingin Käräjäoikeus)
- Iiro
- Karesniemi

Dated: January 29, 2025

Respectfully submitted,

*/s/ Cailyn Reilly Knapp*
Cailyn Reilly Knapp (VA Bar No. 86007)
BAKER BOTTS L.L.P.
700 K Street N.W.
Washington, DC 20001
Tel: (202) 639-7753
Fax: (202) 585-4070
Email: cailyn.reilly.knapp@bakerbotts.com

Rachael Lamkin (admitted *pro hac vice*)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 291-6264
Fax: (415) 291-6364
Email: rachael.lamkin@bakerbotts.com

*Counsel for Respondent Netflix, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th of January, 2025, I electronically filed a copy of the foregoing with the Clerk of Court using the Court's CM/ECF System which will send notification of such filing to all registered filers:

Brendan J. Klaproth (VSB No. 97494)
**Klaproth Law PLLC**
2300 Wisconsin Avenue, NW
Suite 100A
Washington, DC 20007
202-618-2344
Fax: 202-618-4636
Email: bklaproth@klaprothlaw.com

*Counsel for Movant AiPi, LLC*

                                    */s/ Cailyn Reilly Knapp*
                                    Cailyn Reilly Knapp (VA Bar No. 86007)
                                    BAKER BOTTS L.L.P.
                                    700 K Street N.W.
                                    Washington, DC 20001
                                    Tel: (202) 639-7753
                                    Fax: (202) 585-4070
                                    Email: cailyn.reilly.knapp@bakerbotts.com

                                    *Counsel for Respondent Netflix, Inc.*