# EXHIBIT K

| | |
|---|---|
| 1 | Sarah E. Piepmeier, Bar No. 227094 |
| | SPiepmeier@perkinscoie.com |
| 2 | Elise Edlin, Bar No. 293756 |
| | EEdlin@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 505 Howard Street, Suite 1000 |
| 4 | San Francisco, California 94105 |
| | Telephone: +1.415.344.7000 |
| 5 | Facsimile:  +1.415.344.7050 |

*Additional attorneys listed on signature page.*
*Attorneys for Defendant*
*NETFLIX, INC.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA, | Case No. 4:22-cv-01490-JST |
| Plaintiff, | **DEFENDANT NETFLIX, INC.'S NOTICE OF DEPOSITION OF ONNI HIETALAHTI** |
| v. | |
| NETFLIX, INC., | Judge: Hon. Jon S. Tigar |
| Defendant. | |

-2-

1  PLEASE TAKE NOTICE, that pursuant to Rule 30(b)(1) of the Federal Rules of Civil
2  Procedure and the Court's September 28, 2023 Order Granting Defendant Netflix, Inc.'s Motion
3  for Leave to Amend the Scheduling Order on Narrow Grounds to Allow Minimal, Targeted
4  CUVTA Discovery (ECF No. 183), Defendant Netflix, Inc. ("Netflix"), will take the deposition
5  upon oral examination of Onni Hietalahti, on March 26, 2025, at 5:00 p.m. Eastern European
6  Standard Time, or at such other date and time as the parties may agree, and will continue from day
7  to day, Saturdays, Sundays, and holidays excluded, until completed as provided in the Federal Rules
8  of Civil Procedure and ECF No. 183..  The deposition will be conducted remote via
9  videoconferencing means, or at another mutually agreeable date and location.

10  The deposition will be taken before an officer authorized by law to administer oaths and
11  shall be recorded by video and stenographic means.  The deposition will be taken for the purposes
12  of discovery, for the use at trial in this matter, and for any other purpose permitted under the Federal
13  Rules of Civil Procedure and the Rules of this Court.

| | |
|---|---|
| Dated: March 5, 2025 | Respectfully submitted, |
| | /s/ Elise Edlin |
| | Sarah E. Piepmeier, Bar No. 227094 |
| | Elise S. Edlin, Bar No. 293756 |
| | PERKINS COIE LLP |
| | 505 Howard Street, Suite 1000 |
| | San Francisco, California 94105 |
| | SPiepmeier@perkinscoie.com |
| | EEdlin@perkinscoie.com |
| | Telephone: +1.415.644.7000 |
| | Facsimile: +1.415.344.7050 |
| | |
| | Janice L. Ta (appearance *pro hac vice*) |
| | PERKINS COIE LLP |
| | 405 Colorado Street, Suite 1700 |
| | Austin, Texas 78701 |
| | JTa@perkinscoie.com |
| | Telephone: +1.737.256.6100 |
| | Facsimile:  +1.737.256.6300 |
| | |
| | Adam Hester, Bar No. 311206 |
| | PERKINS COIE LLP |
| | 33 E. Main Street, Ste. 201 |
| | Madison, Wisconsin, 53703 |
| | AHester@perkinscoie.com |
| | Telephone: +650.838.4311 |
| | |
| | Rachael D. Lamkin (SBN 246066) |
| | Karan Singh Dhadialla (SBN 296313) |
| | BAKER BOTTS L.L.P. |
| | 101 California Street, Suite 3200 |
| | San Francisco, CA 94111 |
| | Telephone: + 1.415. 291.6200 |
| | Facsimile: +1.415.291.6300 |
| | rachael.lamkin@bakerbotts.com |
| | karan.dhadialla@bakerbotts.com |
| | |
| | **Attorneys for Defendant** |
| | ***NETFLIX, INC.*** |

# CERTIFICATE OF SERVICE

I, Elise Edlin, declare:

I am a citizen of the United States and employed by the firm of Perkins Coie LLP in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. On March 5, 2025, I caused to be served a true copy of the following documents

- **DEFENDANT NETFLIX, INC.'S NOTICE OF DEPOSITION OF ONNI HIETALAHTI.**

upon counsel as listed below via electronic mail:

Onni Hietalahti - onni.hietalahti@tamoralegal.fi

Lauri Valjakka - lauri.valjakka@eezykeyz.fi

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 5, 2025.

                 */s/ Elise Edlin*
                 Elise Edlin