1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LAURI VALJAKKA, | Case No. 4:22-cv-01490-JST |
| *Plaintiff*, | **[PROPOSED]** **ORDER GRANTING NETFLIX, INC.'S UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER TO EXTEND FACT DISCOVERY** |
| v. | |
| NETFLIX, INC., | |
| *Defendant*. | |

On March 14, 2025, Defendant Netflix, Inc. ("Netflix") filed its Unopposed Motion to Modify the Scheduling Order Only to Extend Fact Discovery ("Motion"). Having reviewed the Motion, the Court HEREBY ORDERS that the current Scheduling Order for the case is as follows:

| Event | Deadline | New Dates |
|---|---|---|
| CUVTA fact discovery cut-off | March 27, 2025 | **May 26, 2025** |
| Dispositive motion hearing deadline | June 12, 2025 | Deadlines are continued and will be set at a status conference on May 8, 2025 (in conjunction with the hearing on Netflix's Motion for Order to Show Cause and Sanctions), where the parties will update the Court on the status of the AiPi discovery and submit a proposed schedule for these deadlines. |
| Pretrial conference statement due | August 29, 2025 | |
| Pretrial conference | September 8, 2025 at 2:00 p.m. | |
| Trial | October 7, 2025 at 8:00 a.m. | |

**IT IS SO ORDERED.**

Dated: __March 20__, 2025

_____
Hon. JON S. TIGAR
DISTRICT COURT JUDGE