UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>    Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | Case No. 22-cv-01490-JST<br><br>**ORDER REGARDING NETFLIX, INC.'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Re: ECF Nos. 301, 306 |

Now before the Court are Defendant Netflix, Inc.'s administrative motions to consider whether another party's material should be sealed. ECF Nos. 301, 306. Netflix represents that the designating entity is non-party AiPi, LLC.

The Court orders AiPi to file a response to each motion, pursuant to Civil L.R. 79-5(f)(4), within seven days of entry of this order. The Court further orders Netflix to serve a copy of this order on AiPi's counsel and file a certificate of service.

**IT IS SO ORDERED.**

Dated: March 25, 2025

_____
JON S. TIGAR
United States District Judge