Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

[Additional Counsel Listed on Signature Page]

Attorneys for Defendant NETFLIX, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA, | **Case No. 4:22-cv-01490-JST** |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| NETFLIX, INC., | |
| Defendant. | |

# CERTIFICATE OF SERVICE

I, Elise Edlin, declare:

I am a citizen of the United States and employed by the firm of Perkins Coie LLP in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. On March 25, 2025, I caused to be served a true copy of the following documents upon counsel as listed below via electronic mail:

- **ORDER REGARDING NETFLIX, INC.'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED.**

Brendan J. Klaproth
Klaproth Law PLLC
2300 Wisconsin Ave NW
Suite 100A
Washington, DC 20007
bklaproth@klaprothlaw.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2025.

    */s/ Elise Edlin*
Sarah E. Piepmeier, Bar No. 227094
Elise S. Edlin, Bar No. 293756
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
SPiepmeier@perkinscoie.com
EEdlin@perkinscoie.com
Telephone: +1.415.644.7000
Facsimile: +1.415.344.7050

Janice L. Ta (appearance pro hac vice)
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
JTa@perkinscoie.com
Telephone:   +1.737.256.6100
Facsimile:   +1.737.256.6300

Adam Hester, Bar No. 311206
PERKINS COIE LLP
33 E. Main Street, Ste. 201

| | |
|---|---|
| 1 | |
| 2 | Madison, Wisconsin, 53703<br>AHester@perkinscoie.com<br>Telephone: +650.838.4311 |
| 3 | |
| 4 | Rachael D. Lamkin (SBN 246066)<br>Karan Singh Dhadialla (SBN 296313)<br>BAKER BOTTS L.L.P. |
| 5 | 101 California Street, Suite 3200<br>San Francisco, CA 94111 |
| 6 | Telephone: + 1.415. 291.6200<br>Facsimile: +1.415.291.6300 |
| 7 | rachael.lamkin@bakerbotts.com<br>karan.dhadialla@bakerbotts.com |
| 8 | |
| 9 | Attorneys for Defendant<br>NETFLIX, INC. |

-2-   4:22-CV-01490-JST
CERTIFICATE OF SERVICE