UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

LAURI VALJAKKA,

    Plaintiff

v.

NETFLIX, INC.,

    Defendant.

FILED
APR 1 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 22-cv-01490-JST

ORDER REGARDING NETFLIX, INC.'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

Re: ECF Nos. 301, 306

## Response to Order

In response to the Court's Order dated March 25, 2025, AiPi LLC does not object to the documents being filed publicly.

AiPi designated the documents as confidential to protect any interest that the plaintiff may have had in those documents.

*[signature]*

Eric Morehouse
Founder
AiPi, LLC
8230 Leesburg Pike, Suite 520
Vienna, VA
22182