UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>    Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | Case No. 22-cv-01490-JST<br><br>**ORDER DENYING MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Re: ECF No. 301, 306 |

Now before the Court are Defendant Netflix, Inc.'s motions to consider whether another party's material should be sealed. ECF Nos. 301, 306. Netflix identified AiPi LLC as the designating party. AiPi has stated that it "does not object to the documents being filed publicly." ECF No. 313 at 1.

Accordingly, the Court denies the motions and directs Netflix to file the documents in the public record within seven days from the date of this Order.

**IT IS SO ORDERED.**

Dated: April 9, 2025



JON S. TIGAR
United States District Judge