EXHIBIT G

| | |
|---|---|
| **From:** | Lauri Valjakka[lauri.valjakka@eezykeyz.fi] |
| **Sent:** | Fri 10/22/2021 7:46:18 PM (UTC) |
| **To:** | 'Eric Morehouse'[emorehouse@kviplaw.com] |
| **Cc:** | 'Erik Lund'[elund@kviplaw.com] |
| **Subject:** | VS: Valjakka v. Akamai Technologies, Inc., Case 6:21-cv-00942-ADA |

I forgot to mention in my previous email, that Suomen Biisi Oy bankrupted in 2008.
L

-----Alkuperäinen viesti-----
Lähettäjä: Eric Morehouse <emorehouse@kviplaw.com>
Lähetetty: perjantai 22. lokakuuta 2021 22.05
Vastaanottaja: 'Lauri Valjakka' <lauri.valjakka@eezykeyz.fi>
Kopio: 'Erik Lund' <elund@kviplaw.com>
Aihe: Valjakka v. Akamai Technologies, Inc., Case 6:21-cv-00942-ADA

This just in from Akamai - doesn't look like they want to talk any more.

Please put together a chain of title for the patent.

We already knew about the Akamai 167 patent - our claims are still distinguishable over this reference.

We will draft  response this weekend but in the meantime please put together the chain of title.

Eric D. Morehouse
Founder


+1 (703) 346-4787
11718 Bowman Green Dr.
Reston, VA 20190
www.aipisolutions.com
EMorehouse@aipisolutions.com



-----Original Message-----
From: Robinson, Erick S.
Sent: Friday, October 22, 2021 2:26 PM
To: Eric Morehouse <emorehouse@kviplaw.com>; Erik Lund <elund@kviplaw.com>; Jonathan Merril <jmerril@aipisolutions.com>; Eric Morehouse <emorehouse@kviplaw.com>
Subject: Fwd: Valjakka v. Akamai Technologies, Inc., Case 6:21-cv-00942-ADA

FYI.

Erick S. Robinson | Partner
Porter Hedges LLP
Office: (713) 226-6615
Mobile: (713) 498-6047

Begin forwarded message:

From: "Day, Jim" <JDay@fbm.com>
Date: October 22, 2021 at 1:19:58 PM CDT
To: "Robinson, Erick S." <ERobinson@porterhedges.com>
Subject: Valjakka v. Akamai Technologies, Inc., Case 6:21-cv-00942-ADA

Erick:

Please see the attached correspondence and other materials I'm providing on behalf of Akamai.  Once you have had a chance to review, I'll be happy to discuss if you think it would be useful.  I'm generally available next week.

Thank you.

-Jim


Jim Day
Partner
jday@fbm.com
D. 415.954.4414
[https://www.fbm.com/content/uploads/2021/05/FBM_EmailSig_Bio_Icon_RGB-17x.png]<http://www.fbm.com/James_L_Day/>
[https://www.fbm.com/content/uploads/2021/05/FBM_EmailSig_vCard_Icon_RGB-17x.png]
<https://www.fbm.com/james-l-day.vcf>
[https://www.fbm.com/content/uploads/2021/05/FBM_EmailSig_LinkedIn_Icon_RGB-17x.png]
<https://www.linkedin.com/in/jim-day-35aaa113/>
[https://www.fbm.com/content/uploads/2021/05/FBM-Logo-Sig-Block.png]
235 Montgomery Street 17th FL
San Francisco, CA 94104
www.fbm.com<http://www.fbm.com>

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com<http://www.mimecast.com>

---