1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

12 **LAURI VALJAKKA,**

13        Plaintiff,

14    v.

15 **NETFLIX, INC.,**

16        Defendant.

Case No. 4:22-cv-01490-JST

**[PROPOSED] ORDER GRANTING THIRD-PARTY WILLIAM P. RAMEY, III AND RAMEY LLP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

-

On March 25, 2025, former counsel for Lauri Valjakka, third-party William P. Ramey, III and Ramey LLP ("Ramey") filed its Administrative Motion to File Documents Under Seal ("Motion to Seal") which is narrowly tailored to seal only the sealable material pursuant to Civil Local Rules 7-11 and 79-5. Ramey lists the table below for each document or portion thereof that is sought to be sealed.

The Court having reviewed the evidence in support of the Motion to Seal, finds that Exhibits D and E ("Exhibits") to Response in opposition to Netflix, Inc.'s Motion for an Order to Show Cause and Sanctions against Plaintiff's Former Attorney, William Ramey and Ramey LLP ("Netflix's Motion") constitutes sealable material under Local Rule 79-5.

Therefore, IT IS HEREBY ORDERED that Ramey's Administrative Motion is GRANTED. Exhibits D and E to the Ramey Declaration in Response to shall be filed under seal pursuant to L.R. 79-5(c).

| Document(s) | Portions to Considered to be Sealed | Designating Party | Basis for Request to File Under Seal | Court's Ruling |
|---|---|---|---|---|
| Exhibit D Verizon phone bill and summary | Portions | Ramey | Portions of which contain personal information and other business contact information which is attorney communications and attorney/client privilege is asserted. | GRANTED |
| Exhibit E office phone log | Portions | Ramey | Portions of which contain contact information which should not be made public. | GRANTED |

**IT IS SO ORDERED.**

DATED: April 18, 2025

Hon. Jon S. Tigar
United States District Court Judge