1  Sarah E. Piepmeier, Bar No. 227094
   SPiepmeier@perkinscoie.com
2  Elise Edlin, Bar No. 293756
   EEdlin@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: +1.415.344.7000
5  Facsimile:  +1.415.344.7050
6
7  *Additional attorneys listed on signature page.*
8  *Attorneys for Defendant*
   *NETFLIX, INC.*
9

10
                    **UNITED STATES DISTRICT COURT**
11
                 **NORTHERN DISTRICT OF CALIFORNIA**
12
                         **OAKLAND DIVISION**
13

14

15  LAURI VALJAKKA,                      **Case No. 4:22-cv-01490-JST**

16             *Plaintiff,*              **STATUS REPORT ON DISCOVERY**

17       v.                             Date:   May 8, 2025
                                        Time:   2:00 PM
18  NETFLIX, INC.,                      Place:  Virtual Hearing (Zoom)
                                        Judge:  Hon. Jon S. Tigar
19             *Defendant.*

20

21

22

23

24

25

26

27

28

## <u>STATUS REPORT ON DISCOVERY</u>

On March 20, 2025, the Court granted the parties' request to extend fact discovery until May 26, 2025.  The parties agreed to provide an update on the status of third-party discovery and a proposed schedule in advance of the May 8, 2025 hearing on Netflix's Motion for an Order to Show Cause and Sanctions Against Plaintiff's Former Attorney, William Ramey.

Netflix sought—and the Court granted—an extension so that Netflix could complete its discovery from third-party AiPi, Inc.  On April 18, 2025, Judge Brinkema of the Eastern District of Virginia rejected Plaintiff Valjakka's privilege claims and ordered AiPi to produce all allegedly-privileged documents related to Mr. Valjakka's litigation campaign.  *AiPi, LLC v. Netflix, Inc.*, No. 1:24-mc-00002-LMB-WEF, ECF No. 96 (E.D. Va.).  Then, on April 23, 2025, the forensic discovery agent managing the AiPi discovery (PricewaterhouseCoopers) released over 150,000 documents to Netflix identified via search terms that relate to the subject matter of Netflix's subpoena.

Given the volume, Netflix needs time to review these recently-produced documents prior to taking the remaining depositions (including CDN Licensing and AiPi's Eric Morehouse). Netflix and Plaintiff Valjakka will be prepared to discuss whether remaining discovery can be completed on the current schedule, or if a minor adjustment may be appropriate, if acceptable to the Court, at the May 8 hearing.

4:22-CV-01490-JST
STATUS REPORT ON DISCOVERY AND PROPOSED SCHEDULE

Dated: May 5, 2025

Respectfully submitted,

/s/ Elise S. Edlin
Sarah E. Piepmeier, Bar No. 227094
Elise S. Edlin, Bar No. 293756
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
SPiepmeier@perkinscoie.com
EEdlin@perkinscoie.com
Telephone: +1.415.644.7000
Facsimile: +1.415.344.7050

Janice L. Ta (appearance *pro hac vice*)
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
JTa@perkinscoie.com
Telephone: +1.737.256.6100
Facsimile:  +1.737.256.6300

Adam Hester, Bar No. 311206
PERKINS COIE LLP
33 E. Main Street, Ste. 201
Madison, Wisconsin, 53703
AHester@perkinscoie.com
Telephone: +650.838.4311

Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: + 1.415. 291.6200
Facsimile: +1.415.291.6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

***Attorneys for Defendant***
***NETFLIX, INC.***