# TRANSCRIPT ORDER
*Please use one form per court reporter.*
*CJA counsel please use Form CJA24*
*Please read instructions on next page.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 08/2018)

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Kate Rose |
| 2a. CONTACT PHONE NUMBER | (650) 838-4813 |
| 3. CONTACT EMAIL ADDRESS | katerose@perkinscoie.com |
| 1b. ATTORNEY NAME (if different) | Elise Edlin |
| 2b. ATTORNEY PHONE NUMBER | (415) 344-7191 |
| 3. ATTORNEY EMAIL ADDRESS | EEdlin@perkinscoie.com |
| 4. MAILING ADDRESS | Perkins Coie LLP, 505 Howard St., Ste 1000, San Francisco, CA 94105 |
| 5. CASE NAME | Valjakka v. Netflix, Inc. |
| 6. CASE NUMBER | 4:22-cv-01490 |
| 7. COURT REPORTER NAME | April Brott |
| 8. THIS TRANSCRIPT ORDER IS FOR: | ☐ APPEAL  ☐ CRIMINAL  ☐ In forma pauperis  ☐ NON-APPEAL  ☒ CIVIL |

## 9. TRANSCRIPT(S) REQUESTED

| DATE | JUDGE | TYPE | PORTION | PDF | TEXT/ASCII | PAPER | CONDENSED | ECF ACCESS | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/08/2025 | JST | Mtn | | ● | | | | | | | | ● | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Elise Edlin

12. DATE: 05/08/2025