United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAURI VALJAKKA,

    Plaintiff,

v.

NETFLIX, INC.,

    Defendant.

Case No. 22-cv-01490-JST

**SCHEDULING ORDER**

The Court hereby sets the following amended case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.  All other deadlines remain as previously set.

| Event | Deadline |
|---|---|
| Dispositive motion hearing deadline | October 2, 2025 |
| Pretrial conference statement due | December 5, 2025 |
| Pretrial conference | December 12, 2025 at 2:00 p.m. |
| Trial | January 12, 2026 at 8:00 a.m. |
| Estimate of trial length (in days) | Four |

**IT IS SO ORDERED.**

Dated:  July 11, 2025



JON S. TIGAR
United States District Judge