# Certificate of Good Standing

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

I, PHILIP J. DEVLIN, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY that , Bar #00790868, was duly admitted to practice in said Court on February 14, 1995, and is in good standing as a member of the bar of said Court.

Signed at San Antonio, Texas on August 19, 2025.



PHILIP J. DEVLIN, Clerk

BY: _____