UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lauri Valjakka , <br><br>Plaintiff(s), <br><br>v. <br><br>Netflix, Inc. , <br><br>Defendant(s). | Case No. 4:22-cv-01490-JST <br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br><br>(CIVIL LOCAL RULE 11-3) |

I, Jacob Henry, an active member in good standing of the bar of Western District of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: William P. Ramey, Ramey LLP in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: _____.

5020 Montrose Blvd. #800 Houston, TX 77006
MY ADDRESS OF RECORD                     LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(713) 426-3923
MY TELEPHONE # OF RECORD                 LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jhenry@rameyfirm.com
MY EMAIL ADDRESS OF RECORD               LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 00790868.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/19/2025

Jacob Henry
APPLICANT

ORDER DENYING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jacob Henry is DENIED.

Dated: August 20, 2025

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE