RACHAEL LAMKIN (SBN 246066)
rachael.lamkin@bakerbotts.com
KARAN DHADIALLA (SBN 296313)
karan.dhadialla@bakerbotts.com
BAKER BOTTS L.L.P.
101 California St., Suite 3200
San Francisco, CA 94111
Telephone: +1.415.291.6200
Fax: +1.415.291.6300

*Attorneys for Defendant NETFLIX, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA, | Case No.: 4:22-cv-01490-JST |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| NETFLIX, INC., | |
| Defendant. | |

I, John P. Mitchell, declare as follows:

I am over the age of eighteen years, and not a party to the within action. I am employed by the law firm of Baker Botts L.L.P. and my email address is: john.mitchell@bakerbotts.com.

On August 21, 2025 I served the foregoing documents:

- **NETFLIX, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFF'S MATERIAL SHOULD BE SEALED;**

- **DECLARATION OF RACHAEL LAMKIN IN SUPPORT OF NETFLIX, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFF'S MATERIAL SHOULD BE SEALED;**

- **EXHIBITS A THROUGH I TO DECLARATION OF RACHAEL LAMKIN IN SUPPORT NETFLIX, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFF'S MATERIAL SHOULD BE SEALED;**

- **UNREDACTED VERSION OF DEFENDANT NETFLIX, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT.**

**BY ELECTRONIC SERVICE:** by transmitting (in "PDF" format) via electronic mail or other electronic means, the documents listed above to each of the persons as set forth below:

| | |
|---|---|
| Lauri Valjakka<br>c/o Kemppi Arinakatu 2, as. 38<br>FI 53100 Lappeenranta<br>Finland<br>+358 50 467 0090<br>Email: lauri.valjakka@eezykeyz.fi<br>*PRO SE* | Brendan J. Klaproth<br>Klaproth Law PLLC<br>2300 Wisconsin Ave NW, Suite 100A<br>Washington, DC 20007<br>Email: bklaproth@klaprothlaw.com<br>Tel: (202) 618-2344 |

I declare that I am employed in the offices of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Date: August 21, 2025                                              Respectfully submitted,

                                                                                    John P. Mitchell