1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**OAKLAND DIVISION**

11
12
13

LAURI VALJAKKA

14

Plaintiff,

15

v.

16

NETFLIX, INC.,

17

Defendant.

Case No.: 4:22-CV-01490-JST

**[PROPOSED] ORDER GRANTING VALJAKKA'S MOTION FOR SUMMARY JUDGMENT DISMISSING THE CUVTA COUNTERCLAIM**

Hearing Date: October 2, 2025
Time: 2:00pm
Judge: Hon. Jon S. Tigar

18
19
20
21
22
23
24
25
26
27
28

1    The Court, having considered Valjakka's Motion for Summary Judgment Dismissing the

2  CUVTA Counterclaim, submitted, it is hereby ORDERED that the motion is GRANTED.

3

4    IT IS SO ORDERED.

5  Dated:

6

7                                                    By: _____

8                                                         Hon. Jon S. Tigar
                                                         DISTRICT COURT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28