Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, California 94111
Phone: (415) 291-6200
Fax: (415) 291-6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

*Attorneys for Defendant*
*NETFLIX, INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LAURI VALJAKKA,<br><br>    *Plaintiff*,<br><br>v.<br><br>NETFLIX, INC.,<br><br>    *Defendant*. | Case No. 4:22-cv-01490-JST<br><br>**DECLARATION OF RACHAEL D. LAMKIN IN SUPPORT OF DEFENDANT NETFLIX, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [SUPPLEMENTAL BRIEF REGARDING EXPENSES AND FEES PURSUANT TO ECF NO. 324]**<br><br>Judge:   Hon. Jon S. Tigar |

I, Rachael D. Lamkin, hereby declare:

1. I am a partner with the law firm Baker Botts L.L.P. ("Baker Botts"), and counsel of record for Defendant Netflix, Inc. ("Netflix") in the above-captioned matter.

2. I am admitted to practice in all state and federal courts in California, federal courts in Colorado and the Eastern and Western Districts of Texas. I am also admitted in the Federal Circuit, the International Trade Commission, the Court of International Trade, and this Honorable Court.

3. I have personal knowledge of the facts stated herein.

4. Pursuant to Civil L.R. 79-5(e), I make this declaration in support of Netflix's Administrative Motion to File Documents Under Seal Pursuant to Civil L.R. 79-5 ("Administrative Motion") to establish that certain documents contain material that discusses confidential business information of Netflix and Baker Botts.

5. Specifically, the sealable portions of the Declaration of Rachael D. Lamkin in Support of Netflix's Supplemental Brief regarding Expenses and Fees Pursuant to ECF No. 324, and exhibits thereto, include the billing rates of Netflix's outside counsel at Baker Botts for work performed in this matter. These confidential billing rates are the product of negotiations between Netflix and Baker Botts and reflect discounts provided to Netflix below Baker Botts' standard billing rates.

6. Attached hereto is a true and correct copy of the unredacted Declaration of Rachael D. Lamkin in Support of Netflix's Supplemental Brief regarding Expenses and Fees Pursuant to ECF No. 324, and all exhibits thereto. Netflix seeks permission for only the redacted portions of that Declaration and supporting exhibits to remain under seal because they reflect information related to the confidential outside counsel billing rates.

7. All versions of Baker Botts' billing records related to work performed on this matter that are being submitted in support of Netflix's Supplemental Brief include redactions to attorney time unrelated to Netflix's Supplemental Brief and its present request for attorneys' fees and costs. Many of these entries reflect attorney-client privileged information and/or the substance of work

product related to Netflix's ongoing CUVTA claims against Plaintiff Lauri Valjakka, or its eventual claim for attorneys' fees as a prevailing party in the patent infringement litigation filed by Mr. Valjakka (including against former counsel, Mr. Ramey).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on September 2, 2025 in San Francisco, California.

*/s/ Rachael D. Lamkin*
Rachael D. Lamkin