1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             NORTHERN DISTRICT OF CALIFORNIA
10                                       OAKLAND DIVISION
11

12  LAURI VALJAKKA,                              Case No. 4:22-cv-01490-JST

13          *Plaintiff*,                         **[PROPOSED] ORDER GRANTING
                                                 ADMINISTRATIVE MOTION TO FILE
14      v.                                       DOCUMENTS UNDER SEAL
                                                 [SUPPLEMENTAL BRIEF REGARDING
15  NETFLIX, INC.,                               EXPENSES AND FEES PURSUANT TO
                                                 ECF NO. 324]**
16          *Defendant*.

17
18
19
20
21
22
23
24
25
26
27
28

1  On September 2, 2025, Defendant Netflix, Inc. ("Netflix") filed an Administrative Motion
2  to File Documents Under Seal ("Motion to Seal") relating to its Supplemental Brief regarding
3  Expenses and Fees Pursuant to ECF No. 324, which is narrowly tailored to seal only the sealable
4  material, pursuant to Local Rules 7-11 and 79-5.  Netflix lists in the table below each document or
5  portion thereof that it seeks to seal.

6  The Court, having reviewed the evidence in support of the Motion to Seal, finds that
7  the following documents constitutes sealable material under Local Rule 79-5:

| Document | Entirety Or Redacted | Designating Party | Court's Ruling |
|---|---|---|---|
| Declaration of Sarah E. Piepmeier in Support of Netflix's Supplemental Brief. | Highlighted Redactions:<br>• 3:12-13;<br>• 4:2-3;<br>• 4:23-24;<br>• 5:9; and<br>• 6:8-21. | Netflix (with its outside counsel Perkins Coie and Baker Botts) | |
| Exhibits 1-2 to the Declaration of Sarah E. Piepmeier in Support of Netflix's Supplemental Brief. | Highlighted Redactions on the Following Pages<br>Exhibit 1: 2, 4-5, 10-12, 16-18, 23-25, 30-32, 35-37, 39-41, 44.<br>Exhibit 2: 2-3. | Netflix (with its outside counsel Perkins Coie) | |
| Declaration of Rachael Lamkin in Support of Netflix's Supplemental Brief. | Highlighted Redactions:<br>• 3:4-5;<br>• 3:14-15;<br>• 3:23-24;<br>• 4:4-5;<br>• 4:13-14;<br>• 4:22-23;<br>• 5:4-5;<br>• 5:14-15; and<br>• 6:15. | Netflix (with its outside counsel Baker Botts) | |
| Exhibits 1-3 to the Declaration of Rachael Lamkin in Support of Netflix's Supplemental Brief. | Highlighted Redactions on the Following Pages:<br>Exhibit 1: 2, 8-9, 12-13, 28-29, 33-34, 38-39, 43-44, 62-63, | Netflix (with its outside counsel Baker Botts) | |

| Document | Entirety Or Redacted | Designating Party | Court's Ruling |
|---|---|---|---|
| | 66-67, 75-76, 79-80, 90-91, 95-96, 101-102, 105. Exhibit 2: 2-6. Exhibit 3: 2-3, 5-6. | | |

Therefore, IT IS HEREBY ORDERED that Defendant Netflix's Administrative Motion is GRANTED. The unredacted versions of the Declaration of Sarah E. Piepmeier in Support of Netflix's Supplemental Brief, designated exhibits thereto, the Declaration of Rachael Lamkin in Support of Netflix's Supplemental Brief, and designated exhibits thereto, shall be filed under seal pursuant to L.R. 79-5(c).

**IT IS SO ORDERED.**

Dated: _____, 2025               _____
                                         Hon. JON S. TIGAR
                                         DISTRICT COURT JUDGE