1  Rachael D. Lamkin (SBN 246066)
2  Karan Singh Dhadialla (SBN 296313)
   BAKER BOTTS L.L.P.
3  101 California Street, Suite 3200
   San Francisco, California 94111
4  Phone: (415) 291-6200
   Fax: (415) 291-6300
5  rachael.lamkin@bakerbotts.com
   karan.dhadialla@bakerbotts.com
6
7  *Attorneys for Defendant*
   *NETFLIX, INC.*

8              **UNITED STATES DISTRICT COURT**
9              **NORTHERN DISTRICT OF CALIFORNIA**
10                      **OAKLAND DIVISION**

11 | LAURI VALJAKKA,          | Case No.: 4:22-cv-01490-JST
12 |                          |
13 |     *Plaintiff*,         | **DECLARATION OF RACHAEL D.**
   |        v.                | **LAMKIN IN SUPPORT OF DEFENDANT**
14 |                          | **NETFLIX, INC.'S RESPONSE TO LAURI**
   | NETFLIX, INC.,           | **VALJAKKA'S MOTION FOR**
15 |                          | **SUMMARY JUDGMENT DISMISSING**
   |     *Defendant*.         | **THE CUVTA COUNTERCLAIM**
16 |                          |
17 |                          | Judge:   Hon. Jon S. Tigar

I, Rachael D. Lamkin, hereby declare:

1. I am a partner with the law firm Baker Botts L.L.P. ("Baker Botts"), and counsel of record for Defendant Netflix, Inc. ("Netflix") in the above-captioned matter.

2. I am admitted to practice in all state and federal courts in California, federal courts in Colorado and the Eastern and Western Districts of Texas. I am also admitted in the Federal Circuit, the International Trade Commission, the Court of International Trade, and this Honorable Court.

3. I have personal knowledge of the facts stated herein.

4. Attached as Exhibit 1 is a true and correct copy of a redline comparison prepared by counsel for Netflix, using Microsoft Word, between Valjakka's opposition to Netflix's motion for a preliminary injunction under the CUVTA and his opening brief moving for summary judgment on Netflix's CUVTA claim. The substance of the briefs has been reproduced word-for-word and compared for the Court's ease of reference; no statements therein have been altered or modified.

5. Attached as Exhibit 2 is a true and correct copy of an email from Eric Morehouse to Lauri Valjakka and Onni Hietalahlti, dated November 30, 2021.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on 8th day of September 2025 in San Francisco, California.

*/s/ Rachael D. Lamkin*
Rachael D. Lamkin