# EXHIBIT 4

THE BUSINESS INFORMATION SYSTEM
**Company and organisation search**

Suomeksi          På svenska

Frontpage                                                    →] Log in

< Go back to the search results

# CDN Licensing Finland Oy

🖨 Print the company details

| | Latest detail | Start date | Information source |
|---|---|---|---|
| Business ID ⑦ | 3243196-4 | 20.10.2021 | Business Information System |
| Company name ⑦ | CDN Licensing Finland Oy | 25.10.2021 | Finnish Patent and Registration Office |
| Parallel company name ⑦ | CDN Licensing Finland Ltd | 25.10.2021 | Finnish Patent and Registration Office |
| Company form ⑦ | Limited company | 25.10.2021 | Finnish Patent and Registration Office |
| EUID ⑦ | FIFPRO.3243196-4 | | Finnish Patent and Registration Office |
| Home municipality ⑦ | LAPPEENRANTA | 25.10.2021 | Finnish Patent and Registration Office |
| Language ⑦ | Finnish | 25.10.2021 | Tax Administration |
| Main line of business ⑦ | 82990 Other business support service activities n.e.c. | 20.10.2021 | Tax Administration |
| Postal address | c/o AA tsto Tamora Legal Oy Lappeentie 16 | 20.10.2021 | Common |

# Registrations

## Registrations in force

| Register | Status | Start date |
|---|---|---|
| Trade register | Registered | 25.10.2021 |
| Tax Administration | Registered | 25.10.2021 |
| Value added tax-liability | VAT-liable for business activity | 12.04.2024 |

| Register history ⌄ |
|---|

# Tax Debt Register

| Details in the Tax Debt Register ⌄ |
|---|

# Business ID history

| Date | Transaction | Description |
|---|---|---|
| 20.10.2021 | ID given | |

If the company or organisation is in the Finnish Trade Register or the Finnish Register of Foundations, more comprehensive details are available via the information service Virre ⬏

Further details on associations are available via the information service of the Finnish Register of Associations ⬏

‹ Go back to the search results

## Tax Debt Register

| Details in the Tax Debt Register | ^ |
| --- | --- |

| | |
| --- | --- |
| Business ID | 3243196-4 |
| Company name | CDN Licensing Finland Oy |
| Taxes owed | No record of tax debts. |
| Negligence in filing tax returns | No register entries that would indicate non-filing of the Return for Self-Assessed Taxes. |

VERO SKATT

Last update 31.07.2025

### About the register

The Tax Debt Register is a public service allowing anyone to make enquiries on outstanding tax liabilities and non-filing of tax returns. The enquiries may concern businesses, self-employed individuals, and estates (of deceased persons) operating a business. Debt consisting of unpaid car tax or excise duties does not show in the Tax Debt Register.

The register shows companies that owe at least 10,000 euros, or that have shown negligence in filing Tax Returns for Self-Assessed Taxes during the last 6 months. 'Negligence in filing' means that Returns for VAT, for withholding and employers' health insurance have been filed late or not filed at all.

Registration entries are based on a screening of Tax Administration databases, performed regularly at the end of every calendar month. The company is removed from the register immediately after the settlement of the debt has been received, or after receipt of the Tax Return for Self-Assessed Taxes.

The latest update of the Tax Debt Register is the date when the details were last checked against the Finnish Tax Administration's data system.

For more information, visit vero.fi/verovelkarekisteri ↗