# EXHIBIT 5



**Tiliote** 7/2022 1 (3)
Ajalta 1.7. - 29.7.2022

30.7.2022

CDN LICENSING OY
Lappeentie 16 co. Asianajot. Tamora Lega
55100 IMATRA

YRITYSTILI

Tilinumero IBAN: FI05 5620 0920 6940 48    BIC: OKOYFIHH

Pyydämme tarkastamaan tiliotteen ja tekemään mahdolliset
huomautukset viipymättä.

| Arkistointitunnus<br>Saajan tilinumero<br>Saajan pankin BIC | Maksupvä<br>Arvopvä | Selitys<br>Maksunsaaja/maksaja/viesti/viite | Tap.<br>nro | Tiliöinti | Määrä euroa |
|---|---|---|---|---|---|
| | | **SALDO 30.06.2022** | | | +5 284,29 |
| **KIRJAUSPÄIVÄ 06.07.2022**<br>2207065 AL  219283 J | 06.07.22<br>06.07.22 | **PALVELUMAKSU**<br>OSUUSPANKKI                    /J<br>Viite: 3 33868 46256<br>Viesti:<br>PALVELUMAKSUT 01.06-30.06.2022:<br>TAPAHTUMAT TILILTÄ:562009-2694048<br>LÄHTEVÄ SEPA-MAKSU<br>ALV-%:  0.00<br>LÄHTEVÄ VIITESIIRTO INTERN<br>2 KPL A 0.24         0.48<br>LÄHTEVÄ VIESTISIIRTO INTER<br>6 KPL A 0.24         1.44<br>VERKKOPALVELUT<br>YRITYKSEN DIGIPALVELUSOPIM<br>1 KPL A 6.00         6.00<br>MUUT PALVELUT<br>Viesti:<br>YRITYSTILIN KK-MAKSU<br>1 KPL A 2.50         2.50<br>TOSITETILIOTE/VERKKO - KAS<br>1 KPL A 0.90         0.90<br>NETTO: 11.32 EUR ALV: 0.00 EUR<br>VELOITUS 06.07.2022 11.32 EUR<br>VIITE 33386846256 | 1 | | -11,32 |
| | | **SALDO 06.07.2022**<br>**NOSTOVARA**<br>**OTOT YHTEENSÄ              1 KPL** | | | +5 272,97<br>+5 272,97<br>-11,32 |
| **KIRJAUSPÄIVÄ 14.07.2022**<br>2207145936191M9753 A<br>FI29 5724 4220 0463 26<br>OKOYFIHH | 14.07.22<br>14.07.22 | **TILISIIRTO**<br>Lauri Valjakka                 /A<br>Viesti:<br>Koroton osakaslaina | 2 | | -1 000,00 |
| | | **SALDO 14.07.2022**<br>**NOSTOVARA**<br>**OTOT YHTEENSÄ              1 KPL** | | | +4 272,97<br>+4 272,97<br>-1 000,00 |
| **KIRJAUSPÄIVÄ 19.07.2022** | | | | | |

Jatkuu

| Yhteystiedot | Osoite | Puhelin | Internet |
|---|---|---|---|
| LAPPEENRANNAN KONTTORI | PL 44<br>53100 LAPPEENRANTA | 01000500 | op.fi |



```
                                    Tiliote                 7/2022         2 (3)
                                    Ajalta 1.7. - 29.7.2022

                                    30.7.2022
```

Tilinumero IBAN: FI05 5620 0920 6940 48     BIC: OKOYFIHH

| Arkistointitunnus<br>Saajan tilinumero<br>Saajan pankin BIC | Maksupvä<br>Arvopvä | Selitys<br>Maksunsaaja/maksaja/viesti/viite | Tap.<br>nro | Tiliöinti | Määrä euroa |
|---|---|---|---|---|---|
| **220718500001647209 J** | **18.07.22**<br>18.07.22 | **TILISIIRTO**<br>IP CASE GROUP 1 LLC                     /K<br>Viesti:<br>11718 BOWMAN GREEN DR<br>FIRST INSTALLMENT<br>S103<br>SAAJA/MOTTAG./BEN: CDN LICENSING OY<br>BRBTUS33<br>SHA<br>5593d50b-628a-4255-a<br>cf5-f65b7bdef4eb<br>ALKUP.MÄÄRÄ USD         86962.00+<br>EUR          84414.01+<br>Viite/Ref 2022071400254685<br>USD 86 922,00+<br>VALUUTTAKURSSI 1,029711 | 3 | | +84 414,01 |
| | | **SALDO 19.07.2022**<br>**NOSTOVARA**<br>**PANOT YHTEENSÄ          1 KPL** | | | +88 686,98<br>+88 686,98<br>+84 414,01 |
| **KIRJAUSPÄIVÄ 20.07.2022**<br>**220720593619268213 J**<br>FI06 8000 2617 3393 37<br>DABAFIHH | **20.07.22**<br>20.07.22 | **TILISIIRTO**<br>Matti Saraheimo                       /J<br>Viesti:<br>Koroton osakaslaina | 4 | | -10 000,00 |
| **220720593619267857 A**<br>FI29 5724 4220 0463 26<br>OKOYFIHH | **20.07.22**<br>20.07.22 | **TILISIIRTO**<br>Lauri Valjakka                       /A<br>Viesti:<br>Lisenssimaksu, 102 lisenssi, sopimu<br>s 31.12.2021 | 5 | | -50 000,00 |
| | | **SALDO 20.07.2022**<br>**NOSTOVARA**<br>**OTOT YHTEENSÄ           2 KPL** | | | +28 686,98<br>+28 686,98<br>-60 000,00 |
| **KIRJAUSPÄIVÄ 22.07.2022**<br>**220721500001647148 J** | **21.07.22**<br>21.07.22 | **TILISIIRTO**<br>IP CASE GROUP 1 LLC                     /K<br>Viesti:<br>11718 BOWMAN GREEN DR<br>SECOND INSTALLMENT<br>S103<br>SAAJA/MOTTAG./BEN: CDN LICENSING OY<br>BRBTUS33<br>SHA<br>16c0f41d-16f7-401d-9<br>a16-1afb9cddb47e<br>ALKUP.MÄÄRÄ USD        244750.00+<br>EUR         234607.97+<br>Viite/Ref 2022072000264408<br>USD 244 710,00+<br>VALUUTTAKURSSI 1,043059 | 6 | | +234 607,97 |
| | | **SALDO 22.07.2022**<br>**NOSTOVARA**<br>**PANOT YHTEENSÄ          1 KPL** | | | +263 294,95<br>+263 294,95<br>+234 607,97 |
| **KIRJAUSPÄIVÄ 26.07.2022**<br>**220726593619278699 A**<br>FI21 5094 0020 1468 96<br>OKOYFIHH | **26.07.22**<br>26.07.22 | **TILISIIRTO**<br>Scarabaeus Sacer Oy                  /A<br>Viesti:<br>Jäljelläoleva pääoma + koron osasuo | 7 | | -75 000,00 |

Jatkuu



**Tiliote**  7/2022   3 (3)
Ajalta 1.7. - 29.7.2022

30.7.2022

Tilinumero IBAN: FI05 5620 0920 6940 48    BIC: OKOYFIHH

| Arkistointitunnus<br>Saajan tilinumero<br>Saajan pankin BIC | Maksupvä<br>Arvopvä | Selitys<br>Maksunsaaja/maksaja/viesti/viite | Tap.<br>nro | Tiliöinti | Määrä euroa |
|---|---|---|---|---|---|
| | | ritus 26.7.2022 sopimumksen mukaan | | | |
| | | **SALDO 26.07.2022** | | | +188 294,95 |
| | | **NOSTOVARA** | | | +188 294,95 |
| | | **OTOT YHTEENSÄ        1 KPL** | | | -75 000,00 |
| **KIRJAUSPÄIVÄ 28.07.2022** | | | | | |
| **2207285936191Z0589 J**<br>FI06 8000 2617 3393 37<br>DABAFIHH | **28.07.22**<br>28.07.22 | **TILISIIRTO**<br>Matti Saraheimo              /J<br>Viesti:<br>Osinko ennakkosuoritus | 8 | | -15 000,00 |
| **2207285936191Z0159 A**<br>FI29 5724 4220 0463 26<br>OKOYFIHH | **28.07.22**<br>28.07.22 | **TILISIIRTO**<br>Lauri Valjakka              /A<br>Viesti:<br>Osinko ennakkosuoritus | 9 | | -75 000,00 |
| | | **SALDO 28.07.2022** | | | +98 294,95 |
| | | **NOSTOVARA** | | | +98 294,95 |
| | | **OTOT YHTEENSÄ        2 KPL** | | | -90 000,00 |
| | | **SALDO 29.07.2022** | | | +98 294,95 |
| | | **NOSTOVARA** | | | +98 294,95 |
| | | **PANOT/KAUSI          2 KPL** | | | +319 021,98 |
| | | **OTOT/KAUSI           7 KPL** | | | -226 011,32 |
| | | **PANOT KUUKAUDESSA    2 KPL** | | | +319 021,98 |
| | | **OTOT KUUKAUDESSA     7 KPL** | | | -226 011,32 |
| | | **PANOT VUODESSA       3 KPL** | | | +528 845,49 |
| | | **OTOT VUODESSA       29 KPL** | | | -435 549,98 |