# EXHIBIT 6



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

BIRCH STEWART KOLASCH & BIRCH
PO BOX 747
FALLS CHURCH VA 22040-0747

**MAILED**

MAR 04 2011

OFFICE OF PETITIONS

In re Application of
Valjakka et al.
Application Number: 10/208,685
Filing Date: 07/30/2002
Attorney Docket Number: 0365-0813PUS1

ON PETITION

This is a decision in response to the petition under 37 CFR 1.137(b) filed on December 22, 2010, to revive the above-identified application.

The petition is **GRANTED**.

This application became abandoned on March 24, 2009, for failure to timely file corrected drawings in response to the non-final Office action mailed on December 23, 2009, which set a three (3)-month shortened statutory period for reply. Notice of Abandonment was mailed on July 9, 2010.

Receipt of the amendment filed on December 22, 2010 is acknowledged.

The application is being referred to Technology Center Art Unit 2451 for further processing.

Telephone inquiries concerning this matter may be directed to the undersigned at (571) 272-3231.

Douglas I. Wood
Senior Petitions Attorney
Office of Petitions