# EXHIBIT 10



Gregory K. Peters
Chief Streaming and Partnerships Officer
Netflix
100 Winchester Circle,
Los Gatos, CA 95032


cc: David Hyman, General Counsel


September 29, 2014


Dear Mr. Peters:

SC Intelligent Holding Oy is the sole licensor of the U.S. Patent 8,495,167B2. According to our evaluation reports, Netflix, as the leading content delivery network, is a potential licensee of the aforementioned patent.

From public sources in the April 2014 time frame, it seemed apparent that Netflix was considering an R & D project on digital push distribution through P2P networks to ease the strain on data communication networks and reduce Netflix's reliance on third party technology.

In addition to our patent portfolio (U.S., Europe and China), we developed and field-tested a working digital distribution service, based on our patented solution, from 2002 – 2008 in Finland, with over 32,000 end-users connected to our P2P test service. The six year field test resulted in a modular system of approximately 75,000 well designed lines of code, most of which could be useful for Netflix to exploit today and for many years in the future.

Together with a functional, field-tested P2P distribution system, we could offer Netflix an opportunity to exploit these IP assets, decrease its dependency on CDN platform providers and strengthen its position as the leading content delivery network.

For your convenience, along with this letter, I have inserted the header pages of the patent, which gives you the ability to research this issue in full.

© SC Intelligent Holding Ltd. Lappeenranta, Finland 2014. All rights reserved.



With regard to our CDN solution, we would be pleased to provide you with more detailed information under an NDA, in case you find this subject interesting.

Please let me know when would be a convenient time for us to begin a discussion over various options around the patent.


With Best Regards,

Lauri Valjakka
CEO
SC Intelligent Holding Oy
Lappeenranta
FINLAND

Tel: +358 50 467 0090
e-mail: lauri.valjakka@scih.fi

© SC Intelligent Holding Ltd. Lappeenranta, Finland 2014. All rights reserved.