# EXHIBIT A

CDN Licensing Finland Oy, 3243196-4                              20.10.2021 - 31.12.2022

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 31.12.2022 | TP 2 | 0% | 0,00 | - | Alv 11/2022 | | 627,60 | 0,00 | 627,60 |
| | 31.12.2022 | TP 2 | 0% | 0,00 | - | Alv 12/2022 | | 60,00 | 0,00 | 687,60 |
| | Joulukuu yhteensä | | | 0,00 | | | | 687,60 | 0,00 | **687,60** |
| | **Yhteensä** | | | **0,00** | | | | **687,60** | **0,00** | **687,60** |
| **1763 Arvonlisäverosaamiset** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 0,00 |
| | 16.08.2022 | PT 37 | 0% | 0,00 | - | Emobit Oy | | 720,00 | 0,00 | 720,00 |
| | 31.08.2022 | AT 1 | 0% | 0,00 | | Vähennettävä ALV 082022 | | 0,00 | 780,00 | -60,00 |
| | 31.08.2022 | OL 1 | 0% | 0,00 | - | Relion Oy 12317 | | 60,00 | 0,00 | 0,00 |
| | Elokuu yhteensä | | | 0,00 | | | | 780,00 | 780,00 | **0,00** |
| | 30.09.2022 | AT 2 | 0% | 0,00 | | Vähennettävä ALV 092022 | | 0,00 | 60,00 | -60,00 |
| | 30.09.2022 | MU 2 | 0% | 0,00 | - | Relion Oy | | 60,00 | 0,00 | 0,00 |
| | Syyskuu yhteensä | | | 0,00 | | | | 60,00 | 60,00 | **0,00** |
| | 11.10.2022 | PT 40 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI0556200920694048 nro Tiliotteen numero: 004, 7.10.2022 - 11.10.2022 | | 433,86 | 0,00 | 433,86 |
| | 31.10.2022 | AT 3 | 0% | 0,00 | | Vähennettävä ALV 102022 | | 0,00 | 493,86 | -60,00 |
| | 31.10.2022 | MU 3 | 0% | 0,00 | - | Relion Oy | | 60,00 | 0,00 | 0,00 |
| | Lokakuu yhteensä | | | 0,00 | | | | 493,86 | 493,86 | **0,00** |
| | 14.11.2022 | PT 45 | 0% | 0,00 | - | Laine IP Oy | | 567,60 | 0,00 | 567,60 |
| | 30.11.2022 | AT 4 | 0% | 0,00 | | Vähennettävä ALV 112022 | | 0,00 | 627,60 | -60,00 |
| | 30.11.2022 | MU 5 | 0% | 0,00 | - | Relion Oy 13514 | | 60,00 | 0,00 | 0,00 |
| | Marraskuu yhteensä | | | 0,00 | | | | 627,60 | 627,60 | **0,00** |
| | 31.12.2022 | AT 5 | 0% | 0,00 | | Vähennettävä ALV 122022 | | 0,00 | 60,00 | -60,00 |
| | 31.12.2022 | MU 6 | 0% | 0,00 | - | Relion Oy | | 60,00 | 0,00 | 0,00 |
| | Joulukuu yhteensä | | | 0,00 | | | | 60,00 | 60,00 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **2 021,46** | **2 021,46** | **0,00** |
| **1849 Muut siirtosaamiset** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 0,00 |
| | 20.06.2022 | PT 18 | 0% | 0,00 | - | Ipra Technologies/Relion Oy | | 1 009,05 | 0,00 | 1 009,05 |
| | 20.06.2022 | PT 20 | 0% | 0,00 | - | Ipra Technologies/ Tamora Legal Oy | | 742,56 | 0,00 | 1 751,61 |
| | 20.06.2022 | PT 21 | 0% | 0,00 | - | Ipra Technologies/Tamora Legal | | 124,00 | 0,00 | 1 875,61 |
| | 21.06.2022 | PT 24 | 0% | 0,00 | - | Ipra Technologies/Relion Oy | | 1 860,00 | 0,00 | 3 735,61 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 3 735,61 | 0,00 | **3 735,61** |
| | 12.08.2022 | PT 36 | 0% | 0,00 | - | Ipra Technologies/Relion Oy | | 186,00 | 0,00 | 3 921,61 |
| | Elokuu yhteensä | | | 0,00 | | | | 186,00 | 0,00 | **3 921,61** |
| | **Yhteensä** | | | **0,00** | | | | **3 921,61** | **0,00** | **3 921,61** |
| **1910 Pankkitili 1** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 0,00 |
| | 25.11.2021 | PT 1 | 0% | 0,00 | - | Laina | | 5 000,00 | 0,00 | 5 000,00 |
| | Marraskuu yhteensä | | | 0,00 | | | | 5 000,00 | 0,00 | **5 000,00** |
| | 07.12.2021 | PT 2 | 0% | 0,00 | - | OP | | 0,00 | 0,56 | 4 999,44 |
| | Joulukuu yhteensä | | | 0,00 | | | | 0,00 | 0,56 | **4 999,44** |
| | 07.01.2022 | PT 3 | 0% | 0,00 | - | OP | | 0,00 | 102,90 | 4 896,54 |
| | Tammikuu yhteensä | | | 0,00 | | | | 0,00 | 102,90 | **4 896,54** |
| | 04.02.2022 | PT 4 | 0% | 0,00 | - | OP | | 0,00 | 8,90 | 4 887,64 |
| | Helmikuu yhteensä | | | 0,00 | | | | 0,00 | 8,90 | **4 887,64** |
| | 04.03.2022 | PT 5 | 0% | 0,00 | - | OP | | 0,00 | 9,80 | 4 877,84 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 0,00 | 9,80 | **4 877,84** |
| | 06.04.2022 | PT 6 | 0% | 0,00 | - | OP | | 0,00 | 8,90 | 4 868,94 |
| | 13.04.2022 | PT 7 | 0% | 0,00 | - | Matti Saraheimo | | 0,00 | 1 500,00 | 3 368,94 |
| | 13.04.2022 | PT 8 | 0% | 0,00 | - | Lauri Valjakka | | 0,00 | 1 500,00 | 1 868,94 |
| | 22.04.2022 | PT 9 | 0% | 0,00 | - | IP Case Group, USD 230.000,- | | 209 823,51 | 0,00 | 211 692,45 |
| | 22.04.2022 | PT 10 | 0% | 0,00 | - | Scarabaeus Sacer Oy | | 0,00 | 75 000,00 | 136 692,45 |
| | 22.04.2022 | PT 11 | 0% | 0,00 | - | Matti Saraheimo | | 0,00 | 25 000,00 | 111 692,45 |
| | 22.04.2022 | PT 12 | 0% | 0,00 | - | Lauri Valjakka | | 0,00 | 60 000,00 | 51 692,45 |
| | Huhtikuu yhteensä | | | 0,00 | | | | 209 823,51 | 163 008,90 | **51 692,45** |
| | 02.05.2022 | PT 13 | 0% | 0,00 | - | Laine IP | | 0,00 | 2 125,73 | 49 566,72 |
| | 05.05.2022 | PT 14 | 0% | 0,00 | - | OP | | 0,00 | 24,20 | 49 542,52 |
| | 12.05.2022 | PT 15 | 0% | 0,00 | - | Matti Saraheimo | | 0,00 | 5 000,00 | 44 542,52 |
| | 12.05.2022 | PT 16 | 0% | 0,00 | - | Lauri Valjakka | | 0,00 | 12 000,00 | 32 542,52 |
| | Toukokuu yhteensä | | | 0,00 | | | | 0,00 | 19 149,93 | **32 542,52** |
| | 06.06.2022 | PT 17 | 0% | 0,00 | - | OP | | 0,00 | 9,62 | 32 532,90 |

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | 20.06.2022 | PT 18 | 0% | 0,00 | - | Ipra Technologies/Relion Oy | | 0,00 | 1 009,05 | 31 523,85 |
| | 20.06.2022 | PT 19 | 0% | 0,00 | - | Laine IP | | 0,00 | 2 213,00 | 29 310,85 |
| | 20.06.2022 | PT 20 | 0% | 0,00 | - | Ipra Technologies/ Tamora Legal Oy | | 0,00 | 742,56 | 28 568,29 |
| | 20.06.2022 | PT 21 | 0% | 0,00 | - | Ipra Technologies/Tamora Legal | | 0,00 | 124,00 | 28 444,29 |
| | 21.06.2022 | PT 22 | 0% | 0,00 | - | Matti Saraheimo | | 0,00 | 7 000,00 | 21 444,29 |
| | 21.06.2022 | PT 23 | 0% | 0,00 | - | Lauri Valjakka | | 0,00 | 10 000,00 | 11 444,29 |
| | 21.06.2022 | PT 24 | 0% | 0,00 | - | Ipra Technologies/Relion Oy | | 0,00 | 1 860,00 | 9 584,29 |
| | 28.06.2022 | PT 25 | 0% | 0,00 | - | Matti Saraheimo | | 0,00 | 4 300,00 | 5 284,29 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 0,00 | 27 258,23 | 5 284,29 |
| | 06.07.2022 | PT 26 | 0% | 0,00 | - | OP | | 0,00 | 11,32 | 5 272,97 |
| | 14.07.2022 | PT 27 | 0% | 0,00 | - | Lauri Valjakka | | 0,00 | 1 000,00 | 4 272,97 |
| | 18.07.2022 | PT 28 | 0% | 0,00 | - | IP Case Group, USD 86.962,- | | 84 414,01 | 0,00 | 88 686,98 |
| | 20.07.2022 | PT 29 | 0% | 0,00 | - | Matti Saraheimo | | 0,00 | 10 000,00 | 78 686,98 |
| | 20.07.2022 | PT 30 | 0% | 0,00 | - | Lauri Valjakka, lisenssi 102 | | 0,00 | 50 000,00 | 28 686,98 |
| | 21.07.2022 | PT 31 | 0% | 0,00 | - | IP Case Group, USD 244.750,- | | 234 607,97 | 0,00 | 263 294,95 |
| | 26.07.2022 | PT 32 | 0% | 0,00 | - | Scarabaeus Sacer Oy | | 0,00 | 75 000,00 | 188 294,95 |
| | 28.07.2022 | PT 33 | 0% | 0,00 | - | Matti Saraheimo | | 0,00 | 15 000,00 | 173 294,95 |
| | 28.07.2022 | PT 34 | 0% | 0,00 | - | Lauri Valjakka | | 0,00 | 75 000,00 | 98 294,95 |
| | Heinäkuu yhteensä | | | 0,00 | | | | 319 021,98 | 226 011,32 | 98 294,95 |
| | 04.08.2022 | PT 35 | 0% | 0,00 | - | pankin palvelumaksu | | 0,00 | 40,84 | 98 254,11 |
| | 12.08.2022 | PT 36 | 0% | 0,00 | - | Ipra Technologies/Relion Oy | | 0,00 | 186,00 | 98 068,11 |
| | 16.08.2022 | PT 37 | 0% | 0,00 | - | Emobit Oy | | 0,00 | 3 720,00 | 94 348,11 |
| | Elokuu yhteensä | | | 0,00 | | | | 0,00 | 3 946,84 | 94 348,11 |
| | 05.09.2022 | MU 1 | 0% | 0,00 | - | pankin palvelumaksu | | 0,00 | 9,88 | 94 338,23 |
| | 20.09.2022 | PT 38 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI0556200920694048 nro Tiliotteen numero: 002, 7.9.2022 - 20.9.2022 | | 0,00 | 310,00 | 94 028,23 |
| | Syyskuu yhteensä | | | 0,00 | | | | 0,00 | 319,88 | 94 028,23 |
| | 06.10.2022 | PT 39 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI0556200920694048 nro Tiliotteen numero: 003, 21.9.2022 - 6.10.2022 | | 0,00 | 12,64 | 94 015,59 |
| | 11.10.2022 | PT 40 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI0556200920694048 nro Tiliotteen numero: 004, 7.10.2022 - 11.10.2022 | | 0,00 | 2 241,60 | 91 773,99 |
| | 13.10.2022 | PT 41 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI0556200920694048 nro Tiliotteen numero: 005, 12.10.2022 - 13.10.2022 | | 780,01 | 0,00 | 92 554,00 |
| | 17.10.2022 | PT 42 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI0556200920694048 nro Tiliotteen numero: 006, 14.10.2022 - 17.10.2022 | | 0,00 | 310,00 | 92 244,00 |
| | Lokakuu yhteensä | | | 0,00 | | | | 780,01 | 2 564,24 | 92 244,00 |
| | 01.11.2022 | PT 43 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI0556200920694048 nro Tiliotteen numero: 007, 18.10.2022 - 1.11.2022 | | 60,00 | 0,00 | 92 304,00 |
| | 04.11.2022 | PT 44 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI0556200920694048 nro Tiliotteen numero: 008, 2.11.2022 - 4.11.2022 | | 0,00 | 15,54 | 92 288,46 |
| | 14.11.2022 | PT 45 | 0% | 0,00 | - | Laine IP Oy | | 0,00 | 3 762,60 | 88 525,86 |
| | 18.11.2022 | PT 46 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI0556200920694048 nro Tiliotteen numero: 010, 15.11.2022 - 18.11.2022 | | 0,00 | 1 000,00 | 87 525,86 |
| | 21.11.2022 | PT 47 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI0556200920694048 nro Tiliotteen numero: 011, 19.11.2022 - 21.11.2022 | | 0,00 | 310,00 | 87 215,86 |
| | 24.11.2022 | PT 48 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI0556200920694048 nro Tiliotteen numero: 012, 22.11.2022 - 24.11.2022 | | 493,86 | 0,00 | 87 709,72 |
| | Marraskuu yhteensä | | | 0,00 | | | | 553,86 | 5 088,14 | 87 709,72 |
| | 07.12.2022 | PT 49 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI0556200920694048 nro Tiliotteen numero: 013, 25.11.2022 - 7.12.2022 | | 0,00 | 19,64 | 87 690,08 |
| | Joulukuu yhteensä | | | 0,00 | | | | 0,00 | 19,64 | 87 690,08 |
| | **Yhteensä** | | | **0,00** | | | | **535 179,36** | **447 489,28** | **87 690,08** |

### 2371 Tilikauden voitto

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 31.12.2022 | T 1 | 0% | 0,00 | - | Tilikauden voitto | | 0,00 | 213 316,77 | -213 316,77 |
| | Joulukuu yhteensä | | | 0,00 | | | | 0,00 | 213 316,77 | **-213 316,77** |
| | **Yhteensä** | | | **0,00** | | | | **0,00** | **213 316,77** | **-213 316,77** |

### 2621 Pitkäaikainen rahoituslaitoslaina 1

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 25.11.2021 | PT 1 | 0% | 0,00 | - | Scarabaeus Sacer Oy | | 0,00 | 100 000,00 | -100 000,00 |
| | Marraskuu yhteensä | | | 0,00 | | | | 0,00 | 100 000,00 | **-100 000,00** |
| | **Yhteensä** | | | **0,00** | | | | **0,00** | **100 000,00** | **-100 000,00** |

### 2873 Ostovelat 3

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 31.08.2022 | OL 1 | 0% | 0,00 | - | Relion Oy 12317 | | 0,00 | 310,00 | -310,00 |

CDN Licensing Finland Oy, 3243196-4                                         20.10.2021 - 31.12.2022

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | Elokuu yhteensä | | | 0,00 | | | | 0,00 | 310,00 | **-310,00** |
| | 20.09.2022 | PT 38 | 0% | 0,00 | - | TILISIIRTO Relion Oy,00000000000000123178 | | 310,00 | 0,00 | 0,00 |
| | 30.09.2022 | MU 2 | 0% | 0,00 | - | Relion Oy | | 0,00 | 310,00 | -310,00 |
| | Syyskuu yhteensä | | | 0,00 | | | | 310,00 | 310,00 | **-310,00** |
| | 17.10.2022 | PT 42 | 0% | 0,00 | - | TILISIIRTO Relion Oy,00000000000000128102 | | 310,00 | 0,00 | 0,00 |
| | 31.10.2022 | MU 3 | 0% | 0,00 | - | Relion Oy | | 0,00 | 310,00 | -310,00 |
| | Lokakuu yhteensä | | | 0,00 | | | | 310,00 | 310,00 | **-310,00** |
| | 21.11.2022 | PT 47 | 0% | 0,00 | - | TILISIIRTO Relion Oy,00000000000000131348 | | 310,00 | 0,00 | 0,00 |
| | 30.11.2022 | MU 5 | 0% | 0,00 | - | Relion Oy 13514 | | 0,00 | 310,00 | -310,00 |
| | Marraskuu yhteensä | | | 0,00 | | | | 310,00 | 310,00 | **-310,00** |
| | 31.12.2022 | MU 6 | 0% | 0,00 | - | Relion Oy 13834 | | 0,00 | 310,00 | -620,00 |
| | Joulukuu yhteensä | | | 0,00 | | | | 0,00 | 310,00 | **-620,00** |
| | **Yhteensä** | | | **0,00** | | | | **930,00** | **1 550,00** | **-620,00** |
| **2948 Verotili** | | | | | | Alkusaldo | | | | 0,00 |
| | 31.08.2022 | AT 1 | 0% | 0,00 | | Maksettava ALV 082022 | | 780,00 | 0,00 | 780,00 |
| | Elokuu yhteensä | | | 0,00 | | | | 780,00 | 0,00 | **780,00** |
| | 30.09.2022 | AT 2 | 0% | 0,00 | | Maksettava ALV 092022 | | 60,00 | 0,00 | 840,00 |
| | Syyskuu yhteensä | | | 0,00 | | | | 60,00 | 0,00 | **840,00** |
| | 13.10.2022 | PT 41 | 0% | 0,00 | - | TILISIIRTO VEROHALLINTO | | 0,00 | 780,01 | 59,99 |
| | 31.10.2022 | AT 3 | 0% | 0,00 | | Maksettava ALV 102022 | | 493,86 | 0,00 | 553,85 |
| | 31.10.2022 | MU 4 | 0% | 0,00 | - | Verohallinto | | 0,01 | 0,00 | 553,86 |
| | Lokakuu yhteensä | | | 0,00 | | | | 493,87 | 780,01 | **553,86** |
| | 01.11.2022 | PT 43 | 0% | 0,00 | - | TILISIIRTO VEROHALLINTO | | 0,00 | 60,00 | 493,86 |
| | 24.11.2022 | PT 48 | 0% | 0,00 | - | TILISIIRTO VEROHALLINTO | | 0,00 | 493,86 | 0,00 |
| | 30.11.2022 | AT 4 | 0% | 0,00 | | Maksettava ALV 112022 | | 627,60 | 0,00 | 627,60 |
| | Marraskuu yhteensä | | | 0,00 | | | | 627,60 | 553,86 | **627,60** |
| | 31.12.2022 | AT 5 | 0% | 0,00 | | Maksettava ALV 122022 | | 60,00 | 0,00 | 687,60 |
| | 31.12.2022 | TP 2 | 0% | 0,00 | - | | | 0,00 | 687,60 | 0,00 |
| | Joulukuu yhteensä | | | 0,00 | | | | 60,00 | 687,60 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **2 021,47** | **2 021,47** | **0,00** |
| **2967 Korkomenot (siirtovelat)** | | | | | | Alkusaldo | | | | 0,00 |
| | 25.11.2021 | PT 1 | 0% | 0,00 | - | Laina | | 0,00 | 200 000,00 | -200 000,00 |
| | Marraskuu yhteensä | | | 0,00 | | | | 0,00 | 200 000,00 | **-200 000,00** |
| | 22.04.2022 | PT 10 | 0% | 0,00 | - | Scarabaeus Sacer Oy | | 75 000,00 | 0,00 | -125 000,00 |
| | Huhtikuu yhteensä | | | 0,00 | | | | 75 000,00 | 0,00 | **-125 000,00** |
| | 26.07.2022 | PT 32 | 0% | 0,00 | - | Scarabaeus Sacer Oy | | 75 000,00 | 0,00 | -50 000,00 |
| | Heinäkuu yhteensä | | | 0,00 | | | | 75 000,00 | 0,00 | **-50 000,00** |
| | **Yhteensä** | | | **0,00** | | | | **150 000,00** | **200 000,00** | **-50 000,00** |
| **2968 Tuloverot (siirtovelat)** | | | | | | Alkusaldo | | | | 0,00 |
| | 31.12.2022 | TP 3 | 0% | 0,00 | - | Verovelka | | 0,00 | 53 329,19 | -53 329,19 |
| | Joulukuu yhteensä | | | 0,00 | | | | 0,00 | 53 329,19 | **-53 329,19** |
| | **Yhteensä** | | | **0,00** | | | | **0,00** | **53 329,19** | **-53 329,19** |
| **2981 Laskennalliset verovelat** | | | | | | Alkusaldo | | | | 0,00 |
| | 31.07.2022 | JK 11 | 0% | 0,00 | - | lask verovelka per 31.7.2022 | | 0,00 | 61 540,96 | -61 540,96 |
| | Heinäkuu yhteensä | | | 0,00 | | | | 0,00 | 61 540,96 | **-61 540,96** |
| | 31.08.2022 | JK 12 | 0% | 0,00 | - | lask verovelka per 31.7.2022 | | 61 540,96 | 0,00 | 0,00 |
| | 31.08.2022 | JK 13 | 0% | 0,00 | - | lask. verovelka per 31.8.2022 | | 0,00 | 60 128,34 | -60 128,34 |
| | Elokuu yhteensä | | | 0,00 | | | | 61 540,96 | 60 128,34 | **-60 128,34** |
| | 30.09.2022 | JK 14 | 0% | 0,00 | - | lask. verovelka per 31.8.2022 | | 60 128,34 | 0,00 | 0,00 |
| | 30.09.2022 | JK 16 | 0% | 0,00 | - | lask. verovelka per 30.9.2022 | | 0,00 | 59 332,52 | -59 332,52 |
| | Syyskuu yhteensä | | | 0,00 | | | | 60 128,34 | 59 332,52 | **-59 332,52** |
| | 31.10.2022 | JK 18 | 0% | 0,00 | - | lask. verovelka per 30.9.2022 | | 59 332,52 | 0,00 | 0,00 |
| | 31.10.2022 | JK 19 | 0% | 0,00 | - | Lask. verovelka per 31.10.2022 | | 0,00 | 58 168,26 | -58 168,26 |
| | Lokakuu yhteensä | | | 0,00 | | | | 59 332,52 | 58 168,26 | **-58 168,26** |
| | 30.11.2022 | JK 20 | 0% | 0,00 | - | Lask. verovelka per 31.10.2022 | | 58 168,26 | 0,00 | 0,00 |
| | 30.11.2022 | JK 22 | 0% | 0,00 | - | Lask. verovelka per 30.11.2022 | | 0,00 | 56 721,10 | -56 721,10 |
| | Marraskuu yhteensä | | | 0,00 | | | | 58 168,26 | 56 721,10 | **-56 721,10** |
| | 01.12.2022 | JK 23 | 0% | 0,00 | - | Lask. verovelka per 30.11.2022 | | 56 721,10 | 0,00 | 0,00 |

CDN Licensing Finland Oy, 3243196-4                                         20.10.2021 - 31.12.2022

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | Joulukuu yhteensä | | | 0,00 | | | | 56 721,10 | 0,00 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **295 891,18** | **295 891,18** | **0,00** |
| **3000 Myynti** | | | | | | Alkusaldo | | | | 0,00 |
| | 22.04.2022 | PT 9 | 0% | 0,00 | - | IP Case Group, USD 230.000,- | | 0,00 | 209 823,51 | -209 823,51 |
| | Huhtikuu yhteensä | | | 0,00 | | | | 0,00 | 209 823,51 | **-209 823,51** |
| | 18.07.2022 | PT 28 | 0% | 0,00 | - | IP Case Group, USD 86.962,- | | 0,00 | 84 414,01 | -294 237,52 |
| | 21.07.2022 | PT 31 | 0% | 0,00 | - | IP Case Group, USD 244.750,- | | 0,00 | 234 607,97 | -528 845,49 |
| | Heinäkuu yhteensä | | | 0,00 | | | | 0,00 | 319 021,98 | **-528 845,49** |
| | **Yhteensä** | | | **0,00** | | | | **0,00** | **528 845,49** | **-528 845,49** |
| **6830 Poisto aineettomista oikeuksista** | | | | | | Alkusaldo | | | | 0,00 |
| | 31.12.2022 | TP 1 | 0% | 0,00 | - | Poisto 3 vuotta | | 48 333,33 | 0,00 | 48 333,33 |
| | Joulukuu yhteensä | | | 0,00 | | | | 48 333,33 | 0,00 | **48 333,33** |
| | **Yhteensä** | | | **0,00** | | | | **48 333,33** | **0,00** | **48 333,33** |
| **6899 Laskennallinen poisto** | | | | | | Alkusaldo | | | | 0,00 |
| | 30.11.2021 | JK 1 | 0% | 0,00 | - | Poisto 1 kk | | 2 261,90 | 0,00 | 2 261,90 |
| | Marraskuu yhteensä | | | 0,00 | | | | 2 261,90 | 0,00 | **2 261,90** |
| | 31.12.2021 | JK 2 | 0% | 0,00 | - | Poisto 1 kk | | 2 261,90 | 0,00 | 4 523,80 |
| | Joulukuu yhteensä | | | 0,00 | | | | 2 261,90 | 0,00 | **4 523,80** |
| | 31.01.2022 | JK 3 | 0% | 0,00 | - | Poisto 1 kk | | 2 261,90 | 0,00 | 6 785,70 |
| | Tammikuu yhteensä | | | 0,00 | | | | 2 261,90 | 0,00 | **6 785,70** |
| | 28.02.2022 | JK 4 | 0% | 0,00 | - | Poisto 1 kk | | 2 261,90 | 0,00 | 9 047,60 |
| | Helmikuu yhteensä | | | 0,00 | | | | 2 261,90 | 0,00 | **9 047,60** |
| | 31.03.2022 | JK 5 | 0% | 0,00 | - | Poisto 1 kk | | 2 261,90 | 0,00 | 11 309,50 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 2 261,90 | 0,00 | **11 309,50** |
| | 30.04.2022 | JK 6 | 0% | 0,00 | - | Poisto 1 kk | | 2 261,90 | 0,00 | 13 571,40 |
| | Huhtikuu yhteensä | | | 0,00 | | | | 2 261,90 | 0,00 | **13 571,40** |
| | 31.05.2022 | JK 7 | 0% | 0,00 | - | Poisto 1 kk | | 2 261,90 | 0,00 | 15 833,30 |
| | Toukokuu yhteensä | | | 0,00 | | | | 2 261,90 | 0,00 | **15 833,30** |
| | 30.06.2022 | JK 8 | 0% | 0,00 | - | Poisto 1 kk | | 2 261,90 | 0,00 | 18 095,20 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 2 261,90 | 0,00 | **18 095,20** |
| | 31.07.2022 | JK 9 | 0% | 0,00 | - | Poisto 1 kk | | 3 650,79 | 0,00 | 21 745,99 |
| | Heinäkuu yhteensä | | | 0,00 | | | | 3 650,79 | 0,00 | **21 745,99** |
| | 31.08.2022 | JK 10 | 0% | 0,00 | - | Poisto 1 kk | | 3 650,79 | 0,00 | 25 396,78 |
| | Elokuu yhteensä | | | 0,00 | | | | 3 650,79 | 0,00 | **25 396,78** |
| | 30.09.2022 | JK 15 | 0% | 0,00 | - | Poisto 1 kk | | 3 650,79 | 0,00 | 29 047,57 |
| | Syyskuu yhteensä | | | 0,00 | | | | 3 650,79 | 0,00 | **29 047,57** |
| | 31.10.2022 | JK 17 | 0% | 0,00 | - | Poisto 1 kk | | 3 650,79 | 0,00 | 32 698,36 |
| | Lokakuu yhteensä | | | 0,00 | | | | 3 650,79 | 0,00 | **32 698,36** |
| | 30.11.2022 | JK 21 | 0% | 0,00 | - | Poisto 1 kk | | 3 650,79 | 0,00 | 36 349,15 |
| | Marraskuu yhteensä | | | 0,00 | | | | 3 650,79 | 0,00 | **36 349,15** |
| | 01.12.2022 | JK 24 | 0% | 0,00 | - | laskennallisen poiston purku | | 0,00 | 36 349,15 | 0,00 |
| | Joulukuu yhteensä | | | 0,00 | | | | 0,00 | 36 349,15 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **36 349,15** | **36 349,15** | **0,00** |
| **8310 Patentit, mallisuoja ja tavaramerkit** | | | | | | Alkusaldo | | | | 0,00 |
| | 02.05.2022 | PT 13 | 0% | 0,00 | KOOS | Laine IP | | 2 125,73 | 0,00 | 2 125,73 |
| | Toukokuu yhteensä | | | 0,00 | | | | 2 125,73 | 0,00 | **2 125,73** |
| | 20.06.2022 | PT 19 | 0% | 0,00 | KOOS | Laine IP | | 2 213,00 | 0,00 | 4 338,73 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 2 213,00 | 0,00 | **4 338,73** |
| | 11.10.2022 | PT 40 | 24% | 433,86 | KOOS | TILISIIRTO Laine IP Oy,00000000000022045878 | | 1 807,74 | 0,00 | 6 146,47 |
| | Lokakuu yhteensä | | | 433,86 | | | | 1 807,74 | 0,00 | **6 146,47** |
| | 14.11.2022 | PT 45 | 0% | 0,00 | KOOS | Laine IP Oy | | 830,00 | 0,00 | 6 976,47 |
| | 14.11.2022 | PT 45 | 24% | 567,60 | KOOS | Laine IP Oy | | 2 365,00 | 0,00 | 9 341,47 |
| | Marraskuu yhteensä | | | 567,60 | | | | 3 195,00 | 0,00 | **9 341,47** |
| | **Yhteensä** | | | **1 001,46** | | | | **9 341,47** | **0,00** | **9 341,47** |
| **8380 Taloushallintopalvelut** | | | | | | Alkusaldo | | | | 0,00 |
| | 31.08.2022 | OL 1 | 24% | 60,00 | KOOS | Relion Oy 12317 | | 250,00 | 0,00 | 250,00 |

CDN Licensing Finland Oy, 3243196-4                                          20.10.2021 - 31.12.2022

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | Elokuu yhteensä | | | 60,00 | | | | 250,00 | 0,00 | **250,00** |
| | 30.09.2022 | MU 2 | 24% | 60,00 | KOOS | Relion Oy | | 250,00 | 0,00 | 500,00 |
| | Syyskuu yhteensä | | | 60,00 | | | | 250,00 | 0,00 | **500,00** |
| | 31.10.2022 | MU 3 | 24% | 60,00 | KOOS | Relion Oy | | 250,00 | 0,00 | 750,00 |
| | Lokakuu yhteensä | | | 60,00 | | | | 250,00 | 0,00 | **750,00** |
| | 30.11.2022 | MU 5 | 24% | 60,00 | KOOS | Relion Oy 13514 | | 250,00 | 0,00 | 1 000,00 |
| | Marraskuu yhteensä | | | 60,00 | | | | 250,00 | 0,00 | **1 000,00** |
| | 31.12.2022 | MU 6 | 24% | 60,00 | KOOS | Relion Oy | | 250,00 | 0,00 | 1 250,00 |
| | Joulukuu yhteensä | | | 60,00 | | | | 250,00 | 0,00 | **1 250,00** |
| | **Yhteensä** | | | **300,00** | | | | **1 250,00** | **0,00** | **1 250,00** |
| **8410 Laki ja konsultointipalvelut** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 0,00 |
| | 16.08.2022 | PT 37 | 24% | 720,00 | KOOS | Emobit Oy | | 3 000,00 | 0,00 | 3 000,00 |
| | Elokuu yhteensä | | | 720,00 | | | | 3 000,00 | 0,00 | **3 000,00** |
| | **Yhteensä** | | | **720,00** | | | | **3 000,00** | **0,00** | **3 000,00** |
| **8560 Rahaliikenteen kulut** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 0,00 |
| | 07.12.2021 | PT 2 | 0% | 0,00 | KOOS | OP | | 0,56 | 0,00 | 0,56 |
| | Joulukuu yhteensä | | | 0,00 | | | | 0,56 | 0,00 | **0,56** |
| | 07.01.2022 | PT 3 | 0% | 0,00 | KOOS | OP | | 102,90 | 0,00 | 103,46 |
| | Tammikuu yhteensä | | | 0,00 | | | | 102,90 | 0,00 | **103,46** |
| | 04.02.2022 | PT 4 | 0% | 0,00 | KOOS | OP | | 8,90 | 0,00 | 112,36 |
| | Helmikuu yhteensä | | | 0,00 | | | | 8,90 | 0,00 | **112,36** |
| | 04.03.2022 | PT 5 | 0% | 0,00 | KOOS | OP | | 9,80 | 0,00 | 122,16 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 9,80 | 0,00 | **122,16** |
| | 06.04.2022 | PT 6 | 0% | 0,00 | KOOS | OP | | 8,90 | 0,00 | 131,06 |
| | Huhtikuu yhteensä | | | 0,00 | | | | 8,90 | 0,00 | **131,06** |
| | 05.05.2022 | PT 14 | 0% | 0,00 | KOOS | OP | | 24,20 | 0,00 | 155,26 |
| | Toukokuu yhteensä | | | 0,00 | | | | 24,20 | 0,00 | **155,26** |
| | 06.06.2022 | PT 17 | 0% | 0,00 | KOOS | OP | | 9,62 | 0,00 | 164,88 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 9,62 | 0,00 | **164,88** |
| | 06.07.2022 | PT 26 | 0% | 0,00 | KOOS | OP | | 11,32 | 0,00 | 176,20 |
| | Heinäkuu yhteensä | | | 0,00 | | | | 11,32 | 0,00 | **176,20** |
| | 04.08.2022 | PT 35 | 0% | 0,00 | KOOS | pankin palvelumaksu | | 40,84 | 0,00 | 217,04 |
| | Elokuu yhteensä | | | 0,00 | | | | 40,84 | 0,00 | **217,04** |
| | 05.09.2022 | MU 1 | 0% | 0,00 | KOOS | pankin palvelumaksu | | 9,88 | 0,00 | 226,92 |
| | Syyskuu yhteensä | | | 0,00 | | | | 9,88 | 0,00 | **226,92** |
| | 06.10.2022 | PT 39 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI,000000000033495465447 | | 12,64 | 0,00 | 239,56 |
| | Lokakuu yhteensä | | | 0,00 | | | | 12,64 | 0,00 | **239,56** |
| | 04.11.2022 | PT 44 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI,000000000033531660397 | | 15,54 | 0,00 | 255,10 |
| | Marraskuu yhteensä | | | 0,00 | | | | 15,54 | 0,00 | **255,10** |
| | 07.12.2022 | PT 49 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI,000000000033567853783 | | 19,64 | 0,00 | 274,74 |
| | Joulukuu yhteensä | | | 0,00 | | | | 19,64 | 0,00 | **274,74** |
| | **Yhteensä** | | | **0,00** | | | | **274,74** | **0,00** | **274,74** |
| **9240 Palautettava yhteisökorko/palautuskorko** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 0,00 |
| | 31.10.2022 | MU 4 | 0% | 0,00 | - | Verohallinto | | 0,00 | 0,01 | -0,01 |
| | Lokakuu yhteensä | | | 0,00 | | | | 0,00 | 0,01 | **-0,01** |
| | **Yhteensä** | | | **0,00** | | | | **0,00** | **0,01** | **-0,01** |
| **9470 Korkokulut rahoitusyhtiölainoista** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 0,00 |
| | 25.11.2021 | PT 1 | 0% | 0,00 | KOOS | Laina | | 200 000,00 | 0,00 | 200 000,00 |
| | Marraskuu yhteensä | | | 0,00 | | | | 200 000,00 | 0,00 | **200 000,00** |
| | **Yhteensä** | | | **0,00** | | | | **200 000,00** | **0,00** | **200 000,00** |
| **9940 Tilikauden verojaksotus** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 0,00 |
| | 31.12.2022 | TP 3 | 0% | 0,00 | - | Verovelka | | 53 329,19 | 0,00 | 53 329,19 |
| | Joulukuu yhteensä | | | 0,00 | | | | 53 329,19 | 0,00 | **53 329,19** |
| | **Yhteensä** | | | **0,00** | | | | **53 329,19** | **0,00** | **53 329,19** |

CDN Licensing Finland Oy, 3243196-4                                                                                                    20.10.2021 - 31.12.2022

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| **9970 Laskennalliset verot** | | | | | | Alkusaldo | | | | 0,00 |
| | 31.07.2022 | JK 11 | 0% | 0,00 | - | lask verovelka per 31.7.2022 | | 61 540,96 | 0,00 | 61 540,96 |
| | Heinäkuu yhteensä | | | 0,00 | | | | 61 540,96 | 0,00 | **61 540,96** |
| | 31.08.2022 | JK 12 | 0% | 0,00 | - | lask verovelka per 31.7.2022 | | 0,00 | 61 540,96 | 0,00 |
| | 31.08.2022 | JK 13 | 0% | 0,00 | - | lask. verovelka per 31.8.2022 | | 60 128,34 | 0,00 | 60 128,34 |
| | Elokuu yhteensä | | | 0,00 | | | | 60 128,34 | 61 540,96 | **60 128,34** |
| | 30.09.2022 | JK 14 | 0% | 0,00 | - | lask. verovelka per 31.8.2022 | | 0,00 | 60 128,34 | 0,00 |
| | 30.09.2022 | JK 16 | 0% | 0,00 | - | lask. verovelka per 30.9.2022 | | 59 332,52 | 0,00 | 59 332,52 |
| | Syyskuu yhteensä | | | 0,00 | | | | 59 332,52 | 60 128,34 | **59 332,52** |
| | 31.10.2022 | JK 18 | 0% | 0,00 | - | lask. verovelka per 30.9.2022 | | 0,00 | 59 332,52 | 0,00 |
| | 31.10.2022 | JK 19 | 0% | 0,00 | - | Lask. verovelka per 31.10.2022 | | 58 168,26 | 0,00 | 58 168,26 |
| | Lokakuu yhteensä | | | 0,00 | | | | 58 168,26 | 59 332,52 | **58 168,26** |
| | 30.11.2022 | JK 20 | 0% | 0,00 | - | Lask. verovelka per 31.10.2022 | | 0,00 | 58 168,26 | 0,00 |
| | 30.11.2022 | JK 22 | 0% | 0,00 | - | Lask. verovelka per 30.11.2022 | | 56 721,10 | 0,00 | 56 721,10 |
| | Marraskuu yhteensä | | | 0,00 | | | | 56 721,10 | 58 168,26 | **56 721,10** |
| | 01.12.2022 | JK 23 | 0% | 0,00 | - | Lask. verovelka per 30.11.2022 | | 0,00 | 56 721,10 | 0,00 |
| | Joulukuu yhteensä | | | 0,00 | | | | 0,00 | 56 721,10 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **295 891,18** | **295 891,18** | **0,00** |
| | | | | | | | | | | |
| | **Kausi yhteensä** | | | **2 021,46** | | | | **2 048 070,89** | **2 261 387,66** | |

CDN Licensing Finland Oy, 3243196-4  20.10.2021 - 31.12.2022

## Hakuehdot

Päivämääräväli    20.10.2021 - 31.12.2022