# EXHIBIT B

**CDN Licensing Finland Oy, 3243196-4**                                   **01.01.2023 - 31.12.2023**

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|------|---------|--------|-------|--------|-----------|--------|-----------------|-------|--------|-------|
| | 31.07.2023 | AT 7 | 0% | 0,00 | | Vähennettävä ALV 072023 | | 0,00 | 527,00 | 0,00 |
| | Heinäkuu yhteensä | | | 0,00 | | | | 527,00 | 527,00 | **0,00** |
| | 01.08.2023 | MU 8 | 0% | 0,00 | - | Relion Oy | | 127,20 | 0,00 | 127,20 |
| | 07.08.2023 | PT 42 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 029 05.08.2023 - 07.08.2023 | | 83,52 | 0,00 | 210,72 |
| | 18.08.2023 | PT 44 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 031 16.08.2023 - 18.08.2023 | | 20,63 | 0,00 | 231,35 |
| | 31.08.2023 | AT 8 | 0% | 0,00 | | Vähennettävä ALV 082023 | | 0,00 | 231,35 | 0,00 |
| | Elokuu yhteensä | | | 0,00 | | | | 231,35 | 231,35 | **0,00** |
| | 18.09.2023 | PT 59 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 039 12.09.2023 - 18.09.2023 | | 17,68 | 0,00 | 17,68 |
| | 30.09.2023 | AT 9 | 0% | 0,00 | | Vähennettävä ALV 092023 | | 0,00 | 17,68 | 0,00 |
| | Syyskuu yhteensä | | | 0,00 | | | | 17,68 | 17,68 | **0,00** |
| | 01.10.2023 | MU 9 | 0% | 0,00 | - | Elisa Oyj 1.6.2023 | | 37,04 | 0,00 | 37,04 |
| | 09.10.2023 | PT 61 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 041 06.10.2023 - 09.10.2023 | | 63,60 | 0,00 | 100,64 |
| | 16.10.2023 | PT 65 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 044 13.10.2023 - 16.10.2023 | | 35,46 | 0,00 | 136,10 |
| | 31.10.2023 | AT 10 | 0% | 0,00 | | Vähennettävä ALV 102023 | | 0,00 | 136,10 | 0,00 |
| | Lokakuu yhteensä | | | 0,00 | | | | 136,10 | 136,10 | **0,00** |
| | 13.11.2023 | PT 73 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 049 08.11.2023 - 13.11.2023 | | 70,77 | 0,00 | 70,77 |
| | 20.11.2023 | PT 74 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 050 14.11.2023 - 20.11.2023 | | 85,11 | 0,00 | 155,88 |
| | 20.11.2023 | MU 11 | 0% | 0,00 | - | Elisa | | 26,07 | 0,00 | 181,95 |
| | 30.11.2023 | AT 11 | 0% | 0,00 | - | Vähennettävä ALV 11/2023 | | 0,00 | 181,95 | 0,00 |
| | Marraskuu yhteensä | | | 0,00 | | | | 181,95 | 181,95 | **0,00** |
| | 01.12.2023 | PT 78 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 052 22.11.2023 - 01.12.2023 | | 78,32 | 0,00 | 78,32 |
| | 01.12.2023 | MU 13 | 0% | 0,00 | - | Sigmatic | | 24,00 | 0,00 | 102,32 |
| | 18.12.2023 | PT 81 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 055 13.12.2023 - 18.12.2023 | | 24,71 | 0,00 | 127,03 |
| | 31.12.2023 | AT 12 | 0% | 0,00 | - | Vähennettävä ALV 12/2023 | | 0,00 | 109,50 | 17,53 |
| | 31.12.2023 | MU 14 | 0% | 0,00 | - | Elisa Oyj | | 20,25 | 0,00 | 37,78 |
| | 31.12.2023 | MU 15 | 0% | 0,00 | - | puhelimen yksityiskäyttö | | 0,00 | 37,78 | 0,00 |
| | Joulukuu yhteensä | | | 0,00 | | | | 147,28 | 147,28 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **1 671,30** | **1 671,30** | **0,00** |

### 1777 Selvittelytili

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|------|---------|--------|-------|--------|-----------|--------|-----------------|-------|--------|-------|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 01.06.2023 | PT 27 | 0% | 0,00 | - | TILISIIRTO ELISA OYJ 00000000803412960113 | | 191,36 | 0,00 | 191,36 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 191,36 | 0,00 | **191,36** |
| | 01.10.2023 | MU 9 | 0% | 0,00 | - | Elisa Oyj 1.6.2023 | | 0,00 | 191,36 | 0,00 |
| | Lokakuu yhteensä | | | 0,00 | | | | 0,00 | 191,36 | **0,00** |
| | 01.11.2023 | PT 68 | 0% | 0,00 | - | TILISIIRTO Sigmatic Telia Finland Oy 00000000000002954316 | | 124,00 | 0,00 | 124,00 |
| | Marraskuu yhteensä | | | 0,00 | | | | 124,00 | 0,00 | **124,00** |
| | 01.12.2023 | MU 13 | 0% | 0,00 | - | Sigmatic | | 0,00 | 124,00 | 0,00 |
| | Joulukuu yhteensä | | | 0,00 | | | | 0,00 | 124,00 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **315,36** | **315,36** | **0,00** |

### 1819 Muut menoennakot (siirtosaamiset)

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|------|---------|--------|-------|--------|-----------|--------|-----------------|-------|--------|-------|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 19.10.2023 | PT 67 | 0% | 0,00 | - | ELISA OYJ 00000000803415238664, maks 2x | | 183,21 | 0,00 | 183,21 |
| | Lokakuu yhteensä | | | 0,00 | | | | 183,21 | 0,00 | **183,21** |
| | 20.11.2023 | MU 11 | 0% | 0,00 | - | Elisa | | 0,00 | 134,72 | 48,49 |
| | Marraskuu yhteensä | | | 0,00 | | | | 0,00 | 134,72 | **48,49** |
| | **Yhteensä** | | | **0,00** | | | | **183,21** | **134,72** | **48,49** |

### 1849 Muut siirtosaamiset

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|------|---------|--------|-------|--------|-----------|--------|-----------------|-------|--------|-------|
| | | | | | | Alkusaldo | | | | 3 921,61 |
| | 06.02.2023 | PT 7 | 0% | 0,00 | - | Relion Oy, maks 2 x | | 310,00 | 0,00 | 4 231,61 |
| | Helmikuu yhteensä | | | 0,00 | | | | 310,00 | 0,00 | **4 231,61** |
| | 17.03.2023 | MU 3 | 0% | 0,00 | - | Relion, kuittaus | | 0,00 | 310,00 | 3 921,61 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 0,00 | 310,00 | **3 921,61** |
| | 08.05.2023 | PT 17 | 0% | 0,00 | - | Ipra Technologies/Relion Oy | | 48,24 | 0,00 | 3 969,85 |
| | 08.05.2023 | PT 18 | 0% | 0,00 | - | Ipra Technologies/Relion Oy | | 38,24 | 0,00 | 4 008,09 |
| | 16.05.2023 | PT 21 | 0% | 0,00 | - | Ipra Technologies/Relion Oy | | 41,97 | 0,00 | 4 050,06 |

**CDN Licensing Finland Oy, 3243196-4**                                                                **01.01.2023 - 31.12.2023**

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|------|---------|--------|-------|--------|------------|--------|-----------------|-------|--------|-------|
| | 16.05.2023 | PT 22 | 0% | 0,00 | - | Ipra Technologies/Relion Oy | | 41,97 | 0,00 | 4 092,03 |
| | 16.05.2023 | PT 23 | 0% | 0,00 | - | Ipra Technologies/Relion Oy | | 149,50 | 0,00 | 4 241,53 |
| | 16.05.2023 | PT 24 | 0% | 0,00 | - | Ipra Technologies/Relion Oy | | 42,93 | 0,00 | 4 284,46 |
| | Toukokuu yhteensä | | | 0,00 | | | | 362,85 | 0,00 | **4 284,46** |
| | 11.09.2023 | PT 55 | 0% | 0,00 | - | TILISIIRTO RELION OY 00000000000000169666 | | 22,32 | 0,00 | 4 306,78 |
| | 11.09.2023 | PT 56 | 0% | 0,00 | - | TILISIIRTO RELION OY 00000000000000165466 | | 38,64 | 0,00 | 4 345,42 |
| | 11.09.2023 | PT 57 | 0% | 0,00 | - | TILISIIRTO RELION OY 00000000000000161253 | | 48,24 | 0,00 | 4 393,66 |
| | 11.09.2023 | PT 58 | 0% | 0,00 | - | TILISIIRTO RELION OY 00000000000000156828 | | 48,24 | 0,00 | 4 441,90 |
| | Syyskuu yhteensä | | | 0,00 | | | | 157,44 | 0,00 | **4 441,90** |
| | **Yhteensä** | | | **0,00** | | | | **830,29** | **310,00** | **4 441,90** |

**1910 Pankkitili 1**

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|------|---------|--------|-------|--------|------------|--------|-----------------|-------|--------|-------|
| | | | | | | Alkusaldo | | | | 87 690,08 |
| | 05.01.2023 | PT 1 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI0556200920694048 nro Tiliotteen numero: 001, 8.12.2022 - 5.1.2023 | | 0,00 | 10,90 | 87 679,18 |
| | 12.01.2023 | PT 2 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI0556200920694048 nro Tiliotteen numero: 002, 6.1.2023 - 12.1.2023 | | 627,60 | 0,00 | 88 306,78 |
| | 24.01.2023 | PT 3 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI0556200920694048 nro Tiliotteen numero: 003, 13.1.2023 - 24.1.2023 | | 0,00 | 310,00 | 87 996,78 |
| | 24.01.2023 | PT 4 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI0556200920694048 nro Tiliotteen numero: 003, 13.1.2023 - 24.1.2023 | | 0,00 | 56 717,11 | 31 279,67 |
| | Tammikuu yhteensä | | | 0,00 | | | | 627,60 | 57 038,01 | **31 279,67** |
| | 06.02.2023 | PT 5 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 004 25.01.2023 - 06.02.2023 | | 0,00 | 14,94 | 31 264,73 |
| | 06.02.2023 | PT 6 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 004 25.01.2023 - 06.02.2023 | | 0,00 | 310,00 | 30 954,73 |
| | 06.02.2023 | PT 7 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 004 25.01.2023 - 06.02.2023 | | 0,00 | 320,00 | 30 634,73 |
| | 07.02.2023 | PT 8 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 005 07.02.2023 - 07.02.2023 | | 60,00 | 0,00 | 30 694,73 |
| | 14.02.2023 | PT 9 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 006 08.02.2023 - 14.02.2023 | | 0,00 | 10 000,00 | 20 694,73 |
| | 17.02.2023 | PT 10 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 007 15.02.2023 - 17.02.2023 | | 0,00 | 359,60 | 20 335,13 |
| | Helmikuu yhteensä | | | 0,00 | | | | 60,00 | 11 004,54 | **20 335,13** |
| | 06.03.2023 | PT 11 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 008 18.02.2023 - 06.03.2023 | | 0,00 | 16,92 | 20 318,21 |
| | 16.03.2023 | PT 12 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 009 07.03.2023 - 16.03.2023 | | 133,20 | 0,00 | 20 451,41 |
| | 16.03.2023 | PT 13 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 009 07.03.2023 - 16.03.2023 | | 0,00 | 2 000,00 | 18 451,41 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 133,20 | 2 016,92 | **18 451,41** |
| | 06.04.2023 | PT 14 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 010 17.03.2023 - 06.04.2023 | | 0,00 | 13,20 | 18 438,21 |
| | Huhtikuu yhteensä | | | 0,00 | | | | 0,00 | 13,20 | **18 438,21** |
| | 05.05.2023 | PT 15 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 011 07.04.2023 - 05.05.2023 | | 0,00 | 10,00 | 18 428,21 |
| | 08.05.2023 | PT 16 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 012 06.05.2023 - 08.05.2023 | | 0,00 | 328,60 | 18 099,61 |
| | 08.05.2023 | PT 17 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 012 06.05.2023 - 08.05.2023 | | 0,00 | 48,24 | 18 051,37 |
| | 08.05.2023 | PT 18 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 012 06.05.2023 - 08.05.2023 | | 0,00 | 38,24 | 18 013,13 |
| | 11.05.2023 | PT 19 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 013 09.05.2023 - 11.05.2023 | | 63,60 | 0,00 | 18 076,73 |
| | 11.05.2023 | PT 20 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 013 09.05.2023 - 11.05.2023 | | 0,00 | 140,00 | 17 936,73 |
| | 16.05.2023 | PT 21 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 014 12.05.2023 - 16.05.2023 | | 0,00 | 41,97 | 17 894,76 |
| | 16.05.2023 | PT 22 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 014 12.05.2023 - 16.05.2023 | | 0,00 | 41,97 | 17 852,79 |
| | 16.05.2023 | PT 23 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 014 12.05.2023 - 16.05.2023 | | 0,00 | 149,50 | 17 703,29 |
| | 16.05.2023 | PT 24 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 014 12.05.2023 - 16.05.2023 | | 0,00 | 42,93 | 17 660,36 |
| | 19.05.2023 | PT 25 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 015 17.05.2023 - 19.05.2023 | | 0,00 | 719,13 | 16 941,23 |
| | 31.05.2023 | PT 26 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 016 20.05.2023 - 31.05.2023 | | 0,00 | 50,00 | 16 891,23 |
| | Toukokuu yhteensä | | | 0,00 | | | | 63,60 | 1 610,58 | **16 891,23** |

**CDN Licensing Finland Oy, 3243196-4**    01.01.2023 - 31.12.2023

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | 01.06.2023 | PT 27 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 017 01.06.2023 - 01.06.2023 | | 0,00 | 191,36 | 16 699,87 |
| | 01.06.2023 | PT 28 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 017 01.06.2023 - 01.06.2023 | | 139,19 | 0,00 | 16 839,06 |
| | 06.06.2023 | PT 29 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 018 02.06.2023 - 06.06.2023 | | 0,00 | 19,26 | 16 819,80 |
| | 14.06.2023 | PT 30 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 019 07.06.2023 - 14.06.2023 | | 0,00 | 120,00 | 16 699,80 |
| | 19.06.2023 | PT 31 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 020 15.06.2023 - 19.06.2023 | | 0,00 | 328,60 | 16 371,20 |
| | 19.06.2023 | PT 32 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 020 15.06.2023 - 19.06.2023 | | 0,00 | 500,00 | 15 871,20 |
| | 26.06.2023 | PT 33 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 021 20.06.2023 - 26.06.2023 | | 0,00 | 16,77 | 15 854,43 |
| | 30.06.2023 | PT 34 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 022 27.06.2023 - 30.06.2023 | | 0,00 | 100,00 | 15 754,43 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 139,19 | 1 275,99 | **15 754,43** |
| | 04.07.2023 | PT 35 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 023 01.07.2023 - 04.07.2023 | | 90,70 | 0,00 | 15 845,13 |
| | 04.07.2023 | PT 36 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 023 01.07.2023 - 04.07.2023 | | 0,00 | 118,70 | 15 726,43 |
| | 06.07.2023 | PT 37 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 024 05.07.2023 - 06.07.2023 | | 0,00 | 19,80 | 15 706,63 |
| | 17.07.2023 | PT 38 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 025 07.07.2023 - 17.07.2023 | | 0,00 | 500,00 | 15 206,63 |
| | 18.07.2023 | PT 39 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 026 18.07.2023 - 18.07.2023 | | 0,00 | 118,85 | 15 087,78 |
| | 19.07.2023 | PT 40 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 027 19.07.2023 - 19.07.2023 | | 0,00 | 2 604,00 | 12 483,78 |
| | Heinäkuu yhteensä | | | 0,00 | | | | 90,70 | 3 361,35 | **12 483,78** |
| | 04.08.2023 | PT 41 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 028 20.07.2023 - 04.08.2023 | | 0,00 | 18,42 | 12 465,36 |
| | 07.08.2023 | PT 42 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 029 05.08.2023 - 07.08.2023 | | 0,00 | 431,52 | 12 033,84 |
| | 15.08.2023 | PT 43 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 030 08.08.2023 - 15.08.2023 | | 0,00 | 116,71 | 11 917,13 |
| | 18.08.2023 | PT 44 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 031 16.08.2023 - 18.08.2023 | | 0,00 | 106,58 | 11 810,55 |
| | 18.08.2023 | PT 45 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 031 16.08.2023 - 18.08.2023 | | 0,00 | 200,00 | 11 610,55 |
| | 24.08.2023 | PT 46 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 032 19.08.2023 - 24.08.2023 | | 3,24 | 0,00 | 11 613,79 |
| | 24.08.2023 | PT 47 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 032 19.08.2023 - 24.08.2023 | | 0,00 | 200,00 | 11 413,79 |
| | 28.08.2023 | PT 48 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 033 25.08.2023 - 28.08.2023 | | 0,00 | 300,00 | 11 113,79 |
| | 29.08.2023 | PT 49 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 034 29.08.2023 - 29.08.2023 | | 527,00 | 0,00 | 11 640,79 |
| | Elokuu yhteensä | | | 0,00 | | | | 530,24 | 1 373,23 | **11 640,79** |
| | 05.09.2023 | PT 50 | 0% | 0,00 | - | VEROHALLINTO | | 2 497,06 | 0,00 | 14 137,85 |
| | 06.09.2023 | PT 51 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 036 06.09.2023 - 06.09.2023 | | 0,00 | 21,86 | 14 115,99 |
| | 08.09.2023 | PT 52 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 037 07.09.2023 - 08.09.2023 | | 0,00 | 121,74 | 13 994,25 |
| | 08.09.2023 | PT 53 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 037 07.09.2023 - 08.09.2023 | | 0,00 | 180,00 | 13 814,25 |
| | 11.09.2023 | PT 54 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 038 09.09.2023 - 11.09.2023 | | 0,00 | 657,20 | 13 157,05 |
| | 11.09.2023 | PT 55 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 038 09.09.2023 - 11.09.2023 | | 0,00 | 22,32 | 13 134,73 |
| | 11.09.2023 | PT 56 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 038 09.09.2023 - 11.09.2023 | | 0,00 | 38,64 | 13 096,09 |
| | 11.09.2023 | PT 57 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 038 09.09.2023 - 11.09.2023 | | 0,00 | 48,24 | 13 047,85 |
| | 11.09.2023 | PT 58 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 038 09.09.2023 - 11.09.2023 | | 0,00 | 48,24 | 12 999,61 |
| | 18.09.2023 | PT 59 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 039 12.09.2023 - 18.09.2023 | | 0,00 | 91,35 | 12 908,26 |
| | Syyskuu yhteensä | | | 0,00 | | | | 2 497,06 | 1 229,59 | **12 908,26** |
| | 05.10.2023 | PT 60 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 040 19.09.2023 - 05.10.2023 | | 0,00 | 19,38 | 12 888,88 |

**CDN Licensing Finland Oy, 3243196-4**                                    **01.01.2023 - 31.12.2023**

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|------|---------|--------|-------|--------|-----------|--------|-----------------|-------|--------|-------|
| | 09.10.2023 | PT 61 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 041 06.10.2023 - 09.10.2023 | | 0,00 | 328,60 | 12 560,28 |
| | 10.10.2023 | PT 62 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 042 10.10.2023 - 10.10.2023 | | 231,35 | 0,00 | 12 791,63 |
| | 10.10.2023 | PT 63 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 042 10.10.2023 - 10.10.2023 | | 0,00 | 118,75 | 12 672,88 |
| | 12.10.2023 | PT 64 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 043 11.10.2023 - 12.10.2023 | | 0,00 | 115,08 | 12 557,80 |
| | 16.10.2023 | PT 65 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 044 13.10.2023 - 16.10.2023 | | 0,00 | 183,21 | 12 374,59 |
| | 19.10.2023 | PT 66 | 0% | 0,00 | - | Jarno Tepora | | 0,00 | 4 618,25 | 7 756,34 |
| | 19.10.2023 | PT 67 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 045 17.10.2023 - 19.10.2023 | | 0,00 | 183,21 | 7 573,13 |
| | Lokakuu yhteensä | | | 0,00 | | | | 231,35 | 5 566,48 | **7 573,13** |
| | 01.11.2023 | PT 68 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 046 20.10.2023 - 01.11.2023 | | 0,00 | 124,00 | 7 449,13 |
| | 06.11.2023 | PT 69 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 047 02.11.2023 - 06.11.2023 | | 0,00 | 19,50 | 7 429,63 |
| | 07.11.2023 | PT 70 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 048 07.11.2023 - 07.11.2023 | | 17,68 | 0,00 | 7 447,31 |
| | 13.11.2023 | PT 71 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 049 08.11.2023 - 13.11.2023 | | 0,00 | 4 866,75 | 2 580,56 |
| | 13.11.2023 | PT 72 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 049 08.11.2023 - 13.11.2023 | | 0,00 | 196,08 | 2 384,48 |
| | 13.11.2023 | PT 73 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 049 08.11.2023 - 13.11.2023 | | 0,00 | 365,65 | 2 018,83 |
| | 20.11.2023 | PT 74 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 050 14.11.2023 - 20.11.2023 | | 0,00 | 439,74 | 1 579,09 |
| | 20.11.2023 | PT 75 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 050 14.11.2023 - 20.11.2023 | | 0,00 | 121,00 | 1 458,09 |
| | 21.11.2023 | PT 76 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 051 21.11.2023 - 21.11.2023 | | 196,10 | 0,00 | 1 654,19 |
| | 21.11.2023 | PT 77 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 051 21.11.2023 - 21.11.2023 | | 136,10 | 0,00 | 1 790,29 |
| | Marraskuu yhteensä | | | 0,00 | | | | 349,88 | 6 132,72 | **1 790,29** |
| | 01.12.2023 | PT 78 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 052 22.11.2023 - 01.12.2023 | | 0,00 | 404,64 | 1 385,65 |
| | 07.12.2023 | PT 79 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 053 02.12.2023 - 07.12.2023 | | 0,00 | 20,92 | 1 364,73 |
| | 12.12.2023 | PT 80 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 054 08.12.2023 - 12.12.2023 | | 0,00 | 115,63 | 1 249,10 |
| | 18.12.2023 | PT 81 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 055 13.12.2023 - 18.12.2023 | | 0,00 | 127,67 | 1 121,43 |
| | Joulukuu yhteensä | | | 0,00 | | | | 0,00 | 668,86 | **1 121,43** |
| | **Yhteensä** | | | **0,00** | | | | **4 722,82** | **91 291,47** | **1 121,43** |

### 2251 Edellisten tilikausien voitto/tappio

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|------|---------|--------|-------|--------|-----------|--------|-----------------|-------|--------|-------|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 01.01.2023 | T 1 | 0% | 0,00 | - | Edellisen tilikauden voitto | | 0,00 | 213 316,77 | -213 316,77 |
| | Tammikuu yhteensä | | | 0,00 | | | | 0,00 | 213 316,77 | **-213 316,77** |
| | **Yhteensä** | | | **0,00** | | | | **0,00** | **213 316,77** | **-213 316,77** |

### 2371 Tilikauden voitto

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|------|---------|--------|-------|--------|-----------|--------|-----------------|-------|--------|-------|
| | | | | | | Alkusaldo | | | | -213 316,77 |
| | 01.01.2023 | T 1 | 0% | 0,00 | - | Edellisen tilikauden voitto | | 213 316,77 | 0,00 | 0,00 |
| | Tammikuu yhteensä | | | 0,00 | | | | 213 316,77 | 0,00 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **213 316,77** | **0,00** | **0,00** |

### 2375 Tilikauden tappio

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|------|---------|--------|-------|--------|-----------|--------|-----------------|-------|--------|-------|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 31.12.2023 | T 2 | 0% | 0,00 | - | Tilikauden tappio | | 67 093,37 | 0,00 | 67 093,37 |
| | Joulukuu yhteensä | | | 0,00 | | | | 67 093,37 | 0,00 | **67 093,37** |
| | **Yhteensä** | | | **0,00** | | | | **67 093,37** | **0,00** | **67 093,37** |

### 2621 Pitkäaikainen rahoituslaitoslaina 1

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|------|---------|--------|-------|--------|-----------|--------|-----------------|-------|--------|-------|
| | | | | | | Alkusaldo | | | | -100 000,00 |

### 2873 Ostovelat 3

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|------|---------|--------|-------|--------|-----------|--------|-----------------|-------|--------|-------|
| | | | | | | Alkusaldo | | | | -620,00 |
| | 24.01.2023 | PT 3 | 0% | 0,00 | - | TILISIIRTO Relion Oy,00000000000000135140 | | 310,00 | 0,00 | -310,00 |

**CDN Licensing Finland Oy, 3243196-4**                                                                   **01.01.2023 - 31.12.2023**

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | 31.01.2023 | MU 1 | 0% | 0,00 | - | Relion Oy | | 0,00 | 359,60 | -669,60 |
| | Tammikuu yhteensä | | | 0,00 | | | | 310,00 | 359,60 | **-669,60** |
| | 06.02.2023 | PT 6 | 0% | 0,00 | - | TILISIIRTO Relion Oy 00000000000000138341 | | 310,00 | 0,00 | -359,60 |
| | 17.02.2023 | PT 10 | 0% | 0,00 | - | TILISIIRTO RelionOy 00000000000000141545 | | 359,60 | 0,00 | 0,00 |
| | 28.02.2023 | MU 2 | 0% | 0,00 | - | Relion Oy | | 0,00 | 328,60 | -328,60 |
| | Helmikuu yhteensä | | | 0,00 | | | | 669,60 | 328,60 | **-328,60** |
| | 17.03.2023 | MU 3 | 0% | 0,00 | - | Relion, kuittaus | | 310,00 | 0,00 | -18,60 |
| | 31.03.2023 | MU 4 | 0% | 0,00 | - | Relion Oy, 14904 | | 0,00 | 328,60 | -347,20 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 310,00 | 328,60 | **-347,20** |
| | 30.04.2023 | MU 5 | 0% | 0,00 | - | Relion Oy 15488 | | 0,00 | 719,13 | -1 066,33 |
| | Huhtikuu yhteensä | | | 0,00 | | | | 0,00 | 719,13 | **-1 066,33** |
| | 08.05.2023 | PT 16 | 0% | 0,00 | - | TILISIIRTO RELION OY 00000000000000149042 | | 328,60 | 0,00 | -737,73 |
| | 19.05.2023 | PT 25 | 0% | 0,00 | - | TILISIIRTO RELION OY 00000000000000154888 | | 719,13 | 0,00 | -18,60 |
| | 31.05.2023 | MU 6 | 0% | 0,00 | - | Relion Oy | | 0,00 | 328,60 | -347,20 |
| | Toukokuu yhteensä | | | 0,00 | | | | 1 047,73 | 328,60 | **-347,20** |
| | 19.06.2023 | PT 31 | 0% | 0,00 | - | TILISIIRTO RELION OY 00000000000000159074 | | 328,60 | 0,00 | -18,60 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 328,60 | 0,00 | **-18,60** |
| | 01.08.2023 | MU 8 | 0% | 0,00 | - | Relion Oy | | 0,00 | 657,20 | -675,80 |
| | Elokuu yhteensä | | | 0,00 | | | | 0,00 | 657,20 | **-675,80** |
| | 11.09.2023 | PT 54 | 0% | 0,00 | - | TILISIIRTO RELION OY 00000000000000168382 | | 657,20 | 0,00 | -18,60 |
| | Syyskuu yhteensä | | | 0,00 | | | | 657,20 | 0,00 | **-18,60** |
| | 31.12.2023 | MU 14 | 0% | 0,00 | - | Elisa Oyj | | 0,00 | 104,62 | -123,22 |
| | Joulukuu yhteensä | | | 0,00 | | | | 0,00 | 104,62 | **-123,22** |
| | **Yhteensä** | | | **0,00** | | | | **3 323,13** | **2 826,35** | **-123,22** |

### 2921 Ennakonpidätysvelka

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 08.09.2023 | PT 53 | 0% | 0,00 | - | TILISIIRTO Jukka-Pekka Jussila | | 0,00 | 115,08 | -115,08 |
| | Syyskuu yhteensä | | | 0,00 | | | | 0,00 | 115,08 | **-115,08** |
| | 19.10.2023 | PT 66 | 0% | 0,00 | - | Jarno Tepora | | 0,00 | 4 866,75 | -4 981,83 |
| | 31.10.2023 | MU 10 | 0% | 0,00 | - | Verohallinto | | 115,08 | 0,00 | -4 866,75 |
| | Lokakuu yhteensä | | | 0,00 | | | | 115,08 | 4 866,75 | **-4 866,75** |
| | 30.11.2023 | MU 12 | 0% | 0,00 | - | Verohallinto | | 4 866,75 | 0,00 | 0,00 |
| | Marraskuu yhteensä | | | 0,00 | | | | 4 866,75 | 0,00 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **4 981,83** | **4 981,83** | **0,00** |

### 2941 Velat osakkaille

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 05.04.2023 | MU 7 | 0% | 0,00 | - | PRH-muutosilmoitus, Onni maksanut | | 0,00 | 40,00 | -40,00 |
| | Huhtikuu yhteensä | | | 0,00 | | | | 0,00 | 40,00 | **-40,00** |
| | **Yhteensä** | | | **0,00** | | | | **0,00** | **40,00** | **-40,00** |

### 2948 Verotili

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 31.01.2023 | AT 1 | 0% | 0,00 | | Maksettava ALV 012023 | | 69,60 | 0,00 | 69,60 |
| | Tammikuu yhteensä | | | 0,00 | | | | 69,60 | 0,00 | **69,60** |
| | 28.02.2023 | AT 2 | 0% | 0,00 | | Maksettava ALV 022023 | | 63,60 | 0,00 | 133,20 |
| | Helmikuu yhteensä | | | 0,00 | | | | 63,60 | 0,00 | **133,20** |
| | 16.03.2023 | PT 12 | 0% | 0,00 | - | TILISIIRTO VEROHALLINTO | | 0,00 | 133,20 | 0,00 |
| | 31.03.2023 | AT 3 | 0% | 0,00 | | Maksettava ALV 032023 | | 63,60 | 0,00 | 63,60 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 63,60 | 133,20 | **63,60** |
| | 30.04.2023 | AT 4 | 0% | 0,00 | | Maksettava ALV 042023 | | 139,19 | 0,00 | 202,79 |
| | Huhtikuu yhteensä | | | 0,00 | | | | 139,19 | 0,00 | **202,79** |
| | 11.05.2023 | PT 19 | 0% | 0,00 | - | TILISIIRTO VEROHALLINTO | | 0,00 | 63,60 | 139,19 |
| | 31.05.2023 | AT 5 | 0% | 0,00 | | Maksettava ALV 052023 | | 90,70 | 0,00 | 229,89 |
| | Toukokuu yhteensä | | | 0,00 | | | | 90,70 | 63,60 | **229,89** |
| | 01.06.2023 | PT 28 | 0% | 0,00 | - | TILISIIRTO VEROHALLINTO | | 0,00 | 139,19 | 90,70 |
| | 30.06.2023 | AT 6 | 0% | 0,00 | | Maksettava ALV 062023 | | 3,24 | 0,00 | 93,94 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 3,24 | 139,19 | **93,94** |
| | 04.07.2023 | PT 35 | 0% | 0,00 | - | TILISIIRTO VEROHALLINTO | | 0,00 | 90,70 | 3,24 |
| | 31.07.2023 | AT 7 | 0% | 0,00 | | Maksettava ALV 072023 | | 527,00 | 0,00 | 530,24 |
| | Heinäkuu yhteensä | | | 0,00 | | | | 527,00 | 90,70 | **530,24** |
| | 24.08.2023 | PT 46 | 0% | 0,00 | - | TILISIIRTO VEROHALLINTO | | 0,00 | 3,24 | 527,00 |
| | 29.08.2023 | PT 49 | 0% | 0,00 | - | TILISIIRTO VEROHALLINTO | | 0,00 | 527,00 | 0,00 |
| | 31.08.2023 | AT 8 | 0% | 0,00 | | Maksettava ALV 082023 | | 231,35 | 0,00 | 231,35 |
| | Elokuu yhteensä | | | 0,00 | | | | 231,35 | 530,24 | **231,35** |

**CDN Licensing Finland Oy, 3243196-4**                                    **01.01.2023 - 31.12.2023**

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | 30.09.2023 | AT 9 | 0% | 0,00 | | Maksettava ALV 092023 | | 17,68 | 0,00 | 249,03 |
| | Syyskuu yhteensä | | | 0,00 | | | | 17,68 | 0,00 | **249,03** |
| | 10.10.2023 | PT 62 | 0% | 0,00 | - | TILISIIRTO VEROHALLINTO | | 0,00 | 231,35 | 17,68 |
| | 12.10.2023 | PT 64 | 0% | 0,00 | - | TILISIIRTO Verohallinto 00000000600243894350 | | 115,08 | 0,00 | 132,76 |
| | 31.10.2023 | AT 10 | 0% | 0,00 | | Maksettava ALV 102023 | | 136,10 | 0,00 | 268,86 |
| | 31.10.2023 | MU 10 | 0% | 0,00 | - | Verohallinto | | 0,00 | 115,08 | 153,78 |
| | Lokakuu yhteensä | | | 0,00 | | | | 251,18 | 346,43 | **153,78** |
| | 07.11.2023 | PT 70 | 0% | 0,00 | - | TILISIIRTO VEROHALLINTO | | 0,00 | 17,68 | 136,10 |
| | 13.11.2023 | PT 71 | 0% | 0,00 | - | TILISIIRTO Verohallinto 00000000200244385873 | | 4 866,75 | 0,00 | 5 002,85 |
| | 13.11.2023 | PT 72 | 0% | 0,00 | - | TILISIIRTO Verohallinto 00000000200244385873 | | 196,08 | 0,00 | 5 198,93 |
| | 21.11.2023 | PT 76 | 0% | 0,00 | - | TILISIIRTO VEROHALLINTO | | 0,00 | 196,10 | 5 002,83 |
| | 21.11.2023 | PT 77 | 0% | 0,00 | - | TILISIIRTO VEROHALLINTO | | 0,00 | 136,10 | 4 866,73 |
| | 30.11.2023 | AT 11 | 0% | 0,00 | - | Maksettava ALV 11/2023 | | 181,96 | 0,00 | 5 048,69 |
| | 30.11.2023 | MU 12 | 0% | 0,00 | - | Verohallinto | | 0,00 | 4 866,73 | 181,96 |
| | Marraskuu yhteensä | | | 0,00 | | | | 5 244,79 | 5 216,61 | **181,96** |
| | 31.12.2023 | AT 12 | 0% | 0,00 | - | Maksettava ALV 12/2023 | | 109,50 | 0,00 | 291,46 |
| | 31.12.2023 | TP 2 | 0% | 0,00 | - | Alv 11-12/2023 | | 0,00 | 291,46 | 0,00 |
| | Joulukuu yhteensä | | | 0,00 | | | | 109,50 | 291,46 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **6 811,43** | **6 811,43** | **0,00** |

### 2967 Korkomenot (siirtovelat)

| | | | | | | Alkusaldo | | | | -50 000,00 |
|---|---|---|---|---|---|---|---|---|---|---|

### 2968 Tuloverot (siirtovelat)

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | -53 329,19 |
| | 24.01.2023 | PT 4 | 0% | 0,00 | - | TILISIIRTO Verohallinto,00000000200244385873 | | 56 717,11 | 0,00 | 3 387,92 |
| | Tammikuu yhteensä | | | 0,00 | | | | 56 717,11 | 0,00 | **3 387,92** |
| | 05.09.2023 | PT 50 | 0% | 0,00 | - | VEROHALLINTO | | 0,00 | 3 387,92 | 0,00 |
| | Syyskuu yhteensä | | | 0,00 | | | | 0,00 | 3 387,92 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **56 717,11** | **3 387,92** | **0,00** |

### 5200 Palkkiot

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 08.09.2023 | PT 53 | 0% | 0,00 | - | TILISIIRTO Jukka-Pekka Jussila | | 295,08 | 0,00 | 295,08 |
| | Syyskuu yhteensä | | | 0,00 | | | | 295,08 | 0,00 | **295,08** |
| | 19.10.2023 | PT 66 | 0% | 0,00 | - | Jarno Tepora | | 9 450,00 | 0,00 | 9 745,08 |
| | 19.10.2023 | PT 66 | 0% | 0,00 | - | Jarno Tepora | | 35,00 | 0,00 | 9 780,08 |
| | Lokakuu yhteensä | | | 0,00 | | | | 9 485,00 | 0,00 | **9 780,08** |
| | **Yhteensä** | | | **0,00** | | | | **9 780,08** | **0,00** | **9 780,08** |

### 6830 Poisto aineettomista oikeuksista

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 31.12.2023 | TP 1 | 0% | 0,00 | - | Tasapoisto 3v. | | 48 333,33 | 0,00 | 48 333,33 |
| | Joulukuu yhteensä | | | 0,00 | | | | 48 333,33 | 0,00 | **48 333,33** |
| | **Yhteensä** | | | **0,00** | | | | **48 333,33** | **0,00** | **48 333,33** |

### 7230 Toimitilavuokrat

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 07.08.2023 | PT 42 | 24% | 83,52 | KOOS | TILISIIRTO Assi Group Oy 00000000000000192028 | | 348,00 | 0,00 | 348,00 |
| | Elokuu yhteensä | | | 83,52 | | | | 348,00 | 0,00 | **348,00** |
| | **Yhteensä** | | | **83,52** | | | | **348,00** | **0,00** | **348,00** |

### 7660 Atk-ohjelmistot, päivitykset ja ylläpito

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 14.06.2023 | PT 30 | 0% | 0,00 | KOOS | Misa Munde, Amazon / palvelinkulut | | 120,00 | 0,00 | 120,00 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 120,00 | 0,00 | **120,00** |
| | 04.07.2023 | PT 36 | 0% | 0,00 | KOOS | TILISIIRTO Misa Munde | | 118,70 | 0,00 | 238,70 |
| | Heinäkuu yhteensä | | | 0,00 | | | | 118,70 | 0,00 | **238,70** |
| | 15.08.2023 | PT 43 | 0% | 0,00 | KOOS | TILISIIRTO Misa Munde | | 116,71 | 0,00 | 355,41 |
| | Elokuu yhteensä | | | 0,00 | | | | 116,71 | 0,00 | **355,41** |
| | 08.09.2023 | PT 52 | 0% | 0,00 | KOOS | TILISIIRTO Misa Munde | | 121,74 | 0,00 | 477,15 |
| | Syyskuu yhteensä | | | 0,00 | | | | 121,74 | 0,00 | **477,15** |
| | 10.10.2023 | PT 63 | 0% | 0,00 | KOOS | TILISIIRTO Misa Munde | | 118,75 | 0,00 | 595,90 |
| | Lokakuu yhteensä | | | 0,00 | | | | 118,75 | 0,00 | **595,90** |
| | 20.11.2023 | PT 75 | 0% | 0,00 | KOOS | TILISIIRTO Misa Munde | | 121,00 | 0,00 | 716,90 |
| | Marraskuu yhteensä | | | 0,00 | | | | 121,00 | 0,00 | **716,90** |

**CDN Licensing Finland Oy, 3243196-4**                                    **01.01.2023 - 31.12.2023**

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|------|---------|--------|-------|--------|------------|--------|-----------------|-------|--------|-------|
| | 01.12.2023 | PT 78 | 24% | 78,32 | KOOS | TILISIIRTO Sigmatic Oy 00000000000002965949 | | 326,32 | 0,00 | 1 043,22 |
| | 01.12.2023 | MU 13 | 24% | 24,00 | KOOS | Sigmatic | | 100,00 | 0,00 | 1 143,22 |
| | 12.12.2023 | PT 80 | 0% | 0,00 | KOOS | TILISIIRTO Misa Munde | | 115,63 | 0,00 | 1 258,85 |
| | Joulukuu yhteensä | | | 102,32 | | | | 541,95 | 0,00 | **1 258,85** |
| | **Yhteensä** | | | **102,32** | | | | **1 258,85** | **0,00** | **1 258,85** |

### 8140 Muut mainoskulut

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|------|---------|--------|-------|--------|------------|--------|-----------------|-------|--------|-------|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 11.05.2023 | PT 20 | 24% | 26,13 | KOOS | TILISIIRTO Telia Inmics Nebula Oy 00000000000002900593 | | 108,87 | 0,00 | 108,87 |
| | Toukokuu yhteensä | | | 26,13 | | | | 108,87 | 0,00 | **108,87** |
| | **Yhteensä** | | | **26,13** | | | | **108,87** | **0,00** | **108,87** |

### 8380 Taloushallintopalvelut

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|------|---------|--------|-------|--------|------------|--------|-----------------|-------|--------|-------|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 31.01.2023 | MU 1 | 24% | 69,60 | KOOS | Relion Oy | | 290,00 | 0,00 | 290,00 |
| | Tammikuu yhteensä | | | 69,60 | | | | 290,00 | 0,00 | **290,00** |
| | 28.02.2023 | MU 2 | 24% | 63,60 | KOOS | Relion Oy | | 265,00 | 0,00 | 555,00 |
| | Helmikuu yhteensä | | | 63,60 | | | | 265,00 | 0,00 | **555,00** |
| | 31.03.2023 | MU 4 | 24% | 63,60 | KOOS | Relion Oy, 14904 | | 265,00 | 0,00 | 820,00 |
| | Maaliskuu yhteensä | | | 63,60 | | | | 265,00 | 0,00 | **820,00** |
| | 30.04.2023 | MU 5 | 24% | 139,19 | KOOS | Relion Oy 15488 | | 579,94 | 0,00 | 1 399,94 |
| | Huhtikuu yhteensä | | | 139,19 | | | | 579,94 | 0,00 | **1 399,94** |
| | 31.05.2023 | MU 6 | 24% | 63,60 | KOOS | Relion Oy | | 265,00 | 0,00 | 1 664,94 |
| | Toukokuu yhteensä | | | 63,60 | | | | 265,00 | 0,00 | **1 664,94** |
| | 01.08.2023 | MU 8 | 24% | 127,20 | KOOS | Relion Oy | | 530,00 | 0,00 | 2 194,94 |
| | Elokuu yhteensä | | | 127,20 | | | | 530,00 | 0,00 | **2 194,94** |
| | 09.10.2023 | PT 61 | 24% | 63,60 | KOOS | TILISIIRTO RELION OY 00000000000000171887 | | 265,00 | 0,00 | 2 459,94 |
| | Lokakuu yhteensä | | | 63,60 | | | | 265,00 | 0,00 | **2 459,94** |
| | 13.11.2023 | PT 73 | 24% | 70,77 | KOOS | TILISIIRTO RELION OY 00000000000000177111 | | 294,88 | 0,00 | 2 754,82 |
| | 20.11.2023 | PT 74 | 24% | 85,11 | KOOS | TILISIIRTO RELION OY 00000000000000180878 | | 354,63 | 0,00 | 3 109,45 |
| | Marraskuu yhteensä | | | 155,88 | | | | 649,51 | 0,00 | **3 109,45** |
| | **Yhteensä** | | | **746,27** | | | | **3 109,45** | **0,00** | **3 109,45** |

### 8430 Muut hallintopalvelut

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|------|---------|--------|-------|--------|------------|--------|-----------------|-------|--------|-------|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 19.07.2023 | PT 40 | 24% | 504,00 | KOOS | TILISIIRTO Delingua Oy 00000000000001914726 | | 2 100,00 | 0,00 | 2 100,00 |
| | Heinäkuu yhteensä | | | 504,00 | | | | 2 100,00 | 0,00 | **2 100,00** |
| | **Yhteensä** | | | **504,00** | | | | **2 100,00** | **0,00** | **2 100,00** |

### 8440 Viranomaismaksut

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|------|---------|--------|-------|--------|------------|--------|-----------------|-------|--------|-------|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 05.04.2023 | MU 7 | 0% | 0,00 | KOOS | PRH-muutosilmoitus, Onni maksanut | | 40,00 | 0,00 | 40,00 |
| | Huhtikuu yhteensä | | | 0,00 | | | | 40,00 | 0,00 | **40,00** |
| | **Yhteensä** | | | **0,00** | | | | **40,00** | **0,00** | **40,00** |

### 8510 Matkapuhelinkulut

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|------|---------|--------|-------|--------|------------|--------|-----------------|-------|--------|-------|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 26.06.2023 | PT 33 | 24% | 3,24 | KOOS | TILISIIRTO ELISA OYJ 00000000803415238664 | | 13,52 | 0,00 | 13,52 |
| | Kesäkuu yhteensä | | | 3,24 | | | | 13,52 | 0,00 | **13,52** |
| | 18.07.2023 | PT 39 | 24% | 23,00 | KOOS | TILISIIRTO ELISA OYJ 00000000803415238664 | | 95,82 | 0,00 | 109,34 |
| | Heinäkuu yhteensä | | | 23,00 | | | | 95,82 | 0,00 | **109,34** |
| | 18.08.2023 | PT 44 | 24% | 20,63 | KOOS | TILISIIRTO ELISA OYJ 00000000803415238664 | | 85,95 | 0,00 | 195,29 |
| | Elokuu yhteensä | | | 20,63 | | | | 85,95 | 0,00 | **195,29** |
| | 18.09.2023 | PT 59 | 24% | 17,68 | KOOS | TILISIIRTO ELISA OYJ 00000000803415238664 | | 73,67 | 0,00 | 268,96 |
| | Syyskuu yhteensä | | | 17,68 | | | | 73,67 | 0,00 | **268,96** |
| | 01.10.2023 | MU 9 | 24% | 37,04 | KOOS | Elisa Oyj 1.6.2023 | | 154,32 | 0,00 | 423,28 |
| | 16.10.2023 | PT 65 | 24% | 35,46 | KOOS | TILISIIRTO ELISA OYJ 00000000803415238664 | | 147,75 | 0,00 | 571,03 |
| | Lokakuu yhteensä | | | 72,50 | | | | 302,07 | 0,00 | **571,03** |
| | 20.11.2023 | MU 11 | 24% | 26,08 | KOOS | Elisa | | 108,65 | 0,00 | 679,68 |
| | Marraskuu yhteensä | | | 26,08 | | | | 108,65 | 0,00 | **679,68** |
| | 18.12.2023 | PT 81 | 24% | 24,71 | KOOS | TILISIIRTO ELISA OYJ 00000000803415238664 | | 102,96 | 0,00 | 782,64 |
| | 31.12.2023 | MU 14 | 24% | 20,25 | KOOS | Elisa Oyj | | 84,37 | 0,00 | 867,01 |
| | 31.12.2023 | MU 15 | 24% | -37,78 | KOOS | puhelimen yksityiskäyttö | | 0,00 | 157,42 | 709,59 |
| | 31.12.2023 | MU 15 | 0% | 0,00 | KOOS | puhelimen yksityiskäyttö | | 195,20 | 0,00 | 904,79 |
| | Joulukuu yhteensä | | | 7,18 | | | | 382,53 | 157,42 | **904,79** |
| | **Yhteensä** | | | **170,31** | | | | **1 062,21** | **157,42** | **904,79** |

**CDN Licensing Finland Oy, 3243196-4**                                      **01.01.2023 - 31.12.2023**

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| **8560 Rahaliikenteen kulut** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 0,00 |
| | 05.01.2023 | PT 1 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI,00000000033604262839 | | 10,90 | 0,00 | 10,90 |
| | Tammikuu yhteensä | | | 0,00 | | | | 10,90 | 0,00 | **10,90** |
| | 06.02.2023 | PT 5 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000033641435289 | | 14,94 | 0,00 | 25,84 |
| | Helmikuu yhteensä | | | 0,00 | | | | 14,94 | 0,00 | **25,84** |
| | 06.03.2023 | PT 11 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000033677808233 | | 16,92 | 0,00 | 42,76 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 16,92 | 0,00 | **42,76** |
| | 06.04.2023 | PT 14 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000033713831371 | | 13,20 | 0,00 | 55,96 |
| | Huhtikuu yhteensä | | | 0,00 | | | | 13,20 | 0,00 | **55,96** |
| | 05.05.2023 | PT 15 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000033749970701 | | 10,00 | 0,00 | 65,96 |
| | Toukokuu yhteensä | | | 0,00 | | | | 10,00 | 0,00 | **65,96** |
| | 06.06.2023 | PT 29 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000033786476666 | | 19,26 | 0,00 | 85,22 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 19,26 | 0,00 | **85,22** |
| | 06.07.2023 | PT 37 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000033822884303 | | 19,80 | 0,00 | 105,02 |
| | Heinäkuu yhteensä | | | 0,00 | | | | 19,80 | 0,00 | **105,02** |
| | 04.08.2023 | PT 41 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000033859174484 | | 18,42 | 0,00 | 123,44 |
| | Elokuu yhteensä | | | 0,00 | | | | 18,42 | 0,00 | **123,44** |
| | 06.09.2023 | PT 51 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000033895732372 | | 21,86 | 0,00 | 145,30 |
| | Syyskuu yhteensä | | | 0,00 | | | | 21,86 | 0,00 | **145,30** |
| | 05.10.2023 | PT 60 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000033932033170 | | 19,38 | 0,00 | 164,68 |
| | Lokakuu yhteensä | | | 0,00 | | | | 19,38 | 0,00 | **164,68** |
| | 06.11.2023 | PT 69 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000033968372193 | | 19,50 | 0,00 | 184,18 |
| | Marraskuu yhteensä | | | 0,00 | | | | 19,50 | 0,00 | **184,18** |
| | 07.12.2023 | PT 79 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000034004688821 | | 20,92 | 0,00 | 205,10 |
| | Joulukuu yhteensä | | | 0,00 | | | | 20,92 | 0,00 | **205,10** |
| | **Yhteensä** | | | **0,00** | | | | **205,10** | **0,00** | **205,10** |
| **8570 Pyöristyserot** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 0,00 |
| | 30.06.2023 | AT 6 | 0% | 0,00 | | Pyöristysero ALV-laskelmaan 062023 | | 0,01 | 0,00 | 0,01 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 0,01 | 0,00 | **0,01** |
| | 30.11.2023 | AT 11 | 0% | 0,00 | - | Pyöristysero ALV 11/2023 | | 0,00 | 0,01 | 0,00 |
| | Marraskuu yhteensä | | | 0,00 | | | | 0,00 | 0,01 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **0,01** | **0,01** | **0,00** |
| **8740 Yle-vero** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 0,00 |
| | 05.09.2023 | PT 50 | 0% | 0,00 | - | VEROHALLINTO | | 898,26 | 0,00 | 898,26 |
| | Syyskuu yhteensä | | | 0,00 | | | | 898,26 | 0,00 | **898,26** |
| | **Yhteensä** | | | **0,00** | | | | **898,26** | **0,00** | **898,26** |
| **9240 Palautettava yhteisökorko/palautuskorko** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 0,00 |
| | 05.09.2023 | PT 50 | 0% | 0,00 | - | VEROHALLINTO | | 0,00 | 7,40 | -7,40 |
| | Syyskuu yhteensä | | | 0,00 | | | | 0,00 | 7,40 | **-7,40** |
| | 30.11.2023 | MU 12 | 0% | 0,00 | - | Verohallinto | | 0,00 | 0,02 | -7,42 |
| | Marraskuu yhteensä | | | 0,00 | | | | 0,00 | 0,02 | **-7,42** |
| | **Yhteensä** | | | **0,00** | | | | **0,00** | **7,42** | **-7,42** |
| **9490 Korkokulut ostoveloista** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 0,00 |
| | 06.02.2023 | PT 7 | 0% | 0,00 | KOOS | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 004 25.01.2023 - 06.02.2023 | | 10,00 | 0,00 | 10,00 |
| | Helmikuu yhteensä | | | 0,00 | | | | 10,00 | 0,00 | **10,00** |
| | 11.05.2023 | PT 20 | 24% | 0,97 | KOOS | TILISIIRTO Telia Inmics Nebula Oy 00000000000002900593 | | 4,03 | 0,00 | 14,03 |
| | Toukokuu yhteensä | | | 0,97 | | | | 4,03 | 0,00 | **14,03** |
| | 18.07.2023 | PT 39 | 0% | 0,00 | KOOS | TILISIIRTO ELISA OYJ 00000000803415238664 | | 0,03 | 0,00 | 14,06 |
| | Heinäkuu yhteensä | | | 0,00 | | | | 0,03 | 0,00 | **14,06** |
| | **Yhteensä** | | | **0,97** | | | | **14,06** | **0,00** | **14,06** |
| | **Kausi yhteensä** | | | **1 633,52** | | | | **586 366,30** | **519 272,93** | |

CDN Licensing Finland Oy, 3243196-4                                                01.01.2023 - 31.12.2023

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|------|---------|--------|-------|--------|------------|--------|-----------------|-------|--------|-------|

Pääkirja

CDN Licensing Finland Oy, 3243196-4                                                    01.01.2023 - 31.12.2023

**Hakuehdot**

Päivämääräväli                01.01.2023 - 31.12.2023

CDN Licensing Finland Oy, 3243196-4

**Hakuehdot**

Päivämääräväli                01.01.2023 - 31.12.2023