# EXHIBIT C

CDN Licensing Finland Oy, 3243196-4                                                                01.01.2024 - 31.12.2024

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | 30.11.2024 | AT 7 | 0% | 0,00 | - | Vähennettävä ALV 11/2024 | | 0,00 | 38,25 | -17,00 |
| | 30.11.2024 | MU 6 | 0% | 0,00 | - | Relion Oy, lasku 4001392, 30.11.24 / Light-paketti | | 1,61 | 0,00 | -15,39 |
| | 30.11.2024 | MU 7 | 0% | 0,00 | - | Relion Oy, lasku 4000913, 30.11.24 / Light-paketti ja taloushallintopalvelu | | 15,39 | 0,00 | 0,00 |
| | Marraskuu yhteensä | | | 0,00 | | | | 38,25 | 38,25 | **0,00** |
| | 18.12.2024 | PT 45 | 0% | 0,00 | - | ELISA OYJ, 11/2024 | | 18,44 | 0,00 | 18,44 |
| | 31.12.2024 | AT 8 | 0% | 0,00 | - | Vähennettävä ALV 12/2024 | | 0,00 | 41,81 | -23,37 |
| | 31.12.2024 | MU 8 | 0% | 0,00 | - | ELISA OYJ, 12/2024 | | 23,37 | 0,00 | 0,00 |
| | Joulukuu yhteensä | | | 0,00 | | | | 41,81 | 41,81 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **7 490,82** | **7 490,82** | **0,00** |
| **1777 Selvittelytili** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 0,00 |
| | 24.04.2024 | PT 16 | 0% | 0,00 | - | ULKOM MAKSU MCCARTHY DENNING LIMITED (UNITED KINGDOM), 25 000 GBP. Britannian maksu on talletus asianajotoimiston asiakasvaratilille, laskuja ei ole vielä esittää | | 29 701,79 | 0,00 | 29 701,79 |
| | Huhtikuu yhteensä | | | 0,00 | | | | 29 701,79 | 0,00 | **29 701,79** |
| | 28.05.2024 | MU 10 | 0% | 0,00 | - | ULKOM MAKSU MCCARTHY DENNING LIMITED (UNITED KINGDOM), 25 000 GBP. Britannian maksu on talletus asianajotoimiston asiakasvaratilille | | 0,00 | 29 701,79 | 0,00 |
| | Toukokuu yhteensä | | | 0,00 | | | | 0,00 | 29 701,79 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **29 701,79** | **29 701,79** | **0,00** |
| **1819 Muut menoennakot (siirtosaamiset)** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 48,49 |
| | 31.12.2024 | MU 11 | 0% | 0,00 | - | Elisa, hyvitetty laskulla | | 0,00 | 48,49 | 0,00 |
| | Joulukuu yhteensä | | | 0,00 | | | | 0,00 | 48,49 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **0,00** | **48,49** | **0,00** |
| **1849 Muut siirtosaamiset** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 4 441,90 |
| | 31.12.2024 | MU 13 | 0% | 0,00 | - | Ipra Technologies Ltd Oy | | 0,00 | 4 441,90 | 0,00 |
| | Joulukuu yhteensä | | | 0,00 | | | | 0,00 | 4 441,90 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **0,00** | **4 441,90** | **0,00** |
| **1910 Pankkitili 1** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 1 121,43 |
| | 05.01.2024 | PT 1 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 001 19.12.2023 - 05.01.2024 | | 0,00 | 16,12 | 1 105,31 |
| | 16.01.2024 | PT 2 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 002 06.01.2024 - 16.01.2024 | | 0,00 | 115,31 | 990,00 |
| | 22.01.2024 | PT 3 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 003 17.01.2024 - 22.01.2024 | | 0,00 | 104,62 | 885,38 |
| | 25.01.2024 | PT 4 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 004 23.01.2024 - 25.01.2024 | | 179,06 | 0,00 | 1 064,44 |
| | Tammikuu yhteensä | | | 0,00 | | | | 179,06 | 236,05 | **1 064,44** |
| | 06.02.2024 | PT 5 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 005 26.01.2024 - 06.02.2024 | | 0,00 | 27,84 | 1 036,60 |
| | 06.02.2024 | PT 6 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 005 26.01.2024 - 06.02.2024 | | 0,00 | 118,02 | 918,58 |
| | 15.02.2024 | PT 7 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 006 07.02.2024 - 15.02.2024 | | 109,52 | 0,00 | 1 028,10 |
| | 19.02.2024 | PT 8 | 0% | 0,00 | - | ELISA OYJ, 1/24 | | 0,00 | 74,75 | 953,35 |
| | Helmikuu yhteensä | | | 0,00 | | | | 109,52 | 220,61 | **953,35** |
| | 06.03.2024 | PT 9 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 008 20.02.2024 - 06.03.2024 | | 0,00 | 14,34 | 939,01 |
| | 11.03.2024 | PT 10 | 0% | 0,00 | - | Relion Oy, lasku 19447, 31.1.24 | | 0,00 | 142,20 | 796,81 |
| | 18.03.2024 | PT 11 | 0% | 0,00 | - | ELISA OYJ, 2/24 | | 0,00 | 119,18 | 677,63 |
| | 26.03.2024 | PT 12 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 011 19.03.2024 - 26.03.2024 | | 0,00 | 16,22 | 661,41 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 0,00 | 291,94 | **661,41** |
| | 05.04.2024 | PT 13 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 012 27.03.2024 - 05.04.2024 | | 0,00 | 15,52 | 645,89 |
| | 18.04.2024 | PT 14 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 013 06.04.2024 - 18.04.2024 | | 0,00 | 71,92 | 573,97 |
| | 24.04.2024 | PT 15 | 0% | 0,00 | - | Tiliote ETELÄ-KARJALAN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 014 19.04.2024 - 24.04.2024 | | 30 000,00 | 0,00 | 30 573,97 |
| | 24.04.2024 | PT 16 | 0% | 0,00 | - | ULKOM MAKSU MCCARTHY DENNING LIMITED (UNITED KINGDOM), 25 000 GBP. Britannian maksu on talletus asianajotoimiston asiakasvaratilille, laskuja ei ole vielä esittää | | 0,00 | 29 701,79 | 872,18 |
| | Huhtikuu yhteensä | | | 0,00 | | | | 30 000,00 | 29 789,23 | **872,18** |

CDN Licensing Finland Oy, 3243196-4                                                                01.01.2024 - 31.12.2024

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | 07.05.2024 | PT 17 | 0% | 0,00 | - | PALVELUMAKSU OSUUSPANKKI | | 0,00 | 33,60 | 838,58 |
| | 16.05.2024 | PT 18 | 0% | 0,00 | - | RELION Oy, light-paketti, lasku 21041, 30.4.24, | | 0,00 | 27,37 | 811,21 |
| | 16.05.2024 | PT 19 | 0% | 0,00 | - | RELION Oy, TILINPÄÄTÖS, lasku 20731, 30.4.24 | | 0,00 | 393,08 | 418,13 |
| | 16.05.2024 | PT 20 | 0% | 0,00 | - | RELION Oy, lasku 20872, 30.4.24, ajalta 2-4/2024 | | 0,00 | 66,97 | 351,16 |
| | 20.05.2024 | PT 21 | 0% | 0,00 | - | ELISA OYJ, 4/24 | | 0,00 | 72,23 | 278,93 |
| | 20.05.2024 | PT 22 | 0% | 0,00 | - | Tiliote KAAKKOIS-SUOMEN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 017 17.05.2024 - 20.05.2024 | | 0,00 | 135,00 | 143,93 |
| | Toukokuu yhteensä | | | 0,00 | | | | 0,00 | 728,25 | **143,93** |
| | 06.06.2024 | PT 23 | 0% | 0,00 | - | Tiliote KAAKKOIS-SUOMEN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 018 21.05.2024 - 06.06.2024 | | 0,00 | 14,50 | 129,43 |
| | 19.06.2024 | PT 24 | 0% | 0,00 | - | ELISA OYJ, 5/24 | | 0,00 | 117,81 | 11,62 |
| | 20.06.2024 | PT 25 | 0% | 0,00 | - | Tiliote KAAKKOIS-SUOMEN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 020 20.06.2024 - 20.06.2024 | | 3 000,00 | 0,00 | 3 011,62 |
| | 20.06.2024 | PT 26 | 0% | 0,00 | - | Tiliote KAAKKOIS-SUOMEN OSUUSPANKKI FI05 5620 0920 6940 48 nro Tiliotteen numero: 020 20.06.2024 - 20.06.2024 | | 0,00 | 1 286,35 | 1 725,27 |
| | 20.06.2024 | PT 27 | 0% | 0,00 | - | RELION Oy, lasku 21256 30.4.24, ajalta 2-5/2024 | | 0,00 | 58,59 | 1 666,68 |
| | 26.06.2024 | PT 28 | 0% | 0,00 | - | Sigmatic / telia Finland, verkkotunnukset eezykeyz.eu | | 0,00 | 67,00 | 1 599,68 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 3 000,00 | 1 544,25 | **1 599,68** |
| | 04.07.2024 | PT 29 | 0% | 0,00 | - | PALVELUMAKSU OSUUSPANKKI | | 0,00 | 16,32 | 1 583,36 |
| | 18.07.2024 | PT 30 | 0% | 0,00 | - | ELISA OYJ, 6/24 | | 0,00 | 121,37 | 1 461,99 |
| | Heinäkuu yhteensä | | | 0,00 | | | | 0,00 | 137,69 | **1 461,99** |
| | 06.08.2024 | PT 31 | 0% | 0,00 | - | PALVELUMAKSU OSUUSPANKKI | | 0,00 | 12,64 | 1 449,35 |
| | 15.08.2024 | PT 32 | 0% | 0,00 | - | TILISIIRTO VEROHALLINTO, palautus | | 145,63 | 0,00 | 1 594,98 |
| | 19.08.2024 | PT 33 | 0% | 0,00 | - | ELISA OYJ, 7/24 | | 0,00 | 68,15 | 1 526,83 |
| | Elokuu yhteensä | | | 0,00 | | | | 145,63 | 80,79 | **1 526,83** |
| | 05.09.2024 | PT 34 | 0% | 0,00 | - | PALVELUMAKSU OSUUSPANKKI | | 0,00 | 14,70 | 1 512,13 |
| | 11.09.2024 | PT 35 | 0% | 0,00 | - | RELION OY, ei tos. | | 0,00 | 39,06 | 1 473,07 |
| | 18.09.2024 | PT 36 | 0% | 0,00 | - | ELISA OYJ, 8/24 | | 0,00 | 135,08 | 1 337,99 |
| | 19.09.2024 | PT 37 | 0% | 0,00 | - | RELION OY, 8/24 | | 0,00 | 241,65 | 1 096,34 |
| | Syyskuu yhteensä | | | 0,00 | | | | 0,00 | 430,49 | **1 096,34** |
| | 02.10.2024 | PT 38 | 0% | 0,00 | - | RELION OY, light-paketti 8/24 | | 0,00 | 7,84 | 1 088,50 |
| | 04.10.2024 | PT 39 | 0% | 0,00 | - | PALVELUMAKSU OSUUSPANKKI | | 0,00 | 14,32 | 1 074,18 |
| | 17.10.2024 | PT 40 | 0% | 0,00 | - | ELISA OYJ, 9/24 | | 0,00 | 92,51 | 981,67 |
| | Lokakuu yhteensä | | | 0,00 | | | | 0,00 | 114,67 | **981,67** |
| | 06.11.2024 | PT 41 | 0% | 0,00 | - | PALVELUMAKSU OSUUSPANKKI | | 0,00 | 13,48 | 968,19 |
| | 18.11.2024 | PT 42 | 0% | 0,00 | - | ELISA OYJ, 10/2024 | | 0,00 | 104,59 | 863,60 |
| | 19.11.2024 | PT 43 | 0% | 0,00 | - | TILISIIRTO VEROHALLINTO | | 116,45 | 0,00 | 980,05 |
| | Marraskuu yhteensä | | | 0,00 | | | | 116,45 | 118,07 | **980,05** |
| | 05.12.2024 | PT 44 | 0% | 0,00 | - | PALVELUMAKSU OSUUSPANKKI | | 0,00 | 14,70 | 965,35 |
| | 18.12.2024 | PT 45 | 0% | 0,00 | - | ELISA OYJ, 11/2024 | | 0,00 | 90,77 | 874,58 |
| | Joulukuu yhteensä | | | 0,00 | | | | 0,00 | 105,47 | **874,58** |
| | **Yhteensä** | | | **0,00** | | | | **33 550,66** | **33 797,51** | **874,58** |

### 2251 Edellisten tilikausien voitto/tappio

| | | | | | | Alkusaldo | | | | -213 316,77 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 01.01.2024 | T 1 | 0% | 0,00 | - | Edellisen tilikauden tappio | | 67 093,37 | 0,00 | -146 223,40 |
| | Tammikuu yhteensä | | | 0,00 | | | | 67 093,37 | 0,00 | **-146 223,40** |
| | **Yhteensä** | | | **0,00** | | | | **67 093,37** | **0,00** | **-146 223,40** |

### 2375 Tilikauden tappio

| | | | | | | Alkusaldo | | | | 67 093,37 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 01.01.2024 | T 1 | 0% | 0,00 | - | Edellisen tilikauden tappio | | 0,00 | 67 093,37 | 0,00 |
| | Tammikuu yhteensä | | | 0,00 | | | | 0,00 | 67 093,37 | **0,00** |
| | 31.12.2024 | T 2 | 0% | 0,00 | - | Tilikauden tappio | | 86 353,35 | 0,00 | 86 353,35 |
| | Joulukuu yhteensä | | | 0,00 | | | | 86 353,35 | 0,00 | **86 353,35** |
| | **Yhteensä** | | | **0,00** | | | | **86 353,35** | **67 093,37** | **86 353,35** |

### 2621 Pitkäaikainen rahoituslaitoslaina 1

| | | | | | | Alkusaldo | | | | -100 000,00 |
|---|---|---|---|---|---|---|---|---|---|---|

### 2872 Ostovelat vanhat

| | | | | | | Alkusaldo | | | | 0,00 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 30.06.2024 | MU 5 | 0% | 0,00 | - | Relion Oy, light-paketti 6/24, lasku 21956 | | 0,00 | 16,22 | -16,22 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 0,00 | 16,22 | **-16,22** |
| | 30.11.2024 | MU 6 | 0% | 0,00 | - | Relion Oy, lasku 4001392, 30.11.24 / Light-paketti | | 0,00 | 7,94 | -24,16 |
| | 30.11.2024 | MU 7 | 0% | 0,00 | - | Relion Oy, lasku 4000913, 30.11.24 / Light-paketti ja taloushallintopalvelu | | 0,00 | 75,72 | -99,88 |

CDN Licensing Finland Oy, 3243196-4                                    01.01.2024 - 31.12.2024

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | Marraskuu yhteensä | | | 0,00 | | | | 0,00 | 83,66 | **-99,88** |
| | 31.12.2024 | MU 8 | 0% | 0,00 | - | ELISA OYJ, 12/2024 | | 0,00 | 115,04 | **-214,92** |
| | Joulukuu yhteensä | | | 0,00 | | | | 0,00 | 115,04 | **-214,92** |
| | **Yhteensä** | | | **0,00** | | | | **0,00** | **214,92** | **-214,92** |

**2873 Ostovelat 3**

| | | | | | | Alkusaldo | | | | -123,22 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 22.01.2024 | PT 3 | 0% | 0,00 | - | TILISIIRTO ELISA OYJ 00000000803415238664 | | 104,62 | 0,00 | **-18,60** |
| | Tammikuu yhteensä | | | 0,00 | | | | 104,62 | 0,00 | **-18,60** |
| | 31.12.2024 | MU 12 | 0% | 0,00 | - | Relion, kuitattu laskulla | | 18,60 | 0,00 | 0,00 |
| | Joulukuu yhteensä | | | 0,00 | | | | 18,60 | 0,00 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **123,22** | **0,00** | **0,00** |

**2939 Arvonlisäverovelka**

| | | | | | | Alkusaldo | | | | 0,00 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 28.05.2024 | MU 10 | 0% | 0,00 | - | MCCARTHY DENNING LIMITED (UNITED KINGDOM), lasku 28.5.2024 (Patent Infringement), 25 000 GBR | | 0,00 | 7 128,43 | **-7 128,43** |
| | 31.05.2024 | AT 9 | 0% | 0,00 | - | Suoritettava ALV 5/2024 | | 7 128,43 | 0,00 | 0,00 |
| | Toukokuu yhteensä | | | 0,00 | | | | 7 128,43 | 7 128,43 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **7 128,43** | **7 128,43** | **0,00** |

**2941 Velat osakkaille**

| | | | | | | Alkusaldo | | | | -40,00 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 24.04.2024 | PT 15 | 0% | 0,00 | - | TILISIIRTO IMATRAN TILIKONSULTIT OY, raha tililel | | 0,00 | 30 000,00 | **-30 040,00** |
| | Huhtikuu yhteensä | | | 0,00 | | | | 0,00 | 30 000,00 | **-30 040,00** |
| | 20.06.2024 | PT 25 | 0% | 0,00 | - | TILISIIRTO IMATRAN TILIKONSULTIT OY | | 0,00 | 3 000,00 | **-33 040,00** |
| | Kesäkuu yhteensä | | | 0,00 | | | | 0,00 | 3 000,00 | **-33 040,00** |
| | **Yhteensä** | | | **0,00** | | | | **0,00** | **33 000,00** | **-33 040,00** |

**2946 Maksettava arvonlisävero**

| | | | | | | Alkusaldo | | | | 0,00 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 31.05.2024 | AT 9 | 0% | 0,00 | - | Maksettava ALV 5/2024 | | 95,36 | 0,00 | 95,36 |
| | Toukokuu yhteensä | | | 0,00 | | | | 95,36 | 0,00 | **95,36** |
| | 30.06.2024 | AT 10 | 0% | 0,00 | - | Maksettava ALV 6/2024 | | 50,25 | 0,00 | 145,61 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 50,25 | 0,00 | **145,61** |
| | 31.07.2024 | AT 3 | 0% | 0,00 | - | Maksettava ALV 7/2024 | | 22,74 | 0,00 | 168,35 |
| | Heinäkuu yhteensä | | | 0,00 | | | | 22,74 | 0,00 | **168,35** |
| | 15.08.2024 | PT 32 | 0% | 0,00 | - | TILISIIRTO VEROHALLINTO, palautus | | 0,00 | 145,63 | 22,72 |
| | 31.08.2024 | AT 4 | 0% | 0,00 | - | Maksettava ALV 8/2024 | | 13,19 | 0,00 | 35,91 |
| | Elokuu yhteensä | | | 0,00 | | | | 13,19 | 145,63 | **35,91** |
| | 30.09.2024 | AT 5 | 0% | 0,00 | - | Maksettava ALV 9/2024 | | 80,48 | 0,00 | 116,39 |
| | Syyskuu yhteensä | | | 0,00 | | | | 80,48 | 0,00 | **116,39** |
| | 31.10.2024 | AT 6 | 0% | 0,00 | - | Maksettava ALV 10/2024 | | 20,32 | 0,00 | 136,71 |
| | Lokakuu yhteensä | | | 0,00 | | | | 20,32 | 0,00 | **136,71** |
| | 30.11.2024 | AT 7 | 0% | 0,00 | - | Maksettava ALV 11/2024 | | 38,25 | 0,00 | 174,96 |
| | 30.11.2024 | MU 9 | 0% | 0,00 | - | OmaVero 30.11.2024 | | 0,00 | 116,41 | 58,55 |
| | Marraskuu yhteensä | | | 0,00 | | | | 38,25 | 116,41 | **58,55** |
| | 31.12.2024 | AT 8 | 0% | 0,00 | - | Maksettava ALV 12/2024 | | 41,82 | 0,00 | 100,37 |
| | 31.12.2024 | TP 2 | 0% | 0,00 | - | Alv 10-12/2024 | | 0,00 | 100,37 | 0,00 |
| | Joulukuu yhteensä | | | 0,00 | | | | 41,82 | 100,37 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **362,41** | **362,41** | **0,00** |

**2967 Korkomenot (siirtovelat)**

| | | | | | | Alkusaldo | | | | -50 000,00 |
|---|---|---|---|---|---|---|---|---|---|---|

**6830 Poisto aineettomista oikeuksista**

| | | | | | | Alkusaldo | | | | 0,00 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 31.12.2024 | TP 1 | 0% | 0,00 | - | Tasapoisto 3v. | | 48 333,34 | 0,00 | 48 333,34 |
| | Joulukuu yhteensä | | | 0,00 | | | | 48 333,34 | 0,00 | **48 333,34** |
| | **Yhteensä** | | | **0,00** | | | | **48 333,34** | **0,00** | **48 333,34** |

**7660 Atk-ohjelmistot, päivitykset ja ylläpito**

| | | | | | | Alkusaldo | | | | 0,00 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 16.01.2024 | PT 2 | 0% | 0,00 | KOOS | TILISIIRTO Misa Munde | | 115,31 | 0,00 | 115,31 |
| | Tammikuu yhteensä | | | 0,00 | | | | 115,31 | 0,00 | **115,31** |
| | 06.02.2024 | PT 6 | 0% | 0,00 | KOOS | TILISIIRTO Misa Munde | | 118,02 | 0,00 | 233,33 |
| | Helmikuu yhteensä | | | 0,00 | | | | 118,02 | 0,00 | **233,33** |

CDN Licensing Finland Oy, 3243196-4                              01.01.2024 - 31.12.2024

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | 26.03.2024 | PT 12 | 0% | 0,00 | KOOS | RELION OY light-paketti | | 16,22 | 0,00 | 249,55 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 16,22 | 0,00 | **249,55** |
| | 16.05.2024 | PT 18 | 24% | 5,30 | KOOS | RELION Oy, light-paketti, lasku 21041, 30.4.24, | | 22,07 | 0,00 | 271,62 |
| | 16.05.2024 | PT 20 | 0% | 0,00 | KOOS | RELION Oy, light-paketti ajalta 2-4/2024, lasku 21041, 30.4.24, | | 8,38 | 0,00 | 280,00 |
| | 20.05.2024 | PT 22 | 0% | 0,00 | KOOS | TILISIIRTO Sigmatic/ Telia Finland Oy 00000000000003009260 | | 135,00 | 0,00 | 415,00 |
| | Toukokuu yhteensä | | | 5,30 | | | | 165,45 | 0,00 | **415,00** |
| | 26.06.2024 | PT 28 | 24% | 12,00 | KOOS | Sigmatic / telia Finland, verkkotunnukset eezykeyz.eu | | 50,00 | 0,00 | 465,00 |
| | 30.06.2024 | MU 5 | 24% | 3,14 | KOOS | Relion Oy, light-paketti 6/24, lasku 21956 | | 13,08 | 0,00 | 478,08 |
| | Kesäkuu yhteensä | | | 15,14 | | | | 63,08 | 0,00 | **478,08** |
| | 11.09.2024 | PT 35 | 24% | 7,56 | KOOS | RELION OY, ei tos. | | 31,50 | 0,00 | 509,58 |
| | Syyskuu yhteensä | | | 7,56 | | | | 31,50 | 0,00 | **509,58** |
| | 02.10.2024 | PT 38 | 24% | 1,52 | KOOS | RELION OY, light-paketti 8/24 | | 6,32 | 0,00 | 515,90 |
| | Lokakuu yhteensä | | | 1,52 | | | | 6,32 | 0,00 | **515,90** |
| | 30.11.2024 | MU 6 | 25,50% | 1,61 | KOOS | Relion Oy, lasku 4001392, 30.11.24 / Light-paketti | | 6,33 | 0,00 | 522,23 |
| | 30.11.2024 | MU 7 | 25,50% | 3,34 | KOOS | Relion Oy, lasku 4000913, 30.11.24 / Light-paketti ja taloushallintopalvelu | | 13,08 | 0,00 | 535,31 |
| | Marraskuu yhteensä | | | 4,95 | | | | 19,41 | 0,00 | **535,31** |
| | **Yhteensä** | | | **34,47** | | | | **535,31** | **0,00** | **535,31** |

### 8380 Taloushallintopalvelut

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 11.03.2024 | PT 10 | 0% | 0,00 | KOOS | Relion Oy, lasku 19447, 31.1.24 | | 142,20 | 0,00 | 142,20 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 142,20 | 0,00 | **142,20** |
| | 16.05.2024 | PT 19 | 24% | 76,08 | KOOS | RELION Oy, TILINPÄÄTÖS, lasku 20731, 30.4.24 | | 317,00 | 0,00 | 459,20 |
| | 16.05.2024 | PT 20 | 0% | 0,00 | KOOS | RELION Oy, lasku 20872, 30.4.24, ajalta 2-4/2024 | | 58,59 | 0,00 | 517,79 |
| | Toukokuu yhteensä | | | 76,08 | | | | 375,59 | 0,00 | **517,79** |
| | 20.06.2024 | PT 27 | 24% | 11,34 | KOOS | RELION Oy, lasku 21256 30.4.24, ajalta 2-5/2024 | | 47,25 | 0,00 | 565,04 |
| | Kesäkuu yhteensä | | | 11,34 | | | | 47,25 | 0,00 | **565,04** |
| | 19.09.2024 | PT 37 | 24% | 46,77 | KOOS | RELION OY, 8/24 | | 194,88 | 0,00 | 759,92 |
| | Syyskuu yhteensä | | | 46,77 | | | | 194,88 | 0,00 | **759,92** |
| | 30.11.2024 | MU 7 | 25,50% | 12,05 | KOOS | Relion Oy, lasku 4000913, 30.11.24 / Light-paketti ja taloushallintopalvelu | | 47,25 | 0,00 | 807,17 |
| | Marraskuu yhteensä | | | 12,05 | | | | 47,25 | 0,00 | **807,17** |
| | 31.12.2024 | MU 12 | 0% | 0,00 | KOOS | Relion, kuitattu laskulla | | 0,00 | 18,60 | 788,57 |
| | Joulukuu yhteensä | | | 0,00 | | | | 0,00 | 18,60 | **788,57** |
| | **Yhteensä** | | | **146,24** | | | | **807,17** | **18,60** | **788,57** |

### 8430 Muut hallintopalvelut

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 20.06.2024 | PT 26 | 0% | 0,00 | KOOS | TILISIIRTO Laine IP Oy 00000000000024033587 | | 1 286,35 | 0,00 | 1 286,35 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 1 286,35 | 0,00 | **1 286,35** |
| | **Yhteensä** | | | **0,00** | | | | **1 286,35** | **0,00** | **1 286,35** |

### 8510 Matkapuhelinkulut

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 19.02.2024 | PT 8 | 0% | 0,00 | KOOS | ELISA OYJ, 1/24 | | 74,75 | 0,00 | 74,75 |
| | Helmikuu yhteensä | | | 0,00 | | | | 74,75 | 0,00 | **74,75** |
| | 18.03.2024 | PT 11 | 0% | 0,00 | KOOS | ELISA OYJ, 2/24 | | 119,18 | 0,00 | 193,93 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 119,18 | 0,00 | **193,93** |
| | 18.04.2024 | PT 14 | 0% | 0,00 | KOOS | ELISA OYJ, 3/24 | | 71,92 | 0,00 | 265,85 |
| | Huhtikuu yhteensä | | | 0,00 | | | | 71,92 | 0,00 | **265,85** |
| | 20.05.2024 | PT 21 | 24% | 13,98 | KOOS | ELISA OYJ, 4/24 | | 58,25 | 0,00 | 324,10 |
| | Toukokuu yhteensä | | | 13,98 | | | | 58,25 | 0,00 | **324,10** |
| | 19.06.2024 | PT 24 | 24% | 22,80 | KOOS | ELISA OYJ, 5/24 | | 95,01 | 0,00 | 419,11 |
| | Kesäkuu yhteensä | | | 22,80 | | | | 95,01 | 0,00 | **419,11** |
| | 18.07.2024 | PT 30 | 24% | 22,74 | KOOS | ELISA OYJ, 6/24 | | 94,73 | 0,00 | 513,84 |
| | Heinäkuu yhteensä | | | 22,74 | | | | 94,73 | 0,00 | **513,84** |
| | 19.08.2024 | PT 33 | 24% | 13,19 | KOOS | ELISA OYJ, 7/24 | | 54,96 | 0,00 | 568,80 |
| | Elokuu yhteensä | | | 13,19 | | | | 54,96 | 0,00 | **568,80** |
| | 18.09.2024 | PT 36 | 24% | 26,15 | KOOS | ELISA OYJ, 8/24 | | 108,94 | 0,00 | 677,74 |
| | Syyskuu yhteensä | | | 26,15 | | | | 108,94 | 0,00 | **677,74** |
| | 17.10.2024 | PT 40 | 25,50% | 18,80 | KOOS | ELISA OYJ, 9/24 | | 73,71 | 0,00 | 751,45 |
| | Lokakuu yhteensä | | | 18,80 | | | | 73,71 | 0,00 | **751,45** |
| | 18.11.2024 | PT 42 | 25,50% | 21,25 | KOOS | ELISA OYJ, 10/2024 | | 83,34 | 0,00 | 834,79 |
| | Marraskuu yhteensä | | | 21,25 | | | | 83,34 | 0,00 | **834,79** |
| | 18.12.2024 | PT 45 | 25,50% | 18,44 | KOOS | ELISA OYJ, 11/2024 | | 72,33 | 0,00 | 907,12 |
| | 31.12.2024 | MU 8 | 25,50% | 23,38 | KOOS | ELISA OYJ, 12/2024 | | 91,67 | 0,00 | 998,79 |

CDN Licensing Finland Oy, 3243196-4                01.01.2024 - 31.12.2024

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | 31.12.2024 | MU 11 | 0% | 0,00 | KOOS | Elisa, hyvitetty laskulla | | 48,49 | 0,00 | 1 047,28 |
| | Joulukuu yhteensä | | | 41,82 | | | | 212,49 | 0,00 | **1 047,28** |
| | **Yhteensä** | | | **180,73** | | | | **1 047,28** | **0,00** | **1 047,28** |

### 8560 Rahaliikenteen kulut

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 05.01.2024 | PT 1 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000034041225467 | | 16,12 | 0,00 | 16,12 |
| | Tammikuu yhteensä | | | 0,00 | | | | 16,12 | 0,00 | **16,12** |
| | 06.02.2024 | PT 5 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000034078602943 | | 27,84 | 0,00 | 43,96 |
| | Helmikuu yhteensä | | | 0,00 | | | | 27,84 | 0,00 | **43,96** |
| | 06.03.2024 | PT 9 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000034115265654 | | 14,34 | 0,00 | 58,30 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 14,34 | 0,00 | **58,30** |
| | 05.04.2024 | PT 13 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000034151285177 | | 15,52 | 0,00 | 73,82 |
| | Huhtikuu yhteensä | | | 0,00 | | | | 15,52 | 0,00 | **73,82** |
| | 07.05.2024 | PT 17 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI | | 33,60 | 0,00 | 107,42 |
| | Toukokuu yhteensä | | | 0,00 | | | | 33,60 | 0,00 | **107,42** |
| | 06.06.2024 | PT 23 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000034223851879 | | 14,50 | 0,00 | 121,92 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 14,50 | 0,00 | **121,92** |
| | 04.07.2024 | PT 29 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000034259683215 | | 16,32 | 0,00 | 138,24 |
| | Heinäkuu yhteensä | | | 0,00 | | | | 16,32 | 0,00 | **138,24** |
| | 06.08.2024 | PT 31 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000034295928387 | | 12,64 | 0,00 | 150,88 |
| | Elokuu yhteensä | | | 0,00 | | | | 12,64 | 0,00 | **150,88** |
| | 05.09.2024 | PT 34 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000034332333136 | | 14,70 | 0,00 | 165,58 |
| | Syyskuu yhteensä | | | 0,00 | | | | 14,70 | 0,00 | **165,58** |
| | 04.10.2024 | PT 39 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000034368678917 | | 14,32 | 0,00 | 179,90 |
| | Lokakuu yhteensä | | | 0,00 | | | | 14,32 | 0,00 | **179,90** |
| | 06.11.2024 | PT 41 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000034405123040 | | 13,48 | 0,00 | 193,38 |
| | Marraskuu yhteensä | | | 0,00 | | | | 13,48 | 0,00 | **193,38** |
| | 05.12.2024 | PT 44 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000034441260721 | | 14,70 | 0,00 | 208,08 |
| | Joulukuu yhteensä | | | 0,00 | | | | 14,70 | 0,00 | **208,08** |
| | **Yhteensä** | | | **0,00** | | | | **208,08** | **0,00** | **208,08** |

### 8570 Pyöristyserot

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 30.09.2024 | AT 5 | 0% | 0,00 | - | Pyöristysero ALV 9/2024 | | 0,00 | 0,01 | -0,01 |
| | Syyskuu yhteensä | | | 0,00 | | | | 0,00 | 0,01 | **-0,01** |
| | 31.12.2024 | AT 8 | 0% | 0,00 | - | Pyöristysero ALV 12/2024 | | 0,00 | 0,01 | -0,02 |
| | Joulukuu yhteensä | | | 0,00 | | | | 0,00 | 0,01 | **-0,02** |
| | **Yhteensä** | | | **0,00** | | | | **0,00** | **0,02** | **-0,02** |

### 8760 Muut vähennyskelpoiset liikekulut

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 28.05.2024 | MU 10 | 24% | 7 128,43 | KÄVE | MCCARTHY DENNING LIMITED (UNITED KINGDOM), lasku 28.5.2024 (Patent Infringement), 25 000 GBR | | 29 701,79 | 0,00 | 29 701,79 |
| | Toukokuu yhteensä | | | 7 128,43 | | | | 29 701,79 | 0,00 | **29 701,79** |
| | 18.07.2024 | PT 30 | 0% | 0,00 | - | ELISA OYJ, 6/24 Ostot verkkopalveluista, digitaaliset | | 3,90 | 0,00 | 29 705,69 |
| | Heinäkuu yhteensä | | | 0,00 | | | | 3,90 | 0,00 | **29 705,69** |
| | **Yhteensä** | | | **7 128,43** | | | | **29 705,69** | **0,00** | **29 705,69** |

### 8800 Muut vähennyskelvottomat liikekulut

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 31.12.2024 | MU 13 | 0% | 0,00 | KOOS | Ipra Technologies Ltd Oy | | 4 441,90 | 0,00 | 4 441,90 |
| | Joulukuu yhteensä | | | 0,00 | | | | 4 441,90 | 0,00 | **4 441,90** |
| | **Yhteensä** | | | **0,00** | | | | **4 441,90** | **0,00** | **4 441,90** |

### 9240 Palautettava yhteisökorko/palautuskorko

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Alkusaldo | | | | 0,00 |
| | 31.01.2024 | MU 1 | 0% | 0,00 | - | OmaVero 31.01.2024, Myöhästymismaksu ja hyvityskorot | | 0,00 | 0,10 | -0,10 |
| | Tammikuu yhteensä | | | 0,00 | | | | 0,00 | 0,10 | **-0,10** |
| | 29.02.2024 | MU 2 | 0% | 0,00 | - | OmaVero 29.02.2024, hyvityskorot | | 0,00 | 0,02 | -0,12 |
| | Helmikuu yhteensä | | | 0,00 | | | | 0,00 | 0,02 | **-0,12** |
| | 30.11.2024 | MU 9 | 0% | 0,00 | - | OmaVero 30.11.2024 | | 0,00 | 0,04 | -0,16 |
| | Marraskuu yhteensä | | | 0,00 | | | | 0,00 | 0,04 | **-0,16** |
| | 31.12.2024 | TP 2 | 0% | 0,00 | - | Verotilin saldo | | 0,00 | 0,02 | -0,18 |

CDN Licensing Finland Oy, 3243196-4                                                              01.01.2024 - 31.12.2024

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | Joulukuu yhteensä | | | 0,00 | | | | 0,00 | 0,02 | **-0,18** |
| | **Yhteensä** | | | **0,00** | | | | **0,00** | **0,18** | **-0,18** |
| **9540 Verojen viivästysseuraamukset** | | | | | | Alkusaldo | | | | 0,00 |
| | 31.01.2024 | MU 1 | 0% | 0,00 | KOOS | OmaVero 31.01.2024, Myöhästymismaksu ja hyvityskorot | | 3,00 | 0,00 | 3,00 |
| | Tammikuu yhteensä | | | 0,00 | | | | 3,00 | 0,00 | **3,00** |
| | 31.03.2024 | MU 3 | 0% | 0,00 | - | OmaVero 31.03.2024 | | 0,04 | 0,00 | 3,04 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 0,04 | 0,00 | **3,04** |
| | 30.04.2024 | MU 4 | 0% | 0,00 | - | OmaVero 30.04.2024 | | 0,00 | 0,02 | 3,02 |
| | 30.04.2024 | MU 4 | 0% | 0,00 | - | OmaVero 30.04.2024 | | 0,00 | 0,02 | 3,00 |
| | Huhtikuu yhteensä | | | 0,00 | | | | 0,00 | 0,04 | **3,00** |
| | **Yhteensä** | | | **0,00** | | | | **3,04** | **0,04** | **3,00** |
| **9610 Perimiskulut** | | | | | | Alkusaldo | | | | 0,00 |
| | 26.06.2024 | PT 28 | 24% | 0,97 | KOOS | Sigmatic / telia Finland, verkkotunnukset eezykeyz.eu | | 4,03 | 0,00 | 4,03 |
| | Kesäkuu yhteensä | | | 0,97 | | | | 4,03 | 0,00 | **4,03** |
| | **Yhteensä** | | | **0,97** | | | | **4,03** | **0,00** | **4,03** |
| | Kausi yhteensä | | | 7 490,84 | | | | 318 393,24 | 232 039,89 | |

CDN Licensing Finland Oy, 3243196-4                                                                01.01.2024 - 31.12.2024

## Hakuehdot

Päivämääräväli          01.01.2024 - 31.12.2024