# EXHIBIT D

CDN Licensing Finland Oy, 3243196-4                                                                                           01.01.2025 - 31.12.2025

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| **1755 Saamiset osakkailta ja omaisilta** | | | | | | Alkusaldo | | | | 242 150,00 |
| **1761 Verosaamiset / OmaVero** | | | | | | Alkusaldo | | | | 0,00 |
| | 18.02.2025 | PT 7 | 0% | 0,00 | - | TILISIIRTO VEROHALLINTO | | 0,00 | 100,43 | -100,43 |
| | 28.02.2025 | MU 24 | 0% | 0,00 | - | OmaVero 28.02.2025 | | 100,39 | 0,00 | -0,04 |
| | 28.02.2025 | MU 24 | 0% | 0,00 | - | OmaVero 28.02.2025 | | 0,04 | 0,00 | 0,00 |
| | Helmikuu yhteensä | | | 0,00 | | | | 100,43 | 100,43 | **0,00** |
| | Yhteensä | | | 0,00 | | | | 100,43 | 100,43 | **0,00** |
| **1762 Arvonlisäveropalautus** | | | | | | Alkusaldo | | | | 100,39 |
| | 28.02.2025 | MU 24 | 0% | 0,00 | - | OmaVero 28.02.2025 | | 0,00 | 100,39 | 0,00 |
| | Helmikuu yhteensä | | | 0,00 | | | | 0,00 | 100,39 | **0,00** |
| | Yhteensä | | | 0,00 | | | | 0,00 | 100,39 | **0,00** |
| **1779 Muut saamiset** | | | | | | Alkusaldo | | | | 0,00 |
| | 10.01.2025 | PT 4 | 0% | 0,00 | - | Relion Oy, lasku 4000913, 30.11.24, perintäkulut ja tuplamaksu | | 75,72 | 0,00 | 75,72 |
| | Tammikuu yhteensä | | | 0,00 | | | | 75,72 | 0,00 | **75,72** |
| | 21.05.2025 | PT 19 | 0% | 0,00 | - | RELION OY, 3/25 (ylisuoritus, ks. tos PT17, 21.5.25) | | 70,32 | 0,00 | 146,04 |
| | Toukokuu yhteensä | | | 0,00 | | | | 70,32 | 0,00 | **146,04** |
| | Yhteensä | | | 0,00 | | | | 146,04 | 0,00 | **146,04** |
| **1910 Pankkitili 1** | | | | | | Alkusaldo | | | | 874,58 |
| | 08.01.2025 | PT 1 | 0% | 0,00 | - | PALVELUMAKSU OSUUSPANKKI | | 0,00 | 12,04 | 862,54 |
| | 10.01.2025 | PT 2 | 0% | 0,00 | - | Relion Oy, lasku 4000913, 30.11.24 / Light-paketti ja taloushallintopalvelu | | 0,00 | 75,72 | 786,82 |
| | 10.01.2025 | PT 3 | 0% | 0,00 | - | Relion Oy, lasku 4001392, 30.11.24 / Light-paketti | | 0,00 | 7,94 | 778,88 |
| | 10.01.2025 | PT 4 | 0% | 0,00 | - | Relion Oy, lasku 4000913, 30.11.24, perintäkulut ja tuplamaksu | | 0,00 | 85,72 | 693,16 |
| | 20.01.2025 | PT 5 | 0% | 0,00 | - | ELISA OYJ, 12/24 | | 0,00 | 115,04 | 578,12 |
| | Tammikuu yhteensä | | | 0,00 | | | | 0,00 | 296,46 | **578,12** |
| | 06.02.2025 | PT 6 | 0% | 0,00 | - | PALVELUMAKSU OSUUSPANKKI | | 0,00 | 14,86 | 563,26 |
| | 18.02.2025 | PT 7 | 0% | 0,00 | - | TILISIIRTO VEROHALLINTO | | 100,43 | 0,00 | 663,69 |
| | 25.02.2025 | PT 8 | 0% | 0,00 | - | ELISA OYJ, 1/25 (alv ei vähennetä - ei alv-toimintaa) | | 0,00 | 112,82 | 550,87 |
| | Helmikuu yhteensä | | | 0,00 | | | | 100,43 | 127,68 | **550,87** |
| | 06.03.2025 | PT 9 | 0% | 0,00 | - | PALVELUMAKSU OSUUSPANKKI | | 0,00 | 14,70 | 536,17 |
| | 14.03.2025 | PT 10 | 0% | 0,00 | - | RELION OY, light-paketti, 31.1.25 | | 0,00 | 16,21 | 519,96 |
| | 18.03.2025 | PT 11 | 0% | 0,00 | - | ELISA OYJ, 2/25 | | 0,00 | 117,88 | 402,08 |
| | 18.03.2025 | PT 12 | 0% | 0,00 | - | RELION OY, 28.2.25 | | 0,00 | 124,62 | 277,46 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 0,00 | 273,41 | **277,46** |
| | 04.04.2025 | PT 13 | 0% | 0,00 | - | PALVELUMAKSU OSUUSPANKKI | | 0,00 | 14,62 | 262,84 |
| | 22.04.2025 | PT 14 | 0% | 0,00 | - | ELISA OYJ, 3/25 | | 0,00 | 96,51 | 166,33 |
| | Huhtikuu yhteensä | | | 0,00 | | | | 0,00 | 111,13 | **166,33** |
| | 07.05.2025 | PT 15 | 0% | 0,00 | - | PALVELUMAKSU OSUUSPANKKI | | 0,00 | 11,74 | 154,59 |
| | 21.05.2025 | PT 16 | 0% | 0,00 | - | TILISIIRTO IMATRAN TILIKONSULTIT OY. Lisälaina / raha tilille | | 1 000,00 | 0,00 | 1 154,59 |
| | 21.05.2025 | PT 17 | 0% | 0,00 | - | RELION OY, 31.3.25 (mm. muistutus) | | 0,00 | 80,32 | 1 074,27 |
| | 21.05.2025 | PT 18 | 0% | 0,00 | - | ELISA OYJ, 4/25 | | 0,00 | 84,24 | 990,03 |
| | 21.05.2025 | PT 19 | 0% | 0,00 | - | RELION OY, 3/25 (ylisuoritus, ks. tos PT17, 21.5.25) | | 0,00 | 70,32 | 919,71 |
| | 23.05.2025 | PT 20 | 0% | 0,00 | - | RELION OY, 30.4.25 Tilinpäätös, veroilmoitus 2024 | | 0,00 | 417,73 | 501,98 |
| | Toukokuu yhteensä | | | 0,00 | | | | 1 000,00 | 664,35 | **501,98** |
| | 05.06.2025 | PT 21 | 0% | 0,00 | - | PALVELUMAKSU OSUUSPANKKI | | 0,00 | 15,42 | 486,56 |
| | 18.06.2025 | PT 22 | 0% | 0,00 | - | ELISA OYJ, 5/25 | | 0,00 | 137,71 | 348,85 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 0,00 | 153,13 | **348,85** |
| | 04.07.2025 | PT 23 | 0% | 0,00 | - | PALVELUMAKSU OSUUSPANKKI | | 0,00 | 12,64 | 336,21 |
| | Heinäkuu yhteensä | | | 0,00 | | | | 0,00 | 12,64 | **336,21** |
| | Yhteensä | | | 0,00 | | | | 1 100,43 | 1 638,80 | **336,21** |
| **2251 Edellisten tilikausien voitto/tappio** | | | | | | Alkusaldo | | | | -146 223,40 |
| | 01.01.2025 | T 1 | 0% | 0,00 | - | Edellisen tilikauden tappio | | 86 353,35 | 0,00 | -59 870,05 |
| | Tammikuu yhteensä | | | 0,00 | | | | 86 353,35 | 0,00 | **-59 870,05** |
| | Yhteensä | | | 0,00 | | | | 86 353,35 | 0,00 | **-59 870,05** |

CDN Licensing Finland Oy, 3243196-4                                                                01.01.2025 - 31.12.2025

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| **2375 Tilikauden tappio** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 86 353,35 |
| | 01.01.2025 | T 1 | 0% | 0,00 | - | Edellisen tilikauden tappio | | 0,00 | 86 353,35 | 0,00 |
| | Tammikuu yhteensä | | | 0,00 | | | | 0,00 | 86 353,35 | **0,00** |
| | **Yhteensä** | | | **0,00** | | | | **0,00** | **86 353,35** | **0,00** |
| **2621 Pitkäaikainen rahoituslaitoslaina 1** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | -100 000,00 |
| **2872 Ostovelat vanhat** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | -214,92 |
| | 10.01.2025 | PT 2 | 0% | 0,00 | - | Relion Oy, lasku 4000913, 30.11.24 / Light-paketti ja taloushallintopalvelu | | 75,72 | 0,00 | -139,20 |
| | 10.01.2025 | PT 3 | 0% | 0,00 | - | Relion Oy, lasku 4001392, 30.11.24 / Light-paketti | | 7,94 | 0,00 | -131,26 |
| | 20.01.2025 | PT 5 | 0% | 0,00 | - | ELISA OYJ, 12/24 | | 115,04 | 0,00 | -16,22 |
| | Tammikuu yhteensä | | | 0,00 | | | | 198,70 | 0,00 | **-16,22** |
| | 31.05.2025 | MU 25 | 0% | 0,00 | - | Relion Oy, lasku 31.5.25 | | 0,00 | 83,10 | -99,32 |
| | Toukokuu yhteensä | | | 0,00 | | | | 0,00 | 83,10 | **-99,32** |
| | 30.06.2025 | MU 26 | 0% | 0,00 | - | Relion Oy, lasku 30.6.25 | | 0,00 | 60,15 | -159,47 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 0,00 | 60,15 | **-159,47** |
| | **Yhteensä** | | | **0,00** | | | | **198,70** | **143,25** | **-159,47** |
| **2941 Velat osakkaille** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | -33 040,00 |
| | 21.05.2025 | PT 16 | 0% | 0,00 | - | TILISIIRTO IMATRAN TILIKONSULTIT OY. Lisälaina / raha tilille | | 0,00 | 1 000,00 | -34 040,00 |
| | Toukokuu yhteensä | | | 0,00 | | | | 0,00 | 1 000,00 | **-34 040,00** |
| | **Yhteensä** | | | **0,00** | | | | **0,00** | **1 000,00** | **-34 040,00** |
| **2967 Korkomenot (siirtovelat)** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | -50 000,00 |
| **7660 Atk-ohjelmistot, päivitykset ja ylläpito** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 0,00 |
| | 14.03.2025 | PT 10 | 0% | 0,00 | KOOS | RELION OY, light-paketti, 31.1.25 | | 16,21 | 0,00 | 16,21 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 16,21 | 0,00 | **16,21** |
| | 21.05.2025 | PT 17 | 0% | 0,00 | KOOS | RELION OY, 31.3.25 (mm. muistutus) | | 8,01 | 0,00 | 24,22 |
| | Toukokuu yhteensä | | | 0,00 | | | | 8,01 | 0,00 | **24,22** |
| | **Yhteensä** | | | **0,00** | | | | **24,22** | **0,00** | **24,22** |
| **8380 Taloushallintopalvelut** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 0,00 |
| | 18.03.2025 | PT 12 | 0% | 0,00 | KOOS | RELION OY, 28.2.25 | | 124,62 | 0,00 | 124,62 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 124,62 | 0,00 | **124,62** |
| | 21.05.2025 | PT 17 | 0% | 0,00 | KOOS | RELION OY, 31.3.25 (mm. muistutus) | | 62,31 | 0,00 | 186,93 |
| | 23.05.2025 | PT 20 | 0% | 0,00 | KOOS | RELION OY, 30.4.25 Tilinpäätös, veroilmoitus 2024 | | 417,73 | 0,00 | 604,66 |
| | 31.05.2025 | MU 25 | 0% | 0,00 | - | Relion Oy, lasku 31.5.25 | | 83,11 | 0,00 | 687,77 |
| | Toukokuu yhteensä | | | 0,00 | | | | 563,15 | 0,00 | **687,77** |
| | 30.06.2025 | MU 26 | 0% | 0,00 | - | Relion Oy, lasku 30.6.25 | | 60,15 | 0,00 | 747,92 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 60,15 | 0,00 | **747,92** |
| | **Yhteensä** | | | **0,00** | | | | **747,92** | **0,00** | **747,92** |
| **8510 Matkapuhelinkulut** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 0,00 |
| | 25.02.2025 | PT 8 | 0% | 0,00 | KOOS | ELISA OYJ, 1/25 (alv ei vähennetä - ei alv-toimintaa) | | 112,82 | 0,00 | 112,82 |
| | Helmikuu yhteensä | | | 0,00 | | | | 112,82 | 0,00 | **112,82** |
| | 18.03.2025 | PT 11 | 0% | 0,00 | KOOS | ELISA OYJ, 2/25 | | 117,63 | 0,00 | 230,45 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 117,63 | 0,00 | **230,45** |
| | 22.04.2025 | PT 14 | 0% | 0,00 | KOOS | ELISA OYJ, 3/25 | | 96,51 | 0,00 | 326,96 |
| | Huhtikuu yhteensä | | | 0,00 | | | | 96,51 | 0,00 | **326,96** |
| | 21.05.2025 | PT 18 | 0% | 0,00 | KOOS | ELISA OYJ, 4/25 | | 84,24 | 0,00 | 411,20 |
| | Toukokuu yhteensä | | | 0,00 | | | | 84,24 | 0,00 | **411,20** |
| | 18.06.2025 | PT 22 | 0% | 0,00 | KOOS | ELISA OYJ, 5/25 | | 137,66 | 0,00 | 548,86 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 137,66 | 0,00 | **548,86** |
| | **Yhteensä** | | | **0,00** | | | | **548,86** | **0,00** | **548,86** |
| **8560 Rahaliikenteen kulut** | | | | | | | | | | |
| | | | | | | Alkusaldo | | | | 0,00 |

CDN Licensing Finland Oy, 3243196-4                                                                           01.01.2025 - 31.12.2025

## Pääkirja

| Tili | Päiväys | Tosite | ALV-% | ALV(€) | ALV-tunnus | Selite | Laskentakohteet | Debet | Kredit | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|
| | 08.01.2025 | PT 1 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000034477919431 | | 12,04 | 0,00 | 12,04 |
| | Tammikuu yhteensä | | | 0,00 | | | | 12,04 | 0,00 | **12,04** |
| | 06.02.2025 | PT 6 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000034515370848 | | 14,86 | 0,00 | 26,90 |
| | Helmikuu yhteensä | | | 0,00 | | | | 14,86 | 0,00 | **26,90** |
| | 06.03.2025 | PT 9 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000034552069442 | | 14,70 | 0,00 | 41,60 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 14,70 | 0,00 | **41,60** |
| | 04.04.2025 | PT 13 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000034588468347 | | 14,62 | 0,00 | 56,22 |
| | Huhtikuu yhteensä | | | 0,00 | | | | 14,62 | 0,00 | **56,22** |
| | 07.05.2025 | PT 15 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000034624959325 | | 11,74 | 0,00 | 67,96 |
| | Toukokuu yhteensä | | | 0,00 | | | | 11,74 | 0,00 | **67,96** |
| | 05.06.2025 | PT 21 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000034661045292 | | 15,42 | 0,00 | 83,38 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 15,42 | 0,00 | **83,38** |
| | 04.07.2025 | PT 23 | 0% | 0,00 | KOOS | PALVELUMAKSU OSUUSPANKKI 00000000034697064506 | | 12,64 | 0,00 | 96,02 |
| | Heinäkuu yhteensä | | | 0,00 | | | | 12,64 | 0,00 | **96,02** |
| | **Yhteensä** | | | **0,00** | | | | **96,02** | **0,00** | **96,02** |
| **9240 Palautettava yhteisökorko/palautuskorko** | | | | | | Alkusaldo | | | | 0,00 |
| | 28.02.2025 | MU 24 | 0% | 0,00 | - | OmaVero 28.02.2025 | | 0,00 | 0,04 | -0,04 |
| | Helmikuu yhteensä | | | 0,00 | | | | 0,00 | 0,04 | **-0,04** |
| | **Yhteensä** | | | **0,00** | | | | **0,00** | **0,04** | **-0,04** |
| **9490 Korkokulut ostoveloista** | | | | | | Alkusaldo | | | | 0,00 |
| | 18.03.2025 | PT 11 | 0% | 0,00 | KOOS | ELISA OYJ, 2/25 | | 0,25 | 0,00 | 0,25 |
| | Maaliskuu yhteensä | | | 0,00 | | | | 0,25 | 0,00 | **0,25** |
| | 18.06.2025 | PT 22 | 0% | 0,00 | KOOS | ELISA OYJ, 5/25 | | 0,05 | 0,00 | 0,30 |
| | Kesäkuu yhteensä | | | 0,00 | | | | 0,05 | 0,00 | **0,30** |
| | **Yhteensä** | | | **0,00** | | | | **0,30** | **0,00** | **0,30** |
| **9610 Perimiskulut** | | | | | | Alkusaldo | | | | 0,00 |
| | 10.01.2025 | PT 4 | 0% | 0,00 | KOOS | Relion Oy, lasku 4000913, 30.11.24, perintäkulut ja tuplamaksu | | 10,00 | 0,00 | 10,00 |
| | Tammikuu yhteensä | | | 0,00 | | | | 10,00 | 0,00 | **10,00** |
| | 21.05.2025 | PT 17 | 0% | 0,00 | KOOS | RELION OY, 31.3.25 (mm. muistutus) | | 10,00 | 0,00 | 20,00 |
| | Toukokuu yhteensä | | | 0,00 | | | | 10,00 | 0,00 | **20,00** |
| | **Yhteensä** | | | **0,00** | | | | **20,00** | **0,00** | **20,00** |
| | **Kausi yhteensä** | | | **0,00** | | | | **89 336,27** | **89 336,26** | |

CDN Licensing Finland Oy, 3243196-4                                                                01.01.2025 - 31.12.2025

## Hakuehdot

Päivämääräväli          01.01.2025 - 31.12.2025