UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>  Plaintiff,<br><br>  v.<br><br>NETFLIX, INC.,<br><br>  Defendant. | Case No. 22-cv-01490-JST<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. |

In light of the pending motions for summary judgment, ECF Nos. 329, 330, and Netflix's pending request for attorney's fees and costs, ECF No. 333, the case management conference scheduled for September 23, 2025 is VACATED.

In the parties' most recent case management statement, Plaintiff Lauri Valjakka states, "A stay is warranted until a new decision issues from Finland concerning ownership of the '167 patent." ECF No. 341 at 5. The Court advises Plaintiff Valjakka that the Court will not stay the litigation absent either a stipulation or the granting of a motion for that relief.

The Court notes that attorney William Ramey was permitted to, but did not, file a responsive brief to Netflix's supplemental brief regarding expenses and fees. *See* ECF No. 324 at 8; ECF No. 333. That issue is now under submission.

Dated: September 22, 2025

_____
JON S. TIGAR
United States District Judge