UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NETFLIX, INC.,<br><br>　　　　Defendant. | Case No. 22-cv-01490-JST<br><br>**AMENDED ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. |

In light of the pending motions for summary judgment, ECF Nos. 329, 330, and Netflix's pending request for attorney's fees and costs, ECF No. 333, the case management conference scheduled for September 23, 2025 is VACATED.

In the parties' most recent case management statement, Plaintiff Lauri Valjakka states, "A stay is warranted until a new decision issues from Finland concerning ownership of the '167 patent." ECF No. 341 at 5. The Court advises Plaintiff Valjakka that the Court will not stay the litigation absent either a stipulation or the granting of a motion for that relief.[1]

Dated: September 22, 2025



JON S. TIGAR
United States District Judge

---

[1] A prior version of this order stated that attorney William Ramey had not filed a responsive brief to Netflix's supplemental brief regarding expenses and fees. That statement was in error.