1    Sarah E. Piepmeier, Bar No. 227094
     SPiepmeier@perkinscoie.com
2    Elise Edlin, Bar No. 293756
     EEdlin@perkinscoie.com
3    PERKINS COIE LLP
     505 Howard Street, Suite 1000
4    San Francisco, California 94105
     Telephone: +1.415.344.7000
5    Facsimile:  +1.415.344.7050

6    *Additional attorneys listed on signature page.*

7    *Attorneys for Defendant*
     *NETFLIX, INC.*
8

9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13

14   LAURI VALJAKKA,                      **Case No. 4:22-cv-01490-JST**

15          Plaintiff,                     **DEFENDANT NETFLIX, INC.'S**
                                           **OPPOSITION TO RAMEY LLP AND**
16       v.                                **WILLIAM P. RAMEY, III'S AMENDED**
                                           **RESPONSE TO SUPPLEMENTAL BRIEF**
17   NETFLIX, INC.,                        **REGARDING EXPENSES AND FEES**
                                           **PURSUANT TO ECF NO. 324**
18          Defendant.

19

20

21

22

23

24

25

26

27

28

1    Netflix opposes Mr. Ramey's request to limit any fee judgment to Ramey LLP alone. The

2  Court's Order (ECF No. 324) expressly addressed whether "Ramey and Ramey LLP" are liable for

3  fees and found that Mr. Ramey personally violated the Protective Order, awarding compensatory

4  sanctions under Rule 37(b). Rule 37(b)(2)(C) authorizes the Court to order "the disobedient party,

5  the attorney advising that party, or both" to pay the reasonable expenses caused by the violation.

6  Nothing in ECF No. 324 limits liability to the firm or suggests Mr. Ramey should be exempted

7  personally; to the contrary, the Order repeatedly identifies his personal conduct as the basis for

8  sanctions. Because the fees were "directly caused" by Mr. Ramey's violation and the Court already

9  framed liability as to "Ramey and Ramey LLP," his request for a clarification limiting judgment to

10  the firm should be denied. The fee award should run against Mr. Ramey and Ramey LLP, jointly

11  and severally.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4:22-CV-01490-JST
NETFLIX'S OPP. TO AMENDED RESPONSE TO SUPPL. BRIEF

| | |
|---|---|
| 1 | Dated: September 25, 2025 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

Respectfully submitted,

*/s/ Elise Edlin*
Sarah E. Piepmeier, Bar No. 227094
Elise S. Edlin, Bar No. 293756
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
SPiepmeier@perkinscoie.com
EEdlin@perkinscoie.com
Telephone: +1.415.644.7000
Facsimile: +1.415.344.7050

Janice L. Ta (appearance *pro hac vice*)
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
JTa@perkinscoie.com
Telephone: +1.737.256.6100
Facsimile:  +1.737.256.6300

Adam Hester, Bar No. 311206
PERKINS COIE LLP
33 E. Main Street, Ste. 201
Madison, Wisconsin, 53703
AHester@perkinscoie.com
Telephone: +650.838.4311

Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: + 1.415. 291.6200
Facsimile: +1.415.291.6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

***Attorneys for Defendant***
***NETFLIX, INC.***

4:22-CV-01490-JST
NETFLIX'S OPP. TO AMENDED RESPONSE TO SUPPL. BRIEF