# EXHIBIT B

Authorised English translation of a part of the Finnish document 'Esitutkintapöytäkirja nro 6010/R/14681/03'

1

[Logo]
Western Uusimaa Police Department, Espoo

Financial and Economic Crime Unit
Group 3

**PRELIMINARY INVESTIGATION REPORT**
1(147)

No 6010/R/14681/03
Date 7 February 2006

| Suspect<br>Surname First names<br>Personal Identity Code, foreigner's nationality | Offence or incident<br>Crime nomenclature/incident<br>Place and time of incident | Additional information<br>Young person<br>detained, imprisoned, summoned |
|---|---|---|
| KARESNIEMI, Iiro Jaakko Olavi<br>140464-1077<br>Offences 3, 4 and 5 | 1. Aggravated damage to property in Espoo on 29 October 2003 | Was detained. |
| MELLIN, Ben Eric<br>270867-0979<br>Offences 3 and 4 | 2. Breach of a business secret in Espoo and Vantaa as of October 2003. | Was detained. |
| OJANEN, Jukka Tapio<br>210177-195H<br>Offences 1, 2 and 5 | 3. Misappropriation of a business secret | Was detained. |
|  | 4. Copyright infringement in Vantaa and Espoo as of 17 December 2003. |  |
|  | 5. Embezzlement in Espoo 1 April 2003 - 29 December 2003. |  |

| Name of injured party |  |
|---|---|
| e-3 SYSTEMS OY,<br>e-3 SOLUTIONS OY/Lauri Valjakka | [Stamp: IN THIS REPORT<br>PAGES <u>ENTIRE REPORT</u> APPENDICES_____<br>CONTAIN CONFIDENTIAL INFORMATION<br>Act on the Openness of Government Activities (621/1999)]<br><br>[Stamp: CONFIDENTIAL<br>Act on the Openness of Government Activities (621/1999) unclear text 3 and 20 Another Act_____]<br>☐ continues |

| Further information | Coercive measures in force, starting date |  |  |
|---|---|---|---|
|  | ☐ seizure 28 April 2004 | ☐ prohibition on disposals of property | ☐ sequestration |
|  | ☐ travel ban | ☐ | ☐ The report includes appendices |

Name of Public Prosecutor (entered if prosecutor separately appointed)
District Prosecutor Arto Rajamäki

| Reference | Reference is made to Preliminary Investigation Report No<br>6010/R/14327/04 | Suspect<br>OJANEN, Jukka |
|---|---|---|

P1

Authorised English translation of a part of the Finnish document 'Esitutkintapöytäkirja nro 6010/R/14681/03'

[Logo]

Preliminary Investigation Report
page No    2

Western Uusimaa Police Department, Espoo
Financial and Economic Crime Unit

**TABLE OF CONTENTS**

Page number

**NOTICES** ..................................................................................................3-5

**INTRODUCTION** ....................................................................................... 6-12

**INJURED PARTIES**

e-3 Solutions Oy/ e- 3 Systems Oy/Lauri Valjakka .................................. 13-44

**SUSPECTS**

KARESNIEMI, Iiro Jaakko Olavi ............................................................... 45-71
MELLIN, Ben Eric ..................................................................................... 101-124
OJANEN, Jukka Tapio .............................................................................. 72-100

**WITNESSES/OTHERS**

JUSSILA, Jukka-Pekka ............................................................................. 125-130
MÄNNISTÖ, Tomi Matti ............................................................................ 145
TAPIO, Jari Pekka .................................................................................... 131-135
TIIHONEN-KORPPI, Päivi Sanna Helena ................................................ 136-140
VALTANEN, Kimmo Väinö Johannes ....................................................... 141-144

**NOTES/SIGNATURE PAGE** ..................................................................... 146-147
**APPENDICES** .......................................................................................... 148-769

***

I hereby certify this to be a true and accurate partial translation of the Finnish document as presented to me. The authorised translation consists of the target document of two (2) pages and the source document of two (2) pages. The remainder of the source document is not attached hereto as none of it is translated. The selection of text to be translated was made by the customer's counsel in the United States for the purpose of legal proceedings. The documents have been attached together and stamped with the authorised translator's stamp.

Naantali, 29 June 2023

[signature]

Sara Aarola                    SA LAW – legal & translation                    www.salaw.fi
Authorised translator from Finnish to English under the Act on Authorised Translators (1231/2007)
Licensed legal counsel under the Licenced Legal Counsel Act (715/2011)

| Espoon kihlakunnan poliisilaitos | **ESITUTKINTAPÖYTÄKIRJA** | 1 (147) |
|---|---|---|
| Talousrikosyksikkö Ryhmä 3 | Nro 6010/R/14681/03  Pvm 07.02.2006 | |

| Rikoksesta epäilty Sukunimi etunimet henkilötunnus, ulkomaalaisen kansalaisuus | Rikos tai tapahtuma rikosnimike/tapahtuma tapahtumapaikka ja -aika | Lisämerkintä nuori henkilö, pidätettynä, vangittuna, haastettu |
|---|---|---|
| KARESNIEMI, Iiro Jaakko Olavi 140464-1077 Rikokset 3,4 ja 5  MELLIN, Ben Eric 270867-0979 Rikokset 3 ja 4  OJANEN, Jukka Tapio 210177-195H Rikokset 1, 2 ja 5 | 1. Törkeä vahingonteko Espoossa 29.10.2003  2. Yrityssalaisuuden rikkominen Espoossa ja Vantaalla lokakuusta 2003 alkaen.  3. Yrityssalaisuuden väärinkäyttö Espoossa ja Vantaalla 17.12.2003 alkaen.  4. Tekijänoikeusrikos Vantaalla ja Espoossa 17.12.2003 alkaen.  5. Kavallus Espoossa 1.4.2003 – 29.12.2003. | Ollut pidätettynä.  Ollut pidätettynä.  Ollut pidätettynä. |

| Asianomistajan nimi | |
|---|---|
| e-3 SYSTEMS OY, e-3 SOLUTIONS OY/ Lauri Valjakka | TÄSSÄ PÖYTÄKIRJASSA KOKO PTK SIVUT_____ LIITTEET_____ SISÄLTÄVÄT SALASSA PIDETTÄVIÄ TIETOJA  JulkL (621/1999)  SALASSA PIDETTÄVÄ JulkL (621/1999) 24.1 k:n 3 ja 20 k |

☐ Jatkuu

| Lisätietoja | Voimassa olevat pakkokeinot, alkamispäivämäärä | | |
|---|---|---|---|
| | ☒ takavarikko 28.4.2004 | ☐ hukkaamiskielto | ☐ vakuustakavarikko |
| | ☐ matkustuskielto | | ☒ pöytäkirjassa on liitteitä |
| | Virallisen syyttäjän nimi (merkitään mikäli syyttäjä on erikseen määrätty) Kihlakunnansyyttäjä Arto Rajamäki | | |

| Viite | Viitataan esitutkintapöytäkirjaan nro 6010/R/14327/04 | Rikoksesta epäilty OJANEN, Jukka |
|---|---|---|

P1



Espoon kihlakunnan poliisilaitos  
Talousrikosyksikkö

**SISÄLLYSLUETTELO**

Etptk:n sivun nro  
2

Sivun nro

ILMOITUKSET ................................................................................................ 3-5

JOHDANTO .................................................................................................. 6-12

ASIANOMISTAJAT

e-3 Solutions Oy/ e- 3 Systems Oy/ Lauri Valjakka ........................................ 13-44

RIKOKSESTA EPÄILLYT

KARESNIEMI, Iiro Jaakko Olavi ..................................................................... 45-71  
MELLIN, Ben Eric ......................................................................................... 101-124  
OJANEN, Jukka Tapio ................................................................................... 72-100

TODISTAJAT/MUUT

JUSSILA, Jukka-Pekka ................................................................................. 125-130  
MÄNNISTÖ, Tomi Matti ................................................................................ 145  
TAPIO, Jari Pekka ........................................................................................ 131-135  
TIIHONEN-KORPPI, Päivi Sanna Helena ..................................................... 136-140  
VALTANEN, Kimmo Väinö Johannes ........................................................... 141-144

MERKINNÄT/ ALLEKIRJOITUSSIVU ........................................................... 146-147

LIITTEET ..................................................................................................... 148-769

Authorised English translation of the Finnish document 'Esitutkintapöytäkirja nro 6010/R/14681/03, Liite 40, Asiantuntijalausunto'

1

702
6010/R/14681/03
APPENDIX PAGE 40.1

Western Uusimaa Police Department, Espoo
Western Uusimaa Regional Financial and Economic Crime Unit

**EXPERT OPINION**

Reference: Request for comment from the Western Uusimaa Regional Financial and Economic Crime Unit of the Western Uusimaa Police Department, Espoo 25 November 2005

**MATERIAL TO BE ASSESSED**

The object of the assessment comprised two software: the software of E-3 Solutions Oy and E-3 Systems Oy (hereinafter "E3") and the software of SecurityCast Oy (hereinafter "SC").

The source codes of the software were also available as material. The material includes several versions of the software as well as a considerable amount of other material recovered from the hard disk drives. Certain versions of "E3" and "SC" were chosen as the basis for this opinion, because they were found to be sufficiently comparable based on preliminary examinations.

[Logo]
WESTERN UUSIMAA POLICE DEPARTMENT, ESPOO

Financial and Economic Crime Unit
Preliminary Investigation Report No 6010/R/14681/03

APPENDIX No 40

**ISSUES TO BE ASSESSED AND FACTORS INFLUENCING THE ASSESSMENT**

This concerns an investigation request on the basis of which a preliminary investigation was carried out that gives reason to suspect that information related to E3 considered business secrets has been transferred to the SC software. In addition, in the background is that told in the questionings that the development of SC has started from zero and does not have any identical lines to E3.

The request for an opinion proposed this opinion to examine the question of whether SC is the same software as E3 or an independent work.

Since, in the case of the software under consideration, there is clearly no indication of complete identicalness, the exact answer to the first question is probably no. However, this answer is not sufficient, as the identical features of the copied software can be fairly easily removed, for example, by replacing the names of certain program elements used in the program code. Then again, since it is software under development, it is quite natural that after any copying, there will be a difference in the software.

The aim was to look for indications in the material of a transfer of program code by copying by examining software from different perspectives in which differences can be assumed in the case of software produced completely independently but similarity in the case of copies. These include, for example, naming conventions for code elements, textual structure of code, comments, error handling, etc. In addition, in the case of very similar files, efforts were made to examine the quality and quantity of the differences between the files.

Such an analysis is quite laborious when performed perfectly, as it requires finding similar pairs of files and then comparing them pairwise, so this opinion focused on looking for references of copying. In the material, such a comparative analysis of file pairs is

Authorised English translation of the Finnish document 'Esitutkintapöytäkirja nro 6010/R/14681/03, Liite 40, Asiantuntijalausunto'

2

762
6010/R/14681/03
APPENDIX PAGE 40.1

Western Uusimaa Police Department, Espoo
Western Uusimaa Regional Financial and Economic Crime Unit

## EXPERT OPINION

Reference: Request for comment from the Western Uusimaa Regional Financial and Economic Crime Unit of the Western Uusimaa Police Department, Espoo 25 November 2005

## MATERIAL TO BE ASSESSED

The object of the assessment comprised two software: the software of E-3 Solutions Oy and E-3 Systems Oy (hereinafter "E3") and the software of SecuryCast Oy (hereinafter "SC").

The source codes of both software were also available as material. The material includes several versions of the software as well as a considerable amount of other material recovered from the hard disks of computers. The "E-3 demo version" marked in the material and mainly subdirectory 2_2 and "SC-disc1" were chosen as the basis for this opinion, because they were found to be sufficiently comparable based on preliminary examinations.

## ISSUES TO BE ASSESSED AND FACTORS INFLUENCING THE ASSESSMENT

This concerns an investigation request on the basis of which a preliminary investigation was carried out that gives reason to suspect that information related to E3 considered business secrets has been transferred to the SC software. In addition, in the background is that told in the questionings that the development of SC has started from zero and does not have any identical lines to E3.

The request for an opinion proposed this opinion to examine the question of whether SC is the same software as E3 or an independent work.

Since, in the case of the software under consideration, there is clearly no indication of complete identicalness, the exact answer to the first question is probably no. However, this answer is not sufficient, as the identical features of the copied software can be fairly easily removed, for example, by replacing the names of certain program elements used in the program code. Then again, since it is software under development, it is quite natural that after any copying, there will be a difference in the software.

The aim was to look for indications in the material of a transfer of program code by copying by examining software from different perspectives in which differences can be assumed in the case of software produced completely independently but similarity in the case of copies. These include, for example, naming conventions for code elements, textual structure of code, comments, error handling, etc. In addition, in the case of very similar files, efforts were made to examine the quality and quantity of the differences between the files.

Such an analysis is quite laborious when performed perfectly, as it requires finding similar pairs of files and then comparing them pairwise, so this opinion focused on looking for references of copying. In the material, such a comparative analysis of file pairs is

Authorised English translation of the Finnish document 'Esitutkintapöytäkirja nro 6010/R/14681/03, Liite 40, Asiantuntijalausunto'

3

763    6010/R/14681/03
APPENDIX PAGE 40.2

made significantly more difficult by the fact that the names of software files and directories as well as directory structure differ. In this respect, it must be examined whether it is a question of renaming after copying or whether the different name is based on independent development of the software, and thus, independent naming.

Only a part of the entire dataset was selected for the review, on the one hand, to manage the large dataset and, on the other, because it was considered safe to presume that the differences between the software can already be seen from the selected partial dataset.

The assessment is also partly complicated by the fact that some files have been generated automatically or semi-automatically using Microsoft tools. For such files, a certain conformity is natural. The aim of the assessment is to focus on issues that such generation does not typically produce.

**ASSESSMENT**

The assessment begins with individual findings that possibly support the view that the program code was copied, and an independent development would not be in question.

The names of many files in E3 begin with e3DMTS and in SC directories a slightly corresponding prefix is sc. There are other changes in the names of any copied files, which is why finding counterparts is not effective based on file names alone, except in some cases.

For instance, the files SQLError.cpp found in both directory trees are almost identical with the exception of minor differences. The file in question clearly comes from the same source.

Files e3DMTSWeb.* and scAdminWeb.* are very similar. The files are partly automatically generated, which explains some of the similarity. What is interesting is the header portion at the beginning of .h files, which contains, among other things, a string that is apparently generated by a generator and looks as if intended to be unambiguous. However, this is in both; the string is essentially exactly the same even though a part of the name is different:

```
E3 e3DMTSWeb.h:

#if !defined(AFX_E3DMTSWEB_H_F4A3EB7F_BA18_4D36_A61B_BEFBF3C3DF75__INCLUDED_)
#define AFX_E3DMTSWEB_H_F4A3EB7F_BA18_4D36_A61B_BEFBF3C3DF75__INCLUDED_

// E3DMTSWEB.H - Header file for your Internet Server
//      e-3 DMTS Web Extension

SC scAdminWeb.h:

#if !defined(AFX_SCADMINWEB_H_F4A3EB7F_BA18_4D36_A61B_BEFBF3C3DF75__INCLUDED_)
#define AFX_SCADMINWEB_H_F4A3EB7F_BA18_4D36_A61B_BEFBF3C3DF75__INCLUDED_

// SCADMINWEB.H - Header file for your Internet Server
//      sc Admin Web Extension
```

Similar identical features can be found in files that have LogSpy or MainFrm in their name, for example.

Authorised English translation of the Finnish document 'Esitutkintapöytäkirja nro 6010/R/14681/03, Liite 40, Asiantuntijalausunto'

764     6010/R/14681/03
APPENDIX PAGE 40.3

4

When copying files and then editing them, it is easy to leave traces that are out of the ordinary, but still identical. The following are such findings.

The file FindUserInformation.cpp has certain differences, but for example, the translation option DEBUG, intended for analysing bugs, is very similar, the indents and truncations of the lines are uniform, and in addition, both have two unusual but identical comments (similarities in other comments as well):

```
// it's a winner
// thank you sir, may i have another
```

Also, for example, in the LogonUser.cpp file in both software there is a comment with two question marks:

```
// did we get anything ??
```

and in the GetTextFile.cpp files, the following misspelled comment:

```
// opent the file
```

Writing such comments independently is, of course, possible, but perhaps still very unlikely when writing a program completely from scratch. The same applies to other similarities in the files, such as line wrapping, the use of spaces and indents, although this may also partly be the result of an adopted and disciplined programming style.

There is also congruence in naming software database fields. For example, the term organisationnumber used in E3 has consistently been replaced by the term organisationid in SC. In SC, however, there is an inconsistency between a comment and program code (appears in files: LogonUser.cpp, Menu.cpp, Organisations.cpp and Users.cpp), which refers to copying followed by systematic mechanically performed string replacement. The systematic replacement has included the occurrences spelled together organisationnumber, but not written separately in the comment:

```
// set the organisation number
strcpy (ui.organisationid, qryUser.m_sc_organisationid) ;
```

The consistency of the database fields can also be seen in the short excerpt below of OrganisationQuery.cpp file, which displays the above replacement of number —> id and also e3dmts —> sc, in which several lines are otherwise identical (the order of some lines has been changed).

| E3 | `pFX->SetFieldType(CFieldExchange::outputColumn);`<br>`RFX_Long(pFX, _T("[e3dmts_organisationnumber]"), m_e3dmts_organisationnumber);`<br>`RFX_Text(pFX, _T("[e3dmts_organisationname]"),m_e3dmts_organisationname);`<br>`RFX_Text(pFX, _T("[e3dmts_contactemailaddress]"), m_e3dmts_contactemailaddress);`<br>`RFX_Text(pFX, _T("[e3dmts_contactnumber]"), m_e3dmts_contactnumber);`<br>`RFX_Text(pFX, _T("[e3dmts_contactperson)"), m_e3dmts_contactperson);` |
|---|---|
| SC | `pFX->SetFieldType(CFieldExchange::outputColumn);`<br>`RFX_Text(pFX, _T("[sc_organisationid]"), m_sc_organisationid);`<br>`RFX_Text(pFX, _T("[sc_organisationname]"), m_sc_organisationname);`<br>`RFX_Text(pFX, _T("[sc_contactperson]"), m_sc_contactperson);`<br>`RFX_Text(pFX, _T("[sc_contactnumber]"), m_sc_contactnumber),`<br>`RFX_Text(pFX, _T("[sc_contactemailaddress]"), m_sc_contactemailaddress);`<br>`RFX_Long(pFX, _T("[sc_registrationrequired]"),m_sc_registrationrequired);` |

Authorised English translation of the Finnish document 'Esitutkintapöytäkirja nro 6010/R/14681/03, Liite 40, Asiantuntijalausunto'

5

765   6010/R/14681/03
APPENDIX PAGE 40.4

Similarities between the software can also be found in the handling of messages written to the log file. The log message code structure is the same, E3 replaced by SC and the following digit changed. In addition, the structure of these calls for processing is similar, apart from the above-mentioned string substitutions. Some examples of these are collected in Appendix 1.

In conclusion, it can be stated that there are clear signs of copying in the software, i.e., SC has not been created as a result of completely independent software development independently of E3. The direct answer to the request for comment is that the works are not completely identical, and SC clearly also has its own contribution, but SC is not a completely independent work, but contains code copied from E3 which has also been used as a basis for its development.

Espoo, 2 February 2006

[Signature]

Tomi Männistö

---

Tomi Männistö, TkT [D.Sc. (Tech.)]
Fixed-term Professor, Docent
Helsinki University of Technology
Department of Computer Science
Software Business and Engineering Institute
PL 9210
02015 TKK

Appendices:

Appendix 1. Examples for comparison

\*\*\*

I hereby certify this to be a true and accurate translation of the Finnish document as presented to me. The authorised translation consists of the target document of five (5) pages and the source document of five (5) pages. The documents have been attached together and stamped with the authorised translator's stamp.

Naantali, 29 June 2023

[Signature]
Sara Aarola          SALAW – legal & translation          www.salaw.fi
Authorised translator from Finnish to English under the Act on Authorised Translators (1231/2007)
Licensed legal counsel under the Licenced Legal Counsel Act (715/2011)





# ESPOON KIHLAKUNNAN POLIISILAITOS
Talousrikosyksikkö
Esitutkintapöytäkirja nro 6010/R/14681/03

## LIITE nro 40

762

Espoon kihlakunnan poliisilaitos
Länsi-Uudenmaan alueellinen talousrikosyksikkö

6010/R/1481/03
LIITESIVU  40.1

## ASIANTUNTIJALAUSUNTO

Viite: Espoon kihlakunnan poliisilaitoksen Länsi-Uudenmaan alueellisen talousrikosyksikön lausuntopyyntö 25.11.2005

## ARVIOITAVA MATERIAALI

Arvioinnin kohteena oli kaksi ohjelmistoa E-3 Solutions Oy:n ja E-3 Systems Oy:n ohjelmisto (jatkossa "E3") sekä Securycast Oy:n ohjelmisto (jatkossa "SC").

Käytettävissä oli aineistona kummankin ohjelmiston lähdekoodit. Aineiston mukana on ohjelmista useita versioita sekä huomattava määrä muuta tietokoneiden kovalevyltä talteen otettua materiaalia. Tämän lausunnon pohjaksi valittiin aineistossa merkityt "E-3 demoversio" ja sieltäkin pääosin alihakemisto 2_2 ja "SC-levy1", koska ne todettiin alustavan tarkastelun perusteella riittävän vertailukelpoisiksi.

## ARVIOITAVAT ASIAT JA ARVIOINTIIN VAIKUTTAVIA TEKIJÖITÄ

Kyseessä on tutkintapyyntö, jonka pohjalta suoritetun alustavan tutkinnan perusteella on syytä epäillä, että E3:een liittyviä yrityssalaisuuksina pidettäviä tietoja olisi siirtynyt SC ohjelmistoon. Taustalla on lisäksi kuulusteluissa kerrottuna, että SC:n kehitys on aloitettu nollatilanteesta eikä siinä ole yhtään identtistä riviä E3:n kanssa.

Lausuntopyynnössä esitettiin tarkasteltavaksi tämän lausunnon osalta kysymys ovatko SC sama ohjelmisto kuin E3 vai itsenäinen teos.

Koska tarkasteltavien ohjelmistojen osalta ei ilmiselvästi ole kyse täydellisestä identtisyydestä, lienee tarkka vastaus ensimmäiseen kysymykseen kielteinen. Tämä vastaus ei kuitenkaan ole riittävä, sillä kopioitujen ohjelmistojen identtisyys voidaan kohtuullisen helposti poistaa mm. korvaamalla tiettyjen ohjelmakoodissa käytettyjen ohjelmaelementtien nimiä. Toisaalta koska kyseessä on kehityksen alla oleva ohjelmisto, on mahdollisen kopioinnin jälkeen varsin luonnollista, että ohjelmistoihin syntyy eroavaisuutta.

Aineistosta pyrittiin etsimään viitteitä mahdollisesta ohjelmakoodin siirtymisestä kopioimalla tarkastelemalla ohjelmistoja eri näkökulmista, joissa on oletettavissa eroavaisuuksia täysin itsenäisesti tuotettujen ohjelmistojen osalta mutta samankaltaisuutta kopioiden kohdalla. Tällaisia ovat esim. koodielementtien nimeämiskäytännöt, koodin tekstuaalinen rakenne, kommentit, virhekäsittely, jne. Lisäksi mahdollisten hyvin samankaltaisten tiedostojen osalta pyrittiin tarkastelemaan niissä esiintyvien eroavaisuuksia laatua ja määrää.

Tällainen analyysi on varsin työläs täydellisesti suoritettuna, sillä se vaatii samankaltaisten tiedostoparien löytämisen sekä sitten niiden parittaisen vertailun, joten tässä lausunnossa keskityttiin etsimään viitteitä kopioinnista. Aineistossa tällaisen tiedostopareja vertailevan analyysin tekemistä

vaikeuttaa olennaisesti se, että ohjelmistojen tiedostojen sekä hakemistot nimet ja hakemistorakenne poikkeavat toisistaan. Tämän suhteen onkin tarkasteltava onko kyse mahdollisesta uudelleennimeämisestä kopioinnin jälkeen vai onko erinimisyyden taustalla itsenäinen ohjelmiston kehittäminen ja sitä kautta itsenäinen nimeäminen.

Tarkasteluun valittiin vain osa koko aineistosta toisaalta suuren aineiston hallitsemiseksi ja toisaalta koska katsottiin voivan olettaa, että mahdolliset yhtenäisyyden ohjelmistojen välillä on nähtävissä jo valitusta osa-aineistostakin.

Osittain arviota vaikeuttaa myös seikka, että osa tiedostoista on generoitu automaattisesti tai puoliautomaattisesti Microsoftin työkaluilla. Tällaisten tiedostojen osalta tietty yhdenmukaisuus on luonnollista. Tarkastelussa pyritäänkin keskittymään sellaisiin seikkoihin, joita tällainen generointi ei tyypillisesti tuota.

## ARVIO

Arviossa esitetään aluksi yksittäisiä havaintoja, jotka mahdollisesti tukevat näkemystä, että ohjelmakoodia olisi kopioitu eikä kyseessä olisi itsenäinen kehitys.

Useiden E3:ssa olevien tiedostojen nimet alkavat e3DMTS ja SC hakemistoista on hieman vastaava alkuliite on sc. Mahdollisesti kopioitujen tiedostojen nimissä on muitakin muutoksia, mistä syystä vastinparien löytämien ei onnistu tehokkaasti pelkästään tiedostonimien perusteella kuin joissain tapauksissa.

Esimerkiksi molemmista hakemistopuista löydettävät tiedostot SQLError.cpp ovat lähdes identtiset lukuun ottamatta pieniä muutoksia. Kyseinen tiedosto on selvästi peräisin samasta lähteestä.

Tiedostot e3DMTSWeb.* ja scAdminWeb.* ovat hyvin samankaltaisia. Tiedostot ovat osin automaattisesti generoituja, mikä selittää osan yhtäläisyydestä. Mielenkiintoinen on .h tiedostojen alun otsakeosuus, missä on mm. ilmeisesti generaattorin generoiva ja yksikäsitteiseksi tarkoitetun näköinen merkkijono. Tämä on kuitenkin molemmissa merkkijono on pääosin täysin sama vaikka osa nimestä on eri:

E3 e3DMTSWeb.h:

```
#if !defined(AFX_E3DMTSWEB_H__F4A3EB7F_BA18_4D36_A61B_BEFBF3C3DF75__INCLUDED_)
#define AFX_E3DMTSWEB_H__F4A3EB7F_BA18_4D36_A61B_BEFBF3C3DF75__INCLUDED_

// E3DMTSWEB.H - Header file for your Internet Server
//    e-3 DMTS Web Extension
```

SC scAdminWeb.h:

```
#if !defined(AFX_SCADMINWEB_H__F4A3EB7F_BA18_4D36_A61B_BEFBF3C3DF75__INCLUDED_)
#define AFX_SCADMINWEB_H__F4A3EB7F_BA18_4D36_A61B_BEFBF3C3DF75__INCLUDED_

// SCADMINWEB.H - Header file for your Internet Server
//    sc Admin Web Extension
```

Vastaavanlaista identtisyyttä löytyy esim. tiedostoista joiden nimessä LogSpy tai MainFrm.

Tiedostoja kopioidessa ja niitä sen jälkeen muokattaessa jää helposti jälkiä, jotka ovat tavanomaisesta poikkeavia, mutta silti yhteneviä. Seuraavassa on tällaisia havaintoja.

Tiedostossa `FindUserInformation.cpp` on tiettyjä eroavaisuuksia, mutta mm. ohjelmavirheiden analysointiin tarkoitettu käännösoption DEBUG on hyvin samankaltainen, rivien sisennykset ja katkaisut ovat yhteneviä ja lisäksi molemmissa on kaksi epätavallista, mutta samaa kommenttia (muissakin kommenteissa samoja):

```
// it's a winner
// thank you sir, may i have another
```

Myös esimerkiksi `LogonUser.cpp` tiedostossa myös molemmissa ohjelmistoissa kommentti kahdella kysymysmerkillä:

```
// did we get anything ??
```

sekä `GetTextFile.cpp` tiedostoissa seuraava kirjoitusvirheen sisältävä kommentti:

```
// opent the file
```

Tällaisten kommenttien kirjoittaminen itsenäisesti on tietysti mahdollista, mutta ehkä kuitenkin ohjelmaa täysin alusta kirjoitettaessa kovin epätodennäköistä. Myös tiedostojen muuhun yhden-kaltaisuuteen, kuten rivityksen, välilyöntien käytön ja sisennysten, pätee vastaava, vaikka tällainen voi osin olla myös seurausta omaksutusta ja kurinalaisesti noudatetusta ohjelmointityylistä.

Ohjelmistojen tietokantakenttien nimeämisessä on myös yhteneväisyyttä. Esim. ER:ssä käytetty termi `organisationnumber` on johdonmukaisesti SC:ssä korvattu termillä `organisationid`. SC:ssä kuitenkin havaittavissa eräs epäjohdonmukaisuus kommentin ja ohjelmakoodin välillä (esiintyy tiedostoissa: `LogonUser.cpp`, `Menu.cpp`, `Organisations.cpp` ja `Users.cpp`), joka viittaa kopiointiin ja sen jälkeen systemaattiseen mekaanisesti tehtyyn merkkijonokorvaukseen. Systemaattiseen korvaukseen ovat tulleet mukaan yhteen kirjoitetut esiintymät `organisationnumber`, mutta ei kommentissa erikseen kirjoitettu:

```
// set the organisation number
strcpy (ui.organisationid, qryUser.m_sc_organisationid) ;
```

Tietokantakenttien yhdenmukaisuus näkyy myös oheisesta lyhyestä otteesta `OrganisationQuery.cpp` -tiedostosta, missä on näkyvillä em. korvaus number → id sekä myös e3dmts → sc, joka huomioiden useat rivit ovat muuten identtiset (joidenkin rivien järjestystä on muutettu).

| | |
|---|---|
| E3 | `pFX->SetFieldType(CFieldExchange::outputColumn);`<br>`RFX_Long(pFX, _T("[e3dmts_organisationnumber]"), m_e3dmts_organisationnumber);`<br>`RFX_Text(pFX, _T("[e3dmts_organisationname]"), m_e3dmts_organisationname);`<br>`RFX_Text(pFX, _T("[e3dmts_contactemailaddress]"), m_e3dmts_contactemailaddress);`<br>`RFX_Text(pFX, _T("[e3dmts_contactnumber]"), m_e3dmts_contactnumber);`<br>`RFX_Text(pFX, _T("[e3dmts_contactperson]"), m_e3dmts_contactperson);` |
| SC | `pFX->SetFieldType(CFieldExchange::outputColumn);`<br>`RFX_Text(pFX, _T("[sc_organisationid]"), m_sc_organisationid);`<br>`RFX_Text(pFX, _T("[sc_organisationname]"), m_sc_organisationname);`<br>`RFX_Text(pFX, _T("[sc_contactperson]"), m_sc_contactperson);`<br>`RFX_Text(pFX, _T("[sc_contactnumber]"), m_sc_contactnumber);`<br>`RFX_Text(pFX, _T("[sc_contactemailaddress]"), m_sc_contactemailaddress);`<br>`RFX_Long(pFX, _T("[sc_registrationrequired]"), m_sc_registrationrequired);` |

Yhtäläisyyttä ohjelmistojen välillä löytyy myös lokitiedostoon kirjoitettavien viestien käsittelyssä. Lokiviestiin koodin rakenne on sama, E3 korvattuna SC:llä ja seuraava numero muutettu. Lisäksi nämä käsittelykutsut ovat rakenteeltaan samanlaisia lukuun ottamatta em. merkkijonokorvauksia. Liitteeseen 1 on kerätty joitain esimerkkejä näistä.

Yhteenvetona voidaan todeta, että ohjelmistoista on havaittavissa selviä merkkejä kopioinnista, eli SC ei ole syntynyt täysin itsenäisen ohjelmistokehityksen tuloksena E3:sta riippumattomasti. Suora vastaus lausuntopyynnön kysymykseen on, että teokset eivät ole täysin identtisiä, ja SC:ssä on myös selvästi omaa kontribuutiota, mutta SC ei kuitenkaan ole täysin itsenäinen teos, vaan se sisältää sekä sen kehityksen pohjana on käytetty E3:sta kopioitua koodia.

Espoossa 2.2.2006

Tomi Männistö

---

TkT Tomi Männistö
m.a. professori, dosentti
Teknillinen korkeakoulu
Tietotekniikan osasto
Software Business and Engineering Institute
PL 9210
02015 TKK

Liitteet:

Liite 1. Vertailuesimerkkejä