Lauri Valjakka (Pro Se)
Arinakatu 2 B38
FI 53100 Lappeenranta
Finland
+358 50 467 0090
lauri.valjakka@eezykeyz.fi

Filed on behalf of Pro Se
*LAURI VALJAKKA*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>        Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>        Defendant. | Case No. 4:22-cv-01490-JST<br><br>**NOTICE OF HEARING ON MOTION TO STAY PROCEEDINGS AND DISMISS CUVTA CLAIM FOR LACK OF TRANSFER AND PROCEDURAL DEFECT**<br><br>Date:   December 4, 2025<br>Time:   2:00 p.m.<br>Crtrm:  6 – 2nd Floor<br>Judge: Hon. Jon S. Tigar |

Plaintiff respectfully moves this Court to hear its motion to stay proceedings and dismiss Defendant's claim under the California Uniform Voidable Transactions Act ("CUVTA") and set the hearing date for December 4, 2025 at 2:00 PM.

Dated: September 30, 2025

Respectfully submitted,

*/s/ Lauri Valjakka*
Lauri Valjakka (pro se)
Arinakatu 2 B38
FI 53100 Lappeenranta
Finland
+358 50 467 0090
lauri.valjakka@eezykeyz.fi

*LAURI VALJAKKA,* Pro Se