Lauri Valjakka (Pro Se)
Arinakatu 2 B38
FI 53100 Lappeenranta
Finland
+358 50 467 0090
lauri.valjakka@eezykeyz.fi

Filed on behalf of Pro Se
*LAURI VALJAKKA*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>        Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>        Defendant. | Case No. 4:22-cv-01490-JST<br><br>**DECLARATION OF LAURI VALJAKKA (PRO SE)** |

I, Lauri Valjakka, declare as follows:

1. I am the Plaintiff in this action.
2. The Finnish Supreme Court proceeding addressing ownership of the U.S. application is active and ongoing.
3. The Finnish registry and court documents supporting this motion were previously filed as Attachments 1–14 to Plaintiff's Motion to Stay Proceedings (Dkt. No. 348).
4. Certified translations cannot be produced within seven days. I am diligently arranging them and will file within the proposed schedule.
5. Defendant has equal access to Finnish court records, which are public.
6. I submit this declaration to confirm diligence and good faith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 17, 2025, in Lappeenranta, Finland.

Dated: October 16, 2025            */s/ Lauri Valjakka*
                                   Lauri Valjakka (pro se)