## Cases

1404 Results

Attorneys: William P Ramey, III

*Exported results are limited to 300. To view more data, open this search tab in a browser.*

| Case | Case Filing Date ▼ |
|---|---|
| VDPP, LLC v. Canon USA, Inc. <br> 3-25-cv-03250 (NDTX) | Nov. 25, 2025 |
| VDPP, LLC v. Pelco, Inc. <br> 7-25-cv-00546 (WDTX) | Nov. 25, 2025 |
| VDPP LLC v. 7-Eleven Inc <br> 3-25-cv-03240 (NDTX) | Nov. 24, 2025 |
| VDPP, LLC v. Macy's Corporation Services, LLC d/b/a Macy's <br> 2-25-cv-01144 (EDTX) | Nov. 21, 2025 |
| WirelessWerx IP, LLC v. Hewlett Packard Enterprise Company <br> 4-25-cv-05623 (SDTX) | Nov. 21, 2025 |
| VDPP, LLC v. Nordstrom, Inc. <br> 7-25-cv-00528 (WDTX) | Nov. 14, 2025 |
| VDPP, LLC v. Delta Air Lines, Inc. <br> 7-25-cv-00529 (WDTX) | Nov. 14, 2025 |
| VDPP, LLC v. Alaska Air Group, Inc. <br> 7-25-cv-00530 (WDTX) | Nov. 14, 2025 |
| VDPP, LLC v. Victoria's Secret & Co. <br> 7-25-cv-00524 (WDTX) | Nov. 13, 2025 |
| VDPP, LLC v. Starbucks Corporation <br> 7-25-cv-00525 (WDTX) | Nov. 13, 2025 |
| VDPP, LLC v. JPMorgan Chase Bank, N.A. <br> 2-25-cv-01118 (EDTX) | Nov. 11, 2025 |
| Ortiz & Associates Consulting LLC v. SITA Information Networking Computing USA Inc <br> 3-25-cv-03070 (NDTX) | Nov. 11, 2025 |
| Cooperative Entertainment, Inc. v. Akamai Technologies, Inc. <br> 3-25-cv-03077 (NDTX) | Nov. 11, 2025 |
| VDPP, LLC v. Dukane Corporation <br> 1-25-cv-13539 (NDIL) | Nov. 05, 2025 |
| VDPP, LLC v. FCA US LLC <br> 1-25-cv-13535 (NDIL) | Nov. 04, 2025 |
| DatRec v. Bamboo HR <br> 2-25-cv-01000 (DUT) | Nov. 03, 2025 |
| Err Content IP, LLC v. Echostar Communications Corporation <br> 4-25-cv-05248 (SDTX) | Nov. 03, 2025 |
| Linfo IP, LLC v. SitzCo LLC <br> 4-25-cv-05211 (SDTX) | Oct. 31, 2025 |
| DatRec, LLC v. ADP, Inc. <br> 7-25-cv-00495 (WDTX) | Oct. 27, 2025 |
| VDPP, LLC v. Schok LLC <br> 2-25-cv-01062 (EDTX) | Oct. 23, 2025 |
| WFR IP, LLC v. Shokz Technology Inc. <br> 7-25-cv-00485 (WDTX) | Oct. 23, 2025 |
| WFR IP, LLC v. Sony Electronics, Inc. <br> 2-25-cv-01057 (EDTX) | Oct. 22, 2025 |
| Wolverine Barcode IP, LLC v. Starbucks Company <br> 2-25-cv-01058 (EDTX) | Oct. 22, 2025 |
| Wolverine Barcode IP, LLC v. 7-Eleven, Inc. <br> 7-25-cv-00108 (NDTX) | Oct. 22, 2025 |
| WirelessWerx IP, LLC v. Here North America, LLC <br> 1-25-cv-12770 (NDIL) | Oct. 20, 2025 |
| VDPP, LLC v. Marriott International, Inc. <br> 2-25-cv-01046 (EDTX) | Oct. 17, 2025 |

| | |
|---|---|
| VIAAS, Inc. v. Vivint LLC<br>2-25-cv-01048 (EDTX) | Oct. 17, 2025 |
| WirelessWerx IP, LLC v. Mercedes-Benz USA, LLC<br>3-25-cv-02823 (NDTX) | Oct. 17, 2025 |
| Err Content IP, LLC v. ADT LLC<br>1-25-cv-01674 (WDTX) | Oct. 17, 2025 |
| Missed Call, LLC v. Avaya LLC<br>4-25-cv-04938 (SDTX) | Oct. 16, 2025 |
| Wolverine Barcode IP, LLC v. Shell Information Technology International BV<br>4-25-cv-04944 (SDTX) | Oct. 16, 2025 |
| Ryrusch IP LLC v. HAAS, Inc.<br>1-25-cv-12615 (NDIL) | Oct. 15, 2025 |
| Cloud Systems HoldCo IP LLC v. Acuity Brands Services, Inc.<br>7-25-cv-00463 (WDTX) | Oct. 10, 2025 |
| Ortiz & Associates Consulting, LLC v. Bollore Logistics, Inc. d/b/a Blue Systems<br>7-25-cv-00464 (WDTX) | Oct. 10, 2025 |
| Ziedman Technologies II, LLC v. IBM Corporation<br>2-25-cv-01002 (EDTX) | Oct. 03, 2025 |
| Cooperative Entertainment, Inc. v. IBM Corporation<br>2-25-cv-01004 (EDTX) | Oct. 03, 2025 |
| Err Content IP, LLC v. ESPN, Inc.<br>4-25-cv-04733 (SDTX) | Oct. 03, 2025 |
| Flick Intelligence, LLC v. Seiko Epson Corporation et al<br>7-25-cv-00449 (WDTX) | Oct. 03, 2025 |
| Random Chat LLC v. KURU Footwear, Inc<br>2-25-cv-00867 (DUT) | Sep. 29, 2025 |
| Flick Intelligence LLC v. Lucid Software Inc<br>2-25-cv-00868 (DUT) | Sep. 29, 2025 |
| VDPP, LLC v. Dynamic Displays, Inc.<br>3-25-cv-00805 (WDWI) | Sep. 26, 2025 |
| AML IP, LLC v. Fetch Rewards, Inc.<br>3-25-cv-00806 (WDWI) | Sep. 26, 2025 |
| Mesa Digital, LLC v. Motorola Mobility LLC<br>1-25-cv-11609 (NDIL) | Sep. 24, 2025 |
| Random Chat, LLC v. Lumen Technologies, Inc.<br>2-25-cv-00968 (EDTX) | Sep. 22, 2025 |
| WirelessWerx IP, LLC v. Flytrex Inc.<br>2-25-cv-00969 (EDTX) | Sep. 22, 2025 |
| Cloud Systems HoldCo IP LLC v. Hall Technologies, Inc.<br>3-25-cv-02564 (NDTX) | Sep. 22, 2025 |
| Missed Call, LLC v. Aircall.io, Inc.<br>1-25-cv-07794 (SDNY) | Sep. 19, 2025 |
| Missed Call, LLC v. CloudTalk.io, Inc.<br>1-25-cv-07776 (SDNY) | Sep. 18, 2025 |
| VDPP, LLC v. The TJX Companies, Inc.<br>7-25-cv-00422 (WDTX) | Sep. 12, 2025 |
| Mesa Digital, LLC v. HP Inc. f/k/a Hewlett-Packard Company<br>2-25-cv-00940 (EDTX) | Sep. 08, 2025 |
| Missed Call, LLC v. Dialpad, Inc.<br>7-25-cv-00412 (WDTX) | Sep. 08, 2025 |
| Mesa Digital, LLC v. Schok LLC<br>2-25-cv-00937 (EDTX) | Sep. 05, 2025 |
| Wolverine Barcode IP, LLC v. The Kroger Co.<br>7-25-cv-00401 (WDTX) | Sep. 04, 2025 |
| Wolverine Barcode IP, LLC v. Macy's, Inc. d/b/a Macy's<br>7-25-cv-00404 (WDTX) | Sep. 04, 2025 |
| Wolverine Barcode IP, LLC v. Paysafecard.com USA Inc.<br>7-25-cv-00405 (WDTX) | Sep. 04, 2025 |

| | |
|---|---|
| VDPP, LLC v. Touch Dynamic, Inc.<br>4-25-cv-04177 (SDTX) | Sep. 03, 2025 |
| VDPP, LLC v. Rivian Automotive, Inc.<br>7-25-cv-00397 (WDTX) | Sep. 03, 2025 |
| Cooperative Entertainment, Inc. v. Cloudflare, Inc.<br>7-25-cv-00392 (WDTX) | Sep. 02, 2025 |
| Mesa Digital, LLC v. Dell Inc.<br>7-25-cv-00393 (WDTX) | Sep. 02, 2025 |
| Yopima, LLC v. DoorDash, Inc.<br>7-25-cv-00385 (WDTX) | Aug. 29, 2025 |
| Yopima, LLC v. Neutron Holdings, Inc. d/b/a Lime<br>7-25-cv-00386 (WDTX) | Aug. 29, 2025 |
| Yopima, LLC v. Grubhub Holdings Inc., d/b/a Grubhub, Inc.<br>7-25-cv-00388 (WDTX) | Aug. 29, 2025 |
| Yopima, LLC v. NeighborFavor, Inc.<br>7-25-cv-00389 (WDTX) | Aug. 29, 2025 |
| Linfo IP, LLC v. Luxy Hair, Inc.<br>2-25-cv-00714 (DUT) | Aug. 25, 2025 |
| DatRec, LLC v. Paychex, Inc.<br>3-25-cv-02252 (NDTX) | Aug. 21, 2025 |
| PacSec3, LLC v. Fastly, Inc.<br>4-25-cv-03969 (SDTX) | Aug. 21, 2025 |
| Flick Intelligence LLC v. Adobe Inc.<br>7-25-cv-00356 (WDTX) | Aug. 19, 2025 |
| Random Chat, LLC v. LG Electronics, Inc. et al<br>2-25-cv-00809 (EDTX) | Aug. 18, 2025 |
| Cloud Systems HoldCo IP LLC v. ABB Inc.<br>4-25-cv-03860 (SDTX) | Aug. 15, 2025 |
| Cloud Systems HoldCo IP, LLC v. Schneider Electric Systems USA, Inc.<br>4-25-cv-03880 (SDTX) | Aug. 15, 2025 |
| Linfo IP, LLC v. Chewy, Inc.<br>4-25-cv-03839 (SDTX) | Aug. 14, 2025 |
| CyboEnergy, Inc. v. YOTTA Energy, Inc.<br>1-25-cv-01300 (WDTX) | Aug. 13, 2025 |
| Linfo IP, LLC v. American Exchange Apparel Group, Corp.<br>25-2006 (CAFC) | Aug. 11, 2025 |
| AML IP, LLC v. United Supermarkets, LLC<br>7-25-cv-00348 (WDTX) | Aug. 11, 2025 |
| AML IP, LLC v. Schlotzsky's Franchisor SPV, LLC<br>7-25-cv-00349 (WDTX) | Aug. 11, 2025 |
| WFR IP, LLC v. Philips North America, LLC<br>7-25-cv-00346 (WDTX) | Aug. 08, 2025 |
| Yopima, LLC v. inMarket Media, LLC<br>7-25-cv-00337 (WDTX) | Aug. 01, 2025 |
| Wolverine Barcode IP, LLC v. Dunkin' Brands, Inc.<br>7-25-cv-00334 (WDTX) | Jul. 31, 2025 |
| Wolverine Barcode IP LLC v. Amazon.com Services LLC<br>7-25-cv-00330 (WDTX) | Jul. 30, 2025 |
| Wolverine Barcode IP LLC v. Best Buy Co., Inc.<br>7-25-cv-00331 (WDTX) | Jul. 30, 2025 |
| WirelessWerx IP, LLC v. AT&T, Inc.<br>2-25-cv-00750 (EDTX) | Jul. 29, 2025 |
| AML IP, LLC v. MOD Super Fast Pizza Holdings, LLC<br>7-25-cv-00329 (WDTX) | Jul. 29, 2025 |
| Linfo IP, LLC v. HydroJug, Inc.<br>1-25-cv-00107 (DUT) | Jul. 25, 2025 |
| Linfo IP LLC v. Hempz Technologies LLC<br>3-25-cv-01903 (NDTX) | Jul. 22, 2025 |

| | |
|---|---|
| DatRec LLC v. UKG Inc<br>3-25-cv-01886 (NDTX) | Jul. 18, 2025 |
| DatRec, LLC v. CapGemini U.S. LLC<br>7-25-cv-00321 (WDTX) | Jul. 18, 2025 |
| Wolverine Barcode IP LLC v. McDonald's Corporation<br>7-25-cv-00316 (WDTX) | Jul. 17, 2025 |
| VDPP, LLC v. VTech Communications, Inc.<br>7-25-cv-00309 (WDTX) | Jul. 11, 2025 |
| Yopima, LLC v. Cellco Partnership d/b/a Verizon Wireless<br>7-25-cv-00306 (WDTX) | Jul. 10, 2025 |
| WirelessWerx IP, LLC v. Here North America, LLC<br>2-25-cv-00534 (DUT) | Jul. 02, 2025 |
| PacSec3, LLC v. Lumen Technologies, Inc.<br>2-25-cv-00668 (EDTX) | Jun. 30, 2025 |
| WirelessWerx IP, LLC v. Tracki Inc.<br>1-25-cv-00799 (DDE) | Jun. 27, 2025 |
| VDPP, LLC v. Revo America Corporation<br>3-25-cv-01659 (NDTX) | Jun. 27, 2025 |
| Flick Intelligence LLC v. HP Inc. f/k/a Hewlett-Packard Company<br>2-25-cv-00663 (EDTX) | Jun. 26, 2025 |
| Yakar Technologies, LLC v. Shenzhen Xiangdangwen Technology Co., Ltd. et al<br>2-25-cv-00665 (EDTX) | Jun. 26, 2025 |
| Yakar Technologies, LLC v. Zagg Inc.<br>2-25-cv-00507 (DUT) | Jun. 24, 2025 |
| Yakar Technologies, LLC v. DAS Companies, Inc.<br>2-25-cv-00508 (DUT) | Jun. 24, 2025 |
| PacSec3, LLC v. Bitdefender Inc.<br>7-25-cv-00285 (WDTX) | Jun. 20, 2025 |
| VDPP, LLC v. I-Pro Americas, Inc.<br>4-25-cv-02783 (SDTX) | Jun. 13, 2025 |
| Random Chat LLC v. Samsung Electronics America, Inc.<br>2-25-cv-00625 (EDTX) | Jun. 12, 2025 |
| VDPP, LLC v. Volvo Group North America, LLC<br>2-25-cv-00629 (EDTX) | Jun. 12, 2025 |
| VDPP, LLC v. Juniper Systems, Inc.<br>1-25-cv-00081 (DUT) | Jun. 09, 2025 |
| Random Chat LLC v. Ancestry.com DNA, LLC<br>2-25-cv-00456 (DUT) | Jun. 09, 2025 |
| Wolverine Barcode IP LLC v. Albertsons Companies Inc<br>3-25-cv-01448 (NDTX) | Jun. 06, 2025 |
| Random Chat LLC v. Bath & Body Works Direct, Inc.<br>7-25-cv-00261 (WDTX) | Jun. 04, 2025 |
| Linfo IP, LLC v. Mariner Finance, LLC<br>7-25-cv-00262 (WDTX) | Jun. 04, 2025 |
| Flick Intelligence, LLC v. Snap, Inc.<br>7-25-cv-00263 (WDTX) | Jun. 04, 2025 |
| Traxcell Technologies II, LLC v. Maplebear, Inc.<br>1-25-cv-04614 (SDNY) | Jun. 02, 2025 |
| Random Chat, LLC v. Camelot SI, LLC<br>2-25-cv-11583 (EDMI) | May. 30, 2025 |
| VDPP, LLC v. Osram Sylvania, Inc.<br>2-25-cv-00592 (EDTX) | May. 30, 2025 |
| Linfo IP, LLC v. BK Beauty, Inc.<br>7-25-cv-00250 (WDTX) | May. 28, 2025 |
| Linfo IP, LLC v. MariGold Foods, LLC<br>4-25-cv-02387 (SDTX) | May. 27, 2025 |
| Linfo IP, LLC v. Tecovas, Inc. d/b/a Tecovas Boots, Inc.<br>7-25-cv-00248 (WDTX) | May. 27, 2025 |

| | |
|---|---|
| Haley IP, LLC v. Harman International Industries, Incorporated<br>2-25-cv-00577 (EDTX) | May. 22, 2025 |
| Cloud Systems Holdco IP LLC v. Crestron Electronics, Inc.<br>2-25-cv-00579 (EDTX) | May. 22, 2025 |
| Linfo IP, LLC v. Gossamer Gear Inc.<br>7-25-cv-00244 (WDTX) | May. 22, 2025 |
| Linfo IP, LLC v. Beard Brand LLC<br>7-25-cv-00237 (WDTX) | May. 21, 2025 |
| Linfo IP, LLC v. Interactive Life Forms, LLC<br>7-25-cv-00238 (WDTX) | May. 21, 2025 |
| Linfo IP, LLC v. Summer Moon Franchising LLC<br>7-25-cv-00239 (WDTX) | May. 21, 2025 |
| Ortiz & Associates Consulting, LLC v. IKEA US Retail LLC<br>2-25-cv-00523 (EDTX) | May. 13, 2025 |
| Cloud Systems Holdco IP LLC v. Honeywell International Inc.<br>7-25-cv-00226 (WDTX) | May. 13, 2025 |
| Cloud Systems Holdco IP LLC v. Siemens Corporation<br>7-25-cv-00227 (WDTX) | May. 13, 2025 |
| AML IP, LLC v. Barnes & Noble Booksellers, Inc.<br>7-25-cv-00223 (WDTX) | May. 12, 2025 |
| AML IP, LLC v. Texas Born, LLC<br>7-25-cv-00224 (WDTX) | May. 12, 2025 |
| AML IP, LLC v. Regal Cinemas, Inc.<br>7-25-cv-00225 (WDTX) | May. 12, 2025 |
| WirelessWerx IP, LLC v. EZ Web Entertainment, Inc.<br>1-25-cv-01473 (WDTX) | May. 09, 2025 |
| WirelessWerx IP, LLC v. EZ Web Entertainment, Inc.<br>7-25-cv-00220 (WDTX) | May. 09, 2025 |
| Random Chat LLC v. CarParts.com, Inc.<br>3-25-cv-01129 (NDTX) | May. 06, 2025 |
| Random Chat, LLC v. Altra Federal Credit Union<br>2-25-cv-00478 (EDTX) | May. 05, 2025 |
| Random Chat LLC v. Zebra Technologies Corporation<br>7-25-cv-00211 (WDTX) | May. 05, 2025 |
| Ortiz & Associates Consulting, LLC v. McDonald's USA, LLC<br>2-25-cv-00457 (EDTX) | May. 01, 2025 |
| Wolverine Barcode IP, LLC v. 7-Eleven, Inc.<br>7-25-cv-00207 (WDTX) | May. 01, 2025 |
| Cloud Systems HoldCo IP LLC v. Climatec, LLC<br>3-25-cv-01065 (NDTX) | Apr. 30, 2025 |
| WirelessWerx IP LLC v. Tail Light LLC<br>3-25-cv-01026 (NDTX) | Apr. 25, 2025 |
| WirelessWerx IP, LLC v. Verizon Communications, Inc.<br>7-25-cv-00198 (WDTX) | Apr. 25, 2025 |
| VDPP, LLC v. Office Depot, LLC<br>7-25-cv-00199 (WDTX) | Apr. 25, 2025 |
| VDPP, LLC v. Brandmotion, LLC<br>2-25-cv-11155 (EDMI) | Apr. 22, 2025 |
| WirelessWerx IP, LLC v. Audi of America, Inc.<br>4-25-cv-11147 (EDMI) | Apr. 21, 2025 |
| WirelessWerx IP, LLC v. American Honda Motor Company Inc<br>2-25-cv-03471 (CDCA) | Apr. 18, 2025 |
| Koji IP, LLC v. Renesas Electronics America, Inc.<br>25-1639 (CAFC) | Apr. 11, 2025 |
| AML IP, LLC v. Wyndham Rewards, Inc.<br>7-25-cv-00156 (WDTX) | Apr. 08, 2025 |
| AML IP, LLC v. AMC Entertainment Holdings, Inc.<br>7-25-cv-00152 (WDTX) | Apr. 02, 2025 |

| | |
|---|---|
| Cloud Systems Holdco IP LLC v. RGB Systems, Inc. d/b/a Extron Electronics<br>3-25-cv-00712 (NDTX) | Mar. 25, 2025 |
| Linfo IP, LLC v. Texas Hill Country Olive Co.<br>7-25-cv-00124 (WDTX) | Mar. 13, 2025 |
| Linfo IP, LLC v. DYLN Inc.<br>7-25-cv-00125 (WDTX) | Mar. 13, 2025 |
| Linfo IP, LLC v. Legendairy Milk, LLC<br>7-25-cv-00112 (WDTX) | Mar. 07, 2025 |
| AML IP LLC v. Buffalo Wild Wings, Inc.<br>7-25-cv-00113 (WDTX) | Mar. 07, 2025 |
| AML IP LLC v. Retail Services & Systems, Inc. d/b/a Total Wine<br>7-25-cv-00114 (WDTX) | Mar. 07, 2025 |
| Random Chat, LLC v. Kay Jewelers, Inc.<br>7-25-cv-00096 (WDTX) | Feb. 28, 2025 |
| Random Chat, LLC v. PayPal, Inc.<br>7-25-cv-00097 (WDTX) | Feb. 28, 2025 |
| Random Chat, LLC v. Stanley Black & Decker, Inc.<br>7-25-cv-00098 (WDTX) | Feb. 28, 2025 |
| WirelessWerx IP, LLC v. Zebra Technologies Corporation<br>1-25-cv-01845 (WDTX) | Feb. 27, 2025 |
| WirelessWerx IP, LLC v. Tesla, Inc.<br>7-25-cv-00093 (WDTX) | Feb. 27, 2025 |
| WirelessWerx IP, LLC v. Zebra Technologies Corporation<br>7-25-cv-00094 (WDTX) | Feb. 27, 2025 |
| WirelessWerx IP, LLC v. Ford Motor Company<br>2-25-cv-00241 (EDTX) | Feb. 26, 2025 |
| PacSec3, LLC v. Corero Network Security, Inc.<br>1-25-cv-10441 (DMA) | Feb. 21, 2025 |
| WirelessWerx IP, LLC v. Subaru of America, Inc. <p><br>2-25-cv-00225 (EDTX) | Feb. 21, 2025 |
| AML IP, LLC v. Domino's Pizza, Inc.<br>7-25-cv-00082 (WDTX) | Feb. 21, 2025 |
| Cooperative Entertainment, Inc. v. Alibaba Cloud US LLC<br>5-25-cv-01842 (NDCA) | Feb. 20, 2025 |
| VDPP, LLC v. Medical Device Business Services, Inc. f/k/a DePuy Orthopaedics Inc.<br>3-25-cv-00426 (NDTX) | Feb. 20, 2025 |
| Linfo IP, LLC v. Waimate B, LLC d/b/a Soludos<br>7-25-cv-00072 (WDTX) | Feb. 17, 2025 |
| Linfo IP, LLC v. Blenders Eyewear, LLC<br>7-25-cv-00073 (WDTX) | Feb. 17, 2025 |
| WirelessWerx IP, LLC v. AT&T, Inc. d/b/a FirstNet<br>2-25-cv-00182 (EDTX) | Feb. 14, 2025 |
| WirelessWerx IP LLC v. Nissan North America Inc<br>3-25-cv-00382 (NDTX) | Feb. 14, 2025 |
| WirelessWerx IP LLC v. Mitsubishi Motors North America Inc<br>3-25-cv-00340 (NDTX) | Feb. 11, 2025 |
| WirelessWerx IP LLC v. Hyundai Motor America Inc<br>3-25-cv-00341 (NDTX) | Feb. 11, 2025 |
| WirelessWerx IP, LLC v. American Honda Motor Co., Inc.<br>3-25-cv-00342 (NDTX) | Feb. 11, 2025 |
| AML IP, LLC v. Krispy Kreme Doughnut Corporation<br>7-25-cv-00064 (WDTX) | Feb. 10, 2025 |
| AML IP LLC v. Chipotle Mexican Grill, Inc.<br>7-25-cv-00065 (WDTX) | Feb. 10, 2025 |
| Cloud Systems HoldCo IP LLC v. Extron, Inc.<br>3-25-cv-00310 (NDTX) | Feb. 07, 2025 |
| AML IP, LLC v. Torrid LLC<br>7-25-cv-00057 (WDTX) | Feb. 06, 2025 |

| | |
|---|---|
| Linfo IP, LLC v. J.Crew Group, LLC<br>7-25-cv-00058 (WDTX) | Feb. 06, 2025 |
| Random Chat, LLC v. Advance Auto Part, Inc.<br>7-25-cv-00039 (WDTX) | Jan. 31, 2025 |
| Verna IP Holdings, LLC v. Singlewire Software LLC<br>3-25-cv-00072 (WDWI) | Jan. 31, 2025 |
| Lime Green Lighting, LLC v. Brilliant NextGen Inc.<br>5-25-cv-00950 (NDCA) | Jan. 30, 2025 |
| Ortiz & Associates Consulting, LLC v. Macy's, Inc.<br>7-25-cv-00033 (WDTX) | Jan. 29, 2025 |
| Ortiz & Associates Consulting, LLC v. The Kroger Co.<br>7-25-cv-00034 (WDTX) | Jan. 29, 2025 |
| Random Chat, LLC v. URBN US Retail LLC f/k/a Anthropologie, Inc.<br>7-25-cv-00029 (WDTX) | Jan. 28, 2025 |
| Ortiz & Associates Consulting, LLC v. Staples, Inc.<br>7-25-cv-00030 (WDTX) | Jan. 28, 2025 |
| Ortiz & Associates Consulting, LLC v. Nike, Inc.<br>7-25-cv-00031 (WDTX) | Jan. 28, 2025 |
| Ortiz & Associates Consulting, LLC v. Costco Wholesale Corporation<br>7-25-cv-00032 (WDTX) | Jan. 28, 2025 |
| VDPP, LLC v. Abbott Laboratories, Inc.<br>2-25-cv-00071 (EDTX) | Jan. 24, 2025 |
| Random Chat, LLC v. Aldo US, Inc.<br>2-25-cv-00072 (EDTX) | Jan. 24, 2025 |
| Ortiz & Associates Consulting, LLC v. IKEA US Retail LLC<br>2-25-cv-00074 (EDTX) | Jan. 24, 2025 |
| AML IP, LLC v. 7-Eleven, Inc.<br>7-25-cv-00024 (WDTX) | Jan. 22, 2025 |
| Linfo IP, LLC v. The Knot Worldwide, Inc.<br>7-25-cv-00025 (WDTX) | Jan. 22, 2025 |
| AK Meeting IP, LLC v. Adobe, Inc.<br>7-25-cv-00019 (WDTX) | Jan. 21, 2025 |
| Lime Green Lighting, LLC vs. Nanoleaf Canada Ltd.<br>1-25-cv-00244 (NDGA) | Jan. 17, 2025 |
| WirelessWerx IP LLC vs. Samsara, Inc.<br>1-25-cv-00245 (NDGA) | Jan. 17, 2025 |
| Linfo IP LLC v. Air Oasis LLC<br>3-25-cv-00129 (NDTX) | Jan. 17, 2025 |
| Cloud Systems HoldCo IP LLC v. Safe Home Security, Inc.<br>2-25-cv-00039 (DUT) | Jan. 16, 2025 |
| Linfo IP, LLC v. Trustpilot, Inc.<br>25-1368 (CAFC) | Jan. 15, 2025 |
| AML IP LLC v. KURU Footwear, Inc.<br>2-25-cv-00035 (DUT) | Jan. 15, 2025 |
| Random Chat, LLC v. Amazon.com, Inc.<br>7-25-cv-00011 (WDTX) | Jan. 14, 2025 |
| WirelessWerx IP, LLC v. Samsung Electronics America, Inc. f/k/a Samsung Telecommunications America LLC<br>7-25-cv-00007 (WDTX) | Jan. 07, 2025 |
| EasyWeb Innovations LLC v. BuiltWith Pty Ltd<br>2-25-cv-00005 (EDTX) | Jan. 03, 2025 |
| EasyWeb Innovations LLC v. ContactOffice Group<br>2-25-cv-00006 (EDTX) | Jan. 03, 2025 |
| EasyWeb Innovations LLC v. PocketSmith Ltd.<br>2-25-cv-00007 (EDTX) | Jan. 03, 2025 |
| VDPP, LLC v. GE Healthcare Technologies, Inc.<br>7-24-cv-00346 (WDTX) | Dec. 30, 2024 |
| VDPP, LLC v. Konica Minolta Business Solutions U.S.A., Inc.<br>7-24-cv-00347 (WDTX) | Dec. 30, 2024 |

| | |
|---|---|
| Graziano LED IP, LLC v. Wayfair Inc. <br> 7-24-cv-00343 (WDTX) | Dec. 27, 2024 |
| Graziano LED IP, LLC v. Amazon.com, Inc. <br> 7-24-cv-00342 (WDTX) | Dec. 26, 2024 |
| Graziano LED IP, LLC v. The Home Depot, Inc. <br> 2-24-cv-01071 (EDTX) | Dec. 23, 2024 |
| Err Content IP, LLC v. Panasonic Corporation of North America <br> 2-24-cv-01064 (EDTX) | Dec. 19, 2024 |
| Linfo IP, LLC v. Air Oasis, LLC <br> 3-24-cv-03190 (NDTX) | Dec. 19, 2024 |
| Linfo IP LLC v. Tekzoom Inc <br> 3-24-cv-03193 (NDTX) | Dec. 19, 2024 |
| PacSec3, LLC v. CyberArk Software, Inc. <br> 4-24-cv-05008 (SDTX) | Dec. 19, 2024 |
| Google LLC v. EscapeX IP, LLC <br> IPR2025-00337 (PTAB) | Dec. 18, 2024 |
| Err Content IP, LLC v. Hisense USA Corporation <br> 2-24-cv-01053 (EDTX) | Dec. 16, 2024 |
| Linfo IP, LLC v. Stellar Data Recovery Inc. <br> 4-24-cv-04932 (SDTX) | Dec. 16, 2024 |
| AML IP, LLC v. Bath & Body Works, LLC <br> 25-1280 (CAFC) | Dec. 13, 2024 |
| Err Content IP, LLC v. Roku, Inc. <br> 7-24-cv-00330 (WDTX) | Dec. 13, 2024 |
| CyboEnergy, Inc. v. Duracell Power Center, LLC <br> 3-24-cv-08891 (NDCA) | Dec. 10, 2024 |
| AML IP LLC v. Alamo Drafthouse Cinemas, LLC <br> 7-24-cv-00324 (WDTX) | Dec. 09, 2024 |
| AML IP, LLC v. Dunkin' Brands, Inc. d/b/a Dunkin' Donuts d/b/a Baskin Robbins <br> 7-24-cv-00327 (WDTX) | Dec. 09, 2024 |
| AML IP, LLC v. La Madeleine De Corps, Inc. <br> 7-24-cv-00328 (WDTX) | Dec. 09, 2024 |
| Kephart Consulting, LLC v. Wicket, LLC <br> 2-24-cv-06536 (EDPA) | Dec. 06, 2024 |
| CyboEnergy, Inc. v. Home Depot USA, Inc. <br> 7-24-cv-00319 (WDTX) | Dec. 06, 2024 |
| AML IP LLC v. Albertsons Companies, Inc. <br> 7-24-cv-00323 (WDTX) | Dec. 06, 2024 |
| Ortiz & Associates Consulting, LLC v. Diebold Nixdorf, Inc. <br> 5-24-cv-02096 (NDOH) | Dec. 02, 2024 |
| Mesa Digital LLC v. Nuu Inc <br> 3-24-cv-02983 (NDTX) | Nov. 27, 2024 |
| Mesa Digital, LLC v. US Mobile Inc. <br> 1-24-cv-09130 (SDNY) | Nov. 27, 2024 |
| Mesa Digital, LLC v. Dish Wireless LLC <br> 7-24-cv-00306 (WDTX) | Nov. 27, 2024 |
| Wolverine Barcode IP, LLC v. Costco Wholesale Corporation <br> 7-24-cv-00307 (WDTX) | Nov. 27, 2024 |
| Wolverine Barcode IP, LLC v. CVS Pharmacy, Inc. <br> 7-24-cv-00308 (WDTX) | Nov. 27, 2024 |
| WirelessWerx IP, LLC v. Zipline International, Inc. <br> 3-24-cv-08462 (NDCA) | Nov. 26, 2024 |
| Linfo IP, LLC v. Dyln, Inc. <br> 7-24-cv-00302 (WDTX) | Nov. 25, 2024 |
| Mesa Digital, LLC v. Consumer Cellular, Inc. <br> 7-24-cv-00303 (WDTX) | Nov. 25, 2024 |
| ProudLion IP, LLC v. Amazon.com, Inc. <br> 7-24-cv-00297 (WDTX) | Nov. 20, 2024 |

| | |
|---|---|
| AML IP LLC v. CVS Pharmacy, Inc.<br>2-24-cv-00948 (EDTX) | Nov. 19, 2024 |
| AML IP LLC v. Whatabrands LLC<br>7-24-cv-00295 (WDTX) | Nov. 19, 2024 |
| AML IP LLC v. Advance Auto Parts, Inc.<br>7-24-cv-00291 (WDTX) | Nov. 18, 2024 |
| AML IP LLC v. AutoZone, Inc.<br>7-24-cv-00292 (WDTX) | Nov. 18, 2024 |
| AML IP, LLC v. Chick-Fil-A, Inc.<br>7-24-cv-00293 (WDTX) | Nov. 18, 2024 |
| VDPP, LLC v. Continental Automotive Systems, Inc.<br>2-24-cv-13006 (EDMI) | Nov. 13, 2024 |
| VDPP, LLC v. Kyocera International, Inc. f/k/a Kyocera Communications Inc.<br>7-24-cv-00287 (WDTX) | Nov. 13, 2024 |
| VDPP, LLC v. Subaru of America, Inc.<br>2-24-cv-00909 (EDTX) | Nov. 08, 2024 |
| Err Content IP, LLC v. Comcast Corporation<br>4-24-cv-04385 (SDTX) | Nov. 08, 2024 |
| AML IP, LLC v. The Finish Line, Inc.<br>2-24-cv-00908 (EDTX) | Nov. 07, 2024 |
| AttestWave, LLC v. IBM Corporation<br>25-1152 (CAFC) | Nov. 05, 2024 |
| AML IP LLC v. Walgreen Co. d/b/a Walgreens<br>2-24-cv-00899 (EDTX) | Nov. 04, 2024 |
| VDPP, LLC v. Ford Motor Company<br>2-24-cv-12904 (EDMI) | Nov. 01, 2024 |
| AML IP, LLC v. Aveda Corporation<br>7-24-cv-00276 (WDTX) | Nov. 01, 2024 |
| Mesa Digital, LLC v. Ingenico Inc.<br>1-24-cv-04996 (NDGA) | Oct. 31, 2024 |
| AML IP LLC v. Aveda Corporation<br>6-24-cv-00572 (WDTX) | Oct. 31, 2024 |
| Ortiz & Associates Consulting, LLC v. Sharp Imaging and Information Company of America<br>7-24-cv-00274 (WDTX) | Oct. 31, 2024 |
| Mesa Digital, LLC v. Amazon.com, Inc.<br>7-24-cv-00271 (WDTX) | Oct. 28, 2024 |
| Linfo IP, LLC v. Rhone Apparel, Inc.<br>4-24-cv-04126 (SDTX) | Oct. 25, 2024 |
| AML IP, LLC v. Staples, Inc.<br>7-24-cv-00270 (WDTX) | Oct. 25, 2024 |
| AML IP, LLC v. The Kroger Co.<br>6-24-cv-00565 (WDTX) | Oct. 24, 2024 |
| WirelessWerx IP, LLC v. Roadie, Inc.<br>1-24-cv-04709 (NDGA) | Oct. 16, 2024 |
| PacSec3, LLC v. Axway, Inc.<br>1-24-cv-04711 (NDGA) | Oct. 16, 2024 |
| AML IP, LLC v. Sephora USA, Inc.<br>6-24-cv-00546 (WDTX) | Oct. 14, 2024 |
| DatRec, LLC v. OrangeHRM, Inc.<br>3-24-cv-02563 (NDTX) | Oct. 11, 2024 |
| Linfo IP, LLC v. AEMBR Company<br>4-24-cv-03890 (SDTX) | Oct. 11, 2024 |
| Linfo IP, LLC v. Blenders Eyewear, LLC<br>4-24-cv-03891 (SDTX) | Oct. 11, 2024 |
| DatRec, LLC v. Zoho Corporation<br>7-24-cv-00258 (WDTX) | Oct. 11, 2024 |
| Linfo IP, LLC v. Boston Foundry, Inc. d/b/a Made In Cookware<br>7-24-cv-00259 (WDTX) | Oct. 11, 2024 |

| | |
|---|---|
| Linfo IP, LLC v. Waimate B LLC d/b/a Soludos<br>7-24-cv-00260 (WDTX) | Oct. 11, 2024 |
| Linfo IP, LLC v. Legendairy Milk, LLC<br>7-24-cv-00261 (WDTX) | Oct. 11, 2024 |
| Linfo IP, LLC v. Charles Tyrwhitt, Inc.<br>4-24-cv-03865 (SDTX) | Oct. 10, 2024 |
| Linfo IP, LLC v. Tommy John, Inc.<br>4-24-cv-03867 (SDTX) | Oct. 10, 2024 |
| DatRec LLC v. Omnicell Inc<br>3-24-cv-02532 (NDTX) | Oct. 08, 2024 |
| DatRec, LLC v. Capgemini US LLC<br>7-24-cv-00256 (WDTX) | Oct. 08, 2024 |
| Mesa Digital LLC v. Acer America Corporation<br>3-24-cv-02521 (NDTX) | Oct. 07, 2024 |
| Mesa Digital, LLC v. Zebra Technologies Corporation<br>4-24-cv-03818 (SDTX) | Oct. 07, 2024 |
| AML IP LLC v. Petco Animal Supplies, Inc.<br>7-24-cv-00253 (WDTX) | Oct. 07, 2024 |
| AML IP LLC v. Sally Beauty Supply LLC<br>7-24-cv-00254 (WDTX) | Oct. 07, 2024 |
| Mesa Digital, LLC v. Microsoft Corporation<br>7-24-cv-00255 (WDTX) | Oct. 07, 2024 |
| Kephart Consulting, LLC v. AxxonSoft US, Inc.<br>4-24-cv-06770 (NDCA) | Sep. 26, 2024 |
| Random Chat, LLC v. Lamps Plus, Inc.<br>7-24-cv-00242 (WDTX) | Sep. 25, 2024 |
| Random Chat, LLC v. Lowe's Companies, Inc.<br>7-24-cv-00243 (WDTX) | Sep. 25, 2024 |
| Verna IP Holdings, LLC v. Pocketstop LLC<br>3-24-cv-02408 (NDTX) | Sep. 24, 2024 |
| Random Chat LLC v. Gartner, Inc.<br>7-24-cv-00239 (WDTX) | Sep. 24, 2024 |
| Random Chat, LLC v. Kate Spade & Company, LLC<br>7-24-cv-00240 (WDTX) | Sep. 24, 2024 |
| Linfo IP, LLC v. Old Navy, LLC<br>4-24-cv-03574 (SDTX) | Sep. 23, 2024 |
| Kephart Consulting, LLC v. FaceFirst, Inc.<br>7-24-cv-00234 (WDTX) | Sep. 23, 2024 |
| Kephart Consulting, LLC v. Johnson Controls International, Inc.<br>7-24-cv-00235 (WDTX) | Sep. 23, 2024 |
| Random Chat, LLC v. Costco Wholesale Corporation<br>7-24-cv-00237 (WDTX) | Sep. 23, 2024 |
| Linfo IP, LLC v. Fast Growing Trees, LLC<br>0-24-cv-05108 (DSC) | Sep. 16, 2024 |
| Ortiz & Associates Consulting, LLC v. NCR Voyix Corporation<br>2-24-cv-00745 (EDTX) | Sep. 11, 2024 |
| Ortiz & Associates Consulting, LLC v. FedEx Corporation<br>2-24-cv-00736 (EDTX) | Sep. 09, 2024 |
| VDPP, LLC v. AXIS Communications, Inc.<br>2-24-cv-00727 (EDTX) | Sep. 06, 2024 |
| Ortiz & Associates Consulting, LLC v. Microsoft Corporation<br>7-24-cv-00213 (WDTX) | Sep. 06, 2024 |
| Ortiz & Associates Consulting, LLC v. Amazon Web Services, Inc. et al<br>7-24-cv-00215 (WDTX) | Sep. 06, 2024 |
| Cooperative Entertainment, Inc. v. Fastly, Inc.<br>1-24-cv-02405 (DCO) | Aug. 30, 2024 |
| VIAAS, Inc. v. Vivint Smart Home, Inc.<br>2-24-cv-00713 (EDTX) | Aug. 30, 2024 |

| | |
|---|---|
| Random Chat, LLC v. Estee Lauder Companies, Inc., d/b/a Aveda, Inc. <br> 2-24-cv-00715 (EDTX) | Aug. 30, 2024 |
| Linfo IP, LLC v. Chubbies, Inc. <br> 2-24-cv-00711 (EDTX) | Aug. 29, 2024 |
| Err Content IP, LLC v. LG Electronics, Inc. et al <br> 3-24-cv-02191 (NDTX) | Aug. 26, 2024 |
| Err Content IP, LLC v. Amazon.com, Inc. <br> 7-24-cv-00207 (WDTX) | Aug. 26, 2024 |
| VDPP, LLC v. FCA US LLC <br> 2-24-cv-12211 (EDMI) | Aug. 22, 2024 |
| Linfo IP, LLC v. Brompton Bicycle, Inc. <br> 1-24-cv-05787 (EDNY) | Aug. 19, 2024 |
| Cooperative Entertainment, Inc. v. Lumen Technologies, Inc. <br> 2-24-cv-00684 (EDTX) | Aug. 19, 2024 |
| VDPP, LLC v. Amazon.com, Inc. <br> 3-24-cv-02118 (NDTX) | Aug. 19, 2024 |
| VDPP, LLC v. Volkswagen Group of America, Inc. <br> 24-2226 (CAFC) | Aug. 16, 2024 |
| VDPP, LLC v. Honey Optics LLC <br> 7-24-cv-04529 (DSC) | Aug. 16, 2024 |
| VDPP, LLC v. Roku, Inc. <br> 5-24-cv-05303 (NDCA) | Aug. 16, 2024 |
| Omnitek Partners, LLC v. Rafael U.S.A., Inc. <br> 1-24-cv-02349 (DMD) | Aug. 13, 2024 |
| VDPP, LLC v. EnGenius Technologies, Inc. <br> 8-24-cv-01758 (CDCA) | Aug. 12, 2024 |