## Cases

161 Results

**Attorneys:** William P Ramey, III   **Case Status:** Active

| Case | Case Filing Date ▼ |
|---|---|
| VDPP, LLC v. Canon USA, Inc.<br>3-25-cv-03250 (NDTX) | Nov. 25, 2025 |
| VDPP, LLC v. Pelco, Inc.<br>7-25-cv-00546 (WDTX) | Nov. 25, 2025 |
| VDPP LLC v. 7-Eleven Inc<br>3-25-cv-03240 (NDTX) | Nov. 24, 2025 |
| VDPP, LLC v. Macy's Corporation Services, LLC d/b/a Macy's<br>2-25-cv-01144 (EDTX) | Nov. 21, 2025 |
| WirelessWerx IP, LLC v. Hewlett Packard Enterprise Company<br>4-25-cv-05623 (SDTX) | Nov. 21, 2025 |
| VDPP, LLC v. Nordstrom, Inc.<br>7-25-cv-00528 (WDTX) | Nov. 14, 2025 |
| VDPP, LLC v. Delta Air Lines, Inc.<br>7-25-cv-00529 (WDTX) | Nov. 14, 2025 |
| VDPP, LLC v. Alaska Air Group, Inc.<br>7-25-cv-00530 (WDTX) | Nov. 14, 2025 |
| VDPP, LLC v. Victoria's Secret & Co.<br>7-25-cv-00524 (WDTX) | Nov. 13, 2025 |
| VDPP, LLC v. Starbucks Corporation<br>7-25-cv-00525 (WDTX) | Nov. 13, 2025 |
| VDPP, LLC v. JPMorgan Chase Bank, N.A.<br>2-25-cv-01118 (EDTX) | Nov. 11, 2025 |
| Ortiz & Associates Consulting LLC v. SITA Information Networking Computing USA Inc<br>3-25-cv-03070 (NDTX) | Nov. 11, 2025 |
| VDPP, LLC v. Dukane Corporation<br>1-25-cv-13539 (NDIL) | Nov. 05, 2025 |
| VDPP, LLC v. FCA US LLC<br>1-25-cv-13535 (NDIL) | Nov. 04, 2025 |
| DatRec v. Bamboo HR<br>2-25-cv-01000 (DUT) | Nov. 03, 2025 |
| Err Content IP, LLC v. Echostar Communications Corporation<br>4-25-cv-05248 (SDTX) | Nov. 03, 2025 |
| Linfo IP, LLC v. SitzCo LLC<br>4-25-cv-05211 (SDTX) | Oct. 31, 2025 |
| DatRec, LLC v. ADP, Inc.<br>7-25-cv-00495 (WDTX) | Oct. 27, 2025 |
| VDPP, LLC v. Schok LLC<br>2-25-cv-01062 (EDTX) | Oct. 23, 2025 |
| WFR IP, LLC v. Sony Electronics, Inc.<br>2-25-cv-01057 (EDTX) | Oct. 22, 2025 |
| Wolverine Barcode IP, LLC v. Starbucks Company<br>2-25-cv-01058 (EDTX) | Oct. 22, 2025 |
| Wolverine Barcode IP, LLC v. 7-Eleven, Inc.<br>7-25-cv-00108 (NDTX) | Oct. 22, 2025 |
| WirelessWerx IP, LLC v. Here North America, LLC<br>1-25-cv-12770 (NDIL) | Oct. 20, 2025 |
| VDPP, LLC v. Marriott International, Inc.<br>2-25-cv-01046 (EDTX) | Oct. 17, 2025 |
| VIAAS, Inc. v. Vivint LLC<br>2-25-cv-01048 (EDTX) | Oct. 17, 2025 |
| WirelessWerx IP, LLC v. Mercedes-Benz USA, LLC<br>3-25-cv-02823 (NDTX) | Oct. 17, 2025 |
| Err Content IP, LLC v. ADT LLC<br>1-25-cv-01674 (WDTX) | Oct. 17, 2025 |

| | |
|---|---|
| Missed Call, LLC v. Avaya LLC<br>4-25-cv-04938 (SDTX) | Oct. 16, 2025 |
| Wolverine Barcode IP, LLC v. Shell Information Technology International BV<br>4-25-cv-04944 (SDTX) | Oct. 16, 2025 |
| Ryrusch IP LLC v. HAAS, Inc.<br>1-25-cv-12615 (NDIL) | Oct. 15, 2025 |
| Cloud Systems HoldCo IP LLC v. Acuity Brands Services, Inc.<br>7-25-cv-00463 (WDTX) | Oct. 10, 2025 |
| Ortiz & Associates Consulting, LLC v. Bollore Logistics, Inc. d/b/a Blue Systems<br>7-25-cv-00464 (WDTX) | Oct. 10, 2025 |
| Ziedman Technologies II, LLC v. IBM Corporation<br>2-25-cv-01002 (EDTX) | Oct. 03, 2025 |
| Cooperative Entertainment, Inc. v. IBM Corporation<br>2-25-cv-01004 (EDTX) | Oct. 03, 2025 |
| Flick Intelligence, LLC v. Seiko Epson Corporation et al<br>7-25-cv-00449 (WDTX) | Oct. 03, 2025 |
| Random Chat LLC v. KURU Footwear, Inc<br>2-25-cv-00867 (DUT) | Sep. 29, 2025 |
| Flick Intelligence LLC v. Lucid Software Inc<br>2-25-cv-00868 (DUT) | Sep. 29, 2025 |
| VDPP, LLC v. Dynamic Displays, Inc.<br>3-25-cv-00805 (WDWI) | Sep. 26, 2025 |
| AML IP, LLC v. Fetch Rewards, Inc.<br>3-25-cv-00806 (WDWI) | Sep. 26, 2025 |
| Random Chat, LLC v. Lumen Technologies, Inc.<br>2-25-cv-00968 (EDTX) | Sep. 22, 2025 |
| WirelessWerx IP, LLC v. Flytrex Inc.<br>2-25-cv-00969 (EDTX) | Sep. 22, 2025 |
| Cloud Systems HoldCo IP LLC v. Hall Technologies, Inc.<br>3-25-cv-02564 (NDTX) | Sep. 22, 2025 |
| Missed Call, LLC v. Aircall.io, Inc.<br>1-25-cv-07794 (SDNY) | Sep. 19, 2025 |
| Missed Call, LLC v. CloudTalk.io, Inc.<br>1-25-cv-07776 (SDNY) | Sep. 18, 2025 |
| VDPP, LLC v. The TJX Companies, Inc.<br>7-25-cv-00422 (WDTX) | Sep. 12, 2025 |
| Missed Call, LLC v. Dialpad, Inc.<br>7-25-cv-00412 (WDTX) | Sep. 08, 2025 |
| Mesa Digital, LLC v. Schok LLC<br>2-25-cv-00937 (EDTX) | Sep. 05, 2025 |
| Wolverine Barcode IP, LLC v. The Kroger Co.<br>7-25-cv-00401 (WDTX) | Sep. 04, 2025 |
| Wolverine Barcode IP, LLC v. Macy's, Inc. d/b/a Macy's<br>7-25-cv-00404 (WDTX) | Sep. 04, 2025 |
| Wolverine Barcode IP, LLC v. Paysafecard.com USA Inc.<br>7-25-cv-00405 (WDTX) | Sep. 04, 2025 |
| VDPP, LLC v. Touch Dynamic, Inc.<br>4-25-cv-04177 (SDTX) | Sep. 03, 2025 |
| VDPP, LLC v. Rivian Automotive, Inc.<br>7-25-cv-00397 (WDTX) | Sep. 03, 2025 |
| Mesa Digital, LLC v. Dell Inc.<br>7-25-cv-00393 (WDTX) | Sep. 02, 2025 |
| Yopima, LLC v. DoorDash, Inc.<br>7-25-cv-00385 (WDTX) | Aug. 29, 2025 |
| Yopima, LLC v. Neutron Holdings, Inc. d/b/a Lime<br>7-25-cv-00386 (WDTX) | Aug. 29, 2025 |
| Yopima, LLC v. Grubhub Holdings Inc., d/b/a Grubhub, Inc.<br>7-25-cv-00388 (WDTX) | Aug. 29, 2025 |

| | |
|---|---|
| Yopima, LLC v. NeighborFavor, Inc. <br> 7-25-cv-00389 (WDTX) | Aug. 29, 2025 |
| PacSec3, LLC v. Fastly, Inc. <br> 4-25-cv-03969 (SDTX) | Aug. 21, 2025 |
| Random Chat, LLC v. LG Electronics, Inc. et al <br> 2-25-cv-00809 (EDTX) | Aug. 18, 2025 |
| Cloud Systems HoldCo IP LLC v. ABB Inc. <br> 4-25-cv-03860 (SDTX) | Aug. 15, 2025 |
| Cloud Systems HoldCo IP, LLC v. Schneider Electric Systems USA, Inc. <br> 4-25-cv-03880 (SDTX) | Aug. 15, 2025 |
| Linfo IP, LLC v. Chewy, Inc. <br> 4-25-cv-03839 (SDTX) | Aug. 14, 2025 |
| CyboEnergy, Inc. v. YOTTA Energy, Inc. <br> 1-25-cv-01300 (WDTX) | Aug. 13, 2025 |
| Linfo IP, LLC v. American Exchange Apparel Group, Corp. <br> 25-2006 (CAFC) | Aug. 11, 2025 |
| AML IP, LLC v. Schlotzsky's Franchisor SPV, LLC <br> 7-25-cv-00349 (WDTX) | Aug. 11, 2025 |
| Linfo IP, LLC v. HydroJug, Inc. <br> 1-25-cv-00107 (DUT) | Jul. 25, 2025 |
| DatRec, LLC v. CapGemini U.S. LLC <br> 7-25-cv-00321 (WDTX) | Jul. 18, 2025 |
| Wolverine Barcode IP LLC v. McDonald's Corporation <br> 7-25-cv-00316 (WDTX) | Jul. 17, 2025 |
| VDPP, LLC v. VTech Communications, Inc. <br> 7-25-cv-00309 (WDTX) | Jul. 11, 2025 |
| Yopima, LLC v. Cellco Partnership d/b/a Verizon Wireless <br> 7-25-cv-00306 (WDTX) | Jul. 10, 2025 |
| PacSec3, LLC v. Lumen Technologies, Inc. <br> 2-25-cv-00668 (EDTX) | Jun. 30, 2025 |
| WirelessWerx IP, LLC v. Tracki Inc. <br> 1-25-cv-00799 (DDE) | Jun. 27, 2025 |
| Yakar Technologies, LLC v. Shenzhen Xiangdangwen Technology Co., Ltd. et al <br> 2-25-cv-00665 (EDTX) | Jun. 26, 2025 |
| Yakar Technologies, LLC v. Zagg Inc. <br> 2-25-cv-00507 (DUT) | Jun. 24, 2025 |
| Yakar Technologies, LLC v. DAS Companies, Inc. <br> 2-25-cv-00508 (DUT) | Jun. 24, 2025 |
| VDPP, LLC v. I-Pro Americas, Inc. <br> 4-25-cv-02783 (SDTX) | Jun. 13, 2025 |
| Random Chat LLC v. Samsung Electronics America, Inc. <br> 2-25-cv-00625 (EDTX) | Jun. 12, 2025 |
| Wolverine Barcode IP LLC v. Albertsons Companies Inc <br> 3-25-cv-01448 (NDTX) | Jun. 06, 2025 |
| Random Chat LLC v. Bath & Body Works Direct, Inc. <br> 7-25-cv-00261 (WDTX) | Jun. 04, 2025 |
| Linfo IP, LLC v. Mariner Finance, LLC <br> 7-25-cv-00262 (WDTX) | Jun. 04, 2025 |
| Flick Intelligence, LLC v. Snap, Inc. <br> 7-25-cv-00263 (WDTX) | Jun. 04, 2025 |
| Traxcell Technologies II, LLC v. Maplebear, Inc. <br> 1-25-cv-04614 (SDNY) | Jun. 02, 2025 |
| Haley IP, LLC v. Harman International Industries, Incorporated <br> 2-25-cv-00577 (EDTX) | May. 22, 2025 |
| Cloud Systems Holdco IP LLC v. Crestron Electronics, Inc. <br> 2-25-cv-00579 (EDTX) | May. 22, 2025 |
| Linfo IP, LLC v. Gossamer Gear Inc. <br> 7-25-cv-00244 (WDTX) | May. 22, 2025 |

| | |
|---|---|
| Linfo IP, LLC v. Interactive Life Forms, LLC<br>7-25-cv-00238 (WDTX) | May. 21, 2025 |
| WirelessWerx IP, LLC v. EZ Web Entertainment, Inc.<br>1-25-cv-01473 (WDTX) | May. 09, 2025 |
| Random Chat LLC v. CarParts.com, Inc.<br>3-25-cv-01129 (NDTX) | May. 06, 2025 |
| Random Chat, LLC v. Altra Federal Credit Union<br>2-25-cv-00478 (EDTX) | May. 05, 2025 |
| Random Chat LLC v. Zebra Technologies Corporation<br>7-25-cv-00211 (WDTX) | May. 05, 2025 |
| Ortiz & Associates Consulting, LLC v. McDonald's USA, LLC<br>2-25-cv-00457 (EDTX) | May. 01, 2025 |
| VDPP, LLC v. Office Depot, LLC<br>7-25-cv-00199 (WDTX) | Apr. 25, 2025 |
| VDPP, LLC v. Brandmotion, LLC<br>2-25-cv-11155 (EDMI) | Apr. 22, 2025 |
| WirelessWerx IP, LLC v. Audi of America, Inc.<br>4-25-cv-11147 (EDMI) | Apr. 21, 2025 |
| Koji IP, LLC v. Renesas Electronics America, Inc.<br>25-1639 (CAFC) | Apr. 11, 2025 |
| Cloud Systems Holdco IP LLC v. RGB Systems, Inc. d/b/a Extron Electronics<br>3-25-cv-00712 (NDTX) | Mar. 25, 2025 |
| WirelessWerx IP, LLC v. Zebra Technologies Corporation<br>1-25-cv-01845 (WDTX) | Feb. 27, 2025 |
| Verna IP Holdings, LLC v. Singlewire Software LLC<br>3-25-cv-00072 (WDWI) | Jan. 31, 2025 |
| Lime Green Lighting, LLC v. Brilliant NextGen Inc.<br>5-25-cv-00950 (NDCA) | Jan. 30, 2025 |
| Ortiz & Associates Consulting, LLC v. Macy's, Inc.<br>7-25-cv-00033 (WDTX) | Jan. 29, 2025 |
| Cloud Systems HoldCo IP LLC v. Safe Home Security, Inc.<br>2-25-cv-00039 (DUT) | Jan. 16, 2025 |
| Linfo IP, LLC v. Trustpilot, Inc.<br>25-1368 (CAFC) | Jan. 15, 2025 |
| EasyWeb Innovations LLC v. BuiltWith Pty Ltd<br>2-25-cv-00005 (EDTX) | Jan. 03, 2025 |
| EasyWeb Innovations LLC v. ContactOffice Group<br>2-25-cv-00006 (EDTX) | Jan. 03, 2025 |
| EasyWeb Innovations LLC v. PocketSmith Ltd.<br>2-25-cv-00007 (EDTX) | Jan. 03, 2025 |
| VDPP, LLC v. GE Healthcare Technologies, Inc.<br>7-24-cv-00346 (WDTX) | Dec. 30, 2024 |
| Google LLC v. EscapeX IP, LLC<br>IPR2025-00337 (PTAB) | Dec. 18, 2024 |
| AML IP, LLC v. Bath & Body Works, LLC<br>25-1280 (CAFC) | Dec. 13, 2024 |
| CyboEnergy, Inc. v. Home Depot USA, Inc.<br>7-24-cv-00319 (WDTX) | Dec. 06, 2024 |
| VDPP, LLC v. Subaru of America, Inc.<br>2-24-cv-00909 (EDTX) | Nov. 08, 2024 |
| PacSec3, LLC v. Axway, Inc.<br>1-24-cv-04711 (NDGA) | Oct. 16, 2024 |
| AML IP, LLC v. Sephora USA, Inc.<br>6-24-cv-00546 (WDTX) | Oct. 14, 2024 |
| Verna IP Holdings, LLC v. Pocketstop LLC<br>3-24-cv-02408 (NDTX) | Sep. 24, 2024 |
| Ortiz & Associates Consulting, LLC v. Amazon Web Services, Inc. et al<br>7-24-cv-00215 (WDTX) | Sep. 06, 2024 |

| | |
|---|---|
| VDPP, LLC v. Volkswagen Group of America, Inc.<br>24-2226 (CAFC) | Aug. 16, 2024 |
| Smartwatch Mobileconcepts, LLC v. Timex Group USA, INC.<br>3-24-cv-01294 (DCT) | Aug. 06, 2024 |
| VDPP, LLC v. Delta Electronics (USA) Inc. d/b/a Vivitek<br>2-24-cv-00625 (EDTX) | Aug. 02, 2024 |
| Random Chat LLC v. Big Lots Stores, LLC<br>2-24-cv-00582 (EDTX) | Jul. 24, 2024 |
| AML IP, LLC v. Williams-Sonoma, Inc.<br>6-24-cv-00381 (WDTX) | Jul. 18, 2024 |
| AML IP, LLC v. Sephora USA, Inc.<br>6-24-cv-00382 (WDTX) | Jul. 18, 2024 |
| mCom IP, LLC v. City National Bank of Florida<br>24-2089 (CAFC) | Jul. 16, 2024 |
| Koji IP, LLC v. Renesas Electronics America, Inc. f/k/a Intersil Corporation<br>3-24-cv-03089 (NDCA) | May. 22, 2024 |
| mCom IP, LLC v. HSBC Bank USA, N.A.<br>24-1828 (CAFC) | May. 20, 2024 |
| Ortiz & Associates Consulting, LLC v. VIZIO, Inc.<br>24-1783 (CAFC) | May. 06, 2024 |
| AML IP, LLC v. Jimmy Choo USA, Inc.<br>6-24-cv-00235 (WDTX) | May. 06, 2024 |
| Cooperative Entertainment, Inc. v. Kollective Technology, Inc.<br>24-1550 (CAFC) | Mar. 11, 2024 |
| VDPP, LLC v. BenQ America Corp.<br>2-24-cv-00171 (EDTX) | Mar. 11, 2024 |
| VDPP, LLC v. Christie Digital Systems USA, Inc.<br>2-24-cv-00156 (EDTX) | Mar. 05, 2024 |
| AuthWallet, LLC v. Fiserv, Inc.<br>7-24-cv-00063 (WDTX) | Mar. 01, 2024 |
| AuthWallet, LLC v. Amarillo National Bank<br>7-24-cv-00064 (WDTX) | Mar. 01, 2024 |
| AuthWallet, LLC v. CIBC Bank USA<br>7-24-cv-00065 (WDTX) | Mar. 01, 2024 |
| Omnitek Partners, LLC v. Raytheon Technologies Corp. f/k/a United Technologies Corporation<br>4-24-cv-00143 (EDTX) | Feb. 19, 2024 |
| AML IP, LLC v. Beauty Brands, LLC<br>2-24-cv-00006 (EDTX) | Jan. 05, 2024 |
| WirelessWerx IP LLC v. Life360, Inc.<br>3-23-cv-06725 (NDCA) | Dec. 30, 2023 |
| CyboEnergy, Inc. v. Northern Electric Power Technology, Inc.<br>4-23-cv-06121 (NDCA) | Nov. 27, 2023 |
| AML IP, LLC v. Sally Beauty Supply LLC<br>6-23-cv-00736 (WDTX) | Oct. 30, 2023 |
| Silent Communications, LLC v. BlackBerry Corp.<br>23-2197 (CAFC) | Jul. 26, 2023 |
| Etto IP, LLC v. Reebok International Ltd.<br>6-23-cv-00003 (WDTX) | Jan. 04, 2023 |
| Traxcell Technologies, LLC v. T-Mobile USA, Inc. et al<br>6-22-cv-00991 (WDTX) | Sep. 21, 2022 |
| Traxcell Technologies, LLC v. T-Mobile USA, Inc. et al<br>6-22-cv-00992 (WDTX) | Sep. 21, 2022 |
| Traxcell Technologies, LLC v. Cellco Partnership d/b/a Verizon Wireless et al<br>6-22-cv-00976 (WDTX) | Sep. 16, 2022 |
| Traxcell Technologies, LLC v. NeighborFavor, Inc. d/b/a Favor<br>6-22-cv-00942 (WDTX) | Sep. 12, 2022 |
| Traxcell Technologies, LLC v. GoShare, Inc.<br>6-22-cv-00943 (WDTX) | Sep. 12, 2022 |

| Case | Date |
|---|---|
| Pedersen v. Zendesk, Inc.<br>6-22-cv-00927 (WDTX) | Sep. 09, 2022 |
| Pedersen v. Blackbaud, Inc.<br>6-22-cv-00921 (WDTX) | Sep. 08, 2022 |
| Pedersen v. Constant Contact, Inc.<br>6-22-cv-00922 (WDTX) | Sep. 08, 2022 |
| Peter Pedersen v. Monday.com, Inc.<br>6-22-cv-00923 (WDTX) | Sep. 08, 2022 |
| Traxcell Technologies, LLC v. Lyft, Inc.<br>6-22-cv-00689 (WDTX) | Jun. 27, 2022 |
| Traxcell Technologies, LLC v. GrubHub, Inc.<br>6-22-cv-00690 (WDTX) | Jun. 27, 2022 |
| Pedersen v. Ziff Davis, Inc.<br>6-22-cv-00597 (WDTX) | Jun. 09, 2022 |
| Pedersen v. Aurea Software, Inc.<br>6-22-cv-00584 (WDTX) | Jun. 08, 2022 |
| Pedersen v. Intuit, Inc.<br>6-22-cv-00588 (WDTX) | Jun. 08, 2022 |
| Silent Communication, LLC v. Lifesize, Inc.<br>6-22-cv-00529 (WDTX) | May. 24, 2022 |
| Pedersen v. Salesforce.com Inc.<br>6-22-cv-00409 (WDTX) | Apr. 22, 2022 |
| Valjakka v. Netflix, Inc.<br>4-22-cv-01490 (NDCA) | Mar. 09, 2022 |
| AK Meeting IP LLC v. Lifesize, Inc.<br>1-23-cv-00566 (WDTX) | Mar. 08, 2022 |
| AML IP, LLC v. The Cato Corporation<br>6-22-cv-00178 (WDTX) | Feb. 18, 2022 |
| Riggs Technology Holdings, LLC v. Relias Learning LLC d/b/a Continuingeducation.com<br>1-21-cv-06229 (SDNY) | Jul. 21, 2021 |
| Peter Pedersen v. Zoho Corporation<br>1-23-cv-00071 (WDTX) | Jan. 23, 2021 |
| Traxcell Technologies, LLC v. Verizon Wireless Personal Communications, LP<br>6-20-cv-01175 (WDTX) | Dec. 21, 2020 |
| Stylwan IP Holding, LLC et al v. Stress Engineering Services, Inc.<br>4-20-cv-03297 (SDTX) | Sep. 23, 2020 |