UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>        Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>        Defendant. | Case No. 22-cv-01490-JST<br><br>**ORDER SETTING HEARING; STAYING ENFORCEMENT OF SANCTIONS**<br><br>Re: ECF Nos. 353, 354 |

On July 10, 2025, the Court granted in part Netflix's motion for sanctions against Attorney William Ramey and Ramey LLP for breaching a protective order. ECF No. 324. Following supplemental briefing, the Court fixed the amount of sanctions at $95,000, payable to Netflix within 28 days. ECF No. 353.

On November 21, 2025, Ramey filed a motion for entry of partial final judgment under Federal Rule of Civil Procedure 54(b) or, in the alternative, for the Court to certify an interlocutory appeal under 28 U.S.C. § 1292(b). ECF No. 354 at 7–8. He also requests a stay of enforcement pending appeal under Federal Rule of Civil Procedure 62(b). *Id*. at 8. He noticed the hearing on that motion for January 8, 2026, but the Court vacated the hearing because the Court is unavailable that day. Ramey has not yet re-noticed the motion.

Accordingly, the Court now rules as follows:

1. The hearing on Ramey's motion for entry of partial final judgment under Federal Rule of Civil Procedure 54(b) or, in the alternative, for the Court to certify an interlocutory appeal under 28 U.S.C. § 1292(b), is set for hearing on February 5, 2026 at 2:00 p.m. The briefing schedule remains as originally set.

2. Because the deadline for Ramey to pay the sanctions is December 17, 2025, but the

1  hearing on Ramey's motion is not scheduled until February 5, 2026, and perceiving no prejudice
2  to Netflix, the Court stays Ramey's obligation to pay the sanctions until 28 days from a ruling on
3  ECF No. 354 or until further court order.

4  **IT IS SO ORDERED.**

5  Dated:  November 26, 2025



JON S. TIGAR
United States District Judge