Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA, | Case No. 4:22-cv-01490-JST |
| Plaintiff, | **PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER** |
| v. | |
| NETFLIX, INC., | **[CIVIL LOCAL RULE 6-2]** |
| Defendant. | Judge:   Hon. JON S. TIGAR |

**TO THE HON. JON S. TIGAR, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Civil Local Rule 6-2 of the Civil Local Rules (L.R.), Defendant Netflix, Inc. ("Defendant" or "Netflix") and Lauri Valjakka ("Plaintiff" or "Valjakka") stipulate as follows:

WHEREAS, on November 24, 2025, the Court issued an Order continuing the Pretrial Conference and Jury Trial, with the Pretrial Conference Statement due by March 13, 2026, the Pretrial Conference for March 20, 2026, and Jury Selection and Jury Trial (4 days) for April 6, 2026. ECF No. 356.

WHEREAS the case schedule has previously been modified by the following Court orders (including upon motions by the parties): ECF Nos. 98, 115, 131, 183, 247, 289, 293, 308.

WHEREAS Netflix has filed a motion for summary judgment of its claims that Valjakka committed fraudulent transfers in violation of the California Uniform Voidable Transactions Act ("CUVTA"). ECF No. 329; *see also* ECF No. 328-2 (sealed).

WHEREAS Valjakka has filed a motion for summary judgment in his favor on Netflix's CUVTA claims. ECF No. 330.

WHEREAS the parties are unlikely to hold a trial solely on the remaining claims in this matter beyond CUVTA, which include Netflix's inequitable conduct and unclean hands defenses.

WHEREAS the parties recognize the significant work necessary to prepare the Pretrial Statement, and for trial, on a claim that may be resolved by an order on either party's motion for summary judgment.

WHEREAS *pro se* litigant Valjakka will, in particular, need to prepare (and in some cases, negotiate) a pretrial statement, trial brief, findings of fact, witness lists, exhibit lists, deposition designations, proposed jury instructions, voir dire, and verdict forms, in addition to briefing motions in *limine*.

WHEREAS, in the interest of efficiency, judicial economy, and minimizing the burdens on *pro se* litigant Valjakka, the parties agree and respectfully request that the remaining deadlines

be continued until after the Court's issuance of orders on the parties' motions for summary judgment.

WHEREAS the parties respectfully propose that the remaining deadlines be set in relation to the date that the Court issues orders on the parties' motions for summary judgment as follows so that any remaining case issues can be expediently resolved:

| Deadline/Event | Due Date |
| --- | --- |
| Pretrial Statement Due | 28 days after issuance of order on motions for summary judgment |
| Pretrial Conference | 35 days after issuance of order on motions for summary judgment (or at the Court's convenience) |
| Jury Selection and Jury Trial | 45 days after issuance of order on motions for summary judgment (or at the Court's convenience) |

WHEREAS this Stipulation is limited to procedural scheduling and preservation obligations and shall not be construed as resolving or waiving any substantive claims or defenses.

WHEREAS nothing in this Stipulation shall be construed as a waiver of any party's right to file separate statements, motions, or to assert any claims or defenses.

WHEREAS on February 5 and 12, 2026, counsel for Netflix and Mr. Valjakka met and conferred and agreed to submit a stipulation consistent with the above.

THEREFORE the parties respectfully seek an order continuing the Pretrial Statement, Pretrial Conference, and Jury Selection and Jury Trial deadlines until after the Court issues its order on the parties' summary judgment motions as set forth in the table above.

| | | |
|---|---|---|
| 1 | Dated: February 13, 2026 | Respectfully submitted, |
| 2 | | PERKINS COIE, LLP |
| 3 | | |
| 4 | | */s/ Sarah E. Piepmeier* |
| | | Sarah E. Piepmeier, Bar No. 227094 |
| 5 | | PERKINS COIE LLP |
| | | 505 Howard Street, Suite 1000 |
| 6 | | San Francisco, California 94105 |
| 7 | | SPiepmeier@perkinscoie.com |
| | | Telephone: +1.415.644.7000 |
| 8 | | Facsimile: +1.415.344.7050 |
| 9 | | Janice L. Ta (appearance *pro hac vice*) |
| | | PERKINS COIE LLP |
| 10 | | 405 Colorado Street, Suite 1700 |
| | | Austin, Texas 78701 |
| 11 | | JTa@perkinscoie.com |
| 12 | | Telephone:    +1.737.256.6100 |
| | | Facsimile:    +1.737.256.6300 |
| 13 | | |
| | | Adam Hester, Bar No. 311206 |
| 14 | | PERKINS COIE LLP |
| | | 33 E. Main Street, Ste. 201 |
| 15 | | Madison, Wisconsin, 53703 |
| 16 | | AHester@perkinscoie.com |
| | | Telephone: +650.838.4311 |
| 17 | | |
| | | Rachael D. Lamkin (SBN 246066) |
| 18 | | Karan Singh Dhadialla (SBN 296313) |
| | | BAKER BOTTS L.L.P. |
| 19 | | 101 California Street, Suite 3200 |
| | | San Francisco, CA 94111 |
| 20 | | Telephone: + 1.415. 291.6200 |
| 21 | | Facsimile: +1.415.291.6300 |
| | | rachael.lamkin@bakerbotts.com |
| 22 | | karan.dhadialla@bakerbotts.comAttnysFor |
| 23 | | ***Attorney for Defendant Netflix, Inc.*** |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated:  February 13, 2026 | *Pro Se* |
| 2 | | */s/ Lauri Valjakka* |
| 3 | | Lauri Valjakka |
| | | c/o Kemppi Arinakatu 2 as. 38 |
| 4 | | FI 53100 Lappeenranta |
| 5 | | Finland |
| | | +358 50 467 0090 |
| 6 | | Email: lauri.valjakka@eezykeyz.fi |
| 7 | | ***Attorneys for Plaintiff*** |
| 8 | | **LAURI VALJAKKA** |

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____     By: _____
                                    HON. JON S. TIGAR
                                    UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

I, Sarah E. Piepmeier, am the ECF user whose user id and password authorizes the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that Plaintiff (*pro* se) has concurred in this filing.

Dated: February 13, 2026                            */s/ Sarah E. Piepmeier*
                                                                  Sarah E. Piepmeier, CA SBN 227094

                                                                  ***Attorney for Defendant Netflix, Inc.***