Lauri Valjakka (Pro Se)
Arinakatu 2 B38
FI 53100 Lappeenranta
Finland
+358 50 467 0090
lauri.valjakka@eezykeyz.fi

*Filed on behalf of Pro Se*
*LAURI VALJAKKA*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NETFLIX, INC.,<br><br>　　　　Defendant. | Case No. 4:22-cv-01490-JST<br><br>**LAURI VALAJKKA'S ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR REMOTELY AT THE MARCH 20, 2026 PRETRIAL CONFERENCE, OR IN THE ALTERNATIVE TO CONTINUE THE CONFERENCE**<br><br>Date:　March 20, 2026<br>Time:　2:00 p.m.<br>Crtrm:　6 – 2nd Floor<br>Judge: Hon. Jon S. Tigar |

Plaintiff Lauri Valjakka, appearing pro se, respectfully requests leave to appear remotely at the Pretrial Conference scheduled for March 20, 2026. In the alternative, Plaintiff respectfully requests a short continuance of the conference. This request is made in good faith and not for purposes of delay.

## Background

According to the Court's Clerk's Notice entered November 24, 2025 (ECF No. 356), the Pretrial Conference in this matter is presently scheduled for March 20, 2026 at 2:00 p.m. in Oakland, California. Plaintiff has confirmed with the Court's courtroom deputy that the conference is currently scheduled to proceed in person.

## Grounds for the Request

Plaintiff resides in Lappeenranta, Finland and is presently unable to travel to Oakland, California for the March 20 conference due to several circumstances.

First, Plaintiff faces significant financial hardship associated with urgent intercontinental travel from Finland to the United States.

Second, Plaintiff's eight-year-old son has a scheduled medical operation during this period, requiring Plaintiff's presence.

Third, Plaintiff is experiencing ongoing health limitations following a fourth COVID-19 infection in January 2026.

Plaintiff has also been diagnosed with chronic obstructive pulmonary disease (COPD) and asthma. Due to these underlying respiratory conditions, the after-effects of COVID-19 present a heightened health risk.

Plaintiff has consulted with his physician, who has advised him to avoid long-distance international travel at this time due to potential respiratory complications.

Travel from Plaintiff's residence in Lappeenranta, Finland to Oakland, California requires multiple stages of long-distance travel, typically including travel from Lappeenranta to Helsinki-Vantaa Airport, followed by an international flight to London and then a long intercontinental flight from London to San Francisco.

Given Plaintiff's current medical condition and the length of these flights, such travel would pose significant health risks.

### Remote Appearance Would Avoid Unnecessary Hardship

Allowing Plaintiff to appear remotely would permit the Court to proceed with the scheduled conference without delay while avoiding unnecessary health risks and significant hardship associated with international travel.

### Alternative Request for Continuance

If the Court prefers that the Pretrial Conference proceed only in person, Plaintiff respectfully requests that the conference be continued to a later date when Plaintiff may reasonably travel and attend in person.

### Requested Relief

Plaintiff respectfully requests that the Court:

1. permit Plaintiff to appear remotely at the March 20, 2026 Pretrial Conference; or
2. alternatively continue the Pretrial Conference to a later date.

Dated:  March 12, 2026                              Respectfully submitted,

*/s/ Lauri Valjakka*
Laurio Valjakka (pro se)
Arinakatu 2 B38
FI 53100 Lappeenranta
Finland
+358 50 467 0090
lauri.valjakka@eezykeyz.fi

***LAURI VALJAKKA, Pro Se***

## CERTIFICATE OF CONFERENCE

I was contacted by Mr. Valjakka to help him file this motion. Neither I nor my firm was involved in the drafting of this motion and we are filing to assist Mr. Valjakka as he is *pro se*. I and my firm take no position on the relief requested. To ensure compliance with the Court rules, I conferred via phone with counsel for Netflix on March 11, 2026, regarding this motion. Netflix is opposed to resetting the conference. However, Netflix will take no position on Mr. Valjakka's Motion to appear remotely for the conference provided he appears in person for any trial on this matter. If Mr. Valjakka does not agree to appear in person for any trial, Netflix is opposed.

I then spoke with Mr. Valjakka on March 11, 2026 and he verbally agreed to attend trial in person.

/s/ William P. Ramey, III
William P. Ramey, III

## CERTIFICATE OF SERVICE

I confirm that all counsel who have appeared in this matter are being served on March 12, 2026 with the Court's electronic filing system.

/s/ William P. Ramey, III
William P. Ramey, III

Lauri Valjakka (Pro Se)
Arinakatu 2 B38
FI 53100 Lappeenranta
Finland
+358 50 467 0090
lauri.valjakka@eezykeyz.fi

*Filed on behalf of Pro Se*
*LAURI VALJAKKA*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NETFLIX, INC.,<br><br>　　　　Defendant. | Case No. 4:22-cv-01490-JST<br><br>**(proposed) ORDER ON LAURI VALAJKKA'S ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR REMOTELY AT THE MARCH 20, 2026 PRETRIAL CONFERENCE, OR IN THE ALTERNATIVE TO CONTINUE THE CONFERENCE**<br><br>Date:　March 20, 2026<br>Time:　2:00 p.m.<br>Crtrm:　6 – 2nd Floor<br>Judge: Hon. Jon S. Tigar |

　　The Court, having reviewed Plaintiffs motion ORDERS that Mr. Valjakka may appear remotely at the March 20, 2026 Pretrial Conference.

_____　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　　Judge Presiding