Lauri Valjakka (Pro Se)
Arinakatu 2 B38
FI 53100 Lappeenranta
Finland
+358 50 467 0090
lauri.valjakka@eezykeyz.fi

*Filed on behalf of Pro Se*
*LAURI VALJAKKA*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NETFLIX, INC.,<br><br>　　　　Defendant. | Case No. 4:22-cv-01490-JST<br><br>**LAURI VALJAKKA'S AMENDED ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR REMOTELY AT THE MARCH 20, 2026 PRETRIAL CONFERENCE, OR IN THE ALTERNATIVE TO CONTINUE THE CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:　March 20, 2026<br>Time:　2:00 p.m.<br>Crtrm:　6 – 2nd Floor<br>Judge: Hon. Jon S. Tigar |

Plaintiff Lauri Valjakka, appearing pro se, respectfully moves for leave to appear remotely at the Pretrial Conference scheduled for March 20, 2026. In the alternative, Plaintiff respectfully requests a short continuance of the conference.

This request is made in good faith and not for purposes of delay.

**Background**

According to the Court's Clerk's Notice entered November 24, 2025 (ECF No. 356), the Pretrial Conference is presently scheduled for March 20, 2026 at 2:00 p.m. in Oakland, California. Plaintiff has confirmed through the Court's courtroom deputy that the conference is presently scheduled to proceed in person.

**Grounds for the Request**

Plaintiff resides in Lappeenranta, Finland and is presently unable to travel to Oakland for the March 20, 2026 Pretrial Conference.

Plaintiff's eight-year-old son's medical operation is scheduled for the same day as the March 20, 2026 Pretrial Conference, at South Karelia Central Hospital in Finland. Plaintiff therefore must remain in Finland and available in connection with his son's care on that date.

Plaintiff has also been diagnosed with chronic obstructive pulmonary disease (COPD) and asthma, and continues to experience health limitations following a fourth COVID-19 infection in January 2026.

Plaintiff has discussed long-distance travel with his physician and has been advised to avoid such travel at this time because of the health risks associated with prolonged international flights and respiratory strain.

Travel from Plaintiff's residence in Lappeenranta, Finland to Oakland, California would require multiple stages of travel, including travel to Helsinki-Vantaa Airport, an international flight to London, and a long intercontinental flight from London to San Francisco, followed by further local travel. In light of Plaintiff's current medical condition, such travel would create significant health risk and hardship.

Because of the time difference between Finland and California, Plaintiff can reasonably participate in the March 20, 2026 Pretrial Conference remotely while remaining in Finland for his son's operation and related care.

Allowing Plaintiff to appear remotely would permit the Court to proceed with the scheduled conference without delay while avoiding unnecessary health risk and hardship.

**Alternative Request for Continuance**

If the Court prefers that the Pretrial Conference proceed only in person, Plaintiff respectfully requests a short continuance of the conference to a later date.

**Requested Relief**

Plaintiff respectfully requests that the Court:

1. permit Plaintiff to appear remotely at the March 20, 2026 Pretrial Conference; or
2. alternatively continue the Pretrial Conference to a later date.

Dated:  March 12, 2026                    Respectfully submitted,

*/s/ Lauri Valjakka*
Laurio Valjakka (pro se)
Arinakatu 2 B38
FI 53100 Lappeenranta
Finland
+358 50 467 0090
lauri.valjakka@eezykeyz.fi

***LAURI VALJAKKA, Pro Se***

**CERTIFICATE OF CONFERENCE**

I was contacted by Mr. Valjakka to help him file this motion. Neither I nor my firm was involved in the drafting of this motion and we are filing to assist Mr. Valjakka as he is *pro se*. I and my firm take no position on the relief requested. To ensure compliance with the Court rules, I conferred via phone with counsel for Netflix on March 11, 2026, regarding this motion. Netflix is opposed to resetting the conference. However, Netflix will take no position on Mr. Valjakka's Motion to appear remotely for the conference provided he appears in person for any trial on this matter. If Mr. Valjakka does not agree to appear in person for any trial, Netflix is opposed.

I then spoke with Mr. Valjakka on March 11, 2026 and I understood he verbally agreed to attend trial in person. However, on March 12, 2026, he informed me that he has not agreed to attend his trial in person.

/s/ William P. Ramey, III
William P. Ramey, III

**CERTIFICATE OF SERVICE**

I confirm that all counsel who have appeared in this matter are being served on March 12, 2026 with the Court's electronic filing system.

/s/ William P. Ramey, III
William P. Ramey, III

Lauri Valjakka (Pro Se)
Arinakatu 2 B38
FI 53100 Lappeenranta
Finland
+358 50 467 0090
lauri.valjakka@eezykeyz.fi

*Filed on behalf of Pro Se*
*LAURI VALJAKKA*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>    Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | Case No. 4:22-cv-01490-JST<br><br>**(proposed) ORDER ON LAURI VALAJKKA'S ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR REMOTELY AT THE MARCH 20, 2026 PRETRIAL CONFERENCE, OR IN THE ALTERNATIVE TO CONTINUE THE CONFERENCE**<br><br>Date:   March 20, 2026<br>Time:   2:00 p.m.<br>Crtrm:  6 – 2nd Floor<br>Judge: Hon. Jon S. Tigar |

The Court, having considered Plaintiff's Administrative Motion for Leave to Appear Remotely at the March 20, 2026 Pretrial Conference, or in the Alternative to Continue the Conference, hereby orders as follows:

☐ Plaintiff may appear remotely at the March 20, 2026 Pretrial Conference. Chambers shall provide remote appearance instructions.

☐ In the alternative, the March 20, 2026 Pretrial Conference is continued to _____, 2026, at _____.

      IT IS SO ORDERED.

Dated: _____                        _____
                                                      HON. JON S. TIGAR
                                                      United States District Judge