Return to me Lauri Valjakka (Pro Se)
Arinakatu 2 B38
FI 53100 Lappeenranta
Finland
+358 50 467 0090
lauri.valjakka@eezykeyz.fi

*Filed on behalf of Pro Se*
*LAURI VALJAKKA*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>            Plaintiff,<br><br>     v.<br><br>NETFLIX, INC.,<br><br>            Defendant. | Case No. 4:22-cv-01490-JST<br><br>**DECLARATION OF LAURI VALJAKKA IN SUPPORT OF AMENDED ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR REMOTELY AT THE MARCH 20, 2026 PRETRIAL CONFERENCE, OR IN THE ALTERNATIVE TO CONTINUE THE CONFERENCE**<br><br>Date:   March 20, 2026<br>Time:   2:00 p.m.<br>Crtrm:  6 – 2nd Floor<br>Judge: Hon. Jon S. Tigar |

### DECLARATION OF LAURI VALJAKKA

I, Lauri Valjakka, declare as follows:

1. I am the Plaintiff in this action and I am appearing pro se. I make this declaration based on my personal knowledge.

2. The Pretrial Conference in this matter is presently scheduled for March 20, 2026, in Oakland, California.

3. I reside in Lappeenranta, Finland, and I am presently unable to travel to Oakland for the March 20, 2026 Pretrial Conference.

4. My eight-year-old son's medical operation is scheduled for the same day as the March 20, 2026 Pretrial Conference, at South Karelia Central Hospital in Finland. I therefore must remain in Finland and available in connection with his care on that date.

5. I have also been diagnosed with chronic obstructive pulmonary disease (COPD) and asthma, and I continue to experience health limitations following a fourth COVID-19 infection in January 2026.

6. I have discussed long-distance travel with my physician and have been advised to avoid such travel at this time because of the health risks associated with prolonged international flights and respiratory strain.

7. Travel from my residence in Lappeenranta, Finland to Oakland, California would require multiple stages of travel, including travel to Helsinki-Vantaa Airport, an international flight to London, and a long intercontinental flight from London to San Francisco, followed by further local travel. In light of my current medical condition, such travel would create significant health risk and hardship.

8. Because of the time difference between Finland and California, I can reasonably participate in the March 20, 2026 Pretrial Conference remotely while remaining in Finland for my son's operation and related care.

9. I respectfully request leave to appear remotely at the March 20, 2026 Pretrial Conference. If remote appearance is not permitted, I respectfully request a short continuance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 12, 2026, in Lappeenranta, Finland.

Lauri Valjakka