Rachael Lamkin (SBN 246066)
rachael.lamkin@bakerbotts.com
Karan Singh Dhadialla (SBN 296313)
karan.dhadialla@bakerbotts.com
BAKER BOTTS L.L.P.
101 California St., Suite 3200
San Francisco, CA 94111
Telephone: +1.415.291.6200
Fax: +1.415.291.6300

Attorneys For Defendant
NETFLIX, INC.

(*Additional counsel listed in signature block*)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA | Case No.: 4:22-cv-01490-JST |
| Plaintiff, | **DEFENDANT NETFLIX, INC.'S NOTICE OF FILING OF UNSEALED DOCUMENTS** |
| v. | |
| NETFLIX, INC. | |
| Defendant. | |

NOTICE OF FILING OF UNSEALED DOCUMENTS

Pursuant to this Court's order, ECF No. 339, Defendant Netflix, Inc. hereby files unredacted and unsealed versions of documents previously filed under seal at ECF No. 328.

Dated:   March 17, 2026                    Respectfully submitted,


By: */s/ Rachael Lamkin*
Rachael Lamkin
rachael.lamkin@bakerbotts.com
Karan Singh Dhadialla
karan.dhadialla@bakerbotts.com
BAKER BOTTS, L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: +1.415.291.6200
Fax: +1.415.291.6300

Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Janice L. Ta (appearance *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Adam Hester, Bar No. 311206
PERKINS COIE LLP
33 E. Main Street, Ste. 201
Madison, Wisconsin 53703
AHester@perkinscoie.com
Telephone: +650.838.4311

***Attorneys for Defendant
NETFLIX, INC.***