Lauri Valjakka
Arinakatu 2 B 38
53100 Lappeenranta
Finland
Telephone: +358 50 467 0090
Email: lauri.valjakka@eezykeyz.fi
Plaintiff Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| LAURI VALJAKKA <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC. <br><br> Defendant. | Case No.: 4:22-cv-01490-JST <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Lauri Valjakka hereby appeals to the United States Court of Appeals for the Federal Circuit from the Court's Order on Cross-Motions for Summary Judgment entered on March 13, 2026, ECF No. 368, and from all prior orders and rulings that merge into or are otherwise reviewable on appeal from that Order and the resulting final judgment, including without limitation the Court's prior rulings concerning standing and related patent claims.

Dated: March 18, 2026
Respectfully submitted,

Lauri Valjakka
Plaintiff Pro Se

---

1
NOTICE OF APPEAL

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2026, I caused a true and correct copy of the foregoing Notice of Appeal to be served on all counsel of record through the Court's CM/ECF system, or by email or other appropriate means for any person not receiving service through CM/ECF.

Dated: March 18, 2026

Lauri Valjakka
Plaintiff Pro Se