Lauri Valjakka
lauri.valjakka@eezykeyz.fi
Arinakatu 2 B 38
53100 Lappeenranta
Finland
Telephone: +358 50 467 0090

*Plaintiff Pro Se*

Rachael Lamkin (SBN 246066)
rachael.lamkin@bakerbotts.com
Karan Singh Dhadialla (SBN 296313)
karan.dhadialla@bakerbotts.com
BAKER BOTTS L.L.P.
101 California St., Suite 3200
San Francisco, CA 94111
Telephone: +1.415.291.6200
Fax: +1.415.291.6300

*Attorneys For Defendant*
*NETFLIX, INC.*

(*Additional counsel listed in signature block*)

# UNITED STATES DISTRICT COURT328

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA | Case No.: 4:22-cv-01490-JST |
| Plaintiff, | **JOINT STIPULATION REGARDING CONFIDENTIAL DESIGNATION OF ECF NO. 368** |
| v. | |
| NETFLIX, INC. | |
| Defendant. | |

Pursuant to this Court's order, ECF No. 369, Plaintiff Lauri Valjakka and Defendant Netflix, Inc. hereby jointly stipulate that no redaction is necessary to the Court's Order on Cross-Motions for Summary Judgment, ECF No. 368.

Dated:   March 19, 2026

Respectfully submitted,

By: */s/ Lauri Valjakka*
    Lauri Valjakka
    lauri.valjakka@eezykeyz.fi
    Arinakatu 2 B 38
    53100 Lappeenranta
    Finland
    Telephone: +358 50 467 0090

    ***Plaintiff Pro Se***

*/s/ Rachael Lamkin*
Rachael Lamkin
rachael.lamkin@bakerbotts.com
Karan Singh Dhadialla
karan.dhadialla@bakerbotts.com
BAKER BOTTS, L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: +1.415.291.6200
Fax: +1.415.291.6300

Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Janice L. Ta (appearance pro hac vice)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Adam Hester, Bar No. 311206
PERKINS COIE LLP
33 E. Main Street, Ste. 201
Madison, Wisconsin 53703
AHester@perkinscoie.com
Telephone: +650.838.4311

***Attorneys for Defendant***
***NETFLIX, INC.***