Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

*Additional attorneys listed on signature page.*

*Attorneys for Defendant*
*NETFLIX, INC.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>   *Plaintiff*,<br><br>  v.<br><br>NETFLIX, INC.,<br><br>   *Defendant*. | **Case No. 4:22-cv-01490-JST**<br><br>**JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE OF NETFLIX'S REMAINING UNRESOLVED COUNTERCLAIMS AND ENTRY OF JUDGMENT (Fed. R. Civ. P. 58(d))** |

Plaintiff and Counter-Defendant Lauri Valjakka ("Valjakka") and Defendant and Counterclaimant Netflix, Inc. ("Netflix") respectfully submit this joint motion requesting that the Court dismiss without prejudice Netflix's remaining counterclaims and issue and enter a final judgment on all claims under Federal Rule of Civil Procedure 58(a) and (d).

This Court dismissed Valjakka's claims in two separate orders. First, it granted Netflix's Rule 12(c) motion for judgment on the pleadings that U.S. Patent No. 10,726,102 is invalid for lack of patent-eligibility. (Dkt. No. 132). Second, it granted Netflix's motion for summary judgment that Valjakka did not own U.S. Patent No. 8,495,167 and thus lacked standing to sue for infringement of that patent. (Dkt. No. 257). In view of the invalidity determination, Netflix requests dismissal of its pending counterclaim for a declaration of noninfringement of the '102 patent without prejudice to reinstatement if the case is remanded after appeal. In view of the lack-of-ownership and lack-of-standing determinations, Netflix requests dismissal of its pending counterclaims for declarations of noninfringement and invalidity of the '167 patent without prejudice to reinstatement if the case is remanded after appeal. Netflix likewise requests dismissal of its pending counterclaims for declarations of unclean hands regarding the '167 and '102 patents and its counterclaim for declaration of inequitable conduct with respect to the '167 patent without prejudice to reinstatement if the case is remanded after appeal. Netflix therefore requests that the Court enter the proposed order lodged concurrently with this motion to dismiss Netflix's remaining unresolved counterclaims without prejudice.

The Court also previously granted Netflix's motion for summary judgment on its CUVTA counterclaim. (Dkt. No. 368). Pursuant to that Order, Netflix's motion for attorney's fees is due April 17, 2026. (Dkt. No. 368). But under Fed. R. Civ. P. 58(e), a final, appealable judgment may be entered even though attorneys' fees and taxable costs have not been finally resolved.

Any party may request that judgment may be set out in a separate document. Fed. R. Civ. P. 58(d). To streamline issues on appeal, and to make clear that this Court's rulings have

-1-

adjudicated all claims and the rights and liabilities of the Parties, the Parties jointly request that the Court issue and enter the proposed judgment lodged concurrently with this motion.

In submitting this joint motion for entry of judgment, the parties do not concede the merits of any claim or defense they have asserted in this case and do not intend to waive any issues or arguments for purposes of the appealable issues. *Pro se* Plaintiff Valjakka does not oppose the above summary of the case history and pertinent court orders solely for the purposes of entry of judgment.

-2-

Dated: April 3, 2026

Respectfully submitted,

*/s/ Sarah E. Piepmeier*

Sarah E. Piepmeier, Bar No. 227094
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
SPiepmeier@perkinscoie.com
Telephone: +1.415.644.7000
Facsimile: +1.415.344.7050

Janice L. Ta (appearance *pro hac vice*)
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
JTa@perkinscoie.com
Telephone: +1.737.256.6100
Facsimile:  +1.737.256.6300

Adam Hester, Bar No. 311206
PERKINS COIE LLP
33 E. Main Street, Ste. 201
Madison, Wisconsin, 53703
AHester@perkinscoie.com
Telephone: +650.838.4311

Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: + 1.415. 291.6200
Facsimile: +1.415.291.6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

***Attorneys for Defendant***
***NETFLIX, INC.***

-3-

Dated: April 3, 2026

/s/ Lauri Valjakka
Laurio Valjakka (pro se)
Arinakatu 2 B38
FI 53100 Lappeenranta
Finland
+358 50 467 0090
lauri.valjakka@eezykeyz.fi

**LAURI VALJAKKA, Pro Se**

4:22-CV-01490-JST
JOINT MOTION DISMISSING REMAINING CLAIMS
AND FOR ENTRY OF JUDGMENT

## **SIGNATURE ATTESTATION**

I, Sarah E. Piepmeier, am the ECF user whose user id and password authorizes the filing of this documents. Under Civil L.R. 5-1(h)(3), I attest that counsel for Plaintiff has concurred in this filing.

Dated: April 3, 2026

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier, CA SBN 227094

***Attorney for Defendant Netflix, Inc.***

-5-