Lauri Valjakka
Plaintiff, Pro Se
Arinakatu 2 B 38
53100 Lappeenranta
Finland
lauri.valjakka@eezykeyz.fi
+358 50 467 0090

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

**Case No. 4:22-cv-01490-JST**

**LAURI VALJAKKA,**
Plaintiff,
v.
**NETFLIX, INC.,**
Defendant.

**PLAINTIFF LAURI VALJAKKA'S DECLARATION REGARDING DEFENDANT'S MOTION TO SEAL (DKT. 387)**

I, Lauri Valjakka, declare as follows:

1. I am the Plaintiff in this action.
2. I submit this declaration in response to Defendant Netflix, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 387), pursuant to Civil Local Rule 79-5(f)(3).
3. I am the Designating Party with respect to materials referenced by Defendant.
4. Plaintiff does not seek to maintain any materials under seal.
5. Plaintiff does not contend that the materials identified by Defendant meet the standard for sealing under Civil Local Rule 79-5.
6. To the contrary, such materials should be part of the public record, particularly in light of Defendant's request for a substantial monetary award.
7. Plaintiff further notes that certain materials identified by Defendant originate from Plaintiff or Plaintiff-related entities and should not be sealed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 20, 2026

Respectfully submitted,

/s/ Lauri Valjakka

Lauri Valjakka

Plaintiff, Pro Se