UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURI VALJAKKA,<br><br>        Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>        Defendant. | Case No. 22-cv-01490-JST<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Re: ECF No. 387 |

Before the Court is Defendant Netflix's administrative motion to consider whether material designated as confidential by Plaintiff Valjakka should be sealed. ECF No. 387. Valjakka filed a responsive statement indicating that he does not seek to maintain the designated materials under seal. ECF No. 390. The motion is therefore denied. Netflix shall file unredacted copies of the documents sought to be sealed publicly on the docket within seven days of the date of this order.

**IT IS SO ORDERED.**

Dated: April 29, 2026



_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California