Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Janice L. Ta (appearance *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile:  +1.737.256.6300

***Attorneys for Defendant***
***NETFLIX, INC.***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>*Plaintiff*,<br><br>v.<br><br>NETFLIX, INC.,<br><br>*Defendant*. | **Case No. 4:22-cv-01490-JST**<br><br>**NETFLIX, INC.'S MOTION TO REMOVE CERTAIN FILED EXHIBITS TO NETFLIX'S MOTION FOR ATTORNEYS' FEES (ECF NO. 388) UPON REQUEST OF WILLIAM RAMEY** |

Pursuant to Local Rule 7-11, Netflix, Inc. ("Netflix") respectfully requests that the Court order the Clerk of the Court to remove the following documents from the docket in the above-referenced matter:

- ECF No. 388-2 (Piepmeier Decl., Ex. A)
- ECF No. 388-10 (Piepmeier Decl., Ex. I)
- ECF No. 388-15 (Piepmeier Decl., Ex. N)
- ECF No. 388-18 (Piepmeier Decl., Ex. Q)
- ECF No. 388-19 (Piepmeier Decl., Ex. R)
- ECF No. 388-36 (Piepmeier Decl., Ex. ZI)
- ECF No. 388-37 (Piepmeier Decl., Ex. ZJ)
- ECF No. 388-38 (Piepmeier Decl., Ex. ZK)
- ECF No. 388-39 (Piepmeier Decl., Ex. ZL)

The above-referenced documents are exhibits to Netflix's Motion for Attorneys' Fees (ECF No. 388). Netflix filed these documents publicly with permission of AiPi, the party that produced them in the litigation. Nonetheless, on May 8, 2026, Mr. Ramey informed Netflix of his belief that these documents contained privileged information, and that they should be removed from the public docket while the court assesses his privilege claims. Mr. Ramey requested that Netflix file the instant motion to remove the documents from the public docket.

Concurrently with the filing of this motion, Netflix is filing a motion to consider whether another party's material should be sealed, which includes copies of the above-referenced documents filed provisionally under seal.

Accordingly, and in view of Mr. Ramey's request, Netflix respectfully requests that the above-referenced documents be permanently removed from the docket.

Dated:  May 15, 2026

Respectfully submitted,

*/s/ Adam Hester*

Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Janice L. Ta (appearance *pro hac vice*)
JTa@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile:  +1.737.256.6300

Adam Hester, Bar No. 311206
AHester@perkinscoie.com
PERKINS COIE LLP
33 E. Main Street, Ste. 201
Madison, WI 53703
Telephone: +1.650.838.4311

Rachael D. Lamkin, Bar No. 246066
rachael.lamkin@bakerbotts.com
Karan Singh Dhadialla, Bar No. 296313
karan.dhadialla@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 291-6200
Fax: (415) 291-6300

***Attorneys for Defendant
NETFLIX, INC.***