UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>       *Plaintiff*,<br><br>   v.<br><br>NETFLIX, INC.,<br><br>       *Defendant*. | **Case No. 4:22-cv-01490-JST**<br><br>**[PROPOSED] ORDER GRANTING NETFLIX, INC'S MOTION TO REMOVE CERTAIN FILED EXHIBITS TO NETFLIX'S MOTION FOR ATTORNEYS' FEES (ECF NO. 388) UPON REQUEST OF WILLIAM RAMEY** |

Before the Court is Defendant Netflix, Inc.'s ("Netflix's") Motion to Remove Certain Filed Exhibits to Netflix's Motion for Attorneys' Fees (ECF No .388) Upon Request of William Ramey. Specifically, upon request of William Ramey, Netflix requests that the following filed documents be removed from the docket: ECF Nos. 388-2, 388-10, 388-15, 388-18, 388-19, 388-36, 388-37, 388-38, and 388-39.

The Court, having carefully considered the submission, the record, the applicable law, and any arguments related thereto, hereby orders that Netflix's Motion is GRANTED and directs the Clerk to remove Docket Entries 388-2, 388-10, 388-15, 388-18, 388-19, 388-36, 388-37, 388-38, and 388-39.

Dated:                                           By: _____
                                                      Hon. Jon S. Tigar
                                                      DISTRICT COURT JUDGE