# EXHIBIT B

## Licensing agreement on exclusive right to a patent

### Licensor

Lauri Valjakka (291154-215E) Inventor
Koulukatu 38 A 26, FI-33100 Lappeenranta
lauri.Valjakka@eezykeyz.fi
Hereinafter "Licensor"

### Licensee

CDN Licensing Finland Oy (FI32431964)
c/o Asianajotoimisto Tamora Legal Oy, Lappeentie 16 FI-55100 Imatra
onni.hietalahti@tamoralegal.fi
Hereinafter "Licensee"

The Licensor and the Licensee are also referred to hereinafter collectively and separately as "Parties".

### Background and purpose of the agreement

The Licensor is the registered owner and inventor of valid patent no. US 10,726,102 B2 registered in the USA.

With this agreement, the Parties intend to agree on the transfer to the Licensee of all rights associated with the patent, however, in such a way that the Licensor, as the registered owner of the patent in the US Patent Register and based on ownership, is the plaintiff in legal proceedings concerning patent infringements.

The Parties will agree later separately, at an appropriate time, on the transfer of the patent ownership to the licensee by a separate deed of transfer.

### Type of license

With this agreement, the Licensor grants the Licensee the right to use an invention protected by a patent against a license fee.

The basis of the license is valid patent no. US 10,726,102 B2 registered in the USA in its entirety.

The license gives the Licensee the exclusive right to utilize the patent on whatever grounds and to benefit from all the licensing and other revenues paid for the patent as well as damages for infringement of the patent. If such compensations or revenues are paid to the Licensor, all these revenues shall be paid in full to the Licensee under this agreement. The Licensee is also entitled, when necessary, to use the patent owner's right to plead alongside the Licensor in legal proceedings, agreements and in other contexts related to the patent.

The granted license is global, i. e. the right of use defined in this agreement is valid everywhere.

The license is exclusive, i. e. only the Licensee can utilize the rights imputable to it, and the Licensor cannot grant parallel licenses based on the same patent to third parties.

1

Electronically signed / Signed electronically / Elektroniskt signerats / Elektronisk signed / Elektronisk underskrevet
https://sign.visma.net/fi/document-check/efc859e5-bc4d-4c85-ab40-aaa1680e357b



VISMA Sign
www.vismasign.com
[logo:] VISMA Sign
www.vismasign.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    LV2_000410

**License fee**

The Licensee shall pay the Licensor EUR 50,000 as license compensation.

The license fee is a lump sum by paying which the Licensee obtains a permanent right to the patent under the terms of this agreement.

The Licensee is obligated to pay the compensation to the Licensor's bank account FI29 5724 4220 0463 26 by 1/31/2022.

No interest on arrears accrues on an outstanding payment.

**Period of validity**

This agreement enters into force on the date of its signature and remains in force permanently without the Licensor's right to terminate it.

**Sublicenses**

The Licensee is entitled to grant sublicenses, i. e. it can grant to third parties licenses comparable to its own license to the invention forming the basis of this agreement.
The Licensor has no right to prohibit sublicensing.

**Licensor's general rights and responsibilities**

During the period of validity of this agreement, the Licensor is obligated to keep the patent in force in the area of the license. The Licensor carries the costs incurred from the maintenance of the registration.

**Licensee's general rights and responsibilities**

**Non-competition**
A Party undertakes not to compete with the other Party directly or indirectly in its current core business during the period of validity of this license agreement and for two years after its end. The prohibition is in force in the same geographical area as the license granted in this agreement. In addition to own competing activity, for example, the performance of assignments which support competing activity in favor of a third party and the financing of competing activity are considered prohibited.

**Non-disclosure**

The Parties undertake to keep confidential all materials and information in any form, received from the other Party or otherwise become known to them when concluding this agreement, which have been marked confidential or which must be understood as such because of their business secret nature ("Confidential Information").

The Parties undertake i) to protect the secrecy of Confidential Information with adequate and reasonable measures; ii) not to convey or disclose Confidential Information to a third party; and iii) to conclude appropriate non-disclosure agreements with players acting on behalf of the Parties and having access to Confidential Information because of their work specification. The utilization of information for a purpose other than that of this agreement is prohibited.

The invention forming the basis of the license granted by this agreement is Confidential Information. Confidential Information may also include a Party's product development, customer lists, cooperation partners and financial information.

When this agreement ends or when a Party no longer needs the material for a purpose in accordance with this agreement, a Party must immediately stop using Confidential Information received from the other Party and, if not separately agreed on the destruction of the said material, return the said material with all its copies. However, both Parties are entitled to retain copies required by the law or regulatory provisions.

2

Signed electronically

VISMA Sign
www.vismasign.com
[logo:] VISMA Sign
www.vismasign.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    LV2_000411

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    NFX-VALJ-00011044

## Consequences of a breach of contract

A party is obligated to pay for a material breach of this agreement to the other Party 500,000 euros as contractual penalty. Alternatively, if the damages caused by the breach are greater than this, the Party in breach of contract undertakes to indemnify the other Party in full for the incurred damages.

This contractual penalty concerns the entire agreement, unless otherwise agreed in this agreement or otherwise in writing.

## Transferring the agreement to a third party

The Licensee is entitled to transfer the rights and responsibilities under this agreement to its affiliated company or to the transferee or buyer of the transfer or sale of the Licensee's business concerning this agreement without the Licensor's consent.

Also the Licensor is entitled to transfer the rights and responsibilities under this agreement to its affiliated company or to the transferee or buyer of the transfer or sale of the Licensor's business concerning this agreement without the Licensee's consent.

The obligations which have elsewhere in this agreement been specifically agreed to remain in force for a certain period after the end of the agreement obligate the original Party having effected the transfer in spite of the transfer.

## Applicable law

Finnish law governs this agreement and its interpretation, excluding its rules and principles on conflict of laws.

## Resolution of differences

Differences concerning this agreement shall be resolved primarily by negotiations between the Parties. If a resolution satisfactory to the Parties cannot be reached in negotiations between the Parties, disputes shall be finally resolved in arbitration in accordance with the arbitration rules of the Central Chamber of Commerce in Finland. The number of arbitrators is one. The venue of arbitration is Helsinki.

## Place and date

Electronic signature on 12/31/2021

CDN Licensing Oy

[signature]

Lauri Valjakka, inventor                Onni Hietalahti, sole member of the board of directors

## Attachments

Appendix 1 Extract from the US Patent Register

3

Signed electronically

VISMA Sign
www.vismasign.com
[logo:] VISMA Sign
www.vismasign.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     LV2_000412

**SIGNATURES**        **SIGNATURES**        **UNDERSKRIFTER**        **SIGNATURER**        **UNDERSKRIFTER**

This documents contains 3 pages before this page    This document contains 3 pages before this pages    Detta dokument innehäller 3 sidor före denna sida

Dokumentet inneholder 3 Sider før denne siden    Dette dokument indeholder 3 sider før denne side

## LAURI VALJAKKA

07fdd24a-21bb-4770-bd43-3435cef6c59f - 2022-07-20 16:43:30 UTC +03:00
BankID / MobileID — e00f9fd0-fb5d-400a-836d-d3fa7ec7706e - FI

| | | | | |
|---|---|---|---|---|
| authority to sign | position authorization | ställningsfullmakt | autoritet tii ä signere | myndighed til at |
| representative | authority to sign | firmateckningsrätt | representant | underskrive repræsentant |
| custodial | custodian/guardian | förvaltare | foresatte/verge | frihedsberøvende |

Electronically signed /Signed electronically / Elektroniskt signerats / Elektronisk signed / Elektronisk underskrevet
https://sign.visma.net/fi/document-check/efc859e5-bc4d-4c85-ab40-aaa1680e357b

VISMA Sign

www.vismasign.com
[logo:] VISMA Sign www.vismasign.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            LV2_000413