Lauri Valjakka (Pro Se)
Arinakatu 2 B38
FI 53100 Lappeenranta
Finland
+358 50 467 0090
lauri.valjakka@eezykeyz.fi

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>*Plaintiff,*<br><br>v.<br><br>NETFLIX, INC.,<br><br>*Defendant.* | Case No. 4:22-cv-01490-JST<br><br>ADMINISTRATIVE REQUEST FOR REMOTE APPEARANCE AT JULY 2, 2026 HEARING |

ADMINISTRATIVE REQUEST OF LAURI VALJAKKA
Case No. 4:22-cv-01490-JST

## I. INTRODUCTION

Plaintiff Lauri Valjakka respectfully requests permission to appear remotely at the hearing currently scheduled for July 2, 2026 regarding Defendant Netflix, Inc.'s Motion for Attorneys' Fees.

## II. PLAINTIFF'S CIRCUMSTANCES

Plaintiff resides in Finland and is proceeding in this matter pro se.

Plaintiff is currently undergoing medical treatment and has been advised by his physician that travel is medically contraindicated at this time. A Medical Certificate dated June 11, 2026 is attached as Exhibit A.

The Medical Certificate states that Plaintiff is currently undergoing medical treatment, is not fit to travel due to his medical condition, and that cancellation of planned travel is medically recommended.

## III. GOOD CAUSE EXISTS FOR REMOTE APPEARANCE

Plaintiff resides outside the United States and would be required to undertake substantial international travel from Finland to California in order to attend the hearing in person.

Because Plaintiff's physician has advised against travel and because Plaintiff resides in Finland, good cause exists to permit remote participation.

Remote participation would not prejudice Defendant and would allow Plaintiff to fully participate in the hearing while complying with his physician's medical advice.

The July 2, 2026 hearing concerns legal issues and argument relating to Defendant's Motion for Attorneys' Fees. Plaintiff can fully participate in such proceedings through remote appearance.

## IV. REQUEST FOR RELIEF

Plaintiff respectfully requests permission to participate in the July 2, 2026 hearing remotely by Zoom or by such other remote means as the Court may direct.

Plaintiff will make himself available at any time designated by the Court and will comply with all procedures required for remote participation.

## V. EXHIBIT A

Attached as Exhibit A is a Medical Certificate dated June 11, 2026 stating that Plaintiff is currently undergoing medical treatment, is not fit to travel due to his medical condition, and that travel is medically contraindicated at this time.

ADMINISTRATIVE REQUEST OF LAURI VALJAKKA
Case No. 4:22-cv-01490-JST

WHEREFORE, Plaintiff respectfully requests that the Court grant this Administrative Request and permit Plaintiff to appear remotely at the July 2, 2026 hearing.

Dated: June 24, 2026

Respectfully submitted,

Lauri Valjakka

Plaintiff Pro Se

ADMINISTRATIVE REQUEST OF LAURI VALJAKKA
Case No. 4:22-cv-01490-JST