# APPENDIX A

Medical Certificate

Date: June 11, 2026

Valjakka Lauri Heikki Tapani
Arinakatu 2 B38
53100   LAPPEENRANTA
0504670090 / +358504670090

## MEDICAL CERTIFICATE

This is to certify that Lauri Heikki Tapani Valjakka is currently undergoing medical treatment and is not fit to travel due to their medical condition. For health reasons, travel is medically contraindicated at this time, and cancellation of the planned trip is recommended.

11.6.2026
Lappeenranta, Finland
Doctor Svetlana Rossi SV440594

SVETLANA ROSSI
Yleislääketieteen erikoislääkäri
440594