Outlook

## Valjakka v. Netflix, Inc., Case No. 4:22-cv-01490-JST - July 2, 2026 Hearing

**From** lauri.valjakka@eezykeyz.fi <lauri.valjakka@eezykeyz.fi>

**Date** Thu 7/2/2026 3:18 PM

**To** JST CRD <JSTCRD@cand.uscourts.gov>

**Cc** 'Hester, Adam' <adam.hester@ashurstperkins.com>; 'Piepmeier, Sarah' <sarah.piepmeier@ashurstperkins.com>; 'Rachael Lamkin' <rachael.lamkin@bakerbotts.com>; 'William Ramey' <wramey@rameyfirm.com>

**CAUTION - EXTERNAL:**

Dear Courtroom Deputy,

I am writing regarding today's hearing on Netflix's Motion for Attorneys' Fees.

I joined the Court's Zoom hearing approximately 30 minutes before the scheduled start time and remained available to participate.

After I was admitted, I experienced a severe audio communication problem during the Courtroom Deputy's attempt to communicate with me. I heard my name being called but could not understand what was being said because of the audio malfunction. Before I was able to resolve the problem or respond, I was placed into attendee/listener mode and was unable to address the Court.

I respectfully wish to inform the Court that I was present and fully prepared to present my opposition, but I was not afforded an opportunity to do so because of this technical problem.

Respectfully,

**Lauri Valjakka**
Plaintiff, Pro Se

Lauri Valjakka
Co-Founder & Inventor, Head of IP,
CDN Licensing Finland Oy/Ltd.
lauri.valjakka@eezykeyz.fi
+358 50 467 0090

Tämä sähköposti liitteineen voi sisältää luottamuksellista ja salassa pidettävää tietoa tai aineistoa, joka on tarkoitettu vain viestin vastaanottajalle. Viestin tai sen liitteiden luvaton lainaaminen, käyttö, kopiointi, säilyttäminen, julkaiseminen tai levittäminen muutoin kuin sähköpostissa määritellyllä tavalla ja tarkoituksessa on ehdottomasti kielletty. Viestin tai sen liitteiden käyttöön liittyvät pyynnöt on toimitettava kirjallisesti tämän sähköpostin lähettäjän sähköpostiosoitteeseen. Jos olet saanut sähköpostin erehdyksessä, ole hyvä ja palauta se välittömästi viestin lähettäjälle ja poista se sen jälkeen tietokoneeltasi ja/tai cloud - varastostasi. Kiitos yhteistyöstäsi.

This email and its attachments may contain confidential and secret information or materials that are intended only for the recipient of this message. The unauthorized quotation, use, copying, storage, publication and/or dissemination of this email and/or its attachments other than by the means or purpose as defined in the email is strictly prohibited. Requests concerning the use of this email and/or its attachments must be made in writing to the sender of this email. If you have received this email in error, please return it immediately to the sender and then delete it from your computer and / or your cloud storage. Thank you for your cooperation.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.