Lauri Valjakka (Pro Se)
Arinakatu 2 B38
FI 53100 Lappeenranta
Finland
+358 50 467 0090
lauri.valjakka@eezykeyz.fi

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>        Plaintiff,<br><br>   v.<br><br>NETFLIX, INC.,<br><br>        Defendant. | Case No. 4:22-cv-01490-JST<br><br>**DECLARATION OF LAURI VALJAKKA IN SUPPORT OF PLAINTIFF'S MOTION TO PRESERVE PLAINTIFF'S RIGHT TO BE HEARD**<br><br><br>Judge: Hon. Jon S. Tigar |

DECLARATION OF LAURI VALJAKKA IN SUPPORT OF PLAINTIFF'S MOTION TO
PRESERVE PLAINTIFF'S RIGHT TO BE HEARD

Case No. 4:22-cv-01490-JST

**DECLARATION OF LAURI VALJAKKA**

I, Lauri Valjakka, declare as follows:

1. I am the Plaintiff in this action and submit this Declaration in support of Plaintiff's Motion to Preserve Plaintiff's Right to Be Heard, to Clarify the Official Record, and for Appropriate Relief.

2. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

3. I reside in Lappeenranta, Finland and appear in this matter pro se.

4. Before the hearing held on July 2, 2026, I intended to participate remotely by Zoom in accordance with the Court's authorization.

5. After realizing that I had not received the Zoom invitation directly from the Court, I contacted counsel and obtained the Zoom hearing link.

6. I joined the Court's Zoom proceeding approximately thirty (30) minutes before the scheduled hearing and remained connected throughout the proceeding.

7. I was able to hear the proceedings.

8. During the Courtroom Deputy's attempt to communicate with me, a serious communication failure occurred. I heard my name being called, but the audio became severely distorted and I was unable to understand what was being said or respond.

9. Before I was able to resolve the communication problem, I was placed into attendee/listener mode and was therefore unable to address the Court or present oral argument.

10. I nevertheless remained connected to the hearing until its conclusion.

11. Immediately after the hearing concluded, I telephoned William P. Ramey and informed him of what had occurred.

12. I then immediately notified the Court in writing of the communication failure and simultaneously copied Defendant's counsel on that communication.

13. The Court subsequently directed that my contemporaneous notice be placed on the docket, where it appears as ECF No. 413.

14. At no time did I intentionally fail to appear, abandon the hearing, or waive my opportunity to be heard. My inability to participate resulted solely from the communication failure described above.

Page | **2**

DECLARATION OF LAURI VALJAKKA IN SUPPORT OF PLAINTIFF'S MOTION TO
PRESERVE PLAINTIFF'S RIGHT TO BE HEARD

Case No. 4:22-cv-01490-JST

15. I respectfully submit this Declaration to ensure that the Court has before it an accurate factual record regarding my participation in the July 2, 2026 hearing before ruling on Defendant's pending Motion for Attorneys' Fees.

**16. List of APPENDICES**

17. A true and correct copy of my email to William P. Ramey requesting the Zoom invitation is attached as **APPENDIX A**.

18. A true and correct copy of the email from Tina Hueske providing the Zoom hearing link is attached as **APPENDIX B**.

19. A true and correct copy of the Court's Minute Entry (ECF No. 412) is attached as **APPENDIX C**.

20. A true and correct copy of the email from Courtroom Deputy Dianna Shoblon is attached as **APPENDIX D**.

21. A true and correct copy of Plaintiff's contemporaneous notice, docketed by the Court as ECF No. 413, is attached as **APPENDIX E**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 10, 2026, in Lappeenranta, Finland.

Lauri Valjakka

DECLARATION OF LAURI VALJAKKA IN SUPPORT OF PLAINTIFF'S MOTION TO PRESERVE PLAINTIFF'S RIGHT TO BE HEARD

Case No. 4:22-cv-01490-JST