# APPENDIX A

Email from Lauri Valjakka to William Ramey & Tina Hueske

## lauri.valjakka@eezykeyz.fi

| | |
|---|---|
| **Lähettäjä:** | lauri.valjakka@eezykeyz.fi |
| **Lähetetty:** | torstai 2. heinäkuuta 2026 17.09 |
| **Vastaanottaja:** | 'William Ramey' |
| **Kopio:** | 'Tina Hueske' |
| **Aihe:** | Haven't received a Zoom invitation for the hearing |

Have you? If Yes, please share
BR
Lauri