# APPENDIX B

Email from Tina Hueske

## lauri.valjakka@eezykeyz.fi

| | |
|---|---|
| **Lähettäjä:** | Tina Hueske <thueske@rameyfirm.com> |
| **Lähetetty:** | torstai 2. heinäkuuta 2026 17.41 |
| **Vastaanottaja:** | Lauri Valjakka; William Ramey |
| **Aihe:** | RE: Haven't received a Zoom invitation for the hearing |

**Please click the link below to join webinars (public hearings). If you are a case participant, you will join as an attendee, then you will be brought into the proceeding by court staff.**

https://cand-uscourts.zoomgov.com/j/1619067542?pwd=YktBS2VoNm1JYW9xMS91dk9rUzZudz09
Webinar ID: 161 906 7542
Password: 959588

---

**From:** lauri.valjakka@eezykeyz.fi <lauri.valjakka@eezykeyz.fi>
**Sent:** Thursday, July 2, 2026 9:09 AM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** Tina Hueske <thueske@rameyfirm.com>
**Subject:** Haven't received a Zoom invitation for the hearing

Have you? If Yes, please share
BR
Lauri

1