# APPENDIX C

ECF 412

**lauri.valjakka@eezykeyz.fi**

| | |
|---|---|
| **Lähettäjä:** | ECF-CAND@cand.uscourts.gov |
| **Lähetetty:** | tiistai 7. heinäkuuta 2026 10.02 |
| **Vastaanottaja:** | efiling@cand.uscourts.gov |
| **Aihe:** | Summary of ECF Activity |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

**\*\*\* NOTE TO PUBLIC ACCESS USERS \*\*\***
**This Daily Summary Report may contain documents for which one or more of the following policies apply:**

**Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**There is no charge for viewing opinions.**

**Activity has occurred in the following cases:**

**4:22-cv-01490-JST Valjakka v. Netflix, Inc.**
**Motion Hearing  412** ( No document attached )

**Docket Text:**
**Minute Entry for proceedings held before Judge Jon S. Tigar: Motion Hearing held on 7/2/2026. No Appearance by the Plaintiff. Arguments heard from William Ramey and Sarah Peipmeier/Rachael Lamkin for Netflix, Inc. Motions were taken under submission. Written Order to be issued. Total Time in Court: 52 minutes. Court Reporter: Kendra Steppler via zoom. Plaintiff Attorney: No Appearance. Defendant Attorney: William Ramey; Sarah Peipmeier and Rachael Lamkin - Netflix, Inc.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(dms, COURT STAFF) (Date Filed: 7/2/2026)**