# APPENDIX D

Email from Dianna Shoblo

**lauri.valjakka@eezykeyz.fi**

| | |
|---|---|
| **Lähettäjä:** | JST CRD <JSTCRD@cand.uscourts.gov> |
| **Lähetetty:** | tiistai 7. heinäkuuta 2026 18.04 |
| **Vastaanottaja:** | lauri.valjakka@eezykeyz.fi |
| **Kopio:** | 'Hester, Adam'; 'Piepmeier, Sarah'; 'Rachael Lamkin'; 'William Ramey' |
| **Aihe:** | Re: Valjakka v. Netflix, Inc., Case No. 4:22-cv-01490-JST - July 2, 2026 Hearing |

Hello,

The Court has directed me to place a copy of your email on the docket.

Thanks,
Dianna

 **Dianna Shoblo**
Courtroom Deputy to the Honorable Jon S. Tigar
United States District Court
Northern District of California
https://cand.uscourts.gov

**From:** lauri.valjakka@eezykeyz.fi <lauri.valjakka@eezykeyz.fi>
**Sent:** Thursday, July 2, 2026 3:17 PM
**To:** JST CRD <JSTCRD@cand.uscourts.gov>
**Cc:** 'Hester, Adam' <adam.hester@ashurstperkins.com>; 'Piepmeier, Sarah'
<sarah.piepmeier@ashurstperkins.com>; 'Rachael Lamkin' <rachael.lamkin@bakerbotts.com>; 'William Ramey'
<wramey@rameyfirm.com>
**Subject:** Valjakka v. Netflix, Inc., Case No. 4:22-cv-01490-JST - July 2, 2026 Hearing

**CAUTION - EXTERNAL:**

Dear Courtroom Deputy,

I am writing regarding today's hearing on Netflix's Motion for Attorneys' Fees.

I joined the Court's Zoom hearing approximately 30 minutes before the scheduled start time and remained available to participate.

After I was admitted, I experienced a severe audio communication problem during the Courtroom Deputy's attempt to communicate with me. I heard my name being called but could not understand what was being said because of the audio malfunction. Before I was able to resolve the problem or respond, I was placed into attendee/listener mode and was unable to address the Court.

I respectfully wish to inform the Court that I was present and fully prepared to present my opposition, but I was not afforded an opportunity to do so because of this technical problem.

Respectfully,

**Lauri Valjakka**
Plaintiff, Pro Se

Lauri Valjakka
Co-Founder & Inventor, Head of IP,
CDN Licensing Finland Oy/Ltd.
lauri.valjakka@eezykeyz.fi
+358 50 467 0090

Tämä sähköposti liitteineen voi sisältää luottamuksellista ja salassa pidettävää tietoa tai aineistoa, joka on tarkoitettu vain viestin vastaanottajalle. Viestin tai sen liitteiden luvaton lainaaminen, käyttö, kopiointi, säilyttäminen, julkaiseminen tai levittäminen muutoin kuin sähköpostissa määritellyllä tavalla ja tarkoituksessa on ehdottomasti kielletty. Viestin tai sen liitteiden käyttöön liittyvät pyynnöt on toimitettava kirjallisesti tämän sähköpostin lähettäjän sähköpostiosoitteeseen. Jos olet saanut sähköpostin erehdyksessä, ole hyvä ja palauta se välittömästi viestin lähettäjälle ja poista se sen jälkeen tietokoneeltasi ja/tai cloud - varastostasi. Kiitos yhteistyöstäsi.

This email and its attachments may contain confidential and secret information or materials that are intended only for the recipient of this message. The unauthorized quotation, use, copying, storage, publication and/or dissemination of this email and/or its attachments other than by the means or purpose as defined in the email is strictly prohibited. Requests concerning the use of this email and/or its attachments must be made in writing to the sender of this email. If you have received this email in error, please return it immediately to the sender and then delete it from your computer and / or your cloud storage. Thank you for your cooperation.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**lauri.valjakka@eezykeyz.fi**

| | |
|---|---|
| **Lähettäjä:** | ECF-CAND@cand.uscourts.gov |
| **Lähetetty:** | keskiviikko 8. heinäkuuta 2026 10.01 |
| **Vastaanottaja:** | efiling@cand.uscourts.gov |
| **Aihe:** | Summary of ECF Activity |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
*** **NOTE TO PUBLIC ACCESS USERS** ***
**This Daily Summary Report may contain documents for which one or more of the following policies apply:**

**Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**There is no charge for viewing opinions.**

**Activity has occurred in the following cases:**

**4:22-cv-01490-JST Valjakka v. Netflix, Inc.**
**Letter 413**

**Docket Text:**
Email from Plaintiff Lauri Valjakka. (dms, COURT STAFF) (Filed on 7/6/2026)