William P. Ramey, III
Email: wramey@rameyfirm.com
RAMEY LLP
446 Heights Blvd., Suite 200
Houston, TX 77007
Telephone: (713) 426-3923

*William P. Ramey, III pro se*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>    Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | Case No. 4:22-cv-01490-JST<br><br>**DECLARATION OF WILLIAM P. RAMEY, III IN SUPPORT OF UNOPPOSED MOTION TO EXTEND TIME**<br><br><br>Judge: Hon. Jon S. Tigar |

I, William P. Ramey, III, declare as follows:

1.      I am an attorney and the managing partner of Ramey LLP. I make this declaration in support of the accompanying Unopposed Motion to Extend Time, on my own behalf and on behalf of Ramey LLP (together, "Ramey"). Except where I state otherwise, I have personal knowledge of the facts below and could testify to them if called.

2.      On July 13, 2026, the Court entered its Order Granting Defendant's Motion for Attorney's Fees. ECF No. 416. The Order directs the parties, within 28 days, to meet and confer and submit

joint or separate proposals of no more than five pages each explaining the amount of fees for which Ramey is liable. Id. at 23. Twenty-eight days from July 13, 2026 is August 10, 2026.

3. This motion seeks a three-week extension of that deadline, to August 31, 2026, for both the meet-and-confer and the submission of proposals.

4. Reasons for the requested extension (Civil L.R. 6-3(a)(1)). The proposals the Court has ordered require a detailed, entry-by-entry causal analysis of the fees attributable to the specific conduct on which the Court based Ramey's liability, consistent with Goodyear Tire & Rubber Co. v. Haeger, 581 U.S. 101 (2017). Netflix's fee motion is supported by voluminous billing records. Completing that analysis, and conducting a meet-and-confer with a genuine prospect of narrowing or resolving the parties' dispute over the amount, requires additional time beyond the original 28-day period. Ramey has also engaged new counsel to represent him and Ramey LLP in this phase of the case, and newly engaged counsel requires adequate time to review the record and prepare a proposal that responds effectively to the Court's Order.

5. Efforts to obtain a stipulation (Civil L.R. 6-3(a)(2)). On July 21, 2026, I conferred with counsel for Netflix concerning the requested extension. Counsel for Netflix advised that Netflix does not oppose the relief sought in this motion. I conferred with Mr. Valjakka by phone on July 17, 2026 and by e-mail on July 22, 2026 and he is unopposed to this motion.

6. Substantial harm or prejudice absent the extension (Civil L.R. 6-3(a)(3)). Without the extension, Ramey would have to prepare and submit a proposal bearing on his joint and several liability for a portion of a $3,000,000 award without adequate time to complete the causal analysis the Court's Order and Goodyear require, and without the benefit of a completed meet-and-confer. Given the amount at stake and the fact-intensive nature of the causation inquiry, that prejudice is

substantial.

7.     Previous time modifications (Civil L.R. 6-3(a)(5)). The parties have not previously sought an extension for responding to ECF No. 416/

8.     Effect on the schedule (Civil L.R. 6-3(a)(6)). The requested extension affects only the deadline set by ECF No. 416 for the meet-and-confer and the submission of fee-allocation proposals. It does not affect any hearing date or any other deadline and will not delay the resolution of this case.

9.     The requirements of Civil L.R. 6-3(a)(4) do not apply because this motion seeks to enlarge time, not to shorten the time for the Court to hear a motion.

10.     A proposed order granting the requested relief is submitted with this motion.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 22, 2026, at Houston, Texas.

                                        /s/ William P. Ramey, III
                                        William P. Ramey, III

---

DECLARATION OF WILLIAM P. RAMEY, III IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION TO RESPOND TONETFLIX INC.'S MOTION FOR ATTORNEYS' FEES
Case No. 4:22-cv-01490-JST