UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAURI VALJAKKA,

              Plaintiff,

     v.

NETFLIX, INC.,

              Defendant.

Case No. 22-cv-01490-JST

**ORDER REQUIRING RESPONSE TO MOTION**

Re: ECF No. 418

William Ramey has filed a motion for an extension of time to file a response to the Court's July 13, 2026 order granting Defendant's motion for attorney's fees. ECF No. 418. He characterizes his motion as unopposed. *Id*. Within seven days of the date of this order, Defendant Netflix and Plaintiff Lauri Valjakka shall each file either a statement confirming their non-opposition or a statement of opposition. To avoid unnecessary inefficiencies in the future, the Court encourages the parties to file a stipulation rather than a motion whenever any requested relief is unopposed.

     **IT IS SO ORDERED.**

Dated: July 23, 2026

_____

JON S. TIGAR
United States District Judge