**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| LAURI VALJAKKA,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>Defendant. | Case No. 4:22-cv-01490-JST<br><br>**~~[PROPOSED]~~ ORDER**<br><br>Judge: Hon. Jon S. Tigar |

Before the Court is the unopposed motion of Non-Parties William P. Ramey, III and Ramey LLP to extend the deadline set in the Court's July 13, 2026 Order Granting Defendant's Motion for Attorney's Fees (ECF No. 416) for the parties to meet and confer and to submit proposals explaining the amount of fees for which Ramey is liable. Netflix does not oppose the motion.

Good cause appearing, the motion is GRANTED. The deadline for the parties to meet and confer and to submit joint or separate proposals under ECF No. 416 is extended from August 10, 2026 to August 31, 2026. In all other respects, the Court's July 13, 2026 Order remains in effect.

IT IS SO ORDERED.

Dated: July 28, 2026

HON. JON S. TIGAR
United States District Judge