William P. Ramey, III
Email: wramey@rameyfirm.com
RAMEY LLP
446 Heights Blvd., Suite 200
Houston, Texas 77007
Telephone: (713) 426-3923

*William P. Ramey, III (pro se)*
*and Ramey LLP*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>         Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>         Defendant. | Case No. 4:22-SC-01490-JST<br><br>WILLIAM P. RAMEY, III AND RAMEY LLP'S AMENDED NOTICE OF APPEAL |

Notice is hereby given that William P. Ramey, III ("Mr. Ramey") and Ramey LLP (collectively referred to as the "Sanctioned Parties"), in the above-named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from:

• (Doc. No. 132) Order granting in part and denying in part Motion for Judgment on the Pleadings (Doc. No. 79).

• (Doc. No. 324) Order Granting in Part and Denying in Part Netflix's Motion for An Order to Show Cause and Sanctions (Doc. No. 302 sealed and Doc. No. 315 public version);

• (Doc. No. 353) Order Setting Reasonable Expenses and Attorneys' Fees;

• (Doc. No. 364) Order Denying Motion for Entry of Partial Final Judgment or Certification of Interlocutory Appeal (Doc. No. 354);

1

• (Doc No. 368) Order on Cross-Motions Summary Judgment entered on March 13, 2026;

• (Doc No. 416) Order Granting Netflix's Motion for Attonrey's Fees (Doc. No. 388).

The appropriate fees for this Notice of Appeal are paid currently.

Dated: July 29, 2026                    Respectfully submitted,

/s/ William P. Ramey, III
William P. Ramey, III
Ramey LLP
446 Heights Blvd., Suite 200
Houston, Texas 77007
Email: wramey@rameyfirm.com

**William P. Ramey, III pro se**
**and Ramey LLP**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that July 29, 2026, the foregoing document was served on all counsel of record via the Court's CM/ECF system.

.                    /s/ William P. Ramey, III
William P. Ramey, III

2

Case No. . 4:22-SC-01490-JST
RAMEY LLP AND WILLIAM P. RAMEY, III'S AMENDED NOTICE OF APPEAL