Sarah E. Piepmeier, Bar No. 227094
sarah.piepmeier@ashurstperkins.com
ASHURST PERKINS COIE US LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Janice L. Ta (appearance *pro hac vice*)
janice.ta@ashurstperkins.com
ASHURST PERKINS COIE US LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

**Attorneys for Defendant**
**NETFLIX, INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LAURI VALJAKKA,<br>Plaintiff,<br>v.<br>NETFLIX, INC.,<br>Defendant. | Case No. 4:22-cv-01490-JST<br>**NOTICE OF LAW FIRM NAME CHANGE**<br>Judge: JON S. TIGAR |

# NOTICE OF LAW FIRM NAME CHANGE

PLEASE TAKE NOTICE that effective as of June 26, 2026, Perkins Coie LLP changed its name to Ashurst Perkins Coie US LLP.

There has been no change in the attorneys of record, address, telephone number or representation of the parties in this matter. All pleadings and correspondence filed or served after the effective date should reflect the new name and electronic email address as follows:

ASHURST PERKINS COIE US LLP
Sarah E. Piepmeier, Bar No. 227094
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050
sarah.piepmeier@ashurstperkins.com

ASHURST PERKINS COIE US LLP
Janice L. Ta (appearance *pro hac vice*)
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300
janice.ta@ashurstperkins.com

ASHURST PERKINS COIE US LLP
Andrew T. Dufresne (appearance *pro hac vice*)
33 East Main Street, Suite 201
Madison, WI 53703
Telephone: +1.608.663.7460
Facsimile: +1.608.663.7499
andrew.dufresne@ashurstperkins.com

ASHURST PERKINS COIE US LLP
Adam Hester, CA Bar No. 311206
33 East Main Street, Suite 201
Madison, WI 53703
Telephone: +1.608.663.7460
Facsimile: +1.608.663.7499
adam.hester@ashurstperkins.com

ASHURST PERKINS COIE US LLP
Jassiem N. Moore (appearance *pro hac vice*)
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
jassiem.moore@ashurstperkins.com

ASHURST PERKINS COIE US LLP
Jonathan Tietz (appearance *pro hac vice*)
700 Thirteenth Street N.W., Suite 800
Washington, DC 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211
jonathan.tietz@ashurstperkins.com

Dated: August 19, 2026

**ASHURST PERKINS COIE US LLP**

By: <u>*/s/ Sarah E. Piepmeier*</u>

Sarah E. Piepmeier, Bar No. 227094
sarah.piepmeier@ashurstperkins.com
ASHURST PERKINS COIE US LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Janice L. Ta (appearance *pro hac vice*)
janice.ta@ashurstperkins.com
ASHURST PERKINS COIE US LLP
405 Colorado Street Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Andrew T. Dufresne (appearance *pro hac vice*)
andrew.dufresne@ashurstperkins.com

ASHURST PERKINS COIE US LLP
Adam Hester, CA Bar No. 311206
adam.hester@ashurstperkins.com
33 East Main Street, Suite 201
Madison, WI 53703
Telephone: +1.608.663.7460
Facsimile: +1.608.663.7499

Jassiem N. Moore (appearance *pro hac vice*)
jassiem.moore@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Jonathan Tietz (appearance *pro hac vice*)
jonathan.tietz@ashurstperkins.com
ASHURST PERKINS COIE US LLP
700 Thirteenth Street N.W., Suite 800
Washington, DC 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

**Attorneys for Defendant**
**NETFLIX, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record in this matter.

/s/ *Sarah E. Piepmeier*