Lauri Valjakka
Arinakatu 2 B 38
FI-53100 Lappeenranta, Finland
Telephone: +358 50 467 0090
Email: lauri.valjakka@eezykeyz.fi
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **LAURI VALJAKKA,**<br>Plaintiff,<br>v.<br>**NETFLIX, INC.,**<br>Defendant. | **Case No. 4:22-cv-01490-JST**<br>**PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF ECF NO. 425 (CIV. L.R. 6-3)**<br>Hearing: None (Administrative Motion)<br>Judge: Hon. Jon S. Tigar |

**MOTION**

Plaintiff Lauri Valjakka, proceeding pro se, respectfully requests a fourteen-day extension of the deadline to file his Reply in Support of Plaintiff's Rule 59(e) Motion, ECF No. 425, from August 31, 2026 to September 14, 2026. This request is made under Civil Local Rule 6-3 and Judge Tigar's Civil Standing Order governing requests to extend filing deadlines.

Netflix filed its Opposition, ECF No. 435, on August 24, 2026. The Opposition is seventeen pages and addresses multiple factual and legal issues while relying on an extensive record developed over several years of litigation. Under the present schedule, Plaintiff has seven days to review that submission, verify the authorities and record citations on which it relies, and prepare his Reply.

Plaintiff is self-represented and must conduct that review and prepare the Reply without counsel. Plaintiff also has another Court-ordered deadline in this action on August 31, 2026: the deadline for Joint or Separate Proposals concerning the amount attributable to William P. Ramey III and Ramey LLP under ECF No. 416, as extended by ECF No. 422.

The requested fourteen-day extension is limited and is sought to permit a focused and accurate Reply. Without the extension, Plaintiff would be required to complete two substantial Court-ordered submissions on the same date while reviewing Netflix's recently filed Opposition and the underlying

record. The requested extension will not alter any other deadline and will not disturb a presently scheduled hearing on ECF No. 425.

Plaintiff sought Netflix's agreement to the requested extension. On August 26, 2026, counsel for Netflix, Sarah E. Piepmeier, responded in writing: 'Netflix does not oppose.' Accordingly, the requested extension is unopposed.

The accompanying declaration addresses the reasons for the requested enlargement, Plaintiff's efforts to obtain a stipulation, the prejudice that would result absent relief, previous modifications of time reflected on the docket, and the effect of the requested extension on the case schedule, as required by Civil Local Rule 6-3(a).

For these reasons, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff's Reply in Support of ECF No. 425 from August 31, 2026 to September 14, 2026.

Dated: August 26, 2026
Respectfully submitted,
**/s/ Lauri Valjakka**
Lauri Valjakka
Plaintiff, Pro Se