Lauri Valjakka
Arinakatu 2 B 38
FI-53100 Lappeenranta, Finland
Telephone: +358 50 467 0090
Email: lauri.valjakka@eezykeyz.fi
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **LAURI VALJAKKA,**<br>Plaintiff,<br>v.<br>**NETFLIX, INC.,**<br>Defendant. | **Case No. 4:22-cv-01490-JST**<br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF ECF NO. 425**<br><br>Judge: Hon. Jon S. Tigar |

Having considered Plaintiff Lauri Valjakka's Unopposed Administrative Motion to Extend Time to File Reply in Support of ECF No. 425, and good cause appearing, the Court ORDERS that Plaintiff's deadline to file his Reply in Support of ECF No. 425 is extended from August 31, 2026 to September 14, 2026.

All other deadlines remain unchanged.

**IT IS SO ORDERED.**
Dated: August 27, 2026



**JON S. TIGAR**
**United States District Judge**