Sarah E. Piepmeier, Bar No. 227094
Sarah.Piepmeier@ashurstperkins.com
ASHURST PERKINS COIE US LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Janice L. Ta (appearance *pro hac vice*)
Janice.Ta@ashurstperkins.com
ASHURST PERKINS COIE US LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

***Attorneys for Defendant***
***NETFLIX, INC.***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURI VALJAKKA,<br><br>*Plaintiff*,<br><br>v.<br><br>NETFLIX, INC.,<br><br>*Defendant*. | Case No. 4:22-cv-01490-JST<br><br>**DECLARATION OF ADAM HESTER IN SUPPORT OF DEFENDANT NETFLIX, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [SEPARATE PROPOSAL RE: RAMEY ATTORNEYS' FEE LIABILITY]**<br><br>Judge: Hon. Jon S. Tigar |

I, Adam Hester, hereby declare:

1. I am an attorney with the law firm Ashurst Perkins Coie US LLP, based out of our Madison, Wisconsin office, and counsel representing Defendant Netflix, Inc. I have personal knowledge of the facts set forth in this declaration and am competent to testify.

2. Pursuant to Civil L.R. 79-5(e), I make this declaration in support of Netflix's Administrative Motion to File Documents Under Seal Pursuant to Civil L.R. 79-5 ("Administrative Motion") to establish that certain documents filed regarding Netflix's Separate Proposal Regarding Attorneys' Fees Liability of William Ramey and Ramey LLP (re: ECF No. 416) ("Separate Proposal") contain material that discusses confidential business information of Netflix and Ashurst Perkins Coie US LLP (formerly Perkins Coie LLP) and/or Baker Botts L.L.P.

3. Specifically, the sealable portions of Exhibits A-B to the Declaration of Adam Hester in Support of Netflix's Separate Proposal ("Hester Fee Decl.") include discussion of confidential work product, recommendations to the client, discussion of proposed strategy and related research, as well as other confidential information (i.e., confidential communications, or information about confidential documents and information, such as licensees). These exhibits also include bank account, tax identification, routing instructions, client-matter number, invoice number, and similar information for Netflix and/or Ashurst Perkins Coie.

4. Additionally, Exhibit D contains information regarding the total amount billed, by timekeeper, by month, subject to Netflix's Separate Proposal. Given the publicly-available information in Exhibits A-C to the Hester Fee Declaration, information about Netflix's confidential, negotiated outside counsel attorneys' fee rates could be derived if Exhibit D were not permitted to be filed under seal in its entirety.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on August 31, 2026 in Rochester, Minnesota.

*/s/ Adam Hester*
Adam Hester