Sarah E. Piepmeier, Bar No. 227094
Sarah.Piepmeier@ashurstperkins.com
ASHURST PERKINS COIE US LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Janice L. Ta (appearance *pro hac vice*)
Janice.Ta@ashurstperkins.com
ASHURST PERKINS COIE US LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

***Attorneys for Defendant***
***NETFLIX, INC.***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURI VALJAKKA,<br><br>*Plaintiff*,<br><br>v.<br><br>NETFLIX, INC.,<br><br>*Defendant*. | Case No. 4:22-cv-01490-JST<br><br>**DECLARATION OF ADAM HESTER IN SUPPORT OF DEFENDANT NETFLIX, INC.'S SEPARATE PROPOSAL RE: RAMEY'S ATTORNEYS' FEE LIABILITY**<br><br>Judge: Hon. Jon S. Tigar |

I, Adam Hester, hereby declare:

1. I am an attorney with the law firm Ashurst Perkins Coie US LLP, based out of our Madison, Wisconsin office, and counsel representing Defendant Netflix, Inc. I have personal knowledge of the facts set forth in this declaration and am competent to testify.

2. Attached as Exhibit A is a true and correct copy of Ashurst Perkins Coie's (formerly, Perkins Coie's) invoices to Netflix since we were retained for this matter in September 2021, through January 2026. A version of this document was previously filed as Exhibit ZV to the Declaration of Sarah E. Piepmeier in Support of Netflix's Motion for Attorneys' Fees. *See* ECF No. 386-05 (declaration), 386-06 (exhibit). We have added highlighting to indicate the following information:

- Red highlighting indicates billed time that Netflix has excluded from its proposal during periods of time when all other fees are included (i.e., Jan. 3, 2022 – January 8, 2024), including because the time relates to work specific to the '102 patent, or to Netflix's CUVTA claims;
- Green highlighting indicates billed time that relates to work specific to the '167 patent;
- Pink highlighting indicates billed time that Netflix includes in its proposal from after January 8, 2024, primarily related to its efforts to obtain discovery from AiPi;
- Orange highlighting indicates billed time that Netflix's includes in its proposal from after January 8, 2024 that relates to work on Netflix's Motion for Attorneys' Fees;
- Blue highlighting indicates billed time that was part of Netflix's request for attorneys' fees related to violations of the case protective order by Mr. Ramey and Ramey LLP, which the court previously addressed in granting Netflix its requested fee award as a sanction. *See* ECF No. 353. This time was omitted from Netflix's fee request in its Motion for Attorneys Fees; and
- Yellow highlighting indicates material subject to Netflix's Administrative Motion to Seal, filed concurrently herewith.

3. Attached as Exhibit B is a summary of Ashurst Perkins Coie attorney time on draft invoices incurred in February and March 2026 that, at the time of preparation, were not yet invoiced to Netflix. A version of this document was previously filed as Exhibit ZW to the Declaration of Sarah E. Piepmeier in Support of Netflix's Motion for Attorneys' Fees. *See* ECF No. 386-05 (declaration), 386-07 (exhibit). Highlighting in this document has the same meaning as discussed above regarding Exhibit A.

4. Attached as Exhibit C is a true and correct copy of Baker Botts' invoices to Netflix since Baker Botts was retained for this matter in July 2023 to the present. A version of this document was previously filed at Exhibit to the Declaration of Rachael D. Lamkin in Support of Netflix's Motion for Attorneys' Fees. *See* ECF No. 386-09 (declaration), 386-10 (exhibit). Highlighting in this document has the same meaning as discussed above regarding Exhibit A.

5. Attached as Exhibit D is a true and correct copy of a summary prepared by Netflix of its outside counsel billing records with respect to fees subject to Netflix's proposal.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on August 31, 2026 in Rochester, Minnesota.

*/s/ Adam Hester*
Adam Hester