# EXHIBIT A

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | November 17, 2021 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through September 30, 2021

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account [redacted] and Invoice [redacted]**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 09/30/2021

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 09/28/2021 | S. Piepmeier | Review draft litigation hold (.1); email correspondence with L. Charrington regarding litigation hold (.1); check docket (.1); | 0.30 |
| 09/29/2021 | S. Piepmeier | Prepare litigation hold (.3); send same to L. Charrington (.1); review venue decision (.2); reach out to plaintiff's counsel to request extension (.1); | 0.70 |
| 09/29/2021 | A. Griggs | Draft notice of extension of time (0.5); | 0.50 |
| 09/29/2021 | J. Ta | Prepare examples of notices for extension of time (.2); prepare summary of pre-Markman schedule (.2); analyze Eastern District of Texas order denying Netflix's motion to dismiss for improper venue (.3); | 0.70 |
| 09/30/2021 | S. Piepmeier | Email correspondence with L. Charrington regarding extension and action items; | 0.30 |
| 09/30/2021 | A. Griggs | Coordinate internal and external team calendars for introduction meeting (0.3); draft introduction meeting agenda (0.5); calculate court deadlines for case calendar (0.75); finalize intro call agenda (0.35); | 1.90 |
| **Total** | | | **4.40** |

**Services**
[redacted]

## Summary of Services through 09/30/2021

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| S. Piepmeier | Partner | 1.30 | [redacted] | [redacted] |
| J. Ta | Sr Counsel | 0.70 | [redacted] | [redacted] |
| A. Griggs | Associate | 2.40 | [redacted] | [redacted] |
| **Total Services** | | **4.40** | | [redacted] |

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | November 17, 2021 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through October 31, 2021

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |
| Previous Balance Due | [redacted] |
| **Total Due This Invoice** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 10/31/2021

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 10/01/2021 | S. Piepmeier | Video conference with L. Charrington, C. Bowers, L. Gordan, J. Ta, E. Edlin, B. Kadjo, and A. Griggs to discuss early case strategy and schedule (.8); review mandamus petition (.2); email communications with opposing counsel regarding extension (.2); revise team call summary (.1); | 1.30 |
| 10/01/2021 | A. Griggs | Video conference with L. Charrington, C. Bowers, S. Piepmeier, L. Gordan, J. Ta, E. Edlin, B. Kadjo, and A. Griggs to discuss early case strategy and schedule (0.8); prepare for team introduction call with Netflix (1.0); draft and send out meeting minutes and action items to internal and external teams (0.7); follow up with action items regarding obtaining search firm quotes (0.5); | 3.00 |
| 10/01/2021 | E. Edlin | Video conference with L. Charrington, C. Bowers, S. Piepmeier, L. Gordan, J. Ta, B. Kadjo, and A. Griggs to discuss early case strategy and schedule (0.8); prepare for video conference by reviewing case materials (.2); | 1.00 |
| 10/01/2021 | J. Ta | Video conference with L. Charrington, C. Bowers, S. Piepmeier, L. Gordan, E. Edlin, B. Kadjo, and A. Griggs to discuss early case strategy and schedule (.8); | 0.80 |
| 10/01/2021 | L. Gordon | Video conference with L. Charrington, C. Bowers, S. Piepmeier, L. Gordan, J. Ta, E. Edlin, B. Kadjo, and A. Griggs to discuss early case strategy and schedule (.8); | 0.80 |
| 10/04/2021 | S. Piepmeier | Follow up with team regarding prior art quotes and status; | 0.20 |
| 10/04/2021 | A. Griggs | Coordinate internal team calendars to schedule weekly check-in conference with client (0.5); contact prior art search firms for comprehensive search quotes (0.5); | 1.00 |
| 10/04/2021 | J. Ta | Provide research [redacted] as a potential prior art firm (.3); | 0.30 |
| 10/05/2021 | K. Smith | Revise notice of extension of time; | 0.50 |
| 10/05/2021 | A. Griggs | Revise draft notice of extension of time and send to client for review (1.0); | 1.00 |
| 10/05/2021 | J. Ta | Edit notice for extension of time (.2); | 0.20 |
| 10/06/2021 | A. Griggs | Email prior art search firms regarding questions on quotes (0.2); review prior art search firm materials (0.2); | 0.40 |
| 10/07/2021 | S. Piepmeier | Analysis regarding extension filing; | 0.20 |
| 10/08/2021 | S. Piepmeier | Email communications with team regarding status of prior art seach quotes; | 0.20 |
| 10/08/2021 | A. Griggs | Email L. Gordon and E. Edlin regarding prior art search firm quotes (0.1); | 0.10 |
| 10/11/2021 | S. Piepmeier | Email communications with L. Charrington regarding case update and prior art; | 0.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 10/11/2021 | A. Griggs | Email prior art search firms regarding team decision and put together case calendar (0.1); review and incorporate edits received from client for the notice of extension of time (0.1); | 0.20 |
| 10/12/2021 | S. Piepmeier | Email communications regarding IPR strategy (.2); review draft agenda for call (.1); emails w L. Charrington regarding case status and reach-out to opposing counsel (.2); | 0.50 |
| 10/12/2021 | K. Smith | Draft notices of appearance, and corporate disclosure statement (.5); finalize and file notices of appearance and notice of extension of time (.4); create case calendar (2.3); | 3.20 |
| 10/12/2021 | A. Griggs | Review and file notice of extension of time (1.0); draft team meeting agenda (0.5); | 1.50 |
| 10/12/2021 | J. Ta | Finalize notice for extension of time (.1); attention to strategy for interdistrict transfer motion (.4); | 0.50 |
| 10/13/2021 | S. Piepmeier | Video conference with L. Charrington, C. Bowers, and Perkins team to discuss responsive pleading and other case strategy (.6); telephone conference with L. Charrington regarding case status, dispositive motion strategy, and reach out to opposing counsel (.4); review email to L. Charrington re Judge Albright OGP (.1); follow up with team regarding developing non-infringement (.1); email communications with E. Robinson regarding meeting (.1); | 1.30 |
| 10/13/2021 | B. Kadjo | Video conference with L. Charrington, C. Bowers, and Perkins team to discuss responsive pleading and other case strategy (0.6); analyze the 167 patent for noninfringement (.7); | 1.30 |
| 10/13/2021 | A. Griggs | Draft team meeting agenda and case calendar (0.5); video conference with L. Charrington, C. Bowers, and Perkins team to discuss responsive pleading and other case strategy (0.6); | 1.10 |
| 10/13/2021 | E. Edlin | Video conference with L. Charrington, C. Bowers, and Perkins team to discuss responsive pleading and other case strategy (0.6); | 0.60 |
| 10/13/2021 | J. Ta | Video conference with L. Charrington, C. Bowers, and Perkins team to discuss responsive pleading and other case strategy (0.6); draft email to L. Charrington with analysis of Judge Albright's new OGP procedures (.3); | 0.90 |
| 10/13/2021 | L. Gordon | Video conference with L. Charrington, C. Bowers, and Perkins team to discuss responsive pleading and other case strategy (0.6); | 0.60 |
| 10/14/2021 | S. Piepmeier | Email communications with L. Charrington [redacted] and prior art (.2); email communications with E. Robinson regarding meeting (.1); | 0.30 |
| 10/14/2021 | B. Kadjo | Analyze the 167 patent for noninfringement; | 0.60 |
| 10/15/2021 | S. Piepmeier | Email communications with opposing counsel; | 0.30 |
| 10/15/2021 | B. Kadjo | Analyze the 167 patent for noninfringement; | 0.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 10/17/2021 | S. Piepmeier | Email communication to L. Charrington regarding meeting with E. Robinson; | 0.10 |
| 10/18/2021 | S. Piepmeier | Review contentions to prepare for meeting with opposing counsel (.4); video conference with E. Robinson and E. Lund re Valjakka's initial contentions (.5); | 0.90 |
| 10/18/2021 | B. Kadjo | Analyze the 167 patent (1.5); analyze prior art for invalidity (1.2); | 2.70 |
| 10/18/2021 | A. Griggs | Video conference with E. Robinson and E. Lund regarding Valjakka's initial contentions (0.5); | 0.50 |
| 10/19/2021 | S. Piepmeier | Prepare summary of meeting with opposing counsel for Netflix team (.3); revise agenda for team call (.1); review summary of non-infringement arguments (.3); | 0.70 |
| 10/19/2021 | K. Smith | Research cities in Western District of Texas; | 0.10 |
| 10/19/2021 | B. Kadjo | Analyze the 167 patent (2.4); analyze infringement read for weaknesses (3.0); | 5.40 |
| 10/19/2021 | A. Griggs | Draft proposed weekly meeting agenda (0.3); | 0.30 |
| 10/19/2021 | E. Edlin | Review prior call notes and prepare for client call (.3); draft chart for venue analysis (.2); correspondence regarding venue analysis (.3); | 0.80 |
| 10/19/2021 | L. Gordon | Review Valjakka patent and prior art search reports; | 1.80 |
| 10/19/2021 | A. Sayban | Research zip codes for K. Smith (0.7); | 0.70 |
| 10/20/2021 | S. Piepmeier | Video conference with L. Charrington, C. Bowers, and Perkins team to discuss invalidity and non-infringement strategy (0.5); analysis regarding potential claim construction arguments (.2); | 0.70 |
| 10/20/2021 | K. Smith | Pull zip codes in Western District of Texas and send to A. Griggs (2.2); finalize and file corporate disclosure statement (.3); | 2.50 |
| 10/20/2021 | B. Kadjo | Video conference with L. Charrington, C. Bowers, and Perkins team to discuss invalidity and non-infringement strategy (0.5); analyze infringement read for holes (1.3); draft SME interview outline (.5); | 2.30 |
| 10/20/2021 | A. Griggs | Revise proposed weekly meeting agenda (0.1); video conference with L. Charrington, C. Bowers, and Perkins team to discuss invalidity and non-infringement strategy (0.5); compile list of zip codes applicable to western district of texas (0.1); review complaint for invalidity (0.3); | 1.00 |
| 10/20/2021 | E. Edlin | Video conference with L. Charrington, C. Bowers, and Perkins team to discuss invalidity and non-infringement strategy (0.1); | 0.10 |
| 10/20/2021 | L. Gordon | Video conference with L. Charrington, C. Bowers, and Perkins team to discuss invalidity and non-infringement strategy (0.5); | 0.50 |
| 10/20/2021 | A. Sayban | Locate zip codes for K. Smith; | 1.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 10/21/2021 | B. Kadjo | Revise SME interview outline (1.1); review prior art (1.0); draft prior art search presentation (2.0); | 4.10 |
| 10/21/2021 | A. Griggs | Review complaint and patent for invalidity strategy (0.6); video conference with L. Gordon and B. Kadjo to discuss invalidity strategy (0.5); | 1.10 |
| 10/21/2021 | L. Gordon | Prepare invalidity review strategy (.4); call with B. Kodjo and A. Griggs regarding prior art review strategy (.5); | 0.90 |
| 10/22/2021 | B. Kadjo | Analyze the 167 patent; | 2.80 |
| 10/22/2021 | A. Griggs | Review invalidity strategy outline (0.9); video conference with C. Bowers, L. Gordon, and B. Kadjo regarding invalidity search strategy (0.5); draft invalidity analysis spreadsheet (0.3); | 1.70 |
| 10/24/2021 | B. Kadjo | Analyze the 167 patent for prior art; | 0.20 |
| 10/25/2021 | S. Piepmeier | Analysis regarding strategy for responsive pleading (.7); analysis regarding [redacted] (.5); | 1.20 |
| 10/25/2021 | B. Kadjo | Analyze the prior art references; | 2.40 |
| 10/26/2021 | S. Piepmeier | Email communications with L. Charrington regarding case status; | 0.60 |
| 10/26/2021 | B. Kadjo | Prior art search video conference with C. Bowers of Netflix and A. Griggs of Perkins to go over [redacted] prior art database (.7); search [redacted] prior art database (2.0); analyze prior art (1.3); | 4.00 |
| 10/26/2021 | A. Griggs | Video conference with C. Bowers and B. Kadjo regarding invalidity search strategy (0.5); | 0.50 |
| 10/27/2021 | S. Piepmeier | Email communications with L. Charrington, C. Bowers, and team regarding case status (.1); review venue data (.2); revise case update email (.1); | 0.40 |
| 10/27/2021 | B. Kadjo | Review database prior art search; | 0.30 |
| 10/27/2021 | A. Griggs | Draft team update email for client(0.3); review prior art search results (1.2); | 1.50 |
| 10/27/2021 | E. Edlin | Revise summary correspondence to client and notes on venue; | 0.40 |
| 10/28/2021 | S. Piepmeier | Analysis regarding content of [redacted] (.3); prepare topics for call with L. Charrington (.3); review draft [redacted] (.3); | 0.90 |
| 10/28/2021 | A. Griggs | Review patent file history (3.7); | 3.70 |
| 10/29/2021 | S. Piepmeier | Telephone conference with L. Charrington (.1); prepare summary of action items for team following call (.1); | 0.20 |
| 10/29/2021 | B. Kadjo | Analyze the prior art references; | 2.60 |
| 10/29/2021 | A. Griggs | Review file history [redacted] (4.7); | 4.70 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 10/29/2021 | E. Edlin | Review pleading to assess motion to dismiss claims of inducement and willfulness; | 0.20 |
| 10/31/2021 | A. Griggs | Draft [redacted] (6.7); | 6.70 |
| **Total** | | | **88.00** |

**Services**
[redacted]

## Summary of Services through 10/31/2021

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| L. Gordon | Partner | 4.60 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 10.20 | [redacted] | [redacted] |
| J. Ta | Sr Counsel | 2.70 | [redacted] | [redacted] |
| A. Griggs | Associate | 30.00 | [redacted] | [redacted] |
| B. Kadjo | Associate | 29.20 | [redacted] | [redacted] |
| E. Edlin | Associate | 3.10 | [redacted] | [redacted] |
| K. Smith | Paralegal | 6.30 | [redacted] | [redacted] |
| A. Sayban | Indirect Staff | 1.90 | [redacted] | [redacted] |
| **Total Services** | | **88.00** | | [redacted] |

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | |
| Bill Date | December 8, 2021 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through November 30, 2021

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |
| Previous Balance Due | [redacted] |
| **Total Due This Invoice** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account [redacted] and Invoice [redacted]**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 11/30/2021

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/01/2021 | S. Piepmeier | Email communications [redacted] regarding initial meeting (.3); attention to upcoming action items (.2); | 0.50 |
| 11/01/2021 | B. Kadjo | Analyze the prior art references for invalidity chart; | 0.20 |
| 11/01/2021 | A. Griggs | Review file history and [redacted] (7.40); | 7.40 |
| 11/01/2021 | E. Edlin | Review [redacted] (.4); correspondence regarding cases status (.3); | 0.70 |
| 11/02/2021 | S. Piepmeier | Email communications [redacted] regarding next steps (.2); legal research regarding responsive pleading (.5); revise agenda for team call (.2); | 0.90 |
| 11/02/2021 | B. Kadjo | Analyze prior art patents for invalidity (4.0); revise SME outline (1.6); | 5.60 |
| 11/02/2021 | A. Griggs | Review file history and [redacted] (3.5); research induced infringement and willful infringement pleading standards (3.2); draft agenda for team telephone conference (0.5); | 7.20 |
| 11/02/2021 | E. Edlin | Review [redacted] (.9); correspondence regarding cases status (.1); review legal research regarding motion to dismiss and correspondence regarding same (.5); | 1.50 |
| 11/03/2021 | S. Piepmeier | Revise technical SME [redacted]; | 0.40 |
| 11/03/2021 | B. Kadjo | Analyze prior art references for invalidity chart; | 0.70 |
| 11/03/2021 | A. Griggs | Review [redacted] prior art for use in invalidity contentions or non infringement arguments (5.30); | 5.30 |
| 11/03/2021 | E. Edlin | Review mandamus petition regarding transfer (.9); review inventor locations and update venue spreadsheet (1.4); review SME interview outline (.2); | 2.50 |
| 11/04/2021 | S. Piepmeier | Follow up regarding strength of venue arguments; | 0.20 |
| 11/04/2021 | B. Kadjo | Analyze prior art references for invalidity chart; | 1.00 |
| 11/04/2021 | A. Griggs | Review [redacted] prior art (2.8); | 2.80 |
| 11/05/2021 | S. Piepmeier | Video conference with L. Charrington, C. Bowers, and Perkins team to discuss team updates (0.7); review summary of action items (.1); | 0.80 |
| 11/05/2021 | K. Smith | Analysis regarding upcoming deadlines; | 0.60 |
| 11/05/2021 | B. Kadjo | Video conference with L. Charrington, C. Bowers, and Perkins team to discuss team updates (0.7); analyze prior art references for invalidity chart (.9); | 1.60 |
| 11/05/2021 | A. Griggs | Call with B. Kadjo regarding prior art review (0.5); video conference with L. Charrington, C. Bowers, and Perkins team to discuss team updates (0.7); | 1.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/05/2021 | E. Edlin | Review case materials to prepare for client call (.3); video conference with L. Charrington, C. Bowers, and Perkins team to discuss team updates (0.7); | 1.00 |
| 11/05/2021 | J. Ta | Video conference with L. Charrington, C. Bowers, and Perkins team to discuss team updates (0.5); | 0.50 |
| 11/05/2021 | L. Gordon | Attention portion of video conference with L. Charrington, C. Bowers, and Perkins team to discuss team updates (0.2); | 0.20 |
| 11/08/2021 | S. Piepmeier | Revise summary of call (.2); review notes and agenda to prepare [redacted] call (.2); | 0.40 |
| 11/08/2021 | B. Kadjo | Analyze prior art references for invalidity chart; | 0.20 |
| 11/08/2021 | A. Griggs | Review prior art for relevance for invalidity and non-infringement arguments (4.10); | 4.10 |
| 11/09/2021 | S. Piepmeier | [redacted] call (.5); revise agenda for team call (.2); follow up regarding [redacted] (.2); | 0.90 |
| 11/09/2021 | B. Kadjo | Video conference with A. Griggs and L. Gordon regarding prior art analysis (.3); draft invalidity chart for best prior art references (.1); | 0.40 |
| 11/09/2021 | A. Griggs | Review prior art for relevance for invalidity and non-infringement arguments (0.7); video conference with Perkins team [redacted] (0.5); video conference with B. Kadjo and L. Gordon regarding next steps for prior art search (0.2); | 1.40 |
| 11/09/2021 | E. Edlin | Attend video conference with Perkins team [redacted] (0.5); | 0.50 |
| 11/09/2021 | L. Gordon | Call with [redacted] (.5); review prior art [redacted] (2); review claim charts and provide input (.9); | 3.40 |
| 11/10/2021 | S. Piepmeier | Video conference with L. Charrington, C. Bowers, and Perkins team to discuss [redacted] call and other team updates (0.6); review results of venue analysis (.4); attention to strategy regarding venue motion (.2); | 1.20 |
| 11/10/2021 | B. Kadjo | Video conference with L. Charrington, C. Bowers, and Perkins team to discuss [redacted] and other team updates (0.6); research possible production facility in Austin, TX (.2); draft invalidity chart for primary reference (2.9); | 3.70 |
| 11/10/2021 | A. Griggs | Contact and provide further guidance to prior art search firm for a targeted search request (0.5); video conference with L. Charrington, C. Bowers, and Perkins team to discuss [redacted] and other team updates (0.6); research Austin address cited in complaint for possible venue transfer motion (0.1); | 1.20 |
| 11/10/2021 | E. Edlin | Video conference with L. Charrington, C. Bowers, and Perkins team to discuss [redacted] and other team updates (0.6); | 0.60 |
| 11/10/2021 | L. Gordon | Video conference with L. Charrington, C. Bowers, and Perkins team to discuss [redacted] and other team updates (0.6); | 0.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/11/2021 | S. Piepmeier | Analysis regarding strategy for improper venue motion; | 0.30 |
| 11/11/2021 | B. Kadjo | Draft invalidity chart for Yao primary reference (2.5); draft invalidity chart for Basani primary reference (.7); telephone conference with prior art search firm and A. Griggs regarding additional searching (.5); | 3.70 |
| 11/11/2021 | A. Griggs | Conference with [redacted] regarding targeted prior art search (0.6); review prior art for invalidity purposes (1.2); | 1.80 |
| 11/11/2021 | E. Edlin | Legal research regarding motion to dismiss and motion to transfer (3.5); draft motion to dismiss and transfer (4); research regarding former employees and inventor locations (1) | 8.50 |
| 11/12/2021 | S. Piepmeier | Attention to strategy for [redacted] regarding invalidity (.2); anaysis regarding venue and supporting declarations (.4); | 0.60 |
| 11/12/2021 | B. Kadjo | Draft Basani invalidity chart (2.5); revise Yau invalidity chart (.7); | 3.20 |
| 11/12/2021 | A. Griggs | Review prior art and file history for invalidity strategy (0.2); | 0.20 |
| 11/12/2021 | E. Edlin | Draft motion to dismiss or transfer for improper venue (5.6); draft correspondence to C. Bowers regarding same (.4); | 6.00 |
| 11/15/2021 | S. Piepmeier | Attention to strategy for venue motion (.3); review prior art from co-defendants (.5); | 0.80 |
| 11/15/2021 | B. Kadjo | Analyze the new prior art [redacted] | 1.50 |
| 11/15/2021 | A. Griggs | Draft motion to transfer based on venue (5.6); video conference with S. Piepmeier, E. Edlin, and J. Ta regarding transfer motion (0.4); | 6.00 |
| 11/15/2021 | E. Edlin | Review and revise venue motion (2); attend internal telephone conference regarding venue analysis (.4); draft correspondence to C. Bowers regarding venue analysis (.7); | 3.10 |
| 11/15/2021 | J. Ta | Review draft motion to dismiss (.2); | 0.20 |
| 11/16/2021 | S. Piepmeier | Attention to venue motion facts gathering (.3); revise draft motion (1.1); | 1.40 |
| 11/16/2021 | B. Kadjo | Analyze the new prior art [redacted]; | 0.40 |
| 11/16/2021 | A. Griggs | Draft motion to transfer based on venue (7.9); | 7.90 |
| 11/16/2021 | E. Edlin | Review venue motion and draft correspondence to client regarding same (1.3); revise venue motion (.6); | 1.90 |
| 11/16/2021 | L. Gordon | Review Basani reference [redacted] and associated claim chart; | 2.70 |
| 11/17/2021 | S. Piepmeier | Review correspondence regarding fact collection for venue motion; | 0.40 |
| 11/17/2021 | A. Griggs | Revise and edit draft motion to transfer venue (0.5); | 0.50 |
| 11/17/2021 | E. Edlin | Draft correspondence to client regarding venue motion (.6); | 0.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/17/2021 | L. Gordon | Review Yau reference [redacted] and associated claim chart; | 1.50 |
| 11/18/2021 | S. Piepmeier | [redacted] call regarding prior art, responsive pleading, and transfer motions (.3); attention to compilation of information for venue motion (.3); | 0.60 |
| 11/18/2021 | B. Kadjo | Research [redacted] for relevant witnesses; | 2.60 |
| 11/18/2021 | A. Griggs | Video conference [redacted] regarding next steps and venue motions (0.3); prepare list of information required for transfer motion (0.1); | 0.40 |
| 11/18/2021 | E. Edlin | Correspondence with internal team regarding venue fact development (.3); correspondence with C. Bowers regarding same (.2); attend telephone conference [redacted] (.3); review venue facts and develop strategy (.3); | 1.10 |
| 11/18/2021 | L. Gordon | Review remainder of [redacted] prior art; | 1.30 |
| 11/19/2021 | S. Piepmeier | Follow up regarding reach out to new counsel for plaintiff; | 0.20 |
| 11/19/2021 | B. Kadjo | Research the titles and duties of Netflix employees for motion; | 0.80 |
| 11/19/2021 | E. Edlin | Review list of witnesses for venue motion (.4); correspondence with opposing counsel regarding deadlines (.1); | 0.50 |
| 11/21/2021 | S. Piepmeier | Analysis regarding strength of venue motion; | 0.20 |
| 11/22/2021 | S. Piepmeier | Revise extension papers (.2); prepare update email to client regarding extension, [redacted], and venue motion (.2); | 0.40 |
| 11/22/2021 | K. Smith | Draft notice of extension of time (.4); finalize and file same (.3); | 0.70 |
| 11/22/2021 | A. Griggs | Draft request for second extension of time (0.4); | 0.40 |
| 11/22/2021 | E. Edlin | Draft correspondence to client regarding case updates (.2); review and finalize notice of extension and correspondence regarding same (.3); | 0.50 |
| 11/23/2021 | S. Piepmeier | Analysis to support venue motion; | 0.70 |
| 11/23/2021 | B. Kadjo | Analyze prior art for limitations 1e-1g; | 2.00 |
| 11/23/2021 | A. Griggs | Review invalidity supplementary results (0.7); draft team update email for client (0.3); | 1.00 |
| 11/24/2021 | S. Piepmeier | Revise update email to client (.3); | 0.30 |
| 11/24/2021 | A. Griggs | Draft team updates email to client (0.4); organize and send prior art search results to [redacted] (0.1); organize time slots for team invalidity strategy meeting (0.1); | 0.60 |
| 11/29/2021 | S. Piepmeier | Email communications [redacted] regarding invalidity (.3); revise email regarding venue (.2); email communications with client regarding [redacted] and team call (.2); | 0.70 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/29/2021 | B. Kadjo | Analyze [redacted] prior art; | 1.00 |
| 11/29/2021 | A. Griggs | Correspondence with Perkins Team [redacted] regarding invalidity strategy meeting and weekly client/team conference; | 0.20 |
| 11/29/2021 | E. Edlin | Draft email to client regarding status of venue motion and tasks (.5); analyze facts for venue motion and review same (2); revise venue motion (.8); | 3.30 |
| 11/30/2021 | S. Piepmeier | Prepare for [redacted] regarding invalidity (.2); review patent in preparation for invalidity meeting (.5); review infringement contentions (.2); | 0.90 |
| 11/30/2021 | B. Kadjo | Analyze [redacted] prior art to fill in additional gaps; | 1.30 |
| 11/30/2021 | A. Griggs | Evaluate prior art [redacted] in preparation for strategy meeting with inside and outside counsel (3.1); prepare power point slides for invalidity strategy meeting (1.0); | 4.10 |
| 11/30/2021 | E. Edlin | Attend telephone conference with internal team regarding prior art meeting (.1); review motion to dismiss and relevant facts (1.5) | 1.60 |
| 11/30/2021 | L. Gordon | Prepare invalidity presentation [redacted]; | 2.60 |
| **Total** | | | **144.60** |

**Services**
[redacted]

## Summary of Services through 11/30/2021

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| L. Gordon | Partner | 12.30 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 12.80 | [redacted] | [redacted] |
| J. Ta | Sr Counsel | 0.70 | [redacted] | [redacted] |
| A. Griggs | Associate | 53.70 | [redacted] | [redacted] |
| B. Kadjo | Associate | 29.90 | [redacted] | [redacted] |
| E. Edlin | Associate | 33.90 | [redacted] | [redacted] |
| K. Smith | Paralegal | 1.30 | [redacted] | [redacted] |
| **Total Services** | | **144.60** | | [redacted] |

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | |
| Bill Date | January 10, 2022 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through December 31, 2021

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $5,655.30 |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 12/31/2021

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 12/01/2021 | S. Piepmeier | Prepare for IPR call (.3); video conference with L. Gordon, E. Edlin, B. Kadjo, A. Griggs, and outside and inside counsel from Netflix, Microsoft, Cisco, and Amazon regarding invalidity and inter partes review strategy (0.5); research re potential technical expert (.3); | 1.10 |
| 12/01/2021 | B. Kadjo | Perkins invalidity team call regarding best prior art (.5); video conference with S. Piepmeier, L. Gordon, E. Edlin, B. Kadjo, A. Griggs, and outside and [redacted] regarding invalidity and inter partes review strategy (.5); draft summaries for invalidity presentation (.5); analyze prior art (.7); | 2.20 |
| 12/01/2021 | A. Griggs | Video conference with S. Piepmeier, L. Gordon, E. Edlin, B. Kadjo, and outside and [redacted] regarding invalidity and inter partes review strategy (0.5); prepare power point slides in preparation for invalidity strategy meeting (0.8); evaluate prior art results (0.5); | 1.80 |
| 12/01/2021 | E. Edlin | Video conference with S. Piepmeier, L. Gordon, E. Edlin, B. Kadjo, A. Griggs, and outside and [redacted] regarding invalidity and inter partes review strategy (0.3); review venue fact development (1); revise motion to dismiss (3); | 4.30 |
| 12/01/2021 | L. Gordon | Video conference with S. Piepmeier, L. Gordon, E. Edlin, B. Kadjo, A. Griggs, and outside and [redacted] regarding invalidity and inter partes review strategy (0.3); finalize presentation for video conference (1.8); | 2.10 |
| 12/01/2021 | L. Gordon | Video conference with S. Piepmeier, L. Gordon, E. Edlin, B. Kadjo, A. Griggs, and outside and [redacted] regarding invalidity and inter partes review strategy | 0.20 |
| 12/02/2021 | S. Piepmeier | Revise agenda for call (.2); attention to strategy re venue motion (.1); | 0.30 |
| 12/02/2021 | K. Smith | Revise Motion to Dismiss; | 0.20 |
| 12/02/2021 | B. Kadjo | Prepare agenda for team strategy meeting; | 0.30 |
| 12/02/2021 | A. Griggs | Review and edit motion for transfer (0.5); | 0.50 |
| 12/02/2021 | E. Edlin | Revise motion to dismiss or transfer and correspondence regarding same (6); correspondence regarding declaration (.5); | 6.50 |
| 12/02/2021 | L. Gordon | Follow-up call with [redacted] regarding prior art (0.2); follow-up email regarding prior art search (0.1); | 0.30 |
| 12/03/2021 | S. Piepmeier | Attend weekly team meeting with client (.5); revise venue motion (.6); | 1.10 |
| 12/03/2021 | B. Kadjo | Team strategy meeting with L. Charrington and C. Bowers of Netflix (.3); revise noninfringement strategy (.5); | 0.80 |
| 12/03/2021 | A. Griggs | Draft up call agenda (0.3); video conference with Perkins team and Netflix | 0.90 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | team regarding venue motion and [redacted] 0.6); | |
| 12/03/2021 | E. Edlin | Video conference with Perkins team and Netflix team regarding venue motion and [redacted] (0.6); revise motion to dismiss (2.5); | 3.10 |
| 12/03/2021 | J. Ta | Video conference with Perkins team and Netflix team regarding venue motion and [redacted] (0.6); revise motion for improper venue (.5); | 1.10 |
| 12/03/2021 | L. Gordon | Video conference with Perkins team and Netflix team regarding venue motion and [redacted] (0.6) | 0.60 |
| 12/04/2021 | S. Piepmeier | Email communications regarding revisions to venue motion; | 0.30 |
| 12/04/2021 | E. Edlin | Revise motoin to transfer (1.2); | 1.20 |
| 12/05/2021 | S. Piepmeier | Revise motion to transfer; | 1.80 |
| 12/05/2021 | J. Walker | Research Judge Albright decisions and time to trial analytics for A. Griggs; | 1.70 |
| 12/05/2021 | A. Griggs | Revise and update draft motion for transfer (1.7); | 1.70 |
| 12/06/2021 | S. Piepmeier | Revise venue motion (.5); revise call summary and AR list (.2); | 0.70 |
| 12/06/2021 | K. Smith | Revise brief; | 0.50 |
| 12/06/2021 | B. Kadjo | Review materials for motion to dismiss; | 0.20 |
| 12/06/2021 | A. Griggs | Revise, update, and proofread draft motion for transfer in preparation to send to client for review (4.2); | 4.20 |
| 12/06/2021 | E. Edlin | Revise motion to dismiss or transfer and correspondence regarding same (4.2); | 4.20 |
| 12/06/2021 | J. Ta | Telephone conference with A. Griggs regarding motion to transfer (.2); revise motion to transfer (.2); | 0.40 |
| 12/07/2021 | S. Piepmeier | Analysis regarding venue brief; | 0.30 |
| 12/07/2021 | K. Smith | Cite-check brief; | 2.00 |
| 12/07/2021 | B. Kadjo | Draft [redacted] for motion to dismiss; confirm employee locations for motion to dismiss; prepare exhibits for motion to dismiss; | 2.80 |
| 12/07/2021 | A. Griggs | Draft weekly team call agenda (0.2); | 0.20 |
| 12/08/2021 | S. Piepmeier | Revise agenda for team call (.1); analysis regarding SME locations for venue motion (.1); analysis regarding potential technical experts (.1); | 0.30 |
| 12/08/2021 | B. Kadjo | Revise [redacted] regarding employees and physical locations in | 0.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | Texas; | |
| 12/08/2021 | E. Edlin | Review motion to dismiss (.3); correspondence regarding declaration (.3); | 0.60 |
| 12/09/2021 | S. Piepmeier | Revise [redacted] (.3); | 0.30 |
| 12/09/2021 | B. Kadjo | Revise [redacted]; | 0.40 |
| 12/09/2021 | A. Griggs | Review and edit venue motion draft (0.7); draft attorney declaration (0.3); perform proof-read of declaration for client delivery (0.2); | 1.20 |
| 12/09/2021 | E. Edlin | Review and edit declaration and correspondence regarding same (2); | 2.00 |
| 12/10/2021 | S. Piepmeier | Review client edits to transfer motion and declaration (.3); video conference with L. Charrington, C. Bowers, and Perkins team regarding feedback on venue motion (0.6); [redacted] regarding prior art (.1); legal research regarding successive 12b motions (.4); | 1.40 |
| 12/10/2021 | B. Kadjo | Video conference with L. Charrington, C. Bowers, and Perkins team regarding feedback on venue (.6); review revisions made by L. Charrington to address on the call (.2); | 0.80 |
| 12/10/2021 | A. Griggs | Address client comments on venue motion draft (1.1); video conference with L. Charrington, C. Bowers, and Perkins team regarding feedback on venue motion (0.6); | 1.70 |
| 12/10/2021 | E. Edlin | Video conference with L. Charrington, C. Bowers, and Perkins team regarding feedback on venue motion (0.6); review venue motion and declaration (3.1); | 3.70 |
| 12/10/2021 | J. Ta | Video conference with L. Charrington, C. Bowers, and Perkins team regarding feedback on venue motion (0.6); | 0.60 |
| 12/11/2021 | S. Piepmeier | Revise team call summary (.1); analysis regarding successive Rule 12 motions (.2); | 0.30 |
| 12/11/2021 | E. Edlin | Revise motion to dismiss (1.1) and declaration (.5), and correspondence regarding same (.1); | 1.70 |
| 12/12/2021 | S. Piepmeier | Legal research regarding successive Rule 12 motions (.2); attention to CSR strategy (.2); review draft motion to dismiss (.3); | 0.70 |
| 12/12/2021 | B. Kadjo | Revise motion to dismiss brief; | 0.90 |
| 12/12/2021 | A. Griggs | Research updated case law for venue motion (0.5); | 0.50 |
| 12/13/2021 | S. Piepmeier | Revise brief and declaration in support of motion to dismiss; | 1.80 |
| 12/13/2021 | K. Smith | Prepare exhibits for filing (.6); locate and send motion and proposed order samples (.5); | 1.10 |
| 12/13/2021 | K. Smith | Revise and finalize and file Motion to Dismiss; | 3.30 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 12/13/2021 | B. Kadjo | Revise motion to dismiss for improper venue; | 1.90 |
| 12/13/2021 | A. Griggs | Research and update case law for venue motion (1.2); final proof read of venue motion (0.5); prepare and finalize venue motion for filing (3.4); prepare and finalize declarations for filing (1.0); | 6.10 |
| 12/13/2021 | E. Edlin | Finalize motion to dismiss (3.6); finalize declaration (2.8); research inventors locations and correspondence regarding same (1.3); correspondence with Netflix regarding finalization of motion and declaration (.9); | 8.60 |
| 12/14/2021 | S. Piepmeier | Revise email to clients regarding Motion to Dismiss; | 0.10 |
| 12/14/2021 | K. Smith | Update client files (.1); calendar deadlines (.1); | 0.20 |
| 12/14/2021 | B. Kadjo | Draft [redacted] regarding non-infringement; | 0.10 |
| 12/14/2021 | A. Griggs | Draft agenda for weekly team call (0.1); | 0.10 |
| 12/15/2021 | S. Piepmeier | Video conference with L. Charrington, C. Bowers, and Perkins team regarding next steps for venue and non-infringement (.5); legal research regarding DJ jurisdiction (.3); correspondence with opposing counsel regarding briefing deadlines (.2); analysis re [redacted] (.2); revise meeting minutes (.2); review [redacted] (.2); | 1.60 |
| 12/15/2021 | J. Walker | Research inventor Lauri Valjakka for A. Griggs (1.5); | 1.50 |
| 12/15/2021 | B. Kadjo | Revise SME outline to include patent summary and OC summary (5.3); video conference with L. Charrington, C. Bowers, and Perkins team regarding next steps for venue and non-infringement (.5); | 5.80 |
| 12/15/2021 | A. Griggs | Finalize and send team call agenda (0.1); confirm and calculate upcoming court deadlines (0.1); video conference with L. Charrington, C. Bowers, and Perkins team regarding next steps for venue and non infringement (0.5); research potential jurisdictions for declaratory judgment (2.8); | 3.50 |
| 12/15/2021 | E. Edlin | Video conference with L. Charrington, C. Bowers, and Perkins team regarding next steps for venue and non-infringement (0.5); research declaratory judgment and jurisdiction and correspondence regarding same (1.8); review sample case strategy document and case notes (.7); correspondence with opposing counsel regarding reply brief (.1); | 3.10 |
| 12/15/2021 | L. Gordon | Review additional prior art directed to pass through limitations; | 1.60 |
| 12/16/2021 | S. Piepmeier | Analysis regarding DJ jurisdiction (.4); email communications regarding revisions to SME outline (.2); | 0.60 |
| 12/16/2021 | B. Kadjo | Research personal jurisdiction facts for Valjakka; | 0.60 |
| 12/16/2021 | A. Griggs | Send team call meeting minutes and action items (0.1); review updated subject matter expert interview outline (0.5); research and [redacted] regarding proper venue and jurisdiction for declaratory judgment (2.9); | 3.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 12/16/2021 | E. Edlin | Draft Case Strategy Proposal and correspondence regarding same (2.5); review research regarding jurisdiction and correspondence regarding same (.2); draft declaratory judgment complaint (2); | 4.70 |
| 12/17/2021 | S. Piepmeier | Review jurisdictional analysis (.3); analysis regarding venue discovery (.2); revise email to L. Charrington regarding Valjakka's requested extension (.2); | 0.70 |
| 12/17/2021 | B. Kadjo | Revise SME outline to include summary of 167 patent; | 0.80 |
| 12/17/2021 | A. Griggs | Review draft declaratory judgment motion (0.4); revise and edit [redacted] (0.2); | 0.60 |
| 12/17/2021 | E. Edlin | Attend telephone conference with J. Ta regarding strategy on venue discovery (.2); review rules and correspondence regarding same (1.1); | 1.30 |
| 12/17/2021 | J. Ta | Prepare for and attend telephone conference with E. Edlin regarding venue discovery and schedule (.3); | 0.30 |
| 12/18/2021 | S. Piepmeier | Email correspondence with opposing counsel regarding venue discovery and briefing timeline; | 0.30 |
| 12/18/2021 | E. Edlin | Review and respond to correspondence regarding motion to dismiss or transfer; | 0.30 |
| 12/20/2021 | S. Piepmeier | Revise SME interview outline (.6); attention to [redacted] (.2); correspondence with OC [redacted] (.3); research rules re jurisdictional discovery (.2); revise update email to L. Charrington re same (.1); | 1.40 |
| 12/20/2021 | B. Kadjo | Revise SME outline to include patent summary; | 2.50 |
| 12/20/2021 | A. Griggs | Research and find sample motions of leave of jurisdictional discovery to determine next steps with opposing counsel (1.5); | 1.50 |
| 12/20/2021 | E. Edlin | Correspondence regarding motion to dismiss or transfer (.2); revise SME interview outline (3); correspondence regarding same (.6); | 3.80 |
| 12/20/2021 | J. Ta | Review plaintiff's proposed notice of readiness (.1); correspond with Perkins team regarding plaintiffs' premature notice of readiness (.2); | 0.30 |
| 12/21/2021 | S. Piepmeier | Email communications with L. Charrington regarding team call (.1); revise summary of action items for L. Charrington (.2); legal research re venue issues (.3); | 0.60 |
| 12/21/2021 | A. Griggs | Review updated subject matter expert technology overview outline (0.7); draft team update email (0.2); | 0.90 |
| 12/22/2021 | S. Piepmeier | Analysis re prior art; | 0.20 |
| 12/22/2021 | L. Gordon | Review additional prior art and update strength matrix; | 2.30 |
| 12/23/2021 | A. Griggs | Research and provide [redacted] | 1.10 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | procedures (1.1); | |
| 12/23/2021 | E. Edlin | Correspondence regarding venue motion and discovery timing (.4); | 0.40 |
| 12/23/2021 | J. Ta | Attention to issues related to response to Valjakka's request for jurisdictional discovery (.3); | 0.30 |
| 12/28/2021 | S. Piepmeier | Multiple email communications with opposing counsel regarding amended complaint (.6); review amended complaint adding patent against Amazon (.4); review dockets for all co-defendants (.1); | 1.10 |
| 12/28/2021 | A. Griggs | Conduct strategy research based on plaintiff's updated amended complaint and discovery motion (0.8); | 0.80 |
| 12/28/2021 | E. Edlin | Correspondence regarding venue motion and discovery timing (.5); | 0.50 |
| 12/28/2021 | J. Ta | Attention to timing issues related to venue discovery and procedural issues related to filing of amended complaint (.3); | 0.30 |
| 12/29/2021 | S. Piepmeier | Review new filings of amended complaints; | 0.10 |
| 12/30/2021 | A. Griggs | Prepare draft of [redacted] (1.0); review '102 patent (1.0); | 2.00 |
| **Total** | | | **141.50** |

**Services**
[redacted]

## Summary of Services through 12/31/2021

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| L. Gordon | Partner | 7.10 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 17.10 | [redacted] | [redacted] |
| J. Ta | Sr Counsel | 3.30 | [redacted] | [redacted] |
| A. Griggs | Associate | 32.80 | [redacted] | [redacted] |
| B. Kadjo | Associate | 20.70 | [redacted] | [redacted] |
| E. Edlin | Associate | 50.00 | [redacted] | [redacted] |
| K. Smith | Paralegal | 7.30 | [redacted] | [redacted] |
| J. Walker | Indirect Staff | 3.20 | [redacted] | [redacted] |
| **Total Services** | | **141.50** | | [redacted] |

## Disbursements and Other Detailed Services through 12/31/2021

| Description | Amount |
|---|---|
| Computer research - Lexis/WestLaw | 15.60 |
| Computer Research | 139.70 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Description | Amount |
|---|---|
| [redacted] re prior art (USD - Professional Services - 11/2021 | 5,500.00 |
| **Total** | **$5,655.30** |

**Total Disbursements and Other Services**
$5,655.30

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | February 17, 2022 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through January 31, 2022

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 01/31/2022

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/03/2022 | S. Piepmeier | Check dockets (.1); analysis regarding FRCP 15 (.3); email communications with opposing counsel regarding amended complaint and venue discovery (.4); review amended complaint and claim chart (.2); email communications [redacted] regarding next meeting (.1); prepare update email to client (.2); | 1.30 |
| 01/03/2022 | A. Griggs | Email communications [redacted] regarding upcoming call (0.2); confirm procedure for limited discovery and amended complaints (0.1); analyze amended complaint and provide client with updated summary of amended complaint (1.6); | 1.90 |
| 01/03/2022 | E. Edlin | Correspondence with opposing counsel regarding venue discovery (1.2); review Judge Albright's Order Governing Procedures (.3); review Amended Complaint (.4); analysis regarding same (.6); | 2.50 |
| 01/03/2022 | J. Ta | Attention to strategy for responding to Valjakka's amended complaint and request for venue discovery (.3); | 0.30 |
| 01/04/2022 | S. Piepmeier | Prepare summary of new Valjakka filings for client (.1); email communications with opposing counsel regarding extension (.2); review Notice of Extension (.1); revise team call agenda (.2); | 0.60 |
| 01/04/2022 | B. Kadjo | Analyze the 102 patent and infringement charts; | 0.80 |
| 01/04/2022 | J. Ta | Analyze potential 101 motion on '102 patent (.2); | 0.20 |
| 01/05/2022 | S. Piepmeier | Video conference with L. Charrington, L. Gordon, E. Edlin, B. Kadjo, and A. Griggs regarding amended complaint and strategical next steps (0.5); review Extension of Time papers (.1); email communications regarding prior art search on 102 patent (.1); revise team call summary to client (.1); send Section 101 decision to client (.1); | 0.90 |
| 01/05/2022 | B. Kadjo | Video conference with L. Charrington, S. Piepmeier, L. Gordon, E. Edlin, and A. Griggs regarding amended complaint and strategical next steps; | 0.50 |
| 01/05/2022 | A. Griggs | Draft and send team call agenda and update case calendar (0.3); update draft of notice of extension of time (0.2); video conference with L. Charrington, S. Piepmeier, L. Gordon, E. Edlin, and B. Kadjo, regarding amended complaint and strategical next steps (0.5); | 1.00 |
| 01/05/2022 | E. Edlin | Video conference with L. Charrington, S. Piepmeier, L. Gordon, B. Kadjo, and A. Griggs regarding amended complaint and strategical next steps (0.5); | 0.50 |
| 01/05/2022 | L. Gordon | Video conference with L. Charrington, S. Piepmeier, E. Edlin, B. Kadjo, and A. Griggs regarding amended complaint and strategical next steps (0.5); | 0.50 |
| 01/06/2022 | S. Piepmeier | Video conference withL. Gordon, E. Edlin, A. Griggs, and Amazon and Cisco counsel regarding communications with opposing counsel and | 0.30 |

Invoice No.[redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID:[redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | ongoing case strategy (0.2); email communications [redacted] regarding Section 101 (.1); | |
| 01/06/2022 | A. Griggs | Prepare call meeting minutes for client (0.1); video conference with S. Piepmeier, L. Gordon, E. Edlin, and Amazon and Cisco counsel regarding communications with opposing counsel and ongoing case strategy (0.2); | 0.30 |
| 01/06/2022 | E. Edlin | Video conference with S. Piepmeier, L. Gordon, A. Griggs, and Amazon and Cisco counsel regarding communications with opposing counsel and ongoing case strategy (0.2); | 0.20 |
| 01/07/2022 | S. Piepmeier | Follow up regarding invalidity analysis; | 0.10 |
| 01/10/2022 | B. Kadjo | Review expert resume for relevant experience; | 0.10 |
| 01/11/2022 | S. Piepmeier | Revise agenda for team call (.2); revise email to C. Bowers regarding information to collect (.2); | 0.40 |
| 01/11/2022 | A. Griggs | Draft rule 11 sanction letter to opposing counsel (1.4); draft agenda for team call (0.3); | 1.70 |
| 01/11/2022 | E. Edlin | Revise Rule 11 letter (1.1); legal research regarding Rule 11 (.7); correspondence regarding letter (.3); draft email regarding venue investigation (.8); prepare for client meeting (.3); correspondence with expert regarding retention and internal correspondence regarding same (.8); | 4.00 |
| 01/11/2022 | J. Ta | Revise Rule 11 letter (.2); | 0.20 |
| 01/12/2022 | S. Piepmeier | Review client materials to prepare for client call (.3); video conference with L. Charrington, C. Bowers, S. Piepmeier, L. Gordon, E. Edlin, B. Kadjo, and A. Griggs regarding venue and infringement allegations and other case strategy updates (.6); revise Rule 11 letter (.2); | 1.10 |
| 01/12/2022 | B. Kadjo | Video conference with L. Charrington, C. Bowers, S. Piepmeier, L. Gordon, E.Edlin, and A. Griggs regarding venue and infringement allegations and other case strategy updates (0.6); | 0.60 |
| 01/12/2022 | A. Griggs | Review agenda, update case calendar, and send agenda email to client (0.2); review and analyze recent case activity [redacted] (0.2); telephone conference with E.Edlin and potential expert regarding upcoming litigation needs (0.2); video conference with L. Charrington, C. Bowers, and Perkins team regarding venue and infringement allegations and other case strategy updates (0.6); draft [redacted] (0.9); | 2.10 |
| 01/12/2022 | E. Edlin | Prepare for telephone conference with K. Jeffay and correspondence regarding same (.3); review and revise Rule 11 letter and draft email to client (.4); telephone conference with A.Griggs and potential expert regarding upcoming litigation needs (0.2); video conference with L. Charrington, C. Bowers, S. Piepmeier, L. Gordon, B. Kadjo, and A. Griggs regarding venue and infringement allegations and other case strategy updates (0.6); review case materials and develop strategy (.4); | 1.90 |
| 01/13/2022 | S. Piepmeier | Revise summary of client call and Ars; | 0.30 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/13/2022 | B. Kadjo | Revise SME outline to include 102 patent analysis; | 2.20 |
| 01/13/2022 | A. Griggs | Research and analyze technology in related Netflix case for overlaps (1.0); | 1.00 |
| 01/14/2022 | B. Kadjo | Revise SME outline to include 102 patent analysis; | 1.70 |
| 01/14/2022 | A. Griggs | Send internal team email update regarding technology overlaps with other cases (0.2); | 0.20 |
| 01/18/2022 | S. Piepmeier | Attention to expert retention; | 0.10 |
| 01/18/2022 | B. Kadjo | Expert search for asserted patents; | 0.10 |
| 01/18/2022 | E. Edlin | Draft correspondence regarding subject matter experts (3.0); internal correspondence regarding same (.1); correspondence regarding experts (.1); | 0.50 |
| 01/19/2022 | S. Piepmeier | Review mandamus decision regarding transfer; | 0.90 |
| 01/19/2022 | B. Kadjo | Analyze 102 patent prior art DRM textbook; | 2.20 |
| 01/19/2022 | A. Griggs | Draft and send team call agenda (0.2); video conference with L. Charrington, C. Bowers, and Perkins team regarding ongoing invalidity and venue investigations and ongoing expert search (0.4); draft meeting minutes for team review (0.2); | 0.80 |
| 01/19/2022 | E. Edlin | Review mandamus order regarding venue in Broadcom matter (.3); attend video conference with L. Charrington, C. Bowers, and Perkins team regarding ongoing invalidity and venue investigations and ongoing expert search (0.4); | 0.70 |
| 01/19/2022 | J. Ta | Video conference with L. Charrington, C. Bowers, and Perkins team regarding ongoing invalidity and venue investigations and ongoing expert search (0.4); | 0.40 |
| 01/20/2022 | S. Piepmeier | Telephone conference with [redacted] and Perkins team regarding potential retainer as expert (.1); email communications with opposing counsel and client regarding potential Rule 408 meeting (.2); | 0.30 |
| 01/20/2022 | B. Kadjo | Telephone conference with [redacted] and Perkins team regarding potential retainer as expert (0.3); telephone conference with S. Wicker and Perkins team regarding potential retainer as expert (0.2); analyze DRM 2002 textbook for invalidity (1.2); analyze infringement read (0.1); | 1.80 |
| 01/20/2022 | A. Griggs | Telephone conference with [redacted] and Perkins team regarding potential retainer as expert (0.1); update and send out meeting minutes from weekly team call (0.1); | 0.20 |
| 01/20/2022 | E. Edlin | Telephone conference with [redacted] and Perkins team regarding potential retainer as expert (0.3); attend telephone conference with C. Lee regarding '167 prior art (.3); | 0.60 |
| 01/21/2022 | S. Piepmeier | Telephone conference with opposing counsel; | 0.40 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/21/2022 | B. Kadjo | Draft SME email (.2); research joint enterprise analysis for noninfringement (.4); revise SME outline (.6); | 1.20 |
| 01/24/2022 | S. Piepmeier | Provide update to client regarding case status (.2); review proposed SME questions (.4); | 0.60 |
| 01/24/2022 | B. Kadjo | Revise litigation hold (.2); research venue case law (.2); correspond with potential experts (.3); | 0.70 |
| 01/24/2022 | A. Griggs | Send email with background materials to potential expert (0.1); update litigation hold document for '102 patent (0.3); | 0.40 |
| 01/24/2022 | E. Edlin | Revise litigation hold notice and correspondence regarding same (.6); | 0.60 |
| 01/25/2022 | S. Piepmeier | Email communications with client regarding next call and action items (.2); review updated litigation hold (.2); | 0.40 |
| 01/25/2022 | B. Kadjo | Strategize prior art search fro 167 patent; | 0.30 |
| 01/25/2022 | A. Griggs | Draft update email for client (0.3); | 0.30 |
| 01/25/2022 | E. Edlin | Correspondence regarding litigation hold and SME email (.3); review and revise update email to client (.2); correspondence regarding experts (.3); correspondence regarding '167 prior art (.2); | 1.00 |
| 01/26/2022 | S. Piepmeier | Revise summary for client (.2); | 0.20 |
| 01/26/2022 | B. Kadjo | Prepare for and attend telephone conference with [redacted] regarding expert retention (.2); revise SME email (.3); strategize prior art to consider for the 167 patent (.2); | 0.70 |
| 01/26/2022 | A. Griggs | Draft update email for client (0.3); | 0.30 |
| 01/26/2022 | E. Edlin | Prepare for and attend telephone conference with [redacted] regarding expert retention (.2); review updated SME interview outline (.6); draft revised ghost-written emails for SME interviews, and correspondence regarding same (.7); revise client update (.2); correspondence regarding prior art (.5); review case materials and develop strategy (.6); | 2.80 |
| 01/27/2022 | L. Thomas | Review case files and case scheduling calendar; | 0.50 |
| 01/27/2022 | S. Piepmeier | Email communications with L. Charrington regarding potential damages experts (.2); revise SME outline (.2); | 0.40 |
| 01/27/2022 | B. Kadjo | Revise SME correspondence; | 0.10 |
| 01/27/2022 | A. Griggs | Gather information and edit update email for client (0.3); | 0.30 |
| 01/27/2022 | E. Edlin | Revise email update to client (.5); | 0.50 |
| 01/28/2022 | S. Piepmeier | Telephone conference with W. Ramey regarding settlement demand; | 0.50 |
| 01/31/2022 | S. Piepmeier | Email communications with client regarding damages experts and | 0.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | settlement demand; | |
| 01/31/2022 | B. Kadjo | Video confernece with L. Gordon, E. Edlin, and C. Lee regarding 167 patent IPR (.1); strategize prior art systems (.1); | 0.20 |
| **Subtotal:** [redacted] | | | **50.60** |
| **Total** | | | **50.60** |

**Services**
[redacted]

## Summary of Services through 01/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| J. Ta | Partner | 1.10 | [redacted] | [redacted] |
| L. Gordon | Partner | 0.50 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 9.00 | [redacted] | [redacted] |
| A. Griggs | Associate | 10.50 | [redacted] | [redacted] |
| B. Kadjo | Associate | 13.20 | [redacted] | [redacted] |
| E. Edlin | Associate | 15.80 | [redacted] | [redacted] |
| L. Thomas | Paralegal | 0.50 | [redacted] | [redacted] |
| **Total Services** | | **50.60** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 50.60 | [redacted] |
| **Total Services** | | **50.60** | [redacted] |

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | March 11, 2022 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through February 28, 2022

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $5,510.00 |
| **Total Invoice Amount** | [redacted] |
| Previous Balance Due | [redacted] |
| **Total Due This Invoice** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 02/28/2022

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 02/02/2022 | S. Piepmeier | Revise agenda for team call (.1); video conference with L. Charrington, C. Bowers, and the Perkins team regarding ongoing case strategies and updates to renewed venue motion (0.6); review WAGS transfer stipulation (.1); revise Rule 11 letter (.4); | 1.20 |
| 02/02/2022 | B. Kadjo | Video conference with L. Charrington, C. Bowers, and the Perkins team regarding ongoing case strategies and updates to renewed venue motion (0.6); | 0.60 |
| 02/02/2022 | A. Griggs | Draft and send team call agenda to client (0.1); video conference with L. Charrington, C. Bowers, and the Perkins team regarding ongoing case strategies and updates to renewed venue motion (0.6); update rule 11 letter (0.6); | 1.30 |
| 02/02/2022 | E. Edlin | VIdeo conference with L. Charrington, C. Bowers, and the Perkins team regarding ongoing case strategies and updates to renewed venue motion (0.6); revise Rule 11 letter and correspondence regarding same (.6); | 1.20 |
| 02/03/2022 | S. Piepmeier | Revise summary of weekly call; | 0.10 |
| 02/03/2022 | A. Griggs | Draft and send team call meeting minutes to client (0.1); | 0.10 |
| 02/03/2022 | E. Edlin | Revise meeting minutes and review case materials; | 0.40 |
| 02/04/2022 | S. Piepmeier | Follow up with team regarding Rule 11 letter; | 0.20 |
| 02/07/2022 | S. Piepmeier | Revise Rule 11 letter (.6); attention to infringement contentions (.1); | 0.70 |
| 02/07/2022 | B. Kadjo | Evaluate infringement contentions for infringement read (.5); prepare letter to complain regarding the same (.3); | 0.80 |
| 02/07/2022 | A. Griggs | Draft and send team call meeting minutes to client (0.1); research case law on rule 11 sanctions (1.5); update draft Rule 11 letter (1.3); | 2.90 |
| 02/07/2022 | E. Edlin | Review Valjakka's infringement contentions and correspondence regarding same (.7); correspondence with L. Charrington regarding Rule 11 letter (.3); review research regarding Rule 11 and revise letter and internal correspondence regarding same (2.1); review case schedule and correspondence regarding same (.5); correspondence with C. Bowers regarding subject matter expert calls (.2); | 3.80 |
| 02/08/2022 | S. Piepmeier | Video conference with Perkins team [redacted] regarding scheduling, invalidity contentions, and other upcoming deadlines (0.4); follow up regarding SME interviews (.2); | 0.60 |
| 02/08/2022 | A. Griggs | Update case strategy report with '102 patent information (0.3); draft team call agenda (0.2); video conference with Perkins team and [redacted] regarding scheduling, invalidity contentions, and other upcoming deadlines (0.4); | 0.90 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 02/08/2022 | E. Edlin | Correspondence regarding upcoming telephone conferences with subject matter experts (.3); revise Rule 11 letter and correspondence regarding same (.4); draft correspondence to opposing counsel regarding Rule 11 letter service (.3); review SME interview to prepare for telephone conference (.6); | 1.60 |
| 02/09/2022 | S. Piepmeier | Telephone conference with L. Charrington regarding case strategy and upcoming SME interviews (.5); video conference with L. Charrington, C. Bowers, and Perkins team regarding infringement contentions, strategy for engaging opposing counsel, and upcoming renewed venue motion (.5); perform research [redacted] (.8); research Netflix blog posts and videos to understand user authentication (.9); review 102 patent and claim chart (1.1); revise agenda for team call (.1); | 3.90 |
| 02/09/2022 | B. Kadjo | Video conference with L. Charrington, C. Bowers, and Perkins team regarding infringement contentions, strategy for engaging opposing counsel, and upcoming renewed venue motion (0.5); research Netflix DRM (.2); | 0.70 |
| 02/09/2022 | A. Griggs | Send team call agenda to client (0.1); video conference with L. Charrington, C. Bowers, and Perkins team regarding infringement contentions, strategy for engaging opposing counsel, and upcoming renewed venue motion (0.5); draft team call meeting minutes for team review (0.1); draft A. Rubin retention letter (0.8); update venue chart with '102 patent prior art inventors and find current locations for all california based inventors (1.1); | 2.60 |
| 02/09/2022 | E. Edlin | Video conference with L. Charrington, C. Bowers, and Perkins team regarding infringement contentions, strategy for engaging opposing counsel, and upcoming renewed venue motion (0.5); review materials and develop strategy (.6); correspondence regarding prior art inventor locations (.3); correspondence regarding subject matter expert interviews (.2); review expert retention letter and correspondence regarding same (1.1); review case materials and develop strategy (.7); | 3.40 |
| 02/10/2022 | S. Piepmeier | Prepare outline for meeting with K. Cassela (.8); lead video conference with Netflix subject matter expert regarding Netflix login functionality and infringement read analysis (1.0); attention to [redacted] (.3); | 2.10 |
| 02/10/2022 | B. Kadjo | Video conference with Netflix subject matter expert regarding Netflix login functionality and infringement read analysis (1.0); preparation for subject matter expert interview (1.2); | 2.20 |
| 02/10/2022 | A. Griggs | Draft new proposed scheduling order (1.1); revise and update team call meeting minutes and sen to client (0.3); | 1.40 |
| 02/10/2022 | E. Edlin | Revise retention letter for A. Rubin and correspondence regarding same (.8); review meeting minutes and correspondence regarding same (.4); review case strategy document and correspondence regarding same (.8); | 2.00 |
| 02/11/2022 | S. Piepmeier | Watch B. Ramey Markman hearing (.5); perform research on Netflix content DRM to [redacted] (1.2); email communications with C. Bowers [redacted] (.1); | 1.80 |

Invoice No.[redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 02/11/2022 | B. Kadjo | Research DRM technology as implemented at Netflix; | 0.90 |
| 02/11/2022 | A. Griggs | Update venue motion draft (0.1); | 0.10 |
| 02/13/2022 | B. Kadjo | Research DRM implementation in Netflix; | 3.50 |
| 02/14/2022 | S. Piepmeier | Perform research to [redacted] (2.1); email communications with C. Bower regarding OCA SME interviews (.2); [redacted] (1); | 3.30 |
| 02/14/2022 | B. Kadjo | Subject matter expert video conference [redacted] and Perkins team regarding DRM (1.0); preparation of the same (.2); | 1.20 |
| 02/14/2022 | A. Griggs | Update venue motion with new '102 patent information (0.6); | 0.60 |
| 02/14/2022 | E. Edlin | Review case materials and develop strategy (.7); | 0.70 |
| 02/15/2022 | S. Piepmeier | Analysis regarding 167 patent; | 0.40 |
| 02/15/2022 | B. Kadjo | Research OC SMEs (.5); research OC system in preparation for SME interview (1.9); | 2.40 |
| 02/15/2022 | A. Griggs | Update and send to internal team proposed scheduling order (0.3); draft team call agenda for team feedback (0.3); | 0.60 |
| 02/15/2022 | E. Edlin | Review caselaw regarding transfer and remote employees and correspondence regarding same (.5); review proposed scheduling order and correspondence regarding same (.4); correspondence with expert regarding retention (.4); | 1.30 |
| 02/15/2022 | J. Ta | Analyze Judge Albright's order granting motion to dismiss on improper venue grounds in GreatGigz Solutions (.1); | 0.10 |
| 02/16/2022 | S. Piepmeier | Revise agenda for client call (.1); video conference with L. Charrington, C. Bowers, and Perkins team regarding invalidity strategy and renewed venue motion (0.5); analyze OCA materials to prepare for meeting with I. Ivanof (1.2); outline 167 patent (.8); [redacted] regarding OCA (1); email B. Ramey regarding Rule 11 letter non-response (.1); outline non-infringement arguments in preparation for Rule 11 letter (.2); | 3.90 |
| 02/16/2022 | B. Kadjo | Video conference with L. Charrington, C. Bowers, and Perkins team regarding invalidity strategy and renewed venue motion (0.5); SME video conference [redacted] Perkins team regarding open connect functionality (1.0); preparing for SME video conference [redacted] (1.0); draft Rule 11 letter regarding preliminary contentions (1.0); | 3.50 |
| 02/16/2022 | A. Griggs | Draft and send to client team call agenda (0.2); video conference with L. Charrington, C. Bowers, and Perkins team regarding invalidity strategy and renewed venue motion (0.5); | 0.70 |
| 02/16/2022 | E. Edlin | Revise A. Rubin retention agreement and correspondence regarding same (0.6); video conference with L. Charrington, C. Bowers, and Perkins team regarding invalidity strategy and renewed venue motion (0.5); review | 2.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | correspondence regarding non-infringement (0.5); review new facts for venue motion and revise draft (1); | |
| 02/16/2022 | J. Ta | Video conference with L. Charrington, C. Bowers, and Perkins team regarding invalidity strategy and renewed venue motion (.5); | 0.50 |
| 02/17/2022 | S. Piepmeier | Perform research for meeting [redacted] (.4); review correspondence from B. Ramey regarding transfer (.1); analysis regarding noninfringement Rule 11 letter (.2); | 0.70 |
| 02/17/2022 | B. Kadjo | Draft Rule 11 letter regarding preliminary contentions (2.1); research Rule 11 cases regarding infringement contentions (1.5); | 3.60 |
| 02/17/2022 | A. Griggs | Draft and send to client team call meeting minutes (0.2); finalize proposed scheduling order (0.6); update venue motion with new case law and '102 patent venue facts (0.7); | 1.50 |
| 02/17/2022 | E. Edlin | Review Rule 11 letter regarding noninfringement and correspondence regarding same (.5); correspondence regarding A. Rubin retention (.2); revise motion to transfer including review new venue facts and correspondence regarding same (2.3); | 3.00 |
| 02/18/2022 | S. Piepmeier | Email communications with opposing counsel regarding venue (.3); prepare [redacted] meeting (1.2); lead [redacted] meeting (.7); email communications with L. Charrington regarding org chart (.2); | 2.40 |
| 02/18/2022 | B. Kadjo | Attend SME interview [redacted]; | 0.70 |
| 02/18/2022 | A. Griggs | Research rule 11 discovery case law (0.7); | 0.70 |
| 02/18/2022 | E. Edlin | Review caselaw regarding rule 11 and venue (.5); | 0.50 |
| 02/21/2022 | S. Piepmeier | Revise venue motion to dismiss (1.1); t/conf w B. Ramey regarding venue (.3); provide update to team re B. Ramey (.2); send org chart to L. Charrington (.2); | 1.80 |
| 02/21/2022 | B. Kadjo | Revise Rule 11 letter regarding infringement charts; | 0.60 |
| 02/21/2022 | A. Griggs | Update venue motion, declarations, and exhibits (1.0); draft joint stipulation and order to transfer to northern district of california (0.5); | 1.50 |
| 02/21/2022 | E. Edlin | Develop strategy regarding venue and correspondence regarding same; | 0.20 |
| 02/22/2022 | S. Piepmeier | Prepare joint stipulation regarding transfer; | 0.90 |
| 02/22/2022 | B. Kadjo | Draft Rule 11 letter regarding preliminary infringement contentions to include deficiencies of the 167 patent; | 1.70 |
| 02/22/2022 | A. Griggs | Draft team call agenda (0.2); edit joint motion to transfer venue (0.3); | 0.50 |
| 02/23/2022 | S. Piepmeier | Revise agenda (.1); review notes to prepare for team call (.2); video conference with L. Charrington, C. Bowers, and Perkins team regarding transfer motion and infringement updates (.5); | 0.80 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 02/23/2022 | B. Kadjo | Video conference with L. Charrington, C. Bowers, and Perkins team regarding transfer motion and infringement updates; | 0.40 |
| 02/23/2022 | A. Griggs | Video conference with L. Charrington, C. Bowers, and Perkins team regarding transfer motion and infringement updates (0.5); draft team call meeting minutes (0.2); | 0.70 |
| 02/23/2022 | J. Ta | Video conference with L. Charrington, C. Bowers, and Perkins team regarding transfer motion and infringement updates (.5); | 0.50 |
| 02/28/2022 | S. Piepmeier | Telephone conference with [redacted] regarding case status (.2); follow up with B. Ramey regarding venue motion (.2); | 0.40 |
| **Subtotal:** [redacted] | | | **85.90** |
| **Total** | | | **85.90** |

**Services**
[redacted]

## Summary of Services through 02/28/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| J. Ta | Partner | 1.10 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 25.20 | [redacted] | [redacted] |
| A. Griggs | Associate | 16.10 | [redacted] | [redacted] |
| B. Kadjo | Associate | 22.80 | [redacted] | [redacted] |
| E. Edlin | Associate | 20.70 | [redacted] | [redacted] |
| **Total Services** | | **85.90** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| **Total Services** | | [redacted] | [redacted] |

## Disbursements and Other Detailed Services through 02/28/2022

| Description | Amount |
|---|---|
| Computer Research | 10.00 |
| [redacted] Professional Services - Invalidity/validity search and report | 5,500.00 |
| **Total** | **$5,510.00** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

**Total Disbursements and Other Services**
$5,510.00

**Total Invoice Amount**
[redacted]



[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | May 5, 2022 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through March 31, 2022

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA # [redacted]**<br>**Swift Code # [redacted]**<br>**Account Name: Perkins Coie LLP**<br>**Account [redacted]** |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

## Professional Services through 03/31/2022

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 03/01/2022 | L. Thomas | Telephone conference with A. Griggs regarding joint motion to transfer venue (.3); research local court rules regarding certificate of certification (.50); | 0.80 |
| 03/01/2022 | S. Piepmeier | Follow up with B. Ramey regarding venue stipulation (.2); analysis regarding potential Motion to Dismiss (.2); | 0.40 |
| 03/01/2022 | A. Griggs | Draft team conference agenda (0.2); edit draft of joint motion to transfer venue and add certificate of conference (0.3); | 0.50 |
| 03/01/2022 | E. Edlin | Correspondence regarding Joint Motion to Transfer (.8); review case strategy proposal and plan upcoming deadlines (.3); | 1.10 |
| 03/02/2022 | S. Piepmeier | Review client call agenda (.1); email communications with client regarding venue status (.2); follow up with opposing counsel regarding stipulation (.1); | 0.40 |
| 03/02/2022 | A. Griggs | Email client updates; | 0.10 |
| 03/02/2022 | E. Edlin | Correspondence regarding joint motion (.3); correspondence regarding team meeting (.2); | 0.50 |
| 03/03/2022 | S. Piepmeier | Email communications with L. Charrington and opposing counsel regarding venue stipulation; | 0.30 |
| 03/03/2022 | A. Griggs | Email client updates; | 0.60 |
| 03/03/2022 | E. Edlin | Finalize joint motion (.4); correspondence regarding same (.4); | 0.80 |
| 03/04/2022 | S. Piepmeier | Email communications [redacted] regarding next steps (.2); | 0.20 |
| 03/07/2022 | E. Edlin | Review [redacted] (.5); | 0.50 |
| 03/08/2022 | S. Piepmeier | Follow up regarding [redacted] (.2); review NDCA Order (.1); | 0.20 |
| 03/08/2022 | B. Kadjo | Revise [redacted] to include non-infringement facts, analysis, and defenses; | 3.80 |
| 03/08/2022 | A. Griggs | Research and prepare to set up [redacted] conference (0.4); update [redacted] (1.9); draft team conference agenda (0.1); | 2.40 |
| 03/08/2022 | E. Edlin | Revise case strategy proposal and correspondence regarding same (5.2); correspondence regarding experts (.3); correspondence regarding invalidity and IPR (.2); | 5.70 |
| 03/09/2022 | S. Piepmeier | Attend weekly client meeting (.5); prepare chart of updated cases (.3); review summary regarding Magistrate DeMarchi (.3); analysis re damages expert retention (.2); send OGP summary to L. Charrington (.3); | 1.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 03/09/2022 | B. Kadjo | Revise [redacted] to include non-infringement facts, analysis, and defenses (1.0); video conference with L. Charrington, C. Bowers, and Perkins team regarding recent transfer and future case strategy (0.5); | 1.50 |
| 03/09/2022 | A. Griggs | Draft and send team conference agenda (0.2); draft and send team conference meeting minutes (0.3); research newly assigned magistrate judge and case deadlines (1.5); | 2.00 |
| 03/09/2022 | E. Edlin | Correspondence regarding team call (.3); research Northern District judge and correspondence regarding same (.2); video conference with L. Charrington, C. Bowers, and Perkins team regarding recent transfer and future case strategy (0.5); revise [redacted] (.7); correspondence regarding Judge DeMarchi (.3); | 2.00 |
| 03/10/2022 | S. Piepmeier | Revise CSP (1.6); prepare for [redacted] (.1); telephone conference with P. Magic regarding Apple suit (.2); | 1.90 |
| 03/10/2022 | B. Kadjo | Revise patent related sections from [redacted] to include recital of claims and further detail the noninfringement strategy; | 1.80 |
| 03/10/2022 | A. Griggs | Research newly re-assigned magistrate judge and case deadlines (1.0); revise and edit [redacted] (1.5); | 2.50 |
| 03/10/2022 | E. Edlin | Correspondence regarding judge and deadlines (.3); revise case strategy proposal (1.5); research Daubert orders (.5); | 2.30 |
| 03/11/2022 | S. Piepmeier | Prepare CSP (2); video conference with [redacted] and Perkins team regarding case status updates (0.5); | 2.50 |
| 03/11/2022 | B. Kadjo | Video conference with [redacted] and Perkins team regarding case status updates (0.5); revise [redacted] from SME interviews (1.5); | 2.00 |
| 03/11/2022 | A. Griggs | Video conference with [redacted] and Perkins team regarding case status updates (0.5); revise and edit [redacted] (2.5); | 3.00 |
| 03/11/2022 | E. Edlin | Attend telephone conference with [redacted] (.5); review case strategy proposal and correspondence regarding same (1.9); draft correspondence to client regarding expert and case strategy proposal (.1); review expert retention letter (.2); | 2.70 |
| 03/14/2022 | L. Thomas | Review and respond to attorneys email requests (.2); update case files (.2); | 0.40 |
| 03/14/2022 | S. Piepmeier | [redacted] regarding prior art (.4); attention to expert retention (.4); | 0.80 |
| 03/15/2022 | S. Piepmeier | [redacted] regarding prior art; | 0.30 |
| 03/15/2022 | A. Griggs | Review and update case calendar (0.1); confirm case deadlines with court clerk (0.3); | 0.40 |
| 03/16/2022 | S. Piepmeier | [redacted] regarding schedule and [redacted]; | 0.30 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 03/16/2022 | A. Sayban | Research background information for A. Griggs (0.7); comile for review (0.5); | 1.20 |
| 03/17/2022 | S. Piepmeier | Research appointed Magistrate Kim (.4); review Order regarding CMC (.1); | 0.50 |
| 03/17/2022 | A. Griggs | Video conference with Perkins team and K. Jeffay regarding inter partes review for '167 patent (0.5); research Magistrate Sallie Kim (0.5); | 1.00 |
| 03/17/2022 | E. Edlin | Video conference with Perkins team and K. Jeffay regarding inter partes review for '167 patent (0.5); | 0.50 |
| 03/17/2022 | J. Delacenserie | Review prior art references for '102 patent. | 0.70 |
| 03/18/2022 | S. Piepmeier | Analysis regarding Magistrate declination (.3); revise update email to L. Charrington regarding same (.1); | 0.40 |
| 03/18/2022 | E. Edlin | Review judge statistics and draft correspondence to client; | 0.50 |
| 03/21/2022 | S. Piepmeier | Attention to Magistrate declination; | 0.20 |
| 03/21/2022 | A. Griggs | Prepare draft declination form for magistrate judge; | 0.30 |
| 03/22/2022 | S. Piepmeier | Analysis regarding custodian SRT (.3); revise agenda for team call (.1); | 0.40 |
| 03/22/2022 | A. Griggs | Send Netflix case strategy proposal as Word version (0.1); draft proposed team call agenda (0.2); | 0.30 |
| 03/22/2022 | E. Edlin | Review notes and draft correspondence regarding custodians (.5); | 0.50 |
| 03/22/2022 | J. Delacenserie | Review prior art references for the '102 patent. | 1.20 |
| 03/23/2022 | S. Piepmeier | Video conference with L. Charrington, C. Bowers, and Perkins team regarding strategy in Northern District of California and custodian tracking (0.5); [redacted] re WDTX schedule (.2); attention to magistrate declination (.1); compile interview notes for team (.1); | 0.90 |
| 03/23/2022 | B. Kadjo | Video conference with L. Charrington, C. Bowers, and Perkins team regarding strategy in Northern District of California and custodian tracking (0.5); | 0.50 |
| 03/23/2022 | A. Griggs | Video conference with L. Charrington, C. Bowers, and Perkins team regarding strategy in Northern District of California and custodian tracking (0.5); draft team meeting minutes (0.2); | 0.70 |
| 03/23/2022 | E. Edlin | Video conference with L. Charrington, C. Bowers, and Perkins team regarding strategy in Northern District of California and custodian tracking (0.5); review case notes and develop strategy (0.5); | 1.00 |
| 03/23/2022 | J. Delacenserie | Review prior art references for the '102 patent. | 6.70 |
| 03/24/2022 | S. Piepmeier | Perform research regarding Judge Tigar (.2); revise meeting minutes (.1); | 0.30 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 03/24/2022 | A. Griggs | Draft team call meeting minutes and send to client; | 0.30 |
| 03/24/2022 | E. Edlin | Review information regarding Judge Tigar and correspondence with client regarding same (.5); review correspondence regarding prior art (1); | 1.50 |
| 03/24/2022 | S. Koenig | Research judge analytics and orders for A. Griggs (1.3); | 1.30 |
| 03/24/2022 | J. Delacenserie | Review prior art references for the '102 patent. | 2.10 |
| 03/28/2022 | S. Piepmeier | Analysis regarding Motion to Dismiss; | 0.30 |
| 03/28/2022 | J. Delacenserie | Review prior art references for the '102 patent. | 4.80 |
| 03/29/2022 | S. Piepmeier | Legal analysis regarding strategy for renewed motion to dismiss; | 0.60 |
| 03/29/2022 | A. Griggs | Review Judge Tigar's ruling statistics [redacted] (1.4); discuss upcoming strategy with internal team(0.4); | 1.80 |
| 03/29/2022 | E. Edlin | Legal research regarding motion to dismiss (3.1); attend telephone conference with S. Piepmeier and A. Griggs regarding case strategy (.3); review call notes (1.2); draft SME tracking spreadsheet (.8); | 5.40 |
| 03/30/2022 | S. Piepmeier | Client communications regarding case status (.2); review order regarding CMC (.3); summarize same [redacted] (.7); | 1.20 |
| 03/30/2022 | A. Griggs | Draft email to client regarding team call (0.2); video conference with E. Edlin, J. Delacenserie, and C. Lee regarding invalidity charts (0.5); review court order and provide strategic response (1.1); | 1.80 |
| 03/30/2022 | E. Edlin | Review research regarding motion to dismiss [redacted] (1.4); correspondence regarding scheduling order and case strategy (.9); video conference with A. Griggs, J. Delacenserie, and C. Lee regarding invalidity contentions (.4); | 2.70 |
| 03/31/2022 | S. Piepmeier | Review recent decision in Ramey case (.2); | 0.20 |
| 03/31/2022 | A. Griggs | Draft email to client regarding team call (0.2); research and analyze law regarding motion to expand time (0.8); | 1.00 |
| 03/31/2022 | E. Edlin | Correspondence with opposing counsel regarding extension (.5); correspondence regarding case strategy (.8); review motion to dismiss and research regarding indirect infringement (1.2); review case management statement template for Northern District of California (.5); | 3.00 |
| **Subtotal:** [redacted] | | | **92.10** |

**TR199 -** [redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 03/09/2022 | J. Ta | Video conference with L. Charrington, C. Bowers, and Perkins team regarding recent transfer and future case strategy (.5); | 0.50 |
| **Subtotal:** [redacted] | | | **0.50** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| | |
|---|---|
| **Total** | **92.60** |

**Services**
[redacted]

## Summary of Services through 03/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| J. Ta | Partner | 0.50 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 13.90 | [redacted] | [redacted] |
| A. Griggs | Associate | 18.70 | [redacted] | [redacted] |
| B. Kadjo | Associate | 9.60 | [redacted] | [redacted] |
| E. Edlin | Associate | 30.70 | [redacted] | [redacted] |
| J. Delacenserie | Associate | 15.50 | [redacted] | [redacted] |
| L. Thomas | Paralegal | 1.20 | [redacted] | [redacted] |
| A. Sayban | Indirect Staff | 1.20 | [redacted] | [redacted] |
| S. Koenig | Indirect Staff | 1.30 | [redacted] | [redacted] |
| **Total Services** | | **92.60** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 92.10 | [redacted] |
| [redacted] | [redacted] | 0.50 | 472.50 |
| **Total Services** | | **92.60** | [redacted] |

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | May 20, 2022 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through April 30, 2022

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $2,250.00 |
| **Total Invoice Amount** | [redacted] |
| Previous Balance Due | [redacted] |
| **Total Due This Invoice** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 04/30/2022

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 04/01/2022 | S. Piepmeier | Revise motion and stipulation regarding CMC; | 0.40 |
| 04/01/2022 | A. Griggs | Prepare motion to extend time; | 1.10 |
| 04/01/2022 | E. Edlin | Draft motion to change time, declaration, and proposed order, and correspondence regarding same (3.8); review prior art and develop strategy for invalidity contentions (.7); review joint statement requirements (.3); | 4.80 |
| 04/01/2022 | J. Delacenserie | Prepare claim charts and heat map of prior art references; | 4.40 |
| 04/03/2022 | A. Griggs | Draft joint case management conference statement; | 2.10 |
| 04/04/2022 | S. Piepmeier | Revise motion to move CMC; | 0.50 |
| 04/04/2022 | A. Griggs | Draft joint case management conference statement (1.2); | 1.20 |
| 04/04/2022 | E. Edlin | Finalize motion to change time and correspondence regarding same (1.5); draft outline of motion to dismiss (.5); | 2.00 |
| 04/05/2022 | S. Piepmeier | Revise agenda for team call; | 0.20 |
| 04/05/2022 | B. Kadjo | Video conference with L. Charrington, C. Bowers, and Perkins team regarding strategy in Northern District of California and custodian tracking (0.5); draft SME interview memorandum [redacted] (1.5); | 2.00 |
| 04/05/2022 | A. Griggs | Draft team call agenda with upcoming calendar dates and email to client; | 0.60 |
| 04/06/2022 | S. Piepmeier | Attention to CMC preparation; | 0.30 |
| 04/06/2022 | A. Griggs | Draft client update email (0.4); research and analyze potential scheduling updates (0.4); | 0.80 |
| 04/06/2022 | E. Edlin | Revise summary to client and correspondence regarding case status (.2); draft email to opposing counsel regarding joint statement (.3); | 0.50 |
| 04/07/2022 | S. Piepmeier | Correspondence with opposing counsel regarding schedule; | 0.20 |
| 04/08/2022 | S. Piepmeier | Prepare statement regarding CMC for W. Ramey (.4); multiple email communications with W. Ramey to request draft CMC statement (.3); review NDCA requirements for CMC statement (.3); | 1.00 |
| 04/11/2022 | S. Piepmeier | Revise CMC statement; | 0.80 |
| 04/11/2022 | A. Griggs | Draft case management conference statement; | 3.60 |
| 04/11/2022 | E. Edlin | Correspondence regarding case management statement (.6); revise case management statement (2.9); | 3.50 |
| 04/12/2022 | S. Piepmeier | Revise case management statement (.3); review Order re-setting CMC (.1); | 0.40 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 04/12/2022 | A. Griggs | Draft case management conference statement (0.6); draft team call agenda (0.3); prepare team updates for client call (0.3); | 1.20 |
| 04/12/2022 | E. Edlin | Revise case management statement and draft correspondence to client regarding same (1.3); review call agenda (.4); correspondence with Perkins team regarding prior art (.1); review prior art analysis regarding '102 patent (.5); correspondence [redacted] regarding prior art (.2); | 2.50 |
| 04/13/2022 | S. Piepmeier | Video conference with L. Charrington, C. Bowers, and Perkins team regarding upcoming case management conference deadlines and motion to dismiss strategies (0.5); | 0.50 |
| 04/13/2022 | B. Kadjo | Video conference with L. Charrington, C. Bowers, and Perkins team regarding upcoming case management conference deadlines and motion to dismiss strategies (0.5); draft SME interview memorandum [redacted] (2.6); | 3.10 |
| 04/13/2022 | A. Griggs | Video conference with L. Charrington, C. Bowers, and Perkins team regarding upcoming case management conference deadlines and motion to dismiss strategies (0.5); | 0.50 |
| 04/13/2022 | E. Edlin | Video conference with L. Charrington, C. Bowers, and Perkins team regarding upcoming case management conference deadlines and motion to dismiss strategies (0.5); | 0.50 |
| 04/18/2022 | A. Griggs | Video conference with [redacted] regarding invalidity charts and strategy (0.5); compile chart of invalidity charts for [redacted] (0.5); revise and update draft invalidity charts (0.6); draft team call agenda (0.2); | 1.80 |
| 04/18/2022 | E. Edlin | Video conference with [redacted] regarding invalidity charts and strategy (0.5); | 0.50 |
| 04/19/2022 | B. Kadjo | Draft SME interview summary [redacted] (1.6); revise SME interview [redacted] (1.7); | 3.30 |
| 04/19/2022 | A. Griggs | Edit and revise call agenda and email updates (0.3); draft prior art invalidity charts (0.7); | 1.00 |
| 04/19/2022 | E. Edlin | Review call agenda and correspondence regarding same (.2); review prior art spreadsheet and charts (.3); | 0.50 |
| 04/20/2022 | B. Kadjo | Revise SME interview summary [redacted]; | 1.80 |
| 04/20/2022 | A. Griggs | Edit and revise call agenda and email updates; | 0.40 |
| 04/20/2022 | E. Edlin | Correspondence regarding preparations for client call (.2); | 0.20 |
| 04/21/2022 | B. Kadjo | Draft SME interview summary [redacted] (.5); revise SME interview for [redacted] (.5); | 1.00 |
| 04/22/2022 | A. Griggs | Revise joint case management statement per client and opposing counsel edits and comments; | 1.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 04/24/2022 | A. Griggs | Revise joint case management statement per client and opposing counsel edits and comments; | 0.40 |
| 04/25/2022 | S. Piepmeier | Revise CMC statement; | 0.30 |
| 04/25/2022 | B. Kadjo | Video conference with [redacted] regarding invalidity charts (0.4); | 0.40 |
| 04/25/2022 | A. Griggs | Video conference with [redacted] regarding invalidity charts (0.4); create '167 patent invalidity chart template (5.8); | 4.80 |
| 04/25/2022 | E. Edlin | Review joint case management statement and correspondence regarding same (.7); video conference with [redacted] regarding invalidity charts (0.4); correspondence regarding chart format (.4); | 1.50 |
| 04/25/2022 | D. Nolan | Research Local Rule 3-15 disclosure requirements for attorney review (0.2); update case management database (1.6); | 1.80 |
| 04/26/2022 | A. Griggs | Analyze 12(c) motion of similar Netflix case (0.5); finalize statement of interested parties (0.2); coordinate filings (0.3); revise and finalize draft invalidity chart templates (0.7); | 1.70 |
| 04/26/2022 | E. Edlin | Review joint CMC statement and correspondence regarding same (2.5); correspondence regarding pro hac vice motion and corporate disclosures filing (.3); | 0.80 |
| 04/26/2022 | J. Delacenserie | Update '102 patent claim chart template; | 0.30 |
| 04/26/2022 | D. Nolan | Revise joint case management statement (0.5); revise Rule 7.1 disclosures notice (0.5); e-file same (0.2); draft pro hac vice appearance application for J. Ta (0.5); coordinate receipt of supporting exhibit for same (0.3); maintain database for case materials (1.0); | 3.00 |
| 04/27/2022 | S. Piepmeier | Review client update; | 0.10 |
| 04/27/2022 | J. Delacenserie | Search Proquest for prior art to '102 patent; | 0.80 |
| 04/29/2022 | A. Griggs | Research case law for motion to dismiss (2.5); draft motion to dismiss (2.3); | 4.80 |
| 04/29/2022 | E. Edlin | Attend telephone conference with S. Piepmeier and L. Gordon regarding IPR (.2); attend telephone conference with S. Piepmeier, L. Gordon, and E. Brennan regarding IPR and invalidity strategy (.4); review case management statement and prepare for hearing (.7); | 1.30 |
| 04/29/2022 | J. Delacenserie | Search for '102 patent prior art references on Proquest (1.8); review previously-identified '102 patent prior art references (0.8); | 2.60 |
| **Subtotal:** [redacted] | | | **75.30** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 04/12/2022 | J. Ta | Revise joint case management conference statement (.4); | 0.40 |
| 04/13/2022 | J. Ta | Prepare for video conference with L. Charrington (.1); DTE: Video conference with L. Charrington, C. Bowers, and Perkins team regarding upcoming case management conference deadlines and motion to dismiss strategies (.5); | 0.60 |
| **Subtotal:** [redacted] | | | **1.00** |
| **Total** | | | **76.30** |

**Services**
[redacted]

## Summary of Services through 04/30/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| J. Ta | Partner | 1.00 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 4.70 | [redacted] | [redacted] |
| A. Griggs | Associate | 27.50 | [redacted] | [redacted] |
| B. Kadjo | Associate | 11.60 | [redacted] | [redacted] |
| E. Edlin | Associate | 18.60 | [redacted] | [redacted] |
| J. Delacenserie | Associate | 8.10 | [redacted] | [redacted] |
| D. Nolan | Paralegal | 4.80 | [redacted] | [redacted] |
| **Total Services** | | **76.30** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 75.30 | [redacted] |
| [redacted] | [redacted] | 1.00 | [redacted] |
| **Total Services** | | **76.30** | [redacted] |

## Disbursements and Other Detailed Services through 04/30/2022

| Description | Amount |
|---|---|
| [redacted] Professional Services | 2,250.00 |
| **Total** | **$2,250.00** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

**Total Disbursements and Other Services**
$2,250.00

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | June 29, 2022 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through May 31, 2022

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $134.70 |
| **Total Invoice Amount** | [redacted] |
| Previous Balance Due | [redacted] |
| **Total Due This Invoice** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA # [redacted]**<br>**Swift Code # [redacted]**<br>**Account Name: Perkins Coie LLP**<br>**Account Number: [redacted]** |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 05/31/2022

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 05/01/2022 | A. Griggs | Draft motion to dismiss First Amended Complaint; | 3.00 |
| 05/02/2022 | S. Piepmeier | Prepare for CMC (.3); review email to clerk regarding appearances (.1); | 0.40 |
| 05/02/2022 | B. Kadjo | Video conference with E. Edlin, C. Lee, J. Delacenserie, and A. Griggs regarding invalidity chart coordination (0.4); video conference with [redacted] invalidity contentions (.5); draft invalidity contentions (.1); | 1.00 |
| 05/02/2022 | A. Griggs | Video conference with [redacted] regarding invalidity charts (0.5); video conference with E. Edlin, B. Kadjo, C. Lee, and J. Delacenserie, regarding invalidity chart coordination (0.4); telephone conference with E. Edlin regarding [redacted] strategy (0.5); coordinate invalidity charts among [redacted] (1.3); draft motion to dismiss First Amended Complaint (0.8); | 3.50 |
| 05/02/2022 | E. Edlin | Correspondence regarding hearing preparations (.4); correspondence regarding invalidity contentions and '167 prior art (.8); video conference with B. Kadjo, C. Lee, J. Delacenserie, and A. Griggs regarding invalidity chart coordination (0.4); attend telephone conference [redacted] regarding contentions (.2); | 1.80 |
| 05/02/2022 | J. Delacenserie | Video conference with E. Edlin, B. Kadjo, C. Lee, and A. Griggs regarding invalidity chart coordination (0.4); review current version of Fransdonk invalidity chart (0.2). | 0.60 |
| 05/02/2022 | D. Nolan | Research local rules and judicial orders for requirements for CMC appearance and report findings to case attorney team; | 0.70 |
| 05/03/2022 | S. Piepmeier | Prepare for CMC (.3); attend CMC (.4); revise agenda for call (.2); review order (.3); analysis regarding invalidity contentions (.5); | 1.70 |
| 05/03/2022 | B. Kadjo | Draft invalidity contentions for 102 patent using Rosenblatt textbook; | 2.40 |
| 05/03/2022 | A. Griggs | Draft motion to dismiss First Amended Complaint (2.9); draft team meeting agenda (0.1); attend case management conference (0.4); | 3.40 |
| 05/03/2022 | E. Edlin | Correspondence regarding client call agenda (.2); review motion to dismiss First Amended Complaint (1.0); | 1.20 |
| 05/03/2022 | J. Ta | Review scheduling order (.1); | 0.10 |
| 05/03/2022 | D. Nolan | Maintain case deadline calendar; | 0.10 |
| 05/04/2022 | S. Piepmeier | Lead team call (.5); review notes to prepare for team call (.1); | 0.60 |
| 05/04/2022 | B. Kadjo | Video conference with L. Charrington, C. Bowers, and Perkins team regarding strategy in Northern District of California and custodian tracking (0.5); | 0.50 |
| 05/04/2022 | A. Griggs | Draft invalidity charts; | 5.40 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 05/04/2022 | E. Edlin | Video conference with Netflix and Perkins teams regarding motion to dismiss and upcoming case strategy (0.5); revise motion to dismiss First Amended Complaint (3.2); correspondence regarding First Amended Complaint (.2); | 3.90 |
| 05/04/2022 | J. Ta | Video conference with Netflix and Perkins teams regarding motion to dismiss and upcoming case strategy (.5); | 0.50 |
| 05/05/2022 | S. Piepmeier | Follow up regarding motion to dismiss and discovery action items; | 0.20 |
| 05/05/2022 | A. Griggs | Draft invalidity charts; | 4.40 |
| 05/05/2022 | J. Ta | Revise motion to dismiss First Amended Complaint (1.0); correspond with E. Edlin regarding motion to dismiss (.2); | 1.20 |
| 05/06/2022 | S. Piepmeier | Email communications regarding Motion to Dismiss arguments; | 0.20 |
| 05/06/2022 | B. Kadjo | Revise 102 patent invalidity chart for Rosenblatt textbook; | 0.90 |
| 05/06/2022 | A. Griggs | Draft invalidity charts; | 4.10 |
| 05/06/2022 | J. Ta | Revise motion to dismiss (.3); | 0.30 |
| 05/06/2022 | A. Sayban | Research company information for A. Griggs (3.0); compile information for review (1.0); | 4.00 |
| 05/06/2022 | J. Delacenserie | Revise Fransdonk invalidity chart; | 0.50 |
| 05/06/2022 | D. Nolan | Research format and content parameters of motions to dismiss in N.D. Cal. for attorney review; | 0.70 |
| 05/09/2022 | S. Piepmeier | Revise Motion to Dismiss First Amended Complaint; | 1.20 |
| 05/09/2022 | B. Kadjo | Video conference with E. Edlin, A. Griggs, and [redacted] regarding invalidity charts and pleading cover strategies (0.4); revise 102 invalidity contentions for Rosenblatt (.5); | 0.90 |
| 05/09/2022 | A. Griggs | Video conference with E. Edlin, B. Kadjo, and [redacted] regarding invalidity charts and pleading cover strategies (0.4); edit draft motion to dismiss (1.0); audio conference with C. Lee regarding invalidity charts (0.2); revise and edit invalidity charts (2.5); | 4.10 |
| 05/09/2022 | E. Edlin | Video conference with B. Kadjo, A. Griggs, and [redacted] regarding invalidity charts and pleading cover strategies (0.4); revise motion to dismiss (2.5) | 2.90 |
| 05/09/2022 | J. Ta | Attention to edits and correspondence related to motion to dismiss (.2); | 0.20 |
| 05/09/2022 | J. Delacenserie | Revise Fransdonk invalidity chart; | 4.10 |
| 05/09/2022 | D. Nolan | Maintain database for case related deadlines; | 1.00 |
| 05/10/2022 | S. Piepmeier | Revise Motion to Dismiss First Amended Complaint; | 0.70 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 05/10/2022 | B. Kadjo | Analyse prior art for 102 patent related to fingerprint limitation; | 0.30 |
| 05/10/2022 | A. Griggs | Revise and edit draft motion to dismiss First Amended Complaint for client review; | 2.20 |
| 05/10/2022 | E. Edlin | Review motion to dismiss First Amended Complaint and correspondence regarding same (1.5); correspondence regarding invalidity contentions and review draft charts (1.0); | 2.50 |
| 05/10/2022 | J. Ta | Revise motion to dismiss First Amended Complaint (.3); | 0.30 |
| 05/10/2022 | J. Delacenserie | Revise Van Brandenburg invalidity chart; | 1.30 |
| 05/11/2022 | A. Griggs | Draft team call agenda; | 0.30 |
| 05/11/2022 | E. Edlin | Review correspondence regarding invalidity contentions and drafts (1.9); review call agenda (.2); | 2.10 |
| 05/11/2022 | J. Delacenserie | Revise Van Brandenburg invalidity chart; | 1.50 |
| 05/12/2022 | S. Piepmeier | Video conference with L. Charrington, A. Wynn-Grant, C. Bowers, and Perkins team regarding motion to dismiss briefing and upcoming discovery strategy (0.6); analyze Second Amended Complaint (.3); review client edits to Motion to Dismiss First Amended Complaint (.2); legal research regarding notice (.3); | 1.40 |
| 05/12/2022 | B. Kadjo | Video conference with L. Charrington, A. Wynn-Grant, C. Bowers, and Perkins team regarding motion to dismiss briefing and upcoming discovery strategy (.6); analyze invalidity charts [redacted] (.6); | 1.20 |
| 05/12/2022 | A. Griggs | Video conference with L. Charrington, A. Wynn-Grant, C. Bowers, and Perkins team regarding motion to dismiss briefing and upcoming discovery strategy (0.6); review second amended complaint for response strategy (0.7); research and compile court forms and model documents for upcoming 26(f) discovery, protective order, and electronic storage agreements (1.0); | 2.30 |
| 05/12/2022 | E. Edlin | Video conference with L. Charrington, A. Wynn-Grant, C. Bowers, and Perkins team regarding motion to dismiss briefing and upcoming discovery strategy (0.6); review case materials and correspondence regarding strategy (.3); review motion to dismiss comments (.5); review amended pleadings and draft correspondence regarding same (1.0); legal research regarding strategy for motion to dismiss concerning notice letters and pleading willful infringement and correspondence regarding same (3.1); | 5.50 |
| 05/12/2022 | J. Delacenserie | Revise Van Brandenburg invalidity chart. | 0.40 |
| 05/13/2022 | S. Piepmeier | Video conference with J. Ta, E. Edlin, B. Kadjo, and A. Griggs regarding internal strategy for motion to dismiss briefing (0.5); legal research regarding pleading sufficiency (.3); Video conference with L. Charrington regarding responsive pleading (.5); | 1.30 |
| 05/13/2022 | B. Kadjo | Video conference with S. Piepmeier, J. Ta, E. Edlin, and A. Griggs | 0.70 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | regarding internal strategy for motion to dismiss briefing (0.5); analyze possible arguments for dismissal (.2); | |
| 05/13/2022 | A. Griggs | Prepare notes from video conference with S. Piepmeier, J. Ta, E. Edlin, and B. Kadjo regarding internal strategy for motion to dismiss briefing (0.2); | 0.20 |
| 05/13/2022 | E. Edlin | Review invalidity contentions charts and correspondence regarding same (.8); video conference with S. Piepmeier, J. Ta, B. Kadjo, and A. Griggs regarding internal strategy for motion to dismiss briefing (0.5); attend video conference with L. Charrington and S. Piepmeier regarding Motion to Dismiss (.5); legal research regarding cease and desist letters (1.9); correspondence regarding amended complaint and develop strategy regarding same (.5); | 4.20 |
| 05/13/2022 | D. Nolan | Maintain pleadings and calendar databases; | 0.50 |
| 05/14/2022 | S. Piepmeier | Correspondence with opposing counsel and client regarding extension of time to respond to Second Amended Complaint (.3); | 0.30 |
| 05/15/2022 | A. Griggs | Find and compile list of prior art patent numbers for L. Gordon; | 0.40 |
| 05/16/2022 | S. Piepmeier | Analysis regarding invalidity contentions (.5); review SME interview notes (.2); revise summary of team call (.1); attention to 26f meeting preparation (.3); prepare ADR certification (.3); | 1.40 |
| 05/16/2022 | B. Kadjo | Video conference with E. Edlin, A. Griggs, and [redacted] regarding invalidity contentions (0.6); revise invalidity contention for Rosenblatt (.9); | 1.50 |
| 05/16/2022 | A. Griggs | Video conference with E. Edlin, B. Kadjo, and [redacted] regarding invalidity contentions (0.6); draft joint stipulation to extend time and accompanying declaration (2.1); draft invalidity charts (1.5); | 4.20 |
| 05/16/2022 | E. Edlin | Analysis regarding prior art for invalidity contentions (1.1); video conference with B. Kadjo, A. Griggs, and [redacted] regarding invalidity contentions (0.6); review invalidity contentions and correspondence regarding same (.8); correspondence regarding ADR forms and review forms (.5); correspondence regarding discovery (.2); | 3.20 |
| 05/16/2022 | D. Nolan | Research case deadlines and update related database; | 1.40 |
| 05/16/2022 | D. Nolan | Coordinate preparation of pro hac vice appearance regarding J. Ta; | 0.20 |
| 05/16/2022 | D. Nolan | Research ADR certification requirements for E. Edlin; | 0.50 |
| 05/17/2022 | S. Piepmeier | Attention to ADR forms (.1); revise extension stipulation (.2); | 0.30 |
| 05/17/2022 | B. Kadjo | Revise Fransdonk invalidity chart for 102 patent (2.4); review new infringement contentions (.4); | 2.80 |
| 05/17/2022 | A. Griggs | Draft discovery requests (1.9); | 1.90 |
| 05/17/2022 | E. Edlin | Revise list of discovery topics and research Valjakka's company for | 1.00 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | discovery topic (.5); correspondence regarding ADR certification and rule 26(f) conference (.5); | |
| 05/17/2022 | J. Ta | Attention to correspondence with opposing counsel regarding case management conference and mediation issues (.2); analyzed list of proposed discovery requests to Valjakka (.3); | 0.50 |
| 05/17/2022 | D. Nolan | Prepare and file notice of appearance of E. Edlin; | 0.30 |
| 05/17/2022 | D. Nolan | Prepare infringement contentions received from opposing counsel for case team review; | 0.40 |
| 05/17/2022 | D. Nolan | Prepare and file pro hac vice admission of J. Ta; | 1.90 |
| 05/17/2022 | D. Nolan | Prepare ADR Certification form; | 0.10 |
| 05/18/2022 | S. Piepmeier | Attention to extension stipulation (.1); review strategy for invalidity contentions (.1); review updated case list (.1); email communication regarding summary for client (.1); | 0.40 |
| 05/18/2022 | B. Kadjo | Revise invalidity contentions for 102 patent to include secondary prior art references (.9); draft motivation to combine (.8); | 1.70 |
| 05/18/2022 | A. Griggs | Draft additional discovery requests; | 0.30 |
| 05/18/2022 | E. Edlin | Revise and finalize stipulation and correspondence regarding same (.8); correspondence regarding discovery topics (.5); correspondence regarding case strategy (.2); correspondence regarding claim charts (.5); | 2.00 |
| 05/18/2022 | D. Nolan | File updated pro hac vice appearance per instruction of the Court; | 0.70 |
| 05/18/2022 | D. Nolan | Edit/revise and file joint stipulation regarding extension of time to reply to second amended complaint; | 1.70 |
| 05/18/2022 | D. Nolan | Maintain case materials management database; | 0.20 |
| 05/19/2022 | B. Kadjo | Revise 102 patent invalidity charts [redacted] (1.0); revise the same to include secondary prior art for gaps (1.7); | 2.70 |
| 05/19/2022 | E. Edlin | Review contentions and claim charts (2.0); | 2.00 |
| 05/20/2022 | B. Kadjo | Draft overview summary for A. Wynn-Grant; | 1.00 |
| 05/20/2022 | A. Griggs | Coordinate [redacted] invalidity contention drafts; | 0.60 |
| 05/20/2022 | J. Delacenserie | Prepare '102 patent invalidity claim chart for DeMello reference; | 3.80 |
| 05/22/2022 | A. Griggs | Revise draft pleading cover for invalidity contentions; | 0.80 |
| 05/23/2022 | S. Piepmeier | Revise [redacted] (.3); revise [redacted] (.2); analysis regarding invalidity contentions (.2); | 0.70 |
| 05/23/2022 | B. Kadjo | Revise invalidity charts to include motivations to combine (1.0); analyze | 3.90 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | new prior art for invalidity contentions that was just identified (1.5); video conference with L. Gordon, E. Edlin, A. Griggs, and [redacted] regarding invalidity contentions and pleading cover drafts (0.5); revise overview for client (.6); revise SME [redacted] (.3); | |
| 05/23/2022 | A. Griggs | Review and analyze draft pleading cover for invalidity contentions (0.6); video conference with L. Gordon, E. Edlin, B. Kadjo, and [redacted] regarding invalidity contentions and pleading cover drafts (0.5); | 1.10 |
| 05/23/2022 | E. Edlin | Review invalidity contentions and correspondence regarding same (3.5); attend telephone conference with L. Gordon regarding invalidity contentions (.5); attend telephone conference with B. Kadjo regarding invalidity contentions (.5); video conference with L. Gordon, B. Kadjo, A. Griggs, and [redacted] regarding invalidity contentions and pleading cover drafts (0.5); revise motion to dismiss (1.5); revise case overview document (1.6); | 8.10 |
| 05/23/2022 | J. Delacenserie | Review additional prior art references for '102 patent (0.9); video call with L. Gordon regarding invalidity strategy for '102 patent (0.5); | 1.40 |
| 05/23/2022 | D. Nolan | Update case deadlines calendar; | 1.00 |
| 05/24/2022 | S. Piepmeier | Revise SME summaries (.2); revise overview for client (.2); | 0.40 |
| 05/24/2022 | B. Kadjo | Revise Case overview for client to include further case schedule facts and deadlines (1.2); revise SME interview [redacted] (.6); | 1.80 |
| 05/24/2022 | A. Griggs | Draft team call agenda (0.2); draft interrogatories and requests for production (1.6); draft initial disclosures (1.5); | 3.30 |
| 05/24/2022 | E. Edlin | Revise case overview document and correspondence regarding same (1.8); review case materials and develop strategy (1.2); correspondence regarding initial disclosures (.5); draft initial disclosures (.5); revise motion to dismiss Second Amended Complaint (1.6); | 5.60 |
| 05/25/2022 | S. Piepmeier | Revise draft Initial Disclosures (.3); video conference with L. Charrington, A. Wynn-Grant, C. Bowers, and Perkins team regarding responsive pleading strategy, initial disclosures, and damages experts (0.5); | 0.80 |
| 05/25/2022 | B. Kadjo | Video conference with L. Charrington, A. Wynn-Grant, C. Bowers, and Perkins team regarding responsive pleading strategy, initial disclosures, and damages experts (0.5); review and analyze [redacted] (.5); | 1.00 |
| 05/25/2022 | A. Griggs | Video conference with L. Charrington, A. Wynn-Grant, C. Bowers, and Perkins team regarding responsive pleading strategy, initial disclosures, and damages experts (0.5); review and proof initial disclosures (0.8); revise and update discovery requests (0.6); | 1.90 |
| 05/25/2022 | E. Edlin | Video conference with L. Charrington, A. Wynn-Grant, C. Bowers, and Perkins team regarding responsive pleading strategy, initial disclosures, and damages experts (0.5); revise initial disclosures (.5); correspondence regarding damages expert (.3); review and revise interrogatories and RFPs (2.5); research and revise motion to dismiss (1.4); | 5.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
| --- | --- | --- | --- |
| 05/25/2022 | D. Nolan | Update case deadlines calendar; | 3.00 |
| 05/26/2022 | S. Piepmeier | Revise Rule 26(f) statement; | 0.20 |
| 05/26/2022 | E. Edlin | Correspondence regarding joint discovery statement (.3); | 0.30 |
| 05/26/2022 | D. Nolan | Maintain case materials database; | 0.50 |
| 05/27/2022 | S. Piepmeier | Attention to Rule 26(f) statement; | 0.20 |
| 05/27/2022 | E. Edlin | Revise rule 26 statement and correspondence regarding same (.6); correspondence regarding initial disclosures (.3); review research regarding notice letters (.8) | 1.70 |
| 05/28/2022 | S. Piepmeier | Review prior art from L. Charrington (Unified) (.2); analysis regarding MTD Second Amended Complaint (.4); | 0.60 |
| 05/30/2022 | S. Piepmeier | Review correspondence regarding Rule 26(f) statement; | 0.20 |
| 05/30/2022 | A. Griggs | Review draft joint Rule 26(f) conference report; | 0.40 |
| 05/30/2022 | E. Edlin | Correspondence regarding Rule 26 statement and initial disclosures (.4); review memo (.3); review case materials and develop strategy (.2); | 0.90 |
| 05/31/2022 | S. Piepmeier | Review initial disclosures (.2); analysis regarding discovery requests (.2); follow up regarding 26f statement (.1); [redacted] (.2); | 0.70 |
| 05/31/2022 | A. Griggs | Finalize draft of initial disclosures for service; | 0.60 |
| 05/31/2022 | E. Edlin | Review memo regarding '167 patent and correspondence regarding same (.9); prepare motion to dismiss Second Amended Complaint (2.2); perform legal research regarding notice letter (2.7); | 5.80 |
| **Subtotal:** [redacted] | | | **182.10** |

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
| --- | --- | --- | --- |
| 05/12/2022 | J. Ta | Attend weekly team call; analyze Sonos case and L. Charrington's comments on motion to dismiss (1.0); prepare response to draft of motion to dismiss (.5); confer with Perkins team regarding draft of motion to dismiss (.8); analyze Second Amended Complaint and impact on motion to dismiss (.4); analyze topics for Rule 26(f) conference (.2); attention to alleged notice issues raised in Second Amended Complaint (.3); | 3.20 |
| 05/13/2022 | J. Ta | Video conference with S. Piepmeier, E. Edlin, B. Kadjo, and A. Griggs regarding internal strategy for motion to dismiss briefing (.5); [redacted] (.2); | 0.70 |
| **Subtotal:** [redacted] | | | **3.90** |
| **Total** | | | **186.00** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

**Services**
[redacted]

## Summary of Services through 05/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| J. Ta | Partner | 7.00 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 13.90 | [redacted] | [redacted] |
| A. Griggs | Associate | 48.40 | [redacted] | [redacted] |
| B. Kadjo | Associate | 24.30 | [redacted] | [redacted] |
| E. Edlin | Associate | 59.90 | [redacted] | [redacted] |
| J. Delacenserie | Associate | 13.60 | [redacted] | [redacted] |
| D. Nolan | Paralegal | 14.90 | [redacted] | [redacted] |
| A. Sayban | Indirect Staff | 4.00 | [redacted] | [redacted] |
| **Total Services** | | **186.00** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 182.10 | [redacted] |
| [redacted] | [redacted] | 3.90 | [redacted] |
| **Total Services** | | **186.00** | [redacted] |

## Disbursements and Other Detailed Services through 05/31/2022

| Description | Amount |
|---|---|
| Computer Research | 134.70 |
| **Total** | **$134.70** |

**Total Disbursements and Other Services**
$134.70

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | August 30, 2022 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through July 31, 2022

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 07/31/2022

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 07/01/2022 | S. Porter | Complete cite check and proof Netflix Preliminary Invalidity Contentions claim charts A6 - A9 for U.S. Patent No. 8,495,167 (7.60); | 7.60 |
| 07/01/2022 | A. Griggs | Draft amended initial disclosures (0.6); prepare final invalidity contentions for service (7.7); | 8.30 |
| 07/01/2022 | E. Edlin | Finalize invalidity contentions, production, and initial disclosures for service and correspondence regarding same (4.5); review protective order edits and correspondence with opposing counsel regarding same (.5); correspondence regarding protective order declaration (.4): correspondence regarding license potential conflicts (.4); | 5.80 |
| 07/01/2022 | G. Auslander | Complete cite check of A4 invalidity chart for '167 (2.2); start cite check of A5 invalidity chart for '167 (5.7); | 7.90 |
| 07/01/2022 | J. Delacenserie | Revise and finalize '102 patent sections of invalidity contentions cover pleading and invalidity charts for service. | 4.20 |
| 07/05/2022 | A. Griggs | Draft team update email (0.5); revise draft of declaration in support of protective order (1.5); revise draft protective order (0.3); | 2.30 |
| 07/05/2022 | E. Edlin | Review case materials and develop strategy regarding protective order, ESI order, and productions, and correspondence regarding same (1.3); develop strategy regarding claim construction (.3); | 1.60 |
| 07/06/2022 | S. Piepmeier | Attention to [redacted]; | 0.30 |
| 07/06/2022 | A. Griggs | Draft negotiation emails to opposing counsel regarding protective order (0.2); edit and revise draft declaration (1.6); | 1.80 |
| 07/07/2022 | A. Griggs | Draft and edit appendix to ESI order (0.8); revise ESI order (0.5); | 1.30 |
| 07/08/2022 | S. Piepmeier | Analyze ESI Order draft and custodians; | 0.30 |
| 07/08/2022 | A. Griggs | Draft ESI order and accompanying client email; | 0.90 |
| 07/08/2022 | E. Edlin | Correspondence regarding protective order and electronically stored information order; | 0.50 |
| 07/10/2022 | E. Edlin | Develop strategy regarding claim construction and correspondence regarding same; | 0.50 |
| 07/11/2022 | S. Piepmeier | Analysis regarding claim construction; | 0.40 |
| 07/11/2022 | J. Moore | Review Valjakka's infringement contentions and '167 patent (1.6); draft list of proposed claim construction terms (.3); | 1.90 |
| 07/11/2022 | A. Griggs | Review materials for claim construction strategy (0.3); contact expert and coordinate meeting and materials for review (0.3); | 0.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 07/11/2022 | E. Edlin | Correspondence regarding claim construction (.4); review materials and develop strategy regarding claim construction (.7); | 1.10 |
| 07/11/2022 | D. Nolan | Prepare and transmit materials for review by retained expert A. Rubin; | 1.00 |
| 07/11/2022 | D. Nolan | Maintain database for expert materials; | 0.50 |
| 07/11/2022 | D. Nolan | Maintain database for case filings and related case deadlines; | 0.50 |
| 07/11/2022 | D. Nolan | Maintain database and related log for discovery materials; | 1.00 |
| 07/12/2022 | S. Piepmeier | Review plaintiff's interrogatory repsonses (.3); provide instructions to team regarding meet and confer letter (.1); review claim construction notes (.2); | 0.60 |
| 07/12/2022 | J. Moore | Review Valjakka's infringement contentions and '102 and '167 patents (2.8); Attend portion of video conference with L. Gordon, E. Edlin, and A. Griggs regarding claim constructions terms (1.0); draft list of proposed claim terms (.5); | 4.30 |
| 07/12/2022 | A. Griggs | Review materials for claim construction strategy (1.0); video conference with L. Gordon, E. Edlin, and J. Moore regarding claim constructions terms (1.5); | 2.50 |
| 07/12/2022 | E. Edlin | Video conference with L. Gordon, J. Moore, and A. Griggs regarding claim constructions terms (1.8); review patents and develop claim construction strategy (2.4); correspondence regarding same (.4); review discovery responses and correspondence regarding same (.5); | 5.10 |
| 07/12/2022 | D. Nolan | Maintain database for Plaintiff's and client's discovery materials; | 1.00 |
| 07/12/2022 | D. Nolan | Maintain case email distribution list serve agent; | 0.20 |
| 07/12/2022 | D. Nolan | Maintain database for case filings and related case deadlines; | 0.60 |
| 07/12/2022 | D. Nolan | Maintain case calendar; | 1.00 |
| 07/13/2022 | S. Piepmeier | Video conference with Netflix and Perkins teams regarding case status updates, negotiations on protective order with opposing counsel, and future litigation strategy (0.8); video conference with L. Gordon, E. Edlin, J. Moore, and A. Griggs regarding deadline extensions, claim construction terms, IPR strategy, and Plaintiff's discovery responses (1.0); study claim construction preliminary recommendations from team (.2); email communications with opposing counsel regarding PLR 4.1 and 4.2 deadlines and PO (.3); revise communication to plaintiff regarding PO negotiations (.2); | 2.50 |
| 07/13/2022 | J. Moore | Video conference with S. Piepmeier, L. Gordon, E. Edlin, and A. Griggs regarding deadline extensions, claim construction terms, IPR strategy, and Plaintiff's discovery responses (1.0); video conference with Netflix and Perkins teams regarding case status updates, negotiations on protective order with opposing counsel, and future litigation strategy (0.8); | 1.80 |
| 07/13/2022 | A. Griggs | Video conference with S. Piepmeier, L. Gordon, E. Edlin, and J. Moore | 1.40 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | regarding deadline extensions, claim construction terms, IPR strategy, and Plaintiff's discovery responses (0.6); video conference with Netflix and Perkins teams regarding case status updates, negotiations on protective order with opposing counsel, and future litigation strategy (0.8); | |
| 07/13/2022 | E. Edlin | Video conference with S. Piepmeier, L. Gordon, J. Moore, and A. Griggs regarding deadline extensions, claim construction terms, IPR strategy, and Plaintiff's discovery responses (1.0); review case materials and develop strategy (.9); correspondence regarding protective order (.4); revise protective order and declaration (.8); | 3.10 |
| 07/14/2022 | S. Piepmeier | Telephone conference with A. Wynn Grant regarding upcoming action items (.5); analysis regarding Protective Order submission (.2); | 0.70 |
| 07/14/2022 | J. Moore | Draft letter to plaintiff regarding discovery deficiencies (1.2); review plaintiff's response to first set of interrogatories and requests for production (1.8); | 3.00 |
| 07/14/2022 | A. Griggs | Draft team call agenda meeting minutes; | 0.20 |
| 07/14/2022 | E. Edlin | Draft correspondence regarding protective order and prosecution bar (.6); correspondence regarding discovery (.3); draft motion for disputed protective order and correspondence regarding same (1.5); | 2.40 |
| 07/14/2022 | J. Delacenserie | Review '102 patent invalidity charts to provide updated ranking of references for EPR. | 0.40 |
| 07/15/2022 | S. Piepmeier | Revise meet and confer letter regarding plaintiff's deficient discovery responses (.4); telephone conference with L. Charrington regarding discovery deadlines and staffing (.5); review upcoming deadlines to develop action plan (.4); | 1.30 |
| 07/15/2022 | J. Moore | Revise letter to plaintiff regarding discovery deficiencies (.4); research case law regarding failure to meet discovery obligations (.2); review Valjakka infringement contentions (.4); revise list of proposed claim construction terms (.2); | 1.20 |
| 07/15/2022 | E. Edlin | Correspondence regarding disputed protective order (.6); revise letter regarding discovery deficiencies and correspondence regarding same (.9); review claim terms and develop strategy (1.2); legal research regarding motion to compel (.9); | 3.60 |
| 07/15/2022 | D. Nolan | Prepare case calendar summary report for review by E. Edlin (1.5); | 1.50 |
| 07/16/2022 | E. Edlin | Legal research regarding motion to compel (1.1); revise letter regarding discovery (.2); | 1.30 |
| 07/17/2022 | S. Piepmeier | Revise meet and confer letter; | 0.30 |
| 07/18/2022 | S. Piepmeier | Analysis regarding claim construction; | 1.80 |
| 07/18/2022 | J. Moore | Video conference with A. Rubin, P. Martin, E. Edlin, and A. Griggs regarding claim construction (0.4); review documentation and interview | 2.40 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | summaries regarding accused functionality (2.0); | |
| 07/18/2022 | A. Griggs | Video conference with A. Rubin, P. Martin, E. Edlin, and J. Moore regarding claim construction (0.4); draft call notes (0.1); | 0.50 |
| 07/18/2022 | E. Edlin | Video conference with A. Rubin, P. Martin, J. Moore, and A. Griggs regarding claim construction (0.4); review case materials and develop strategy (.6); attend telephone conference with S. Piepmeier regarding case status (.4); review claim terms and correspondence regarding same (.7); | 2.10 |
| 07/18/2022 | D. Nolan | Prepare and transmit materials to expert A. Rubin (1.0); maintain database for case materials and filings (0.5); | 1.50 |
| 07/19/2022 | S. Piepmeier | Revise claim construction strategy chart (.6); video conference with S. Piepmeier, E. Edlin, and J. Moore regarding claim construction terms (.7); revise agenda for team call (.1); review client edits to meet and confer letter (.1); [redacted] (.2); | 1.70 |
| 07/19/2022 | J. Moore | Review documentation and interview summaries regarding accused functionality (1.0); revise proposed claim construction terms (1.2); video conference with S. Piepmeier, E. Edlin, and J. Moore regarding claim construction terms (.7); review 167 file history (1.5); | 4.40 |
| 07/19/2022 | A. Griggs | Video conference with A. Rubin, P. Martin, E. Edlin, and J. Moore regarding claim construction (0.4); draft call notes (0.1); review draft ESI order declaration (0.3); | 0.80 |
| 07/19/2022 | E. Edlin | Video conference with S. Piepmeier and J. Moore regarding claim construction terms (.7); review case calendar and materials and develop strategy (.4); review claim terms chart and correspondence regarding same (1.2); | 2.30 |
| 07/20/2022 | S. Piepmeier | Review upcoming deadlines and claim chart to prepare for client meeting (.3); video conference with A. Wynn-Grant, L. Charrington, C. Bowers, and Perkins team regarding upcoming deadlines and claim construction (0.5); email communications with opposing counsel regarding Protective Order and [redacted] (.3); | 1.10 |
| 07/20/2022 | J. Moore | Revise letter to Valjakka regarding deficiencies in discovery response (.4); review valjakka production (.2); Video conference with A. Wynn-Grant, L. Charrington, C. Bowers, and Perkins team regarding upcoming deadlines and claim construction (0.5); review documentation and interview summaries regarding accused functionality (.6); | 1.70 |
| 07/20/2022 | A. Griggs | Video conference with A. Wynn-Grant, L. Charrington, C. Bowers, and Perkins team regarding upcoming deadlines and claim construction (0.5); draft team call meeting minutes (0.1); update license notices (1.1); | 1.70 |
| 07/20/2022 | E. Edlin | Correspondence regarding protective order (.4); review Valjakka's production and correspondence regarding same (.6); revise disputed motion and correspondence regarding same (.8); review prior filings for protective orders and revise format of filing and correspondence regarding same (1.2); | 3.00 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 07/20/2022 | D. Nolan | Proofread and revise all documents for stipulated joint protective order filing; | 2.90 |
| 07/20/2022 | D. Nolan | Research authorities [redacted] and report findings to E. Edlin; | 1.00 |
| 07/21/2022 | S. Piepmeier | Revise notes from team call (.2); analysis regarding claim construction (.9); | 1.10 |
| 07/21/2022 | J. Moore | Revise letter to Valjakka regarding deficiencies in discovery response (.3); revise protected order and supporting declaration (.7); review documentation and interview summaries regarding accused functionality (1.5); | 2.50 |
| 07/21/2022 | E. Edlin | Draft N. Mody retention agreement and correspondence regarding same (.8); finalize protective order for filing and correspondence regarding same (1.3); | 2.10 |
| 07/21/2022 | D. Nolan | Prepare report of findings regarding key case deadlines for review by E. Edlin; | 1.00 |
| 07/21/2022 | D. Nolan | Prepare and joint stipulated protective order and all supporting materials and e-file with the Court; | 0.50 |
| 07/21/2022 | D. Nolan | Proofread and revise all documents for stipulated joint protective order filing; | 1.20 |
| 07/22/2022 | S. Piepmeier | Study claim construction positions in preparation for client meeting (.7); video conference with A. Wynn-Grant, E. Edlin, J. Moore, and A. Griggs regarding claim construction proposals (0.6); Video conference with A. Rubin, P. Martin, E. Edlin, J. Moore, and A. Griggs regarding claim construction terms (0.7); [redacted] correspondence with opposing counsel (.1); | 2.10 |
| 07/22/2022 | J. Moore | Review 102 patent and file history (1.8); video conference with A. Wynn-Grant, S. Piepmeier, E. Edlin, and A. Griggs regarding claim construction proposals (0.6); Video conference with A. Rubin, P. Martin, S. Piepmeier, E. Edlin, and A. Griggs regarding claim construction terms (0.7); | 3.10 |
| 07/22/2022 | A. Griggs | Video conference with A. Wynn-Grant, S. Piepmeier, E. Edlin, and J. Moore regarding claim construction proposals (0.6); video conference with A. Rubin, P. Martin, S. Piepmeier, E. Edlin, and J. Moore regarding claim construction terms (0.7); revise meeting notes (0.2); | 1.50 |
| 07/22/2022 | E. Edlin | Video conference with A. Wynn-Grant, S. Piepmeier, J. Moore, and A. Griggs regarding claim construction proposals (0.6); video conference with A. Rubin, P. Martin, S. Piepmeier, J. Moore, and A. Griggs regarding claim construction terms (0.7); review claim construction materials (.5); review discovery letter and correspondence regarding same (.3); | 2.10 |
| 07/22/2022 | D. Nolan | Update case calendar; | 0.50 |
| 07/25/2022 | S. Piepmeier | Analyze claim construction positions; | 0.40 |

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 07/25/2022 | J. Moore | Review '102 patent and file history to support proposed claim construction terms (1.1); revise proposed claim construction terms (.6); | 1.70 |
| 07/26/2022 | S. Piepmeier | Revise draft agenda for client meeting (.2); prepare for [redacted] (.2); | 0.40 |
| 07/26/2022 | J. Moore | Revise proposed claim construction terms (.2); | 0.20 |
| 07/26/2022 | A. Griggs | Draft team call agenda (0.2); finalize license notices (1.4); | 1.60 |
| 07/26/2022 | E. Edlin | Review meeting agenda and correspondence regarding same (.3); | 0.30 |
| 07/26/2022 | D. Nolan | Investigate ESS billing entries and report findings to E. Edlin; | 0.50 |
| 07/27/2022 | S. Piepmeier | Video conference with A. Wynn-Grant, L. Charrington, and Perkins team regarding [redacted], claim construction, and discovery (0.7); | 0.70 |
| 07/27/2022 | J. Moore | Review local patent rules on claim construction terms (.1); draft list of proposed terms to serve on Valjakka (.7); client call (.7); revise meeting minutes (.3); | 1.80 |
| 07/27/2022 | E. Edlin | Video conference with A. Wynn-Grant, L. Charrington, and Perkins team regarding [redacted], claim construction, and discovery (0.7); finalize notice letters and correspondence regarding same (.6); | 1.30 |
| 07/27/2022 | J. Delacenserie | Correspond with L. Gordon [redacted]. | 0.40 |
| 07/27/2022 | D. Nolan | Review June 2022 time entries for ESS personnel and report findings to E. Edlin; | 0.50 |
| 07/28/2022 | S. Piepmeier | Revise meeting minutes (.1); email communications with opposing counsel regarding [redacted] (.1); review claim construction disclosure (.2); analysis regarding SME meetings (.2); | 0.60 |
| 07/28/2022 | J. Moore | Draft constructions for proposed claim terms (.4); draft emails to schedule interviews with subject matter experts (.9); revise draft of proposed claim terms (.4); review '167 file history (1.9); | 3.60 |
| 07/28/2022 | E. Edlin | Review and finalize list of claim terms (.6); correspondence regarding engineer calls (.2); | 0.80 |
| 07/29/2022 | S. Piepmeier | Email communications with opposing counsel [redacted] meeting (.1); review draft claim construction disclosure (.2); follow up regarding discovery action items (.3); | 0.60 |
| 07/29/2022 | J. Moore | Draft constructions for proposed claim terms (.4); revise draft of proposed claim terms (.1); review '167 file history (.5); revise emails to schedule calls with subject matter experts (.4); | 1.40 |
| 07/29/2022 | D. Nolan | Edit/revise proposed claim terms; | 0.20 |
| 07/29/2022 | D. Nolan | Prepare and serve proposed claim terms; | 0.10 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 07/29/2022 | D. Nolan | Prepare custom case calendar summary report update for case team review; | 0.50 |
| **Subtotal:** [redacted] | | | **154.50** |
| **Total** | | | **154.50** |

**Services**
[redacted]

## Summary of Services through 07/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| S. Piepmeier | Partner | 16.90 | [redacted] | [redacted] |
| A. Griggs | Associate | 25.40 | [redacted] | [redacted] |
| E. Edlin | Associate | 39.00 | [redacted] | [redacted] |
| J. Moore | Associate | 35.00 | [redacted] | [redacted] |
| J. Delacenserie | Associate | 5.00 | [redacted] | [redacted] |
| D. Nolan | Paralegal | 17.70 | [redacted] | [redacted] |
| G. Auslander | Paralegal | 7.90 | [redacted] | [redacted] |
| S. Porter | Paralegal | 7.60 | [redacted] | [redacted] |
| **Total Services** | | **154.50** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 154.50 | [redacted] |
| **Total Services** | | **154.50** | [redacted] |

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | August 30, 2022 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through June 30, 2022

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $342.00 |
| **Total Invoice Amount** | [redacted] |
| Previous Balance Due | [redacted] |
| **Total Due This Invoice** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 06/30/2022

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 06/01/2022 | S. Piepmeier | Video conference with L. Charrington, A. Wyn-Grant, C. Bowers, and Perkins team regarding upcoming discovery requests and motion to dismiss strategy (0.5); | 0.50 |
| 06/01/2022 | B. Kadjo | Video conference with L. Charrington, A. Wyn-Grant, C. Bowers, and Perkins team regarding upcoming discovery requests and motion to dismiss strategy (0.5); revise motion to dismiss (.2); | 0.70 |
| 06/01/2022 | A. Griggs | DTE: Video conference with L. Charrington, A. Wyn-Grant, C. Bowers, and Perkins team regarding upcoming discovery requests and motion to dismiss strategy (0.5); review draft motion to dismiss (0.9); | 1.40 |
| 06/01/2022 | E. Edlin | Attend telephone conference with J. Ta regarding motion to dismiss (.2); revise motion to dismiss and review caselaw [redacted] (3.7); video conference with L. Charrington, A. Wyn-Grant, C. Bowers, and Perkins team regarding upcoming discovery requests and motion to dismiss strategy (0.5); | 4.40 |
| 06/01/2022 | D. Nolan | Perform citation checking on motion to dismiss; | 0.50 |
| 06/02/2022 | S. Piepmeier | Revise motion to dismiss; | 1.40 |
| 06/03/2022 | S. Piepmeier | Prepare for and attend 26f conference (.2); review court options for MTD hearing (.1); | 0.30 |
| 06/03/2022 | E. Edlin | Revise motion to dismiss and correspondence regarding related caselaw (1.3); prepare for and attend meet and confer regarding rule 26(f) conference (.5); | 1.80 |
| 06/03/2022 | J. Ta | Review motion to dismiss and case law supporting motion to dismiss (.5); | 0.50 |
| 06/04/2022 | S. Piepmeier | Legal analysis regarding [redacted]; | 0.20 |
| 06/05/2022 | S. Piepmeier | Revise motion to dismiss; | 0.80 |
| 06/05/2022 | E. Edlin | Revise motion to dismiss (.8); review case law regarding motion to dismiss (.5); correspondence regarding same (.5); | 1.80 |
| 06/06/2022 | S. Piepmeier | Review client edits to motion to dismiss (.1); review team call agenda (.1); | 0.20 |
| 06/06/2022 | E. Edlin | Correspondence with [redacted] regarding contentions (.4); review motion to dismiss (.9); develop discovery strategy (.5); | 1.80 |
| 06/07/2022 | S. Piepmeier | Video conference with L. Charrington, A. Wynn-Grant, C. Bowers, and Perkins team regarding motion to dismiss feedback, invalidity contentions, and discovery updates (0.6); review meeting minutes (.1); attention to invalidity contentions and sufficient to show production (.2); | 0.90 |
| 06/07/2022 | B. Kadjo | Video conference with L. Charrington, A. Wynn-Grant, C. Bowers, and Perkins team regarding motion to dismiss feedback, invalidity contentions, | 0.90 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | and discovery updates (0.6); prepare technical documents for LR 3-4 disclosures (.3); | |
| 06/07/2022 | A. Griggs | Video conference with L. Charrington, A. Wynn-Grant, C. Bowers, and Perkins team regarding motion to dismiss feedback, invalidity contentions, and discovery updates (0.6); video conference with E. Edlin, L. Gordon, and [redacted] regarding invalidity contentions and IPR strategy (0.5); review draft motion to dismiss (0.3); | 1.40 |
| 06/07/2022 | E. Edlin | Video conference with L. Charrington, A. Wynn-Grant, C. Bowers, and Perkins team regarding motion to dismiss feedback, invalidity contentions, and discovery updates (0.6); review motion and case materials in preparation for client call (.3); correspondence regarding cite checking and plan for filing (.2); correspondence regarding legal research for dismissal with prejudice (.2); video conference with L. Gordon, A. Griggs and [redacted] regarding invalidity contentions and IPR strategy (0.5); review research regarding dismissal with prejudice (.3); | 2.10 |
| 06/07/2022 | J. Ta | Video conference with L. Charrington, A. Wynn-Grant, C. Bowers, and Perkins team regarding motion to dismiss feedback, invalidity contentions, and discovery updates (.6); | 0.60 |
| 06/07/2022 | D. Nolan | Coordinate importation of Valjakka document and discovery productions into review database; | 0.50 |
| 06/08/2022 | S. Piepmeier | Revise Motion to dismiss (.5); review revisions to interrogatories (.3); | 0.80 |
| 06/08/2022 | B. Kadjo | Attend portion of video conference with S. Piepmeier, J. Ta, E. Edlin, and A. Griggs regarding internal strategy for motion to dismiss briefing; | 0.30 |
| 06/08/2022 | A. Griggs | Proof final draft of motion to dismiss (0.9); organize meeting minutes for search ability and ease of team review (0.2); | 1.10 |
| 06/08/2022 | E. Edlin | Develop strategy for document production and correspondence regarding same (4.3); revise motion to dismiss (1.8); | 6.10 |
| 06/08/2022 | D. Nolan | Perform citation checking edits on Motion to Dismiss Second Amended Complaint; | 3.00 |
| 06/08/2022 | D. Nolan | Perform proof reading edits on Motion to Dismiss Second Amended Complaint; | 3.00 |
| 06/09/2022 | S. Piepmeier | Analysis regarding Motion to dismiss case law; | 0.40 |
| 06/09/2022 | B. Kadjo | Video conference with S. Piepmeier, J. Ta, E. Edlin, and A. Griggs regarding internal strategy for motion to dismiss briefing (0.5); research [redacted] regarding Netflix functionality (.9); | 1.40 |
| 06/09/2022 | A. Griggs | Revise first set of discovery requests and serve to opposing counsel; | 1.00 |
| 06/09/2022 | E. Edlin | Finalize motion to dismiss and correspondence regarding same (1.7); attention to document collection strategy (1.9); draft proposed order (.9); | 7.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | review legal research [redacted] (.5); finalize discovery for service (2.2); | |
| 06/09/2022 | D. Nolan | Revise Motion to Dismiss Second Amended Compliant; | 1.80 |
| 06/09/2022 | D. Nolan | Revise first set of interrogatories and RFPs to opposing counsel; | 0.50 |
| 06/10/2022 | S. Piepmeier | Provide guidance to team on sufficient to show production; | 0.40 |
| 06/13/2022 | S. Piepmeier | Revise list of discovery asks for client; | 0.30 |
| 06/13/2022 | A. Griggs | Video conference with [redacted] regarding invalidity contentions pleading cover and other invalidity strategy (0.4); revise final invalidity pleading cover (1.1); | 1.50 |
| 06/13/2022 | E. Edlin | Video conference with [redacted] regarding invalidity contentions pleading cover and other invalidity strategy (0.4); correspondence regarding production (.5); correspondence regarding invalidity contentions (.6); | 1.50 |
| 06/13/2022 | D. Nolan | Update case calendar summary; | 2.00 |
| 06/14/2022 | A. Griggs | Draft and revise invalidity contentions pleading cover; | 5.80 |
| 06/14/2022 | E. Edlin | Analysis regarding invalidity contentions; | 0.60 |
| 06/14/2022 | D. Nolan | Update case deadlines summary report; | 1.90 |
| 06/15/2022 | A. Griggs | Edit invalidity charts; | 0.20 |
| 06/15/2022 | E. Edlin | Review invalidity contentions (.8); correspondence regarding discovery (.4); | 1.20 |
| 06/15/2022 | D. Nolan | Update case deadlines summary report; | 1.00 |
| 06/16/2022 | E. Edlin | Correspondence regarding discovery (.4); review documents for production (.4); | 0.80 |
| 06/16/2022 | J. Delacenserie | Review additional references for '102 invalidity contentions. | 1.10 |
| 06/17/2022 | S. Piepmeier | Video conference with A. Wynn-Grant, C. Bowers, and Perkins IPR team regarding IPR status (.5); review email communications regarding product information collection (.2); | 0.70 |
| 06/17/2022 | J. Moore | Video conference with B. Kadjo regarding overview of non-infringement arguments, analysis of accused functionality, and next steps for non-infringement portion of case; | 1.00 |
| 06/17/2022 | B. Kadjo | Video conference with J. Moore regarding overview of non-infringement arguments, analysis of accused functionality, and next steps for non-infringement portion of case (1.0); mini-revision to Rule 11 letter regarding infringement contentions (.3); prepare documents for Local rule 3-4 production (.2); | 1.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 06/17/2022 | E. Edlin | Video conference with A. Wynn-Grant, C. Bowers, and Perkins IPR team regarding IPR status (.5); attend video conference with A. Wynn-Grant and C. Bowers regarding document production (.4); draft meeting minutes and correspondence regarding same (.4); identify documents for production and correspondence regarding same (.5); | 1.80 |
| 06/17/2022 | J. Delacenserie | Review additional references for '102 invalidity charts. | 1.30 |
| 06/17/2022 | J. Delacenserie | Video conference with S. Piepmeier, L. Gordon, E. Edlin, C. Lee, and client regarding IPR update and strategy; | 0.50 |
| 06/20/2022 | J. Moore | Review subject matter expert interview [redacted]; | 1.30 |
| 06/21/2022 | S. Piepmeier | Review team call agenda; attention to expert selection; | 0.30 |
| 06/21/2022 | A. Griggs | Draft team call agenda (0.3); video conference with [redacted] and Perkins team regarding invalidity contentions (0.2); finalize invalidity contentions (0.5); | 1.00 |
| 06/21/2022 | E. Edlin | Correspondence regarding team meeting minutes (.4); correspondence regarding case status and strategy (.7); correspondence regarding document production (.4); attend video conference with [redacted] regarding invalidity contentions (.3); review revenue spreadsheet and internal correspondence regarding same (.5); correspondence regarding protective order and ESI order (.3); | 2.60 |
| 06/21/2022 | J. Delacenserie | Review additional references for '102 invalidity charts; | 2.10 |
| 06/21/2022 | D. Nolan | Update case deadlines summary report; | 1.00 |
| 06/22/2022 | S. Piepmeier | Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding reply motion, productions, experts, and invalidity contentions (0.5); revise call notes (.1); | 0.60 |
| 06/22/2022 | A. Griggs | Draft team call agenda (0.3); video conference with [redacted] and Perkins team regarding invalidity contentions (0.2); finalize pleading cover (0.5); | 1.00 |
| 06/22/2022 | E. Edlin | Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding reply motion, productions, experts, and invalidity contentions (0.5); correspondence regarding revenue spreadsheet (.4); correspondence regarding document productions (.2); | 1.10 |
| 06/22/2022 | J. Ta | Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding reply motion, productions, experts, and invalidity contentions (0.5); | 0.50 |
| 06/22/2022 | J. Delacenserie | Prepare '102 patent invalidity claim charts for four additional technical publications; | 6.30 |
| 06/22/2022 | D. Nolan | Update case calendar summary report; | 1.00 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 06/23/2022 | S. Piepmeier | Analysis to license and technical document production strategy (.3); review opposition to Motion to Dismiss (.3); | 0.60 |
| 06/23/2022 | A. Griggs | Revise invalidity contentions pleading cover and invalidity charts; | 4.60 |
| 06/23/2022 | E. Edlin | Review Valjakka's Opposition to Motion to Dismiss and outline reply motion (2.3); draft reply motion to dismiss (4.4); review draft protective order and ESI order and correspondence regarding same (.8); correspondence regarding damages expert (.4); correspondence regarding invalidity contentions (.5); | 8.40 |
| 06/23/2022 | J. Delacenserie | Prepare '102 patent invalidity claim charts for four additional technical publications [redacted]; | 7.20 |
| 06/24/2022 | S. Piepmeier | Analysis regarding strategy for invalidity contention (.1); revise invalidity contentions cover pleading (.6); review sufficient to show production (.2); | 0.90 |
| 06/24/2022 | A. Griggs | Revise invalidity contentions pleading cover (1.0); organize and prepare prior art for production (0.7); | 1.70 |
| 06/24/2022 | E. Edlin | Revise motion to dismiss and correspondence regarding related caselaw (.9); review invalidity contentions pleading cover and correspondence regarding same (2.5); | 3.40 |
| 06/24/2022 | J. Delacenserie | Revise '102 patent invalidity contentions charts and cover pleading; | 2.70 |
| 06/26/2022 | A. Griggs | Prepare prior art for production; | 0.90 |
| 06/27/2022 | S. Piepmeier | Revise reply in support of motion to dismiss; | 0.60 |
| 06/27/2022 | A. Griggs | Prepare prior art for production; | 1.20 |
| 06/27/2022 | E. Edlin | Legal research regarding reply motion and correspondence regarding same (.8); revise reply motion (2.8); review documents collected and correspondence regarding same (1.2); review invalidity contentions and correspondence regarding same (.7); | 5.50 |
| 06/27/2022 | J. Delacenserie | Prepare invalidity contentions cover pleading and claim charts with respect to the '102 patent; | 8.10 |
| 06/27/2022 | D. Nolan | Research and assemble collection materials for processing in production documents; | 2.90 |
| 06/27/2022 | D. Nolan | Revise various invalidity claim construction charts; | 1.50 |
| 06/28/2022 | S. Piepmeier | Revise reply in support of motion to dismiss; | 1.20 |
| 06/28/2022 | A. Griggs | Organize prior art for production (0.3); revise invalidity charts for service (2.0); | 2.30 |
| 06/28/2022 | E. Edlin | Correspondence regarding production (1.5); revise reply motion and review caselaw regarding same (1.6); | 3.10 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 06/28/2022 | J. Delacenserie | Video conference with L. Gordon [redacted] (0.4); revise '102 patent invalidity charts to include [redacted] (9.8); | 10.20 |
| 06/28/2022 | D. Nolan | Cite-check various invalidity claim construction charts; | 3.50 |
| 06/29/2022 | S. Porter | Cite check and proof Netflix Preliminary Invalidity Contentions claim charts for U.S. Patent No. 10,726,102; | 8.90 |
| 06/29/2022 | S. Piepmeier | Video conference with N. Mody, A. Wynn-Grant, E. Edlin, and A. Griggs regarding damages expert retention (.5); analysis regarding proposed revisions to model protective order (.2); review status of document production (.2); | 0.90 |
| 06/29/2022 | A. Griggs | Draft invalidity charts for service (3.9); video conference with Netflix and Perkins team regarding motion to dismiss, damages expert, invalidity contentions, and productions (0.6); | 4.50 |
| 06/29/2022 | E. Edlin | Video conference with N. Mody, A. Wynn-Grant, S. Piepmeier, and A. Griggs regarding damages expert retention (0.5); prepare for video conference with N. Mody (.3); correspondence regarding invalidity contentions (.4); correspondence regarding reply motion to dismiss (.3); video conference with Netflix and Perkins team regarding motion to dismiss, damages expert, invalidity contentions, and productions (0.6); revise protective order and correspondence regarding same (3.4); revise reply motion (.7); attend telephone conference with [redacted] (.5); | 6.70 |
| 06/29/2022 | J. Ta | Video conference with Netflix and Perkins team regarding motion to dismiss, damages expert, invalidity contentions, and productions (.3); attend call with Dr. N. Mody (.5); analyze and revise proposed protective order (.2); | 1.00 |
| 06/29/2022 | J. Delacenserie | Revise '102 patent invalidity charts [redacted] (0.5); draft motivations to combine for each '102 combination (6); revise invalidity contentions cover pleading with respect to '102 patent (1); prepare templates and provide other guidance to coordinate cite-checking of invalidity claim charts (2.3); | 9.80 |
| 06/29/2022 | D. Nolan | Revise various invalidity claim construction charts; | 7.40 |
| 06/30/2022 | S. Porter | Complete cite check and proof of Netflix Preliminary Invalidity Contentions claim charts for U.S. Patent No. 10,726,102 and U.S. Patent No. 8,495,167 (1.6); proof prior art tables in Preliminary Invalidity Contentions cover document (8.3); | 9.90 |
| 06/30/2022 | S. Piepmeier | Revise motion to dismiss reply brief (.3); attention to invalidity contentions strategy (.3); | 0.60 |
| 06/30/2022 | A. Griggs | Revise invalidity charts for service; | 8.90 |
| 06/30/2022 | E. Edlin | Finalize motion to dismiss (1.5); review production and correspondence regarding same (1.0); correspondence regarding Protective Order (.5); | 3.00 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 06/30/2022 | G. Auslander | Cite check invalidity charts for '167 and '102 patents; | 3.90 |
| 06/30/2022 | J. Delacenserie | Draft motivations to combine for each '102 combination (2.2); revise invalidity contentions cover pleading with respect to '102 patent for consistency with '167 patent sections (.8); coordinate logistics regarding cite-checking of invalidity charts (1.9); revise '102 invalidity charts to update formatting and include introductory language (2.4); | 7.30 |
| 06/30/2022 | D. Nolan | Revise Reply to Motion to Dismiss for Willful Infringement; | 0.80 |
| 06/30/2022 | D. Nolan | Electronically file Reply to Motion to Dismiss for Willful Infringement with the Court; | 0.20 |
| 06/30/2022 | D. Nolan | Revise various invalidity claim construction charts; | 6.80 |
| **Subtotal:** [redacted] | | | **244.30** |

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 06/01/2022 | J. Ta | Revise motion to dismiss (.9); video conference with L. Charrington, A. Wyn-Grant, C. Bowers, and Perkins team regarding upcoming discovery requests and motion to dismiss strategy (.5); attend telephone conference with E. Edlin regarding motion to dismiss (.2); | 1.60 |
| **Subtotal:** [redacted] | | | **1.60** |
| **Total** | | | **245.90** |

**Services**
[redacted]

## Summary of Services through 06/30/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| J. Ta | Partner | 4.20 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 12.60 | [redacted] | [redacted] |
| A. Griggs | Associate | 38.50 | [redacted] | [redacted] |
| B. Kadjo | Associate | 4.80 | [redacted] | [redacted] |
| E. Edlin | Associate | 64.90 | [redacted] | [redacted] |
| J. Moore | Associate | 2.30 | [redacted] | [redacted] |
| J. Delacenserie | Associate | 56.60 | [redacted] | [redacted] |
| D. Nolan | Paralegal | 39.30 | [redacted] | [redacted] |
| G. Auslander | Paralegal | 3.90 | [redacted] | [redacted] |
| S. Porter | Paralegal | 18.80 | [redacted] | [redacted] |
| **Total Services** | | **245.90** | | [redacted] |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 244.30 | [redacted] |
| [redacted] | [redacted] | 1.60 | [redacted] |
| **Total Services** | | **245.90** | [redacted] |

## Disbursements and Other Detailed Services through 06/30/2022

| Description | Amount |
|---|---|
| US Bank - Court Costs - R. Toepper, Cert. of Good Standing - J. Ta, 04/27/2022 | 25.00 |
| [redacted]. | 317.00 |
| **Total** | **$342.00** |

**Total Disbursements and Other Services**
$342.00

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | September 30, 2022 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through August 31, 2022

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $8,040.13 |
| **Total Invoice Amount** | [redacted] |
| Previous Balance Due | [redacted] |
| **Total Due This Invoice** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 08/31/2022

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/01/2022 | S. Piepmeier | Analyze draft claim constructions (.9); participate [redacted] (.3); | 1.20 |
| 08/01/2022 | J. Moore | Draft constructions for proposed claim terms (2.1); review '167 patent and file history and '102 patent and file history (4.2); | 6.30 |
| 08/01/2022 | E. Edlin | Review claim constructions and correspondence regarding same (.6); | 0.60 |
| 08/02/2022 | S. Piepmeier | Video conference with E. Edlin and J. Moore regarding claim term constructions and discovery (.7); follow up regarding motion to dismiss mock (.2); review Valjakka disclosures (.1); review revised draft claim term disclosure (.2); | 1.20 |
| 08/02/2022 | J. Moore | Revise constructions for proposed claim terms (1.4); research [redacted] (2.0); draft agenda for client call (.2); video conference with S. Piepmeier and E. Edlin regarding claim term constructions and discovery (.7); | 4.30 |
| 08/02/2022 | E. Edlin | Video conference with S. Piepmeier and J. Moore regarding claim term constructions and discovery (.7); review claim constructions (.4); | 1.10 |
| 08/02/2022 | D. Nolan | Research hearing appearance requirements; | 0.20 |
| 08/03/2022 | S. Piepmeier | Analysis regarding claim construction and discovery strategy; | 0.60 |
| 08/03/2022 | J. Moore | Video conference with Netflix Team and Perkins regarding [redacted], letter challenging Valjakka's infringement contentions, discovery updates, and proposed claim constructions (.5); draft meeting minutes for team call (.4); [redacted] (1.8); revise proposed claim constructions (.4); | 3.10 |
| 08/03/2022 | E. Edlin | Video conference with Netflix Team and Perkins regarding [redacted], letter challenging Valjakka's infringement contentions, discovery updates, and proposed claim constructions (.5); | 0.50 |
| 08/04/2022 | S. Piepmeier | Analysis regarding claim construction disclosure; | 0.90 |
| 08/04/2022 | J. Moore | [redacted] (1.3); revise proposed claim constructions (.8); review local rules regarding motion to compel (.1); | 2.20 |
| 08/04/2022 | A. Griggs | Update license notices and finalize for service; | 0.80 |
| 08/04/2022 | E. Edlin | Correspondence regarding licenses and notice letters (.4); correspondence regarding productions (.2); correspondence regarding hearing (.3); | 0.90 |
| 08/04/2022 | D. Nolan | Research Judge Tigar's rulings and calendar to determine possible rationale for rescheduling of August 25, 2022 hearing; | 0.80 |
| 08/05/2022 | S. Piepmeier | Analysis regarding claim construction strategy; | 0.40 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/05/2022 | J. Moore | Revise proposed claim constructions (.1); | 0.10 |
| 08/05/2022 | A. Griggs | Update license notices and finalize for service; | 0.20 |
| 08/08/2022 | S. Piepmeier | Attend portion of video conference with A. Rubin, P. Martin, and Perkins team regarding proposed claim constructions (.5); review updated claim construction proposals (.2); | 0.70 |
| 08/08/2022 | J. Moore | Draft letter to plaintiff regarding deficiencies in infringement contentions (3.8); review patent local rules regarding infringement contentions (.2); video conference with A. Rubin, P. Martin, and Perkins team regarding proposed claim constructions (.7); | 4.70 |
| 08/08/2022 | A. Griggs | Video conference with A. Rubin, P. Martin, and Perkins team regarding proposed claim constructions; | 0.70 |
| 08/08/2022 | E. Edlin | Video conference with A. Rubin, P. Martin, and Perkins team regarding proposed claim constructions (.7); correspondence regarding license productions (.2); | 0.90 |
| 08/09/2022 | S. Piepmeier | Revise agenda for client call (.1); review updated claim term proposal (.1); | 0.20 |
| 08/09/2022 | J. Moore | Draft letter to plaintiff regarding deficiencies in infringement contentions (1.1); revise proposed claim constructions (.2); review public documentation on open connect functionality (.3); review extrinsic evidence discussing definition of fingerprint (.3); research case law regarding requirements for sufficient infringement contentions (3.4); | 5.30 |
| 08/09/2022 | A. Griggs | Draft team call agenda (0.3); review license notices and prepare licenses for production (0.5); | 0.80 |
| 08/09/2022 | D. Nolan | Edit/revise key case events calendar report for review by attorney case team; | 0.20 |
| 08/10/2022 | S. Piepmeier | Video conference with A. Wynn-Grant, L. Charrington, C. Bowers, and Perkins team regarding discovery updates, damages contentions, and claim construction proposals (.5); revise Rule 11 letter (.4); | 0.90 |
| 08/10/2022 | J. Moore | Draft letter to plaintiff regarding deficiencies in infringement contentions (1.8); research case law [redacted] (.7); video conference with A. Wynn-Grant, L. Charrington, C. Bowers, and Perkins team regarding discovery updates, damages contentions, and claim construction proposals (0.7); | 3.20 |
| 08/10/2022 | A. Griggs | Video conference with A. Wynn-Grant, L. Charrington, C. Bowers, and Perkins team regarding discovery updates, damages contentions, and claim construction proposals (0.7); draft meeting minutes (0.2); update Mody engagement letter (0.3); | 1.20 |
| 08/10/2022 | E. Edlin | Video conference with A. Wynn-Grant, L. Charrington, C. Bowers, and Perkins team regarding discovery updates, damages contentions, and claim construction proposals (0.7); review letter regarding infringement contentions and correspondence regarding same (1.1); | 1.80 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/10/2022 | J. Ta | Video conference with A. Wynn-Grant, L. Charrington, C. Bowers, and Perkins team regarding discovery updates, damages contentions, and claim construction proposals (.6); | 0.60 |
| 08/11/2022 | S. Piepmeier | Analysis regarding intersection of IPR and claim construction (.2); | 0.20 |
| 08/11/2022 | J. Moore | Revise letter to plaintiff regarding deficiencies in infringement contentions (.4); research case law [redacted] (2.5); video conference with L. Gordon and E. Edlin regarding proposed claim constructions (1.0); video conference with S. Piepmeier and E. Edlin regarding claim constructions, prior art authentication, and infringement contentions letter (.5); | 4.40 |
| 08/11/2022 | E. Edlin | Video conference with L. Gordon, E. Edlin, and J. Moore regarding proposed claim constructions (.5); Video conference with S. Piepmeier, E. Edlin, and J. Moore regarding claim constructions, prior art authentication, and infringement contentions letter (.5); correspondence with opposing counsel regarding motion to compel (.4); | 1.40 |
| 08/11/2022 | J. Delacenserie | Draft DeMello ground for '102 Patent IPR. | 3.90 |
| 08/11/2022 | D. Nolan | Revise key case docket events tracking report and advise case team of same; | 0.20 |
| 08/11/2022 | D. Nolan | Construct case correspondence management database; | 0.50 |
| 08/12/2022 | S. Piepmeier | Revise infringement contentions correspondence; | 0.30 |
| 08/12/2022 | J. Moore | Review 167 patent and file history (1.7); revise letter to plaintiff regarding deficiencies in infringement contentions (.2); | 1.90 |
| 08/12/2022 | J. Delacenserie | Draft DeMello ground for '102 Patent IPR. | 4.80 |
| 08/13/2022 | S. Piepmeier | Analysis regarding claim construction; | 0.20 |
| 08/14/2022 | J. Moore | Review '167 patent and file history (1.6); revise proposed claim constructions (.9); | 2.50 |
| 08/14/2022 | J. Delacenserie | Draft DeMello ground for '102 Patent IPR. | 6.90 |
| 08/15/2022 | S. Piepmeier | Follow up regarding SME interview scheduling; | 0.20 |
| 08/15/2022 | E. Edlin | Review letter regarding noninfringement (.4); | 0.40 |
| 08/15/2022 | J. Delacenserie | Review Venkataramu reference and claim chart submitted with invalidity contentions to prepare IPR. | 1.10 |
| 08/15/2022 | D. Nolan | Update and revise master case docketing calendar report and related event deadline alerts database; | 0.60 |
| 08/16/2022 | S. Piepmeier | Video conference with S. Piepmeier, L. Gordon, E. Edlin and J. Moore regarding proposed claim constructions and authentication of IPR references (1.1); review 167 patent (.6); | 1.70 |

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/16/2022 | J. Moore | Draft email to schedule call with subject matter expert (.1); revise proposed claim constructions (.8); video conference with S. Piepmeier, L. Gordon, and E. Edlin regarding proposed claim constructions and authentication of IPR references (1.1); review '167 and '102 patents (.5); | 2.50 |
| 08/16/2022 | A. Griggs | Find and prepare licenses for production (0.2); finalize Mody retention letter and send for client review (0.5); | 0.70 |
| 08/16/2022 | E. Edlin | Video conference with S. Piepmeier, L. Gordon, and J. Moore regarding proposed claim constructions and authentication of IPR references (1.1); draft email to IETF regarding document authentication (.4); | 1.50 |
| 08/17/2022 | S. Piepmeier | Analysis regarding revisions to claim constructions (.4); attention to status of notice letters for license production (.2); revise agenda for team call (.1); review revised Rule 11 / Section 285 letter (.2); | 0.90 |
| 08/17/2022 | J. Moore | Revise letter to plaintiff regarding deficiencies in infringement contentions (1.6); review '167 patent (.3); revised proposed claim constructions (.2); | 2.10 |
| 08/17/2022 | A. Griggs | Draft team call agenda (0.3); finalize Mody retention letter (0.2); prepare licenses for production (0.3); | 0.80 |
| 08/18/2022 | S. Piepmeier | Video conference with A. Wynn-Grant, E. Hasselberg, C. Bowers, and Perkins team regarding updated claim construction proposals (.3); response to infringement contentions and discovery updates (0.5); revise infringement contentions letter (.2); analysis regarding claim construction proposals (.3); email communications with client and team regarding outline for SME interview (.3); review edits to expert retention letter from N. Mody (.2); | 1.80 |
| 08/18/2022 | J. Moore | Revised proposed claim constructions (.6); revise letter to plaintiff regarding deficiencies in infringement contentions (.4); video conference with A. Wynn-Grant, E. Hasselberg, C. Bowers, and Perkins team regarding updated claim construction proposals (.3); response to infringement contentions and discovery updates (0.5); draft disclosure of preliminary claim constructions and extrinsic evidence (1.5); draft outline for interview [redacted] (.5); | 3.80 |
| 08/18/2022 | A. Griggs | Video conference with A. Wynn-Grant, E. Hasselberg, C. Bowers, and Perkins team regarding updated claim construction proposals (.3); response to infringement contentions and discovery updates (0.5); draft email update regarding Mody retention letter (0.3); produce second round of licenses (0.4); | 1.50 |
| 08/18/2022 | E. Edlin | Video conference with A. Wynn-Grant, E. Hasselberg, C. Bowers, and Perkins team regarding updated claim construction proposals (.3); response to infringement contentions and discovery updates (.2); | 0.50 |
| 08/19/2022 | S. Piepmeier | Revise outline for SME interview (.4); email communications with client re same (.1); review revisions to infringement contentions letter (.2); email communications with opposing counsel regarding discovery and claim construction (.2); | 0.90 |
| 08/19/2022 | J. Moore | Revise letter to plaintiff regarding deficiencies in infringement contentions | 2.60 |

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | (.6); revise disclosure of preliminary claim constructions and extrinsic evidence (.4); revise outline for interview [redacted] (.8); draft emails to plaintiff regarding claim construction exchange, supplemental discovery responses, and infringement contentions (.3); video conference with Netflix team and Perkins team regarding [redacted] (.5); | |
| 08/19/2022 | A. Griggs | Telephone conference regarding [redacted]; | 0.10 |
| 08/19/2022 | E. Edlin | Finalize claim construction exchange and correspondence regarding same (.6); attend video conference with H. Priya, J. Moore, and Netflix team regarding '102 patent and document collections (.5); | 1.10 |
| 08/19/2022 | D. Nolan | Revise Proposed Claim Terms for Construction; | 2.40 |
| 08/19/2022 | D. Nolan | Prepare and serve Proposed Claim Terms for Construction upon opposing counsel; | 0.10 |
| 08/22/2022 | S. Piepmeier | Review Valjakka's damages contentions (.1); attention to strategy regarding same (.3); | 0.40 |
| 08/22/2022 | J. Moore | Draft interview summary [redacted] (1.5); research level of skill in the art needed for '167 patent (.3); revise meeting minutes (.1); review plaintiff's damage contentions (.1); research requirements [redacted] (.7); | 2.70 |
| 08/22/2022 | E. Edlin | Review damages contentions and correspondence regarding same (.3); review notes from call [redacted] (.3); correspondence regarding meet and confer (.1); | 0.70 |
| 08/22/2022 | D. Nolan | Maintain database for various written discovery; | 0.40 |
| 08/23/2022 | S. Piepmeier | Revise email regarding failure to show for meet and confer; | 0.20 |
| 08/23/2022 | J. Moore | Revise interview summary of [redacted] (.1); review plaintiff's discovery responses to prepare for meet and confer with plaintiff (.2); research requirements for [redacted] (.2); review Valjakka production (.5); revise draft of '167 IPR (3.7); video conference with E. Edlin regarding strategy to address plaintiff's discovery responses (.2); | 4.90 |
| 08/23/2022 | A. Griggs | Draft team call agenda (0.2); draft Mody retention letter email (0.5); | 0.70 |
| 08/23/2022 | E. Edlin | Review Valjakka's production and correspondence regarding production format (.6); review Valjakka responses to interrogatories and prepare for meet and confer (.3); | 0.90 |
| 08/23/2022 | D. Nolan | Maintain database for written discovery; | 0.20 |
| 08/24/2022 | S. Piepmeier | Revise agenda for team call (.1); video conference with A. Wynn-Grant, E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding discovery, damages contentions, and joint claim construction filing (0.5); analysis regarding potential motions to compel (.3); | 0.90 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/24/2022 | J. Moore | Review Valjakka production (3.5); draft letter to plaintiff regarding plaintiff's deficient damages contentions (2.1); | 5.60 |
| 08/24/2022 | A. Griggs | Video conference with A. Wynn-Grant, E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding discovery, damages contentions, and joint claim construction filing (0.5); draft updates to Mody retention letter (0.9); | 1.40 |
| 08/24/2022 | E. Edlin | Video conference with A. Wynn-Grant, E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding discovery, damages contentions, and joint claim construction filing (0.5); correspondence with opposing counsel regarding meet and confer (.3); revise letter regarding damages contentions (.5); | 1.30 |
| 08/24/2022 | J. Ta | DTE: Video conference with A. Wynn-Grant, E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding discovery, damages contentions, and joint claim construction filing (.5); | 0.50 |
| 08/24/2022 | D. Nolan | Update and revise key case calendar report and set related event deadline alerts for case team; | 1.40 |
| 08/25/2022 | S. Piepmeier | Revise damages contention letter (.2); review communications from opposing counsel (.2); attention to motion to compel strategy (.2); | 0.60 |
| 08/25/2022 | E. Edlin | Revise letter regarding damages contentions and correspondence regarding same (.7); revise Mody retention agreement and correspondence regarding same (.4); video conference with C. Lee regarding drafting a motion to compel discovery responses (.1); | 1.20 |
| 08/25/2022 | C. Lee | Video conference with E. Edlin regarding drafting a motion to compel discovery responses; | 0.10 |
| 08/25/2022 | C. Lee | Draft motion to compel discovery responses; | 4.80 |
| 08/25/2022 | D. Nolan | Update and maintain databases for case correspondence; | 0.30 |
| 08/25/2022 | D. Nolan | Update and maintain databases for case filings and related deadlines; | 0.10 |
| 08/26/2022 | S. Piepmeier | Attention to meet and confer issues; | 0.30 |
| 08/26/2022 | J. Moore | Video conference with E. Edlin and W. Ramey regarding meet and confer over discovery responses (.2); draft minutes from meet and confer with opposing counsel regarding discovery issues (.1); | 0.30 |
| 08/26/2022 | E. Edlin | Video conference with J. Moore and W. Ramey regarding meet and confer over discovery responses (.2); prepare for meet and confer (.2); | 0.40 |
| 08/26/2022 | E. Edlin | Revise letter regarding damages contentions and correspondence regarding same (.7); revise Mody retention agreement and correspondence regarding same (.4) | 1.10 |
| 08/26/2022 | C. Lee | Draft motion to compel discovery responses; | 6.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/29/2022 | S. Piepmeier | Analysis regarding damages strategy; | 0.20 |
| 08/29/2022 | J. Moore | Draft joint claim construction statement (1.0); | 1.00 |
| 08/29/2022 | E. Edlin | Video conference with C. Lee regarding drafting the motion to compel discovery responses (.1); correspondence regarding joint claim construction statement (.4); | 0.50 |
| 08/29/2022 | C. Lee | Video conference with E. Edlin regarding drafting the motion to compel discovery responses; | 0.10 |
| 08/30/2022 | S. Piepmeier | Revise agenda for team call (.1); attention to join claim construction filing and Mody retention letter (.2); | 0.30 |
| 08/30/2022 | A. Griggs | Draft team call agenda (0.4); review edits to Mody retention letter and draft email to client (0.6); | 1.00 |
| 08/30/2022 | E. Edlin | Finalize Joint Claim Construction Statement and correspondence with opposing counsel regarding same (.8); | 0.80 |
| 08/31/2022 | S. Piepmeier | Video conference with E. Hasselberg, L. Charrington, and Perkins team regarding supplemental discovery, expert retention negotiations, and IPR filing (.4); review email correspondence with B. Ramey regarding supplementation (.1); review revisions to N. Mody retention agreement (.2); | 0.70 |
| 08/31/2022 | J. Moore | Video conference with E. Hasselberg, L. Charrington, and Perkins team regarding supplemental discovery, expert retention negotiations, and IPR filing (0.4); | 0.40 |
| 08/31/2022 | A. Griggs | Video conference with E. Hasselberg, L. Charrington, and Perkins team regarding supplemental discovery, expert retention negotiations, and IPR filing (0.4); draft meeting minutes (0.2); update Mody letter and send for team review (0.5); | 1.10 |
| 08/31/2022 | E. Edlin | Video conference with E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding supplemental discovery, expert retention negotiations, and IPR filing (0.4); correspondence regarding productions (.6); correspondence regarding discovery deficiencies (.1); | 1.10 |
| 08/31/2022 | D. Nolan | Confer with case team regarding deficiencies in opposing counsel document productions; | 0.50 |
| 08/31/2022 | D. Nolan | Update key case calendar report and set related event deadline alerts for case team; | 3.80 |
| **Subtotal:** [redacted] | | | **150.50** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/10/2022 | D. Nolan | Coordinate remediation and rebuilding of erroneous third document production set with Unitedlex vendor; | 0.40 |
| 08/11/2022 | D. Nolan | Prepare and serve Netflix's third document production; | 0.50 |
| 08/14/2022 | D. Nolan | [redacted]; | 0.50 |
| 08/17/2022 | D. Nolan | Prepare transmittal letter for fourth Netflix production; | 0.10 |
| 08/17/2022 | D. Nolan | Prepare fourth Netflix production for transmittal to opposing counsel; | 0.80 |
| 08/18/2022 | D. Nolan | Prepare and effectuate redux service of third and fourth Netflix document productions upon opposing counsel pursuant to their requests; | 1.00 |
| 08/18/2022 | D. Nolan | Prepare fourth Netflix document production for transmittal to opposing counsel; | 0.60 |
| 08/20/2022 | D. Nolan | Process Plaintiff's inbound document production number two for attorney case team review; | 4.00 |
| 08/22/2022 | D. Nolan | Prepare [redacted] for attorney review; | 0.20 |
| 08/25/2022 | D. Nolan | Prepare and serve fifth document production; | 1.00 |
| 08/26/2022 | D. Nolan | Confer with case team regarding directly received correspondence from outside counsel; | 0.10 |
| **Subtotal:** [redacted] | | | **9.20** |
| **Total** | | | **159.70** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

Services
[redacted]

## Summary of Services through 08/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| J. Ta | Partner | 1.10 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 15.90 | [redacted] | [redacted] |
| A. Griggs | Associate | 11.00 | [redacted] | [redacted] |
| C. Lee | Associate | 11.50 | [redacted] | [redacted] |
| E. Edlin | Associate | 18.70 | [redacted] | [redacted] |
| J. Moore | Associate | 63.90 | [redacted] | [redacted] |
| J. Delacenserie | Associate | 16.70 | [redacted] | [redacted] |
| D. Nolan | Paralegal | 20.90 | [redacted] | [redacted] |
| **Total Services** | | **159.70** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 150.50 | [redacted] |
| [redacted] | [redacted] | 9.20 | [redacted] |
| **Total Services** | | **159.70** | [redacted] |

## Disbursements and Other Detailed Services through 08/31/2022

| Description | Amount |
|---|---|
| FedEx - Air express charge [redacted] | 34.37 |
| FedEx - Air express charge [redacted] | 27.44 |
| FedEx - Air express charge [redacted] | 22.64 |
| FedEx - Air express charge [redacted] | 27.27 |
| Harbor Experts LLC (ACH) - Expert services | 7,892.51 |
| 08/09/2022, Research by: Anderson, Karen (IEEE Usage; ARTICLE TITLE: "Fingerprint Creation Algorithm Based-On Dimensionality Reduction") | 17.95 |
| 08/09/2022, Research by: Anderson, Karen (IEEE Usage; ARTICLE TITLE: "Design and implementation of identity authentication system based on fingerprint recognition and cryptography") | 17.95 |
| **Total** | **$8,040.13** |

**Total Disbursements and Other Services**
$8,040.13

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

| | | | |
|---|---|---|---|
| Netflix, Inc. | | Invoice No. | [redacted] |
| Attn: Hilary Ware | | Matter No. | |
| SUBMIT THROUGH SERENGETI | | Bill Date | October 28, 2022 |
| 100 Winchester Circle | | Due Date | Due Upon Receipt |
| Los Gatos, CA 95032 | | | |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through September 30, 2022

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $7,125.43 |
| **Total Invoice Amount** | [redacted] |
| Previous Balance Due | [redacted] |
| **Total Due This Invoice** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 09/30/2022

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 09/01/2022 | S. Piepmeier | Attention to motion to compel strategy; | 0.20 |
| 09/01/2022 | J. Moore | Review Valjakka damages contentions (.3); draft stipulated extension for responsive damages contentions (.6); | 0.90 |
| 09/01/2022 | A. Griggs | Revise team call meeting minutes; | 0.10 |
| 09/01/2022 | E. Edlin | Review damages contentions and correspondence regarding same (.6); correspondence regarding stipulation (.1); review expert retention agreement edits and correspondence regarding same (.4); | 1.10 |
| 09/01/2022 | D. Nolan | Update and revise key case calendar report and set related event deadline alerts for case team; | 1.40 |
| 09/02/2022 | S. Piepmeier | Revise meet and confer correspondence (.2); review damages contentions (.2); | 0.40 |
| 09/02/2022 | J. Moore | Draft email to Netflix regarding issues retaining N. Mody (.4); review emails from N. Mody regarding retention agreement negotiations (.2); review Valjakka Damages contentions (.2); | 0.80 |
| 09/02/2022 | E. Edlin | Correspondence regarding N. Mody retention (.2); correspondence regarding damages contentions (.1); | 0.30 |
| 09/02/2022 | D. Nolan | Update and revise key case calendar report and set related event deadline alerts for case team; | 0.20 |
| 09/02/2022 | D. Nolan | Edit/revise stipulation regarding damages contentions response time extension; | 0.30 |
| 09/02/2022 | D. Nolan | Prepare and e-file stipulation regarding damages contentions response time extension; | 0.20 |
| 09/06/2022 | S. Piepmeier | Attention to expert retention (.1); review agenda for team call (.1); | 0.20 |
| 09/06/2022 | J. Moore | Review Valjakka's first set of interrogatories and requests for production (.5); draft response to Valjakka's first set of interrogatories (.4); | 0.90 |
| 09/06/2022 | A. Griggs | Draft team call agenda; | 0.30 |
| 09/06/2022 | E. Edlin | Correspondence regarding N. Mody retention (.4); | 0.40 |
| 09/07/2022 | S. Piepmeier | Review summary of team call (.1); review IPR draft comments from client for consistency with district court positions (.2); | 0.30 |
| 09/07/2022 | J. Moore | Review Netflix edits to 167 IPR petition [redacted] (.6); video conference with E. Hasselberg and Perkins team regarding ongoing discovery, damages strategy, and IPR strategy (0.2); video conference with E. Edlin, J. Moore, and A. Griggs regarding | 1.60 |

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | responses to Valjakka's first set of discovery requests (.3); draft response to Valjakka requests for production (.5); | |
| 09/07/2022 | A. Griggs | Finalize Mody retention letter (0.3); video conference with E. Edlin and J. Moore regarding responses to Valjakka's first set of discovery requests (0.3); video conference with E. Hasselberg and Perkins team regarding ongoing discovery, damages strategy, and IPR strategy (0.2); draft meeting minutes (0.1); | 0.90 |
| 09/07/2022 | E. Edlin | Correspondence regarding N. Mody retention (.6); video conference with E. Hasselberg and Perkins team regarding ongoing discovery, damages strategy, and IPR strategy (0.2); video conference with E. Edlin, J. Moore, and A. Griggs regarding responses to Valjakka's first set of discovery requests (.3); | 1.10 |
| 09/07/2022 | J. Ta | Video conference with E. Hasselberg and Perkins team regarding ongoing discovery, damages strategy, and IPR strategy (0.2); | 0.20 |
| 09/07/2022 | D. Nolan | Update and revise key case calendar report and set related event deadline alerts for case team; | 0.50 |
| 09/08/2022 | S. Piepmeier | Analysis regarding damages contentions; | 0.20 |
| 09/08/2022 | J. Moore | Draft response to Valjakka requests for production (4.6); | 4.60 |
| 09/08/2022 | A. Griggs | Draft N. Mody disclosure email (0.3); video conference with N. Mody and E. Edlin regarding damages contentions (0.3); gather materials to send to N. Mody (0.7); | 1.30 |
| 09/08/2022 | E. Edlin | Video conference with N. Mody, E. Edlin, and A. Griggs regarding damages contentions (0.3); | 0.30 |
| 09/08/2022 | D. Nolan | Update and revise key case calendar report and set related event deadline alerts for case team; | 1.10 |
| 09/08/2022 | D. Nolan | Prepare and transmit materials and related index to retained expert N. Mody; | 1.70 |
| 09/08/2022 | D. Nolan | Prepare and coordinate loading of all client productions and opposing counsel productions to date into United Lex review database; | 1.10 |
| 09/09/2022 | J. Moore | Draft response to Valjakka requests for production (3.4); review Valjakka's supplemental interrogatory responses (.7); review Valjakka second set of production (.4); | 4.50 |
| 09/09/2022 | D. Nolan | Prepare and transmit materials and related index to retained expert N. Mody; | 3.30 |
| 09/09/2022 | D. Nolan | Update and revise key case calendar report and set related event deadline alerts for case team; | 0.10 |
| 09/09/2022 | D. Nolan | Update and maintain databases for case correspondence; | 0.10 |

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
| --- | --- | --- | --- |
| 09/11/2022 | S. Piepmeier | Prepare meet and confer correspondence; | 0.20 |
| 09/12/2022 | S. Piepmeier | Meet and confer correspondence with opposing counsel regarding expert disclosures (.2); attention to service date analysis (.1); | 0.30 |
| 09/12/2022 | J. Moore | Draft response to Valjakka requests for production (2.6); draft response to Valjakka interrogatories (.5); research [redacted] (1.1); review Valajkka patent assignment agreement (.1); | 4.30 |
| 09/12/2022 | A. Griggs | Video conference with N. Mody and E. Edlin regarding draft damages contentions; | 0.30 |
| 09/12/2022 | E. Edlin | Video conference with N. Mody and A. Griggs regarding draft damages contentions (0.3); | 0.30 |
| 09/12/2022 | D. Nolan | Update and maintain databases for case filings and related deadlines; | 0.10 |
| 09/13/2022 | S. Piepmeier | Analysis regarding lack of ability to sue for past damages (.3); attention to strategy for team call (.1); | 0.40 |
| 09/13/2022 | J. Moore | Research [redacted] (1.9); draft email to Netflix regarding [redacted] (.1); draft response to Valjakka requests for production (1.2); draft response to Valjakka interrogatories (2.3); | 5.50 |
| 09/13/2022 | E. Edlin | Draft correspondence regarding case status and team meeting (.3); | 0.30 |
| 09/14/2022 | J. Moore | Revise response to Valjakka requests for production (1.2); draft response to Valjakka interrogatories (3.2); Research [redacted] (.8); | 5.20 |
| 09/15/2022 | J. Moore | Revise response to Valjakka interrogatories (1.2); | 1.20 |
| 09/19/2022 | S. Piepmeier | Analysis regarding rebuttal damages contentions; | 0.30 |
| 09/19/2022 | J. Moore | Draft outline for claim construction briefing (2.6); research caselaw regarding [redacted] (1.7); | 4.30 |
| 09/20/2022 | S. Piepmeier | Analysis regarding claim construction strategy; | 0.60 |
| 09/20/2022 | J. Moore | Draft outline for claim construction briefing (2.6); research caselaw regarding [redacted] (.7); review local rules regarding claim construction expert report and deadlines (.3); review indefiniteness arguments for 102 patent terms (.6); video conference with L. Gordon regarding claim construction terms and '167 IPR (.4); | 4.60 |
| 09/20/2022 | D. Nolan | Update and revise key case calendar report and set related event deadline alerts for case team; | 1.50 |
| 09/21/2022 | S. Piepmeier | Video conference with E. Hasselberg, C. Bowers, and Perkins team | 0.80 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | regarding IPR, discovery, and damages updates (0.5); review damages contentions (.2); review summary of issues to press in discovery (.1); | |
| 09/21/2022 | J. Moore | Review Valjakka interrogatory requests (.2); video conference with E. Hasselberg, C. Bowers, and Perkins team regarding IPR, discovery, and damages updates (0.5); review 167 IPR draft [redacted] (3.6); | 4.30 |
| 09/21/2022 | A. Griggs | Video conference with E. Hasselberg, C. Bowers, and Perkins team regarding IPR, discovery, and damages updates (0.5); | 0.50 |
| 09/21/2022 | J. Ta | Analyze Valjakka's responses to Netflix's requests for production and interrogatories (.8); correspond with Perkins team regarding next steps for replying to deficiencies in Valjakka's discovery responses (.6); | 1.40 |
| 09/21/2022 | D. Nolan | Update and revise key case calendar report and set related event deadline alerts for case team; | 0.90 |
| 09/22/2022 | S. Piepmeier | Email communications with client regarding damages contentions; | 0.20 |
| 09/22/2022 | J. Moore | Revise response to Valjakka's first set of interrogatories (.2); revise responsive damages contentions (1.4); review notice requirements in protective order (.1); review Valjakka production related to damages (.7); | 2.40 |
| 09/22/2022 | J. Ta | Correspond with damages expert, N. Mody regarding damages contentions (.3); revise response to Netsocket's first set of interrogatories (1.0); revise response to Netsocket's first set of requests for production (1.6); | 2.90 |
| 09/22/2022 | D. Nolan | Confer with case team regarding preparation of materials for review by expert N. Mody; | 0.30 |
| 09/23/2022 | J. Moore | Revise response to Valjakka's first set of interrogatories (.9); Revise response to Valjakka's first set of requests for production (1.2); revise responsive damages contentions (1.9); revise '167 IPR (.4); review draft licensing agreements produced by Valjakka (.5); video conference with N. Mody and J. Ta regarding responsive damages contentions (.5); | 5.40 |
| 09/23/2022 | A. Griggs | Draft team call meeting minutes and send to client; | 0.20 |
| 09/23/2022 | J. Ta | Attend portion of video conference with N. Mody and J. Moore regarding responsive damages contentions (.4); | 0.40 |
| 09/26/2022 | S. Piepmeier | Analysis regarding rebuttal damages contentions; | 0.20 |
| 09/26/2022 | J. Moore | Revise response to Valjakka's first set of requests for production (3.4); draft [redacted] (.2); | 3.60 |
| 09/27/2022 | S. Piepmeier | Review draft damages contentions (.4); review draft interrogatory responses (.2); | 0.60 |
| 09/27/2022 | J. Moore | Revise responsive damages contentions (2.0); research expiration dates for 167 and 102 patents (.6); revise response to Valjakka's first set of interrogatories (1.1); | 3.70 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 09/27/2022 | A. Griggs | Draft team call agenda (0.3); research patent expiration dates (0.2); | 0.50 |
| 09/27/2022 | J. Ta | Revise Netflix's responses to Valjakka's damages contentions (6.6); prepare deficiency letter to opposing counsel regarding Valjakka's responses to Netflix's Requests for Production and Interrogatories (1.7); | 8.30 |
| 09/28/2022 | S. Piepmeier | Video conference with E. Hasselberg, C. Bowers, and Perkins team regarding discovery responses (.5); review [redacted] (.2); email communication with team regarding offensive discovery (.2); | 0.90 |
| 09/28/2022 | J. Moore | Revise response to Valjakka's first set of requests for production (.4); revise response to Valjakka's first set of interrogatories (.2); video conference with E. Hasselberg, C. Bowers, and Perkins team regarding discovery responses (.5); | 1.10 |
| 09/28/2022 | A. Griggs | Video conference with E. Hasselberg, C. Bowers, and Perkins team regarding discovery responses; | 0.50 |
| 09/28/2022 | J. Ta | Revise discovery deficiency letter to request that Valjakka withdraw duplicative discovery requests (.2); revise Netflix's responses to requests for production (5.7); analyze Federal Circuit's Cooperative Entertainment ruling on patent eligibility (.2); | 6.10 |
| 09/29/2022 | S. Piepmeier | Review draft discovery responses (.2); email communications with client regarding same (.2); revise client call notes (.1); | 0.50 |
| 09/29/2022 | J. Moore | Revise response to Valjakka's first set of interrogatories (.3); | 0.30 |
| 09/29/2022 | E. Edlin | Video conference with E. Hasselberg, C. Bowers, and Perkins team regarding discovery responses (0.5); | 0.50 |
| 09/29/2022 | J. Ta | Video conference with E. Hasselberg, C. Bowers, and Perkins team regarding discovery responses (0.5); revise Netflix's responses to requests for production (1.2); prepare email to E. Hasselberg regarding requests for production (.3); | 2.00 |
| 09/30/2022 | S. Piepmeier | Review proposed revisions to damages contentions and discovery responses (.1); email with client regarding same (.1); | 0.20 |
| 09/30/2022 | J. Moore | Revise response to Valjakka's first set of interrogatories (.2); revise response to Valjakka's first set of requests for production (.5); revise responsive damages contentions (.5); | 1.20 |
| 09/30/2022 | A. Griggs | Review rebuttal damages contentions; | 0.50 |
| 09/30/2022 | E. Edlin | Review damages contentions (.6); correspondence regarding same (.6); | 1.20 |
| 09/30/2022 | J. Ta | Revise responses to requests for production (1.3); revise damages contentions (.5); attention to creating discovery tracker (.2); attention to service of Netflix's responses to requests for production and Netflix's responses to interrogatories (.2); | 2.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| **Subtotal:** [redacted] | | | **113.80** |
| **Total** | | | **113.80** |

**Services**
[redacted]

## Summary of Services through 09/30/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| J. Ta | Partner | 23.50 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 6.50 | [redacted] | [redacted] |
| A. Griggs | Associate | 5.10 | [redacted] | [redacted] |
| E. Edlin | Associate | 5.50 | [redacted] | [redacted] |
| J. Moore | Associate | 60.40 | [redacted] | [redacted] |
| D. Nolan | Paralegal | 12.80 | [redacted] | [redacted] |
| **Total Services** | | **113.80** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 113.80 | [redacted] |
| **Total Services** | | **113.80** | [redacted] |

## Disbursements and Other Detailed Services through 09/30/2022

| Description | Amount |
|---|---|
| FedEx - Air express charge - [redacted] | 54.86 |
| FedEx - Air express charge [redacted] | 22.64 |
| FedEx - Air express charge [redacted] | 11.28 |
| FedEx - Air express charge [redacted] | 23.52 |
| FedEx - Air express charge [redacted] | 47.82 |
| FedEx - Air express charge [redacted] | 23.52 |
| FedEx - Air express charge [redacted] | 22.64 |
| FedEx - Air express charge [redacted] | 23.52 |
| FedEx - Air express charge [redacted] | 26.92 |
| FedEx - Air express charge [redacted] | 23.52 |
| FedEx - Air express charge [redacted] | 22.64 |
| Harbor Experts LLC (ACH) - Professional Services - 8/22 Services | 2,832.55 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| **Description** | **Amount** |
|---|---|
| Intensity LLC (ACH) - Professional Services - 9/2022 | 3,990.00 |
| **Total** | **$7,125.43** |

**Total Disbursements and Other Services**
$7,125.43

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

| | | | |
|---|---|---|---|
| Netflix, Inc. | | Invoice No. | [redacted] |
| Attn: Hilary Ware | | Matter No. | |
| SUBMIT THROUGH SERENGETI | | Bill Date | November 9, 2022 |
| 100 Winchester Circle | | Due Date | Due Upon Receipt |
| Los Gatos, CA 95032 | | | |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through October 31, 2022

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $15.60 |
| **Total Invoice Amount** | [redacted] |
| Previous Balance Due | [redacted] |
| **Total Due This Invoice** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA # [redacted]**<br>**Swift Code # [redacted]**<br>**Account Name: Perkins Coie LLP**<br>**Account [redacted] : [redacted]** |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 10/31/2022

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 10/03/2022 | J. Moore | Revise responsive damages contentions (.6); Review documents related to accused functionality for '102 patent (3.3); | 3.90 |
| 10/03/2022 | J. Ta | Revise discovery tracker (.5); revise Netflix damages contentions (.3); | 0.80 |
| 10/04/2022 | S. Piepmeier | Analysis regarding discovery responses and upcoming deadlines; | 1.20 |
| 10/04/2022 | J. Moore | Draft discovery tracker for RFPs and Rogs (1.4); draft email containing response plan for Valjakka's RFPs (1.6); review local rules regarding case management conference and statement (.3); | 3.30 |
| 10/04/2022 | A. Griggs | Review rebuttal damages contentions; | 0.30 |
| 10/04/2022 | J. Ta | Revise discovery tracker (.2); revise deficiency letter regarding Netflix's interrogatories and requests for production (.3); revise draft agenda for call with Netflix (.1); | 0.60 |
| 10/05/2022 | S. Piepmeier | Provide guidance to team regarding upcoming discovery action items (.4); review summary of team call (.2); analyze client edits to discovery responses (.2); | 0.80 |
| 10/05/2022 | J. Moore | Review local rules regarding case management conference and statement (.3); review local alternative dispute resolution rules (.6); draft updated CMC statement (1.7); revise letter to opposing counsel regarding discovery deficiencies (.1); review technical documents related to accused functionality (1.6); video conference with E. Hasselberg, L. Charrington, C. Bowers, L. Gordon, J. Ta, and A. Griggs regarding responses to Valjakka's ongoing discovery deficiencies, upcoming CMC and joint CMC statement, IPR updates, [redacted] (0.6); | 4.90 |
| 10/05/2022 | A. Griggs | Video conference with E. Hasselberg, L. Charrington, C. Bowers, L. Gordon, J. Ta, and J. Moore regarding responses to Valjakka's ongoing discovery deficiencies, upcoming CMC and joint CMC statement, IPR updates, [redacted] (0.6); draft team call meeting minutes and task list (0.5); review deficiency letter (0.4); find and summarize CMC notes (0.3); | 1.80 |
| 10/05/2022 | J. Ta | Summarize Federal Circuit's Cooperative v. Kollective decision on Section 101 (.5); analyze [redacted] (1.0); review joint case management conference statement (.2); prepare for meeting with Netflix team (.6); video conference with E. Hasselberg, L. Charrington, C. Bowers, L. Gordon, J. Moore, and A. Griggs regarding responses to Valjakka's ongoing discovery deficiencies, upcoming CMC and joint CMC statement, IPR updates, and [redacted] (0.6); follow up with Perkins team regarding outstanding action items (.3); | 3.20 |
| 10/05/2022 | D. Nolan | Research availability of May 3, 2022 CMC hearing transcript with the Court and confer with case team regarding same; | 0.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
| --- | --- | --- | --- |
| 10/06/2022 | S. Piepmeier | Revise joint CMC statement; | 0.40 |
| 10/06/2022 | J. Moore | Research caselaw regarding [redacted] (1.8); revise letter to opposing counsel regarding discovery deficiencies (.5); revise joint case management statement (.3); review technical documents related to accused functionality regarding the 102 patent (.6); | 3.20 |
| 10/06/2022 | E. Edlin | Correspondence regarding discovery and requests for production; | 0.60 |
| 10/07/2022 | J. Moore | Review technical documents related to accused functionality regarding the 102 patent (1.7); research caselaw regarding [redacted] (.3); | 2.00 |
| 10/08/2022 | S. Piepmeier | Prepare for client call; | 0.20 |
| 10/10/2022 | S. Piepmeier | Video conference with E. Hasselberg, C. Bowers, and J. Moore regarding responses to Valjakka's requests for production (.5); video conference with J. Moore regarding responses to Valjakka's requests for production and strategy for claim construction brief (.5); follow up with Perkins team regarding N. Mody and licenses (.2); | 1.20 |
| 10/10/2022 | K. Smith | Create and review case calendar; | 0.70 |
| 10/10/2022 | J. Moore | Revise case management conference statement (.7); revise meeting minutes for October 5 team call (.1); research caselaw [redacted] (.8); draft technology background section of claim construction briefing (5.6); review Valjakka's requests for production (.4); video conference with S. Piepmeier regarding responses to Valjakka's requests for production and claim construction briefing (.5); video conference with E. Hasselberg, C. Bowers, and S. Piepmeier regarding responses to Valjakka's requests for production (.5); | 8.60 |
| 10/10/2022 | J. Ta | Review E. Hasselberg's comments on case management conference statement (.1); | 0.10 |
| 10/10/2022 | D. Nolan | Revise key case calendar report and set related event deadline alerts for case team; | 0.10 |
| 10/11/2022 | S. Piepmeier | Review Order granting Motion to Dismiss (.3); send Order to client (.2); follow up with W. Ramey regarding his misapprehension of CMC deadlines (.1); | 0.60 |
| 10/11/2022 | K. Smith | Update calendar; | 0.50 |
| 10/11/2022 | J. Moore | Draft technology background and argument section of claim construction briefing (4.4); review 167 prosecution history (1.6); research indefiniteness standard (1.2); | 7.20 |
| 10/11/2022 | A. Griggs | Draft team call agenda (0.4); find materials in response to client requests on ESI order and licenses (0.2); | 0.60 |
| 10/11/2022 | J. Ta | Correspond with opposing counsel regarding Court's order regarding case management conference (.3); analyze Court's order granting motion to | 0.40 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | dismiss willfulness allegations (.1); | |
| 10/11/2022 | D. Nolan | Update and maintain databases for case filings and related deadlines; | 0.20 |
| 10/12/2022 | S. Piepmeier | Analysis [redacted] (.5); review outline of claim construction brief (.4); | 0.90 |
| 10/12/2022 | J. Moore | Review complaint and asserted patents to analyze [redacted] (.8); research [redacted] (1.2); video conference with E. Edlin regarding responses to RFPs and strategy for 101 motion (.3); review technical documents related to Netflix's DRM functionality (.3); Video conference with E. Hasselberg, C. Bowers, and Perkins team regarding outstanding discovery issues, [redacted], responses to RFPs, and initial damages materials (0.5); | 3.10 |
| 10/12/2022 | A. Griggs | Video conference with E. Hasselberg, C. Bowers, and Perkins team regarding outstanding discovery issues, [redacted], responses to RFPs, and initial damages materials (0.5); draft team call meeting minutes (0.4); | 0.90 |
| 10/12/2022 | E. Edlin | Video conference with E. Hasselberg, C. Bowers, and Perkins team regarding outstanding discovery issues, [redacted], responses to RFPs, and initial damages materials (1.0); video conference with J. Moore regarding case strategy (.5); | 1.50 |
| 10/12/2022 | J. Ta | Analyze [redacted] (.2); prepare for conference with Netflix team (.1); video conference with E. Hasselberg, C. Bowers, and Perkins team regarding outstanding discovery issues, [redacted], responses to RFPs, and initial damages materials (.5); follow up with S. Piepmeier [redacted] (.3); | 1.10 |
| 10/14/2022 | S. Piepmeier | [redacted] (.2); review team call ARs (.1); | 0.30 |
| 10/14/2022 | A. Griggs | Set up damages expert call with N. Mody; | 0.10 |
| 10/14/2022 | J. Ta | Analyze '167 patent in preparation for claim construction briefing (2.4); | 2.40 |
| 10/15/2022 | S. Piepmeier | Review claim construction brief outline; | 0.40 |
| 10/15/2022 | A. Griggs | Edit claim construction outline; | 2.10 |
| 10/15/2022 | J. Ta | Analyze Valjakka's opening claim construction brief (.4); prepare email to Netflix regarding Valjakka's opening claim construction brief (.2); draft and revise technical background section of Netflix's responsive claim construction brief (1.0); attention to strategy for responsive claim construction brief (.5); | 2.10 |
| 10/16/2022 | J. Ta | Revise discussion of '167 patent terms in outline for claim construction brief (.9); | 0.90 |
| 10/17/2022 | S. Piepmeier | Revise outline for claim construction brief; | 0.50 |

Invoice No.[redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 10/17/2022 | A. Griggs | Revise and add to claim construction outline; | 0.90 |
| 10/17/2022 | E. Edlin | Review outline for claim construction brief; | 0.50 |
| 10/17/2022 | D. Nolan | Update and maintain databases for case filings and related deadlines; | 0.10 |
| 10/17/2022 | D. Nolan | Research and assemble license agreements for attorney review; | 0.50 |
| 10/18/2022 | S. Piepmeier | Revise agenda for team call (.2); revise claim construction outline (.4); email communications with Netflix team regarding claim construction brief (.2); analysis regarding indefiniteness arguments (.3); | 1.10 |
| 10/18/2022 | A. Griggs | Draft team call agenda (0.2); research license disclosure obligations (0.5); | 0.70 |
| 10/18/2022 | E. Edlin | Revise claim construction outline and correspondence regarding same (1.2); | 1.20 |
| 10/18/2022 | J. Ta | Finalize claim construction outline (2.0); research whether negotiation documents need to be along with corresponding licensing or settlement agreements (.6); attention to upcoming claim construction deadlines and issues (.2); | 2.80 |
| 10/18/2022 | D. Nolan | Prepare materials, with related index, for review by expert Dr. N. Mody; | 0.50 |
| 10/19/2022 | S. Piepmeier | Video conference with E. Hasselberg, C. Bowers, and Perkins team regarding claim construction briefing, license production, damages plan, [redacted], and outstanding discovery issues (0.5); legal research [redacted] to prepare for client call (.4); | 0.90 |
| 10/19/2022 | K. Smith | Calendar deadlines; | 0.30 |
| 10/19/2022 | A. Griggs | Video conference with E. Hasselberg, C. Bowers, and Perkins team regarding claim construction briefing, license production, damages plan, [redacted], and outstanding discovery issues (0.5); | 0.50 |
| 10/19/2022 | E. Edlin | Video conference with E. Hasselberg, C. Bowers, and Perkins team regarding claim construction briefing, license production, damages plan, [redacted], and outstanding discovery issues (0.5); prepare for client call (.3); review license agreements (.2); | 1.00 |
| 10/19/2022 | D. Nolan | Research production database for select materials and report findings related to same to case team attorneys; | 0.70 |
| 10/20/2022 | S. Piepmeier | Legal research regarding Rule 12 and successive motions (.6); revise summary of client call and action items (.2); analysis regarding tutorial (.3); | 1.10 |
| 10/20/2022 | A. Griggs | Prepare materials for N. Mody call; | 0.10 |
| 10/20/2022 | J. Ta | Analyze recent Federal Circuit case, Microsoft v. Uniloc, for implications on claim construction briefing regarding ordering of method steps in a method claim (.2); confer with S. Piepmeier [redacted] (.2); prepare email to Netflix team [redacted] | 0.90 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | [redacted] (.5); | |
| 10/21/2022 | S. Piepmeier | Prepare Markman brief (2.1); perform legal research to support Markman brief (.8); perform legal research [redacted] (.6); revise agenda for meeting with Dr. Mody (.1); provide guidance to team regarding offensive discovery follow up (.1); | 3.70 |
| 10/21/2022 | A. Griggs | Video conference with E. Edlin and N. Mody regarding initial damages report strategy (0.7); draft call agenda (0.1); | 0.80 |
| 10/21/2022 | E. Edlin | Video conference with A. Griggs and N. Mody regarding initial damages report strategy (0.7); | 0.70 |
| 10/21/2022 | D. Nolan | Prepare and transmit materials with index for review by expert N. Mody; | 1.50 |
| 10/22/2022 | S. Piepmeier | Analyze 102 patent infringement contentions (.6); prepare meet and confer letter regarding licenses (.4); prepare Markman brief (2.4); review production log from Valjakka (.2); | 3.60 |
| 10/22/2022 | J. Ta | Draft and revise '167 patent claim construction analysis for opening claim construction brief (1.3); | 1.30 |
| 10/22/2022 | D. Nolan | Prepare comprehensive report of production database documents for license agreement review; | 0.20 |
| 10/23/2022 | S. Piepmeier | Prepare Markman brief; | 1.80 |
| 10/23/2022 | J. Ta | Draft and revise '167 patent claim construction analysis for opening claim construction brief (3.2); | 3.20 |
| 10/24/2022 | S. Piepmeier | Revise draft Markman brief (1.4); research brief requirements (.2); analysis regarding motion to compel infringement contentions (.2); video conference with J. Ta, E. Edlin, J. Moore, and A. Griggs regarding claim construction briefing (0.5); video conference with N. Mody, Netflix team, and Perkins team regarding damages arguments and licenses (0.9); video conference with Netflix team and Perkins team regarding claim construction terms (0.1); | 3.30 |
| 10/24/2022 | J. Moore | Revise claim construction briefing (7.4); video conference with S. Piepmeier, J. Ta, E. Edlin, and A. Griggs regarding claim construction briefing (0.5); | 7.90 |
| 10/24/2022 | A. Griggs | Video conference with S. Piepmeier, J. Ta, E. Edlin, and J. Moore regarding claim construction briefing (0.5); video conference with N. Mody, Netflix team, and Perkins team regarding damages arguments and licenses (0.9); video conference with Netflix team and Perkins team regarding claim construction terms (0.1); revise and update draft letter to Ramey regarding licenses (0.9); | 2.40 |
| 10/24/2022 | E. Edlin | Video conference with S. Piepmeier, J. Ta, J. Moore, and A. Griggs regarding claim construction briefing (0.5); video conference with N. Mody, Netflix team, and Perkins team regarding damages arguments and licenses (0.9); video conference with Netflix team and Perkins team | 1.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | regarding claim construction terms (0.1); | |
| 10/24/2022 | J. Ta | Draft introduction for opening claim construction brief (.7); revise sections for '167 patent and '102 patent terms in opening claim construction brief (2.0); correspond with S. Piepmeier and J. Moore regarding opening claim construction brief (.5); | 3.20 |
| 10/24/2022 | D. Nolan | Research [redacted] and report related findings to S. Piepmeier; | 1.00 |
| 10/25/2022 | J. Pambianco | Perform a legal and fact cite check on the Claim Construction Brief; | 5.80 |
| 10/25/2022 | S. Piepmeier | Analysis regarding [redacted] (.6); outline tutorial (.6) | 1.20 |
| 10/25/2022 | J. Moore | Revise discovery letter to Ramey (.4); further legal research [redacted] (1.2); | 1.60 |
| 10/25/2022 | A. Griggs | Revise and update draft letter (0.6); draft team call agenda and task list (0.4); | 1.00 |
| 10/25/2022 | J. Hewitt | Research case law [redacted]; | 1.50 |
| 10/26/2022 | J. Pambianco | Continued work in connection with performing a cite check on the Claim Construction Brief, including the citations to the patent references; | 2.60 |
| 10/26/2022 | S. Piepmeier | Prepare tutorial; | 0.60 |
| 10/26/2022 | J. Moore | Further legal research regarding [redacted] (4.8); review claim construction arguments to [redacted] (.5); research local rules regarding technology tutorial (.3); | 5.60 |
| 10/26/2022 | J. Hewitt | Research case law regarding retroactive standing for past patent infringement; | 2.50 |
| 10/26/2022 | J. Hewitt | Draft [redacted] | 1.10 |
| 10/26/2022 | J. Ta | Attention to strategy for technology tutorial and exchange with opposing counsel (.5); | 0.50 |
| 10/27/2022 | S. Piepmeier | Analysis regarding tutorial, amended pleadings, license defense (2.6); review client edits to Markman brief (.2); | 2.80 |
| 10/27/2022 | K. Smith | Emails with team regarding deadlines; | 0.20 |
| 10/27/2022 | J. Moore | Research [redacted] (.2); revise claim construction brief (3.8); draft email to Plaintiff regarding meet and confer for technology tutorial and claim construction hearing (.3); draft technology tutorial for '102 patent (4.0); | 8.30 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 10/27/2022 | E. Edlin | Review research regarding past damages and correspondence with J. Hewett regarding same (.6); correspondence regarding claim construction tutorial strategy (1.1) | 1.70 |
| 10/27/2022 | J. Hewitt | Conference with E. Edlin regarding chain of title issues (.6); research and draft table regarding chain of title for patent assignment (3.0); | 3.60 |
| 10/27/2022 | J. Ta | Prepare presentation cover page and template for technology tutorial (.7); analyze '167 patent in preparation technology tutorial (2.1); draft '167 portion of technology tutorial (2.2); | 5.00 |
| 10/28/2022 | S. Piepmeier | Review tutorial outline (.3); | 0.30 |
| 10/28/2022 | K. Smith | Update case calendar; | 0.10 |
| 10/28/2022 | J. Moore | Draft technology tutorial (.8); research [redacted] (.6); revise claim construction briefing (2.1); | 3.50 |
| 10/28/2022 | J. Hewitt | Research impact of expiration on chain of title issues (1.5); research case law regarding [redacted] (3.7); | 5.20 |
| 10/28/2022 | D. Nolan | Update and maintain databases for case filings and related deadlines; | 0.10 |
| 10/28/2022 | D. Nolan | Prepare and electronically file claim construction reply brief; | 0.40 |
| 10/29/2022 | S. Piepmeier | Prepare tutorial; | 0.80 |
| 10/29/2022 | J. Ta | Review '102 patent to review and revise claim construction tutorial (1.2); draft and revise claim construction tutorial (4.3); | 5.50 |
| 10/30/2022 | S. Piepmeier | Revise tutorials; | 0.60 |
| 10/30/2022 | J. Moore | Draft technology tutorial (1.8); | 1.80 |
| 10/30/2022 | J. Ta | Revise slides for technology tutorial (2.4); confer with Perkins team regarding technology tutorial (.4); | 2.80 |
| 10/31/2022 | S. Piepmeier | Video conference with J. Ta, L. Gordon, and J. Moore regarding technology tutorial (.5); revise tutorial (.4); review updated research [redacted] (.4); review L. Gordon comments on tutorial (.3); | 1.60 |
| 10/31/2022 | J. Moore | Draft technology tutorial (2.7); research Judge Tigar's 101 decisions (.1); video conference with S. Piepmeier, J. Ta, and L. Gordon regarding technology tutorial (1.5); | 4.30 |
| 10/31/2022 | J. Ta | Video conference with S. Piepmeier, J. Ta, L. Gordon, and J. Moore regarding technology tutorial (1.4); revise technology tutorial (0.6); | 2.00 |
| **Subtotal:** [redacted] | | | **188.70** |
| **Total** | | | **188.70** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

**Services**
[redacted]

## Summary of Services through 10/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| J. Ta | Partner | 38.80 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 29.90 | [redacted] | [redacted] |
| A. Griggs | Associate | 12.20 | [redacted] | [redacted] |
| E. Edlin | Associate | 8.70 | [redacted] | [redacted] |
| J. Moore | Associate | 69.20 | [redacted] | [redacted] |
| J. Hewitt | Associate | 13.90 | [redacted] | [redacted] |
| D. Nolan | Paralegal | 5.80 | [redacted] | [redacted] |
| J. Pambianco | Paralegal | 8.40 | [redacted] | [redacted] |
| K. Smith | Paralegal | 1.80 | [redacted] | [redacted] |
| **Total Services** | | **188.70** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 188.70 | [redacted] |
| **Total Services** | | **188.70** | [redacted] |

## Disbursements and Other Detailed Services through 10/31/2022

| Description | Amount |
|---|---|
| Computer research - Lexis/WestLaw | 15.60 |
| **Total** | **$15.60** |

**Total Disbursements and Other Services**
$15.60

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | December 7, 2022 |
| Due Date | Due Upon Receipt |

---

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through November 30, 2022

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $10,465.95 |
| **Total Invoice Amount** | [redacted] |
| Previous Balance Due | [redacted] |
| **Total Due This Invoice** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA # [redacted]**<br>**Swift Code # [redacted]**<br>**Account Name: Perkins Coie LLP**<br>**Account Number: [redacted]** |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 11/30/2022

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/01/2022 | S. Piepmeier | Revise tutorial (.7); prepare update to client regarding tutorial (.1); revise agenda and actions items (.2); correspondence with E. Hasselberg regarding tutorial (.1); | 1.10 |
| 11/01/2022 | J. Moore | Draft technology tutorial (2.7); | 2.70 |
| 11/01/2022 | A. Griggs | Draft team call agenda; | 0.10 |
| 11/02/2022 | S. Piepmeier | Prepare notes for client call, including [redacted] (0.6); video conference with E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding upcoming tech tutorial, [redacted] (0.5); | 1.10 |
| 11/02/2022 | K. Smith | Update and distribute case calendar; | 0.10 |
| 11/02/2022 | J. Moore | Research previous [redacted] (1.9); video conference with E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding upcoming tech tutorial, [redacted] (0.5); | 2.40 |
| 11/02/2022 | A. Griggs | Video conference with E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding upcoming tech tutorial, [redacted] (0.5); | 0.50 |
| 11/02/2022 | E. Edlin | Video conference with E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding upcoming tech tutorial, [redacted] (0.5); prepare for client meeting (.2); review correspondence and case strategy tasks (.2); | 0.90 |
| 11/02/2022 | J. Ta | Prepare for video conference with Netflix team (.1); video conference with E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding upcoming tech tutorial, [redacted] (0.5); propose edits to technology tutorial slides (.2); | 0.80 |
| 11/03/2022 | S. Piepmeier | Telephone conference with E. Hasselberg regarding tutorial (.3); email communications with J. Moore regarding tutorial (.1); review revised tutorial (.3); | 0.70 |
| 11/03/2022 | J. Moore | Revise technology tutorial (1.9); | 1.90 |
| 11/04/2022 | S. Piepmeier | Attention to tutorial planning (.2); | 0.20 |
| 11/04/2022 | A. Griggs | Address client comments to draft deficiency letter (1.0); finalize meeting minutes (0.2); | 1.20 |
| 11/04/2022 | J. Ta | Analyze Valjakka's reply claim construction brief (.4); | 0.40 |
| 11/04/2022 | D. Nolan | Update and maintain databases for case filings and related deadlines; | 0.10 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/05/2022 | S. Piepmeier | Review Valjakka tutorial (.4); analysis regarding potential objections (.2); email summary of same to clients (.1); | 0.70 |
| 11/05/2022 | J. Ta | Analyze Valjakka's technology tutorial (.2); | 0.20 |
| 11/06/2022 | S. Piepmeier | Prepare for tutorial mock; | 0.30 |
| 11/07/2022 | S. Piepmeier | Video conference with J. Moore regarding technology tutorial (.4); prepare for mock (.2); | 0.60 |
| 11/07/2022 | J. Moore | Draft talking points for technology tutorial (3.4); review Valjakka's technology tutorial slides (.2); review Valjakka's reply claim construction brief (.3); research handling of motions for more definite contentions in NDCA (1.1); Video conference with S. Piepmeier regarding technology tutorial (.4); | 5.40 |
| 11/08/2022 | S. Piepmeier | Prepare for tutorial (.7); | 0.70 |
| 11/08/2022 | J. Moore | Prepare for technology tutorial mock (2.7); review '167 patent (.7); research motions for more definite contentions in NDCA (2.3); | 5.70 |
| 11/08/2022 | A. Griggs | Draft team call agenda; | 0.20 |
| 11/09/2022 | S. Piepmeier | Prepare for mock (.4); video conference with J. Moore regarding mock technology tutorial (.5); video conference with E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding reply claim construction brief, [redacted], and practice run through of tech tutorial (1.9); review upcoming deadlines to ensure drafts are timely sent to client (.2); | 3.00 |
| 11/09/2022 | K. Smith | Update and distribute case calendar; | 0.20 |
| 11/09/2022 | J. Moore | Prepare for technology tutorial mock (2.6); review Valjakka's reply claim construction brief (.4); video conference with S. Piepmeier regarding mock technology tutorial (.5); video conference with E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding reply claim construction brief, [redacted], and practice run through of tech tutorial (1.9); | 5.40 |
| 11/09/2022 | A. Griggs | Video conference with E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding reply claim construction brief, [redacted] and practice run through of tech tutorial (1.9); draft team call meeting minutes (0.2); | 2.10 |
| 11/09/2022 | E. Edlin | Video conference with E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding reply claim construction brief, [redacted] and practice run through of tech tutorial (1.6); | 1.60 |
| 11/09/2022 | J. Ta | Video conference with E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding reply claim construction brief, [redacted] and practice run through of tech tutorial (1.9); | 1.90 |
| 11/10/2022 | S. Piepmeier | Review revised tutorial and CMC statement (.3); analysis regarding | 0.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | upcoming action items (.3); | |
| 11/10/2022 | J. Moore | Revise technology tutorial slides (2.5); | 2.50 |
| 11/10/2022 | A. Griggs | Draft second set of interrogatory and requests for production; | 0.40 |
| 11/10/2022 | E. Edlin | Review case materials, develop strategy, and correspondence regarding same (1.2); draft email to opposing counsel regarding amended complaint (.5); revise case management statement and correspondence regarding same (1.6); correspondence with J. Hewitt regarding motion for more definite contentions (.4); | 3.70 |
| 11/10/2022 | D. Nolan | Research and assemble case materials for review by J. Hewitt; | 0.50 |
| 11/11/2022 | S. Piepmeier | Prepare for tutorial (.4); | 0.40 |
| 11/11/2022 | K. Smith | Update and distribute case calendar; | 0.10 |
| 11/11/2022 | J. Moore | Draft outline for claim construction slides (.4); | 0.40 |
| 11/11/2022 | A. Griggs | Finalize draft team call meeting minutes; | 0.20 |
| 11/11/2022 | E. Edlin | Draft correspondence to client regarding discovery and CMC statement (.7); review interrogatory and requests for production [redacted] (.5); revise case management statement (.4); revise meeting minutes and correspondence regarding same (.7); | 2.30 |
| 11/12/2022 | S. Piepmeier | Review upcoming deadlines (.2); | 0.20 |
| 11/13/2022 | S. Piepmeier | Prepare for tutorial (.5); | 0.50 |
| 11/13/2022 | J. Moore | Draft outline for claim construction slides (.3); | 0.30 |
| 11/14/2022 | S. Piepmeier | Revise outline for tutorial to incorporate client feedback (1.4); run through of presentation (.4); present at tutorial (1.1); video conference with E. Hasselberg, L. Charrington, and J. Moore regarding technology tutorial debrief (.5); attention to pro hac vice submission (.2); | 3.60 |
| 11/14/2022 | K. Smith | Update case calendar; | 0.40 |
| 11/14/2022 | J. Moore | Draft outline for claim construction slides (2.3); prepare for technology tutorial (1.3); attend technology tutorial (1.3); video conference with E. Hasselberg, L. Charrington, and S. Piepmeier regarding technology tutorial debrief (.5); | 5.40 |
| 11/14/2022 | A. Griggs | Update upcoming calendar deadlines (0.2); attend tech tutorial hearing (1.0); | 1.20 |
| 11/14/2022 | E. Edlin | Attend claim construction technical tutorial (1); correspondence regarding case management (.5); | 1.50 |
| 11/15/2022 | S. Piepmeier | Review amended complaint (.3); revise communications to client and opposing counsel regarding amended complaint (.3); provide direction to | 0.90 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | team regarding outstanding action items (.3); | |
| 11/15/2022 | K. Smith | Update case calendar; | 0.20 |
| 11/15/2022 | J. Moore | Review Valjakka's third amended complaint (.3); draft claim construction slides (1); | 1.30 |
| 11/15/2022 | A. Griggs | Draft agenda and update calendar and deadline table (0.4); address client comments on second set of discovery requests (0.7); | 1.10 |
| 11/15/2022 | E. Edlin | Review third amended complaint and correspondence regarding same (.7); | 0.70 |
| 11/16/2022 | S. Piepmeier | Revise call agenda and call notes (.2); video conference with E. Hasselberg and Perkins team regarding answer to third amended complaint, discovery related motions and requests, and upcoming Markman hearing (.4); review list of outstanding action items to ensure team is on track (.2); review client edits to meet and confer correspondence (.1); | 0.90 |
| 11/16/2022 | J. Moore | Draft claim construction slides (3.1); draft email to Netflix regarding plaintiff's third amended complaint (.2); video conference with E. Hasselberg and Perkins team regarding answer to third amended complaint, discovery related motions and requests, and upcoming Markman hearing (0.4); | 3.70 |
| 11/16/2022 | A. Griggs | Video conference with E. Hasselberg and Perkins team regarding answer to third amended complaint, discovery related motions and requests, and upcoming Markman hearing (0.4); address client comments and finalize second set of discovery requests for service (1.4); draft team call meeting minutes (0.3); | 2.10 |
| 11/16/2022 | E. Edlin | Video conference with E. Hasselberg and Perkins team regarding answer to third amended complaint, discovery related motions and requests and upcoming Markman hearing (0.4); | 0.40 |
| 11/16/2022 | J. Ta | Revise Netflix's second set of requests for production and second set of interrogatories; | 0.40 |
| 11/17/2022 | K. Smith | Update and distribute case calendar; | 0.20 |
| 11/18/2022 | S. Piepmeier | Review draft Markman slides (.2); | 0.20 |
| 11/18/2022 | K. Smith | Update and distribute case calendar; | 0.10 |
| 11/18/2022 | J. Moore | Draft email to opposing counsel regarding Markman slide exchange and plan for hearing (.1); | 0.10 |
| 11/18/2022 | J. Hewitt | Research procedures to compel party to amend or strike for more definite contentions (2.5); draft motion to compel sufficient infringement contentions (5.0); | 7.50 |
| 11/20/2022 | J. Hewitt | Draft motion to compel sufficient infringement contentions; | 11.50 |
| 11/21/2022 | S. Piepmeier | Video conference with L. Gordon, J. Ta, and J. Moore regarding invalidity | 1.40 |

Invoice No.[redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | strategy (0.5); video conference with Perkins Team regarding motion to compel, Section 101, Answer, and upcoming deadlines (0.5); email communications w E. Hasselberg regarding upcoming action items (.2); review revised tutorial (.2); | |
| 11/21/2022 | K. Smith | Update and distribute case calendar; | 0.20 |
| 11/21/2022 | J. Moore | Video conference with Perkins Team regarding motion to compel, Section 101, Answer, and upcoming deadlines (0.5); video conference with S. Piepmeier, L. Gordon, and J. Ta regarding invalidity strategy (0.5); revise claim construction slides (.2); | 1.20 |
| 11/21/2022 | A. Griggs | Video conference with Perkins Team regarding motion to compel, Section 101, Answer, and upcoming deadlines (0.5); | 0.50 |
| 11/21/2022 | E. Edlin | Video conference with Perkins Team regarding motion to compel, Section 101, Answer, and upcoming deadlines (0.5); | 0.50 |
| 11/21/2022 | J. Hewitt | Telephone conference with E. Edlin regarding motion to compel sufficient infringement contentions; | 0.40 |
| 11/21/2022 | J. Ta | Video conference with S. Piepmeier, L. Gordon and J. Moore regarding invalidity strategy (0.5); video conference with Perkins team regarding motion to compel, section 101, answer, and upcoming deadlines (0.5); attention to section 101 strategy (.4); | 1.40 |
| 11/21/2022 | L. Gordon | Video conference with S. Piepmeier, J. Ta, and J. Moore regarding invalidity strategy (0.5); | 0.50 |
| 11/22/2022 | S. Piepmeier | Video conference with J. Moore regarding Markman hearing slides (.5); | 0.50 |
| 11/22/2022 | J. Moore | Revise claim construction slides (2.4); research caselaw for 101 motion (2.6); video conference with S. Piepmeier regarding Markman hearing slides (.5); | 5.50 |
| 11/22/2022 | J. Hewitt | Analysis regarding motion to compel sufficient infringement contentions and proposed order (1); | 1.00 |
| 11/23/2022 | S. Piepmeier | Prepare meet and confer correspondence regarding amended complaint and Markman (.2); provide update to client (.2); review revised Markman slides (.3); | 0.70 |
| 11/23/2022 | J. Moore | Revise claim construction slides (.3); research caselaw for 101 motion (3.3); | 3.60 |
| 11/23/2022 | J. Hewitt | Draft and revise motion to compel sufficient infringement contentions and proposed order; | 3.00 |
| 11/23/2022 | J. Ta | Analyze '102 patent and potential enablement argument (.5) | 0.50 |
| 11/28/2022 | S. Piepmeier | Review client edits to Markman slides (.2); video conference with L. Gordon and J. Moore regarding Markman slides (.4); provide instruction to team regarding continued follow up with B. Ramey (.1); | 0.70 |

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/28/2022 | J. Moore | Review claim construction arguments (.2); video conference with S. Piepmeier and L. Gordon regarding Markman slides (.4); video conference with J. Ta, E. Edlin, A. Griggs, and J. Hewitt regarding Markman slide deck, 101 motion drafting, draft of Answer, and other upcoming draft to client deadlines (0.3); revise claim construction slides (.2); research caselaw for 101 motion related to the '102 patent (1.2); | 2.30 |
| 11/28/2022 | A. Griggs | Video conference with J. Ta, E. Edlin, J. Moore, and J. Hewitt regarding Markman slide deck, 101 motion drafting, draft of Answer, and other upcoming draft to client deadlines (0.3); | 0.30 |
| 11/28/2022 | E. Edlin | Video conference with J. Ta, J. Moore, A. Griggs, and J. Hewitt regarding Markman slide deck, 101 motion drafting, draft of Answer, and other upcoming draft to client deadlines (0.3); revise motion to compel infringement contentions (2.6); | 2.90 |
| 11/28/2022 | J. Hewitt | Conference with J. Ta, E. Edlin, J. Moore, and A. Griggs regarding Markman slide deck, 101 motion drafting, draft of answer, and other upcoming draft to client deadlines (.3); correspondence with E. Edlin, A. Griggs, and M. Walkup coordinating draft of answer (.2); draft answer (1.5); review revised motion to compel infringement contentions (.5); correspondence with E. Edlin regarding motion to compel infringement contentions (.2); | 2.70 |
| 11/28/2022 | J. Ta | Video conference with E. Edlin, J. Moore, A. Griggs, and J. Hewitt regarding Markman slide deck, 101 motion drafting, draft of Answer, and other upcoming draft to client deadlines (.3); | 0.30 |
| 11/28/2022 | L. Gordon | Video conference with S. Piepmeier and J. Moore regarding Markman slides (.4); | 0.40 |
| 11/29/2022 | S. Piepmeier | Revise Motion to Compel Infringement Contentions (.7); provide guidance to team regarding meet and confer (.2); | 0.90 |
| 11/29/2022 | J. Moore | Research caselaw for 101 motion related to the '102 and '167 patents (6.2); draft outline for 101 motion (.9); revise claim construction slides (.2); | 7.30 |
| 11/29/2022 | A. Griggs | Draft team call meeting minutes and follow up with team regarding oustanding action items; | 0.50 |
| 11/29/2022 | E. Edlin | Revise motion to compel infringement contentions and correspondence regarding same (1.5); draft correspondence to opposing counsel regarding infringement contentions, and internal correspondence regarding same (.6); | 2.10 |
| 11/29/2022 | J. Hewitt | Draft answer (1.5); review and clean revised motion to compel infringement contentions (.8); correspondence with E. Edlin regarding motion to compel infringement contentions and answer (.3); draft email memorandum [redacted] (.6); revise answer and add counterclaims (2.9); | 6.10 |
| 11/30/2022 | S. Piepmeier | Client communications regarding team call and case status; | 0.20 |
| 11/30/2022 | K. Smith | Emails with L. Gordon regarding case status; | 0.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/30/2022 | J. Moore | Draft outline for 101 motion (7.4); revise claim construction slides (1.5); revise answer to Valjakka's third amended complaint (.1); video conference with L. Gordon regarding Markman slides (.7); video conference with E. Hasselberg and Perkins team regarding drafts of Answer, motion to compel, Markman slides, and 101 motion (0.2); | 9.90 |
| 11/30/2022 | A. Griggs | Draft email to client regarding damages documents to collect (0.6); video conference with E. Hasselberg and Perkins team regarding drafts of Answer, motion to compel, Markman slides, and 101 motion (0.2); | 0.80 |
| 11/30/2022 | E. Edlin | Video conference with E. Hasselberg and Perkins team regarding drafts of Answer, motion to compel, Markman slides, and 101 motion (0.2); | 0.20 |
| 11/30/2022 | J. Hewitt | Add noninfringement limitations to answer (0.3); revise motion to compel sufficient infringement contentions (3.0); | 3.30 |
| 11/30/2022 | J. Ta | Prepare for video conference with Netflix team (.1); video conference with E. Hasselberg and Perkins team regarding drafts of answer, motion to compel, Markman slides, and 101 motion (.2); revise answer to third amended complaint (1.6); | 1.90 |
| 11/30/2022 | L. Gordon | Video conference with J. Moore regarding Markman slides (.7); | 0.70 |
| **Subtotal:** [redacted] | | | **162.30** |
| **Total** | | | **162.30** |

**Services**
[redacted]

## Summary of Services through 11/30/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| J. Ta | Partner | 7.80 | [redacted] | [redacted] |
| L. Gordon | Partner | 1.60 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 20.10 | [redacted] | [redacted] |
| A. Griggs | Associate | 11.20 | [redacted] | [redacted] |
| E. Edlin | Associate | 16.80 | [redacted] | [redacted] |
| J. Moore | Associate | 67.00 | [redacted] | [redacted] |
| J. Hewitt | Associate | 35.50 | [redacted] | [redacted] |
| D. Nolan | Paralegal | 0.60 | [redacted] | [redacted] |
| K. Smith | Paralegal | 1.70 | [redacted] | [redacted] |
| **Total Services** | | **162.30** | | [redacted] |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 162.30 | [redacted] |
| **Total Services** | | **162.30** | [redacted] |

## Disbursements and Other Detailed Services through 11/30/2022

| Description | Amount |
|---|---|
| US Bank - Filing Fees - J. Greenfield, Court filing fee, 11/15/2022 | 317.00 |
| Intensity LLC (ACH) - Professional Services - 10/22 Services | 3,325.00 |
| Fulcrum Legal Graphics, Inc. - Professional Services - 10/16 tp 11/15/22 | 6,806.00 |
| 10/31/2022, Research by: Moore, Jassiem (IEEE Usage; ARTICLE TITLE: "The system integration of DRM and fingerprinting") | 17.95 |
| **Total** | **$10, 465.95** |

**Total Disbursements and Other Services**
$10,465.95

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | January 31, 2023 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through December 31, 2022

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $9,295.39 |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 12/31/2022

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 12/01/2022 | J. Moore | Draft Section 101 motion (8.2); revise answer to Valjakka's third amended complaint (.1); revise motion to compel contentions (.8); | 9.10 |
| 12/01/2022 | A. Griggs | Draft team call meeting minutes and action item assignments (0.3); | 0.30 |
| 12/01/2022 | J. Hewitt | Revise motion to compel sufficient infringement contentions (1.7); revise and format answer to complaint (2.3); | 4.00 |
| 12/02/2022 | S. Piepmeier | Analysis regarding meet and confer (.2); | 0.20 |
| 12/02/2022 | J. Moore | Revise Section 101 motion (1.4); revise claim construction slides (.3); revise motion to compel more definite infringement contentions (.6); video conference with E. Edlin and J. Hewitt regarding motion to compel sufficient infringement contentions (.3); review Federal Circuit caselaw regarding patents directed to access restrictions (.6); | 3.20 |
| 12/02/2022 | A. Griggs | Review draft of damages documents and produced spreadsheets and find more categories for client documents to produce (1.0); analyze license agreement for possibility to produce (1.5); | 2.50 |
| 12/02/2022 | E. Edlin | Video conference with J. Hewitt regarding motion to compel sufficient infringement contentions (.5); video conference with J. Moore, and J. Hewitt regarding motion to compel sufficient infringement contentions (.3); | 0.80 |
| 12/02/2022 | J. Hewitt | Video conference with E. Edlin regarding motion to compel sufficient infringement contentions (0.5); video conference with E. Edlin and J. Moore regarding motion to compel sufficient infringement contentions (0.3); edit draft motion to compel sufficient infringement contentions (5.2); | 6.00 |
| 12/02/2022 | J. Ta | Revise motion to compel further infringement contentions (1.3); revise Section 101 motion (1.2); | 2.50 |
| 12/05/2022 | S. Piepmeier | Video conference with J. Ta, E. Edlin, J. Moore, A. Griggs, and J. Hewitt regarding [redacted], objections to Valjakka's failure to exchange Markman slides, draft review of 101 motion, and status of '102 IPR (0.4); analysis regarding Section 101 arguments (.4); | 0.80 |
| 12/05/2022 | K. Smith | Legal research regarding objections to tech tutorial (1.3); finalize and file notice (.3); | 1.60 |
| 12/05/2022 | J. Moore | Revise 101 Section motion (2.4); video conference with S. Piepmeier, J. Ta, E. Edlin, A. Griggs, and J. Hewitt regarding [redacted], objections to Valjakka's failure to exchange Markman slides, draft review of 101 motion, and invalidity (0.4); | 2.80 |
| 12/05/2022 | A. Griggs | Video conference with S. Piepmeier, J. Ta, E. Edlin, J. Moore, and J. Hewitt regarding [redacted], objections to Valjakka's failure to exchange Markman slides, draft review of 101 motion, and status of '102 invalidity draft; | 0.40 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 12/05/2022 | E. Edlin | Video conference with S. Piepmeier, J. Ta, J. Moore, A. Griggs, and J. Hewitt regarding [redacted], objections to Valjakka's failure to exchange Markman slides, draft review of 101 motion, and invalidity (0.4); review case materials, develop strategy, and correspondence regarding same (3.2); draft email to opposing counsel regarding meet and confer and correspondence with E. Hasselberg regarding same (.5); conference with J. Hewitt regarding notice of objection (0.2); conference with J. Hewitt regarding local rule letter brief requirements (0.2); review draft notice of dispute (.4); correspondence regarding same (.4); | 5.30 |
| 12/05/2022 | J. Hewitt | Video conference with S. Piepmeier, J. Ta, E. Edlin, J. Moore, and A. Griggs regarding [redacted], objections to Valjakka's failure to exchange Markman slides, draft review of 101 motion, and status of '102 IPR (0.4); conference with E. Edlin regarding notice of objection (0.2); conference with E. Edlin regarding local rule letter brief requirements (0.2); research regarding notice of objection (1.5); draft notice of objection (0.7); research local rule letter brief requirements (4.0); revise draft motion to compel sufficient infringement contentions (2.0); research requirements for discovery disputes (0.5); edit notice of dispute (0.3); | 9.80 |
| 12/05/2022 | J. Ta | Video conference with S. Piepmeier, E. Edlin, J. Moore, A. Griggs, and J. Hewitt regarding potential discovery letter brief, objections to Valjakka's failure to exchange Markman slides, draft review of 101 motion, and status of '102 IPR (.4); attention to strategy for raising discovery issues (.2); revise notice of objection (.1); | 0.70 |
| 12/06/2022 | S. Piepmeier | Prepare for mock (1.6); email communications with L. Charrington re hearing feedback (.2); revise meet and confer letter to W. Ramey regarding multiple repeated deficiencies (.4); | 2.20 |
| 12/06/2022 | K. Smith | Calendar deadlines; | 0.30 |
| 12/06/2022 | J. Moore | Prepare for mock Markman hearing (.5); analyze Valjakka's amended infringement contentions (1.1); | 1.60 |
| 12/06/2022 | E. Edlin | Conference with J. Hewitt regarding potential letter brief for motion to compel and strike (0.2); correspondence regarding motion to compel (.7); draft correspondence to opposing counsel regarding discovery conduct and internal correspondence regarding same (1.9); draft correspondence to E. Hasselberg regarding same (.1); | 2.90 |
| 12/06/2022 | J. Hewitt | Conference with E. Edlin regarding potential letter brief for motion to compel and strike (0.2); | 0.20 |
| 12/07/2022 | S. Piepmeier | Email correspondence with E. Hasselberg regarding strategy for meet and confer correspondence (.3); Video conference with E. Hasselberg and Perkins team regarding strategy on Markman communications, strategy on response to supplemental contentions, and [redacted] (0.9); revise slides for mock (.5); review plaintiff's briefing for mock (.4); Video conference with S. Piepmeier, E. Edlin, and J. Moore regarding Markman hearing preparation (.7); | 2.80 |
| 12/07/2022 | J. Moore | Prepare for mock Markman hearing (4.0); analyze Valjakka's amended | 7.70 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | infringement contentions (.6); revise letter to Valjakka regarding discovery deficiencies (.9); review Valjakka's Markman slides (.2); Video conference with E. Hasselberg and Perkins team regarding strategy on Markman communications, strategy on response to supplemental contentions, and [redacted] (0.9); video conference with S. Piepmeier regarding Markman hearing preparation (.7); revise claim construction slides (.4); | |
| 12/07/2022 | A. Griggs | Video conference with E. Hasselberg and Perkins team regarding strategy on Markman communications, strategy on response to supplemental contentions, and [redacted] (0.9); draft team call meeting minutes (0.5); | 1.40 |
| 12/07/2022 | E. Edlin | Video conference with E. Hasselberg and Perkins team regarding strategy on Markman communications, strategy on response to supplemental contentions, and [redacted] (0.6); review letter regarding discovery conduct (.4); attention to discovery and correspondence regarding same (2.4); correspondence with opposing counsel regarding objections (.4); | 3.80 |
| 12/07/2022 | J. Ta | Prepare for meeting with Netflix team (.2); video conference with E. Hasselberg and Perkins team regarding strategy on Markman communications, strategy on response to supplemental contentions, and [redacted] (.9); | 1.10 |
| 12/08/2022 | S. Piepmeier | Video conference with E. Hasselberg, L. Charrington, and Perkins team regarding mock Markman hearing (2.0); email communications with E. Hasselberg regarding sanctions letter and motion to compel (.4); | 2.40 |
| 12/08/2022 | J. Moore | Prepare for mock Markman hearing (1.8); revise claim construction slides (.6); Video conference with E. Hasselberg, L. Charrington, and Perkins team regarding mock Markman hearing (2.0); revise discovery conduct letter to Valjakka (.1); research sanctions caselaw (1.1); | 5.60 |
| 12/08/2022 | E. Edlin | Correspondence regarding discovery letter (1.3); correspondence regarding motion to compel (.8); draft correspondence to E. Hasselberg regarding case status (.6); correspondence regarding document production (.4); correspondence regarding license agreement (.4); | 3.50 |
| 12/08/2022 | J. Ta | Video conference with E. Hasselberg, L. Charrington, and Perkins team regarding mock Markman hearing (1.5); draft Section 101 motion (7.8); | 9.30 |
| 12/08/2022 | L. Gordon | Video conference with E. Hasselberg, L. Charrington, and Perkins team regarding mock Markman hearing (2.0); | 2.00 |
| 12/09/2022 | S. Piepmeier | Revise Section 101 motion (1.1); analysis regarding motion to compel (.4); revise sanctions letter (.3); email correspondence with E. Hasselberg regarding strategy (.2); analysis re 102 docs production (.2); | 2.20 |
| 12/09/2022 | K. Smith | Prepare document production; | 0.30 |
| 12/09/2022 | J. Moore | Revise Section 101 motion (2.3); revise discovery misconduct letter (1.2); revise claim construction slides (.5); review documents related to accused functionality for '102 patent (.7); | 4.70 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 12/09/2022 | A. Griggs | Draft notice of withdrawal (0.4); research local rules and other notices of withdrawal for proper formatting and procedure (0.9); | 1.30 |
| 12/09/2022 | E. Edlin | Review discovery letter and correspondence regarding same (1.5); correspondence regarding objection to slides (.6); correspondence regarding document production (.6); revise discovery tracker (.4); correspondence regarding meeting minutes (.4); correspondence regarding motion to compel (.4); | 3.90 |
| 12/09/2022 | J. Hewitt | Conference with E. Edlin regarding motion for leave to file motion to strike and compel sufficient infringement contentions (0.4); | 0.40 |
| 12/09/2022 | J. Hewitt | Research motion for leave to file motion to strike and compel sufficient infringement contentions (3.0); | 3.00 |
| 12/09/2022 | J. Ta | Research cases [redacted] (.8); Revise section 101 motion (4.4); update organization chart for Perkins team (.1); revise letter to opposing counsel regarding litigation conduct (.2); | 5.50 |
| 12/10/2022 | S. Piepmeier | Review slides for Markman (.2); review meet and confer correspondence (.3); analysis regarding motion for leave (.2); | 0.70 |
| 12/10/2022 | E. Edlin | Review correspondence regarding discovery complaints (.5); draft summary email (.5), additional correspondence regarding same (.2) | 1.20 |
| 12/11/2022 | S. Piepmeier | Prepare slides and argument for Markman hearing (2.7); review edits to sanctions letter (.1); further revise sanctions letter (.3); emails to E. Hasselberg and team regarding sanctions letter (.2); | 3.30 |
| 12/11/2022 | J. Moore | Revise claim construction slides (.5); prepare for Markman hearing (1.1); | 1.60 |
| 12/11/2022 | A. Griggs | Compile timeline of Valjakka's contentions and discovery deficiencies (0.7); draft internal team call agenda and track current status and any upcoming deadlines within the agenda for team meeting (0.5); | 1.20 |
| 12/12/2022 | S. Piepmeier | Revise meet and confer letter (.2); attention to hearing preparation (1.9); argue at Markman hearing (1.1); video conference with E. Hasselberg, L. Charrington, and J. Moore regarding Markman debrief (.3); review draft Third Amended Complaint (.2); | 3.70 |
| 12/12/2022 | K. Smith | Update client files (.2); send document production (.2); cite-check cases (.1); update case calendar (.1); | 0.60 |
| 12/12/2022 | J. Moore | Prepare for Markman hearing (2.7); Video conference with J. Ta, E. Edlin, B. Kadjo, and J. Hewitt regarding 101 motion, [redacted] (0.3); attend Markman hearing (1.1); video conference with E. Hasselberg, L. Charrington, and S. Piepmeier regarding Markman debrief (.3); | 4.40 |
| 12/12/2022 | B. Kadjo | Research requirements regarding plaintiffs duty to amend a complaint; | 1.00 |
| 12/12/2022 | A. Griggs | Attend Markman hearing (1.2); | 1.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 12/12/2022 | E. Edlin | Correspondence regarding hearing and discovery (1.5); revise discovery letter and draft correspondence to E. Hasselberg regarding same (.6); review discovery and strategy regarding same (.6); video conference with J. Ta, B. Kadjo, J. Moore, and J. Hewitt regarding 101 motion, [redacted] (0.3); attend Markman hearing (1.1); review third amended complaint and correspondence regarding same (.6); | 4.70 |
| 12/12/2022 | J. Hewitt | Video conference with J. Ta, E. Edlin, B. Kadjo, and J. Moore regarding 101 motion, [redacted] (0.3); | 0.30 |
| 12/12/2022 | J. Hewitt | Research failure to prosecute and opposing counsel's previous sanctions (2.5); research malicious prosecution and abuse of process (1.0); draft email memo (1.0); | 4.50 |
| 12/12/2022 | J. Ta | Video conference with E. Edlin, B. Kadjo, J. Moore, and J. Hewitt regarding 101 motion, [redacted] (.3); attend Markman hearing (1.1); | 1.40 |
| 12/13/2022 | S. Piepmeier | Review Markman order (.5); prepare summary for client (.2); revise email to Valjakka regarding amended complaint (.1); | 0.80 |
| 12/13/2022 | J. Moore | Review claim construction order (.4); draft summary of claim construction order (.7); review Valjakka's infringement contentions (.2); revise team call agenda (.1); | 1.40 |
| 12/13/2022 | B. Kadjo | Revise markman summary email (.5); | 0.50 |
| 12/13/2022 | A. Griggs | Draft team call agenda and confirm with team status of client deliverables (0.5); | 0.50 |
| 12/13/2022 | E. Edlin | Review Markman order and correspondence regarding same (.8); review Third Amended Complaint and correspondence regarding same (.8); | 1.60 |
| 12/14/2022 | S. Piepmeier | Analysis regarding amended complaint (.2); perform legal research regarding potential counterclaims (.4); video conference with E. Hasselberg and Perkins team regarding Valjakka’s failure to file Third Amended Complaint, Markman order, strategy regarding contentions, production and discovery updates, and [redacted] (0.7); | 1.30 |
| 12/14/2022 | K. Smith | Update calendar and action items; | 2.20 |
| 12/14/2022 | J. Moore | Video conference with E. Hasselberg and Perkins team regarding Valjakka’s failure to file Third Amended Complaint, Markman order, strategy regarding contentions, production and discovery updates, and [redacted] (0.7); | 0.70 |
| 12/14/2022 | A. Griggs | Video conference with E. Hasselberg and Perkins team regarding Valjakka’s failure to file Third Amended Complaint, Markman order, strategy regarding contentions, production and discovery updates, and [redacted] | 1.30 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | (0.7); draft meeting minutes and task list (0.6); | |
| 12/14/2022 | E. Edlin | Correspondence regarding failure to prosecute (.3); correspondence regarding amended complaint (.6); correspondence regarding discovery status (.3); review research regarding failure to prosecute (.8); attend video conference with client (.7); video conference with Perkins team regarding strategy (.1); summarize research regarding failure to prosecute (.6); correspondence regarding CMC (.3); revise answer and correspondence regarding same (.5); | 4.20 |
| 12/14/2022 | E. Edlin | Attend video conference with E. Hasselberg and Perkins team regarding Valjakka's failure to file Third Amended Complaint, Markman order, strategy regarding contentions, production and discovery updates, [redacted] (0.7); | 0.70 |
| 12/14/2022 | J. Ta | Video conference with E. Hasselberg and Perkins team regarding Valjakka's failure to file Third Amended Complaint, Markman order, strategy regarding contentions, production and discovery updates, [redacted] (.7); | 0.70 |
| 12/15/2022 | S. Piepmeier | Revise Answer to Third Amended Complaint (.3); review research regarding failure to prosecute (.1); appear at CMC (.2); revise 102 patent infringement contentions letter (.3); | 0.90 |
| 12/15/2022 | J. Moore | Draft letter to Valjakka regarding supplementation of 102 contentions (1.1); | 1.10 |
| 12/15/2022 | B. Kadjo | Research Judge Tigar and NDCA Rule 41b dismissals; | 2.50 |
| 12/15/2022 | E. Edlin | Correspondence regarding failure to prosecute research (.8); draft email to client regarding amended complaint (.3); review materials in advance of hearing (.3); review letter regarding 102 contentions (.8); revise letter and draft email to client regarding same (.6); | 2.80 |
| 12/15/2022 | J. Ta | Revise email to Netflix team regarding research on potential motion for failure to prosecute (.3); | 0.30 |
| 12/16/2022 | S. Piepmeier | Review meet and confer correspondence from Valjakka (.2); revise letter to Valjakka regarding102 patent in light of client comments (.3); | 0.50 |
| 12/16/2022 | K. Smith | Update calendar; | 0.40 |
| 12/16/2022 | A. Griggs | Revise and update team call meeting minutes based on case activity (0.3); review Valjakka's responses to second set of discovery requests (0.2); | 0.50 |
| 12/16/2022 | E. Edlin | Revise discovery letter and correspondence regarding same (.4); review case materials and develop strategy (.3); | 0.70 |
| 12/17/2022 | E. Edlin | Draft email to opposing counsel regarding discovery; | 0.40 |
| 12/19/2022 | S. Piepmeier | Video conference with J. Ta, E. Edlin, J. Moore, A. Griggs, and J. Hewitt regarding outstanding production task list, discovery responses, finalization | 0.70 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | and drafting of 101 motion and contentions motion, and future damages document planning (0.5); revise meet and confer correspondence regarding technical productions (0.2); | |
| 12/19/2022 | K. Smith | Review and update case calendar; | 0.50 |
| 12/19/2022 | J. Moore | Revise Section 101 motion (.3); review productions related to 167 patent (.7); research [redacted] (.9); Video conference with S. Piepmeier, J. Ta, E. Edlin, A. Griggs, and J. Hewitt regarding outstanding production task list, discovery responses, finalization and drafting of 101 motion and contentions motion, and future damages document planning (0.5); | 2.40 |
| 12/19/2022 | A. Griggs | Video conference with S. Piepmeier, J. Ta, E. Edlin, J. Moore, and J. Hewitt regarding outstanding production task list, discovery responses, finalization and drafting of 101 motion and contentions motion, and future damages document planning (0.5); send damages materials to expert and other administrative tasks (0.4); | 0.90 |
| 12/19/2022 | E. Edlin | Video conference with S. Piepmeier, J. Ta, J. Moore, A. Griggs, and J. Hewitt regarding outstanding production task list, discovery responses, finalization and drafting of 101 motion and contentions motion, and future damages document planning (0.5); video conference with Perkins team (0.6); correspondence regarding meet and confer (0.7); correspondence regarding source code (0.4); review protective order and related correspondence (0.4); | 2.60 |
| 12/19/2022 | J. Hewitt | Video conference with S. Piepmeier, J. Ta, E. Edlin, J. Moore, and A. Griggs regarding outstanding production task list, discovery responses, finalization and drafting of 101 motion and contentions motion, and future damages document planning (.5); | 0.50 |
| 12/19/2022 | J. Ta | Analyze court decisions related to patent ineligibility of authentication technology (.4); attention to revisions to Rule 12(c) motion on Section 101 (.3); video conference with S. Piepmeier, E. Edlin, J. Moore, A. Griggs, and J. Hewitt regarding outstanding production task list, discovery responses, finalization and drafting of 101 motion and contentions motion, and future damages document planning (.5); | 1.20 |
| 12/20/2022 | S. Piepmeier | Analysis regarding draft answer (.2); review client email correspondence (.1); | 0.30 |
| 12/20/2022 | J. Moore | Revise answer to third amended complaint (.7); | 0.70 |
| 12/20/2022 | E. Edlin | Correspondence regarding answer to third amended complaint; | 0.40 |
| 12/20/2022 | J. Hewitt | Edit draft motion to strike and compel sufficient infringement contentions; | 2.50 |
| 12/21/2022 | J. Moore | Revise answer to third amended complaint (.2); | 0.20 |
| 12/22/2022 | S. Piepmeier | Review and respond to meet and confer correspondence from Valjakka; | 0.40 |
| 12/22/2022 | E. Edlin | Correspondence with opposing counsel regarding contentions (0.3); | 0.40 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | correspondence regarding contentions requirements (0.1); | |
| 12/22/2022 | J. Hewitt | Research [redacted] (3.5); draft email memo (1); | 4.50 |
| 12/23/2022 | S. Piepmeier | Review summary of meet and confer (.2); analysis regarding motion to compel (.2); final view of Answer (.2); | 0.60 |
| 12/23/2022 | K. Smith | Revise and finalize answer; | 1.00 |
| 12/23/2022 | J. Moore | Revise answer to third amended complaint (.5); | 0.50 |
| 12/23/2022 | E. Edlin | Attend meet and confer with J. Ta and B. Ramey (.4); prepare for meet and confer (.2); draft email to E. Hasselberg regarding case status (.5); | 1.10 |
| 12/23/2022 | J. Ta | Prepare for meet and confer with opposing counsel (.4); attend meet and confer with E. Edlin and opposing counsel (.4); confer with E. Edlin regarding Valjakka's deficient infringement contentions (.2); | 1.00 |
| 12/27/2022 | S. Piepmeier | Prepare schedule filing (.2); email communications with client and team regarding schedule (.4); | 0.60 |
| 12/27/2022 | E. Edlin | Finalize schedule for filing and correspondence regarding same; | 1.90 |
| 12/28/2022 | S. Piepmeier | Analyze Section 101 motion strategy to ensure consistency with invalidity positions (1.4); | 1.40 |
| 12/29/2022 | S. Piepmeier | Review upcoming deadlines (.4); | 0.40 |
| 12/30/2022 | S. Piepmeier | M/C correspondence regarding supplemental 102 infringement contentions and 167 production (.2); review updated schedule (.2); | 0.40 |
| **Subtotal:** [redacted] | | | **201.00** |
| **Total** | | | **201.00** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

Services
[redacted]

## Summary of Services through 12/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| J. Ta | Partner | 23.70 | [redacted] | [redacted] |
| L. Gordon | Partner | 2.00 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 26.60 | [redacted] | [redacted] |
| A. Griggs | Associate | 11.50 | [redacted] | [redacted] |
| B. Kadjo | Associate | 4.00 | [redacted] | [redacted] |
| E. Edlin | Associate | 42.90 | [redacted] | [redacted] |
| J. Moore | Associate | 47.70 | [redacted] | [redacted] |
| J. Hewitt | Associate | 35.70 | [redacted] | [redacted] |
| K. Smith | Paralegal | 6.90 | [redacted] | [redacted] |
| **Total Services** | | **201.00** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 201.00 | [redacted] |
| **Total Services** | | **201.00** | [redacted] |

## Disbursements and Other Detailed Services through 01/16/2023

| Description | Amount |
|---|---|
| FedEx - Air express charge - [redacted] | 56.88 |
| FedEx - Air express charge MATTHEW WALKUP, PERKINS COIE LLP, 505 HOWARD STREET, SAN FRANCISCO, CA, 94105, US | 20.61 |
| Harbor Experts LLC (ACH) - Professional Services - December 2022 | 8,097.90 |
| Fulcrum Legal Graphics, Inc. - Professional Services - 11/16 to 12/15/22 | 1,120.00 |
| **Total** | **$9,295.39** |

**Total Disbursements and Other Services**
$9,295.39

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | |
| Bill Date | April 6, 2023 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through January 31, 2023

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $719.92 |
| **Total Invoice Amount** | [redacted] |
| Previous Balance Due | [redacted] |
| **Total Due This Invoice** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 01/31/2023

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/03/2023 | S. Piepmeier | Revise agenda for team call (.2); review upcoming deadlines (.1); evaluate contentions positions on 102 patent (.2); | 0.50 |
| 01/03/2023 | J. Moore | Review supplemental infringement contentions for '102 patent (.9); research [redacted] (3.6); Video conference with J. Ta, E. Edlin, and A. Griggs regarding updated infringement contentions, coordination of source code review, 101 motion drafts, and damages timeline (0.4); | 4.90 |
| 01/03/2023 | A. Griggs | Draft team call agenda (0.1); review updated 102 infringement contentions (0.3); video conference with J. Ta, E. Edlin, and J. Moore regarding updated infringement contentions, coordination of source code review, 101 motion drafts, and damages timeline (0.4); | 0.80 |
| 01/03/2023 | E. Edlin | Video conference with J. Ta, J. Moore, and A. Griggs regarding updated infringement contentions, coordination of source code review, 101 motion drafts, and damages timeline (0.4); correspondence regarding supplemental contentions for 102 patent (0.4); review case status and develop strategy (0.6); revise agenda and correspondence regarding same (0.6); | 2.00 |
| 01/03/2023 | J. Ta | Video conference with E. Edlin, J. Moore, and A. Griggs updated infringement contentions, coordination of source code review, 101 motion drafts, and damages time line (.4); analyze strategy for IPRs in view of potential case schedule (.2); | 0.60 |
| 01/04/2023 | S. Piepmeier | Review legal research regarding potential motion to stay (.2); provide instruction to team regarding 102 contentions and motion to stay (.2); video conference with E. Hasselberg, L. Charrington, and Perkins team regarding Valjakka's supplemental contentions, Valjakka's requests for further '167 technical documents, and source code review process (.5); | 0.90 |
| 01/04/2023 | J. Moore | Research 101 caselaw regarding multiple methods of authentication or validation (1.1); revise 101 motion (5.2); review '102 patent prosecution history (.4); video conference with E. Hasselberg, L. Charrington, and Perkins team regarding Valjakka's supplemental contentions, Valjakka's requests for further '167 technical documents, and source code review process (0.5); | 7.20 |
| 01/04/2023 | A. Griggs | Video conference with E. Hasselberg, L. Charrington, and Perkins team regarding Valjakka's supplemental contentions, Valjakka's requests for further '167 technical documents, and source code review progress (0.5); draft email to Ramey regarding '167 requests (0.1); draft team call meeting minutes (0.5); | 1.10 |
| 01/04/2023 | E. Edlin | Video conference with E. Hasselberg, L. Charrington, and Perkins team regarding Valjakka's supplemental contentions, Valjakka's requests for further '167 technical documents, and source code review process (0.5); prepare for client call (0.3); | 0.80 |
| 01/04/2023 | J. Ta | Video conference with E. Hasselberg, L. Charrington, and Perkins team | 0.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | regarding Valjakka's supplemental contentions, Valjakka's requests for further '167 technical documents, and source code review process (0.5); | |
| 01/05/2023 | J. Moore | Revise Section 101 12c motion (4.5); | 4.50 |
| 01/05/2023 | J. Ta | Revise Section 101 motion (.6); | 0.60 |
| 01/06/2023 | S. Piepmeier | Analysis regarding narrowing of claims deadline (.2); review meet and confer correspondence from Valjakka (.1); | 0.30 |
| 01/06/2023 | J. Moore | Review infringement contentions (.3); | 0.30 |
| 01/06/2023 | A. Griggs | Review Valjakka's damages expert disclosures; | 0.30 |
| 01/06/2023 | J. Ta | Revise Section 101 motion; | 0.20 |
| 01/06/2023 | K. Grauer | Update internal case calendar and send same to team (.2); update internal electronic case file (.2); | 0.40 |
| 01/09/2023 | S. Piepmeier | Attend team meeting regarding case strategy and upcoming deadlines (.5); | 0.50 |
| 01/09/2023 | J. Moore | Review local rules requirements for noticing motion (.4); Video conference with S. Piepmeier, J. Ta, E. Edlin, A. Griggs, and K. Grauer regarding internal weekly tasks, case strategy, and potential upcoming case calendar deadlines (0.5); | 0.90 |
| 01/09/2023 | A. Griggs | Video conference with S. Piepmeier, J. Ta, E. Edlin, J. Moore, and K. Grauer regarding internal weekly tasks, case strategy, and potential upcoming case calendar deadlines (0.5); schedule and set up discovery call (0.1); review status of discovery requests and summarize for team (1.9); | 2.50 |
| 01/09/2023 | E. Edlin | Video conference with S. Piepmeier, J. Ta, J. Moore, A. Griggs, and K. Grauer regarding case strategy and potential upcoming case calendar deadlines (0.2); | 0.20 |
| 01/09/2023 | J. Ta | Video conference with S. Piepmeier, E. Edlin, J. Moore, A. Griggs, and K. Grauer regarding case strategy and potential upcoming case calendar deadlines (0.2); | 0.20 |
| 01/09/2023 | K. Grauer | Video conference with S. Piepmeier, J. Ta, J. Moore, and A. Griggs regarding outstanding internal weekly tasks and case strategy; | 0.50 |
| 01/10/2023 | S. Piepmeier | Review Scheduling order (.2); review selection of claims by Valjakka (.1); revise team call agenda (.1); | 0.40 |
| 01/10/2023 | J. Moore | Draft correspondence to Valjakka regarding narrowing of asserted claims (.3); revise 101 motion (.2); | 0.50 |
| 01/10/2023 | A. Griggs | Draft team call agenda (0.5); | 0.50 |
| 01/10/2023 | J. Ta | Analyze case scheduling order (.1); analyze Valjakka's proposed reduction of claims (.1); | 0.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/10/2023 | K. Grauer | Legal research [redacted] (.2); update and circulate case calendar containing new case management schedule deadlines (.3); | 0.50 |
| 01/11/2023 | S. Piepmeier | Video conference with L. Charrington, E. Hasselberg, C. Bowers, and Perkins team regarding scheduling and case strategy, discovery issues, and source code review process; | 0.50 |
| 01/11/2023 | S. Piepmeier | Email communications with E. Hasselberg regarding counterclaim responses; | 0.20 |
| 01/11/2023 | S. Piepmeier | Review agenda to prepare for team call; | 0.10 |
| 01/11/2023 | S. Piepmeier | Follow up with team regarding discovery action items; | 0.10 |
| 01/11/2023 | J. Moore | Revise Section 101 motion (.2); Video conference with L. Charrington, E. Hasselberg, C. Bowers, and Perkins team regarding scheduling and case strategy, discovery issues, and source code review process (0.5); | 0.70 |
| 01/11/2023 | A. Griggs | Review Valjakka's request for productions for relevant client inquiries (0.4); video conference with L. Charrington, E. Hasselberg, C. Bowers, and Perkins team regarding scheduling and case strategy, discovery issues, and source code review process (0.5); draft email to Netflix regarding document requests (0.2); draft team call meeting minutes (0.7); | 1.80 |
| 01/11/2023 | E. Edlin | Video conference with L. Charrington, E. Hasselberg, C. Bowers, and Perkins team regarding scheduling and case strategy, discovery issues, and source code review process (0.5); | 0.50 |
| 01/11/2023 | J. Ta | Video conference with L. Charrington, E. Hasselberg, C. Bowers, and Perkins team regarding scheduling and case strategy, discovery issues, and source code review process (0.5); | 0.50 |
| 01/12/2023 | S. Piepmeier | Revise Section 101 motion (.6); review discovery summary (.3); | 0.90 |
| 01/12/2023 | J. Moore | Revise 101 motion (.9); review local rules and standing order requirements on summary judgment motions (.1); review discovery tracker (.2); | 1.20 |
| 01/12/2023 | A. Griggs | Review discovery requests (1.0); analyze productions for comments (1.0); review ESI Order and Protective Order for document specific language (0.5); summarize discovery updates to date (0.8); draft email to team in advance of client discovery call (0.5); review discovery responses from Netflix and Valjakka and summarize missing information for document collection (1.5); | 5.30 |
| 01/12/2023 | K. Grauer | Retrieve ND Cal model ESI and other ESI related guidelines from court website for review by A. Griggs (.2); review and update internal tracking spreadsheet (.5); telephone call with A. Griggs to discuss status of productions from parties in litigation and next steps for review (.2); begin reviewing 12(c) motion to confirm accuracy of record cites and case law relied upon, and update as needed to conform to Blue Book and Local Rules (2.9); | 3.80 |
| 01/13/2023 | S. Piepmeier | Review draft agenda for discovery call (.1); video conference with L. | 1.00 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | Charrington, E. Hasselberg, C. Bowers, E. Edlin, J. Moore, and A. Griggs regarding discovery status updates, document collection and technical productions (0.9); | |
| 01/13/2023 | J. Moore | Review discovery tracker and SME interview summaries (.7); review '485 patent discussing Netflix's steering implementation (.7); Video conference with L. Charrington, E. Hasselberg, C. Bowers, S. Piepmeier, E. Edlin and A. Griggs regarding discovery status updates, document collection and technical productions (0.9); analyze infringement contentions (.7); | 3.00 |
| 01/13/2023 | A. Griggs | Video conference with L. Charrington, E. Hasselberg, C. Bowers, S. Piepmeier, E. Edlin, and J. Moore regarding discovery status updates, document collection and technical productions (0.9); draft discovery call task list (0.3); | 1.20 |
| 01/13/2023 | E. Edlin | Video conference with L. Charrington, E. Hasselberg, C. Bowers, S. Piepmeier, J. Moore, and A. Griggs regarding discovery status updates, document collection and technical productions (0.9); prepare for discovery call (0.7); | 1.60 |
| 01/13/2023 | K. Grauer | Update case calendar and generate pre-trial deadlines from set trial date according to Judge Tigar's standing order (1.0); finish reviewing 12(c) brief to confirm record and case law citations and conform to Blue Book and Local Rules standard (4.2); | 5.20 |
| 01/14/2023 | S. Piepmeier | Email communications with E. Hasselberg regarding 12c motion and Valjakka's answer to counterclaims (.2); | 0.20 |
| 01/16/2023 | S. Piepmeier | Review CAFC damages decision from E. Hasselberg (.3); comment to team regarding same (.1); | 0.40 |
| 01/16/2023 | J. Moore | Revise 101 motion to incorporate latest client edits (1.8); | 1.80 |
| 01/17/2023 | S. Piepmeier | Review Valjakka answer to counterclaims (.1); final review of Section 101 motion (.3); revise meet and confer correspondence regarding Valjakka's blown answer deadline (.1); comment on agenda for team call (.1); | 0.60 |
| 01/17/2023 | J. Moore | Revise 101 motion (.8); draft correspondence to Valjakka regarding answer to Netflix counterclaims (.2); analyze infringement contentions (2.5); | 3.50 |
| 01/17/2023 | A. Griggs | Send Valjakka damages expert CVs and consulting agreements to Netflix (0.1); review Valjakka's damages experts for potential conflicts (0.3); draft team call agenda (0.5); draft reply emails and team call update emails (0.3); prepare draft of shared discovery tracker (0.7); respond damages experts' email (0.2); | 2.10 |
| 01/17/2023 | K. Grauer | Finalize motion for judgment on the pleadings for filing (1.4); email draft of proposed order granting motion to Judge Tigar's chambers (.1); | 1.50 |
| 01/18/2023 | S. Piepmeier | Review upcoming deadlines to ensure timely drafts to client (.2); revise meet and confer correspondence (.1); | 0.30 |
| 01/18/2023 | K. Smith | Update client files (.2); calendar deadlines (.2); | 0.40 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/18/2023 | J. Moore | Draft re-notice motion (.2); analyze infringement contentions (3.8); | 4.00 |
| 01/18/2023 | A. Griggs | Analysis regarding Plaintiff's production on Relativity database; | 1.30 |
| 01/18/2023 | E. Edlin | Review case correspondence; | 0.40 |
| 01/18/2023 | K. Grauer | Finalize and file re-notice of motion for judgment on the pleadings following change in availability by Court for hearing date (.3); calculate motion briefing deadlines and update case calendar with same for team (.3); | 0.60 |
| 01/19/2023 | S. Piepmeier | Comment on draft agenda for discovery call (.2); review upcoming deadlines (.1); analysis regarding non-infringement (.2); | 0.50 |
| 01/19/2023 | J. Moore | Revise discovery tracker (1.1); | 1.10 |
| 01/19/2023 | A. Griggs | Translate production documents from Finnish to English and summarize for team (1.5); draft discovery updates for team call (0.5); analysis regarding source code review procedures (0.5); analyze correspondences with opposing counsel regarding metadata productions (0.3); update discovery tracker (1.7); telephone conference with E. Edlin regarding Google discovery tracker (0.5); | 5.00 |
| 01/20/2023 | S. Piepmeier | Video conference with E. Hasselberg, L. Charrington, C. Bowers, E. Edlin, J. Moore, and A. Griggs regarding [redacted], document collections, and comparable licenses (1.0); review discovery task list (.1); review summary of infringement contentions (.1); | 1.20 |
| 01/20/2023 | J. Moore | Revise discovery tracker to identify key accused features (.5); Video conference with E. Hasselberg, L. Charrington, C. Bowers, S. Piepmeier, E. Edlin, and A. Griggs regarding Google spreadsheet discovery tracker, document collections, and comparable licenses (1.0); analyze infringement contentions (.7); | 2.20 |
| 01/20/2023 | A. Griggs | Video conference with E. Hasselberg, L. Charrington, C. Bowers, S. Piepmeier, E. Edlin, and J. Moore regarding Google spreadsheet discovery tracker, document collections, and comparable licenses (1.0); draft discovery actiona items (0.3); telephone conference with K. Grauer regarding Relativity database (0.3); revise discovery tracker (0.2); | 1.80 |
| 01/20/2023 | E. Edlin | Video conference with E. Hasselberg, L. Charrington, C. Bowers, S. Piepmeier, J. Moore, and A. Griggs regarding [redacted], document collections, and comparable licenses (1.0); | 1.00 |
| 01/20/2023 | K. Grauer | Update internal case calendar (.1); call with A. Griggs to discuss production database deficiencies and production metadata issues with opposing productions (.3); follow up correspondence with discovery vendor to resolve deficiencies and identify metadata being exchanged with productions by both parties (.5); | 0.90 |
| 01/22/2023 | J. Ta | Analyze infringement contentions and non-infringement positions (.6); | 0.60 |
| 01/23/2023 | S. Piepmeier | Review non-infringement summary (.3); | 0.30 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/23/2023 | J. Moore | Draft non-infringement argument tracker (3.6); video conference with J. Ta, E. Edlin, A. Griggs, and K. Grauer regarding [redacted] and related action items (0.5); | 4.10 |
| 01/23/2023 | A. Griggs | Video conference with J. Ta, E. Edlin, J. Moore, and K. Grauer regarding discovery tracker updates and related action items (0.5); [redacted] with discovery request status (2.5); draft discovery letter to Ramey (2.1); draft further CMC statement (0.7); | 5.80 |
| 01/23/2023 | E. Edlin | Video conference with J. Ta, J. Moore, A. Griggs, and K. Grauer regarding [redacted] and related action items (0.5); | 0.50 |
| 01/23/2023 | J. Ta | Video conference with E. Edlin, J. Moore, A. Griggs, and K. Grauer regarding [redacted] related action items (.5); | 0.50 |
| 01/23/2023 | K. Grauer | Review requested revisions to document review database and approve with vendor (.2); transfer Valjakka production no. 1 file to vendor for uploading (.2); prepare initial draft of case management conference statement for further revising by A. Griggs and retrieve case materials related to same for providing status to court (.6); compile prior case management conferences continued and prior statements filed to date for A. Griggs (.2); update internal case calendar for team (.1); review case file history and prepare spreadsheet of documents sent to Netflix experts to date (.8); video conference with J. Ta, E. Edlin, J. Moore, and A. Griggs, regarding Google [redacted] and related action items (0.5); | 2.60 |
| 01/24/2023 | S. Piepmeier | Comment on agenda for client call and offensive discovery issues; | 0.20 |
| 01/24/2023 | A. Griggs | Update case management statement (2.5); draft team call agenda (0.3); review discovery requests and compile list of Valjakka's deficiencies (1.3); | 4.10 |
| 01/25/2023 | S. Piepmeier | Review discovery tracker to prepare for call with client (.2); Video conference with E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding infringement strategy, document translations, term searches, and [redacted] (0.9); evaluate summary of further document review from Valjakka's production (.3); | 1.40 |
| 01/25/2023 | J. Moore | Video conference with E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding infringement strategy, document translations, term searches, and [redacted] (0.9); | 0.90 |
| 01/25/2023 | A. Griggs | Finalize team call agenda (0.1); find translation firms and coordinate with paralegal (0.3); video conference with E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding infringement strategy, document translations, term searches, and [redacted] (0.9); analyze and determine best documents for English translations (2.1); find translations firm recommendations and cost estimates (0.4); | 3.80 |
| 01/25/2023 | E. Edlin | Video conference with E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding infringement strategy, document translations, term searches, and [redacted] (0.9); review tracker and correspondence and prepare for client call (0.7); | 1.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/25/2023 | J. Ta | Video conference with E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding infringement strategy, document translations, term searches, and [redacted] (.9); | 0.90 |
| 01/25/2023 | K. Grauer | Reach out to multiple vendors to obtain quotes for document translations services of Finnish to English and Russian to English; | 0.50 |
| 01/26/2023 | S. Piepmeier | Analysis regarding non-infringement; | 0.40 |
| 01/26/2023 | K. Smith | Update client files; | 0.30 |
| 01/26/2023 | A. Griggs | Draft team call meeting minutes (0.3); review and analyze patent owner preliminary response to inter partes review petition (3.0); draft high level summary of preliminary response for client (1.6); | 4.90 |
| 01/27/2023 | S. Piepmeier | Analysis regarding non-infringement interplay with invalidity; | 0.30 |
| 01/27/2023 | A. Griggs | Review and update list of damages materials sent to expert (0.5); review potential source code documents and flag for team input (1.5); follow up on client summary email for plaintiff's preliminary response to '167 IPR (0.2); | 2.20 |
| 01/27/2023 | K. Grauer | Update and circulate case calendar to team (.10); follow up with team and vendor regarding document translations needed for documents produced (.20); | 0.30 |
| 01/29/2023 | J. Moore | Analyze lead '167 invalidity arguments to determine impact on non-infringement; | 2.00 |
| 01/30/2023 | S. Piepmeier | Review joint case management conference statement draft (.2); revise client update email (.1); | 0.30 |
| 01/30/2023 | J. Moore | Revise CMC statement (.5); video conference with J. Ta, E. Edlin, J. Moore, A. Griggs, and K. Grauer regarding document translations, CMC statement, discovery letter, and upcoming noninfringement expert call (0.4); analyze lead '167 invalidity arguments to determine impact on non-infringement (.9); | 1.80 |
| 01/30/2023 | A. Griggs | Video conference with J. Ta, E. Edlin, J. Moore, and K. Grauer regarding document translations, CMC statement, discovery letter, and upcoming noninfringement expert call (0.4); draft client email regarding documents translations (0.3); draft discovery deficiency letter (3.3); revise and update CMC statement (0.8); | 4.80 |
| 01/30/2023 | E. Edlin | Video conference with J. Ta, J. Moore, A. Griggs, and K. Grauer regarding document translations, CMC statement, discovery letter, and upcoming noninfringement expert call (0.4); review case materials and develop strategy (1.2); review CMC statement and correspondence regarding same (1.1); | 2.70 |
| 01/30/2023 | J. Ta | Video conference with E. Edlin, J. Moore, A. Griggs, and K. Grauer regarding document translations, CMC statement, discovery letter, and upcoming non-infringement expert call (.4); | 0.40 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/30/2023 | K. Grauer | Video conference with J. Ta, E. Edlin, J. Moore, and A. Griggs regarding document translations, CMC statement, discovery letter, and upcoming noninfringement expert call (0.4); obtain quote from discovery hosting vendor for providing machine translation services on foreign documents produced and provide summary of same to team (.3); upload and send documents needing translation to outside vendor for more precise quote for translations of documents (.2); | 0.90 |
| 01/31/2023 | S. Piepmeier | Revise Case Managment Conference statement; | 0.40 |
| 01/31/2023 | J. Moore | Revise CMC statement (.2); draft correspondence to opposing counsel regarding CMC statement (.1); review response to 101 motion (.2); | 0.50 |
| 01/31/2023 | A. Griggs | Draft team call agenda (0.5); edit draft CMC statement (2.7); edit draft of discovery deficiency letter (0.5); | 3.70 |
| 01/31/2023 | E. Edlin | Correspondence regarding CMC statement and case strategy; | 0.40 |
| 01/31/2023 | K. Grauer | Updated internal case file (.3); work with A. Griggs on providing quote for translations of foreign documents (.1); | 0.40 |
| **Subtotal:** [redacted] | | | **145.70** |
| **Total** | | | **145.70** |

Services
[redacted]

## Summary of Services through 01/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 11.70 | [redacted] | [redacted] |
| J. Ta | Partner | 5.20 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 11.90 | [redacted] | [redacted] |
| A. Griggs | Associate | 53.00 | [redacted] | [redacted] |
| J. Moore | Associate | 45.10 | [redacted] | [redacted] |
| K. Smith | Paralegal | 0.70 | [redacted] | [redacted] |
| K. Grauer | Paralegal | 18.10 | [redacted] | [redacted] |
| **Total Services** | | **145.70** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 145.70 | [redacted] |
| **Total Services** | | **145.70** | [redacted] |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Disbursements and Other Detailed Services through 01/31/2023

| Description | Amount |
|---|---|
| Discovery Document Solutions, Inc. - Professional Services - 12/2022 | 719.92 |
| **Total** | **$719.92** |

**Total Disbursements and Other Services**
$719.92

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | April 6, 2023 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through February 28, 2023

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |
| Previous Balance Due | [redacted] |
| **Total Due This Invoice** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA # [redacted]**<br>**Swift Code # [redacted]**<br>**Account Name: Perkins Coie LLP**<br>**Account Number: [redacted]** |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 02/28/2023

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 02/01/2023 | S. Piepmeier | Video conference with E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding drafts of the CMC statement and reply ISO 101 motion, feedback from noninfringement expert, and discovery prioritization (0.4); review draft CMC statement (.1); | 0.50 |
| 02/01/2023 | J. Moore | Review response to 101 motion (.8); draft outline for 101 motion reply (2.2); draft 101 reply motion (3.1); video conference with A. Rubin and P. Martin regarding non-infringement positions (.9); video conference with E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding drafts of the CMC statement and reply ISO 101 motion, feedback from noninfringement expert, and discovery prioritization (0.4); | 7.40 |
| 02/01/2023 | A. Griggs | Revise CMC statement per team comments and edits (1.1) ; video conference with E. Hasselberg, L. Charrington, C. Bowers, and Perkins team regarding drafts of the CMC statement and reply ISO 101 motion, feedback from noninfringement expert, and discovery prioritization (0.4); | 1.50 |
| 02/01/2023 | E. Edlin | Revise Case Management Statement (.6); correspondence regarding Case Management Statement (.3); | 0.90 |
| 02/01/2023 | J. Ta | Analyze Valjakka's response to Netflix's Section 101 motion (.5); | 0.70 |
| 02/02/2023 | S. Piepmeier | Review client edits to draft Joint Case Management Conference Statement (.2); review email communications with opposing counsel regarding Joint Case Management Conference Statement (.1); attention to Section 101 reply brief (.1); | 0.40 |
| 02/02/2023 | J. Moore | Research Section 101 reply brief (3.4); draft Section 101 reply brief (4.4); | 7.80 |
| 02/02/2023 | A. Griggs | Address client comments on draft CMC statement (0.2); draft team call meeting minutes (0.4); combine plaintiff's CMC draft with Netflix's CMC draft for a joint CMC statement (0.5); | 1.10 |
| 02/02/2023 | J. Ta | Prepare outline and analysis of key issues for Netflix's reply to Section 101 motion for judgment on the pleadings; | 0.70 |
| 02/03/2023 | S. Piepmeier | Review Valjakka Section 101 Opposition brief; | 0.60 |
| 02/03/2023 | J. Moore | Revise meeting minutes for 02-01-23 team call (.1); revise reply to 101 motion (1.8); | 1.90 |
| 02/03/2023 | J. Ta | Revise reply to Section 101 motion to dismiss (1.5); | 1.50 |
| 02/04/2023 | S. Piepmeier | Revise Section 101 Reply brief (3.8); | 3.80 |
| 02/04/2023 | J. Moore | Revise reply to 101 motion (6.9); | 6.90 |
| 02/04/2023 | J. Ta | Revise reply to Rule 12(c) motion (1.1); | 1.10 |
| 02/05/2023 | S. Piepmeier | Review E. Hasselberg suggestions for reply brief; | 0.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 02/05/2023 | J. Ta | Revise reply to Rule 12(c) motion (.2); | 0.20 |
| 02/06/2023 | S. Piepmeier | Revise reply brief; | 0.60 |
| 02/06/2023 | J. Moore | Revise reply to 101 motion to incorporate client and team edits (7.2); revise CMC statement (.1); strategize regarding CMC statement and 101 motion reply (.1) | 7.40 |
| 02/06/2023 | E. Edlin | Correspondence regarding case management statement (0.4); review case materials and develop strategy (0.7); | 1.10 |
| 02/06/2023 | J. Ta | Strategize regarding CMC statement and 101 motion reply (.1); analyze prosecution history disclosures with respect to inventiveness for reply to Rule 12(c) motion (.3); revise reply to Rule 12(c) motion (.5); | 0.90 |
| 02/06/2023 | K. Grauer | Update case calendar (.1); circulate same to team (.1); | 0.20 |
| 02/07/2023 | S. Piepmeier | Review edits to CMC statement (.2); revise proposed agenda for team call (.1); review final edits for Section 101 motion (.3); | 0.60 |
| 02/07/2023 | J. Moore | Revise reply to 101 motion (1.4); | 1.40 |
| 02/07/2023 | A. Griggs | Send Valjakka's production to vendor (0.1); coordinate vendor machine translations (0.2); draft team call agenda (0.5); update CMC statement per plaintiff's counsel edits (0.4); send emails to Netflix counsel regarding scheduling (0.1); update CMC statement per team edits (0.7); | 2.00 |
| 02/07/2023 | J. Ta | Revise reply to Section 101 motion for judgment on the pleadings (.6); revise case management statement (.4); revise agenda for weekly meeting (.1); | 1.10 |
| 02/07/2023 | K. Grauer | Review and revise Netflix's 12(c) reply brief with particular focus on shephardizing case law, confirming accuracy of record citations and conforming citations to Blue Blook standard (2.9); perform final review and finalization of reply brief before filing (.4); work with discovery vendor to upload Valjakka's document production received (.1); further correspondence with discovery vendor regarding notification received from opposing counsel on intent to replace production served (.1); download and arrange for replacement document production from Valjakka to be added to database (.1); review documents produced and provided list of license agreements received from opposing (.1); | 3.70 |
| 02/08/2023 | A. Griggs | Review Valjakka license productions and summarize for team; | 0.20 |
| 02/08/2023 | K. Grauer | Update team on status of machine translation in database for foreign document review; | 0.10 |
| 02/09/2023 | S. Piepmeier | Revise agenda for team call; | 0.10 |
| 02/09/2023 | J. Moore | Review translated Valjakka production (.4); | 0.40 |
| 02/09/2023 | A. Griggs | Draft team call agenda (0.2); analyze Finnish translations of prioritized documents and summarize for team (3.9); | 4.10 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 02/10/2023 | S. Piepmeier | Review agenda for prepare for team call (.1); Video conference with E. Hasselberg, L. Charrington, and Perkins team regarding upcoming CMC hearing, setting up a mock for the 101 motion argument, and discovery related updates (0.5); revise team call notes (.1); review Judge Tigar docket for CMC (.1); | 0.80 |
| 02/10/2023 | J. Moore | Video conference with E. Hasselberg, L. Charrington, and Perkins team regarding upcoming CMC hearing, setting up a mock for the 101 motion argument, and discovery related updates (0.5); | 0.50 |
| 02/10/2023 | A. Griggs | Video conference with E. Hasselberg, L. Charrington, and Perkins team regarding upcoming CMC hearing, setting up a mock for the 101 motion argument, and discovery related updates (0.5); draft team call meeting minutes (0.4); | 0.90 |
| 02/10/2023 | E. Edlin | Video conference with E. Hasselberg, L. Charrington, and Perkins team regarding upcoming CMC hearing, setting up a mock for the 101 motion argument, and discovery related updates (0.5); review discovery letter (0.4); | 0.90 |
| 02/10/2023 | J. Ta | Video conference with E. Hasselberg, L. Charrington, and Perkins team regarding upcoming CMC hearing, setting up a mock for 101 motion argument, and discovery related updates (.5); | 0.50 |
| 02/13/2023 | S. Piepmeier | Review notes to prepare for Case Management Conference; | 0.30 |
| 02/13/2023 | J. Moore | Strategize regarding CMC conference, discovery letter to Valjakka, and translated Finnish documents (.1); | 0.10 |
| 02/13/2023 | A. Griggs | Compile list of missing discovery requests in preparation for CMC hearing; | 0.80 |
| 02/13/2023 | E. Edlin | Strategize regarding CMC conference, discovery letter to Valjakka, and translated Finnish documents (.1); review Valjakka's document productions and correspondence regarding discovery in preparation for case management conference (1.6); | 1.70 |
| 02/13/2023 | K. Grauer | Update internal case calendar and send same to team (.1); participate in team call to plan for upcoming tasks (.1); review Judge Tigar's case docket to verify whether 2/14 case management conference is still on calendar and to retrieve dial-in information for conference to provide to team (.1); update internal case file for team (.1); | 0.40 |
| 02/14/2023 | S. Piepmeier | Review Case Management Conference statement and schedule to prepare for Case Management Conference (.4); attend Case Management Conference (.2); revise agenda for team call (.1); | 0.70 |
| 02/14/2023 | J. Moore | Review machine translated Finnish documents (1.1); review local rule requirements for alternative dispute resolution (.6); | 1.70 |
| 02/14/2023 | A. Griggs | Research [redacted] (3.8); draft team call agenda (0.5); attend further Case Management Conference (0.2); | 4.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 02/14/2023 | E. Edlin | Attend case management conference and correspondence regarding same; | 0.50 |
| 02/14/2023 | J. Ta | Analyze strategy for responding to deficient discovery from Valjakka; | 0.20 |
| 02/14/2023 | K. Grauer | Review Judge Tigar's rules to determine whether opposing counsel has an obligation to provide the court with a list of attendees for case management conference, and follow up with team regarding same; | 0.10 |
| 02/15/2023 | S. Piepmeier | Review research regarding infringement contentions (.3); Video conference with L. Charrington, A. Wynn-Grant, E. Hasselberg, C. Bowers, and Perkins team regarding debrief of case management conference hearing, strategy around 101 motion hearing and ADR selection, research on further motion practice, and latest discovery issues with plaintiff's deficient responses (1.0); | 1.30 |
| 02/15/2023 | J. Moore | Teleconference with A. Griggs regarding Finnish translations of technical documents (0.5); video conference with L. Charrington, A. Wynn-Grant, E. Hasselberg, C. Bowers, and Perkins team regarding debrief of case management conference hearing, strategy around 101 motion hearing and ADR selection, research on further motion practice, and latest discovery issues with plaintiff's deficient responses (1.0); | 1.50 |
| 02/15/2023 | A. Griggs | Research [redacted] (1.8); telephone conference with J. Moore regarding Finnish translations of technical documents (0.5); video conference with L. Charrington, A. Wynn-Grant, E. Hasselberg, C. Bowers, and Perkins team regarding debrief of case management conference hearing, strategy around 101 motion hearing and ADR selection, research on further motion practice, and latest discovery issues with plaintiff's deficient responses (1.1); revise discovery letter (1.9); | 5.30 |
| 02/15/2023 | E. Edlin | Video conference with L. Charrington, A. Wynn-Grant, E. Hasselberg, C. Bowers, and Perkins team regarding debrief of case management conference hearing, strategy around 101 motion hearing and ADR selection, research on further motion practice, and latest discovery issues with plaintiff's deficient responses (1.0); review case materials and prepare for client call (.6); | 1.60 |
| 02/15/2023 | J. Ta | Video conference with L. Charrington, A. Wynn-Grant, E. Hasselberg, C. Bowers, and Perkins team regarding debrief of case management conference hearing, strategy around 101 motion hearing and ADR selection, research on further motion practice, and latest discovery issues with plaintiff's deficient responses (1.0); | 1.00 |
| 02/15/2023 | K. Grauer | Gather and transfer materials for review to expert N. Mody; | 0.20 |
| 02/16/2023 | A. Griggs | Draft team call meeting minutes; | 0.70 |
| 02/17/2023 | S. Piepmeier | Review list of action items (.2); email communications with A. Wynn-Grant regarding hearing (.1) | 0.30 |
| 02/17/2023 | J. Ta | Prepare slides and hearing binder for Section 101 hearing; | 0.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 02/17/2023 | K. Grauer | Update case calendar and circulate same to team; | 0.10 |
| 02/20/2023 | S. Piepmeier | Analysis regarding ADR options; | 0.20 |
| 02/21/2023 | S. Piepmeier | Revise minutes from recent team call (.2); attend team meeting regarding scheduling of mock 101 motion hearing, [redacted], updates on research issues, and general offensive discovery (0.7); revise team call agenda (.1); | 1.00 |
| 02/21/2023 | J. Moore | Attend team meeting regarding scheduling of mock 101 motion hearing, [redacted], updates on research issues, and general offensive discovery (0.7); | 0.70 |
| 02/21/2023 | A. Griggs | Attend team meeting regarding scheduling of mock 101 motion hearing, [redacted], updates on research issues, and general offensive discovery (0.7); draft team call agenda (0.5); research [redacted] 6.7); revise discovery deficiency letter (2.3); draft email regarding identified documents for certified Finnish translations (0.5); | 10.70 |
| 02/21/2023 | E. Edlin | Attend team meeting regarding scheduling of mock 101 motion hearing, [redacted], updates on research issues, and general offensive discovery (0.7); review offensive discovery letter (.6); review discovery requests and develop strategy (.5); | 1.80 |
| 02/21/2023 | K. Grauer | Attend team meeting regarding scheduling of mock 101 motion hearing, [redacted], updates on research issues, and general offensive discovery; | 0.70 |
| 02/22/2023 | S. Piepmeier | Telephone conference with A. Wynn-Grant regarding Section 101 hearing (.2); provide update to team regarding hearing (.1); review team call agenda to prepare for call (.1); video conference with L. Charrington, A. Wynn-Grant, C. Bowers, and Perkins team regarding scheduling of mock hearing, [redacted], updates on ADR status statement, strategy for motion to strike contentions, priority of collections and other discovery related tasks (1.0); attention to upcoming deadlines (.3); | 1.70 |
| 02/22/2023 | J. Moore | Review non-infringement arguments (.3); video conference with L. Charrington, A. Wynn-Grant, C. Bowers, and Perkins team regarding scheduling of mock hearing, [redacted], updates on ADR status statement, strategy for motion to strike contentions, priority of collections and other discovery related tasks (1.0); | 1.30 |
| 02/22/2023 | A. Griggs | Revise finnish document email and send to client (0.5); research [redacted] (2.8); video conference with L. Charrington, A. Wynn-Grant, C. Bowers, and Perkins team regarding scheduling of mock hearing, [redacted], updates on ADR status statement, strategy for motion to strike contentions, priority of collections and other discovery related tasks (1.0); draft team call meeting minutes (0.8); revise discovery deficiency letter (3.1); | 8.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 02/22/2023 | E. Edlin | Video conference with L. Charrington, A. Wynn-Grant, C. Bowers, and Perkins team regarding scheduling of mock hearing, [redacted], updates on ADR status statement, strategy for motion to strike contentions, priority of collections and other discovery related tasks (1.0); review meeting minutes (.2); | 1.20 |
| 02/22/2023 | J. Ta | Video conference with L. Charrington, A. Wynn-Grant, C. Bowers, and Perkins team regarding scheduling of mock hearing, [redacted], updates on ADR status statement, strategy for motion to strike contentions, priority of collections and other discovery related tasks (1.0); draft email to A. Wynn-Grant regarding documents and preparation for mock Section 101 hearing (.3); | 1.30 |
| 02/22/2023 | K. Grauer | Update internal spreadsheet of materials sent to expert witnesses (.20); gather materials, obtain quote and order certified translations of foreign documents produced in discovery (.30); work with M. Walkup on calendaring updates (.10); | 0.60 |
| 02/23/2023 | S. Piepmeier | Review new RFPs from Valjakka (.2); review summary email to client regarding same (.1); | 0.30 |
| 02/23/2023 | J. Moore | Analyze Valjakka's second set of RFPs (.8); draft correspondence to Netflix regarding impact of second set of RFPs on plan to strike 167 contentions (1.1); | 1.90 |
| 02/23/2023 | A. Griggs | Revise discovery deficiency letter; | 3.40 |
| 02/24/2023 | S. Piepmeier | Revise team call notes (.2); provide guidance to team regarding ADR deadlines (.1); send Order vacating hearing to client (.1); legal research regarding vacating hearing (.2); review meet and confer letter to Valjakka (.2); | 0.80 |
| 02/24/2023 | A. Griggs | Revise discovery deficiency letter; | 1.00 |
| 02/24/2023 | E. Edlin | Revise discovery letter and correspondence regarding same (1.3); correspondence regarding meet and confer (.2); | 1.50 |
| 02/24/2023 | K. Grauer | Update case calendar and circulate same to team; | 0.10 |
| 02/27/2023 | S. Piepmeier | Review client edits to meet and confer letter (.1); review summary of asks for technical SMEs (.2); | 0.30 |
| 02/27/2023 | J. Moore | Draft list of custodians and topics to facilitate source code collection (.3); strategize regarding upcoming ADR statement, [redacted] responses to RFPs, and planning for upcoming discovery related deadlines (0.5); draft supplemental response to non-infringement interrogatory (.4); | 1.20 |
| 02/27/2023 | A. Griggs | Revise discovery deficiency letter per client comments and edits (0.6); strategize regarding upcoming ADR statement, [redacted], responses to RFPs, and planning for upcoming discovery related deadlines (0.5); draft email to client with summary of motion research (1.3); | 2.40 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 02/27/2023 | E. Edlin | Strategize regarding upcoming ADR statement, [redacted], responses to RFPs, and planning for upcoming discovery related deadlines (0.5); | 0.50 |
| 02/27/2023 | K. Grauer | Strategize regarding upcoming ADR statement, [redacted], responses to RFPs, and planning for upcoming discovery related deadlines (0.5); update case calendar in light of hearing taken off calendar and service of additional requests for production from Valjakka and circulate same to team (.1); | 0.60 |
| 02/28/2023 | S. Piepmeier | Attention to ADR options; | 0.40 |
| 02/28/2023 | J. Moore | Research ADR statement requirements (.3); draft supplemental response to non-infringement interrogatory (.5); video conference with S. Kalra regarding meet and confer for ADR process (.2); draft correspondence regarding ADR strategy in light of meet and confer (.3); | 1.30 |
| 02/28/2023 | K. Grauer | Review and redact confidential information from discovery planning presentation and timeline for purposes of sharing template with client; | 0.70 |
| **Subtotal:** [redacted] | | | **134.00** |
| **Total** | | | **134.00** |

**Services**
[redacted]

## Summary of Services through 02/28/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 11.70 | [redacted] | [redacted] |
| J. Ta | Partner | 9.70 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 14.90 | [redacted] | [redacted] |
| A. Griggs | Associate | 46.80 | [redacted] | [redacted] |
| J. Moore | Associate | 43.40 | [redacted] | [redacted] |
| K. Grauer | Paralegal | 7.50 | [redacted] | [redacted] |
| **Total Services** | | **134.00** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 134.00 | [redacted] |
| **Total Services** | | **134.00** | [redacted] |

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINS COIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | April 20, 2023 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through March 31, 2023

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $3,110.08 |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No.[redacted] and Invoice [redacted]**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #[redacted]**<br>**Swift Code #[redacted]**<br>**Account Name: Perkins Coie LLP**<br>**Account Number: [redacted]** |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 03/31/2023

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 03/01/2023 | S. Piepmeier | Attention to ADR strategy (.4); analysis regarding expert disclosure deadline (.2); | 0.60 |
| 03/01/2023 | J. Moore | Draft correspondence to opposing counsel regarding ADR strategy in light of meet and confer (.3); draft supplemental response to non-infringement ROG (.4); | 0.70 |
| 03/01/2023 | A. Griggs | Finalize discovery deficiency letter (1.0); draft team call agenda (0.5); confirm format and rules for designation of experts (0.6); | 2.10 |
| 03/01/2023 | E. Edlin | Finalize discovery letter and correspodence regarding same (.4); | 0.40 |
| 03/02/2023 | S. Piepmeier | Review email communications to client regarding technical discovery; | 0.30 |
| 03/02/2023 | J. Moore | Draft supplemental response to non-infringement ROG (1.7); review Valjakka's second set of RFPs (.1); video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding ADR statement, [redacted], designation of experts, source code collection queries, and damages related collections (0.6); draft questions for source code custodians (.2); | 2.60 |
| 03/02/2023 | A. Griggs | Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding ADR statement, [redacted] designation of experts, source code collection queries, and damages related collections (.6); draft meeting minutes (.8); review translated Finnish documents (1.5); draft email to client regarding potential mediators and collect updates CVs and bios (.4); | 3.30 |
| 03/02/2023 | E. Edlin | Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding ADR statement, [redacted], designation of experts, source code collection queries, and damages related collections (.6); research regarding mediators and correspondence regarding same (.5); prepare for client conference (.4); review meeting minutes and draft outline for deep dive (.8); conference with J. Hewitt regarding patent assignment related discovery (.2); | 2.50 |
| 03/02/2023 | J. Hewitt | Conference with E. Edlin regarding patent assignment related discovery; | 0.20 |
| 03/02/2023 | J. Ta | Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding ADR statement, [redacted] designation of experts, source code collection queries, and damages related collections; | 0.60 |
| 03/03/2023 | S. Piepmeier | Revise client update; | 0.20 |
| 03/03/2023 | J. Moore | Draft supplemental response to non-infringement interrogatory (.9); draft questions for source code custodians (1.2); | 2.10 |
| 03/03/2023 | A. Griggs | Revise team call meeting minutes (.3); draft expert designation disclosure (.1); coordinate source code review checklist (.4); | 0.80 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 03/03/2023 | E. Edlin | Conference with J. Hewitt regarding patent assignment related discovery; | 0.20 |
| 03/03/2023 | K. Grauer | Update internal case calendar and send same to team; | 0.10 |
| 03/06/2023 | J. Moore | Draft supplemental response to non-infringement ROG (5.9); strategize with E. Edlin, J. Ta, A. Griggs, J. Hewitt, and K. Grauer regarding [redacted] (.4); | 6.30 |
| 03/06/2023 | A. Griggs | Strategize with E. Edlin, J. Ta, J. Moore, J. Hewitt, and K. Grauer regarding [redacted] (.4); [redacted] (2.0); | 2.40 |
| 03/06/2023 | E. Edlin | Strategize with J. Ta, J. Moore, A. Griggs, J. Hewitt, and K. Grauer regarding [redacted]; | 0.40 |
| 03/06/2023 | J. Hewitt | Strategize with E. Edlin, J. Ta, J. Moore, A. Griggs, and K. Grauer regarding [redacted]; | 0.40 |
| 03/06/2023 | J. Ta | Strategize with E. Edlin, J. Moore, A. Griggs, J. Hewitt, and K. Grauer regarding [redacted]; | 0.40 |
| 03/06/2023 | K. Grauer | Strategize with E. Edlin, J. Ta, J. Moore, A. Griggs, and J. Hewitt regarding [redacted] (.4); send source code checklist to C. Bowers (.1); | 0.50 |
| 03/07/2023 | S. Piepmeier | Prepare for [redacted]; | 0.40 |
| 03/07/2023 | J. Moore | Draft supplemental response to non-infringement interrogatory; | 3.70 |
| 03/07/2023 | A. Griggs | Draft expert designation (.8); draft [redacted] (3.0); | 3.80 |
| 03/07/2023 | K. Grauer | Follow up email with C. Bowers regarding source code PC setup protocol (.1); work with A. Griggs on rules for service of expert designations (.3); | 0.40 |
| 03/08/2023 | S. Piepmeier | Revise draft agenda for team call; | 0.20 |
| 03/08/2023 | J. Moore | Draft supplemental response to non-infringement interrogatory (.1); draft slides for deep dive presentation related to non-infringement, invalidity, and 101 motion (2.2); | 2.30 |
| 03/08/2023 | A. Griggs | Draft team call agenda (.2); draft and update expert designation disclosures (.8); | 1.00 |
| 03/08/2023 | E. Edlin | Draft slides for [redacted] (1.8); review designation of experts and correspondence regarding same (.4); review meeting agenda and correspondence regarding same (.3); correspondence with opposing counsel regarding outstanding discovery (.2); | 2.70 |
| 03/09/2023 | S. Piepmeier | Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding [redacted], designation of experts, source code collection queries, and damages related collections; | 0.70 |
| 03/09/2023 | S. Piepmeier | Review ADR Order regarding mediation; | 0.10 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 03/09/2023 | S. Piepmeier | Attention to deposition strategy; | 0.10 |
| 03/09/2023 | J. Moore | Draft slides for deep dive presentation related to non-infringement, invalidity, and 101 motion (.1); video conference with A. Wynn-Grant, C. Bower, and Perkins team regarding [redacted], designation of experts, source code collection queries, and damages related collections (.7); | 0.80 |
| 03/09/2023 | A. Griggs | [redacted] and brainstorm 30b6 topics; | 1.50 |
| 03/09/2023 | E. Edlin | Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding [redacted], designation of experts, source code collection queries, and damages related collections (.7); revise slides for deep dive and correspondence regarding same (1.6); | 2.30 |
| 03/09/2023 | J. Hewitt | Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding [redacted], designation of experts, source code collection queries, and damages related collections (.7); edit meeting minutes (.3); [redacted] (2.5); | 3.50 |
| 03/09/2023 | J. Ta | Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding coordination of [redacted], designation of experts, source code collection queries, and damages related collections; | 0.70 |
| 03/09/2023 | K. Grauer | Prepare and sent FTP to vendor Fulcrum Netflix [redacted] for reviewing and revising as needed; | 0.10 |
| 03/10/2023 | S. Piepmeier | Review communications regarding assigned mediator (.2); review [redacted] (.2); | 0.40 |
| 03/10/2023 | K. Grauer | Update case calandar and circulate same to team; | 0.20 |
| 03/11/2023 | S. Piepmeier | Revise [redacted]; | 0.90 |
| 03/13/2023 | S. Piepmeier | Revise team call notes (.2); legal research regarding mediator selection (.2); [redacted] (.3); | 0.70 |
| 03/13/2023 | J. Moore | Revise meeting minutes (.1); revise expert disclosure (.4); strategize with J. Hewitt and K. Grauer regarding [redacted] and discovery requests (.2); research whether parties can object to court appointed mediator (.7); revise [redacted] (1.7); | 3.10 |
| 03/13/2023 | E. Edlin | Review meeting minutes and correspondence regarding case strategy (.4); correspondence regarding finalization of expert disclosure (.7); correspondence regarding mediation (.8); | 1.90 |
| 03/13/2023 | J. Hewitt | Strategize with J. Moore and K. Grauer regarding [redacted] and discovery requests (.2); edit client meeting minutes (.2); organize internal team task list (.2); | 0.60 |
| 03/13/2023 | K. Grauer | Finalize and serve Netflix's designation of expert witnesses (.2); update internal team case file (.1); strategize with J. Moore, and J. Hewitt, regarding [redacted] and discovery requests (.2); | 0.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 03/14/2023 | S. Piepmeier | Revise response regarding mediator (.1); [redacted] (.3); | 0.40 |
| 03/14/2023 | J. Moore | Research experts designated by Valjakka (.2); [redacted] (.3); | 0.50 |
| 03/14/2023 | E. Edlin | Draft and review [redacted]; correspondence regarding same; | 3.80 |
| 03/14/2023 | K. Grauer | Assist with preparing case [redacted] (.9); retrieve requested case materials from database and send same to E. Edlin for review (.2); export materials from '102 and '167 inter partes review petitions over to internal case server for team (.4); | 1.50 |
| 03/15/2023 | S. Piepmeier | Video conference with E. Edlin and J. Moore regarding [redacted] (1.1); prepare slides for presentation (1.2); | 2.30 |
| 03/15/2023 | J. Moore | Revise [redacted] (.9); video conference with S. Piepmeier and E. Edlin regarding [redacted] (1.1); | 2.00 |
| 03/15/2023 | E. Edlin | Video conference with S. Piepmeier, E. Edlin, and J. Moore regarding [redacted] (1.1); draft slides for [redacted] (5.75); | 6.90 |
| 03/15/2023 | J. Hewitt | Draft deposition topics (1.5); review patent assignments and compile list of affiliated companies (1.5); | 3.00 |
| 03/15/2023 | K. Grauer | Work with docketing department on calendaring deadline for objecting to expert designations (.3); search for correspondence referenced by opposing counsel that remains outstanding and confirm inaccuracy of statement (.1); update case calendar and circulate same to team (.1); | 0.50 |
| 03/16/2023 | S. Piepmeier | Prepare slides [redacted] (.6); Video conference with A. Wynn-Grant, L. Charrington, C. Bowers, and Perkins team regarding [redacted] (2.8); perform inventor research (.2); | 3.60 |
| 03/16/2023 | J. Moore | Revise [redacted] (.2); video conference with A. Wynn-Grant, L. Charrington, C. Bowers, and Perkins team [redacted] (2.8). | 3.00 |
| 03/16/2023 | E. Edlin | Video conference with A. Wynn-Grant, L. Charrington, C. Bowers, and Perkins team [redacted] (2.8); prepare for [redacted] (1.3); | 4.10 |
| 03/16/2023 | J. Hewitt | Research opposing expert witnesses (.5); draft and edit [redacted] (1.7); | 2.20 |
| 03/17/2023 | S. Piepmeier | Review task list; | 0.20 |
| 03/17/2023 | E. Edlin | Correspondence regarding source code computer (.3); review notes from [redacted] and develop strategy (.6); | 0.90 |
| 03/20/2023 | S. Piepmeier | Review correspondence from mediator (.1); update task list to [redacted] (.1); | 0.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 03/20/2023 | J. Moore | Review protective order regarding source code requirements; | 0.20 |
| 03/20/2023 | E. Edlin | Conference with J. Hewitt regarding case status, requests for production, and upcoming discovery (.5); review notes from [redacted] and develop case management strategy (.7); correspondence regarding strategy (.3); revise Netflix response to Valjakka's requests for production of documents and correspondence regarding same (2.9); | 4.40 |
| 03/20/2023 | J. Hewitt | Conference with E. Edlin regarding case status, requests for production, and upcoming discovery (.5); draft responses to requests for production (2.0); | 2.50 |
| 03/21/2023 | S. Piepmeier | Revise RFP responses (.4); prepare for meeting with mediator (.2); | 0.60 |
| 03/21/2023 | J. Moore | Revise supplemental response to non-infringement interrogatory (2.2); | 2.20 |
| 03/21/2023 | J. Hewitt | Research bundling of patent assignment rights; research expert witness; | 1.50 |
| 03/22/2023 | S. Piepmeier | Follow up with team regarding deposition scheduling and aggressively pursuing offensive discovery (.4); attend mediation preparation call with mediator (.5); | 0.90 |
| 03/22/2023 | J. Moore | Draft ranked list of non-infringement arguments (.3); review [redacted] to determine if any content should be produced (3.3); draft questions for [redacted] interview (.2); | 3.80 |
| 03/22/2023 | E. Edlin | Review Valjakka discovery responses and develop strategy (1.7); review materials on [redacted] and correspondence regarding same (.6); review research [redacted] and correspondence regarding same (.3); | 2.60 |
| 03/22/2023 | J. Hewitt | Coordinate research with library (1.5); review research [redacted] (1.3); review research regarding expert witness (.4); draft meeting agenda (.5); correspondence with E. Edlin (.3); | 4.00 |
| 03/23/2023 | S. Piepmeier | Review agenda to prepare for team call (.1); Video conference with A. Wynn-Grant and Perkins team regarding the pre-mediation conference, discovery updates, follow up on the [redacted], and source code review (.8); | 0.90 |
| 03/23/2023 | J. Moore | Draft questions for A. Gutarin interview (.8); video conference with A. Wynn-Grant and Perkins team regarding the pre-mediation conference, discovery updates, follow up on the [redacted], and source code review (.8); | 1.60 |
| 03/23/2023 | E. Edlin | Video conference with A. Wynn-Grant and Perkins team regarding the pre-mediation conference, discovery updates, follow up on the [redacted], and source code review (.8); review research and compile information responsive to [redacted] (2.4); prepare for client call (.5); summarize witness and discovery status (.8); correspondence regarding web crawl (.1); attention to discovery tasks (.6); | 5.20 |
| 03/23/2023 | J. Hewitt | Video conference with A. Wynn-Grant and Perkins team regarding the pre- | 2.80 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINS COIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | mediation conference, discovery updates, follow up on the [redacted], and source code review (.8); coordinate with library regarding research requests (1.0); correspondence with E. Edlin and S. Piepmeier (.3); review research regarding [redacted] (.7); | |
| 03/23/2023 | J. Ta | Video conference with A. Wynn-Grant and Perkins team regarding the pre-mediation conference, discovery updates, follow up on the [redacted], and source code review; | 0.80 |
| 03/23/2023 | K. Grauer | Retrieve and save new client documents received and circulate to team for review; | 0.10 |
| 03/24/2023 | S. Piepmeier | Review and respond to meet and confer correspondence; | 0.40 |
| 03/24/2023 | J. Moore | Review letter from Valjakka regarding discovery deficiencies; | 0.30 |
| 03/24/2023 | E. Edlin | Video conference with J. Hewitt regarding case status and upcoming research tasks (.4); review supplemental interrogatory responses (1.2); review discovery letter and correspondence regarding same (1.3); | 2.90 |
| 03/24/2023 | J. Hewitt | Video conference with E. Edlin regarding case status and upcoming research tasks (.4); review library research regarding [redacted] (.5); research [redacted] (1.7); edit responses and objections to requests for production (0.3); | 2.90 |
| 03/24/2023 | J. Ta | Review letter from Valjakka regarding discovery; | 0.20 |
| 03/24/2023 | K. Grauer | Update case calendar and send same to team; | 0.10 |
| 03/27/2023 | S. Piepmeier | Video conference with [redacted], A. Wynn-Grant, C. Bowers, and Perkins team regarding Open Connect functionality and documentation (.6); revise supplemental interrogatory responses (.3); review correspondence regarding document collection (.2); revise correspondence regarding mediation date and depositions (.2); | 1.30 |
| 03/27/2023 | J. Moore | Revise supplemental response to Valjakka's first set of interrogatories (1.6); revise response to Valjakka's second set of requests for production (.3); strategize with E. Edlin, J. Ta, K. Grauer, and J. Hewitt regarding deposition notice topics, requests for production and responses, identified potential witnesses, and upcoming research tasks (0.5); prepare for call with A. Gutarin (.4); video conference with [redacted], A. Wynn-Grant, C. Bower, and Perkins team regarding Open Connect functionality and documentation (.6); draft summary [redacted] (.3); draft email [redacted] regarding source code collection (.2); draft interview summary [redacted] (.2); | 4.10 |
| 03/27/2023 | E. Edlin | Strategize with J. Ta, J. Moore, K. Grauer, and J. Hewitt regarding deposition notice topics, requests for production and responses, identified potential witnesses, and upcoming research tasks (.5); Video conference with [redacted], A. Wynn-Grant, C. Bowers, and Perkins team regarding Open Connect functionality and documentation (.6); review supplemental interrogatory responses and correspondence regarding same (.6); review request for production responses and correspondence regarding same (.9); review license spreadsheet (.2); develop discovery strategy (.4); review | 5.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | status of tasks and correspondence regarding same (.3); correspondence regarding documents and source code (.6); correspondence with opposing counsel regarding discovery and depositions and internal correspondence regarding same (1.5); | |
| 03/27/2023 | J. Hewitt | Strategize with E. Edlin, J. Ta, J. Moore, and K. Grauer regarding deposition notice topics, requests for production and responses, identified potential witnesses, and upcoming research tasks (.5); edit second set of requests for production (1.0); research right to sue for past patent damages (1.0); | 2.50 |
| 03/27/2023 | J. Ta | Strategize with E. Edlin, J. Moore, K. Grauer, and J. Hewitt regarding deposition notice topics, requests for production and responses, identified potential witnesses, and upcoming research tasks (.5); revise Netflix's responses to Valjakka's second set of interrogatories (.3); attention to deposition scheduling issues with L. Valjakka (.1); | 0.90 |
| 03/27/2023 | K. Grauer | Strategize with E. Edlin, J. Ta, J. Moore, and J. Hewitt regarding deposition notice topics, requests for production and responses, identified potential witnesses, and upcoming research tasks (0.5); revise, finalze and serve responses to Valjakka's second set of requests for production of documents (.3); update internal case database (.1); | 0.90 |
| 03/28/2023 | S. Piepmeier | Follow up with team regarding offensive discovery action items; | 0.20 |
| 03/28/2023 | J. Moore | Revise supplemental response to Valjakka's first set of interrogatories (1.4); | 1.40 |
| 03/28/2023 | E. Edlin | Correspondence regarding document collections (0.4); revise supplemental interrogatory responses and correspondence regarding same (2.6); correspondence with opposing counsel regarding meet and confer (0.6); correspondence regarding mediation (0.4); | 4.00 |
| 03/28/2023 | J. Hewitt | Correspondence with E. Edlin (0.5); edit deposition topics (1.0); research right to sue for prior infringement (1.5); | 3.00 |
| 03/28/2023 | K. Grauer | Updated internal case file for team; | 0.10 |
| 03/29/2023 | S. Piepmeier | Revise supplemental interrogatory responses (.6); revise team call agenda (.1); | 0.70 |
| 03/29/2023 | J. Moore | Draft interview summary [redacted] (.8); | 0.80 |
| 03/29/2023 | E. Edlin | Revise supplemental interrogatory responses and correspondence regarding same (2.1); correspondence regarding mediation (0.4); correspondence with opposing counsel regarding discovery (0.6); correspondence regarding source code (0.2); revise call agenda and strategy (0.8); | 4.10 |
| 03/29/2023 | J. Hewitt | Edit list of potential deposition topics (0.5); draft meeting agenda (0.5); research consumer insight tables (0.8); | 1.80 |
| 03/30/2023 | S. Piepmeier | Video conference with A. Wynn-Grant and Perkins team regarding mediation, ongoing discovery, patent assignment rights, and source code review (0.9); review email communications regarding collection of | 1.30 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | technical information (.2); email correspondence with mediator regarding timing and stipulation (.2); | |
| 03/30/2023 | J. Moore | Draft interview summary [redacted] (.3); | 0.30 |
| 03/30/2023 | E. Edlin | Video conference with A. Wynn-Grant and Perkins team regarding mediation, ongoing discovery, patent assignment rights, and source code review (0.9); video conference with J. Hewitt regarding research tasks, case status, and upcoming deadlines (.5); review materials and prepare for client call (1.5); correspondence regarding mediation (0.3); finalize supplemental interrogatory responses for filing and correspondence regarding same (0.8); | 4.00 |
| 03/30/2023 | J. Hewitt | Video conference with A. Wynn-Grant and Perkins team regarding mediation, ongoing discovery, patent assignment rights, and source code review (0.9); video conference with E. Edlin regarding research tasks, case status, and upcoming deadlines (0.5); research consumer insight tables (0.5); correspondence with E. Edlin (0.6); draft license notice letter (0.7); [redacted] (2.5); | 5.70 |
| 03/30/2023 | K. Grauer | Finalize and serve supplemental responses to Valjakka's interrogatories nos. 1-6 (.2); update internal case team database (.1); look into distribution list errors reported by mediator and confer with E. Edlin regarding same (.2); | 0.50 |
| 03/31/2023 | S. Piepmeier | Revise mediation stipulation; | 0.20 |
| 03/31/2023 | J. Moore | Review source code (.2); revise stipulation regarding mediation scheduling (.2); | 0.40 |
| 03/31/2023 | E. Edlin | Review stipulation regarding mediation and correspondence regarding same; | 0.70 |
| 03/31/2023 | J. Hewitt | Correspondence with E. Edlin, M. Walkup, and N. Mody (1.5); draft third set of interrogatories (1.0); draft third set of requests for production (0.8); | 3.30 |
| 03/31/2023 | K. Grauer | Update and circulate case calendar to team; | 0.10 |
| **Subtotal:** [redacted] | | | **183.60** |
| **Total** | | | **183.60** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

**Services**
[redacted]

## Summary of Services through 03/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 59.60 | [redacted] | [redacted] |
| J. Ta | Partner | 3.60 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 17.80 | [redacted] | [redacted] |
| A. Griggs | Associate | 14.90 | [redacted] | [redacted] |
| J. Moore | Associate | 42.20 | [redacted] | [redacted] |
| J. Hewitt | Associate | 39.90 | [redacted] | [redacted] |
| K. Grauer | Paralegal | 5.60 | [redacted] | [redacted] |
| **Total Services** | | **183.60** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 183.60 | [redacted] |
| **Total Services** | | **183.60** | [redacted] |

## Disbursements and Other Detailed Services through 04/07/2023

| Description | Amount |
|---|---|
| ESS - Electronic Data Storage Device | 100.00 |
| FedEx - Air express charge [redacted] | 32.21 |
| TransPerfect Document Management, Inc. (WIRE) - Professional Services | 2,977.87 |
| **Total** | **$3,110.08** |

**Total Disbursements and Other Services**
$3,110.08

**Total Invoice Amount**
[redacted]

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Open Invoices as of April 20, 2023

| | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Total |
|---|---|---|---|---|---|---|
| Fees | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Disbursements and Other Charges | $3,830.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,830.00 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | May 23, 2023 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through April 30, 2023

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $8,014.46 |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 04/30/2023

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 04/03/2023 | S. Piepmeier | Review team call summary (.1); attention to inventorship analysis (.1); attention to proposal for client access to Valjakka financial data (.1); | 0.30 |
| 04/03/2023 | J. Moore | Strategize with E. Edlin, J. Ta, K. Grauer, and J. Hewitt regarding source code review, discovery task timeline, inventor contact, and upcoming damages call (.3); review source code files (.3); | 0.60 |
| 04/03/2023 | E. Edlin | Strategize with J. Ta, J. Moore, K. Grauer, and J. Hewitt regarding source code review, discovery task timeline, inventor contact, and upcoming damages call (.3); strategize with J. Hewitt regarding deposition notice topics (0.2); revise meeting minutes (0.4); review discovery status and develop strategy (1.1); | 2.00 |
| 04/03/2023 | J. Evans | Correspondence with case team regarding data collection (.1); review website (.2): | 0.30 |
| 04/03/2023 | J. Hewitt | Strategize with E. Edlin regarding deposition notice topics (.2); strategize with E. Edlin, J. Ta, J. Moore, and K. Grauer regarding source code review, discovery task timeline, inventor contact, and upcoming damages call (.3); draft meeting minutes (1); correspondence with E. Edlin (.3); review consumer insight tables (.5); draft 30(b)(6) notice (1); | 3.30 |
| 04/03/2023 | J. Ta | Strategize with E. Edlin, J. Ta, J. Moore, K. Grauer, and J. Hewitt regarding source code review, discovery task timeline, inventor contact, and upcoming damages call; | 0.30 |
| 04/04/2023 | S. Piepmeier | Review communications regarding mediation stipulation (.2); revise email communication to L. Karesniemi (.2); analysis regarding updated win plan (.3); | 0.70 |
| 04/04/2023 | E. Edlin | Strategize with J. Hewitt regarding case task priorities (.3); conference with N. Mody and Perkins team regarding damages discovery updates (.6); review discovery and develop strategy (1.7); revise written discovery status and develop strategy (1.1); | 0.90 |
| 04/04/2023 | J. Evans | Conduct collection of research website; | 4.50 |
| 04/04/2023 | J. Hewitt | Strategize with E. Edlin regarding case task priorities (.3); conference with N. Mody and Perkins team regarding damages discovery updates (.6); attempted telephone conferences with I. Karesniemi (.5); correspondence with E. Edlin regarding witness contact and damages documents (.3); edit 30(b)(6) notice (1.7); draft third set of requests for production and interrogatories (1); | 4.70 |
| 04/05/2023 | S. Piepmeier | Revise interrogatories and 30b6 notice (.6); review documents produced by Valjakka (.3); review meet and confer letter (.2); revise response to meet and confer letter (.3); | 1.40 |
| 04/05/2023 | E. Edlin | Conference with J. Hewitt regarding offensive discovery edits and research prioritization (.4); review discovery letter and draft reply correspondence | 5.90 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | regarding same (1.3); correspondence regarding offensive discovery (.9); finalize discovery requests and correspondence regarding same (1.2); draft agenda and review case status (.6); correspondence regarding legal research and assignments (.4); develop discovery strategy (1.1) | |
| 04/05/2023 | J. Evans | Correspondence with case team regarding data collection; | 0.10 |
| 04/05/2023 | J. Hewitt | Conference with E. Edlin regarding offensive discovery edits and research prioritization (.4); edit offensive discovery drafts (2.5); draft correspondence regarding litigation funders (.3); review and pull consumer insight studies (2); research inventorship (1); | 6.20 |
| 04/05/2023 | J. Ta | Review weekly team agenda; | 0.10 |
| 04/06/2023 | S. Piepmeier | Strategize regarding additional discovery to propound and how best to supplement (.4); Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding mediation, discovery strategy, offensive discovery, defensive discovery, and damages discovery (0.6); revise meet and confer correspondence (.2); | 1.20 |
| 04/06/2023 | K. Smith | Revise deposition notice for service; | 0.60 |
| 04/06/2023 | E. Edlin | Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding mediation, discovery strategy, offensive discovery, defensive discovery, and damages discovery (.6); conference with J. Hewitt regarding preparation for client call (.3); Strategize with J. Hewitt regarding offensive discovery, and preparation for client call (.5); review materials and develop discovery strategy (1.5); correspondence with opposing counsel regarding discovery and internal correspondence regarding same (.8); correspondence regarding assignments (.5); review legal research regarding inventorship and correspondence regarding same (.6); correspondence with opposing counsel regarding meet and confer (.2); correspondence regarding privilege waiver (.2); | 5.20 |
| 04/06/2023 | J. Hewitt | Strategize with E. Edlin regarding offensive discovery, and preparation for client call (.5); conference with E. Edlin regarding preparation for client call (.3); video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding mediation, discovery strategy, offensive discovery, defensive discovery, and damages discovery (.6); draft email to opposing counsel (.5); review defensive discovery responses and document production to confirm incorrect bates numbering (.5); correspondence with S. Piepmeier, E.Edlin, K. Rose, and C. Bowers (2.5); edit third set of requests for production (.2); edit meeting agenda (.3); coordinate document support with the Hub (.2); review '102 patent assignments (.5); | 6.10 |
| 04/06/2023 | J. Ta | Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding mediation, discovery strategy, offensive discovery, defensive discovery, and damages discovery; | 0.60 |
| 04/07/2023 | E. Edlin | Conference with K. Talanov, S. Kalra, and Perkins team regarding meet and confer; | 1.20 |
| 04/07/2023 | E. Edlin | Prepare for meet and confer (.5); attend meet and confer regarding discovery (1.4); revise notes and strategize regarding discovery (1.1); | 3.30 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | revise meeting minutes (.3); | |
| 04/07/2023 | J. Hewitt | Conference with K. Talanov, S. Kalra, and Perkins team regarding meet and confer (1); draft meet and confer notes (1.7); draft meeting notes (1); correspondence with C. Bowers (.2); | 3.90 |
| 04/10/2023 | S. Piepmeier | Provide strategic guidance regarding potential schedule extension (.3); attention to offensive deposition preparation (.3); | 0.60 |
| 04/10/2023 | K. Smith | Finalize discovery requests (.2); revise case calendar pushing deadlines out (.3); serve discovery requests (.5); calendar deadlines (.3); | 1.30 |
| 04/10/2023 | J. Moore | Review 30(b)(6) deposition topics for Valjakka, meet and confer summary, Netflix's second set of interrogatories, and technical documents [redacted] (1.7); strategize with E. Edlin, J. Ta, and J. Hewitt regarding source code review, case calendar updates, meet and confer follow-ups, and upcoming productions (.3); | 2.00 |
| 04/10/2023 | E. Edlin | Strategize with J. Ta, J. Moore, and J. Hewitt regarding source code review, case calendar updates, meet and confer follow-ups, and upcoming productions (.3); correspondence regarding meet and confer agreements (.8); correspondence regarding case schedule (.4); finalize discovery for service and correspondence regarding same (.5); strategize regarding discovery schedule and correspondence regarding same (.9); | 2.90 |
| 04/10/2023 | J. Hewitt | Strategize with E. Edlin, J. Ta, and J. Moore regarding source code review, case calendar updates, meet and confer follow-ups, and upcoming productions (.3); draft correspondence to K. Talanov and S. Kalra (1.2); correspondence with E. Edlin (.5); correspondence with C. Bowers and D. Olmos (.2); research patent assignment choice of law (1.6); | 3.80 |
| 04/10/2023 | J. Hewitt | Draft meeting minutes; | 0.50 |
| 04/10/2023 | J. Ta | Strategize with E. Edlin, J. Moore, and J. Hewitt regarding source code review, case calendar updates, meet and confer follow-ups, and upcoming productions; | 0.30 |
| 04/11/2023 | S. Piepmeier | Strategize regarding deposition scheduling and potential schedule extension; | 0.40 |
| 04/11/2023 | K. Smith | Review calendar for accuracy; | 0.90 |
| 04/11/2023 | J. Moore | Review Netflix source code regarding [redacted] (3.3); review requirements for source code review in protective order (.6); | 3.90 |
| 04/11/2023 | E. Edlin | Correspondence regarding case schedule (.4); strategize regarding offensive discovery (1.1); | 1.50 |
| 04/11/2023 | J. Hewitt | Review collected consumer insight studies (1.3); correspondence with E. Edlin (.2); draft [redacted] (1.0); research patent assignment choice of law (1.1); | 3.60 |
| 04/11/2023 | J. Hewitt | Draft interrogatories; | 0.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 04/12/2023 | S. Piepmeier | Revise agenda for team call (.1); review summary of meet and confer call (.1); attention to deposition strategy (.1); final review of interrogatory to propound (.1); | 0.40 |
| 04/12/2023 | K. Smith | Finalize fourth set of interrogatories; | 0.90 |
| 04/12/2023 | J. Moore | Review technical documents from [redacted] regarding Open Connect; | 0.60 |
| 04/12/2023 | E. Edlin | Meet and confer with S. Kalra and Perkins team (.4); draft client call agenda and correspondence regarding same (.4); correspondence regarding source code production (.4); review document production specs and correspondence regarding same (.6); correspondence with opposing counsel regarding discovery (.5); finalize interrogatories for service and correspondence regarding same (.9); | 3.20 |
| 04/12/2023 | J. Hewitt | Correspondence with E. Edlin, K. Rose, and United Lex (1.5); edit interrogatories (.3); review consumer insight studies (1); | 2.80 |
| 04/12/2023 | J. Hewitt | Attend meet and confer with S. Kalra and Perkins team; | 0.40 |
| 04/13/2023 | S. Piepmeier | Review agenda to prepare for team call (.1); Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding mediation, deposition preparation, case scheduling, and financial document production (.6); follow up regarding deposition scheduling (.1); | 0.80 |
| 04/13/2023 | J. Moore | Review source code related to [redacted] (2.4); video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding mediation, deposition preparation, case scheduling, and financial document production (.6); | 3.00 |
| 04/13/2023 | E. Edlin | Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding mediation, deposition preparation, case scheduling, and financial document production (.6); prepare for client call (.4); correspondence regarding document production (.6); draft meeting minutes and review tasks (.9); correspondence regarding depositions (.4); correspondence regarding mediation schedule (.2); | 3.10 |
| 04/13/2023 | J. Evans | Correspondence with case team regarding data collection; | 0.10 |
| 04/13/2023 | J. Hewitt | Correspondence with E. Edlin, K. Rose, [redacted] (1); draft [redacted] email memo (1.5); | 2.50 |
| 04/13/2023 | J. Hewitt | Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding mediation, deposition preparation, case scheduling, and financial document production; | 0.60 |
| 04/14/2023 | S. Piepmeier | Review email from I. Karesniemi (.2); analysis regarding [redacted] (.2); | 0.40 |
| 04/14/2023 | K. Smith | Prepare and serve production; | 0.60 |
| 04/14/2023 | J. Moore | Review source code related to BGP configurations; | 1.80 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 04/14/2023 | E. Edlin | Correspondence regarding document collections (.4); review production letter and correspondence regarding document production (.8); attention to discovery and correspondence regarding strategy (.5); | 1.70 |
| 04/14/2023 | J. Evans | Conduct collection of investor website; | 6.00 |
| 04/14/2023 | J. Hewitt | Draft [redacted]; | 1.50 |
| 04/14/2023 | J. Ta | Analyze strategy for inequitable conduct and inventorship defenses in view of schedule and potential ability to retain I. Karisniemi as witness; | 0.50 |
| 04/17/2023 | S. Piepmeier | Analysis regarding deposition and third party witness strategy as to inventorship (.3); strategize with E. Edlin, J. Moore, K. Rose, and J. Hewitt regarding inventorship, case scheduling, [redacted], and client witnesses (.4); revise email to client regarding 167 potential inventor (.2); | 0.70 |
| 04/17/2023 | K. Smith | Strategize with S. Piepmeier, E. Edlin, J. Moore, and J. Hewitt regarding inventorship, case scheduling, [redacted], and client witnesses; | 0.40 |
| 04/17/2023 | J. Moore | Review source code related to Open Connect control plane (1.6); strategize with S. Piepmeier, E. Edlin, J. Moore, K. Rose, and J. Hewitt regarding inventorship, case scheduling, [redacted], and client witnesses (.4); | 2.00 |
| 04/17/2023 | E. Edlin | Strategize with S. Piepmeier, J. Moore, K. Rose, and J. Hewitt regarding inventorship, case scheduling, [redacted], and client witnesses (.4); attention to case strategy and meeting minutes (1.4); attention to discovery (1.2); | 3.00 |
| 04/17/2023 | J. Evans | Upload collected data (.3); correspondence with C. Bowers and case team regarding data collection (.1); | 0.40 |
| 04/17/2023 | J. Hewitt | Correspondence with E. Edlin (.4); research inventorship (1); strategize with S. Piepmeier, E. Edlin, J. Moore, and K. Rose regarding inventorship, case scheduling, [redacted], and client witnesses (.4); draft request for information (.2); review inventorship correspondence (1); conference with E. Edlin (.1); | 3.10 |
| 04/18/2023 | S. Piepmeier | Review legal research regarding inventorship (.5); email communications with potential inventor (.2); | 0.70 |
| 04/18/2023 | K. Smith | Update client files; | 0.20 |
| 04/18/2023 | E. Edlin | Correspondence with I. Karesniemi and internal correspondence regarding same (.4); review case materials and correspondence and develop strategy (.9); attention to discovery (.9); | 2.20 |
| 04/18/2023 | J. Hewitt | Correspondence with E. Edlin (.5); research [redacted] (1); | 1.50 |
| 04/18/2023 | J. Ta | Research case law and strategy to [redacted]; | 0.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 04/19/2023 | S. Piepmeier | Email communications with potential inventor (.3); prepare outline for meeting (.2); Telephone conference with I. Karisniemi, J. Ta, and E. Edlin regarding inventorship issues (.8); analysis [redacted] (.2); | 1.50 |
| 04/19/2023 | K. Smith | Update case calendar; | 0.70 |
| 04/19/2023 | E. Edlin | Telephone conference with I. Karisniemi, S. Piepmeier, and J. Ta regarding inventorship issues (.8); conference with J. Hewitt regarding case research assignments (.5); correspondence regarding inventorship strategy (.6); review case notes and draft agenda (.8); attention to discovery strategy (1.9); | 4.60 |
| 04/19/2023 | J. Evans | Correspondence with C. Bowers and case team regarding data collection; | 0.10 |
| 04/19/2023 | J. Hewitt | Conference with E. Edlin regarding case research assignments; | 0.50 |
| 04/19/2023 | J. Ta | Prepare for meeting with I. Karisniemi (.2); telephone conference with I. Karisniemi, S. Piepmeier, and E. Edlin regarding inventorship issues (.8); | 1.00 |
| 04/20/2023 | S. Piepmeier | Revise team call agenda (.1); strategize regarding selection of Netflix deponents (.2); Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding invalidity, Valjakka's deposition, case schedule, and inventorship issues (.6); review results of stay research (.2); | 1.10 |
| 04/20/2023 | K. Smith | Update and distribute case calendar; | 0.10 |
| 04/20/2023 | J. Moore | Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding invalidity, Valjakka's deposition, discovery schedule, and inventorship issues (.5); strategize with J. Ta and E. Edlin regarding Valjakka's deposition (.3); draft meeting minutes (1.2); | 2.00 |
| 04/20/2023 | E. Edlin | Strategize with J. Ta, and J. Moore regarding Valjakka's deposition (.2); video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding invalidity, Valjakka's deposition, case schedule, and inventorship issues (.6); attention to discovery strategy and prepare for client call (1.1); review legal research regarding stay and correspondence regarding same (.5); revise meeting minutes and task list (.6); | 3.00 |
| 04/20/2023 | J. Hewitt | Research requirements for deposition abroad (1.7); research [redacted] (1.5); draft [redacted] (1.9); correspondence with E. Edlin (.5); | 5.60 |
| 04/20/2023 | J. Ta | Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding invalidity, Valjakka's deposition, case schedule, and inventorship issues (.6); strategize with E. Edlin and J. Moore regarding Valjakka's deposition (.2); analyze strategy for inventorship and inequitable conduct defenses and related discovery (1.0); | 1.80 |
| 04/20/2023 | L. Gordon | Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding invalidity, Valjakka's deposition, case schedule, and inventorship issues; | 0.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 04/21/2023 | E. Edlin | Correspondence regarding Valjakka deposition (.3); attention to discovery (1.4); | 1.70 |
| 04/24/2023 | S. Piepmeier | Strategize with E. Edlin and J. Hewitt regarding depositions, case scheduling, motion to strike, and witness selection (.3); revise meet and confer correspondence to Plaintiff (.3); | 0.60 |
| 04/24/2023 | K. Smith | Update calendar (.2); email with team regarding same (.1); | 0.30 |
| 04/24/2023 | E. Edlin | Strategize with S. Piepmeier and J. Hewitt regarding depositions, case scheduling, motion to strike, and witness selection (0.3); draft email to W. Ramey regarding discovery (0.7); correspondence with inventor (0.2); attention to discovery (1.9); | 3.10 |
| 04/24/2023 | J. Hewitt | Revise [redacted] (2.0); draft discovery follow-up email to opposing counsel (.4); strategize with S. Piepmeier, and E. Edlin regarding depositions, case scheduling, motion to strike, and witness selection (.3); conference with E. Edlin regarding case status and assignments (.2); review production to identify licenses (1.0); research amendments to protective orders (1.0); draft amendment to protective order (.5); research deposition notice requirements abroad (.7); | 6.10 |
| 04/25/2023 | S. Piepmeier | Analysis regarding witness selection and upcoming depositions; | 0.20 |
| 04/25/2023 | K. Smith | Calendar deadlines; | 0.20 |
| 04/25/2023 | B. Kadjo | Attend telephone conference with E. Edlin re Valjakka deposition prep; | 0.40 |
| 04/25/2023 | E. Edlin | Attend telephone conference with B. Kadjo regarding Valjakka deposition prep (.4); attention to discovery (2.5); | 2.90 |
| 04/26/2023 | S. Piepmeier | Email communications with dropped inventor; | 0.20 |
| 04/26/2023 | K. Smith | Review rules for amending pleadings deadline (.7); draft notices of depositions (.4); | 1.10 |
| 04/26/2023 | B. Kadjo | Strategize with E. Edlin, J. Ta, and J. Hewitt regarding deposition outlines (.7); search documents related to Valjakka deposition preparation (1.3); | 2.00 |
| 04/26/2023 | E. Edlin | Strategize with J. Ta, B. Kadjo, and J. Hewitt regarding deposition outlines (.7); correspondence regarding inventorship (.4); attention to discovery (1.7); draft call agenda (.6); prepare for call with inventor (.5); review legal research regarding stay and correspondence regarding same (.6); | 4.50 |
| 04/26/2023 | J. Hewitt | Strategize with E. Edlin, J. Ta, and B. Kadjo regarding deposition outlines; | 0.70 |
| 04/26/2023 | J. Ta | Correspond with Perkins team regarding strategy for Valjakka deposition outline; | 0.30 |
| 04/27/2023 | S. Piepmeier | Review report from team call (.1); analysis regarding [redacted] (.3); strategize regarding stay motion (.2); analysis regarding inventor deposition (.2); | 0.80 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 04/27/2023 | J. Moore | Video conference with A. Wynn-Grant and Perkins team regarding follow-up call with I. Karesniemi, discovery schedule, inequitable conduct claims, moving to stay, and Valjakka deposition (.8); | 0.80 |
| 04/27/2023 | B. Kadjo | Search documents related to Valjakka deposition preparation (3.5); Strategize with J. Hewitt regarding document review (.2); Strategize with E. Edlin, J. Ta, B. Kadjo, and J. Hewitt regarding deposition outlines (.7); Video conference with A. Wynn-Grant and Perkins team regarding follow-up call with I. Karesniemi, discovery schedule, inequitable conduct claims, moving to stay, and Valjakka deposition (.8); | 5.20 |
| 04/27/2023 | E. Edlin | Strategize with I. Karesniemi and Perkins Team regarding inventorship investigation (1.0); video conference with A. Wynn-Grant and Perkins team regarding follow-up call with I. Karesniemi, discovery schedule, inequitable conduct claims, moving to stay, and Valjakka deposition (.8); finalize call agenda and correspondence regarding same (.2); correspondence regarding inventorship issues (.7); attention to discovery (1.8); review PO amendment and correspondence regarding same (.2); investigate former [redacted] (.6); | 5.30 |
| 04/27/2023 | J. Hewitt | Strategize with I. Karesniemi and Perkins Team regarding inventorship investigation (1.0); strategize with B. Kadjo regarding document review (.2); | 1.20 |
| 04/27/2023 | J. Ta | Video conference with A. Wynn-Grant and Perkins team regarding follow-up call with I. Karesniemi, discovery schedule, inequitable conduct claims, moving to stay, and Valjakka deposition (.8); Correspond with Perkins team regarding Valjakka's misrepresentations in settlement agreements and during prosecution of asserted patents (.8); analyze strategy for working with and gathering documents from I. Karesniemi (.3); research potential claims related to forgery and/or misrepresentations in various settlement agreements (.5); | 2.40 |
| 04/28/2023 | S. Piepmeier | Revise meet and confer email to plaintiff (.2); analysis regarding potential unclean hands defense (.2); | 0.40 |
| 04/28/2023 | K. Smith | Finalize deposition notices; | 0.60 |
| 04/28/2023 | B. Kadjo | Analyze potential exhibits for Valjakka deposition; | 3.80 |
| 04/28/2023 | E. Edlin | Correspondence with W. Ramey and Perkins Team regarding stay (.6); strategize regarding discovery priorities (2.8); | 3.40 |
| 04/28/2023 | J. Ta | Analyze task list and strategy for inventorship, unclean hands, and inequitable conduct issues (1.3); correspond with E. Edlin and B. Kadjo regarding inventorship and inequitable conduct issues (.5); revise email to opposing counsel regarding request for motion to stay (.1); | 1.90 |
| **Subtotal:** [redacted] | | | **194.00** |
| **Total** | | | **194.00** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

**Services**
[redacted]

## Summary of Services through 04/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 64.60 | [redacted] | [redacted] |
| J. Ta | Partner | 9.80 | [redacted] | [redacted] |
| L. Gordon | Partner | 0.60 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 12.40 | [redacted] | [redacted] |
| B. Kadjo | Associate | 11.40 | [redacted] | [redacted] |
| J. Moore | Associate | 16.70 | [redacted] | [redacted] |
| J. Hewitt | Associate | 59.10 | [redacted] | [redacted] |
| K. Smith | Paralegal | 7.90 | [redacted] | [redacted] |
| J. Evans | E-Discovery Services & Strategy | 11.50 | [redacted] | [redacted] |
| **Total Services** | | **194.00** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 194.00 | [redacted] |
| **Total Services** | | **194.00** | [redacted] |

## Disbursements and Other Detailed Services through 04/30/2023

| Description | Amount |
|---|---|
| Harbor Experts LLC (ACH) - Professional Services - 2/2023 | 4,749.96 |
| Intensity LLC (ACH) - Professional Services | 912.50 |
| Fulcrum Legal Graphics, Inc. - Professional Services - Graphics production, March 2023 | 2,352.00 |
| **Total** | **$8,014.46** |

**Total Disbursements and Other Services**
$8,014.46

**Total Invoice Amount**
[redacted]

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Open Invoices as of May 23, 2023

| | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Total |
|---|---|---|---|---|---|---|
| Fees | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Disbursements and Other Charges | $8,014.46 | $3,830.00 | $0.00 | $0.00 | $0.00 | $11,844.46 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | June 30, 2023 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through May 31, 2023

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $18,117.05 |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No.[redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID:[redacted]

PERKINSCOIE

## Professional Services through 05/31/2023

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 05/01/2023 | S. Piepmeier | Review communications with dropped inventor regarding 167 patent (.2); review summary of research regarding inequitable conduct (.2); telephone conference with E. Edlin regarding offensive discovery, stay, and amending pleadings strategy (.3); | 0.70 |
| 05/01/2023 | K. Smith | Update case calendar; | 0.10 |
| 05/01/2023 | J. Moore | Review Valjakka productions related to source code for deposition prep (1.2); strategize with E. Edlin, B. Kadjo, and J. Hewitt regarding deposition outlining, case scheduling, and potential discovery strategies (0.8); | 2.00 |
| 05/01/2023 | B. Kadjo | Research assignments issue related to 167 patent (2.5); review documents for Valjakka deposition outline (3.0); prepare outline for Valjakka deposition preparation (0.7); | 6.20 |
| 05/01/2023 | E. Edlin | Strategize with B. Kadjo, J. Moore, and J. Hewitt regarding deposition outlining, case scheduling, and potential discovery strategies (0.8); telephone conference with S. Piepmeier regarding offensive discovery, stay, and amending pleadings strategy (0.3); draft meeting minutes (.8); attention to discovery (2.6); draft correspondence to Vajakka regarding stay and discovery (0.6); | 4.10 |
| 05/01/2023 | J. Hewitt | Strategize with B. Kadjo regarding deposition preparation (0.3); strategize with E. Edlin, B. Kadjo, and J. Moore, regarding deposition outlining, case scheduling, and potential discovery strategies (0.8); strategize with B. Kadjo regarding deposition preparation (0.2); | 1.30 |
| 05/01/2023 | J. Ta | Analyze legal viability of standing challenge; | 0.50 |
| 05/02/2023 | S. Piepmeier | Revise meet and confer correspondence; | 0.30 |
| 05/02/2023 | J. Moore | Draft letter outlining Valjakka's deficient contentions, allegations, and discovery responses (5.3); | 5.30 |
| 05/02/2023 | B. Kadjo | Review documents to select for Valjakka deposition; | 3.30 |
| 05/02/2023 | E. Edlin | Telephone conference with J. Ta regarding strategy for addressing opposing counsel's deficient responses to proposal for meet and confer over schedule and depositions (0.5); correspondence with opposing counsel regarding discovery (.7); correspondence with Perkins team regarding subpoenas (.4); review briefing regarding prior motions to stay (.6); review draft joint letter to Court (.4); draft correspondence regarding case updates (.8); attention to pressuring Valjakka on for additional discovery (1.5); | 4.90 |
| 05/02/2023 | J. Ta | Telephone conference with E. Edlin regarding strategy for addressing opposing counsel's deficient responses to proposal for meet and confer over schedule and depositions (.5); attention to strategy for serving subpoenas to prosecuting attorneys (.2); attention to strategy for raising inventorship issues in expert report (.2); | 0.90 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
| --- | --- | --- | --- |
| 05/03/2023 | S. Piepmeier | Revise correspondence to client; | 0.20 |
| 05/03/2023 | K. Smith | Calendar deadlines; review rules for last day to amend complaint; | 0.90 |
| 05/03/2023 | J. Moore | Review Valjakka 30(b)(6) notice (.1); research caselaw on motions to stay in NDCA (4.4); draft motion to stay (3.1); | 7.60 |
| 05/03/2023 | B. Kadjo | Strategize with J. Hewitt regarding subpoenas and deposition preparation (0.4); review documents for Valjakka deposition outline (2.6); | 3.00 |
| 05/03/2023 | E. Edlin | Prepare revised discovery responses (1.9); draft correspondence to client regarding discovery updates (1.0); | 2.90 |
| 05/03/2023 | E. Edlin | Revise joint letter to Court; | 0.50 |
| 05/03/2023 | J. Hewitt | Strategize with B. Kadjo regarding subpoenas and deposition preparation (0.4); | 0.40 |
| 05/04/2023 | S. Piepmeier | Analysis regarding potential stay; | 0.20 |
| 05/04/2023 | J. Moore | Draft motion to stay (5.2); Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding witness availability, deposition and case scheduling, discovery letter, motion to stay, [redacted] (0.6); | 5.80 |
| 05/04/2023 | B. Kadjo | Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding witness availability, deposition and case scheduling, discovery letter, motion to stay, and [redacted] (0.6); Conference with E. Edlin and J. Hewitt regarding deposition outline and subpoena status updates (0.3); Conference with I. Karesniemi and Perkins Team regarding inventorship investigation (0.2); prepare outline for Valjakka deposition preparation (2); | 3.10 |
| 05/04/2023 | E. Edlin | Conference with B. Kadjo, and J. Hewitt regarding deposition outline and subpoena status updates (0.3); strategize with I. Karesniemi and Perkins Team regarding inventorship investigation (0.2); conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding witness availability, deposition and case scheduling, discovery letter, motion to stay, and [redacted] (0.6); review outline and correspondence regarding same (1.1); correspondence regarding source code (0.2); | 2.40 |
| 05/04/2023 | J. Hewitt | Strategize with I. Karesniemi and Perkins Team regarding inventorship investigation (0.2); conference with E. Edlin and B. Kadjo regarding deposition outline and subpoena status updates (0.3); conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding witness availability, deposition and case scheduling, discovery letter, motion to stay, and [redacted] (0.6); | 1.10 |
| 05/05/2023 | J. Moore | Review source code sections of protective order (.6); draft correspondence to Valjakka regarding source code review (.2); draft deposition modules regarding invalidity and noninfringement (1.8); review 167 patent (.6); | 3.20 |
| 05/05/2023 | B. Kadjo | Prepare outline for Valjakka deposition preparation; | 0.90 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 05/08/2023 | S. Piepmeier | Conference with J. Ojanen regarding discovery investigation (0.9); prepare for interview with J. Ojanen (.2); revise Motion to Stay (.6); analysis regarding discovery extension strategy (.2); | 1.90 |
| 05/08/2023 | K. Smith | Download files produced; | 0.30 |
| 05/08/2023 | J. Moore | Revise motion to stay (.3); draft deposition modules regarding invalidity and non-infringement (2.1); review Valjakka source code production (2.7); draft stipulation regarding invalidity contentions (.7); draft declaration and proposed order supporting motion to stay (1.3); Strategize with E. Edlin, J. Ta, B. Kadjo, and J. Hewitt regarding case scheduling, motion to stay, deposition preparation, and document review (1.0); | 8.10 |
| 05/08/2023 | B. Kadjo | Research fact issues related to 167 patent ownership; | 1.10 |
| 05/08/2023 | E. Edlin | Conference with J. Ojanen regarding discovery investigation (0.9); conference with J. Hewitt regarding new production, subpoenas, and deposition preparation (0.7); strategize with J. Ta, B. Kadjo, J. Moore, and J. Hewitt regarding case scheduling, motion to stay, deposition preparation, and document review (1.0); revise motion to stay (0.7); attention to discovery (1.6); review Valjakka's 30(b)(6) topics and prepare responses and strategy (2.6); | 7.50 |
| 05/08/2023 | J. Hewitt | Conference with J. Ojanen regarding discovery investigation (0.9); conference with E. Edlin regarding new production, subpoenas, and deposition preparation (0.7); strategize with E. Edlin, J. Ta, B. Kadjo, and J. Moore regarding case scheduling, motion to stay, deposition preparation, and document review (1); conference with M. Moffa regarding international depositions of willing witnesses (0.7); | 3.30 |
| 05/08/2023 | J. Ta | Conference with J. Ojanen regarding discovery investigation (.9); Strategize with E. Edlin, B. Kadjo, J. Moore, and J. Hewitt regarding case scheduling, motion to stay, deposition preparation, and document review (1.0); attention to strategy for motion for stay and expedited briefing (.2); | 2.10 |
| 05/09/2023 | K. Smith | Review deposition notice with document requests to calculate deadline; | 1.10 |
| 05/09/2023 | J. Moore | Revise motion to stay (.5); draft supporting declaration for motion to stay (.3); research local rules and caselaw regarding motions to change time (.6); draft motion for expedited briefing on motion to stay (.3); research caselaw regarding moving to amend pleadings (.4); video conference with K. Talanov, S. Kalra, and E. Edlin regarding schedule extension, deposition scheduling, and supplemental discovery responses (.5); draft minutes for meet and confer with Valjakka (.3); draft deposition modules for Valjakka deposition regarding non-infringement (1.4); | 4.30 |
| 05/09/2023 | B. Kadjo | Review third party produced documents; | 0.60 |
| 05/09/2023 | E. Edlin | Video conference with K. Talanov, S. Kalra, and J. Moore regarding schedule extension, deposition scheduling, and supplemental discovery responses (.5); teleconference with A. Wynn-Grant regarding discovery (0.4); summarize meet and confer email to client (0.2); strategize regarding offensive discovery (2.2); | 3.30 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 05/10/2023 | S. Piepmeier | Analysis regarding [redacted] (.3); strategize regarding developing inequitable conduct defense (.2); review meet and confer email communications regarding depositions and discovery responses (.2); | 0.70 |
| 05/10/2023 | K. Smith | Emails with UnitedLex regarding production information; | 0.10 |
| 05/10/2023 | J. Moore | Review unopposed motion from Valjakka regarding schedule extension (.1); review [redacted] (.7); review Valjakka production regarding source code (.3); | 1.10 |
| 05/10/2023 | B. Kadjo | Review document production; | 0.40 |
| 05/10/2023 | E. Edlin | Attention to discovery responses (2.5); review unopposed motion and correspondence regarding same (0.8); correspondence regarding documents and translations (0.4); correspondence regarding Valjakka production (0.3); review fact development timelines (1.2); | 5.20 |
| 05/10/2023 | J. Ta | Analyze [redacted] supporting Section 101 motion; | 0.40 |
| 05/11/2023 | S. Piepmeier | Attention to offensive and defensive deposition strategy (.2); comment on discovery action items (.3); review meet and confer correspondence (.1); | 0.60 |
| 05/11/2023 | K. Smith | Compile Finnish documents (1.0); prepare documents for translating (.6); machine translate documents (3.2); download documents to prepare for production (.8); | 5.60 |
| 05/11/2023 | J. Moore | Review Valjakka deposition notice and infringement contentions to prepare for call [redacted] (.9); Strategize regarding deposition preparation, deposition scheduling, and source code review (.3); Video conference with A. Wynn-Grant, [redacted], and Perkins team regarding deposition preparation and scheduling (.5); | 1.70 |
| 05/11/2023 | B. Kadjo | Review produced documents to include in Valjakka deposition outline; | 1.30 |
| 05/11/2023 | E. Edlin | Strategize regarding deposition preparation, deposition scheduling, and source code review (.3); video conference with A. Wynn-Grant, [redacted], and Perkins team regarding deposition preparation and scheduling (.5); attention to discovery correspondence (1.4); | 3.20 |
| 05/12/2023 | S. Piepmeier | Comment on draft L. Valjakka deposition outline; | 0.30 |
| 05/12/2023 | K. Smith | Update client files; | 1.00 |
| 05/12/2023 | J. Moore | Draft deposition modules regarding non-infringement for Valjakka deposition (3.1); | 3.10 |
| 05/12/2023 | B. Kadjo | Revise Valjakka deposition outline to include additionally produced documents; | 4.10 |
| 05/12/2023 | E. Edlin | Conference with I. Karesniemi and Perkins team regarding deposition | 4.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | scheduling (0.4); conference with N. Mody regarding case status updates (0.3); conference with S. Kalra, K. Talanov, and Perkins team regarding meet and confer (0.3); correspondence regarding depositions (1.4); correspondence regarding subpoenas (.9); meet and confer regarding depositions (.3); conference with J. Hewitt regarding document review, upcoming productions, subpoenas, case management and upcoming depositions (0.9); | |
| 05/12/2023 | J. Hewitt | Conference with I. Karesniemi and Perkins team regarding deposition scheduling (0.4); conference with N. Mody regarding case status updates (0.3); conference with S. Kalra, K. Talanov, and Perkins team regarding meet and confer (0.3); conference with J. Ojanen and Perkins team regarding deposition scheduling (0.1); conference with E. Edlin regarding document review, upcoming productions, subpoenas, case management, and upcoming depositions (0.9); | 2.00 |
| 05/13/2023 | S. Piepmeier | Attention to strategy for offensive and defensive depositions (.2); analysis regarding inequitable conduct arguments (.2); | 0.40 |
| 05/14/2023 | S. Piepmeier | Prepare for upcoming defensive depositions; | 0.30 |
| 05/14/2023 | E. Edlin | Revise motion to stay (0.8); | 0.80 |
| 05/14/2023 | J. Hewitt | Review documents to select for upcoming depositions (4.0); | 4.00 |
| 05/15/2023 | K. Smith | Download production; coordinate with United Lex regarding replacement files; | 0.60 |
| 05/15/2023 | K. Smith | Prepare subpoenas for service (.9); coordinate service of subpoenas (.8); download production (.5); prepare documents for production (1.8); | 4.00 |
| 05/15/2023 | J. Moore | Draft correspondence to expert witness regarding case schedule updates, expert reports, and source code review (.4); review documents from May 5 Valjakka production (.3); Strategize regarding latest Valjakka document production, deposition preparation, inequitable conduct claims, and inventorship issues (.7); | 1.40 |
| 05/15/2023 | B. Kadjo | Strategize regarding latest Valjakka document production, deposition preparation, inequitable conduct claims, and inventorship issues (.7); review latest Valjakka production for relevant material to include in deposition outlines (4.3); | 5.00 |
| 05/15/2023 | E. Edlin | Review discovery letter regarding HDC's statements on infringement (.3); | 0.30 |
| 05/15/2023 | E. Edlin | Strategize regarding latest Valjakka document production, deposition preparation, inequitable conduct claims, and inventorship issues (.7); correspondence regarding document productions and translations (.8); strategize regarding offensive discovery (.6); correspondence regarding subpoenas (.3); update discovery tracker (2.7); | 5.10 |
| 05/15/2023 | J. Hewitt | Review documents for depositions; | 2.00 |
| 05/16/2023 | S. Piepmeier | Review updates regarding production; | 0.20 |

Invoice No.[redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 05/16/2023 | K. Smith | Review rules on issuance of subpoena (.3); prepare subpeona packages (4.2); | 4.50 |
| 05/16/2023 | J. Moore | Analysis regarding 102 invalidity (1.9); draft portion of Valjakka deposition outline regarding invalidity (1.0); draft correspondence to opposing counsel regarding source code review (.3); | 3.20 |
| 05/16/2023 | B. Kadjo | Conference with J. Hewitt regarding case management (0.5); analyze Valjakka docments for incoropration into deposition outline (.7); | 1.20 |
| 05/16/2023 | E. Edlin | Correspondence regarding productions (.4); correspondence regarding subpoenas and deposition notices (.7); review subpoenas (.8); correspondence regarding deposition objections (.7); correspondence with opposing counsel regarding witnesses (.3); correspondence with opposing counsel regarding source code review (.6); correspondence regarding document productions and third party document productions (2.6); | 5.80 |
| 05/16/2023 | E. Edlin | Conference with J. Hewitt regarding subpoenas and upcoming case tasks (0.3); | 0.30 |
| 05/16/2023 | J. Hewitt | Draft notices and subpoenas (1); correspondence with K. Rose and E. Edlin regarding notices and subpoenas (1); conference with E. Edlin regarding subpoenas and upcoming case tasks (0.3); conference with B. Kadjo regarding case management (0.5); document review (1.5); | 4.30 |
| 05/17/2023 | S. Piepmeier | Prepare for upcoming offensive depositions (.5); review meet and confer correspondence from Ramey (.2); evaluate draft responsive correspondence to Ramey (.3); review deposition notices (.2); | 1.20 |
| 05/17/2023 | K. Smith | Update subpoenas; | 3.70 |
| 05/17/2023 | J. Moore | Review protective order to prepare for meet and confer with Valjakka (.2); video conference with opposing counsel and E. Edlin regarding source code review (.5); Strategize regarding source code review (.1); draft email regarding 102 source code (.4); | 1.20 |
| 05/17/2023 | B. Kadjo | Review re-produced Valjakka documents (2.0); research protective order requirements (2.0); review reponses and objections to discovery requests (.2); revise Valjakka deposition outline (3.1); | 7.30 |
| 05/17/2023 | E. Edlin | Attend meet and confer with opposing counsel (.5); finalize 30(b)(6) topic objections and correspondence regarding same (.9); finalize subpoenas and correspondence regarding same (1.1); attend video conference with A. Wynn-Grant regarding deposition preparation and discovery strategy (.4); correspondence regarding deposition notices (.9); prepare for client call (.6); attention to offensive discovery pressure (1.5); | 5.90 |
| 05/17/2023 | J. Hewitt | Research 30(b)(1) witnesses (0.7); correspondence with K. Rose (1.5); correspondence with E. Edlin regarding action items (0.5); draft notices and subpoenas (2); correspondence with N. Mody (0.2); document review (1.5); | 6.40 |
| 05/17/2023 | J. Ta | Attention to strategy for proving lack of standing; | 0.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 05/18/2023 | S. Piepmeier | Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding deposition notices, motion for protective order, source code review, requests for production, witnesses, subpoenas, third party discovery, written discovery, productions, translations, and potential strategies (0.6); prepare for depositions (.3); | 0.90 |
| 05/18/2023 | K. Smith | Emails with team and United Lex regarding productions (.6); revise subpoenas (1.(; prepare document production (2.1); | 4.60 |
| 05/18/2023 | J. Moore | Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding deposition notices, motion for protective order, source code review, requests for production, witnesses, subpoenas, third party discovery, written discovery, productions, translations, and potential strategies (0.6); | 0.60 |
| 05/18/2023 | B. Kadjo | Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding deposition notices, motion for protective order, source code review, requests for production, witnesses, subpoenas, third party discovery, written discovery, productions, translations, and potential strategies (0.6); analyze I. Karesniemi documents (2.3); | 2.90 |
| 05/18/2023 | E. Edlin | Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding deposition notices, motion for protective order, source code review, requests for production, witnesses, subpoenas, third party discovery, written discovery, productions, translations, and potential strategies (0.6); strategy conference with B. Kadjo regarding tasks for coming month (.3); attend deposition preparations with H. Ponce, A. Wynn-Grant and Wilkie attorney (1.8); correspondence regarding subpoenas and depositions (1.2); attention to discovery (2.6); | 4.70 |
| 05/18/2023 | J. Hewitt | Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding deposition notices, motion for protective order, source code review, requests for production, witnesses, subpoenas, third party discovery, written discovery, productions, translations, and potential strategies (0.6); correspondence with K. Rose (0.6); correspondence with E. Edlin (1.3); draft notices and subpoenas (1); code document production (0.5); identify documents for translation (1.2); | 5.20 |
| 05/18/2023 | J. Ta | Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding deposition notices, motion for protective order, source code review, requests for production, witnesses, subpoenas, third party discovery, written discovery, productions, translations, and potential strategies (.6); revise letter to Valjakka regarding 30(b)(1) notices (.2); | 0.80 |
| 05/19/2023 | S. Piepmeier | Analysis re upcoming depositions and invalidity report (.3); review correspondence from client regarding design specs (.1); | 0.40 |
| 05/19/2023 | K. Smith | Update and distribute case calendar (.8); coordinate court reporters for depositions (1.1); pull documents for depositions (.2); | 2.10 |
| 05/19/2023 | J. Moore | Video conference with opposing counsel and E. Edlin regarding source code review, 30(b)(1) depositions, and outstanding discovery issues (.5); draft minutes for meet and confer (.3); | 0.80 |
| 05/19/2023 | B. Kadjo | Strategy conference with B. Kadjo regarding tasks for coming month (.3); | 1.30 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | revise Valjakka deposition outline (1.0); | |
| 05/19/2023 | E. Edlin | Correspondence regarding invalidity report (.4); attend meet and confer with opposing counsel regarding technical documents and correspondence with A. Wynn-Grant regarding same (.8); | 1.20 |
| 05/19/2023 | J. Hewitt | Document review for upcoming depositions (2.2); | 2.20 |
| 05/22/2023 | S. Piepmeier | Strategize with E. Edlin, B. Kadjo, J. Moore, and J. Hewitt regarding deposition preparation, expert invalidity report, motion to stay, motion for leave to amend, and 101 motion status (1.0); attention to deposition preparation (.2); prepare for upcoming defensive depositions (.2); | 1.40 |
| 05/22/2023 | K. Smith | Pull produced versions of translated documents; | 1.70 |
| 05/22/2023 | J. Moore | Revise minutes for 05/19 meet and confer (.2); draft modules for Valjakka deposition outline regarding non-infringement and invalidity (3.1); review 167 and 102 patents (.9); Strategize with S. Piepmeier, E. Edlin, B. Kadjo, and J. Hewitt regarding deposition preparation, expert invalidity report, motion to stay, motion for leave to amend, and 101 motion status (1.0); draft email to experts regarding invalidity expert report (.3); | 5.50 |
| 05/22/2023 | B. Kadjo | Strategize with S. Piepmeier, E. Edlin, J. Moore, and J. Hewitt regarding deposition preparation, expert invalidity report, motion to stay, motion for leave to amend, and 101 motion status (1.0); research documents for 102 witness deposition preparation (4.0); prepare outline for 102 witness deposition preparation (.4); | 5.40 |
| 05/22/2023 | M. Takagi | Analyze materials received from J. Moore in preparation to discuss invalidity report; | 1.20 |
| 05/22/2023 | E. Edlin | Strategize with S. Piepmeier, B. Kadjo, J. Moore, and J. Hewitt regarding deposition preparation, expert invalidity report, motion to stay, motion for leave to amend, and 101 motion status (1.0); correspondence with A, Wynn-Grant regarding deposition notices (0.4); correspondence with opposing counsel and Perkins team regarding source code (0.6); prepare for H. Murthy deposition preparations (1.4); attention to discovery (2.9); | 5.70 |
| 05/22/2023 | J. Hewitt | Strategize with S. Piepmeier, E. Edlin, B. Kadjo, and J. Moore regarding deposition preparation, expert invalidity report, motion to stay, motion for leave to amend, and 101 motion status (1.0); | 1.00 |
| 05/23/2023 | S. Piepmeier | Revise meet and confer correspondence (.1); prepare for Finland depositions (.2); | 0.30 |
| 05/23/2023 | K. Smith | Prepare exhibits for upcoming depositions; | 3.30 |
| 05/23/2023 | J. Moore | Draft email to opposing counsel regarding 30(b)(1) notices (.5); research caselaw [redacted] (.3); review facts and analysis regarding Valjakka's inventorship issues (.3); draft modules for Valjakka deposition outline regarding invalidity (1.2); review 102 patent (.8); Strategize regarding inventorship issues and invalidity expert report (.2); review invalidity contentions (.3); draft deposition outline for I. Shastri deposition prep (.3); | 3.90 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 05/23/2023 | B. Kadjo | Strategize regarding inventorship issues and invalidity expert report (.2); prepare outline for H. Murthy deposition (2.0); review documents for H. Murthy deposition (2.0); | 4.20 |
| 05/23/2023 | M. Takagi | Strategize regarding inventorship issues and invalidity expert report (.2); analyze additional materials received from J. Moore and J. Hewitt for invalidity report (2.6); | 2.80 |
| 05/23/2023 | E. Edlin | Prepare for H. Murhty deposition preparations; | 2.30 |
| 05/23/2023 | E. Edlin | Conference with J. Hewitt regarding case priorities, motion for leave to amend answer, deposition preparation, and document review strategies (0.5); | 0.50 |
| 05/23/2023 | J. Hewitt | Conference with E. Edlin regarding case priorities, motion for leave to amend answer, deposition preparation, and document review strategies (0.5); | 0.50 |
| 05/23/2023 | J. Ta | Revise email regarding 30(b)(1) notices (.1); attention to issues regarding source code (0.3); | 0.40 |
| 05/24/2023 | S. Piepmeier | Review outline to prepare for 102 technical deposition; | 0.30 |
| 05/24/2023 | K. Smith | Revise subpoenas (.2); coordinate service of subpoenas (.3); research contact information for M. Berman and M. Mutter (.6); | 1.10 |
| 05/24/2023 | J. Moore | Video conference with Harbor Labs team and Perkins team regarding expert invalidity report (.3); research estoppel issues for invalidity arguments (.9); review invalidity contentions to select grounds for invalidity expert report (.3); [redacted] (1.5); | 3.00 |
| 05/24/2023 | B. Kadjo | [redacted] | 5.50 |
| 05/24/2023 | M. Takagi | Video conference with B. Kadjo, J. Moore, P. Martin, and X. Yi to discuss invalidity expert report (.3); review correspondence regarding invalidity strategy received from Perkins team (.1); | 0.40 |
| 05/24/2023 | E. Edlin | Conference with N. Mody and Perkins team regarding expert damages report and depositions (0.5); strategize with J. Hewitt regarding deposition outlines (0.4); prepare for H. Murthy deposition (2.2); correspondence regarding source code (.4); correspondence regarding deposition topics (0.3); revise status update email to client (0.2); | 4.00 |
| 05/24/2023 | J. Hewitt | Conference with N. Mody and Perkins team regarding expert damages report and depositions (0.5); strategize with E. Edlin regarding deposition outlines (0.4); | 0.90 |
| 05/25/2023 | S. Piepmeier | Meet with H. Murthy to prepare for trial (1); analysis regarding response to Valjakka's deposition notice incompetence (.4); analyze potential license defense (.2); revise meet and confer correspondence regarding deposition topics (.2); provide guidance to team regarding strategy for H. Murthy deposition (.2); | 2.00 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 05/25/2023 | J. Moore | Attend deposition preparation for H. Murthy (5.8); | 5.80 |
| 05/25/2023 | B. Kadjo | Prepare H. Murthy for her 30b6 deposition; | 9.10 |
| 05/25/2023 | E. Edlin | Meet and confer with opposing counsel regarding deposition topics (1.5); attend deposition preparation conference with P. Murthy, B. Kadjo, and A. Wynn-Grant (4.1); correspondence regarding deposition scope (.8); attention to discovery (2.1); | 8.50 |
| 05/25/2023 | J. Hewitt | Meet and confer with opposing counsel regarding deposition topics (1.5); | 1.50 |
| 05/26/2023 | S. Piepmeier | Provide guidance to team regarding deposition preparation; | 2.20 |
| 05/26/2023 | K. Smith | Update and distribute case calendar (.4); emails with vendor regarding upcoming depositions (.2); | 0.60 |
| 05/26/2023 | B. Kadjo | Prepare for Murthy deposition (1.0); Defend Murthy deposition (8.5); Murthy deposition follow up regarding varius deposition issues (.5); | 10.00 |
| 05/26/2023 | M. Takagi | Analyze case file and notes to develop invalidity strategy; | 2.10 |
| 05/26/2023 | E. Edlin | Correpsondence regarding H. Murthy deposition preparations (.8); attend H. Murthy deposition (1.1); attention to deposition discovery dispute (3.6) | 4.70 |
| 05/27/2023 | S. Piepmeier | Revise meet and confer correspondence (.1); prepare for Finland depositions (.2); | 0.30 |
| 05/27/2023 | J. Moore | Revise Valjakka deposition modules (.3); | 0.30 |
| 05/27/2023 | E. Edlin | Correspondence regarding Valjakka deposition preparation (1.5); review deposition outline and documents (2.4); | 3.90 |
| 05/27/2023 | J. Hewitt | Draft deposition outline (6.8); | 6.80 |
| 05/27/2023 | J. Ta | Correspond with J. Moore regarding strategy for I. Shastri deposition defense; | 0.20 |
| 05/28/2023 | S. Piepmeier | Review meet and confer correspondence regarding depositions (.2); provide instruction to team regarding response (.1); review rough transcript relevant cites (.2); | 0.50 |
| 05/28/2023 | J. Moore | [redacted] | 1.40 |
| 05/28/2023 | E. Edlin | Review email regarding discovery dispute, and correspondence regarding same (.6); prepare summary of deposition transcript and coordinate response to discovery dispute email (1.6); review deposition outline (.9); | 3.10 |
| 05/28/2023 | J. Hewitt | Draft deposition outline (2.5); | 2.50 |
| 05/29/2023 | S. Piepmeier | [redacted]; | 0.30 |
| 05/29/2023 | J. Moore | [redacted] (4.1); review invalidity charts A1 through A3 to determine grounds for expert invalidity report | 6.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | (2.4); | |
| 05/29/2023 | E. Edlin | Review Valjakka deposition outline (1.9); | 1.90 |
| 05/29/2023 | J. Hewitt | Draft deposition outline (5.5); | 5.50 |
| 05/30/2023 | S. Piepmeier | Revise meet and confer correspondence (.2); review Valjakka deposition outline (.3); provide guidance to team regarding prosecutor subpoenas (.2); | 0.70 |
| 05/30/2023 | K. Smith | Strategize with E. Edlin, J. Moore, S. Reed, and J. Hewitt regarding deposition preparation, productions, motion for leave to amend answer, and expert invalidity report (0.5); prepare for upcoming depositions (2.6); | 3.10 |
| 05/30/2023 | K. Smith | Prepare documents for deposition (.5); download translated documents (.4); pull and prepare documents for Outline for deposition (.8); | 1.60 |
| 05/30/2023 | J. Moore | Review invalidity charts A4 through A11 to determine grounds for expert invalidity report (3.4); revise discovery dispute email to opposing counsel (.3); Strategize regarding I. Shastri deposition preparation with J. Ta (.8); Strategize with E. Edlin, K. Rose, S. Reed, and J. Hewitt regarding deposition preparation, productions, motion for leave to amend answer, and expert invalidity report (0.5); | 4.90 |
| 05/30/2023 | B. Kadjo | Attention to requests related to Murthy Deposition; | 0.40 |
| 05/30/2023 | E. Edlin | Conference with J. Hewitt regarding prosecution attorney subpoenas (0.2); strategize with J. Moore, K. Rose, S. Reed, and J. Hewitt regarding deposition preparation, productions, motion for leave to amend answer, and expert invalidity report (0.5); correspondence with opposing counsel regarding discovery dispute (0.7); strategize regarding inequitable conduct and motion for leave to amend (0.7); review Valjakka deposition outline (7.9); strategize regarding prosecuting attorneys subpoenas (0.4); | 10.20 |
| 05/30/2023 | J. Hewitt | Strategize with E. Edlin, J. Moore, K. Rose, and S. Reed regarding deposition preparation, productions, motion for leave to amend answer, and expert invalidity report (0.5); conference with E. Edlin regarding prosecution attorney subpoenas (0.2); | 0.70 |
| 05/30/2023 | J. Hewitt | Draft deposition outline (7.5); correspondence with library team, K. Rose, and E. Edlin regarding deposition research and preparation(1.8); correspondence with B. Kadjo and Perkins team regarding prosecuting attorneys subpoena and deposition strategy (0.5); | 9.80 |
| 05/30/2023 | J. Ta | [redacted] (.3); strategize regarding I. Shastri deposition preparation with J. Moore (.8); | 1.10 |
| 05/31/2023 | S. Piepmeier | Review meet and confer correspondence regarding source code and depositions (.2); prepare for Valjakka deposition (.4); analysis regarding O. Hietalahti (.2); analysis regarding standing arguments (.4); | 1.20 |
| 05/31/2023 | K. Smith | Pull documents cited in deposition outline (2.5); send documents to N. Mody (.2); revise deposition outline (.9); coordinate printing and shipping of deposition exhibits (.4); | 4.00 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 05/31/2023 | J. Moore | Review documents from H. Murthy regarding [redacted] (.8); draft objections to Valjakka's amended 30b6 notice (.6); revise [redacted] (1.2); review H. Murthy deposition transcript (1.6); Strategize with Perkins team regarding preparation for upcoming depositions (1.2); | 5.40 |
| 05/31/2023 | B. Kadjo | Strategize with Perkins team regarding preparation for upcoming depositions (1.9); revise Valjakka deposition outline (1.0); | 2.90 |
| 05/31/2023 | M. Takagi | [redacted] | 1.70 |
| 05/31/2023 | E. Edlin | Conference with J. Hewitt regarding deposition preparation and prosecution attorney subpoenas (0.5); strategize with Perkins team regarding preparation for upcoming depositions (1.9); conference with J. Hewitt regarding deposition preparation and client deposition goals document (0.2); correspondence regarding documents and source code (0.8); revise Valjakka deposition outline (8.1); | 11.50 |
| 05/31/2023 | J. Hewitt | Conference with E. Edlin regarding deposition preparation and prosecution attorney subpoenas (0.5); conference with E. Edlin regarding deposition preparation and client deposition goals document (0.2); strategize with Perkins team regarding preparation for upcoming depositions (1.9); | 2.60 |
| 05/31/2023 | J. Hewitt | Draft deposition goals outline (1.7); draft deposition outline (5.8); correspondence with Perkins team regarding deposition preparation, document production, document translations, and damages strategy (2.2); | 9.70 |
| 05/31/2023 | J. Ta | Strategize with Perkins team regarding preparation for upcoming depositions (1.9); | 1.90 |
| 05/31/2023 | J. Ta | Prepare response to Valjakka regarding discovery deficiencies from CDN Licensing and O. Hietalahti (.4); | 0.40 |
| **Subtotal:** [redacted] | | | **436.80** |

**TR240 - Production Clearance**

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 05/12/2023 | J. Hernandez | Prepare computers for source code review; | 0.80 |
| 05/15/2023 | J. Hernandez | Assist team with production and supervision of source code review; | 6.80 |
| **Subtotal:** [redacted] | | | **7.60** |
| **Total** | | | **444.40** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

Services
[redacted]

## Summary of Services through 05/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 118.90 | [redacted] | [redacted] |
| J. Ta | Partner | 9.20 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 17.50 | [redacted] | [redacted] |
| B. Kadjo | Associate | 79.20 | [redacted] | [redacted] |
| J. Moore | Associate | 86.10 | [redacted] | [redacted] |
| J. Hewitt | Associate | 73.70 | [redacted] | [redacted] |
| M. Takagi | Associate | 8.20 | [redacted] | [redacted] |
| J. Hernandez | Paralegal | 7.60 | [redacted] | [redacted] |
| K. Smith | Paralegal | 44.00 | [redacted] | [redacted] |
| **Total Services** | | **444.40** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 436.80 | [redacted] |
| [redacted] | [redacted] | 7.60 | 3,648.00 |
| **Total Services** | | **444.40** | [redacted] |

## Disbursements and Other Detailed Services through 05/31/2023

| Description | Amount |
|---|---|
| First Legal Network LLC (ACH) - Service of subpoena fees - ROBERT E. CANNUSCIO | 155.88 |
| First Legal Network LLC (ACH) - Service of subpoena fees - MICHAEL L. BERMAN, ML BERMAN & ASSO | 295.75 |
| First Legal Network LLC (ACH) - Service of subpoena fees - MICHAEL KEITH MUTTER | 295.75 |
| First Legal Network LLC (ACH) - Service of subpoena fees - GREGORY J. LAVORGNA | 155.88 |
| First Legal Network LLC (ACH) - Service of subpoena fees - Michael Keith Mutter | 238.50 |
| First Legal Network LLC (ACH) - Service of subpoena fees - Michael L. Berman, ML Berman & Assoc. | 347.75 |
| First Legal Network LLC (ACH) - Service of subpoena fees - Michael Keith Mutter | 163.87 |
| First Legal Network LLC (ACH) - Service of subpoena fees - Michael Keith Mutter | 303.75 |
| First Legal Network LLC (ACH) - Service of subpoena fees - ROBERT E. CANNUSCIO | 339.75 |
| First Legal Network LLC (ACH) - Service of subpoena fees - Michael L. Berman, ML Berman & Assoc. | 163.88 |
| First Legal Network LLC (ACH) - Service of subpoena fees - GREGORY J. LAVORGNA | 339.75 |
| First Legal Network LLC (ACH) - Service of subpoena fees - Michael Keith Mutter | 171.25 |
| Transperfect Translations International Inc (WIRE) - Translation Services | 6,259.04 |
| Transperfect Translations International Inc (WIRE) - Translation Services | 4,337.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Description | Amount |
|---|---|
| Transperfect Translations International Inc (WIRE) - Translation Services | 1,993.75 |
| Intensity LLC (ACH) - Professional Services - May 2023 | 2,280.00 |
| Transperfect Translations International Inc (WIRE) - Professional Services | 275.00 |
| **Total** | **$18,117.05** |

**Total Disbursements and Other Services**
$18,117.05

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
SUBMIT THROUGH SERENGETI
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | July 26, 2023 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through June 30, 2023

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $55,561.57 |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 06/30/2023

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 06/01/2023 | S. Piepmeier | Attend portions of L. Valjakka deposition, including breakout meetings to provide guidance to E. Edlin (1.4); Conference with A. Wynn-Grant and Perkins team regarding deposition of L. Valjakka (0.7); evaluate strategy for second day of deposition including review of hot docs (.6); | 2.70 |
| 06/01/2023 | K. Smith | Prepare documents for deposition; revise outline; tag documents for production; draft first amended answer to the complaint; draft motion for protective order; | 7.50 |
| 06/01/2023 | J. Moore | [redacted] (.8); attend deposition preparation for I. Shastri (7.7); | 8.50 |
| 06/01/2023 | B. Kadjo | Respond to third partys regarding subpoenas (.3); internal correspondence regarding technology (.2); review Murthy transcript (1.0); prepare supplemented discovery responses (1.3); | 2.80 |
| 06/01/2023 | E. Edlin | Deposition of L. Valjakka by Perkins team (6.7); conference with A. Wynn-Grant and Perkins team regarding deposition of L. Valjakka (0.7); revise outline and prepare for day two of L. Valjakka deposition (1.3); attention to discover (.9); | 9.60 |
| 06/01/2023 | J. Hewitt | Deposition of L. Valjakka by Perkins team (6.7); conference with A. Wynn-Grant and Perkins team regarding deposition of L. Valjakka (0.7); revising deposition outline of L. Valjakka (2.2); | 9.60 |
| 06/01/2023 | J. Ta | Attention to issues related to Valjakka's request to have O. Hietalahti attend deposition of I. Karesniemi (.5); prepare for and attend deposition preparations for I. Shastri (8.2); review and finalize Netflix's objections and responses to Valjakka's amended 30(b)(6) deposition topics for service (.5); | 9.20 |
| 06/02/2023 | S. Piepmeier | Review draft letter brief (.2); comment on responsive strategy (.3); email communications with A. Wynn-Grant and team regarding inequitable conduct (.4); revise deposition summary of L. Valjakka (.2); | 1.10 |
| 06/02/2023 | K. Smith | Prepare documents for production; | 3.70 |
| 06/02/2023 | J. Moore | Prepare for I. Shastri deposition (.8); Defend I. Shastri deposition (8.3); | 9.10 |
| 06/02/2023 | B. Kadjo | Research facts related to discovery disputes; | 1.10 |
| 06/02/2023 | E. Edlin | Deposition of L. Valjakka by Perkins team (7.2); conference with J. Hewitt regarding deposition debrief, deposition outlines, supplemental damages contentions, upcoming productions, and financial deposition (1.2); attention to discovery (1.5); prepare for I. Karesniemi deposition (1.2) | 11.10 |
| 06/02/2023 | J. Hewitt | Deposition of L. Valjakka by Perkins team (7.2); conference with E. Edlin regarding deposition debrief, deposition outlines, supplemental damages contentions, upcoming productions, and financial deposition (1.2); draft team summary of deposition (.3); correspondence with library team regarding Finnish litigation research (0.2); revise deposition outline (1.5); | 10.40 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 06/02/2023 | J. Ta | Attend deposition of Ishaan Shastri (7.0); telephone conference with A. Wynn-Grant regarding equitable defenses (.3); prepare email regarding potential custodians relevant to equitable defenses (.3); review summary of I. Shastri deposition (.1); | 7.70 |
| 06/03/2023 | S. Piepmeier | Analysis regarding inequitable conduct argument strength; | 1.40 |
| 06/03/2023 | K. Smith | Send emails to deponents regarding upcoming depositions; | 0.30 |
| 06/03/2023 | E. Edlin | Review outline and prepare for depositions (1.1); correspondence with deponents regarding deposition logistics (.3); correspondence with Perkins team regarding fees letter, supplemental interrogatory responses, subpoenas, and supplemental damages contentions (.9); | 2.30 |
| 06/03/2023 | J. Hewitt | Draft third-party deposition outline (3.2); correspondence with [redacted] (0.3); | 3.50 |
| 06/04/2023 | S. Piepmeier | Review relevant materials to prepare for upcoming Helsinki depositions (2.2); evaluate strategy for response to requests for additional 102 materials (.8); analysis regarding motion for protective order (.4); attention to [redacted] (.5); | 3.90 |
| 06/04/2023 | E. Edlin | Review case materials and [redacted] (4.1); case analysis and strategy (0.6); | 4.70 |
| 06/04/2023 | J. Hewitt | Draft third-party deposition outline; | 3.90 |
| 06/05/2023 | S. Piepmeier | [redacted] (.4); attention to source code collection (.3); prepare for I. Karesniemi deposition (1.9); | 2.60 |
| 06/05/2023 | K. Smith | Send production to team (.2); review docket for original close of discovery deadline (.2); message B. Kadjo regarding same (.1); emails regarding depositions (.2); review rules for deadline to object to depositions (.2); | 0.90 |
| 06/05/2023 | J. Moore | Review facts regarding inventorship and inequitable conduct issues (.6); review opposing counsel emails to gather evidence of misconduct for sanctions letter (4.4); | 5.00 |
| 06/05/2023 | B. Kadjo | Research facts related to discovery disputes (3.0); correspond with opposing counsel regarding depositions (.4); draft letter regarding discovery disputes (4.1); correspond with A. Wynn and C. Bowers regarding discovery requests (.2); telephone conference with counsel for prosecuting attorney (.2); | 7.90 |
| 06/05/2023 | E. Edlin | Attention to discovery tasks (1.6); correspondence with Perkins team regarding motions to compel and protective order (0.6); review letter from W. Ramey and correspondence regarding same (0.5); review outline for I. Karesniemi deposition (2.2); | 4.90 |
| 06/06/2023 | S. Piepmeier | Prepare for deposition of I. Karesniemi (2.2); revise letter brief to court (.6); | 2.80 |
| 06/06/2023 | K. Smith | Prepare documents for deposition (7); send email to Mr. Mutter's counsel | 7.10 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | attaching file history (.1); | |
| 06/06/2023 | J. Moore | Draft timeline of source code review (.8); review protective order for information on sanctions (.2); revise email to Ramey regarding confidentiality of I. Karesniemi deposition and productions (.3); revise letter brief (.8); research caselaw on sanctions (.9); | 3.00 |
| 06/06/2023 | B. Kadjo | Revise discovery letter brief to include specific facts (2.8); follow up for Mutter subpoena (1.0); | 3.80 |
| 06/06/2023 | E. Edlin | Review outline and documents in preparation for deposition of I. Karesniemi (3.5); draft and serve notices of subpoenas and correspondence regarding same (1.1); review outline of motion to amend answer and correspondence regarding same (.6); correspondence with I. Karesniemi regarding deposition logistics (.2); organize documents for production and correspondence regarding same (.8); correspondence regarding J. Ojannen deposition outline (.4); correspondence regarding deposition strategy for prosecuting attorneys (.5); correspondence with opposing counsel regarding confidentiality of documents and deposition testimony (.4); correspondence with opposing counsel regarding discovery letter and review same (.5); correspondence with opposing counsel regarding source code review (.2); | 8.20 |
| 06/06/2023 | J. Hewitt | Edit third-party deposition outline (4); correspondence with E. Edlin, C. Bowers, and K. Rose (2.5); | 6.50 |
| 06/07/2023 | S. Piepmeier | Prepare for deposition of I. Karesniemi (.8); Participate in deposition of I. Karesniemi (5.0); revise discovery letter and summary of I. Karesniemi deposition (.3); email communications with client re J. Ojanen deposition (.2); | 6.30 |
| 06/07/2023 | K. Smith | Prepare documents for production (.6); review and tag documents for production (.1); | 0.70 |
| 06/07/2023 | J. Moore | Research caselaw on sanctions motion (2.3); draft sanctions letter (1.8); revise discovery letter brief (.8); video conference with A. Wynn-Grant, N. Abbo, and B. Kadjo regarding [redacted] (.7); | 5.60 |
| 06/07/2023 | B. Kadjo | Video conference with A. Wynn-Grant, N. Abbo, and J. Moore regarding [redacted] (.7); revise discovery letter brief (3.0); collect email exhibits for letter brief (.5); search for transcript support for letter brief (.5); revise discovery responses (1.3); research subpoena rules (.3); | 6.30 |
| 06/07/2023 | E. Edlin | Attend deposition of I. Karesniemi (5.0); prepare for I. Karesniemi deposition (1.5); review discovery letter draft (1.4); attend meet and confer with B. Ramey regarding discovery (0.4); correspondence with A. Wynn-Grant regarding deposition update (0.4); | 8.70 |
| 06/07/2023 | J. Hewitt | Provide document support for deposition of I. Karesniemi (1); correspondence with K. Rose and E. Edlin (0.2); | 1.20 |
| 06/07/2023 | J. Ta | Correspond with Perkins team regarding [redacted] (.2); attention to strategy for responding to Valjakka's Cross Notice of Deposition of Jukka Ojanen (.2); telephone conference with B. | 0.70 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | Kadjo regarding Valjakka's Cross Notice of Deposition of Jukka Ojanen (.2); review correspondence related to deposition of I. Karesniemi (.1); | |
| 06/08/2023 | S. Piepmeier | Revise discovery letter; | 0.70 |
| 06/08/2023 | K. Smith | Update client files with transcripts (.1); finalize and serve initial disclosures (1.2); print I. Karesniemi and J. Ojanen emails to PDF (.1); review documents in database and tag for production (3.0); | 4.40 |
| 06/08/2023 | J. Moore | Revise discovery letter brief (.3); draft sanctions letter (1.9); research caselaw regarding [redacted] (2.8); review 167 assignment agreements and Valjakka production regarding Finland lawsuits (1.2); | 6.20 |
| 06/08/2023 | B. Kadjo | Draft supplemental interrogatory responses to include additional defenses (1.9); strategize with [redacted] regarding motion to amend (.5); revise discovery letter brief (4.0); correspond with opposing counsel regarding discovery (.3); draft outline for Mutter deposition (1.5); | 8.20 |
| 06/08/2023 | E. Edlin | Correspondence with opposing counsel regarding depositions and source code (.6); correspondence with Perkins team regarding source code review (.3); revise discovery letter (.7); correspondence regarding documents for ownership timeline (.4); draft timeline image (.7); strategize regarding amended answer and correspondence regarding same (1.3); review additional docs for damages contentions and correspondence regarding same (.6); review original damages contentions and strategize updates (.7); correspondence regarding document translations and productions and strategize regarding same (.6); search for correspondence with I. Karesniemi for production and correspondence regarding same (.4); | 7.70 |
| 06/08/2023 | J. Hewitt | Quality check outgoing document productions (0.5); correspondence with E. Edlin, K. Rose, J. Moore, and B. Kadjo (2.5); draft supplemental damages contentions (1.5); collect document and transcript citations (2); | 6.50 |
| 06/08/2023 | J. Ta | Review sanctions letter (.1); | 0.10 |
| 06/09/2023 | S. Piepmeier | Attention to deposition preparation; | 2.40 |
| 06/09/2023 | K. Smith | Revise letter brief (.3); emails with B. Kadjo regarding exhibits (.2); revise exhibits (3.0); conference with Perkins team regarding document productions (.7); emails with UnitedLex regarding productions (.3); | 4.50 |
| 06/09/2023 | J. Moore | Revise discovery letter brief (1.1); revise sanctions letter (.6); | 1.70 |
| 06/09/2023 | B. Kadjo | Revise discovery letter per client's revisions; | 4.00 |
| 06/09/2023 | E. Edlin | Conference with Perkins team regarding document productions, supplemental damages contentions, and upcoming case tasks (1.4); finalize discovery letter and correspondence regarding same (1.5); review damages contentions (0.3); correspondence regarding source code (0.6); | 3.80 |
| 06/09/2023 | J. Hewitt | Revise supplemental damages contentions (5); correspondence with N. Mody, E. Edlin, and Perkins team (0.7); conference with Perkins team | 7.10 |

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | regarding document productions; supplemental damages contentions, and upcoming case tasks (1.4); | |
| 06/09/2023 | J. Ta | Revise email to B. Ramey regarding Valjakka's changes to proposed letter brief (.1) analyze agreements, exhibits, and timeline to prepare amended answer and counterclaims (2.1); begin draft of amended answer and counterclaims (1.5); | 3.70 |
| 06/10/2023 | S. Piepmeier | Review revised discovery letter from Valjakka (.4); review case law regarding inequitable conduct (.3); prepare [redacted] (.6); review draft supplemental damages contentions (.4); review task list (.4); | 2.10 |
| 06/10/2023 | E. Edlin | Attention to discovery (2.1); draft [redacted] (2.5); revise correspondence regarding discovery dispute (1.5); | 6.10 |
| 06/10/2023 | J. Hewitt | Revise supplemental damages contentions (1); correspondence with N. Mody, E. Edlin, and J. Ta (1.3); | 2.30 |
| 06/10/2023 | J. Ta | Attention to discovery dispute and parties' letter briefing (.3); research [redacted] for K. Casella deposition preparations (.4); correspond with Perkins team regarding [redacted] (.3); review amended damages contentions (.2); research cases where B. Ramey has been sanctioned to support sanctions letter (.9); draft amended answer and counterclaims (5.3); | 7.40 |
| 06/11/2023 | S. Piepmeier | Revise [redacted] (.6); revise discovery letter (.8); review deposition citations relied upon by Valjakka in discovery letter (.5); attention to strategy for K. Casella deposition (.6); legal research regarding sanctions (.2); | 2.70 |
| 06/11/2023 | J. Moore | Revise sanctions letter (1.8); review license agreements produced by Valjakka (.2); draft deposition preparation outline for K. Casella (1.1); | 3.10 |
| 06/11/2023 | B. Kadjo | Revise discovery letter; | 2.30 |
| 06/11/2023 | E. Edlin | Revise discovery letter (1.1); revise sanctions letter (0.8); prepare for K. Casella deposition preparation (1.6); correspondence with A. Wynn-Grant regarding discovery (0.4); correspondence with A. Wynn-Grant regarding deposition (0.6); | 4.50 |
| 06/11/2023 | J. Hewitt | Collect document and deposition transcript citations for letter brief (3.5); revise supplemental damages contentions (0.7); | 4.20 |
| 06/11/2023 | J. Ta | Draft and revise amended answer and counterclaims; | 7.30 |
| 06/12/2023 | S. Piepmeier | Review [redacted] (.6); review agenda for K. Casella preparation meeting (.2); participate in K. Casella preparation meeting (3.2); review meet and confer correspondence (.1); | 4.10 |
| 06/12/2023 | K. Smith | Revise citations in OneNote (.8); update client files (.1); produce documents (.2); review documents for production (2.5); update production log (.5); | 4.10 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 06/12/2023 | J. Moore | Draft [redacted] for K. Casella (1.7); [redacted] (1.4); attend deposition preparation for K. Casella (2.7); revise discovery letter brief (1.9); | 7.70 |
| 06/12/2023 | B. Kadjo | Draft supplemental interrogatory responses (1.5); revise discovery letter with additional facts (3.9); research facts regarding discovery (1.1); | 6.50 |
| 06/12/2023 | M. Takagi | Draft outline for [redacted] (1.1); analyze deposition transcripts and exhibits in preparation to draft [redacted] (.7); | 1.80 |
| 06/12/2023 | E. Edlin | Attend deposition preparation with K. Casella (5.5); revise discovery letter (0.4); revise sanctions letter (0.2); attention to discovery (2.5); revise motion for leave to amend answer (2.9); | 11.50 |
| 06/12/2023 | J. Hewitt | Correspondence with A. Wynn-Grant and Perkins team (2.9); revise supplemental damages contentions (4.5); organize deposition documents (1); | 8.40 |
| 06/12/2023 | J. Ta | Draft and revise amended answer and counterclaims (9.3); gather documents and exhibits for amended answer and counterclaims (.4); | 9.70 |
| 06/13/2023 | S. Piepmeier | Revise amended answer (.5); attention to strategy regarding best arguments for unclean hands (.6); review summary of Mutter deposition regarding prosecution (.2); analysis re potential stay (.4); | 1.70 |
| 06/13/2023 | K. Smith | Prepare exhibits for first amended answer (2.2); revise Motion to Amend Answer (2); | 4.20 |
| 06/13/2023 | J. Moore | Revise [redacted] (3.1); review IETF, Lee, and Yau prior art references (1.1); Conference with Perkins team regarding invalidity expert report, amended answer, motion for leave to amend, discovery dispute, close of fact discovery, and prosecuting attorney deposition (0.7); revise amended answer (1.3); | 6.20 |
| 06/13/2023 | B. Kadjo | Draft supplemental interrogatory responses (1.5); revise first amended answer (.3); depose third party witness (.5); revise motion for leave to amend answer (2.1) | 4.40 |
| 06/13/2023 | M. Takagi | Conference with Perkins team regarding invalidity expert report, amended answer, motion for leave to amend, discovery dispute, close of fact discovery, and prosecuting attorney deposition (.7); analyze deposition transcripts and exhibits in preparation to draft [redacted] (5.2); collect evidence for invalidity expert report based on analyzed materials (1.2); | 7.10 |
| 06/13/2023 | E. Edlin | Conference with Perkins team regarding invalidity expert report, amended answer, motion for leave to amend, discovery dispute, close of fact discovery, and prosecuting attorney deposition (0.7); review discovery letters (1.2); review amended answer and correspondence regarding same (1.8); review damages contentions and correspondence regarding same (1.6); develop discovery and case strategies, and correspondence regarding same (3.2); | 8.50 |

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 06/13/2023 | J. Hewitt | Conference with Perkins team regarding invalidity expert report, amended answer, motion for leave to amend, discovery dispute, close of fact discovery, and prosecuting attorney deposition (0.7); conference with J. Ta regarding amended answer (0.2); revise amended answer (1.8); correspondence with M. Takagi, E. Edlin, and J. Ta (1.3); revise supplemental damages contentions (1); revise supplemental interrogatories (0.5); revise motion for leave to amend answer and damages contentions (2.5); | 7.00 |
| 06/13/2023 | J. Ta | Conference with J. Hewitt regarding amended answer (.2); correspond with Perkins team regarding amended answer and elements for proving improper inventorship (1.2); revise amended answer and counterclaims (4.3); research inequitable conduct case law regarding infectious unenforceability (.4); | 6.10 |
| 06/14/2023 | S. Piepmeier | Review K. Casella rough draft (.3); revise meet and confer correspondence (.3); revise various final day of fact discovery responses (.5); revise motion for leave (.4); analysis regarding potential compromise on supplemental filings (.3); | 1.80 |
| 06/14/2023 | K. Smith | Draft sealing papers (1.2); cite-check motion for leave to amend (2.0); draft declaration in support of motion for leave to amend (1.0); prepare exhibits for filing (2.2); finalize and file same (3.9); | 10.30 |
| 06/14/2023 | J. Moore | Revise second supplemental responses to Valjakka's first set of interrogatories (3.6); revise motion to amend answer and damages contentions (3.2); revise [redacted] (.6); review I. Shastri deposition transcript (.2); | 7.60 |
| 06/14/2023 | B. Kadjo | Revise motion for leave to amend answer (5.2); revise discovery letter (1.0); revise interrogatory supplementation (.5); | 6.70 |
| 06/14/2023 | M. Takagi | Analyze deposition transcripts and exhibits in preparation to draft portion of [redacted] (6.2); collect evidence for invalidity expert report based on analyzed materials (1.1); | 7.30 |
| 06/14/2023 | E. Edlin | Prepare for and deposition of K. Casella (7.1); review discovery letters and motions for leave (3.6); review supplemental rog responses and correspondence regarding same (.7); develop strategy regarding discovery and amended answer (1.1); | 12.40 |
| 06/14/2023 | J. Hewitt | Revise amended answer (0.3); correspondence with Perkins team (0.9); revise supplemental damages contentions (0.2); revise supplemental interrogatory responses (0.7); revise motion for leave to amend answer and damages contentions (5.1); | 7.20 |
| 06/14/2023 | J. Ta | Revise motion for leave to amend answer (1.3); | 1.30 |
| 06/15/2023 | S. Piepmeier | Attend portion of video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding amended answer, expert reports, schedule extension, standing issues, and damages and infringement contentions (.5); strategize regarding proposed extension (.2); revise unopposed motion for leave to amend (.3); attention to win plan (.2); | 1.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 06/15/2023 | K. Smith | Fact-check Motion to Amend (1.5); pull documents and send to E. Edlin for deposition (1.0); calendar deposition (.1); revise documents to prepare for filing (1.9); draft motion to seal papers (1.0); | 5.50 |
| 06/15/2023 | J. Moore | Revise [redacted] (.9); attend deposition preparation for H. Ponce (2.6); [redacted] (.8); review damages contentions (.5); video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding amended answer, expert reports, schedule extension, standing issues, and damages and infringement contentions (.9); draft meeting minutes (.4); video conference with W. Ramey, S. Kalra, and E. Edlin regarding potential schedule extension and outstanding discovery issues (.3); review Valjakka's supplemental infringement contentions (1.5); | 7.90 |
| 06/15/2023 | B. Kadjo | Revise motion for leave to amend (2.1); research facts related to motion for leave to amend (1.0); draft unopposed motion to amend (.4); Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding amended answer, expert reports, schedule extension, standing issues, and damages and infringement contentions (.9); | 4.40 |
| 06/15/2023 | M. Takagi | Draft [redacted]; | 1.20 |
| 06/15/2023 | E. Edlin | Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding amended answer, expert reports, schedule extension, standing issues, and damages and infringement contentions (.9); video conference with W. Ramey, S. Kalra, and J. Moore regarding potential schedule extension and outstanding discovery issues (.3); prepare for and attend deposition prep session with H. Ponce (3.5); revise motion for leave to amend answer, answer, motion for leave to amend damages contentions, and correspondence regarding same (4.5); develop strategy regarding negotiations and correspondence regarding same (2.6); | 9.80 |
| 06/15/2023 | J. Hewitt | Draft [redacted] (1.5); | 1.50 |
| 06/15/2023 | J. Ta | Video conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding amended answer, expert reports, schedule extension, standing issues, and damages and infringement contentions (.9); | 0.90 |
| 06/16/2023 | S. Piepmeier | Review meet and confer correspondence (.3); attention to 102 patent dropping (.2); revise motions (.2); | 0.70 |
| 06/16/2023 | J. Moore | Prepare for H. Ponce deposition (.4); defend H. Ponce deposition (3.7); draft summary of H. Ponce deposition (.2); review Valjakka's motion for leave to amend infringement contentions (.1); revise [redacted] (2.4); | 6.80 |
| 06/16/2023 | B. Kadjo | Finalize motions for leave to amend the answer and damages contentions; | 2.30 |
| 06/16/2023 | M. Takagi | Collect evidence for invalidity expert report based on analyzed materials (3.9); draft [redacted] (4.2); | 8.10 |
| 06/16/2023 | E. Edlin | Finalize filing of motion for leave to amend answer, and correspondence regarding same (1.6); finalize filing of motion for leave to amend damages contentions and correspondence regarding same (1.6); correspondence with opposing counsel regarding discovery negotiations, and internal | 5.40 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | correspondence regarding same (2.2); | |
| 06/16/2023 | J. Hewitt | Draft unopposed motion to supplement responsive damages contentions (2); coordinate finalizing unopposed motion to supplement resonsive damages contentions with Perkins team (1.2); | 3.20 |
| 06/16/2023 | J. Ta | Finalize amended answer and counterclaims for filing; | 0.20 |
| 06/17/2023 | S. Piepmeier | Email communications with opposing counsel and clerk regarding filing; | 0.20 |
| 06/17/2023 | M. Takagi | Draft [redacted]; | 2.70 |
| 06/18/2023 | M. Takagi | Draft [redacted]; | 4.10 |
| 06/19/2023 | S. Piepmeier | Review updated Initial Disclosures; | 0.20 |
| 06/19/2023 | M. Takagi | Revise [redacted]; | 1.30 |
| 06/19/2023 | J. Ta | Correspond with Perkisn team regarding Valjakka's amended initial disclosures, request for additional depositions, and discovery disputes (.3); | 0.30 |
| 06/20/2023 | S. Piepmeier | Analysis regarding [redacted]; | 0.70 |
| 06/20/2023 | J. Moore | Review motion to seal, proposed order, damages contentions, and declaration supporting motion to seal (.9); revise sanctions letter to incorporate 102 patent dismissal (.5); revise declaration in support of motion for leave to amend answer (.3); | 1.70 |
| 06/20/2023 | B. Kadjo | Revise [redacted]; | 1.40 |
| 06/20/2023 | M. Takagi | Telephone call with B. Kadjo to discuss invalidity expert report (.2); revise [redacted] (6.5); | 6.70 |
| 06/20/2023 | E. Edlin | Conference with J. Hewitt regarding upcoming case tasks, rebuttal damages expert report, motion to dismiss for standing, and organization of case facts and documents (0.7); conference with J. Hewitt regarding motion to dismiss for standing (0.2); correspondence regarding case strategy (0.6); correspondence regarding standing motion (0.4); | 1.90 |
| 06/20/2023 | J. Hewitt | Conference with E. Edlin regarding upcoming case tasks, rebuttal damages expert report, motion to dismiss for standing, and organization of case facts and documents (0.7); conference with E. Edlin regarding motion to dismiss for standing (0.2); conference with B. Kadjo regarding motion to dismiss for standing (0.1); correspondence with E. Edlin, K. Rose, and M. Takagi (0.5); research [redacted] (3.5); collect precedent for [redacted] (2.5); | 7.50 |
| 06/21/2023 | S. Piepmeier | Analysis regarding [redacted] (.5); analysis regarding I. Karesiemi deposition transcript (.2); revise Section 285 letter (.2); | 0.90 |
| 06/21/2023 | K. Smith | Draft stipulation for extension of time; | 0.70 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 06/21/2023 | J. Moore | Revise sanctions letter to incorporate 102 patent dismissal (1.6); draft agenda for June 22 call (.4); revise [redacted] (2.7); review protective order to determine procedure for designation challenges (.7); | 5.40 |
| 06/21/2023 | B. Kadjo | Research motion to dismiss for lack of standing (.4); revise [redacted] (.4); research procedure for plaintiff's late amended disclosures (1.4); | 2.20 |
| 06/21/2023 | M. Takagi | Revise [redacted] | 1.10 |
| 06/21/2023 | E. Edlin | Correspondence with N. Mody regarding expert reports (0.2); correspondence with J. Hewitt regarding standing research (0.6); review sanctions letter (0.6); correspondence regarding deposition transcripts (0.4); correspondence regarding motion to dismiss research (0.6); | 2.40 |
| 06/21/2023 | J. Hewitt | Research potential avenues and legal issues related to standing motion (5.6); draft [redacted] (2.5); research [redacted] (1); conference with I. Karesniemi (0.1); correspondence with team regarding conference with I. Karesniemi (0.2); draft correspondence with opposing counsel regarding conference with I. Karesniemi (0.1); | 9.50 |
| 06/22/2023 | S. Piepmeier | Analysis regarding standing motion (.3); Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding ’102 patent dismissal, I. Karesniemi transcript designation, standing motion, motions for summary judgment, sanctions letter, motion to stay, and supplemental initial disclosures (1); | 1.30 |
| 06/22/2023 | K. Smith | Download production; | 0.50 |
| 06/22/2023 | K. Smith | Revise stipulation extending deadlines; | 1.00 |
| 06/22/2023 | J. Moore | Revise [redacted] (1.9); review Cisco CDN references (3.8); draft correspondence to opposing counsel regarding confidentiality designation of I. Karesniemi transcript (.8); Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding ’102 patent dismissal, I. Karesniemi transcript designation, standing motion, motions for summary judgment, sanctions letter, motion to stay, and supplemental initial disclosures (1.0); | 7.50 |
| 06/22/2023 | B. Kadjo | Revise emails to opposing counsel (.3); research moiton to dismiss (1.2); | 1.50 |
| 06/22/2023 | M. Takagi | Review correspondence regarding invalidity expert report received from J. Moore and X. Shi; | 0.10 |
| 06/22/2023 | E. Edlin | Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding ’102 patent dismissal, I. Karesniemi transcript designation, standing motion, motions for summary judgment, sanctions letter, motion to stay, and supplemental initial disclosures (1.0); correspondence with opposing counsel regarding designation of I. Karesniemi deposition (0.3); correspondence regarding standing motion strategy (1.1); | 2.40 |
| 06/22/2023 | J. Hewitt | Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding ’102 patent dismissal, I. Karesniemi transcript designation, standing | 1.00 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | motion, motions for summary judgment, sanctions letter, motion to stay, and supplemental initial disclosures (1); | |
| 06/23/2023 | S. Piepmeier | Review team call minutes; | 0.20 |
| 06/23/2023 | J. Moore | Revise [redacted] (1.6); review Cisco CDN references (2.8); draft email to opposing counsel regarding objection to amended initial disclosures (.1); review protective order regarding de-designations of confidentiality (.5); research caselaw [redacted] (.8); revise sanctions letter to include discussion of 101 motion (.2); | 6.00 |
| 06/23/2023 | E. Edlin | Strategize regarding deposition designations (0.7); correspondence regarding sanctions letter (0.6); | 1.30 |
| 06/25/2023 | B. Kadjo | Revised [redacted]; | 0.90 |
| 06/26/2023 | S. Piepmeier | Review summary of Valjakka new production (.1); follow up with team regarding strategy for standing motion (.1); | 0.20 |
| 06/26/2023 | K. Smith | Revise and distribute stipulation regarding extension of time (.5); download and distribute documents produced (.2); | 0.70 |
| 06/26/2023 | J. Moore | Revise [redacted] (4.9); review proposed redactions for I. Karesniemi transcript (.8); draft declaration to support extension of time (.6); revise stipulation for extension of time for expert reports (.3); review correspondence with opposing counsel to prepare for meet and confer (.4); meet and confer between Perkins team and S. Kalra (0.2); revise minutes for meet and confer with opposing counsel (.3); research [redacted] (.4); | 7.90 |
| 06/26/2023 | B. Kadjo | Revised [redacted]; | 0.30 |
| 06/26/2023 | M. Takagi | Review [redacted] (.6); revise [redacted] (.8); | 1.40 |
| 06/26/2023 | E. Edlin | Conference with J. Hewitt regarding case tasks, meet and confer, standing motion, and motion for fees research (0.5); | 0.50 |
| 06/26/2023 | J. Hewitt | Conference with E. Edlin regarding case tasks, meet and confer, standing motion, and motion for fees research (0.5); meet and confer between Perkins team and S. Kalra (0.2); conference with I. Karesniemi (0.1); draft proposed I. Karesniemi deposition redactions (1); corespondence with J. Moore regarding potential objections for meet and confer (0.4); draft [redacted] (1.5); review document production (2.5); | 6.20 |
| 06/27/2023 | J. Moore | Revise [redacted] (1.5); review Valjakka production from June 22 and June 26 (.2); research caselaw [redacted] (.6); | 2.30 |
| 06/27/2023 | J. Hewitt | Research standing motion (2); research motion for fees (2.8); | 4.80 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 06/28/2023 | S. Piepmeier | Revise agenda for team call (.1); review requests for updated financial information (.1); attention to standing motion strategy (.2); | 0.40 |
| 06/28/2023 | K. Smith | Update client files (.2); finalize and file stipulation for extension of time (1.5); | 1.70 |
| 06/28/2023 | J. Moore | Revise June 28 status update (.4); revise stipulation to extend time for expert reports (.3); review local rules regarding time extension (.1); draft correspondence regarding production of updated financial figures (.3); | 1.10 |
| 06/28/2023 | J. Hewitt | Draft status update (2.1); research standing motion (2.4); | 4.50 |
| 06/29/2023 | S. Piepmeier | Review client emails regarding win plan (.1); attention to financial document collection (.1); | 0.20 |
| 06/29/2023 | K. Smith | Draft and send errata letter (.3); update client files (.2); calendar deadlines (.6); | 1.10 |
| 06/29/2023 | J. Moore | Draft correspondence regarding production of updated financial figures (.1); revise [redacted] (2.2); | 2.30 |
| 06/29/2023 | J. Hewitt | Draft standing motion outline (2.4); research motion for fees (1.6); | 4.00 |
| 06/30/2023 | S. Piepmeier | Attention to supplementing financial production; | 0.20 |
| 06/30/2023 | K. Smith | Update and distribute case calendar; | 1.10 |
| 06/30/2023 | J. Moore | Revise invalidity report sections regarding technical background and 102 patent; | 1.70 |
| 06/30/2023 | J. Hewitt | Draft standing motion outline (3.4); research motion for fees (1.7); | 5.10 |
| **Subtotal:** [redacted] | | | **634.30** |
| **Total** | | | **634.30** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

Services
[redacted]

## Summary of Services through 06/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 127.70 | [redacted] | [redacted] |
| J. Ta | Partner | 54.60 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 42.70 | [redacted] | [redacted] |
| B. Kadjo | Associate | 67.00 | [redacted] | [redacted] |
| J. Moore | Associate | 114.30 | [redacted] | [redacted] |
| J. Hewitt | Associate | 125.10 | [redacted] | [redacted] |
| M. Takagi | Associate | 42.90 | [redacted] | [redacted] |
| K. Smith | Paralegal | 60.00 | [redacted] | [redacted] |
| **Total Services** | | **634.30** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 634.30 | [redacted] |
| **Total Services** | | **634.30** | [redacted] |

## Disbursements and Other Detailed Services through 06/30/2023

| Description | Amount |
|---|---|
| FedEx - Air express charge - exhibits shipped to Hotel St George | 335.45 |
| FedEx - Air express charge - exhibits shipped to Hotel St George | 306.84 |
| Focus Litigation Solutions - Deposition expense - Lauri Valjakka, Voluime 2 | 7,738.00 |
| Focus Litigation Solutions - Deposition expense - Iiro Karesniemi (court reporter, tech, conference room) | 9,015.00 |
| Focus Litigation Solutions - Court reporter/transcript fee - Lauri Valjakka, Volume 1 | 6,787.50 |
| U.S. Legal Support - Court reporter/transcript fee - Ishaan Shastri | 2,817.30 |
| U.S. Legal Support - Court reporter/transcript fee - 1 CERTIFIED COPY OF TRANSCRIPT OF: Karen Casella | 2,056.10 |
| U.S. Legal Support - Professional Services | 1,277.70 |
| Harbor Experts LLC (ACH) - Professional Services - May 2023 | 10,912.49 |
| Piepmeier, Sarah E. - Inflight WiFi - S. Piepmeier, In-flight WiFi - Helsinki, Finland for deposition of I. Karesniemi, 06/10/2023 | 21.99 |
| Piepmeier, Sarah E. - Inflight WiFi - S. Piepmeier, In-flight WiFi - Helsinki, Finland for deposition of I. Karesniemi, 06/04/2023 | 29.99 |
| Piepmeier, Sarah E. - Parking - S. Piepmeier, Parking at SFO - Helsinki, Finland for deposition of I. Karesniemi, 06/04/2023 - 06/10/2023 | 242.00 |
| Piepmeier, Sarah E. - Taxi/Car Service - S. Piepmeier, Taxi in Helsinki, Finland for deposition of I. Karesniemi, 06/04/2023 - 06/10/2023 | 72.56 |
| Piepmeier, Sarah E. - Tips - S. Piepmeier, Housekeeping Tip - Helsinki, Finland for deposition of I. Karesniemi, | 10.78 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Description | Amount |
|---|---|
| 06/10/2023 | |
| Edlin, Elise - Taxi/Car Service - E. Edlin, Travel home from airport, 06/10/2023 | 65.94 |
| Edlin, Elise - Taxi/Car Service - E. Edlin, Travel from home to airport, 06/04/2023 - 06/10/2023 | 49.83 |
| Edlin, Elise - Taxi/Car Service - E. Edlin, Travel from hotel to airport, 06/10/2023 | 35.14 |
| Edlin, Elise - Taxi/Car Service - E. Edlin, Travel from airport to hotel, 06/04/2023 - 06/10/2023 | 60.13 |
| Piepmeier, Sarah E. - Mileage - S. Piepmeier, Transport home to SFO - Helsinki, Finland for deposition of I. Karesniemi, 06/04/2023 - 06/10/2023 | 8.32 |
| Piepmeier, Sarah E. - Airfare - S. Piepmeier, Flights to/from Helsinki for depositions (booked business class but written down to Economy) | 4,500.00 |
| Edlin, Elise - Airfare - E. Edlin, Flights to/from Helsinki for depositions (booked business class but written down to Economy) | 4,500.00 |
| Piepmeier, Sarah E. - Hotel - Lunch - S. Piepmeier, S. Piepmeier, Meal in Helsinki, Finland for deposition of I. Karesniemi, 06/04/2023 - 06/10/2023 | 31.16 |
| Piepmeier, Sarah E. - Hotel - Dinner - S. Piepmeier, S. Piepmeier, Meal in Helsinki, Finland for deposition of I. Karesniemi, 06/04/2023 - 06/10/2023 | 31.16 |
| Piepmeier, Sarah E. - Hotel - Lunch - S. Piepmeier, S. Piepmeier, Meal in Helsinki, Finland for deposition of I. Karesniemi, 06/04/2023 - 06/10/2023 | 9.92 |
| Piepmeier, Sarah E. - Hotel - Dinner - S. Piepmeier, S. Piepmeier, Meal in Helsinki, Finland for deposition of I. Karesniemi, 06/04/2023 - 06/10/2023 | 31.16 |
| Piepmeier, Sarah E. - Lunch - S. Piepmeier, S. Piepmeier, Travel meal - Helsinki, Finland for deposition of I. Karesniemi, 06/04/2023 - 06/10/2023 | 7.28 |
| Piepmeier, Sarah E. - Hotel - Dinner - S. Piepmeier, S. Piepmeier, Meal in Helsinki, Finland for deposition of I. Karesniemi, 06/04/2023 - 06/10/2023 | 40.43 |
| Piepmeier, Sarah E. - Lodging - S. Piepmeier, Hotel in Helsinki, Finland for deposition of I. Karesniemi, 06/04/2023 - 06/10/2023 | 2,210.34 |
| Edlin, Elise - Lodging - E. Edlin, Helsinki Hotel, 05/22/2023 - 06/10/2023 | 2,325.79 |
| Edlin, Elise - Other - E. Edlin, in-flight WiFi for travel to Helsinki Finland for depositions, 06/10/2023 | 31.27 |
| **Total** | **$55,561.57** |

**Total Disbursements and Other Services**
$55,561.57

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | August 29, 2023 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through July 31, 2023

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $81,940.21 |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 07/31/2023

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 07/03/2023 | J. Hewitt | Draft standing motion outline; | 2.90 |
| 07/05/2023 | S. Piepmeier | Prepare [redacted] | 0.30 |
| 07/05/2023 | J. Moore | [redacted] (1.4); conference with Perkins team regarding status of expert invalidity report, updated financial document, amended answer, 6/26 meet and confer, and motion for fees research (.4); research need to file amended answer after leave granted (.4); | 2.20 |
| 07/05/2023 | E. Edlin | Conference with J. Hewitt regarding motion for fees research, client call preparation, review of recent document production, and rebuttal expert damages report (0.6); correspondence regarding standing motion strategy (0.5); attention to case management (0.6); Conference with Perkins team regarding status of expert invalidity report, updated financial document, amended answer, 6/26 meet and confer, and motion for fees research (0.4); | 2.10 |
| 07/05/2023 | J. Hewitt | Draft [redacted] (3.7); Conference with E. Edlin regarding motion for fees research, client call preparation, review of recent document production, and rebuttal expert damages report (0.6); conference with Perkins team regarding status of expert invalidity report, updated financial document, amended answer, 6/26 meet and confer, and motion for fees research (0.4); draft meeting agenda (0.5); correspondence with Perkins team (1.6); | 6.80 |
| 07/06/2023 | S. Piepmeier | Conference with A. Wynn-Grant and Perkins team regarding expert invalidity report, motion for fees research, motion to dismiss for lack of standing, motions for summary judgment, Daubert motions, mediation briefing, financial spreadsheet update, proposed agreements with opposing counsel, mock hearings, and the amended answer (.9); review schedule to stage potential motions (.2); | 1.10 |
| 07/06/2023 | J. Moore | Review amended answer and cited exhibits (1.0); revise [redacted] (2.5); Conference with A. Wynn-Grant and Perkins team regarding expert invalidity report, motion for fees research, motion to dismiss for lack of standing, motions for summary judgment, Daubert motions, mediation briefing, financial spreadsheet update, proposed agreements with opposing counsel, mock hearings, and the amended answer (.9); | 4.40 |
| 07/06/2023 | B. Kadjo | Conference with A. Wynn-Grant and Perkins team regarding expert invalidity report, motion for fees research, motion to dismiss for lack of standing, motions for summary judgment, Daubert motions, mediation briefing, financial spreadsheet update, proposed agreements with opposing counsel, mock hearings, and the amended answer (.9); review Judge Tigar motions for summary judgment (.1); | 1.00 |
| 07/06/2023 | E. Edlin | Conference with Perkins team regarding motion to dismiss for lack of standing and motion for fees research (.5); conference with A. Wynn-Grant and Perkins team regarding expert invalidity report, motion for fees research, motion to dismiss for lack of standing, motions for summary | 2.00 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | judgment, Daubert motions, mediation briefing, financial spreadsheet update, proposed agreements with opposing counsel, mock hearings, and the amended answer (.9); review research regarding fees motion (.6); | |
| 07/06/2023 | J. Hewitt | Draft outline for motion to dismiss for lack of standing (3.5); conference with Perkins team regarding motion to dismiss for lack of standing and motion for fees research (0.5); conference with A. Wynn-Grant and Perkins team regarding expert invalidity report, motion for fees research, motion to dismiss for lack of standing, motions for summary judgment, Daubert motions, mediation briefing, financial spreadsheet update, proposed agreements with opposing counsel, mock hearings, and the amended answer (0.9); | 4.90 |
| 07/07/2023 | S. Piepmeier | Expert report finalization; analysis regarding ownership "report"; | 1.20 |
| 07/07/2023 | J. Moore | Analysis regarding estoppel (.2); draft amended expert disclosure (.3); revise [redacted] (2.3); review Valjakka damages expert report (.6); | 3.40 |
| 07/07/2023 | E. Edlin | Review Valjakka supplemental infringement contentions and correspondence regarding same (.6); correspondence regarding mediation statement (.2); review opening report (1.1); correspondence regarding expert disclosure (.8); finalize [redacted] and correspondence regarding same (1.6); review Valjakka's expert reports and correspondence regarding same (.8); | 5.10 |
| 07/07/2023 | J. Hewitt | Review expert reports (2.5); correspondence with Perkins team (0.7); draft motion to dismiss for lack of standing (4.5); draft meeting minutes (0.5); | 8.20 |
| 07/08/2023 | S. Piepmeier | Analysis regarding [redacted]; | 0.40 |
| 07/08/2023 | J. Hewitt | Review expert reports (1.5); correspondence with Perkins team (1.0); | 2.50 |
| 07/09/2023 | S. Piepmeier | Analysis regarding best strategy for ownership challenge; | 0.40 |
| 07/10/2023 | S. Piepmeier | Analysis regarding experts (.4); conference with Perkins team regarding expert reports, motion to dismiss for lack of standing, motion to strike, and communications with opposing counsel (.6); revise meet and confer email and communications to client (.3); revise meet and confer correspondence and update to client (.2); analysis regarding non-infringement MSJ (.1); | 1.60 |
| 07/10/2023 | K. Smith | Download infringement report and save to files (.1); draft mediation statement (1.0); pull documents cited in Kozek report (1.0); | 2.40 |
| 07/10/2023 | J. Moore | Draft correspondence to A. Rubin and Harbor Labs regarding Valjakka opening infringement report (.3); research FRCP 41 procedure (.4); review Valjakka opening infringement report (.5); revise email to Valjakka regarding discovery issues (.2); Conference with Perkins team regarding expert reports, motion to dismiss for lack of standing, motion to strike, and communications with opposing counsel (.6); | 2.00 |
| 07/10/2023 | B. Kadjo | Draft mediation statement; | 1.00 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 07/10/2023 | E. Edlin | Conference with J. Hewitt regarding case status and motion to dismiss for lack of standing (.4); Conference with Perkins team regarding ownership of the '167 patent (.8); Conference with Perkins team regarding expert reports, motion to dismiss for lack of standing, motion to strike, and communications with opposing counsel (.6); review Tepora statement and correspondence with opposing counsel regarding same (.9); correspondence with opposing counsel regarding late produced documents and witnesses (.7); correspondence regarding legal research on expert discovery (.6); strategize regarding motion to strike (1.2); strategize regarding ownership issues and correspondence regarding same (1.1); | 6.30 |
| 07/10/2023 | J. Hewitt | Conference with E. Edlin regarding case status and motion to dismiss for lack of standing (.4); conference with Perkins team regarding ownership of the '167 patent (.8); conference with Perkins team regarding expert reports, motion to dismiss for lack of standing, motion to strike, and communications with opposing counsel (.6); review expert reports (2.0); draft motion to dismiss for lack of standing (3.4); | 6.20 |
| 07/10/2023 | L. Gordon | Conference with Perkins team regarding ownership of the '167 patent; | 0.80 |
| 07/11/2023 | S. Piepmeier | Revise meet and confer correspondence; | 0.10 |
| 07/11/2023 | K. Smith | Update and distribute case calendar (.1); update client files (.2); | 1.50 |
| 07/11/2023 | J. Moore | Draft correspondence to Unitedlex regarding production of updated financial spreadsheet (.2); review Valjakka infringement report (.4); draft outline for [redacted] (.6); | 1.20 |
| 07/11/2023 | B. Kadjo | Draft mediation statement for 167 patent (1.5); research necessary facts and analysis related to mediation statement (3.9); | 5.40 |
| 07/11/2023 | E. Edlin | Correspondence regarding ownership issues (1.1); review Valjakka expert designations and statement (1.5); correspondence regarding strategy for expert disclosures (.5); review amended answer (.5); correspondence regarding Netflix discovery requests (.4); review legal research regarding expert disclosures (.6); review meeting minutes (.2); correspondence regarding financial productions (.3); correspondence regarding infringement report (.4); correspondence regarding mediation brief (.4); | 5.40 |
| 07/11/2023 | J. Hewitt | Review precedential motions to dismiss for lack of standing (3.5); draft meeting minutes (.2); draft motion to dismiss for lack of standing (1.9); | 5.60 |
| 07/12/2023 | S. Piepmeier | Analysis regarding expert reports; | 0.60 |
| 07/12/2023 | K. Smith | Prepare production for service (.5); send transcript for review to M. Mutter (.2); | 0.70 |
| 07/12/2023 | J. Moore | Review Valjakka infringement report (.4); draft outline for [redacted] (.7); | 1.10 |
| 07/12/2023 | B. Kadjo | Analyze Valjakka expert reports and contentions regarding infringement to address in the mediation statement; | 3.80 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 07/12/2023 | E. Edlin | Develop strategy regarding Valjakka's late witness disclosures (.6); revise letter brief regarding witnesses (.7); correspondence with opposing counsel regarding discovery disputes (.6); review damages report (1.5); correspondence regarding document production (.2); correspondence regarding Finnish professors (.4); draft client call agenda and correspondence regarding same (.7); develop strategy regarding ownership (.7); correspondence regarding waiver of ownership arguments and review legal research regarding same (1.1); | 6.50 |
| 07/12/2023 | J. Hewitt | Draft motion to dismiss for lack of standing (4.3); correspondence [redacted] potential experts on Finnish law (.5); research potential experts on Finnish law (1.2); research newly disclosed expert (.3); research [redacted] (.3); | 6.60 |
| 07/13/2023 | S. Piepmeier | Conference with A. Wynn-Grant and Perkins team regarding patent ownership, plaintiff's late discovery issues, and expert reports; | 1.00 |
| 07/13/2023 | K. Smith | Pull documents cited in reports; locate and send list of documents to team; | 1.90 |
| 07/13/2023 | J. Moore | Review Valjakka infringement report (.6); Conference with A. Wynn-Grant and Perkins team regarding patent ownership, plaintiff's late discovery issues, and expert reports (1.0); | 1.60 |
| 07/13/2023 | B. Kadjo | Conference with A. Wynn-Grant and Perkins team regarding patent ownership, plaintiff's late discovery issues, and expert reports (1.0); revise mediation statement to address 102 patent (5.1); | 6.10 |
| 07/13/2023 | E. Edlin | Conference with A. Wynn-Grant and Perkins team regarding patent ownership, plaintiff's late discovery issues, and expert reports (1.0); review damages report (2.5); strategize regarding late discovery (.6); | 4.10 |
| 07/13/2023 | J. Hewitt | Meet and confer with E. Edlin and opposing counsel (.4); draft proposed stipulation amending protective order (1.6); conference with A. Wynn-Grant and Perkins team regarding patent ownership, plaintiff's late discovery issues, and expert reports (1.0); draft motion to dismiss for lack of standing (3.4); | 6.40 |
| 07/13/2023 | L. Gordon | Conference with A. Wynn-Grant and Perkins team regarding patent ownership, plaintiff's late discovery issues, and expert reports; | 1.00 |
| 07/14/2023 | S. Piepmeier | Analysis regarding Valjakka late-disclosed witness strategy, motion to strike, and mediation brief; | 0.40 |
| 07/14/2023 | K. Smith | Update and distribute case calendar; | 0.20 |
| 07/14/2023 | B. Kadjo | Strategize regarding excluding evidence that was produced late; | 0.10 |
| 07/14/2023 | E. Edlin | Strategize regarding additional fact witnesses and correspondence regarding same (.8); revise letter regarding late discovery and correspondence regarding same (1.1); | 1.90 |
| 07/14/2023 | J. Hewitt | Draft motion to dismiss for lack of standing (6.8); draft correspondence to opposing counsel regarding meet and confer (.5); review Perkins team | 7.60 |

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | correspondence (.3); | |
| 07/17/2023 | S. Piepmeier | Provide guidance to team regarding mediation brief; | 0.20 |
| 07/17/2023 | K. Smith | Pull and send documents to N. Mody (.6); calendar deadlines (.8); create expert log (4.4); | 5.80 |
| 07/17/2023 | J. Moore | Strategize with Perkins team regarding motion to dismiss for lack of standing, mediation statement, noninfringement expert report, answer, rebuttal damages expert report, license de-designation, issue of ownership, letter briefing, and amended disclosures; | 0.40 |
| 07/17/2023 | B. Kadjo | Strategize with Perkins team regarding motion to dismiss for lack of standing, mediation statement, noninfringement expert report, answer, rebuttal damages expert report, license de-designation, issue of ownership, letter briefing, and amended disclosures (.4); review letter to PTAB (.2); | 0.60 |
| 07/17/2023 | E. Edlin | Strategize with Perkins team regarding motion to dismiss for lack of standing, mediation statement, noninfringement expert report, answer, rebuttal damages expert report, license de-designation, issue of ownership, letter briefing, and amended disclosures (.4); correspondence regarding ownership and strategize procedure regarding same (1.9); correspondence regarding depositions (.2); strategize regarding answer to Valjakka's counterclaims (.5); review standing motion (2.7); review letter regarding discovery dispute (.9); correspondence regarding discovery letter (.2); | 6.80 |
| 07/17/2023 | J. Hewitt | Strategize with Perkins team regarding motion to dismiss for lack of standing, mediation statement, noninfringement expert report, answer, rebuttal damages expert report, license de-designation, issue of ownership, letter briefing, and amended disclosures (.4); edit motion to dismiss for lack of standing (3.4); correspondence with N. Mody (.2); correspondence with K. Rose (.1); draft answer (1.4); draft meeting minutes (.4); | 6.40 |
| 07/18/2023 | S. Piepmeier | Revise motion to strike Tepora expert statement; | 1.20 |
| 07/18/2023 | K. Smith | Prepare expert log; | 1.10 |
| 07/18/2023 | K. Smith | Pull and send document to L. Gordon for review; | 0.20 |
| 07/18/2023 | K. Smith | Pull and send documents to N. Mody (.5); calendar deadlines (.8); | 1.20 |
| 07/18/2023 | B. Kadjo | Revise discovery letter regarding late discovery (.4); revise mediation statement (.4); | 0.80 |
| 07/18/2023 | E. Edlin | Conference with J. Hewitt regarding motion to dismiss for lack of standing, letter brief regarding discovery issues, answer, communications with opposing counsel, and research regarding motion to strike (.6); correspondence regarding ownership issues (.9); revise joint letter regarding late discovery (1.7); revise standing motion (1.9); review damages report and correspondence with expert regarding same (1.5); | 6.60 |
| 07/18/2023 | J. Hewitt | Conference with E. Edlin regarding motion to dismiss for lack of standing, letter brief regarding discovery issues, answer, communications with | 4.80 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | opposing counsel, and research regarding motion to strike (.6); edit letter brief (.7); edit motion to dismiss for lack of standing (2.5); draft email to opposing counsel regarding stipulation to amend protective order (.5); review Perkins team correspondence (.5); | |
| 07/19/2023 | S. Piepmeier | Analysis regarding standing motion (.2); review client correspondence regarding timing of letter brief (.1); | 0.30 |
| 07/19/2023 | K. Smith | Pull documents cited in R. Held report; | 1.40 |
| 07/19/2023 | J. Moore | Draft [redacted] (1.9); review I. Shastri deposition (1.2); | 3.10 |
| 07/19/2023 | B. Kadjo | Revise mediation statement to discuss ownership issues; | 1.60 |
| 07/19/2023 | E. Edlin | Conference with N. Mody and Perkins team regarding rebuttal expert damages report (.8); correspondence regarding Valjakka's expert report; legal research [redacted] (.5); research Netflix timeline for damages report and correspondence regarding same (.7); revise motion to dismiss (1.4); | 2.60 |
| 07/19/2023 | J. Hewitt | Conference with N. Mody and Perkins team regarding rebuttal expert damages report (.8); correspondence with E. Edlin and K. Rose (.4); research [redacted] (1.4); edit motion to dismiss for lack of standing (2.4); | 5.00 |
| 07/20/2023 | S. Piepmeier | Analysis regarding standing brief and mediation statement; | 0.40 |
| 07/20/2023 | K. Smith | Pull documents cited expert report; | 4.80 |
| 07/20/2023 | J. Moore | Review I. Shastri deposition (.9); research caselaw regarding noninfringing alternatives (.4); video conference with Harbor Labs team and B. Kadjo regarding noninfringement rebuttal report (.5); | 1.80 |
| 07/20/2023 | B. Kadjo | Incorporate additional facts into mediation statement (1.8); video conference with Harbor Labs team and J. Moore regarding noninfringement rebuttal report (.5); | 2.30 |
| 07/20/2023 | E. Edlin | Revise motion to dismiss (.5); revise timeline graphic regarding assignments and correspondence regarding same (.9); draft client call agenda (.4); strategize regarding counterclaims and correspondence regarding same (1.2); revise mediation brief and correspondence regarding same (2.1); | 5.10 |
| 07/20/2023 | J. Hewitt | Update proposed stipulated amendment to protective order (.5); draft '167 rights timeline graphics (4); edit motion to dismiss for lack of standing (3.5); | 8.00 |
| 07/21/2023 | S. Piepmeier | Review case agenda for team call to provide guidance to E. Edlin (.1); evaluate response to counterclaims (.3); | 0.40 |
| 07/21/2023 | K. Smith | Pull documents cited in Held expert report (1.7); Update and distribute case calendar (.4); | 2.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 07/21/2023 | J. Moore | Draft [redacted] (1.7); review I. Shastri deposition transcript (1.4); attend portion of conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding motion to dismiss for lack of standing, draft answer, joint letter brief, mediation statement, and expert reports (.5); | 3.60 |
| 07/21/2023 | B. Kadjo | Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding motion to dismiss for lack of standing, draft answer, joint letter brief, mediation statement, and expert reports (.6); revise mediation statement (.9); | 1.50 |
| 07/21/2023 | E. Edlin | Conference with J. Hewitt regarding motion to dismiss for standing and related graphic (.5); conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding motion to dismiss for lack of standing, draft answer, joint letter brief, mediation statement, and expert reports (.6); correspondence regarding counterclaim strategy and prepare for client call (.8); correspondence and phone conference with R. Lamkin regarding ownership and inequitable conduct (1.5); revise protective order and correspondence with opposing counsel regarding same (1.2); | 4.60 |
| 07/21/2023 | J. Hewitt | Conference with E. Edlin regarding motion to dismiss for standing and related graphic (.5); conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding motion to dismiss for lack of standing, draft answer, joint letter brief, mediation statement, and expert reports (.6); draft '167 patent rights graphics (3.5); edit motion to dismiss for lack of standing (2.5); draft answer to counterclaims (1.5); | 8.60 |
| 07/22/2023 | E. Edlin | Correspondence regarding ownership and inequitable conduct; | 1.10 |
| 07/24/2023 | S. Piepmeier | Analysis regarding potential compulsory counterclaims (.1); revise mediation brief (.8); revise standing motion to dismiss (.7); revise answer to counterclaims (.4); multiple email communications with R. Lamkin regarding standing, ownership, assignments, and counterclaims (.5); | 2.50 |
| 07/24/2023 | K. Smith | Update expert log (1.1); Pull and send deposition exhibits to R. Lampkin (.3); | 1.40 |
| 07/24/2023 | J. Moore | Draft [redacted] (4.9); research caselaw regarding doctrine of equivalents (1.2); Strategize with Perkins team regarding motion to dismiss for lack of standing, mediation statement, answer, and expert rebuttal reports (.6); | 6.70 |
| 07/24/2023 | B. Kadjo | Revise mediation statement according to S. Piepmeier revisions; | 5.30 |
| 07/24/2023 | E. Edlin | Strategize with Perkins team regarding motion to dismiss for lack of standing, mediation statement, answer, and expert rebuttal reports (.6); correspondence regarding ownership and inequitable conduct (2.6); revise mediation statement and correspondence regarding same (2.3); review legal research [redacted] (.8); legal research [redacted] (.8); review legal research [redacted] (.7); correspondence with client regarding mediation statement (.1); | 7.70 |
| 07/24/2023 | J. Hewitt | Strategize with Perkins team regarding motion to dismiss for lack of | 7.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | standing, mediation statement, answer, and expert rebuttal reports (.6); draft answer (1.5); edit answer (1.0); edit '167 patent graphics (3.1); edit motion to dismiss for lack of standing (1.4); | |
| 07/25/2023 | S. Piepmeier | Email communications with R. Lamkin and E. Edlin regarding ownership (.1); analysis regarding best strategy for teeing up ownership dispute (.2); | 0.30 |
| 07/25/2023 | K. Smith | Coordinate court reporter for conference call with Board (.1); Calendar deadlines (.1); | 0.20 |
| 07/25/2023 | J. Moore | Draft [redacted] (7.0); research caselaw regarding doctrine of equivalents (.4); revise mediation statement (.5); | 7.90 |
| 07/25/2023 | B. Kadjo | Revise mediation statement to include more procedural facts; | 2.30 |
| 07/25/2023 | E. Edlin | Conference with J. Hewitt regarding motion to dismiss for standing, answer, and mediation statement (.4); revise mediation statement and correspondence regarding same (.9); correspondence regarding ownership and standing issues (1.2); revise standing motion (.5): | 3.00 |
| 07/25/2023 | J. Hewitt | Conference with E. Edlin regarding motion to dismiss for standing, answer, and mediation statement (.4); edit motion to dismiss for lack of standing (5.2); edit answer (.9); edit mediation statement (1.4); | 7.90 |
| 07/26/2023 | S. Piepmeier | Review client edits and comments on mediation brief (.3); analysis regarding counter claims (.2); review answer (.4); | 0.90 |
| 07/26/2023 | K. Smith | Sent expert reports to N. Mody (.2); pull documents cited in mediation statement (.4); | 0.60 |
| 07/26/2023 | J. Moore | Draft [redacted] (.7); | 0.70 |
| 07/26/2023 | E. Edlin | Review draft answer and correspondence regarding same (1.6); develop strategy regarding ownership (1.6); telephone conference with R. Lamkin regarding I. Karesniemi and discovery (.5); | 3.70 |
| 07/26/2023 | J. Hewitt | Edit answer (2.0); correspondence with Perkins team (1.7); edit mediation statement (3.5); edit motion to dismiss for lack of standing (3.5); | 10.70 |
| 07/27/2023 | S. Piepmeier | Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding [redacted], answer, mediation statement, motion to dismiss for lack of standing, and expert reports (.9); review Valjakka's answer (.6); Conference with E. Edlin [redacted] (.3); analysis regarding non-infringement expert report (.1); review mediation correspondence (.1); revise team call agenda (.1); attention to joinder issues regarding CDN (.1); | 2.20 |
| 07/27/2023 | K. Smith | Pull exhibits to the motion to dismiss (1.0); draft declaration and proposed order in support of the motion to dismiss (.4); finalize stipulation regarding protective order (.2); finalize and file same (.1); | 2.00 |
| 07/27/2023 | J. Moore | Draft rebuttal noninfringement report (7.2); Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding [redacted], | 8.10 |

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | answer, mediation statement, motion to dismiss for lack of standing, and expert reports (.9); | |
| 07/27/2023 | B. Kadjo | Conference with A. Wynn-Grant, C. Bowers, and Perkins team [redacted], answer, mediation statement, motion to dismiss for lack of standing, and expert reports; | 0.90 |
| 07/27/2023 | E. Edlin | Conference with S. Piepmeier regarding [redacted] (.3); conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding [redacted], answer, mediation statement, motion to dismiss for lack of standing, and expert reports (.9); correspondence regarding mediation documents (.3); correspondence regarding standing motion (.4); correspondence regarding protective order and expert report (.3); revise mediation statement (.9); finalize protective order for filing and correspondence regarding same (.4); legal research regarding [redacted] and correspondence regarding same (1.3); | 4.80 |
| 07/27/2023 | J. Hewitt | Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding [redacted], answer, mediation statement, motion to dismiss for lack of standing, and expert reports (.9); draft agenda (.5); correspondence with Perkins team (.3); edit mediation statement (2.6); edit motion to dismiss for lack of standing (1.4); | 5.70 |
| 07/28/2023 | S. Piepmeier | Analysis regarding revised schedule; | 0.30 |
| 07/28/2023 | K. Smith | Update case calendar (.1); email M. Mutter regarding his deposition transcript (.1); finalize and file answer (.8); | 1.00 |
| 07/28/2023 | J. Moore | Draft rebuttal noninfringement report; | 6.40 |
| 07/28/2023 | B. Kadjo | Revise mediation statement to include client revisions; | 0.20 |
| 07/28/2023 | E. Edlin | Telephone conference with J. Ta regarding [redacted] (.2); correspondence regarding joinder of exclusive licensee (.9); revise motion to dismiss (1.6); finalize answer for filing and correspondence regarding same (.9); correspondence regarding confidentiality agreement (.1); develop strategy regarding additional discovery and case schedule (1.8); | 5.50 |
| 07/28/2023 | J. Hewitt | Edit motion to dismiss for lack of standing (2.9); edit mediation statement (2.6); | 5.50 |
| 07/31/2023 | S. Piepmeier | Attention to revised discovery and trial schedule (.3); review summary of team call (.1); | 0.40 |
| 07/31/2023 | K. Smith | Cite-check mediation statement (3.3); Calculate new deadlines and send to E. Edlin (1.1); | 4.40 |
| 07/31/2023 | B. Kadjo | Research Finnish patent prosecutors; | 0.30 |
| 07/31/2023 | A. Griggs | Review emails for case updates and strategy (.4); review and proofread mediation statement (1.6); | 2.00 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 07/31/2023 | E. Edlin | Draft meeting minutes (.2); develop strategy for additional discovery and correspondence regarding same (2.6); revise mediation statement and correspondence regarding same (1.3); review outline for motion to bifurcate and correspondence regarding same (.7); | 4.80 |
| **Subtotal:** [redacted] | | | **358.70** |
| **Total** | | | **358.70** |

**Services**
[redacted]

## Summary of Services through 07/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 89.70 | [redacted] | [redacted] |
| L. Gordon | Partner | 1.80 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 16.20 | [redacted] | [redacted] |
| A. Griggs | Associate | 2.00 | [redacted] | [redacted] |
| B. Kadjo | Associate | 33.20 | [redacted] | [redacted] |
| J. Moore | Associate | 54.60 | [redacted] | [redacted] |
| J. Hewitt | Associate | 127.90 | [redacted] | [redacted] |
| K. Smith | Paralegal | 33.30 | [redacted] | [redacted] |
| **Total Services** | | **358.70** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 358.70 | [redacted] |
| **Total Services** | | **358.70** | [redacted] |

## Disbursements and Other Detailed Services through 07/31/2023

| Description | Amount |
|---|---|
| FedEx - Air express charge for documents sent to Finland - KATE ROSE PERKINS COIE LLP 11452 EL CAMINO REAL, SUITE 30 SAN DIEGO CA 92130 US | 568.39 |
| Edlin, Elise - Office Supplies - E. Edlin, For a microphone and USB Drive for remote depo, 06/06/2023 | 138.07 |
| Focus Litigation Solutions - Court reporter/transcript fee - Depo of Michael Mutter, 6/13/23 | 1,867.00 |
| Transperfect Translations International Inc (WIRE) - Professional Services | 2,437.20 |
| Intensity LLC (ACH) - Professional Services - July 2023 | 47,719.50 |
| Harbor Experts LLC (ACH) - Professional Services - June 2023 | 28,593.72 |
| Edlin, Elise - Dinner - E. Edlin, E. Edlin, Dinner, 06/05/2023 - 06/10/2023 | 53.56 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Description | Amount |
|---|---|
| Edlin, Elise - Breakfast - E. Edlin, E. Edlin, Breakfast, 06/05/2023 - 06/10/2023 | 17.87 |
| Edlin, Elise - Hotel - Breakfast - E. Edlin, E. Edlin, Breakfast hotel, 06/05/2023 - 06/10/2023 | 34.51 |
| Edlin, Elise - Dinner - E. Edlin, E. Edlin, Dinner, 06/05/2023 - 06/10/2023 | 53.53 |
| Edlin, Elise - Breakfast - E. Edlin, E. Edlin, Breakfast, 06/05/2023 - 06/10/2023 | 37.74 |
| Edlin, Elise - Breakfast - E. Edlin, E. Edlin, Breakfast, 06/05/2023 - 06/10/2023 | 11.56 |
| Edlin, Elise - Breakfast - E. Edlin, E. Edlin, Breakfast, 06/05/2023 - 06/10/2023 | 30.42 |
| Edlin, Elise - Lunch - E. Edlin, E. Edlin, Lunch, 06/05/2023 - 06/10/2023 | 60.07 |
| Edlin, Elise - Breakfast - E. Edlin, E. Edlin, Breakfast, 06/05/2023 - 06/10/2023 | 11.21 |
| Edlin, Elise - Lunch - E. Edlin, E. Edlin, Lunch, 06/05/2023 - 06/10/2023 | 26.42 |
| Edlin, Elise - Lunch - E. Edlin, E. Edlin, Lunch, 06/05/2023 - 06/10/2023 | 36.42 |
| Edlin, Elise - Dinner - E. Edlin, E. Edlin, Dinner, 06/05/2023 - 06/10/2023 | 62.80 |
| Edlin, Elise - Dinner - E. Edlin, E. Edlin, Dinner, 06/05/2023 - 06/10/2023 | 53.91 |
| Edlin, Elise - Dinner - E. Edlin, E. Edlin, Dinner, 06/05/2023 - 06/10/2023 | 94.24 |
| Edlin, Elise - Hotel - Lunch - E. Edlin, E. Edlin, Lunch, 06/05/2023 - 06/10/2023 | 6.47 |
| Edlin, Elise - Breakfast - E. Edlin, E. Edlin, Breakfast, 06/05/2023 - 06/10/2023 | 25.60 |
| **Total** | **$81,940.21** |

**Total Disbursements and Other Services**
$81,940.21

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | September 30, 2023 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through August 31, 2023

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $36,124.88 |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA # [redacted]**<br>**Swift Code # [redacted]**<br>**Account Name: Perkins Coie LLP**<br>**Account Number: [redacted]** |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 08/31/2023

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/01/2023 | S. Piepmeier | Review and fact check Valjakka mediation brief (.4); analysis regarding extended schedule (.2); | 0.60 |
| 08/01/2023 | K. Smith | Revise and finalize mediation statement (1.4); serve same (.1); | 1.50 |
| 08/01/2023 | A. Griggs | Review case schedule and upcoming deadlines; | 0.40 |
| 08/01/2023 | E. Edlin | Revise motion to dismiss re standing (1.0); finalize mediation statement and correspondence regarding same (3.4); correspondence regarding schedule [redacted] (.7); correspondence with opposing counsel regarding mediation (.4); legal research [redacted] (.4); | 5.90 |
| 08/01/2023 | J. Hewitt | Edit mediation statement (2.5); correspondence with K. Rose, N. Mody, and E. Edlin (1.0); edit motion for lack of standing (2.5); [redacted] (.7); finalize mediation statement (.5); | 7.20 |
| 08/02/2023 | S. Piepmeier | Revise motion to dismiss for lack of standing (.8); Telephone conference with E. Edlin regarding strategy for standing motion, bifurcation, and additional discovery (.4); | 1.20 |
| 08/02/2023 | K. Smith | Update client files (.1); draft updated exhibit list and prepare exhibit (.5); | 0.60 |
| 08/02/2023 | A. Griggs | Review case schedule and upcoming deadlines; | 0.20 |
| 08/02/2023 | E. Edlin | Conference with J. Hewitt regarding case strategy, discovery requests, motion to dismiss for lack of standing, depositions, and expert discovery (1.0); develop strategy regarding discovery and standing motion (1.1); correspondence with opposing counsel regarding same (.2); telephone conference with S. Piepmeier regarding strategy for standing motion, bifurcation, and additional discovery (.4); revise motion to dismiss regarding standing and correspondence regarding same (2.6); correspondence with N. Mody regarding damages report (.3); correspondence with opposing counsel regarding mediation (.1); | 5.70 |
| 08/02/2023 | J. Hewitt | Conference with E. Edlin regarding case strategy, discovery requests, motion to dismiss for lack of standing, depositions, and expert discovery (1.0); edit motion to dismiss for lack of standing (3.9); draft agenda (.4); draft discovery requests (1.1); draft deposition outlines (1.6); | 8.00 |
| 08/03/2023 | S. Piepmeier | Revise team call agenda (.1); portion of conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding bifurcation of trial strategy, motion to dismiss for lack of standing, mediation, and case scheduling (1.0); | 1.10 |
| 08/03/2023 | K. Smith | Update expert log; | 0.10 |
| 08/03/2023 | B. Kadjo | Research priority dates for 167 patent (.3); research [redacted] (1.5); Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding [redacted], motion to dismiss for lack of standing, mediation, and case scheduling (1.2); | 3.00 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/03/2023 | A. Griggs | Telephone conference with J. Hewitt regarding case updates and status of standing motion (1.0); telephone conference with E. Edlin regarding case and client updates (.7); review draft of standing motion (.7); | 2.40 |
| 08/03/2023 | E. Edlin | Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding [redacted], motion to dismiss for lack of standing, mediation, and case scheduling (1.2); conference with J. Hewitt regarding [redacted], mediation, motion to dismiss for lack of standing, motion for summary judgment issues, Daubert motion, and depositions (.4); telephone conference with R. Lamkin regarding offensive action (.5); correspondence regarding mediation statement confidentiality (.3); correspondence with N. Mody regarding expert report (1.2); correspondence regarding legal research for fees motions (.4); correspondence regarding deposition strategy (.2); strategize and correspondence with opposing counsel regarding advice of counsel (.4); correspondence with I. Karesniemi regarding strategy (.1); correspondence regarding expiration date (.2); correspondence with opposing counsel regarding depositions (.2); strategize regarding inequitable conduct (1.1); | 6.20 |
| 08/03/2023 | J. Hewitt | Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding [redacted], motion to dismiss for lack of standing, mediation, and case scheduling (1.2); conference with E. Edlin regarding [redacted], mediation, motion to dismiss for lack of standing, motion for summary judgment issues, Daubert motion, and depositions (.4); correspondence with A. Griggs, E. Edlin, N. Mody, and Netflix team (1.0); conference with A. Griggs (1.0); edit motion to dismiss for lack of standing (1.9); review deposition transcripts (1.2); | 6.70 |
| 08/04/2023 | K. Smith | Update and distribute case calendar; | 0.10 |
| 08/04/2023 | A. Griggs | Review timeline of assignments and analyze standing issues (.8); research damages issues (1.3); | 2.10 |
| 08/04/2023 | E. Edlin | Correspondence with R. Lamkin regarding CDN licenses (.3); attention to strategy regarding inequitable conduct (.8); | 1.10 |
| 08/04/2023 | J. Hewitt | Document review to prepare for upcoming expert reports (3.4); review deposition transcripts (1.5); correspondence with E. Edlin (1.0); | 5.90 |
| 08/06/2023 | S. Piepmeier | Review meet and confer correspondence regarding third party depositions in Finland; | 0.10 |
| 08/07/2023 | S. Piepmeier | Review mediation briefs and notes to prepare for mediation (1.4); email correspondence with client regarding mediation preparation (.4); | 1.80 |
| 08/07/2023 | K. Smith | Draft deposition notices (.8); pull and send documents to N. Mody (.2); | 1.00 |
| 08/07/2023 | J. Moore | Review motion to dismiss for lack of standing (.3); review Valjakka and Netflix mediation statements (.2); revise [redacted] (1.2); | 1.70 |
| 08/07/2023 | B. Kadjo | Strategize with Perkins team regarding expert report meetings, motion to dismiss for lack of standing, [redacted], advice of counsel defense to inequitable conduct, depositions, mediation, meet and confer, and | 3.00 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | invalidity counterclaims (.5); research [redacted] (2.5); | |
| 08/07/2023 | A. Griggs | Research damages case law (1.5); analyze Valjakka's damages expert report (2.8); strategize with Perkins team regarding expert report meetings, motion to dismiss for lack of standing, motion to bifurcate, advice of counsel defense to inequitable conduct, depositions, mediation, meet and confer, and invalidity counterclaims (.5); | 4.80 |
| 08/07/2023 | E. Edlin | Correspondence with opposing counsel regarding bifurcation, advice of counsel (.5); develop strategy regarding depositions, motions and case schedule (2.5); prepare for mediation and correspondence regarding same (1.5); | 4.50 |
| 08/07/2023 | J. Hewitt | Draft meeting minutes (0.7); edit motion to dismiss for lack of standing (6.5); Strategize with Perkins team regarding expert report meetings, motion to dismiss for lack of standing, motion to bifurcate, advice of counsel defense to inequitable conduct, depositions, mediation, meet and confer, and invalidity counterclaims (0.5); | 7.70 |
| 08/08/2023 | S. Piepmeier | Attend mediation and preparation session (4.1); strategize regarding summary judgment motion (.3); messages with opposing counsel regarding advice of counsel, bifurcation, and Finnish depositions (.3); | 4.70 |
| 08/08/2023 | K. Smith | Research deadlines (.5); draft deposition notices (.6); | 1.10 |
| 08/08/2023 | J. Moore | Draft list of noninfringement positions for mediation (.4); [redacted] (2.8); review references from Harbor Labs regarding BGP and content delivery systems (1.8); research caselaw on [redacted] (1.1); | 6.10 |
| 08/08/2023 | B. Kadjo | Research law for assignments of patents; | 0.70 |
| 08/08/2023 | A. Griggs | Strategize with E. Edlin regarding damages expert depositions and Daubert (.4); analyze damages expert report and case law (5.0); | 5.40 |
| 08/08/2023 | E. Edlin | Attend mediation (3.5); attend video conferences with L. Charrington and A. Wynn-Grant regarding strategy (.8); draft outline for Motion for Summary Judgment and correspondence regarding same (1.8); attention to strategy and case management (.9); correspondence with opposing counsel regarding advise of counsel and bifurcation (.6); conference with R. Lambkin regarding additional claims (.3); correspondence with opposing counsel regarding depositions (.2); review legal research and correspondence regarding same (.3); | 8.40 |
| 08/08/2023 | J. Hewitt | Research motion for summary judgment arguments for inequitable conduct, lack of ownership, improper inventorship, and unclean hands (8.5); Review correspondence regarding mediation and depositions (0.6); | 9.10 |
| 08/09/2023 | S. Piepmeier | Review legal research regarding counterclaims (.2); review email correspondence regarding Finland and expert depositions (.2); | 0.40 |
| 08/09/2023 | K. Smith | Revise deposition notices; | 0.20 |

Invoice No.[redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/09/2023 | J. Moore | [redacted] (4.2); research divided infringement (.3); video conference with A. Rubin and X. Shi regarding rebuttal noninfringement report (.4); video conference with N. Mody, A. Rubin, X. Shi, and Perkins team regarding expert rebuttal reports (.3); | 5.20 |
| 08/09/2023 | B. Kadjo | Draft fact section for inequitable conduct portion of MSJ; | 2.10 |
| 08/09/2023 | A. Griggs | Analyze responsive damages contentions and strategy points (4.5); video conference with N. Mody, A. Rubin, X. Shi, and Perkins team regarding expert rebuttal reports (.3); | 4.80 |
| 08/09/2023 | E. Edlin | Conference with J. Hewitt regarding mediation, motion to dismiss for lack of standing, motion to dismiss for summary judgment, and case strategy (0.7); video conference with N. Mody, A. Rubin, X. Shi, and Perkins team regarding expert rebuttal reports (0.3); draft agenda for team call (0.4); develop strategy for motion for summary judgment and correspondence regarding same (0.6); correspondence with N. Mody regarding report (0.3); correspondence with opposing counsel regarding depositions (0.4); Review damages report and correspondence regarding same (1.6); analyze damages contentions and correspondence regarding strategy for expert report (.8); | 5.10 |
| 08/09/2023 | J. Hewitt | Conference with E. Edlin regarding mediation, motion to dismiss for lack of standing, motion to dismiss for summary judgment, and case strategy (.7); conference with W. Kasper regarding research on post-dismissal options and motion for summary judgment (.7); draft agenda (.5); organize motion for summary judgment (.7); outline motion for summary judgment for inequitable conduct argument (.5); outline motion for summary judgment for lack of ownership argument (1.0); outline motion for summary judgment for unclean hands argument (1.0); draft motion for summary judgment for lack of ownership argument (2.0); review draft expert damages rebuttal report (2.5); | 9.60 |
| 08/10/2023 | S. Piepmeier | Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding motions for summary judgment, procedural strategy, deposition scheduling, expert report status updates, and offensive claims (1.0); legal analysis regarding scope of relief for counterclaims (.3); | 1.30 |
| 08/10/2023 | K. Smith | Update deposition notices (.2); reserve court reporter and videographer for depositions (.2); revise updated exhibit list (.7); | 1.70 |
| 08/10/2023 | J. Moore | Revise [redacted] (5.1); Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding motions for summary judgment, procedural strategy, deposition scheduling, expert report status updates, and offensive claims (1.0); draft correspondence to I. Shastri regarding discussion with expert witness (.2); | 6.30 |
| 08/10/2023 | B. Kadjo | Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding motions for summary judgment, procedural strategy, deposition scheduling, expert report status updates, and offensive claims (1.0); draft MSJ section regarding ownership and unclean hands (1.0); | 2.00 |
| 08/10/2023 | A. Griggs | Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding motions for summary judgment, procedural strategy, deposition scheduling, expert report status updates, and offensive claims (1.0); draft Daubert | 5.90 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | outline (.9); analyze issues in damages report (4.0); | |
| 08/10/2023 | E. Edlin | Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding motions for summary judgment, procedural strategy, deposition scheduling, expert report status updates, and offensive claims (1.0); video conference with A. Wynn grant regarding offensive action (.3); correspondence regarding expert report strategy (.6); correspondence with R. Lamkin regarding CDN licenses (.5); revise expert report and correspondence regarding same (.7); | 3.10 |
| 08/10/2023 | J. Hewitt | Organize deposition documents (1.5); draft motion for summary judgment argument (5.5); Conference with A. Wynn-Grant, C. Bowers, and Perkins team regarding motions for summary judgment, procedural strategy, deposition scheduling, expert report status updates, and offensive claims (1); | 8.00 |
| 08/11/2023 | K. Smith | Update and distribute case calendar (.1); locate and send interrogatories and settlement agreements to R. Lampkin (.5); | 0.60 |
| 08/11/2023 | J. Moore | [redacted] (4.6); [redacted] (.4); | 5.00 |
| 08/11/2023 | B. Kadjo | Research public documents regarding OC timing; | 4.20 |
| 08/11/2023 | A. Griggs | Telephone conference with N. Mody and E. Schutz regarding damages report issues (.5); [redacted] (.9); review 10-ks for OpenConnect rollout completion dates (1.0); [redacted] (3.3); | 5.70 |
| 08/11/2023 | E. Edlin | Revise damages report and correspondence regarding same (.6); correspondence regarding [redacted] (.4); telephone conference with R. Lambkin regarding offensive strategy and inequitable conduct (.5); | 1.50 |
| 08/11/2023 | J. Hewitt | Draft motion for summary judgment (5.5); draft case status update for E. Edlin (.5); draft meeting minutes (.5); correspondence with J. Moore and W. Kasper (1.0); | 7.50 |
| 08/12/2023 | E. Edlin | Correspondence regarding depositions and offensive strategy; | 0.40 |
| 08/14/2023 | S. Piepmeier | Attention to mediation follow up; | 0.30 |
| 08/14/2023 | K. Smith | Update client files; | 0.10 |
| 08/14/2023 | J. Moore | Attend portion of video conference with N. Mody, E. Schultz, and Perkins team regarding various issues related to expert damages report and Daubert motion (.4); [redacted] (1.0); strategize with Perkins team regarding deposition scheduling, motion for summary judgment, motion for leave for additional pages, Daubert motions, and deposition preparation (.3); draft outline of summary judgment noninfringement arguments (1.4); | 3.10 |
| 08/14/2023 | B. Kadjo | Video conference with N. Mody, E. Schultz, and Perkins team regarding | 1.40 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | various issues related to expert damages report and Daubert motion (1.1); revise MSJ (.3); | |
| 08/14/2023 | A. Griggs | Video conference with N. Mody, E. Schultz, and Perkins team regarding various issues related to expert damages report and Daubert motion (1.5); strategize with Perkins team regarding deposition scheduling, motion for summary judgment, motion for leave for additional pages, Daubert motions, and deposition preparation (.3); draft Daubert outline (2.0); [redacted] (1.3); review [redacted] (2.4); | 7.50 |
| 08/14/2023 | E. Edlin | Video conference with N. Mody, E. Schultz, and Perkins team regarding various issues related to expert damages report and Daubert motion (1.5); conference with J. Hewitt regarding motion for summary judgment, deposition preparation, and case status (.8); strategize with Perkins team regarding deposition scheduling, motion for summary judgment, motion for leave for additional pages, Daubert motions, and deposition preparation (.3); review draft preliminary injunction and correspondence regarding same (2.2); correspondence with opposing counsel regarding settlement agreements (.4); correspondence regarding mediation (.6); correspondence with opposing counsel regarding advice of counsel (.8); correspondence with opposing counsel regarding depositions (.4); | 7.00 |
| 08/14/2023 | J. Hewitt | Conference with E. Edlin regarding motion for summary judgment, deposition preparation, and case status (.8); strategize with Perkins team regarding deposition scheduling, motion for summary judgment, motion for leave for additional pages, Daubert motions, and deposition preparation (.3); draft motion for summary judgment for unclean hands (2.4); draft meeting minutes (.5); draft motion for summary judgment for inequitable conduct regarding inventorship (2.3); | 6.30 |
| 08/15/2023 | S. Piepmeier | Review email communication and case status update from mediator (.2); provide summary regarding mediation status to A. Wynn-Grant (.2); analysis regarding expert disclosures and depositions (.3); revise meet and confer correspondence regarding advise of counsel (.2); review research regarding Judge Tigar's Standing Order on MSJs (.3); | 1.20 |
| 08/15/2023 | K. Smith | Locate and send spreadsheets to N. Mody (.3); create list of materials reviewed by Rubin (2.0); | 2.30 |
| 08/15/2023 | K. Smith | Update client files; | 0.20 |
| 08/15/2023 | J. Moore | Review T. Kozek expert validity report (1.4); draft outline for T. Kozek deposition (.4); video conference with I. Shastri, A. Rubin, X. Shi, and B. Kadjo regarding expert noninfringement report (1.0); [redacted] (3.5); | 6.30 |
| 08/15/2023 | B. Kadjo | Video conference with I. Shastri, A. Rubin, X. Shi, and J. Moore regarding expert noninfringement report (1.0); [redacted] (1.7); | 2.70 |
| 08/15/2023 | A. Griggs | [redacted] (2.5); revise draft Daubert outline (1.0); research Daubert issues (.8); | 4.30 |

Invoice No.[redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/15/2023 | E. Edlin | Review [redacted] and correspondence regarding same (1.6); correspondence regarding finalization of infringement report (.4); correspondence with opposing counsel regarding depositions (.6); correspondence regarding document productions (.7); correspondence regarding deposition strategy (.3); [redacted] (1.3); telephone conference with R. Lamkin regarding preliminary injunction (.4); | 5.30 |
| 08/15/2023 | J. Hewitt | Edit motion for summary judgment for ownership, inequitable conduct, and unclean hands (3.3); research inventorship case law (1.6); research counterclaim jurisdiction (1.4); review deposition transcripts for citation additions to motion for summary judgment (1.1); | 7.00 |
| 08/16/2023 | S. Piepmeier | Analysis regarding Finland deposition strategy (.2); analysis regarding MSJ staging and strategy (.3); attention to counterclaims (.2); review potential schedule adjustments (.1); | 0.80 |
| 08/16/2023 | K. Smith | Email with A. Griggs regarding documents for production (.1); compile and send case materials to L. Dreyer (.6); locate and send CDN license to N. Mody (.1); update deposition notices (.5); | 1.70 |
| 08/16/2023 | J. Moore | Revise [redacted]; | 3.80 |
| 08/16/2023 | B. Kadjo | Conference with J. Hewitt regarding motion for summary judgment for unclean hands (.2); revise MSJ for inequitable conduct and unclean hands (2.8); | 3.00 |
| 08/16/2023 | A. Griggs | Video conference with N. Mody and E. Edlin regarding damages expert report (.3); strategize with E. Edlin regarding Daubert outline (1.0); update draft Daubert outline (.5); research damages questions (1.6); | 3.40 |
| 08/16/2023 | E. Edlin | Correspondence regarding supplemental damages report (.4); telephone conference with damages experts regarding report (.3); review motion for protective order and correspondence with R. Lamkin regarding same (1.1); review [redacted] and correspondence regarding same (2.6); develop strategy regarding calendar and briefing schedule and correspondence regarding same (1.6); correspondence regarding advice of counsel (.3); review deposition notices (.4); strategize with R. Lamkin regarding timing and motions (.4); correspondence with opposing counsel regarding briefing schedule (.8); review letter to opposing counsel regarding preliminary injunction (.2); correspondence with opposing counsel regarding depositions (.2); revise motion for summary judgment (1.6); | 9.90 |
| 08/16/2023 | J. Hewitt | Correspondence with E. Edlin, N. Mody, A. Griggs, B. Kadjo, and K. Rose (0.4); edit motion for summary judgment (7); Conference with B. Kadjo regarding motion for summary judgment for unclean hands (0.2); | 7.20 |
| 08/17/2023 | S. Piepmeier | Conference with A. Wynn-Grant, R. Lamkin, and Perkins team regarding motion for summary judgment, meet and confer, case strategy, motion for preliminary injunction, motion for leave to amend counterclaims, case scheduling, and expert reports (.9); analysis regarding interplay of counterclaims with schedule and district court trial (.8); attention to expert reports (.3); prepare for Finland depositions (.2); video conference with A. Wynn-Grant and E. Edlin regarding counterclaims, MSJs, and trial schedule (.5); | 2.40 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/17/2023 | K. Smith | Prepare documents for production; research hearing date; research Judge's calendar; draft stipulation extending deadlines; | 4.50 |
| 08/17/2023 | J. Moore | Revise [redacted] (1.8); revise list of materials considered (.4); Conference with A. Wynn-Grant, R. Lamkin, and Perkins team regarding motion for summary judgment, meet and confer, case strategy, motion for preliminary injunction, motion for leave to amend counterclaims, case scheduling, and expert reports (.9); | 3.10 |
| 08/17/2023 | B. Kadjo | Revise MSJ; | 0.60 |
| 08/17/2023 | A. Griggs | Video conference with H. Ponce, A. Wynn-Grant, N. Mody, E. Schulz, and Perkins regarding [redacted] for damages expert report (.2); [redacted] (1.7); update draft Daubert outline (1.8); | 3.70 |
| 08/17/2023 | E. Edlin | Conference with A. Wynn-Grant, R. Lamkin, and Perkins team regarding motion for summary judgment, meet and confer, case strategy, motion for preliminary injunction, motion for leave to amend counterclaims, case scheduling, and expert reports (.9); conference with J. Hewitt regarding motion for summary judgment, case scheduling, meet and confer, and case strategy (1.0); video conference with H. Ponce, A. Wynn-Grant, N. Mody, E. Schulz, and Perkins regarding [redacted] for damages expert report (.2); meet and confer with W. Ramey and Perkins team regarding case scheduling disputes (.5); video conference with A. Wynn-Grant and S. Piepmeier regarding counterclaims, MSJs, and trial schedule (.5); correspondence with opposing counsel regarding depositions (.3); correspondence regarding briefing schedule (.7); draft client call agenda (.1); correspondence regarding strategy of preliminary injunction (1.8); legal research regarding dismissal with prejudice (.3); | 6.30 |
| 08/17/2023 | J. Hewitt | Edit motion for summary judgment (4.5); correspondence with K. Rose (0.5); correspondence with E. Edlin (0.3); Conference with E. Edlin regarding motion for summary judgment, case scheduling, meet and confer, and case strategy (1); conference with A. Wynn-Grant, R. Lamkin, and Perkins team regarding motion for summary judgment, meet and confer, case strategy, motion for preliminary injunction, motion for leave to amend counterclaims, case scheduling, and expert reports (0.9); meet and confer with W. Ramey and Perkins team regarding case scheduling disputes (0.5); | 7.70 |
| 08/18/2023 | S. Piepmeier | Revise PI brief (.6); Telephone conference with J. Ta regarding strategy for upcoming motion practice (.2); analysis regarding settlement agreements (.4); review deposition notices (.2); | 1.40 |
| 08/18/2023 | K. Smith | Prepare document production; | 4.80 |
| 08/18/2023 | J. Moore | Revise [redacted] | 3.80 |
| 08/18/2023 | B. Kadjo | Finalize deposition notices and stipulation for time (.6); strategize briefing schedule (.5) | 1.10 |
| 08/18/2023 | A. Griggs | Review [redacted] (2.0); compile documents for damages production (1.6); research collateral estoppal issue (.7); update | 4.80 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | draft Daubert outline (.5); | |
| 08/18/2023 | E. Edlin | Correspondence regarding briefing strategy (2.1); correspondence regarding finalization of noninfringement report (.3); correspondence regarding document production (.4); correspondence with opposing counsel regarding briefing schedule (.4); revise preliminary injunction and correspondence regarding same (1.8); review deposition notices and correspondence regarding same (.5); | 5.50 |
| 08/18/2023 | J. Hewitt | Edit motion for summary judgment (3); draft case status update for E. Edlin (0.5); draft meeting minutes (0.5); correspondence with E. Edlin and A. Griggs (0.3); Research [redacted] (3.5); | 7.80 |
| 08/19/2023 | K. Smith | Revise stipulation and declaration; | 0.70 |
| 08/19/2023 | E. Edlin | Review correspondence regarding preliminary injunction and correspondence regarding same (.6); revise stipulation regarding schedule and correspondence regarding same (.6); | 1.20 |
| 08/20/2023 | S. Piepmeier | Revise PI brief, Amended Answer, and Declaration in support (2.4); correspondence with R. Lamkin regarding strategy for PI motion (.5); | 2.90 |
| 08/20/2023 | E. Edlin | Correspondence regarding preliminary injunction and correspondence with R. Lamkin and S. Piepmeier regarding same (2.1); finalize stipulation regarding schedule and correspondence with opposing counsel regarding same (.7); | 2.80 |
| 08/21/2023 | S. Piepmeier | Prepare for Finland depositions; | 0.80 |
| 08/21/2023 | K. Smith | Emails with team regarding production (.3); serve production (.1); finalize and file stipulation for extension of time (.6); coordinate depositions (.9); calendar deadlines (.8); | 2.70 |
| 08/21/2023 | J. Moore | Draft deposition outline for A. Rubin (.8); strategize with Perkins team regarding damages expert report, motion for summary judgment, Daubert motions, and deposition preparation (.5); review documents for A. Muhonen deposition (1.6); | 1.60 |
| 08/21/2023 | B. Kadjo | Strategize with Perkins team regarding damages expert report, motion for summary judgment, Daubert motions, and deposition preparation; | 0.50 |
| 08/21/2023 | A. Griggs | Review draft stipulation for extension of time and confirm facts and dates (.7); strategize with Perkins team regarding damages expert report, motion for summary judgment, Daubert motions, and deposition preparation (.5); outline damages arguments (3.2); | 4.40 |
| 08/21/2023 | E. Edlin | Strategize with Perkins team regarding damages expert report, motion for summary judgment, Daubert motions, and deposition preparation (.5); [redacted] (2.1); correspondence regarding document productions (.5); prepare for and attend meet and confer regarding CUVTA claims (.5); review CUVTA motions and correspondence regarding same (.6); | 3.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/21/2023 | J. Hewitt | Strategize with Perkins team regarding damages expert report, motion for summary judgment, Daubert motions, and deposition preparation (.5); correspondence with J. Moore regarding deposition of A. Muhonen (.3); correspondence with E. Edlin regarding [redacted] (.5); edit motion for summary judgment (3.4); | 5.70 |
| 08/22/2023 | S. Piepmeier | Attention to expert reports; | 0.30 |
| 08/22/2023 | K. Smith | Prepare documents for production (1.3); finalize and serve expert report (2.9); calendar deadlines (.1); | 4.30 |
| 08/22/2023 | J. Moore | Review Tigar decision on 101 motion (.8); | 0.80 |
| 08/22/2023 | A. Griggs | [redacted] (5.0); review 101 motion order (.5); [redacted] (.7); | 6.20 |
| 08/22/2023 | E. Edlin | Conference with J. Hewitt regarding motion for summary judgment and deposition outlines (.5); correspondence regarding scheduling order (.1); review order granting Netflix's motion for judgment on the pleadings under Section 101, and correspondence regarding same (.8); [redacted] and correspondence regarding same (2.6); correspondence regarding discovery and CUVTA (.3); | 4.30 |
| 08/22/2023 | J. Hewitt | Conference with E. Edlin regarding motion for summary judgment and deposition outlines (.4); edit motion for summary judgment (2.4); draft deposition outline for J. Tepora (2.1); | 4.90 |
| 08/23/2023 | S. Piepmeier | Review Order granting Section 101 motion (.4); prepare for Finland depositions (.3); | 0.70 |
| 08/23/2023 | K. Smith | Calendar deadlines (.3); locate and resend production to Valjakka (.2); review production and send files to S. Piepmeier (.2); prepare production (.2); send expert reports to L. Dryer (.2); | 1.10 |
| 08/23/2023 | J. Moore | Draft correspondence to Netflix regarding 101 order (.3); | 0.30 |
| 08/23/2023 | A. Griggs | Draft updated damages Daubert outline; | 3.90 |
| 08/23/2023 | E. Edlin | Revise motion for summary judgment (3.2); review outline for Daubert motion (1.5); correspondence regarding 101 order (.4); correspondence regarding agenda for team meeting (.2); develop strategy and correspondence regarding same (.6); | 5.90 |
| 08/23/2023 | J. Hewitt | Correspondence with A. Griggs regarding patent licensing with joint ownership (.3); draft J. Tepora deposition outline (4.5); draft A. Muhonen deposition outline (2.0); | 6.80 |
| 08/24/2023 | S. Piepmeier | Conference with A. Wynn-Grant, C. Bowers, and R. Lamkin regarding order on 101 motion, expert reports, depositions, motion for summary judgement, Daubert motions, preliminary injunction, and motion for fees; | 1.00 |
| 08/24/2023 | K. Smith | Resend production file to T. Hueske; | 0.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/24/2023 | J. Moore | Research [redacted] (1.5); conference with A. Wynn-Grant, C. Bowers, and R. Lamkin regarding order on 101 motion, expert reports, depositions, motion for summary judgment, Daubert motions, preliminary injunction, and motion for fees (1.0); research caselaw regarding [redacted] (2.4); | 4.90 |
| 08/24/2023 | A. Griggs | Conference with J. Hewitt regarding Daubert motion (.3); conference with E. Edlin regarding damages Daubert issues (.7); video conference with N. Mody and E. Edlin regarding damages Daubert (1.0); revise and update draft Daubert outline (3.0); research Daubert issues caselaw (2.8); | 7.80 |
| 08/24/2023 | E. Edlin | Conference with A. Wynn-Grant, C. Bowers, and R. Lamkin regarding order on 101 motion, expert reports, depositions, motion for summary judgment, Daubert motions, preliminary injunction, and motion for fees (1.0); video conference with A. Griggs regarding damages Daubert issues (.7); video conference with N. Mody and A. Griggs regarding damages Daubert (1.0); review Held report (1.5); prepare for team call (.3); review outline for J. Tepora deposition and correspondence regarding same (.7); review J. Tapio deposition outline and correspondence regarding same (.3); | 5.50 |
| 08/24/2023 | J. Hewitt | Conference with A. Griggs regarding Daubert motion (.3); conference with A. Wynn-Grant, C. Bowers, and R. Lamkin regarding order on 101 motion, expert reports, depositions, motion for summary judgement, Daubert motions, preliminary injunction, and motion for fees (1.0); draft J. Tepora outline (1.5); draft A. Muhonen outline (1.5); draft J. Tapio outline (3.0); draft J. P. Jussila outline (2.5); draft agenda (.3); | 10.10 |
| 08/25/2023 | S. Piepmeier | Conference with Perkins team regarding preparation and strategy for depositions of J. Tepora, J. Jusilla, J. Tapio, and A. Muhonen; | 0.60 |
| 08/25/2023 | K. Smith | Attend team meeting regarding upcoming depositions (.3); emails with vendor regarding upcoming depositions (.2); update and distribute case calendar (.1); | 0.60 |
| 08/25/2023 | J. Moore | Research caselaw [redacted] (1.5); revise deposition outlines for A. Muhonen, J. Tapio, and J. Jussila (2.7); | 4.20 |
| 08/25/2023 | A. Griggs | Review damages expert reports (3.0); draft damages Daubert outline (3.3); | 6.30 |
| 08/25/2023 | E. Edlin | Conference with Perkins team regarding preparation and strategy for depositions of J. Tepora, J. Jusilla, J. Tapio, and A. Muhonen (.6); conference with J. Hewitt regarding deposition outlines, deposition strategy, and motion for summary judgment (.4); review deposition outlines (1.5); | 1.90 |
| 08/25/2023 | J. Hewitt | Edit Ahti Muhonen deposition outline (0.7); edit Jarno Tepora deposition outline (0.5); edit Jari Tapio deposition outline (1.5); edit Jukka-Pekka Jussila deposition outline (1); document review (1); Conference with Perkins team regarding preparation and strategy for depositions of J. Tepora, J. Jusilla, J. Tapio, and A. Muhonen (0.6); conference with E. Edlin regarding deposition outlines, deposition strategy, and motion for summary judgment (0.4); | 5.70 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/26/2023 | S. Piepmeier | Review Valjakka response to motion to shorten time (.2); review L. Valjakka deposition transcripts to prepare for Finland depositions (2.8); analysis regarding summary judgment (.4); | 3.40 |
| 08/26/2023 | A. Griggs | Analyze and summarize damages expert arguments; | 0.90 |
| 08/26/2023 | E. Edlin | Revise motion for summary judgment; | 3.10 |
| 08/27/2023 | S. Piepmeier | Prepare for Helsinki depositions; | 1.20 |
| 08/27/2023 | A. Griggs | Draft damages Daubert outline with caselaw; | 1.50 |
| 08/28/2023 | S. Piepmeier | Revise outline for J. Jussila deposition (2.3); select exhibits for J. Jussila deposition (1.2); review outline for J. Tepora deposition (.4); analysis regarding expert reports (.5); | 4.40 |
| 08/28/2023 | K. Smith | Emails with vendor regarding depositions (.2); revise deposition notices (.6); update calendar (.2); | 6.10 |
| 08/28/2023 | J. Moore | Draft modules for deposition of J. Jussilla; | 1.30 |
| 08/28/2023 | A. Griggs | Draft damages Daubert motion; | 4.90 |
| 08/28/2023 | E. Edlin | Review outline, Tepora Report, and prepare for Tepora deposition (4.5); Conference with J. Hewitt regarding J. Tepora deposition outline (0.1); | 4.60 |
| 08/28/2023 | J. Hewitt | Edit J. Tepora deposition outline (4.1); edit J. Tapio deposition outline (.8); edit motion for summary judgment (3.9); | 8.80 |
| 08/29/2023 | S. Piepmeier | Attend J. Tepora deposition (7.6); prepare for J. Jussila deposition (.3); | 7.90 |
| 08/29/2023 | K. Smith | Review deposition calendar and confirm details; | 0.20 |
| 08/29/2023 | J. Moore | Research [redacted] (2.1); draft noninfringement portion of summary judgment motion (2.2); | 4.30 |
| 08/29/2023 | A. Griggs | Draft damages Daubert motion; | 8.90 |
| 08/29/2023 | E. Edlin | Take deposition of J. Tepora (8.4); review outline for deposition of J.P. Jusilla (.4); prepare for Tepora deposition (.5); | 9.30 |
| 08/29/2023 | J. Hewitt | Attend portion of deposition of J. Tepora (6.4); draft summary regarding deposition of J. Tepora (.6); edit motion for summary judgment (2.4); | 9.40 |
| 08/30/2023 | S. Piepmeier | Prepare for J. Jusilla deposition (2.2); take J. Jusilla deposition (4.4); prepare for A. Muhonen deposition (.9); correspondence with client regarding potential continued mediation (.2); | 7.70 |
| 08/30/2023 | K. Smith | Update client files; | 0.50 |
| 08/30/2023 | J. Moore | Draft noninfringement portion of summary judgment motion; | 2.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/30/2023 | A. Griggs | Draft R. Held deposition outline; | 7.10 |
| 08/30/2023 | E. Edlin | Attend deposition of J.P. Jussila and conferences regarding same (3.3); review deposition outline for J. Tapio deposition and correspondence regarding same (.5); revise Held daubert brief (3.1); | 6.90 |
| 08/30/2023 | J. Hewitt | Edit summary regarding deposition of J. Tepora (.5); edit motion for summary judgment (3.5); review rough deposition transcript of J. Tepora (2.0); edit J. Tapio deposition outline (1.5); edit A. Muhonen deposition outline (.5); | 8.00 |
| 08/31/2023 | S. Piepmeier | Prepare for A. Muhonen deposition (2.6); prepare for J. Tapio deposition (.4); attend J. Tapio deposition (2.5); prepare summary for client of JP Jusilla deposition (.4); revise summary of J. Tepora deposition (.1); correspondence with mediator (.1); | 6.10 |
| 08/31/2023 | K. Smith | Update client files; | 0.60 |
| 08/31/2023 | K. Smith | Revise, finalize and serve deposition notices; | 0.50 |
| 08/31/2023 | J. Moore | Draft noninfringement portion of summary judgment motion (6.6); review deposition notices for B. Held and T. Kozek (.1); conference with A. Wynn-Grant, C. Bowers, R. Lamkin, and Perkins team regarding preliminary injunction motions and hearing preparation (.3); | 7.00 |
| 08/31/2023 | A. Griggs | Draft R. Held deposition outline; | 7.40 |
| 08/31/2023 | E. Edlin | Prepare for deposition of J. Tapio (2.1); take deposition of J. Tapio (2.5); revise deposition summaries and correspondence regarding same (.5); review outline for A. Muhonen deposition (.4); | 5.90 |
| 08/31/2023 | J. Hewitt | Conference with A. Wynn-Grant, C. Bowers, R. Lamkin, and Perkins team regarding preliminary injunction motions and hearing preparation (.3); edit motion for summary judgment (2.4); review transcript of deposition of J. P. Jussila (1.7); review transcript of deposition of J. Tapio (1.0); review deposition notices of R. Held and T. Kozek (.5); | 5.90 |
| **Subtotal:** [redacted] | | | **604.60** |
| **Total** | | | **604.60** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

**Services**
[redacted]

## Summary of Services through 08/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 130.90 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 54.30 | [redacted] | [redacted] |
| A. Griggs | Associate | 114.70 | [redacted] | [redacted] |
| B. Kadjo | Associate | 24.30 | [redacted] | [redacted] |
| J. Moore | Associate | 71.40 | [redacted] | [redacted] |
| J. Hewitt | Associate | 171.00 | [redacted] | [redacted] |
| K. Smith | Paralegal | 38.00 | [redacted] | [redacted] |
| **Total Services** | | **604.60** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 604.60 | [redacted] |
| **Total Services** | | **604.60** | [redacted] |

## Disbursements and Other Detailed Services through 08/31/2023

| Description | Amount |
|---|---|
| Federal Express - Air express charge - 1932 CARROLLTON RD | 84.97 |
| FedEx - Air express charge - KATE ROSE, PERKINS COIE LLP, 11452 EL CAMINO REAL, SUITE 30, SAN DIEGO, CA, 92130, US | 489.93 |
| Harbor Experts LLC (ACH) - Professional Services - July 2023 | 35,549.98 |
| **Total** | **$36,124.88** |

**Total Disbursements and Other Services**
$36,124.88

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | |
| Bill Date | November 6, 2023 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through September 30, 2023

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $306,891.11 |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| | |
|---|---|
| **CHECKS:**<br>**Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **ACH / WIRE TRANSFERS IN USD:**<br>**Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA # [redacted]**<br>**Swift Code # [redacted]**<br>**Account Name: Perkins Coie LLP**<br>**Account Number: [redacted]** |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 09/30/2023

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 09/01/2023 | S. Piepmeier | Finalize outline and exhibits for A. Muhonen deposition (2.1); take A. Muhonen deposition (3.4); email communications with R. Lamkin regarding PI mock (.2); | 5.70 |
| 09/01/2023 | K. Smith | Draft amended deposition notice (.1); update and distribute case calendar (.2); | 0.60 |
| 09/01/2023 | J. Moore | Revise noninfringement portion of summary judgment motion; | 4.60 |
| 09/01/2023 | A. Griggs | Draft damages Daubert motion; | 6.10 |
| 09/01/2023 | E. Edlin | Attend deposition of A. Muhonen; | 2.90 |
| 09/01/2023 | J. Hewitt | Revise motion for summary judgment for unclean hands (2.1); edit motion for summary judgment of inequitable conduct (2.6); proofread motion for summary judgment in totality (1.7); | 6.40 |
| 09/02/2023 | E. Edlin | Revise motion for summary judgment and correspondence regarding same; | 2.90 |
| 09/03/2023 | S. Shanberg | Correspond with R. Lamkin regarding mock for hearing on motion for preliminary injunction (0.2); | 0.20 |
| 09/03/2023 | S. Shanberg | Telephone conference with S. Piepmeier regarding PI mock strategy (.2) | 0.20 |
| 09/03/2023 | S. Shanberg | Review motion for preliminary injunction in preparation for telephone conference with R. Lamkin (0.6); | 0.60 |
| 09/03/2023 | S. Piepmeier | Email correspondence with R. Lamkin regarding PI hearing and CUVTA discovery (.2); telephone conference with S. Shanberg regarding PI mock strategy (.2); | 0.40 |
| 09/03/2023 | E. Edlin | Review Motion for Summary Judgment and correspondence regarding same; | 0.50 |
| 09/03/2023 | J. Hewitt | Incorporate edits from E. Edlin in motion for summary judgment (3.1); edit organization of motion for summary judgment for inequitable conduct (2.1); | 5.20 |
| 09/04/2023 | S. Shanberg | Telephone conference with R. Lamkin regarding strategy for preliminary injunction hearing; | 0.40 |
| 09/04/2023 | S. Piepmeier | Revise MSJ; | 0.90 |
| 09/04/2023 | E. Edlin | Review CUVTA filing from Valjakka and declaration, including correspondence with N. Mody regarding same; | 0.60 |
| 09/05/2023 | S. Piepmeier | Analysis regarding sealing issues; | 0.30 |
| 09/05/2023 | K. Smith | Draft declaration in support of motion for summary judgment (.7); prepare | 3.90 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | exhibits regarding same (1.5); draft sealing papers regarding same (1.5); update and distribute case calendar (.2); | |
| 09/05/2023 | J. Moore | Revise noninfringement portion of summary judgment motion (.7); draft deposition outline for A. Rubin (3.3); review A. Rubin expert reports and exhibits, '167 patent, and Netflix documentation on Open Connect (2.8); | 6.80 |
| 09/05/2023 | A. Griggs | Video conference with N. Mody, E. Schultz, and E. Edlin regarding preparation for deposition (.6); research expert witness deposition attendance issue (1.0); correspondence with N. Mody regarding damages calculations (.8); draft hypothetical negotiation sections of Held deposition outline (4.5); draft license agreements sections of Held deposition outline (2.9); | 9.80 |
| 09/05/2023 | E. Edlin | Conference with J. Hewitt regarding motion for summary judgment edits (.6); video conference with N. Mody, E. Schultz, and A. Griggs regarding preparation for deposition (.6); correspondence with opposing counsel regarding deposition negotiations (.3); correspondence regarding deposition strategy (.6); review outline for R. Held deposition and correspondence regarding same (1.1); review N. Held report in preparation for Held deposition (2.1); review CUVTA reply motion and correspondence with R. Lamkin re same (.7); revise motion for summary judgment and correspondence regarding same (3.4); | 9.40 |
| 09/05/2023 | J. Hewitt | Conference with E. Edlin regarding motion for summary judgment edits (.6); correspondence with K. Rose and E. Edlin (.2); edit motion for summary judgment (7.5); | 8.30 |
| 09/05/2023 | J. Ta | Attention to Valjakka's request to have B. Held attend N. Mody deposition; | 0.20 |
| 09/06/2023 | S. Piepmeier | Revise agenda for team call (.2); analysis regarding PI reply brief (.2); review summary of Mody deposition (.2); | 0.60 |
| 09/06/2023 | K. Smith | Email with counsel regarding Dr. Rubin deposition; | 0.10 |
| 09/06/2023 | J. Moore | Draft deposition outline for A. Rubin (2.3); review A. Rubin expert reports and exhibits, '167 patent, T. Kozek expert reports, and Netflix documentation on Open Connect (4.1); | 6.40 |
| 09/06/2023 | A. Griggs | Attend N. Mody deposition (6.9); draft summary of N. Mody deposition (.7); update R. Held deposition outline and gather materials for deposition (1.7); edit Daubert motion (.9); | 10.20 |
| 09/06/2023 | E. Edlin | Prepare for and defend N. Mody deposition and correspondence regarding same (8.5); revise deposition summary and correspondence regarding same (.4); | 8.90 |
| 09/06/2023 | J. Hewitt | Draft agenda (.5); correspondence with A. Griggs (.3); edit motion for summary judgment (6.9); | 7.70 |
| 09/07/2023 | S. Shanberg | Review and suggest revisions to motion for summary judgment; | 2.60 |
| 09/07/2023 | S. Piepmeier | Conference with A. Wynn-Grant, C. Bowers, R. Lamkin, and Perkins team | 3.10 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | regarding deposition updates, preliminary injunction sealing declaration, upcoming deposition strategy, motion for summary judgment update, Daubert motion update, and preliminary injunction updates (0.7); attention to sealing declarations (.3); revise MSJ (1.1); telephone conference [redacted] regarding sealing declaration (.3); emails [redacted] regarding sealing declaration (.4); revise sealing declarations (.3); | |
| 09/07/2023 | K. Smith | Email with opposing counsel regarding tomorrow's deposition (.1); update sealing papers in support of motion for summary judgment (1.0); | 1.10 |
| 09/07/2023 | J. Moore | Draft deposition outline for A. Rubin (1.4); revise noninfringement portion of summary judgment motion (.6); video conference with A. Rubin and X. Shi regarding deposition preparation (1.3); conference with A. Wynn-Grant, C. Bowers, R. Lamkin, and Perkins team regarding deposition updates, preliminary injunction sealing declaration, upcoming deposition strategy, motion for summary judgment update, Daubert motion update, and preliminary injunction updates (.7); review A. Muhonen deposition transcript (.5); | 4.50 |
| 09/07/2023 | A. Griggs | Video conference with N. Mody and E. Edlin regarding preparation and strategy for Valjakka's damages expert deposition (2.6); revise and update R. Held deposition outline per new strategies (7.0); | 9.60 |
| 09/07/2023 | E. Edlin | Conference with A. Wynn-Grant, C. Bowers, R. Lamkin, and Perkins team regarding deposition updates, preliminary injunction sealing declaration, upcoming deposition strategy, motion for summary judgment update, Daubert motion update, and preliminary injunction updates (.7); conference with J. Hewitt regarding motion for summary judgment (.6); video conference with N. Mody and A. Griggs regarding preparation and strategy for Valjakka's damages expert deposition (2.6); revise Held deposition outline and prepare for deposition (7.3); | 11.20 |
| 09/07/2023 | J. Hewitt | Conference with A. Wynn-Grant, C. Bowers, R. Lamkin, and Perkins team regarding deposition updates, preliminary injunction sealing declaration, upcoming deposition strategy, motion for summary judgment update, Daubert motion update, and preliminary injunction updates (.7); edit declaration regarding motion to file motion for summary judgment under seal (.8); edit declaration regarding motion for summary judgment (.5); edit administrative motion to seal portions of motion for summary judgment and exhibits (.6); edit proposed order granting motion for summary judgment (.2); edit proposed order granting motion to seal (.2); edit motion for summary judgment (6.5); correspondence with K. Rose, A. Griggs, J. Moore, and S. Shanberg regarding briefing strategy (.4); | 9.90 |
| 09/08/2023 | S. Piepmeier | Attention to sealing declarations; | 1.30 |
| 09/08/2023 | K. Smith | Finalize and file declarations in support of motion to seal; | 0.40 |
| 09/08/2023 | K. Smith | Update client files; | 0.20 |
| 09/08/2023 | J. Moore | Video call with A. Rubin regarding invalidity report (.1); defend A. Rubin deposition (8.8); draft summary of A. Rubin deposition (.4); | 9.20 |
| 09/08/2023 | A. Griggs | Attend R. Held deposition (7.0); strategize with N. Mody and E. Edlin | 8.40 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | regarding R. Held deposition (0.5); draft summary of R. Held deposition for team (0.9); | |
| 09/08/2023 | A. Griggs | Video conference with N. Mody and E. Edlin regarding preparation and strategy for Valjakka's damages expert deposition (2.6); | 0.50 |
| 09/08/2023 | E. Edlin | Prepare for and take R. Held deposition (10.1); revise deposition summary and correspondence regarding same (.5); | 10.60 |
| 09/09/2023 | J. Moore | Revise noninfringement portion of summary judgment motion (.5); draft deposition outline for T. Kozek (.7); review T. Kozek expert reports and exhibits, A. Rubin reports and exhibits, and '167 patent (1.4); | 2.60 |
| 09/09/2023 | E. Edlin | Correspondence regarding motion for summary judgment; | 0.60 |
| 09/09/2023 | J. Hewitt | Incorporate edits from S. Piepmeier and S. Shanberg in motion for summary judgment (2.8); proofread motion for summary judgment in totality (1.6); | 4.40 |
| 09/10/2023 | S. Piepmeier | Revise motion for summary judgment; | 1.20 |
| 09/10/2023 | J. Moore | Draft deposition outline for T. Kozek (1.7); review T. Kozek expert reports and exhibits, A. Rubin reports and exhibits, and '167 patent (2.0); | 3.70 |
| 09/10/2023 | J. Hewitt | Incorporate edits from S. Piepmeier in motion for summary judgment (3.6); | 3.60 |
| 09/11/2023 | S. Piepmeier | Revise MSJ: | 0.40 |
| 09/11/2023 | K. Smith | Update and distribute calendar for deposition (.1); pull and send deposition details to counsel (.1); update client files (.1); pull and send documents for summary judgment (.5); | 0.80 |
| 09/11/2023 | J. Moore | Draft deposition outline for T. Kozek (5.2); review T. Kozek expert reports and exhibits, A. Rubin reports and exhibits, and '167 patent (4.7); | 9.90 |
| 09/11/2023 | A. Griggs | Telephone conference with E. Edlin regarding damages Daubert motion revisions and case law (.5); research entire [redacted] (3.0); research case law regarding [redacted] (1.5); draft apportionment sections of damages Daubert motion (4.8); | 9.80 |
| 09/11/2023 | E. Edlin | Review R. Held deposition transcript (.7); revise Daubert motion and correspondence with A. Griggs regarding same (5.8); correspondence with N. Mody regarding damages theories (.6); review Kozek deposition outline and correspondence with J. Moore regarding same (.6); | 7.70 |
| 09/11/2023 | J. Hewitt | Incorporate team edits in motion for summary judgment (3.2); proofread motion for summary judgment in totality (1.2); | 4.40 |
| 09/12/2023 | S. Shanberg | Conference regarding Preliminary Injunction hearing and preparation for same; | 0.30 |
| 09/12/2023 | S. Piepmeier | Review client and appellate edits to MSJ (.3); review summary of Kozek | 0.90 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | deposition (.2); analysis regarding Daubert strategy (.4); | |
| 09/12/2023 | K. Smith | Update case calendar; | 0.20 |
| 09/12/2023 | J. Moore | Revise deposition outline for T. Kozek (1.6); take T. Kozek deposition (8.1); draft summary of T. Kozek deposition (1.0); | 10.70 |
| 09/12/2023 | A. Griggs | Address E. Edlin comments on Daubert motion; | 2.90 |
| 09/12/2023 | E. Edlin | Revise motion for summary judgment and correspondence regarding same (.7); revise correspondence regarding deposition summary (.1); | 0.80 |
| 09/12/2023 | E. Edlin | Conference with R. Lamkin and L. Dreyer regarding motion for summary judgment (.5); correspondence with A. Wynn-Grant regarding motion for summary judgment and assignments (.4); correspondence regarding Kozek deposition (.4); | 1.30 |
| 09/12/2023 | J. Hewitt | Review correspondence and edits from R. Lamkin and L. Dreyer regarding motion for summary judgment (.8); incorporate edits from Perkins team in motion for summary judgment (3.7); proofread motion for summary judgment in totality (1.9); | 6.40 |
| 09/13/2023 | S. Piepmeier | Analysis regarding MSJ and Daubert (.4); analysis regarding admissibility of foreign judgment (.2); | 0.60 |
| 09/13/2023 | K. Smith | Update client files (.2); download deposition files and transcripts (.3); send files to R. Lampkin (.2); | 0.70 |
| 09/13/2023 | J. Moore | Revise non-infringement portion of summary judgment motion; | 0.40 |
| 09/13/2023 | A. Griggs | Correspondence with N. Mody regarding Daubert motion (.3); address N. Mody's comments and edits into Daubert motion draft (1.5); address E. Edlin's comments and edits into Daubert motion draft (3.5); proofread Daubert motion draft (1.3); add citations into Daubert motion (1.8); revise and edits Daubert motion (1.3); | 9.70 |
| 09/13/2023 | E. Edlin | Conference with J. Hewitt regarding motion for summary judgment (0.4); | 0.40 |
| 09/13/2023 | E. Edlin | Revise Daubert motion and correspondence regarding same (2.5); Revise motion for summary judgment and correspondence regarding same (4.2); email and telephone correspondence with R. Lamkin and S. Piepmeier regarding authentication of documents (.5); | 6.20 |
| 09/13/2023 | J. Hewitt | Conference with E. Edlin regarding motion for summary judgment (.4); edit motion for summary judgment supporting documents (3.5); correspondence with R. Lamkin and K. Rose (.3); | 4.20 |
| 09/14/2023 | S. Piepmeier | Conference with A. Wynn-Grant, C. Bowers, R. Lamkin, and Perkins team regarding deposition updates, motion for summary judgment strategy, Daubert motion, and preliminary injunction hearing preparation (1.2); revise MSJ (1.1); | 2.30 |
| 09/14/2023 | K. Smith | Emails with vendor regarding rough transcript (.3); cite-check motion for | 6.80 |

Invoice No.[redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | summary judgment (3.2); prepare exhibits for filing (3.3); | |
| 09/14/2023 | J. Moore | Revise summary judgment motion (2.6); Conference with A. Wynn-Grant, C. Bowers, R. Lamkin, and Perkins team regarding deposition updates, motion for summary judgment strategy, Daubert motion, and preliminary injunction hearing preparation (1.2); review T. Kozek rough deposition transcript (1.0); | 4.80 |
| 09/14/2023 | B. Kadjo | Review MSJ for final edits; | 1.20 |
| 09/14/2023 | A. Griggs | Gather exhibits for Daubert motion (.5); proof draft of Daubert motion (1.5); address E. Edlin comments on Daubert motion (1.9); address N. Mody comments on Daubert motion (1.0); | 4.90 |
| 09/14/2023 | E. Edlin | Correspondence regarding team call agenda (.1); revise motion for summary judgment and correspondence regarding same (3.6); revise Daubert motion (2.7); | 6.40 |
| 09/14/2023 | E. Edlin | Conference with A. Wynn-Grant, C. Bowers, R. Lamkin, and Perkins team regarding deposition updates, motion for summary judgment strategy, Daubert motion, and preliminary injunction hearing preparation (1.2); | 1.20 |
| 09/14/2023 | J. Hewitt | Conference with A. Wynn-Grant, C. Bowers, R. Lamkin, and Perkins team regarding deposition updates, motion for summary judgment strategy, Daubert motion, and preliminary injunction hearing preparation (1.2); edit motion for summary judgment and supporting documents (4.9); | 6.10 |
| 09/15/2023 | S. Shanberg | Review motion for preliminary injunction, opposition, and reply in preparation for mock; | 1.40 |
| 09/15/2023 | S. Piepmeier | Final review of MSJ for filing; | 1.60 |
| 09/15/2023 | K. Smith | File motion for summary judgment and motion to seal; | 9.90 |
| 09/15/2023 | J. Moore | Review exhibits for summary judgment motion (.3); revise summary judgment motion (2.0); revise Daubert motion (.4); | 2.70 |
| 09/15/2023 | B. Kadjo | Review and revise Daubert motion; | 0.70 |
| 09/15/2023 | A. Griggs | Coordinate action items to be completed for Daubert motion filing with K. Rose and E. Edlin (.5); address E. Edlin edits to Daubert motion (1.6); | 2.10 |
| 09/15/2023 | E. Edlin | Conference with J. Hewitt regarding motion for summary judgment (0.3); | 0.30 |
| 09/15/2023 | E. Edlin | Finalize motion for summary judgment and correspondence regarding same (5.3) ; review motion to seal and declarations and correspondence regarding same (1.2); correspondence regarding confidentiality and sealing (.4); | 6.90 |
| 09/15/2023 | J. Hewitt | Conference with E. Edlin regarding motion for summary judgment (.3); finalize motion for summary judgment and supporting documents (4.4); | 4.70 |
| 09/16/2023 | S. Piepmeier | Revise Daubert motion; | 2.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 09/17/2023 | S. Piepmeier | Review edits to Daubert (.1); review CUVTA materials to prepare for PI mock (1.2); | 1.30 |
| 09/17/2023 | A. Griggs | Address S. Piepmeier comments and edits on Daubert motion (3.5); reorganize arguments in Daubert motion (2.1); find and add cites to Daubert motion (2.5); address E. Edlin comments and edits on Daubert motion (2.7); | 10.80 |
| 09/17/2023 | E. Edlin | Revise Daubert motion and correspondence regarding same (5.1); correspondence regarding mock preparations and MSJ filing (.2); | 5.30 |
| 09/18/2023 | S. Shanberg | Prepare for and attend mock oral argument; | 2.40 |
| 09/18/2023 | S. Piepmeier | Prepare for and attend PI mock (2); revise Daubert (1.4); | 3.40 |
| 09/18/2023 | K. Smith | Pull and send documents to client; | 1.70 |
| 09/18/2023 | J. Moore | Revise Daubert motion; | 0.60 |
| 09/18/2023 | A. Griggs | Address S. Piepmeier comments and edits (.8); address E. Edlin comments and edits (1.1); clean read Daubert draft for client review (1.7); | 3.60 |
| 09/19/2023 | S. Piepmeier | Revise Daubert brief; | 1.60 |
| 09/19/2023 | K. Smith | Update client files (.7); calendar deadlines (.7); | 1.40 |
| 09/19/2023 | A. Griggs | Review Held deposition transcript and incorporate quotes and other helpful cites into the Daubert motion (4.7); address Netflix's comments and edits (1.4); | 6.10 |
| 09/20/2023 | S. Piepmeier | Review briefing to prepare for PI hearing; | 1.40 |
| 09/20/2023 | K. Smith | Review files for deposition transcripts (.1); pull and send deposition transcripts to R. Lamkin (.2); review rules for Daubert motions; cite-check motion; prepare exhibits for filing; | 5.10 |
| 09/20/2023 | B. Kadjo | Revise Daubert motion regarding damages report; | 2.10 |
| 09/20/2023 | A. Griggs | Edit Daubert motion (2.0); review Mody rough transcript for deposition quotes (2.7); | 4.70 |
| 09/20/2023 | E. Edlin | Revise Daubert motion and correspondence regarding same; | 1.80 |
| 09/20/2023 | J. Hewitt | Research regarding [redacted]; | 2.50 |
| 09/21/2023 | S. Piepmeier | Revise Daubert motion (1.1); Prepare for PI hearing (1.2); Conference with A. Wynn-Grant, C. Bowers, R. Lamkin, and Perkins team regarding preliminary injunction hearing strategy (.3); attend PI hearing (.7); Conference with A. Wynn-Grant, C. Bowers, R. Lamkin, and E. Edlin regarding preliminary injunction hearing results (.3); review Valjakka Daubert (.2); | 3.60 |
| 09/21/2023 | K. Smith | Excerpt exhibits; draft declaration in support of Valjakka's motion to seal; | 5.10 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 09/21/2023 | K. Smith | Revise and draft papers in support of motion to exclude; | 1.40 |
| 09/21/2023 | K. Smith | Review files for deposition transcripts (.1); pull and send deposition transcripts to R. Lamkin (.2); review rules for Daubert motions; pull and send case management statements to S. Piepmeier (.2); | 0.80 |
| 09/21/2023 | J. Moore | Conference with A. Wynn-Grant, C. Bowers, R. Lamkin, and Perkins team regarding preliminary injunction hearing strategy (.3); | 0.30 |
| 09/21/2023 | B. Kadjo | Revise Daubert motion (.6); revise declaration for motion to seal (.5); | 1.10 |
| 09/21/2023 | A. Griggs | Update Daubert draft (6.1); draft reply Daubert brief outline (.5); review Valjakka's Daubert to exclude Dr. Mody (.2); | 6.80 |
| 09/21/2023 | E. Edlin | Review Valjakka's motion to exclude Mody and correspondence regarding same (.9); attend hearing regarding CUVTA claims and conference with team regarding same (.7); correspondence regarding sealing declaration (.3); correspondence regarding confidentiality (.2); | 2.10 |
| 09/21/2023 | J. Hewitt | Conference with A. Wynn-Grant, C. Bowers, R. Lamkin, and Perkins team regarding preliminary injunction hearing strategy (.3); attend preliminary injunction hearing (.7); draft email [redacted] (1.5); | 2.50 |
| 09/22/2023 | S. Piepmeier | Revise Daubert for filing; | 0.40 |
| 09/22/2023 | K. Smith | Revise papers in support of motion to exclude; | 0.50 |
| 09/22/2023 | K. Smith | Pull number of documents produced as highly confidential (.1); prepare documents for filing | 3.60 |
| 09/22/2023 | J. Moore | Draft deposition outline for I. Jonyer (2.6); revise Daubert motion (.4); | 3.00 |
| 09/22/2023 | B. Kadjo | Revise Daubert report and finalize the same (.8); prepare motions to seal (.5); | 1.30 |
| 09/22/2023 | A. Griggs | Video conference with N. Mody and E. Schultz regarding Daubert motion redactions and calculations (.7); conference with J. Hewitt regarding damages Daubert reply strategy (.5); address final team comments on Daubert motion (5.6); edit and review motion to seal (0.8); edit and review supporting declarations (.5); final proof read Daubert documents for filing (.4); | 8.50 |
| 09/22/2023 | E. Edlin | Finalize Netflix's Daubert motion and correspondence regarding same (1.6); correspondence regarding document productions (.2); strategize regarding Valjakka's motion to exclude Mody (.5); | 2.30 |
| 09/22/2023 | J. Hewitt | Conference with A. Griggs regarding damages Daubert reply strategy (.5); correspondence with C. Bowers (.5); review number of produced internal documents (1); correspondence with A. Griggs and B. Kadjo (.5); draft email regarding plaintiff's motion to exclude testimony of D. Mody (.7); | 3.20 |
| 09/24/2023 | A. Griggs | Research regarding [redacted] | 0.70 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | [redacted]; | |
| 09/25/2023 | S. Piepmeier | Attention to sealing requests; | 0.20 |
| 09/25/2023 | K. Smith | Calendar deadlines (.1); emails regarding declaration in support of motion to seal (.2); revise declaration in support of motion to seal (1.5); finalize and file same (.8); | 2.60 |
| 09/25/2023 | B. Kadjo | Conference with B. Kadjo, A. Griggs, and J. Hewitt regarding damages reply Daubert (1.1); review outline regarding damages reply (.7); | 1.80 |
| 09/25/2023 | A. Griggs | Research regarding [redacted] (2.5); Conference with B. Kadjo and J. Hewitt regarding damages reply Daubert (1.1); conference with J. Hewitt regarding damages reply Daubert (.3); research regarding [redacted] (.8); draft responsive Daubert motion (3.6); | 8.30 |
| 09/25/2023 | J. Hewitt | Conference with B. Kadjo and A. Griggs regarding damages reply Daubert (1.1); conference with A. Griggs regarding damages reply Daubert (.3); research case law regarding [redacted] (3.5); | 4.90 |
| 09/26/2023 | K. Smith | Send calendar to A. Griggs; | 0.10 |
| 09/26/2023 | B. Kadjo | Revise Daubert motion response; | 1.60 |
| 09/26/2023 | A. Griggs | Draft responsive Daubert motion (8.5); research [redacted] (1.6); | 10.10 |
| 09/26/2023 | E. Edlin | Correspondence regarding opposition to Valjakka's Daubert motion; | 0.50 |
| 09/26/2023 | J. Hewitt | Research for Daubert reply brief (1.5); correspondence with S. Piepmeier and R. Lamkin (.3); | 1.80 |
| 09/27/2023 | S. Piepmeier | Analysis regarding new CDN license revocation (.3); attention to redactions declaration (.3); review CUTVA discovery (.2); | 0.80 |
| 09/27/2023 | K. Smith | Download production (.7); excerpt exhibit for filing (3.0); locate and send amended protective order to B. Kadjo (.1); | 3.80 |
| 09/27/2023 | J. Moore | Review local rules regarding sealing ehxibits (.4); draft motion to seal, declaration, and proposed order (1.3); | 1.70 |
| 09/27/2023 | B. Kadjo | Oversee sealed filings for briefs of both sides; | 0.60 |
| 09/27/2023 | A. Griggs | Research [redacted] for responsive Daubert motion; | 1.70 |
| 09/27/2023 | E. Edlin | Review Netflix's Daubert opposition and correspondence regarding same; | 0.70 |
| 09/27/2023 | J. Hewitt | Correspondence with K. Rose, B. Kadjo, W. Ramey, K. Talanov, and A. Griggs; | 2.50 |
| 09/28/2023 | S. Piepmeier | Analysis regarding Daubert opposition; | 0.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 09/28/2023 | K. Smith | Finalize and file declaration and exhibit in support of motion to seal (.7); update client files (.1); calendar deadlines (.1); cite-check reply (3.9); | 5.10 |
| 09/28/2023 | J. Moore | Revise declaration supporting motion to seal (.1); Video conference with A. Wynn-Grant, R. Lamkin, and J. Moore regarding Daubert reply and CUVTA discovery (.5); | 0.60 |
| 09/28/2023 | B. Kadjo | Video conference with A. Wynn-Grant, R. Lamkin, and J. Moore regarding Daubert reply and CUVTA discovery (.5); prepare meeting notes (.2); revise Daubert response (.3); prepare for video conference status update (.3); | 1.30 |
| 09/28/2023 | A. Griggs | Strategize with E. Edlin regarding response Daubert draft (.7); edit and draft introduction section of response Daubert (1.1); edit and draft argument sections of response Daubert (6.7); incorporate team comments and edits into response Daubert draft (2.2); | 10.70 |
| 09/28/2023 | E. Edlin | Revise Netflix's Daubert opposition and correspondence regarding same; | 2.60 |
| 09/29/2023 | A. Candeloro | Prepare joint stipulation to extend deadlines (.3); confer with L. Gordon (.1); file stipulation with PTAB (.2); serve on opposing counsel (.1); | 0.70 |
| 09/29/2023 | S. Piepmeier | Attention to Daubert opposition; | 0.30 |
| 09/29/2023 | A. Griggs | Conference with J. Hewitt regarding additional case research for reply Daubert motion (.4); research case law regarding arm's length transactions (1.0); address E. Edlin comments on responsive Daubert draft (2.8); update response Daubert draft with new citations (1.3); | 5.50 |
| 09/29/2023 | E. Edlin | Revise Netflix's Daubert opposition and correspondence regarding same; | 4.10 |
| 09/29/2023 | J. Hewitt | Conference with A, Griggs regarding additional case research for reply Daubert motion; | 0.40 |
| 09/30/2023 | A. Griggs | Address N. Mody comments and edits to draft responsive Daubert motion; | 2.20 |
| 09/30/2023 | E. Edlin | Correspondence regarding Daubert opposition; | 0.60 |
| **Subtotal:** [redacted] | | | **525.40** |
| **Total** | | | **525.40** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

**Services**
[redacted]

## Summary of Services through 09/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 98.80 | [redacted] | [redacted] |
| J. Ta | Partner | 0.20 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 34.70 | [redacted] | [redacted] |
| S. Shanberg | Partner | 8.10 | [redacted] | [redacted] |
| A. Griggs | Associate | 153.70 | [redacted] | [redacted] |
| B. Kadjo | Associate | 11.70 | [redacted] | [redacted] |
| J. Moore | Associate | 72.50 | [redacted] | [redacted] |
| J. Hewitt | Associate | 89.10 | [redacted] | [redacted] |
| A. Candeloro | Paralegal | 0.70 | [redacted] | [redacted] |
| K. Smith | Paralegal | 55.90 | [redacted] | [redacted] |
| **Total Services** | | **525.40** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 525.40 | [redacted] |
| **Total Services** | | **525.40** | [redacted] |

## Disbursements and Other Detailed Services through 09/30/2023

| Description | Amount |
|---|---|
| Focus Litigation Solutions - Court reporter/transcript fee - Jari Tapio | 5,126.75 |
| Focus Litigation Solutions - Court reporter/transcript fee - Robert F. Held | 9,347.50 |
| Focus Litigation Solutions - Court reporter/transcript fee - Ahti Muhonen | 5,188.00 |
| U.S. Legal Support - Video deposition - Remote Video Conference, 9/8/23 | 2,513.20 |
| U.S. Legal Support - Video deposition - Remote Video Conference, 9/6/23 | 2,234.05 |
| Harbor Experts LLC (ACH) - Professional Services - 8/2023 | 64,337.59 |
| Intensity LLC (ACH) - Professional Services | 34,687.50 |
| Intensity LLC (ACH) - Professional Services - August 2023 | 167,153.50 |
| Edlin, Elise - Taxi/Car Service - E. Edlin, Car Service, 08/26/2023 - 09/02/2023 | 56.09 |
| Edlin, Elise - Inflight WiFi - E. Edlin, Inflight WiFi, 08/26/2023 | 29.99 |
| Edlin, Elise - Inflight WiFi - E. Edlin, Inflight WiFi, 09/02/2023 | 26.99 |
| Edlin, Elise - Taxi/Car Service - E. Edlin, Lyft from home to airport, 08/26/2023 - 09/02/2023 | 65.14 |
| Edlin, Elise - Taxi/Car Service - E. Edlin, Lyft from airport to home, 08/26/2023 - 09/02/2023 | 68.83 |
| Piepmeier, Sarah E. - Inflight WiFi - S. Piepmeier, Depositions in Helsinki, Finland (flight WiFi), 09/02/2023 | 21.99 |

Invoice No. [redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Description | Amount |
| --- | --- |
| Piepmeier, Sarah E. - Inflight WiFi - S. Piepmeier, Depositions in Helsinki, Finland (flight Wifi), 08/26/2023 | 29.99 |
| Piepmeier, Sarah E. - Taxi/Car Service - S. Piepmeier, Depositions in Helsinki, Finland (taxi), 08/26/2023 - 09/02/2023 | 74.43 |
| Piepmeier, Sarah E. - Parking - S. Piepmeier, Depositions in Helsinki, Finland (parking), 08/26/2023 - 09/02/2023 | 278.00 |
| Edlin, Elise - Airfare - E. Edlin, Air fare to/from Helsinki, 08/26/2023 - 09/02/2023 (booked business; written down to comparable economy) | 4,151.15 |
| Piepmeier, Sarah E. - Airfare - S. Piepmeier, Depositions in Helsinki, Finland (airfare), 08/26/2023 - 09/02/2023 (booked business; written down to comparable economy) | 3,266.25 |
| Edlin, Elise - Dinner - E. Edlin, E. Edlin, Dinner, 08/26/2023 - 09/02/2023 | 76.65 |
| Edlin, Elise - Dinner - E. Edlin, E. Edlin, Dinner, 08/26/2023 - 09/02/2023 | 43.18 |
| Edlin, Elise - Breakfast - E. Edlin, E. Edlin, Breakfast, 08/26/2023 - 09/02/2023 | 10.69 |
| Edlin, Elise - Dinner - E. Edlin, E. Edlin, Dinner, 08/26/2023 - 09/02/2023 | 106.89 |
| Edlin, Elise - Lunch - E. Edlin, E. Edlin, Lunch, 08/26/2023 - 09/02/2023 | 25.33 |
| Edlin, Elise - Dinner - E. Edlin, E. Edlin, Dinner, 08/26/2023 - 09/02/2023 | 63.98 |
| Edlin, Elise - Dinner - E. Edlin, E. Edlin, Dinner, 08/26/2023 - 09/02/2023 | 86.61 |
| Edlin, Elise - Hotel - Breakfast - E. Edlin, E. Edlin, Breakfast, 08/28/2023 - 09/02/2023 | 17.04 |
| Edlin, Elise - Hotel - Lunch - E. Edlin, E. Edlin, Lunch, 08/28/2023 - 09/02/2023 | 21.57 |
| Edlin, Elise - Hotel - Breakfast - E. Edlin, E. Edlin, Breakfast, 08/28/2023 - 09/02/2023 | 50.60 |
| Edlin, Elise - Hotel - Lunch - E. Edlin, E. Edlin, Lunch, 08/28/2023 - 09/02/2023 | 45.30 |
| Edlin, Elise - Hotel - Breakfast - E. Edlin, E. Edlin, Breakfast, 08/28/2023 - 09/02/2023 | 34.52 |
| Edlin, Elise - Hotel - Breakfast - E. Edlin, E. Edlin, Breakfast, 08/28/2023 - 09/02/2023 | 11.11 |
| Piepmeier, Sarah E. - Dinner - S. Piepmeier, S. Piepmeier, Depositions in Helsinki, Finland (meal), 08/26/2023 - 09/02/2023 | 98.37 |
| Piepmeier, Sarah E. - Dinner - S. Piepmeier, S. Piepmeier, Depositions in Helsinki, Finland (meal), 08/26/2023 - 09/02/2023 | 82.52 |
| Piepmeier, Sarah E. - Hotel - Lunch - S. Piepmeier, S. Piepmeier, Depositions in Helsinki, Finland (meal), 08/26/2023 - 09/02/2023 | 25.89 |
| Piepmeier, Sarah E. - Dinner - S. Piepmeier, S. Piepmeier, Depositions in Helsinki, Finland (meal), 08/26/2023 - 09/02/2023 | 40.61 |
| Edlin, Elise - Dinner - E. Edlin, E. Edlin, Dinner, 08/26/2023 - 09/02/2023 | 68.86 |
| Piepmeier, Sarah E. - Dinner - S. Piepmeier, S. Piepmeier, Depositions in Helsinki, Finland (meal), 08/26/2023 - 09/02/2023 | 21.05 |
| Piepmeier, Sarah E. - Hotel - Lunch - S. Piepmeier, S. Piepmeier, Depositions in Helsinki, Finland (meal), 08/26/2023 - 09/02/2023 | 10.79 |
| Piepmeier, Sarah E. - Dinner - S. Piepmeier, S. Piepmeier, Depositions in Helsinki, Finland (meal), 08/26/2023 - 09/02/2023 | 67.66 |
| Piepmeier, Sarah E. - Hotel - Lunch - S. Piepmeier, S. Piepmeier, Depositions in Helsinki, Finland (meal), 08/26/2023 - 09/02/2023 | 25.89 |
| Edlin, Elise - Lodging - E. Edlin, Hotel, 08/26/2023 - 09/02/2023 | 2,603.74 |
| Piepmeier, Sarah E. - Lodging - S. Piepmeier, Depositions in Helsinki, Finland (lodging), 08/26/2023 - 09/02/2023 | 2,626.57 |
| US Bank - Other - A. Freddie, Interpreter services., 08/29/2023 | 875.00 |

Invoice No. 6922426
Netflix, Inc.
079467.0025 / Valjakka
Client Matter ID: NFLX-01033

PERKINSCOIE

| Description | Amount |
|---|---|
| US Bank - Other - A. Freddie, Interpreter servcies., 09/04/2023 | 1,093.75 |
| **Total** | **$306, 8 91.11** |

**Total Disbursements and Other Services**
$306,891.11

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | November 30, 2023 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through October 31, 2023

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $24,065.62 |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA # [redacted]**<br>**Swift Code # [redacted]**<br>**Account Name: Perkins Coie LLP**<br>**Account Number: [redacted]** |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 10/31/2023

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 10/02/2023 | S. Piepmeier | Revise Daubert brief; | 1.30 |
| 10/02/2023 | B. Kadjo | Strategize with Perkins team regarding reply Daubert motion and rebuttal motion for summary judgment (.7); revise reply Daubert motion (.3); | 1.00 |
| 10/02/2023 | A. Griggs | Strategize with Perkins team regarding response Daubert motion and rebuttal motion for summary judgment (.7); address team comments on response Daubert motion (3.0); | 3.70 |
| 10/02/2023 | E. Edlin | Strategize with Perkins team regarding reply Daubert motion and rebuttal motion for summary judgment (.7); revise opposition to Daubert opposition and correspondence regarding same (3.2); | 3.90 |
| 10/02/2023 | J. Hewitt | Strategize with Perkins team regarding reply Daubert motion and rebuttal motion for summary judgment (.7); edit reply Daubert motion (2.7); review plaintiff's answer and expert report (2.8); research [redacted] (3.4); | 9.60 |
| 10/03/2023 | K. Smith | Cite-check Reply; | 3.80 |
| 10/03/2023 | A. Griggs | Address E. Edlin edits on responsive Daubert motion (1.5); address S. Piepmeier edits and comments on responsive Daubert motion (1.1); | 2.60 |
| 10/03/2023 | E. Edlin | Review CUVTA hearing transcript and correspondence regarding same (.4); revise responsive Daubert motion (.7); Strategize with Perkins team regarding reply Daubert motion and rebuttal motion for summary judgment (0.7); | 1.80 |
| 10/03/2023 | J. Hewitt | Research [redacted] (1.2); outline potential plaintiff motions for summary judgment of inventorship, contract reformation, and appropriation under Finnish common law (6.1); | 7.30 |
| 10/04/2023 | S. Piepmeier | Review client and Baker Botts comments on Daubert opposition; | 0.30 |
| 10/04/2023 | K. Smith | Cite-check opposition to motion to exclude N. Mody (2.1); draft E. Edlin declaration (.2); prepare exhibit for filing (.2); | 2.50 |
| 10/04/2023 | J. Moore | Review I. Jonyer deposition; | 0.40 |
| 10/04/2023 | A. Griggs | Incorporate client edits into draft responsive Daubert motion (.1); address and incorporate Baker Bott team's comments and edits on draft responsive Daubert motion (.9); clean read draft responsive Daubert motion (1.1); confirm cited case law research is positive and applicable to motion (.9); | 3.00 |
| 10/04/2023 | E. Edlin | Conference with R. Lamkin regarding case strategy (.5); revise opposition Daubert motion and correspondence regarding same (1.4); correspondence regarding Jonyer deposition and privilege issues (.8); | 2.70 |
| 10/04/2023 | J. Hewitt | Research [redacted] | 6.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 10/05/2023 | S. Piepmeier | Video conference with A. Wynn-Grant, C. Bowers, R. Lamkin, and Perkins team regarding CUVTA discovery, responsive Daubert motion, invalidity, and fees motion (.5); evaluate amended complaint (.2); | 0.70 |
| 10/05/2023 | K. Smith | Revise opposition to motion to exclude Nisha Mody (.2); run tables on opposition (.3); prepare exhibit and updated exhibit list (.4); finalize and file opposition to motion to exclude Nisha Mody (.5); | 1.50 |
| 10/05/2023 | J. Moore | Video conference with A. Wynn-Grant, C. Bowers, R. Lamkin, and Perkins team regarding CUVTA discovery, responsive Daubert motion, invalidity, and fees motion (.5); | 0.50 |
| 10/05/2023 | A. Griggs | Clean read responsive Daubert motion drafts (3.2); final proof of responsive Daubert motion (.9); review and edit declaration (.3); | 4.40 |
| 10/05/2023 | E. Edlin | Revise Daubert opposition motion (1.3); review declaration (.3); correspondence with Perkins team regarding case strategy (.4); video conference with A. Wynn-Grant, C. Bowers, R. Lamkin, and Perkins team regarding CUVTA discovery, responsive Daubert motion, invalidity, and fees motion (.5); strategize regarding fees motion (.4); finalize Daubert opposition regarding Mody (1.2); | 4.10 |
| 10/05/2023 | J. Hewitt | Chart granted fees motions (1.4); outline [redacted] (4.3); | 5.70 |
| 10/06/2023 | S. Piepmeier | Analysis regarding Daubert arguments; | 0.60 |
| 10/06/2023 | K. Smith | Update and distribute case calendar (.1); revise petitioner's reply (1.2); finalize and serve same (.2); | 1.50 |
| 10/06/2023 | A. Griggs | Review opening Daubert to prepare for reply Daubert response; | 0.40 |
| 10/06/2023 | E. Edlin | Conference with J. Hewitt regarding case status, motion for summary judgment opposition/reply, reply Daubert motion, motion for fees, and case strategy (.8); review Valjakka opposition to motion for summary judgment (.7); review Valjakka opposition regarding Held Daubert and correspondence regarding same (.9); strategize regarding Held Daubert reply (.6); | 3.00 |
| 10/06/2023 | J. Hewitt | Conference with E. Edlin regarding case status, motion for summary judgment opposition/reply, reply Daubert motion, motion for fees, and case strategy (0.8); correspondence with E. Edlin, A. Griggs, B. Kadjo, and R. Lamkin (1.5); chart granted fees motions (4.2); Conference with J. Hewitt regarding case status, motion for summary judgment opposition/reply, reply Daubert motion, motion for fees, and case strategy (0.8); | 7.30 |
| 10/07/2023 | S. Piepmeier | Review summaries of Valjakka MSJ and Daubert briefing (.2); analysis regarding CUVTA discovery issues (.1); | 0.30 |
| 10/07/2023 | A. Griggs | Review and analyze Valjakka's responsive Daubert motion to exclude Held; | 2.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 10/07/2023 | J. Hewitt | Review opposition motion for summary judgment and related declarations; | 3.60 |
| 10/08/2023 | E. Edlin | Correspondence regarding Valjakka's opposition regarding Held Daubert; | 1.00 |
| 10/09/2023 | K. Smith | Update client files (.3); draft declaration in support of motion to seal (2.8); | 3.10 |
| 10/09/2023 | J. Moore | Review deposition transcript rules for inter partes reviews (.2); review Valjakka opposition to Netflix's summary judgment motion (.7); draft noninfringement portion of reply summary judgment motion (.4); | 1.30 |
| 10/09/2023 | B. Kadjo | Research options for late submissions by Valjakka; | 1.00 |
| 10/09/2023 | A. Griggs | Strategize with E. Edlin regarding reply Daubert motion (.7); draft reply Daubert motion outline (5.4); research additional case law regarding apportionment (.9); analyze additional supportive deposition quotes for Held reply Daubert (1.1); | 8.10 |
| 10/09/2023 | E. Edlin | Strategize with A. Griggs regarding reply Daubert motion (.7); review Valjakka's opposition to Netflix's Daubert motion and correspondence regarding same (2.6); review Valjakka's opposition to Netflix's Motion for Summary Judgment and correspondence regarding same (2.4); strategize with internal team regarding procedural issues with new declarations and review legal research regarding same (1.7); | 7.40 |
| 10/09/2023 | J. Hewitt | Review opposition motion for summary judgment and related declarations (2.5); research case law regarding opposition motion for summary judgment (3.7); draft team correspondence regarding opposition motion for summary judgment (1.6); outline reply motion for summary judgment (1.3); | 9.10 |
| 10/10/2023 | S. Piepmeier | Prepare for CUVTA depositions; | 0.30 |
| 10/10/2023 | K. Smith | Pull and send sealed papers to Bake Botts (.2); review order regarding motion to seal (.1); email with E. Edlin and A. Griggs regarding same (.1); | 0.40 |
| 10/10/2023 | B. Kadjo | Research topics related to Valjakka's opposition to our MSJ; | 2.20 |
| 10/10/2023 | A. Griggs | Video conference with N. Mody, E. Schultz, and E. Edlin regarding reply Daubert motion to exclude Held (.5); strategize with E. Edlin regarding reply Daubert motion (.3); revise and update reply Daubert outline (2.9); draft reply Daubert (6.2); | 9.90 |
| 10/10/2023 | E. Edlin | Conference with J. Hewitt regarding case administration (.2); video conference with N. Mody, E. Schultz, and A. Griggs regarding reply Daubert motion to exclude Held (.5); strategize with A. Griggs regarding reply Daubert motion (.3); conference with J. Hewitt regarding opposition motion for summary judgment (1.5); strategize [redacted] (.8); correspondence regarding late declarations and legal research (.4); correspondence regarding motion to seal (.2); | 3.90 |
| 10/10/2023 | J. Hewitt | Confirm confidentiality requirements of documents related to opposition motion for summary judgment (.6); conference with E. Edlin regarding opposition motion for summary judgment (1.5); correspondence with | 7.10 |

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | Netflix team regarding case strategy, opposition motion for summary judgment, declaration evidence issues, and reply motion for summary judgment (.7); research for reply motion for summary judgment (3.6); outline reply motion for summary judgment (.7); | |
| 10/11/2023 | S. Piepmeier | Review Valjakka opposition to Held Daubert (.9); attend strategy meeting regarding Held Daubert (.5); review documents produced in preparation for Valjakka deposition (.4); attention to order on motion to seal (.2); | 2.00 |
| 10/11/2023 | K. Smith | Prepare and file transcript order form (.4); cite-check reply (2.1); finalize and file same (.4); | 2.90 |
| 10/11/2023 | J. Moore | Strategize with Perkins team regarding motion for summary judgment reply, Held Daubert reply, and potential motion to strike strategy; | 0.70 |
| 10/11/2023 | B. Kadjo | Strategize with Perkins team regarding motion for summary judgment reply, Held Daubert reply, and potential motion to strike strategy; | 0.70 |
| 10/11/2023 | A. Griggs | Strategize with Perkins team regarding motion for summary judgment reply, Held Daubert reply, and potential motion to strike strategy (.7); edit Held Daubert reply (5.8); address E. Edlin comments to Held Daubert reply (2.1); | 8.60 |
| 10/11/2023 | E. Edlin | Strategize with Perkins team regarding motion for summary judgment reply, Held Daubert reply, and potential motion to strike strategy (.7); correspondence regarding sealing declaration (.2); correspondence with opposing counsel regarding briefing schedule (.1); draft email summarizing Daubert motion (.5); correspondence regarding Valjakka production and review documents (.7); strategize regarding Valjakka deposition preparations (.6); correspondence regarding CUVTA issues and attorney appearances (.3); revise Daubert motion and correspondence regarding same (3.1); | 6.20 |
| 10/11/2023 | J. Hewitt | Research for reply motion for summary judgment (5.8); outline reply motion for summary judgment (1.6); | 7.40 |
| 10/12/2023 | S. Piepmeier | Revise Daubert reply brief (2.3); analysis regarding Valjakka deposition (.9); | 3.20 |
| 10/12/2023 | K. Smith | Update client files (.2); pull and send sample declarations (.1); cite-check reply (1.9); update client files (.1); revise and finalize declaration in support of motion to seal (1.6); | 3.90 |
| 10/12/2023 | J. Moore | Review CUVTA discovery (.2); revise Edlin declaration regarding narrowly tailored sealing of exhibits for motion to exclude Held testimony (.5); review transcripts for Edlin declaration (.8); | 1.50 |
| 10/12/2023 | A. Griggs | Address E. Edlin and S. Piepmeier comments and edits in draft Reply Daubert motion (5.9); proofread draft Reply Daubert for client review (2.4); propose redactions for motion to seal (1.5); | 9.80 |
| 10/12/2023 | E. Edlin | Correspondence regarding motion to seal (.4); review and revise motion to seal and correspondence regarding same (2.5); review Mody report for redactions (.7); correspondence with Perkins team regarding motion | 7.40 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
| --- | --- | --- | --- |
| | | strategy (.8); attend Valjakka deposition and correspondence regarding same (3.0); | |
| 10/12/2023 | J. Hewitt | Edit E. Edlin declaration in support of administrative motion to seal (3.5); finalize E. Edlin declaration in support of administrative motion to seal (1.5); outline reply motion for summary judgment (2.2); research regarding reply motion for summary judgment (2.7); | 9.90 |
| 10/13/2023 | S. Piepmeier | Revise Held Daubert reply (.7); review meet and confer correspondence regarding CUVTA discovery and compliance with PI (.3); | 1.00 |
| 10/13/2023 | K. Smith | Review filing and email with E. Edlin regarding same (.1); update client files (.1); prepare transcript order form (.1); cite-check reply (2.5); finalize and file declaration in support of motion to seal (1.0); | 3.80 |
| 10/13/2023 | J. Moore | Draft outline for noninfringement portion of summary judgment reply (3.3); research striking expert declaration submitted for summary judgment motion (2.1); review Valjakka CUVTA deposition (.2); revise Edlin declaration in support of motion to seal (.2); | 5.80 |
| 10/13/2023 | A. Griggs | Address client comments and edits (.5); research case law regarding [redacted] (1.8); address team comments and edits (3.4); finalize reply Daubert for filing (.9); | 6.60 |
| 10/13/2023 | E. Edlin | Finalize reply Daubert motion regarding Held and correspondence regarding same (2.1); finalize declaration regarding sealing motion and correspondence regarding same (1.1); correspondence regarding fees motion and CDN license (.6); | 3.80 |
| 10/13/2023 | J. Hewitt | Review Valjakka deposition transcript (1.8); research evidence restrictions on reply motion for summary judgment (1.3); research regarding reply motion for summary judgment (2.4); draft reply motion for summary judgment (3.2); | 8.70 |
| 10/15/2023 | S. Piepmeier | Evaluate K. Talanov withdrawal; | 0.20 |
| 10/15/2023 | D. Salmon | Draft motion to strike expert declarations (4.7); Analyze Netflix motion for summary judgment and Valjakka opposition brief (.8); | 5.50 |
| 10/16/2023 | J. Moore | Draft noninfringement portion of summary judgment reply; | 1.90 |
| 10/16/2023 | D. Salmon | Draft motion to strike expert declarations (4.4); Analyze expert declarations regarding potential bases to strike (2.4); | 6.80 |
| 10/16/2023 | D. Salmon | Video conference with E. Edlin regarding strategy for motion to strike; | 0.40 |
| 10/16/2023 | E. Edlin | Strategize regarding motion to strike and correspondence regarding same (1.2); review Valjakka's declarations (.8); correspondence regarding Valjakka's attorneys (.6); | 2.60 |
| 10/16/2023 | J. Hewitt | Draft utilization agreement section of reply motion for summary judgment (5.6); draft petition to revive section of reply motion for summary judgment | 9.90 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | (2.2); edit reply motion for summary judgment (2.1); | |
| 10/17/2023 | S. Piepmeier | Attention to [redacted] (.2); email communications with A. Wynn-Grant and E. Edlin regarding team call and case updates (.1); | 0.30 |
| 10/17/2023 | K. Smith | Prepare and order transcript (.2); update client files (.2); calendar deadlines (.2); | 0.60 |
| 10/17/2023 | J. Moore | Draft noninfringement portion of summary judgment reply; | 0.70 |
| 10/17/2023 | D. Salmon | Draft motion to strike expert declarations (7.3); Conference with J. Hewitt regarding motion to strike (.8); | 8.10 |
| 10/17/2023 | E. Edlin | Review reply for motion for summary judgment and correspondence regarding same; | 1.20 |
| 10/17/2023 | J. Hewitt | Conference with D. Salmon regarding motion to strike (.8); correspondence with E. Edlin and D. Salmon regarding reply motion for summary judgment and motion to strike (1.2); draft petition to revive section of reply motion for summary judgment (3.7); edit utilization agreement section of reply motion for summary judgment (2.8); | 8.50 |
| 10/18/2023 | S. Piepmeier | Review correspondence regarding PI Order and compliance; | 0.40 |
| 10/18/2023 | J. Moore | Draft noninfringement portion of summary judgment reply (6.5); review corrections to I. Jonyer deposition (.3); | 6.80 |
| 10/18/2023 | D. Salmon | Revise motion to strike expert declarations; | 1.00 |
| 10/18/2023 | E. Edlin | Conference with J. Hewitt regarding reply motion for summary judgment (1.4); conference with R. Lamkin and J. Hewitt regarding reply motion for summary judgment (.4); review motion for summary judgment reply and correspondence regarding same (3.2); | 5.00 |
| 10/18/2023 | J. Hewitt | Conference with E. Edlin regarding reply motion for summary judgment (1.4); conference with R. Lamkin and E. Edlin regarding reply motion for summary judgment (.4); incorporate edits from J. Moore and E. Edlin into reply motion for summary judgment (3.3); edit reply motion for summary judgment (2.6); incorporate edits from D. Salmon into motion to strike (1.4); | 9.10 |
| 10/19/2023 | K. Smith | Emails regarding deposition; | 0.80 |
| 10/19/2023 | A. Griggs | Edit motion to strike section of the reply motion for summary judgment (3.2); research case law regarding [redacted] (1.5); address team comments on reply motion for summary judgment (1.0); clean read draft reply motion for summary judgment (.8); | 6.50 |
| 10/19/2023 | E. Edlin | Revise motion for summary judgment and correspondence regarding same (3.2); conference with J. Hewitt regarding reply motion for summary judgment (.3); | 3.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
| --- | --- | --- | --- |
| 10/19/2023 | J. Hewitt | Incorporate edits from E. Edlin, A. Griggs, and D. Salmon into draft reply motion for summary judgment (5.8); clean draft reply motion for summary judgment (2.3); edit draft reply motion for summary judgment of noninfringement (1.5); Conference with E. Edlin regarding reply motion for summary judgment (0.3); | 9.90 |
| 10/20/2023 | K. Smith | Update and distribute case calendar; | 0.10 |
| 10/20/2023 | A. Griggs | Address E. Edlin comments and edits in motion to strike portion of draft motion for summary judgment (1.6); research case law regarding [redacted] .8); edit argument portion of draft motion for summary judgment (.5); | 2.90 |
| 10/20/2023 | D. Salmon | Draft motion to strike expert declarations; | 0.80 |
| 10/20/2023 | J. Hewitt | Correspondence with E. Edlin regarding draft reply motion for summary judgment (.7); review draft reply motion for summary judgment (.6); | 1.30 |
| 10/21/2023 | S. Piepmeier | Review Baker Botts edits to MSJ reply; | 0.20 |
| 10/22/2023 | J. Hewitt | Incorporate edits from R. Lamkin and L. Dreyer into draft reply motion for summary judgment (3.5); trim reply motion for summary judgment (1.8); proofread and clean reply motion for summary judgment (2.4); correspondence with E. Edlin regarding reply motion for summary judgment (.4); | 8.10 |
| 10/23/2023 | S. Piepmeier | Revise reply in support of motion for summary judgment (1.4); analysis regarding motion to amend to add AiPi (.2); | 1.60 |
| 10/23/2023 | K. Smith | Confirm depositions (.2); review documents for redaction (.4); | 0.60 |
| 10/23/2023 | A. Griggs | Conference with J. Hewitt regarding reply motion for summary judgment (.3); conference with E. Edlin regarding reply motion for summary judgment (.2); conference with E. Edlin and J. Hewitt regarding reply motion for summary judgment (.5); edit draft reply motion for summary judgment (3.5); | 4.50 |
| 10/23/2023 | D. Salmon | Review and revise motion for summary judgment regarding motion to strike; | 0.20 |
| 10/23/2023 | E. Edlin | Conference with A. Griggs regarding reply motion for summary judgment (.2); call with R. Lamkin and A. Wynn-Grant regarding CUVTA strategy (.5); revise motion for summary judgment (1.5) | 2.20 |
| 10/23/2023 | J. Hewitt | Conference with E. Edlin and A. Griggs regarding reply motion for summary judgment (.5); conference with A. Griggs regarding reply motion for summary judgment (.3); incorporate edits from S. Piepmeier and E. Edlin into draft reply motion for summary judgment (3.0); incorporate edits from A. Griggs into draft reply motion for summary judgment (.7); clean and proofread draft reply motion for summary judgment (1.6); | 6.10 |
| 10/24/2023 | S. Piepmeier | Revise reply brief in support of MSJ (.7); analysis regarding trial | 1.10 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | sequencing (.4); | |
| 10/24/2023 | K. Smith | Cite-check reply; | 3.60 |
| 10/24/2023 | A. Griggs | Update draft reply motion for summary judgment with new team updates; | 0.10 |
| 10/24/2023 | J. Hewitt | Finalize reply motion for summary judgment (3.4); draft supporting documents for reply motion for summary judgment (3.2); | 6.60 |
| 10/25/2023 | S. Piepmeier | Review A. Wynn-Grant edits to MSJ reply (.3); review sealed PI Order (.4); analysis regarding redactions to PI Order (.2); [redacted] (.3); | 1.20 |
| 10/25/2023 | K. Smith | Call with E. Edlin regarding sealing procedures (.3); draft declaration in support of motion to seal (.8); locate and distribute sealing declarations to team (.4); | 1.50 |
| 10/25/2023 | A. Griggs | Draft portions of motion to seal in support of Docket 191 regarding redactions for Held, Ponce, and Kozek deposition transcripts (.5); analyze Held deposition transcript and propose redactions (2.8); | 3.30 |
| 10/25/2023 | E. Edlin | Conference with J. Hewitt regarding case status, motion to strike, reply motion for summary judgment, motion for fees, and motion to continue (.6); correspondence regarding motions to seal (.6); review client edits to motion for summary judgment (.3); correspondence regarding CUVTA regarding strategy and trial timing (.7); | 1.60 |
| 10/25/2023 | J. Hewitt | Conference with E. Edlin regarding case status, motion to strike, reply motion for summary judgment, motion for fees, and motion to continue (.6); edit reply motion for summary judgment (.7); review opposition motion for summary judgment (1.5); edit supporting documentation for reply motion for summary judgment (2.2); collect documents for motion for fees (.9); | 5.90 |
| 10/26/2023 | S. Piepmeier | Conference with A. Wynn-Grant, R. Lamkin, and Perkins team regarding reply motion for summary judgment, joinder issues, and case scheduling strategy (.5); conference with R. Lamkin and Perkins team regarding reply motion for summary judgment (.3); revise reply in support of summary judgment motion (.3); | 1.10 |
| 10/26/2023 | K. Smith | Revise reply to motion for summary judgment (.7); draft sealing papers (.2); email with E. Edlin regarding sealing procedures (.1); | 1.00 |
| 10/26/2023 | J. Moore | Revise reply summary judgment motion; | 0.50 |
| 10/26/2023 | A. Griggs | Draft portions of motion to seal in support of Docket 191 regarding redactions for Held, Ponce, and Kozek deposition transcripts; | 0.20 |
| 10/26/2023 | E. Edlin | Conference with A. Wynn-Grant, R. Lamkin, and Perkins team regarding reply motion for summary judgment, joinder issues, and case scheduling strategy (.5); conference with R. Lamkin and Perkins team regarding reply motion for summary judgment (.3); conference with J. Hewitt regarding case administration and reply motion for summary judgment (.4); draft | 4.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | agenda for client call (.2); finalize motion for summary judgment and correspondence regarding same (3.6); | |
| 10/26/2023 | J. Hewitt | Conference with A. Wynn-Grant, R. Lamkin, and Perkins team regarding reply motion for summary judgment, joinder issues, and case scheduling strategy (.5); conference with R. Lamkin and Perkins team regarding reply motion for summary judgment (.3); conference with E. Edlin regarding case administration and reply motion for summary judgment (.4); research [redacted] (2.7); edit reply motion for summary judgment adding new inequitable conduct research, refining petition to revive argument, incorporating feedback from A. Wynn-Grant, incorporating feedback from S. Piepmeier, incorporating feedback from E. Edlin, incorporating feedback from R. Lamkin and L. Dreyer, and proofing for cleanliness (5.8); | 9.20 |
| 10/27/2023 | S. Piepmeier | Analysis re CUVTA trial date; | 0.20 |
| 10/27/2023 | K. Smith | Prepare exhibits for filing (1.5); run tables on reply (.2); finalize Reply in support of motion for summary judgment (.2); file same (.1); | 2.00 |
| 10/27/2023 | A. Griggs | Address E. Edlin comments on declaration in response to order denying Valjakka's motion to seal (1.5); update and align language in various portions of declaration in response to order denying Valjakka's motion to seal (.8); create table tracking the status of various motions to seal, our responses, orders, and outstanding action items related to motions to seal (.7); | 3.00 |
| 10/27/2023 | E. Edlin | Finalize motion for summary judgment and correspondence regarding same (1.8); finalize motion to seal and declaration and correspondence regarding same (1.6); | 3.40 |
| 10/27/2023 | J. Hewitt | Incorporate edits from S. Piepmeier into reply motion for summary judgment (1.4); incorporate edits from E. Edlin into reply motion for summary judgment (.5); clean and finalize reply motion for summary judgment for filing (4.8); clean and finalize motion for seal, declaration in support of motion to seal, and proposed order regarding the motion for seal (2.6); clean and finalize declaration in support of reply motion for summary judgment (.6); | 9.90 |
| 10/29/2023 | S. Piepmeier | Assess Valjakka PI Order compliance; | 0.40 |
| 10/29/2023 | A. Griggs | Review notice provision in settlement agreement; | 0.30 |
| 10/30/2023 | S. Piepmeier | Evaluate redaction resubmission (.2); analysis regarding potential to move trial date (.6); review Valjakka's Answer to Counterclaims (.4); | 1.20 |
| 10/30/2023 | K. Smith | Emails with S. Piepmeier regarding PI Order (.2); prepare redacted versions of documents for filing (1.8); send sealed papers to Baker Botts (.1); finalize and file redacted versions of documents ordered sealed (.3); | 2.40 |
| 10/30/2023 | A. Griggs | Review and propose redactions in Held, Kozek, and Ponce deposition transcripts for sealing; | 1.10 |
| 10/30/2023 | E. Edlin | Review redactions and correspondence regarding filing redacted documents | 0.90 |

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | (.6); correspondence regarding Valjakka's answer (.3); | |
| 10/30/2023 | J. Hewitt | Review motion to join (.8); organize files for hearing preparation (.4); | 1.20 |
| 10/31/2023 | S. Piepmeier | Review letter to Valjakka regarding Answer (.2); review motion to join AiPi (.5); analysis [redacted] (.4); prepare for MSJ / Daubert hearing (.8); | 1.90 |
| 10/31/2023 | E. Edlin | Conference with J. Hewitt regarding case status, motion for summary judgment hearing preparation, motion for fees preparation, and motion to continue for fees (.4); correspondence regarding same (.4); correspondence regarding CUVTA strategy (.6); | 1.60 |
| 10/31/2023 | J. Hewitt | Conference with E. Edlin regarding case status, motion for summary judgment hearing preparation, motion for fees preparation, and motion to continue for fees (1); | 1.00 |
| **Subtotal:** [redacted] | | | **425.50** |
| **Total** | | | **425.50** |

**Services**
[redacted]

## Summary of Services through 10/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 71.80 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 19.50 | [redacted] | [redacted] |
| A. Griggs | Associate | 81.50 | [redacted] | [redacted] |
| B. Kadjo | Associate | 4.90 | [redacted] | [redacted] |
| D. Salmon | Associate | 22.80 | [redacted] | [redacted] |
| J. Moore | Associate | 20.10 | [redacted] | [redacted] |
| J. Hewitt | Associate | 168.90 | [redacted] | [redacted] |
| K. Smith | Paralegal | 36.00 | [redacted] | [redacted] |
| **Total Services** | | **425.50** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 425.50 | [redacted] |
| **Total Services** | | **425.50** | [redacted] |

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Disbursements and Other Detailed Services through 10/31/2023

| Description | Amount |
|---|---|
| Focus Litigation Solutions - Deposition expense - Jarno Tepora | 8,246.50 |
| Focus Litigation Solutions - Court reporter/transcript fee - Istvan Joyner, PhD | 1,733.37 |
| Focus Litigation Solutions - Court reporter/transcript fee - Tibor Kozek | 6,259.00 |
| Focus Litigation Solutions - Court reporter/transcript fee - Jukka-Pekka Jussila | 6,876.75 |
| Intensity LLC (ACH) - Professional Services | 950.00 |
| **Total** | **$24,065.62** |

**Total Disbursements and Other Services**
$24,065.62

**Total Invoice Amount**
[redacted]

## Open Invoices as of November 30, 2023

| | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Total |
|---|---|---|---|---|---|---|
| Fees | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Disbursements and Other Charges | $330,956.73 | $0.00 | $0.00 | $0.00 | $0.00 | $330,956.73 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | December 11, 2023 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through November 30, 2023

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 11/30/2023

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/01/2023 | S. Piepmeier | Attention to strategy for upcoming CUVTA filings, including trial date issues; | 0.40 |
| 11/01/2023 | K. Smith | Calendar deadlines (.1); update client files; (.1); send files to Baker Botts (.5); review Order for requirements (.2); | 0.90 |
| 11/01/2023 | J. Hewitt | Research motion to continue (3.2); | 3.20 |
| 11/02/2023 | S. Piepmeier | Attend weekly telephone conference with L. Charrington, R. Lamkin, and E. Edlin regarding case strategy and upcoming hearing (.8); revise motion to join and motion for an order to show cause (1.6); communications with licensees regarding compliance with PI (.2); review clerk email regarding MSJ hearing (.1); | 2.70 |
| 11/02/2023 | K. Smith | Send motion for summary judgment papers to Fulcrum (.4); calendar deadlines (.3); | 0.70 |
| 11/02/2023 | J. Hewitt | Research local rules, standing orders, and federal civil rules for meet and confer requirements (0.8); research motion to continue (2.5); | 3.30 |
| 11/03/2023 | S. Piepmeier | Revise Order to Show Cause and Motion to Join AiPi; | 0.90 |
| 11/06/2023 | S. Piepmeier | Revise Administrative motion regarding request for CMC (.3); legal research [redacted] (.5); analysis regarding MSJ hearing strategy (.4); | 1.20 |
| 11/06/2023 | K. Smith | Prepare redactions for filing in response to court Order (.7); update and distribute team calendar (.3); update client files (.1); cite-check Daubert motion (.7); | 1.80 |
| 11/06/2023 | A. Griggs | Review redactions for motion for summary judgment filing; | 0.30 |
| 11/06/2023 | E. Edlin | Review motion to join AiPi and correspondence regarding same (0.6); review motion to show cause and correspondence regarding same (0.6); | 1.20 |
| 11/07/2023 | S. Piepmeier | Analysis regarding Ramey proposal on Motion to Show Cause (.3); revise administrative motion for CMC (.3); attention to MSJ hearing preparation (.4); | 1.00 |
| 11/07/2023 | K. Smith | Prepare index and pull cases cited in daubert and summary judgment briefing; | 1.70 |
| 11/07/2023 | E. Edlin | Correspondence regarding redactions (0.7); | 0.70 |
| 11/08/2023 | S. Piepmeier | Telephone conference with R. Lamkin and E. Edlin regarding strategy for CMC statement (.4); analysis regarding MSJ hearing (.2); | 0.60 |
| 11/08/2023 | K. Smith | Calendar deadlines (.2); update client files (.2); pull cases cited in motions and create index (1.8); | 2.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/08/2023 | E. Edlin | Conference with S. Piepmeier and R. Lamkin regarding joinder strategy (0.4); correspondence regarding same (0.3); | 0.70 |
| 11/09/2023 | K. Smith | Pull cases cited in Daubert papers to prepare for hearing; | 0.80 |
| 11/10/2023 | S. Piepmeier | Review draft meet and confer letter regarding discovery deficiencies (.1); strategize regarding in person MSJ hearing (.2); | 0.30 |
| 11/11/2023 | J. Hewitt | Research motion to continue (3.2); | 3.20 |
| 11/12/2023 | J. Hewitt | Draft motion to continue (4.5); | 4.50 |
| 11/13/2023 | S. Piepmeier | Review Valjakka Response to Order for Motion to Show Cause (.3); revise CMC statement (.1); telephone conference with R. Lamkin regarding response to OSC and CMC statement (.2); | 0.60 |
| 11/13/2023 | K. Smith | Draft updated exhibit list, and prepare exhibit (.5); pull and send IPR timeline to E. Edlin (.2) | 0.70 |
| 11/13/2023 | K. Smith | Update and distribute case calendar (.1); review court docket for trial schedule (.2); | 0.30 |
| 11/13/2023 | E. Edlin | Review CMC statement and correspondence regarding same (0.7); | 0.70 |
| 11/14/2023 | S. Piepmeier | Revise reply in support of MFOTSC (.4); telephone conference with E. Edlin regarding MSJ and Daubert mock (.3); | 0.70 |
| 11/14/2023 | E. Edlin | Draft slides regarding Held daubert (6.6); review Netflix opening daubert and exhibits (1.1); review reply motion to show cause and correspondence regarding same (0.4); | 8.20 |
| 11/15/2023 | S. Piepmeier | Telephone conference with E. Edlin regarding MSJ and Daubert mock; | 0.20 |
| 11/15/2023 | K. Smith | Update and distribute zoom hearing information (.2); locate and send documents to Fulcrum (1.2); research documents filed and produced for slide (.5); | 1.90 |
| 11/15/2023 | K. Smith | Finalize and file Petitioner's Updated exhibit list; | 0.40 |
| 11/15/2023 | J. Moore | Draft slides for summary judgment hearing (.4); | 0.40 |
| 11/15/2023 | E. Edlin | Telephone conference with S. Piepmeier regarding MSJ and Daubert mock; | 0.20 |
| 11/16/2023 | S. Piepmeier | Video conference with A. Wynn-Grant, R. Lamkin, and J. Moore regarding CUVTA case updates, CMC hearing, and summary judgment hearing (.7); telephone conference with A. Wynn-Grant regarding trial and mock strategy (.2); | 1.00 |
| 11/16/2023 | K. Smith | Download production (.4); update client files (.2); run searches in database for documents (1.3); | 1.90 |
| 11/16/2023 | J. Moore | Draft slides for summary judgment hearing (4.9); review summary judgment briefing (.7); video conference with A. Wynn-Grant, S. | 6.30 |

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID:[redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | Piepmeier, and R. Lamkin regarding CUVTA case updates, CMC hearing, and summary judgment hearing (.7); | |
| 11/16/2023 | E. Edlin | Revise Held slides and correspondence regarding same (2.3); review Mody daubert briefing and strategize regarding slides (1.8); | 4.10 |
| 11/17/2023 | S. Piepmeier | Telephone conference with E. Edlin regarding MSJ and Daubert mock; | 0.30 |
| 11/17/2023 | K. Smith | Pull and send documents to Fulcrum to prepare hearing slides; | 1.20 |
| 11/17/2023 | E. Edlin | Telephone conference with S. Piepmeier regarding MSJ and Daubert mock (.3); revise Held slides for Daubert hearing (3.9); | 4.20 |
| 11/18/2023 | S. Piepmeier | Review MSJ briefing (1.7); Prepare slides for MSJ mock (1.1); | 2.80 |
| 11/18/2023 | K. Smith | Pull and send documents to Fulcrum to prepare hearing slides; | 0.20 |
| 11/18/2023 | E. Edlin | Correspondence with Fulcrum regarding edits to Daubert slides; | 0.40 |
| 11/19/2023 | S. Piepmeier | Analysis regarding CMC statement additions from AiPi; | 0.20 |
| 11/20/2023 | S. Piepmeier | Review multiple revisions to CMC statement (.3); Conference with Perkins team to prepare for summary judgment and Daubert mock hearing (1.8); telephone conference with A. Wynn-Grant regarding MSJ and CUVTA meetings (.1); prepare slides for mock (.8); emails with team regarding Court's orders (.3); | 3.30 |
| 11/20/2023 | K. Smith | Calendar deadlines (.2); review rules regarding exchanging of slides for hearing (.3); update client files (.2); | 0.70 |
| 11/20/2023 | J. Moore | Revise slides for summary judgment hearing (2.7); prepare for summary judgment hearing mock (3.1); Conference with Perkins team to prepare for summary judgment and Daubert mock hearing (1.8); review patent owner sur-reply for 167 IPR (.8); | 8.40 |
| 11/20/2023 | A. Griggs | Strategize with E. Edlin regarding mock Daubert slides (0.3); video conference with N. Mody and E. Edlin regarding mock Daubert slides (0.5); conference with Perkins team to prepare for summary judgment and Daubert mock hearing (1.8); revise and draft mock Daubert slides (3.3); | 5.90 |
| 11/20/2023 | E. Edlin | Conference with J. Hewitt regarding case strategy, motion for fees preparation, and motion to continue motion for fees (0.3); revise daubert slides and prepare for mock (5.3); conference with N. Mody, E. Schultz, and A. Griggs regarding daubert preparations (.5); conference with S. Piepmeier, J. Hewitt, and J. Moore regarding Netflix mock and correspondence regarding same (1.8); | 7.60 |
| 11/20/2023 | J. Hewitt | Conference with Perkins team to prepare for summary judgment and Daubert mock hearing (1.8); conference with E. Edlin regarding case strategy, motion for fees preparation, and motion to continue motion for fees (0.3); correspondence with E. Edlin, S. Piepmeier, and M. Lake regarding slide creation for hearing on motion for summary judgment (3.5); draft motion to continue motion for fees (2.3); | 7.90 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/21/2023 | S. Piepmeier | Revise CMC statement (.4); Conference with A. Wynn-Grant, R. Lamkin, and Perkins team regarding case management conference strategy, case scheduling, bifurcation strategy, preparation for summary judgment hearing on noninfringement, and the patent owner's sur reply (1.8); legal research regarding ownership (.2); | 2.40 |
| 11/21/2023 | K. Smith | Calendar deadlines; | 0.90 |
| 11/21/2023 | J. Moore | Revise slides for summary judgment hearing (.7); prepare for summary judgment hearing mock (2.3); draft summary of patent owner sur-reply for 167 IPR (.4); Conference with A. Wynn-Grant, R. Lamkin, and Perkins team regarding case management conference strategy, case scheduling, bifurcation strategy, preparation for summary judgment hearing on noninfringement, and the patent owner's sur reply (1.8); | 5.20 |
| 11/21/2023 | E. Edlin | Conference with A. Wynn-Grant, R. Lamkin, and Perkins team regarding case management conference strategy, case scheduling, bifurcation strategy, preparation for summary judgment hearing on noninfringement, and the patent owner's sur reply (1.8); | 1.80 |
| 11/21/2023 | J. Hewitt | Conference with A. Wynn-Grant, R. Lamkin, and Perkins team regarding case management conference strategy, case scheduling, bifurcation strategy, preparation for summary judgment hearing on noninfringement, and the patent owner's sur reply (1.8); research form of motion to continue motion for fees (2.5); research stipulation to continue motion for fees (0.6); research regarding motion for summary judgment of ownership and standing (2.2); | 7.10 |
| 11/22/2023 | S. Piepmeier | Prepare slides for mock hearing; | 0.30 |
| 11/22/2023 | J. Hewitt | Draft meeting minutes (0.8); research regarding [redacted] (3.3); | 4.10 |
| 11/24/2023 | S. Piepmeier | Review opposition to Motion to Join; | 0.30 |
| 11/25/2023 | S. Piepmeier | Prepare slides and argument for mock (3.1); review briefing and cited documents to prepare for mock (.7); | 3.80 |
| 11/25/2023 | K. Smith | Cite check slides for hearing; | 1.00 |
| 11/25/2023 | J. Hewitt | Draft stipulation regarding continuation of motion for fees (2.6); research issues [redacted] (2.3); edit motion for summary judgment preparation document (0.6); | 5.50 |
| 11/26/2023 | S. Piepmeier | Prepare slides and argument for mock (1.3); review briefing and cited documents to prepare for mock (.3); | 1.60 |
| 11/26/2023 | E. Edlin | Correspondence regarding slides for motion for summary judgment (.5); review slides (.4); | 0.90 |
| 11/26/2023 | J. Hewitt | Edit motion for summary judgment hearing slides (3.8); draft email memo to S. Piepmeier regarding nunc pro tunc assignments (0.9); correspondence with E. Edlin (0.4); | 5.10 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/27/2023 | S. Piepmeier | Conference with A. Wynn-Grant, R. Lamkin, L. Dreyer, and Perkins team regarding preparation for summary judgment hearing and strategy regarding case management conference (2); prepare slides and argument notes for mock (2.2); | 4.20 |
| 11/27/2023 | K. Smith | Update and distribute case calendar; | 0.60 |
| 11/27/2023 | J. Moore | Research requirements for doctrine of equivalents analysis (1.1); review Tigar standing order and local rules regarding summary judgment hearing (.2); conference with A. Wynn-Grant, R. Lamkin, L. Dreyer, and Perkins team regarding preparation for summary judgment hearing and strategy regarding case management conference (2); | 3.30 |
| 11/27/2023 | E. Edlin | Conference with A. Wynn-Grant, R. Lamkin, L. Dreyer, and Perkins team regarding preparation for summary judgment hearing and strategy regarding case management conference (2); review legal research [redacted] (1.4); review MSJ slides and correspondence regarding same (1.2); | 4.60 |
| 11/27/2023 | J. Hewitt | Conference with A. Wynn-Grant, R. Lamkin, L. Dreyer, and Perkins team regarding preparation for summary judgment hearing and strategy regarding case management conference (2); draft meeting minutes (0.6); coordinate editing motion for summary judgment slides (0.8); edit motion for summary judgment slides (3.6); research motion for summary judgment trial issues (0.5); draft [redacted] (1.7); | 9.20 |
| 11/28/2023 | S. Piepmeier | Review CMC statement and related materials to prepare for CMC (.9); revise slides for MSJ hearing (.6); attend CMC (.6); Conference with L. Charrington, A. Wynn-Grant, R. Lamkin, and Perkins team debriefing case management conference (.5); | 2.60 |
| 11/28/2023 | K. Smith | Draft Request for Oral Argument (.8); prepare and file transcript order form (.3); | 1.10 |
| 11/28/2023 | J. Moore | Attend case management conference (.7); Conference with L. Charrington, A. Wynn-Grant, R. Lamkin, and Perkins team debriefing case management conference (0.5); review summary judgment briefing (.2); | 1.40 |
| 11/28/2023 | A. Griggs | Conference with L. Charrington, A. Wynn-Grant, R. Lamkin, and Perkins team debriefing case management conference (0.5); | 0.50 |
| 11/28/2023 | E. Edlin | Conference with J. Hewitt regarding preparation for case management conference, unclean hands research, and case strategy (0.5); conference with L. Charrington, A. Wynn-Grant, R. Lamkin, and Perkins team debriefing case management conference (0.5); attend case management conference and correspondence regarding same (.8); review reply motion to join AiPi and correspondence regarding same (.7); correspondence regarding MSJ slides (.7); | 3.20 |
| 11/28/2023 | J. Hewitt | Conference with E. Edlin regarding preparation for case management conference, unclean hands research, and case strategy (0.5); conference with L. Charrington, A. Wynn-Grant, R. Lamkin, and Perkins team debriefing case management conference (0.5); case management | 7.10 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | conference (0.6); draft [redacted] (2.3); coordinate editing of motion for summary judgment slides (1.7); draft joint stipulation to defer costs and fees (1.5); | |
| 11/29/2023 | S. Piepmeier | Prepare slides and argument notes for hearing; | 3.90 |
| 11/29/2023 | K. Smith | EMails with counsel and court re appearance at hearing tomorrow (.5); emails with court reporter regarding transcript (.2); | 0.70 |
| 11/29/2023 | J. Moore | Prepare for summary judgment hearing (2.3); Conference with Perkins team regarding preparation for the motion for summary judgment hearing (0.7); | 3.00 |
| 11/29/2023 | A. Griggs | Strategize with Perkins team regarding motion for summary judgment hearing; | 0.50 |
| 11/29/2023 | E. Edlin | Conference with Perkins team regarding preparation for the motion for summary judgment hearing (0.7); review and revise MSJ slides and correspondence regarding same (2.9); | 3.60 |
| 11/29/2023 | J. Hewitt | Conference with Perkins team regarding preparation for the motion for summary judgment hearing (0.7); conference with E. Edlin regarding edits to the motion for summary judgment hearing slides (0.3); edit joint stipulation to defer costs and fees (2.8); correspondence with E. Edlin, M. Lake, and S. Piepmeier regarding motion for summary judgment slides (1.8); | 5.60 |
| 11/30/2023 | S. Piepmeier | Finalize slides and argument notes for hearing (4.4); argue at hearing (.7); attend client debrief session after hearing (.3); review draft reply in support of motion to join (.4); | 5.80 |
| 11/30/2023 | K. Smith | Cite-check powerpoint presentation (1.9); finalize and file transcript order (.3); | 2.20 |
| 11/30/2023 | J. Moore | Prepare for summary judgment hearing (4.4); attend summary judgment motion hearing (.7); Conference with A. Wynn-Grant, L. Charrington, R. Lamkin, L. Dreyer, and Perkins team to debrief motion for summary judgment hearing (0.3); | 5.40 |
| 11/30/2023 | A. Griggs | Attend motion for summary judgment hearing (0.7); conference with A. Wynn-Grant, L. Charrington, R. Lamkin, L. Dreyer, and Perkins team to debrief motion for summary judgment hearing (0.3); | 1.00 |
| 11/30/2023 | E. Edlin | Conference with J. Hewitt regarding edits to the motion for summary judgment hearing slides (0.1); conference with A. Wynn-Grant, L. Charrington, R. Lamkin, L. Dreyer, and Perkins team to debrief motion for summary judgment hearing (0.3); finalize slides and correspondence regarding same (.7); attend motion for summary judgment hearing and correspondence regarding same (.8); | 1.90 |
| 11/30/2023 | J. Hewitt | Conference with A. Wynn-Grant, L. Charrington, R. Lamkin, L. Dreyer, and Perkins team to debrief motion for summary judgment hearing (0.3); conference with E. Edlin regarding edits to the motion for summary judgment hearing slides (0.1); hearing on motion for summary judgment | 4.90 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | (0.7); edit motion for summary judgment hearing slides (3.8); | |
| 11/30/2023 | J. Hewitt | Compile exhibits for motion for fees (2.8); | 2.80 |
| **Subtotal:** [redacted] | | | **222.10** |
| **Total** | | | **222.10** |

**Services**
[redacted]

## Summary of Services through 11/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 44.00 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 41.10 | [redacted] | [redacted] |
| A. Griggs | Associate | 8.20 | [redacted] | [redacted] |
| J. Moore | Associate | 33.40 | [redacted] | [redacted] |
| J. Hewitt | Associate | 73.50 | [redacted] | [redacted] |
| K. Smith | Paralegal | 21.90 | [redacted] | [redacted] |
| **Total Services** | | **222.10** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 222.10 | [redacted] |
| **Total Services** | | **222.10** | [redacted] |

**Total Invoice Amount**
[redacted]

## Open Invoices as of December 11, 2023

| | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Total |
|---|---|---|---|---|---|---|
| Fees | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Disbursements and Other Charges | $24,065.62 | $0.00 | $0.00 | $0.00 | $0.00 | $24,065.62 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | January 31, 2024 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through December 31, 2023

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $38,092.61 |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA # [redacted]**<br>**Swift Code # [redacted]**<br>**Account Name: Perkins Coie LLP**<br>**Account Number: [redacted]** |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No.[redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID:[redacted]

PERKINSCOIE

## Professional Services through 12/31/2023

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 12/01/2023 | S. Piepmeier | Revise reply brief in support of motion to join (.1); analysis regarding potential trial date (.1); | 0.20 |
| 12/01/2023 | K. Smith | Update and distribute case calendar; | 0.20 |
| 12/01/2023 | E. Edlin | Review stipulation regarding timing of fees motion and correspondence regarding same; | 0.20 |
| 12/01/2023 | J. Hewitt | Edit draft stipulation and proposed order to defer costs and fees (2.7); review reply ISO joinder (1.4); Create repository for motion for fees (1.3); | 5.40 |
| 12/04/2023 | S. Piepmeier | Attention to trial date selection (.3); review motion for leave and correspondence from B. Ramey regarding same (.8); | 1.10 |
| 12/04/2023 | K. Smith | Update client files; | 0.50 |
| 12/04/2023 | J. Moore | Review summary judgment hearing transcript; | 0.40 |
| 12/04/2023 | B. Kadjo | Review Valjakka foreign law analysis for case strategy; | 0.20 |
| 12/04/2023 | A. Griggs | Strategize and reach out to experts about trial availability; | 0.20 |
| 12/04/2023 | E. Edlin | Correspondence with opposing counsel regarding motion to supplement the record (.3); correspondence with client regarding motion to supplement the record (.4); review motion to supplement the record and internal correspondence and strategy regarding same (3.9); review summary of documents regarding Finnish market court and research regarding same (.8); correspondence regarding trial setting and schedule, and strategize regarding same (1.1); review outline of motion to supplement response and correspondence regarding same (.8); correspondence with experts regarding case schedule and transcript (.3); | 7.60 |
| 12/04/2023 | J. Hewitt | Review motion to supplement the record (.6); correspond with Perkins team regarding motion to supplement the record (1.5); draft memo regarding motion to supplement the record strategy (3.8); | 5.90 |
| 12/05/2023 | S. Piepmeier | Review summary of defects in Valjakka's motion for leave (.2); attention to trial date selection (.2); revise opposition to motion for leave (.4); | 0.80 |
| 12/05/2023 | K. Smith | Calculate new deadlines for proposed trial date (1.3); draft stipulation regarding new trial date (.8); draft Netflix's proposed case schedule (1.2); | 3.30 |
| 12/05/2023 | E. Edlin | Conference with J. Hewitt regarding draft opposition to motion for leave to supplement summary judgment record (.4); review schedule stipulation and correspondence regarding schedule and trial setting (1.6); correspondence with client regarding recommendation for response to motion to supplement record, and internal correspondence regarding same (.7); review response to motion to supplement record and correspondence regarding edits (.4); finalize stipulation regarding schedule for filing and correspondence regarding same (.8); finalize response to motion to | 4.80 |

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | supplement for filing and correspondence regarding same (.9); | |
| 12/05/2023 | J. Hewitt | Conference with E. Edlin regarding draft opposition to motion for leave to supplement summary judgment record (.4); draft opposition to motion for leave to supplement record (2.2); review files for motion for fees (4.3); | 6.90 |
| 12/06/2023 | S. Piepmeier | Analysis regarding trial date and motion for leave; | 0.30 |
| 12/07/2023 | S. Piepmeier | Revise agenda for team call (.1); Conference with A. Wynn-Grant, R. Lamkin, L. Dreyer, and Perkins team regarding recent filings, proposed case schedule, and discovery strategy (.3); | 0.40 |
| 12/07/2023 | K. Smith | Update client files; | 0.30 |
| 12/07/2023 | J. Moore | Conference with A. Wynn-Grant, R. Lamkin, L. Dreyer, and Perkins team regarding recent filings, proposed case schedule, and discovery strategy; | 0.30 |
| 12/07/2023 | E. Edlin | Conference with A. Wynn-Grant, R. Lamkin, L. Dreyer, and Perkins team regarding recent filings, proposed case schedule, and discovery strategy (.3); review call agenda (.2); | 0.50 |
| 12/07/2023 | J. Hewitt | Conference with A. Wynn-Grant, R. Lamkin, L. Dreyer, and Perkins team regarding recent filings, proposed case schedule, and discovery strategy (.3); draft agenda (.2); | 0.50 |
| 12/08/2023 | S. Piepmeier | Review Scheduling Order (.1); summarize Scheduling Order for client (.1); | 0.20 |
| 12/08/2023 | K. Smith | Update client files (.2); calendar deadlines (.2); | 0.40 |
| 12/11/2023 | S. Piepmeier | Review DQ filings; | 0.30 |
| 12/11/2023 | E. Edlin | Review reply to motion to supplement record and correspondence regarding same (.9); review motion to disqualify Whitestone, strategy and correspondence regarding same (.8); | 1.70 |
| 12/12/2023 | S. Piepmeier | Analysis regarding strategy for joinder hearing; | 0.30 |
| 12/12/2023 | E. Edlin | Correspondence regarding motion to disqualify (.4); correspondence regarding trial schedule (.3); | 0.70 |
| 12/13/2023 | S. Piepmeier | Review docket for upcoming action items; | 0.30 |
| 12/13/2023 | K. Smith | Update client files (.2); calendar deadlines (.1); | 0.30 |
| 12/13/2023 | A. Griggs | Analyze CTD Networks, LLC v. Microsoft LLC Emergency Motion for Withdrawal for helpful intelligence related to Ramey and AiPi/Whitestone representation issues; | 0.20 |
| 12/13/2023 | E. Edlin | Review Ramey filings from Federal Circuit and Ice Rover and correspondence regarding same (1.6); correspondence regarding agenda for team call (.3); | 1.90 |
| 12/14/2023 | S. Piepmeier | Review CTD and Ice Rover materials regarding Ramey and AiPi (.6); | 1.70 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | t/conf w A. Wynn-Grant regarding matter status (.2); review DQ motions (.6); correspondence with J. Zito and team re DQ motions (.3); | |
| 12/14/2023 | K. Smith | Send transcripts to R. Lampkin; | 0.10 |
| 12/14/2023 | E. Edlin | Attend conference with J. Zito regarding motion to disqualify Ramey, and correspondence regarding requests (.6); review motion to disqualify Ramey and correspondence regarding same (.5); | 1.10 |
| 12/15/2023 | S. Piepmeier | Analysis regarding Ice Rover filings by Ramey; | 0.40 |
| 12/18/2023 | S. Piepmeier | Video conference with R. Lamkin and E. Edlin regarding notice of supplemental authority (.4); review recent filings (.1); | 0.50 |
| 12/18/2023 | E. Edlin | Video conference with R. Lamkin and S. Piepmeier regarding notice of supplemental authority (.4); review administrative motion regarding supplemental authority (.4); | 0.80 |
| 12/19/2023 | S. Piepmeier | Revise notice of supplemental authority; | 0.40 |
| 12/19/2023 | K. Smith | Update and distribute case calendar; | 0.40 |
| 12/22/2023 | K. Smith | Update and distribute case calendar; | 0.40 |
| 12/26/2023 | K. Smith | Email with team regarding deadlines; | 0.20 |
| 12/27/2023 | S. Piepmeier | Review response to DQ motion; | 0.30 |
| 12/29/2023 | K. Smith | Update and distribute case calendar; | 0.20 |
| [redacted] | | | **52.80** |
| **Total** | | | **52.80** |

**Services**
[redacted]

## Summary of Services through 12/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 19.30 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 7.20 | [redacted] | [redacted] |
| A. Griggs | Associate | 0.40 | [redacted] | [redacted] |
| B. Kadjo | Associate | 0.20 | [redacted] | [redacted] |
| J. Moore | Associate | 0.70 | [redacted] | [redacted] |
| J. Hewitt | Associate | 18.70 | [redacted] | [redacted] |
| K. Smith | Paralegal | 6.30 | [redacted] | [redacted] |
| **Total Services** | | **52.80** | | [redacted] |

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 52.80 | [redacted] |
| **Total Services** | | **52.80** | [redacted] |

## Disbursements and Other Detailed Services through 12/31/2023

| Description | Amount |
|---|---|
| U.S. Legal Support - Deposition expense - Haripriya Murthy | 3,115.58 |
| Harbor Experts LLC (ACH) - Professional Services - September 2023 | 32,845.79 |
| Professional Services - Court Reporter – Judge Tigar hearing transcript | 115.54 |
| Intensity LLC (ACH) - Professional Services - November 2023 | 1,900.00 |
| Echo Reporting, Inc. - Professional Services | 115.70 |
| **Total** | **$38,092.61** |

**Total Disbursements and Other Services**
$38,092.61

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | March 31, 2024 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through January 31, 2024

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $10,920.00 |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 01/31/2024

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/03/2024 | S. Piepmeier | Review Order granting motion to supplement (.1); client correspondence regarding same (.1); | 0.20 |
| 01/03/2024 | K. Smith | Update client files; | 0.10 |
| 01/04/2024 | S. Piepmeier | Conference with A. Wynn-Grant, R. Lamkin, and Perkins team regarding case status updates, joinder hearing preparation and strategy, joinder hearing preparation, and attorneys' fees strategy (.6); review recent filings to prepare for client meeting (.5); | 1.10 |
| 01/04/2024 | K. Smith | Locate and send opposition to motion for leave to supplement to S. Piepmeier (.2); update and distribute case calendar (.1); | 0.30 |
| 01/04/2024 | J. Moore | Conference with A. Wynn-Grant, R. Lamkin, and Perkins team regarding case status updates, joinder hearing preparation and strategy, joinder hearing preparation, and attorneys' fees strategy; | 0.60 |
| 01/05/2024 | S. Piepmeier | Review Order regarding 1/25 hearing and correspondence regarding same; | 0.10 |
| 01/08/2024 | S. Piepmeier | Review Order granting summary judgment (.8); provide update to client regarding same (.1); correspondence with reporter (.1); | 1.00 |
| 01/08/2024 | J. Moore | Review order on summary judgment motion; | 0.50 |
| 01/08/2024 | A. Griggs | Review courts order on motion for summary judgment and motion to file; | 0.30 |
| 01/08/2024 | E. Edlin | Review order regarding motion for summary judgment and correspondence regarding strategy for same (2.1); revise stipulation regarding fees and correspondence regarding same (.4); research regarding [redacted] 6); correspondence regarding article (.3); | 3.40 |
| 01/08/2024 | J. Hewitt | Research non-final judgment in grant of motion for summary judgment; | 1.30 |
| 01/09/2024 | D. Bagatell | Assess [redacted] | 0.50 |
| 01/09/2024 | S. Piepmeier | Analysis regarding claims left for trial after summary judgment; | 0.70 |
| 01/09/2024 | E. Edlin | Correspondence regarding [redacted] (.9); revise [redacted] (.5); correspondence regarding timing of appeals (.4). | 1.80 |
| 01/09/2024 | J. Hewitt | Conference with E. Edlin regarding inequitable conduct and unclean hands research (.3); research [redacted] (1.5); | 1.80 |
| 01/10/2024 | E. Edlin | Strategize regarding counterclaims and next steps, and correspondence regarding same (1.1); correspondence regarding assignment records (.2); | 1.30 |

Invoice No.[redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID:[redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/11/2024 | S. Piepmeier | Video conference with A. Wynn-Grant, R. Lamkin, L. Dreyer, and Perkins Team re invalidity, ownership, fees motion strategy, and CUVTA discovery (1.0); review notes to prepare for client call (.3); | 1.30 |
| 01/11/2024 | K. Smith | Update client files (.1); calendar deadlines (.1); | 0.20 |
| 01/11/2024 | J. Moore | Draft summary of district court case status (.3); video conference with A. Wynn-Grant, R. Lamkin, L. Dreyer, and Perkins Team re invalidity, ownership, fees motion strategy, and CUVTA discovery (1.0); draft 1/11 meeting minutes (.4); | 1.70 |
| 01/11/2024 | E. Edlin | Video conference with A. Wynn-Grant, R. Lamkin, L. Dreyer, and Perkins Team regarding invalidity, ownership, fees motion strategy, and CUVTA discovery; | 1.00 |
| 01/11/2024 | L. Gordon | Video conference with A. Wynn-Grant, R. Lamkin, L. Dreyer, and Perkins Team regarding invalidity, ownership, fees motion strategy, and CUVTA discovery; | 0.30 |
| 01/12/2024 | S. Piepmeier | Evaluate Ramey's motion to withdraw; | 0.20 |
| 01/12/2024 | A. Griggs | Research [redacted]; | 3.00 |
| 01/12/2024 | E. Edlin | Correspondence regarding Ramey withdrawal (.2); correspondence regarding legal research (.2); strategize regarding attorneys fees (.3); | 0.70 |
| 01/16/2024 | S. Piepmeier | Review Ramey's motion to withdraw and supporting papers (.3); evaluate draft AiPi discovery (.1); | 0.40 |
| 01/16/2024 | K. Smith | Update and distribute case calendar (.3); pull rules relied upon and send to team (.4); | 0.70 |
| 01/16/2024 | J. Moore | Review Ramey motion to withdraw as counsel (.1); research service of interrogatories and RFAs under Rule 45 (.4); draft email to R. Lamkin regarding CUVTA discovery (.1); | 0.60 |
| 01/16/2024 | A. Griggs | Research case law for cases that granted a party's motion for attorney's fees and sanction (1.5); research [redacted] (4.0); | 5.50 |
| 01/16/2024 | E. Edlin | Correspondence regarding fees motion deadline (.4); draft summary of case status (.4); | 0.80 |
| 01/17/2024 | S. Piepmeier | Attention to third party discovery strategy; | 0.30 |
| 01/17/2024 | K. Smith | Update client files (.2); calendar deadlines (.3); draft email to clients enclosing Oral Argument (.3); | 0.80 |
| 01/17/2024 | A. Griggs | Research case law for cases that [redacted] | 1.50 |
| 01/17/2024 | E. Edlin | Review AiPi subpoena and correspondence regarding same (.4); correspondence regarding ownership and SBO (.2); | 0.60 |
| 01/18/2024 | A. Griggs | Draft correspondence regarding team call agenda (.4); analyze case law | 1.40 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | regarding [redacted] (1.0); | |
| 01/18/2024 | E. Edlin | Correspondence regarding case strategy (.4); correspondence regarding Whitstone disqualification (.3); | 0.70 |
| 01/18/2024 | J. Hewitt | Draft [redacted]; | 0.60 |
| 01/19/2024 | S. Piepmeier | Review correspondence with J. Zito regarding third party discovery; | 0.20 |
| 01/19/2024 | K. Smith | Update client files; | 0.10 |
| 01/19/2024 | A. Griggs | Prepare opposition to motion to withdraw as counsel; | 7.90 |
| 01/19/2024 | E. Edlin | Review draft opposition to Ramey's motion to withdraw; | 1.10 |
| 01/20/2024 | A. Griggs | Address edits to draft of opposition to withdrawal motion; | 1.20 |
| 01/20/2024 | E. Edlin | Revise motion to oppose Ramey withdrawal; | 1.80 |
| 01/22/2024 | S. Piepmeier | Attention to strategy for Ramey withdrawal opposition; | 0.20 |
| 01/24/2024 | E. Edlin | Correspondence regarding withdrawal motion (.3); revise withdrawal opposition (.6); | 0.90 |
| 01/25/2024 | S. Piepmeier | Strategize regarding response to motion to withdraw; | 0.20 |
| 01/25/2024 | E. Edlin | Revise motion to withdraw including implementing edits from Baker Botts; | 0.90 |
| 01/26/2024 | S. Piepmeier | Revise response to motion to withdraw; | 0.40 |
| 01/26/2024 | K. Smith | Update and distribute case calendar (.3); cite-check brief (2.6); | 2.90 |
| 01/26/2024 | A. Griggs | Address edits to draft of opposition to withdrawal motion; | 2.70 |
| 01/26/2024 | E. Edlin | Revise motion to withdraw and implement edits, including correspondence regarding same; | 1.20 |
| 01/27/2024 | E. Edlin | Correspondence regarding opposition brief; | 0.10 |
| 01/29/2024 | S. Piepmeier | Review proposed revisions to opposition to motion to withdraw; | 0.20 |
| 01/29/2024 | K. Smith | Finalize opposition to motion to withdraw; | 1.10 |
| 01/29/2024 | A. Griggs | Address client edits to draft of opposition to withdrawal motion; | 0.90 |
| 01/29/2024 | E. Edlin | Finalize withdrawal motion, including correspondence regarding same; | 0.60 |
| 01/30/2024 | S. Piepmeier | Analysis regarding discovery issues related to AIPI; | 0.10 |
| 01/30/2024 | K. Smith | File opposition to Motion to Withdraw as Counsel; | 0.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/30/2024 | A. Griggs | Finalize opposition to motion for withdrawal for filing; | 0.40 |
| 01/31/2024 | S. Piepmeier | Analysis regarding [redacted] (.1); review Ramey reply in support of motion to withdraw (.2); | 0.30 |
| 01/31/2024 | K. Smith | Review the court's calendar to confirm hearing information (.1); emails with team regarding upcoming hearing dates (.2); update client files (.1); | 0.40 |
| 01/31/2024 | E. Edlin | Attend video conference with Baker Botts regarding strategy; | 0.50 |
| 01/31/2024 | E. Edlin | Review Ramey reply regarding withdrawal and correspondence regarding same; | 0.40 |
| **Subtotal:** [redacted] | | | **64.50** |
| **Total** | | | **64.50** |

**Services**
[redacted]

## Summary of Services through 01/31/2024

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| D. Bagatell | Partner | 0.50 | [redacted] | [redacted] |
| E. Edlin | Partner | 17.80 | [redacted] | [redacted] |
| L. Gordon | Partner | 0.30 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 6.90 | [redacted] | [redacted] |
| A. Griggs | Associate | 24.80 | [redacted] | [redacted] |
| J. Moore | Associate | 3.40 | [redacted] | [redacted] |
| J. Hewitt | Associate | 3.70 | [redacted] | [redacted] |
| K. Smith | Paralegal | 7.10 | [redacted] | [redacted] |
| **Total Services** | | **64.50** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 64.50 | [redacted] |
| **Total Services** | | **64.50** | [redacted] |

## Disbursements and Other Detailed Services through 01/31/2024

| Description | Amount |
|---|---|
| Fulcrum Legal Graphics, Inc. - Professional Services - 12/2023 | 10,920.00 |
| **Total** | **$10,920.00** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

**Total Disbursements and Other Services**
$10,920.00

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | March 31, 2024 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through February 29, 2024

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $310.70 |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 02/29/2024

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 02/01/2024 | K. Smith | Draft and revise notice of withdrawal as counsel (.7); revise Google document (.2); | 0.90 |
| 02/01/2024 | J. Moore | Video conference with A. Wynn-Grant, S. Gonzalez-Pender, Baker Botts, and Perkins regarding AiPi subpoena and Ramey withdrawal motion; | 0.40 |
| 02/01/2024 | E. Edlin | Video conference with A. Wynn-Grant, S. Gonzalez-Pender, Baker Botts, and Perkins regarding AiPi subpoena and Ramey withdrawal motion; | 0.40 |
| 02/02/2024 | K. Smith | Update and distribute case calendar (.6); calendar deadlines (.2); | 0.80 |
| 02/02/2024 | J. Moore | Draft meeting minutes for 2/1 call; | 0.20 |
| 02/05/2024 | K. Smith | Update calendar; | 0.20 |
| 02/07/2024 | E. Edlin | Correspondence regarding upcoming hearings (.2); correspondence regarding Valjakka reply brief (.2); | 0.40 |
| 02/08/2024 | S. Piepmeier | Review client edits to motion (.1); hearing preparation (.1); | 0.20 |
| 02/08/2024 | E. Edlin | Review opposition to motion to quash and correspondence regarding same (.8); correspondence regarding weekly update (.1); | 0.90 |
| 02/09/2024 | K. Smith | Calendar deadlines; | 0.50 |
| 02/12/2024 | S. Piepmeier | Revise opposition to motion to quash; | 0.60 |
| 02/13/2024 | S. Piepmeier | Prepare for hearing; | 0.40 |
| 02/14/2024 | S. Piepmeier | Prepare for hearing; | 0.20 |
| 02/15/2024 | S. Piepmeier | Review briefing to prepare for DQ hearing (.4); review agenda to prepare for team call (.1); video conference with A. Wynn-Grant, S. Gonzalez-Pender, Perkins team, and Baker Botts team regarding preparation for hearing on motion to disqualify, invalidity issues, and motion to quash (.5); attend DQ hearing and client debrief (1.2); | 2.20 |
| 02/15/2024 | K. Smith | Compile motion to disqualify papers for S. Piepmeier; | 0.60 |
| 02/15/2024 | J. Moore | Video conference with A. Wynn-Grant, S. Gonzalez-Pender, Perkins team, and Baker Botts team regarding preparation for hearing on motion to disqualify, invalidity issues, and motion to quash (.5); | 0.50 |
| 02/15/2024 | E. Edlin | Video conference with A. Wynn-Grant, S. Gonzalez-Pender, Perkins team, and Baker Botts team regarding preparation for hearing on motion to disqualify, invalidity issues, and motion to quash (.7); attend hearing regarding motion to disqualify and conference regarding same (.6); | 1.30 |
| 02/15/2024 | L. Gordon | Video conference with A. Wynn-Grant, S. Gonzalez-Pender, Perkins team, | 0.50 |

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
| --- | --- | --- | --- |
| | | and Baker Botts team regarding preparation for hearing on motion to disqualify, invalidity issues, and motion to quash (.5); | |
| 02/16/2024 | K. Smith | Finalize and file transcript order form; | 0.90 |
| 02/20/2024 | K. Smith | Update client files (.2); update and distribute case calendar (.1); | 0.30 |
| 02/22/2024 | K. Smith | Finalize, file and serve Reply; | 0.30 |
| 02/22/2024 | J. Moore | Video conference with A. Wynn-Grant, S. Gonzalez-Pender, and Perkins team regarding invalidity issues; | 0.10 |
| 02/22/2024 | E. Edlin | Video conference with A. Wynn-Grant, S. Gonzalez-Pender, and Perkins team regarding invalidity issues; | 0.10 |
| 02/23/2024 | S. Piepmeier | Multiple email communications with R. Lamkin regarding motion to quash hearing (.3); review transcript from DQ hearing (.2); | 0.50 |
| 02/23/2024 | K. Smith | Finalize and file notice of withdraw of Angela Griggs (1.3); update and distribute case calendar (.3); | 1.60 |
| 02/26/2024 | S. Piepmeier | Review draft administrative motion and client edits to same; | 0.20 |
| 02/26/2024 | K. Smith | Update client files; | 0.10 |
| 02/27/2024 | K. Smith | Pull cases cited for motion to withdraw; | 0.40 |
| 02/28/2024 | S. Piepmeier | Review briefing and case law to prepare for motion to withdraw hearing; | 1.30 |
| 02/28/2024 | E. Edlin | Review briefing for motion to withdraw and correspondence regarding hearing; | 0.60 |
| 02/29/2024 | S. Piepmeier | Review briefing and case law to prepare for motion to withdraw hearing (1.4); telephone conferences with R. Lamkin and E. Edlin to prepare for hearing (.5); argue at hearing on motion to withdraw (.3); attend debrief session regarding hearing (.2); review proposed motion to withdraw from AiPi (.3); attend video conference with Netflix, Perkins, and Baker Botts team regarding Ramey withdrawal hearing, Whitestone motion to withdraw, and Rule 45 discovery (.5); | 3.20 |
| 02/29/2024 | K. Smith | Finalize and file transcript order form; coordinate payment to court reporter; | 0.40 |
| 02/29/2024 | E. Edlin | Telephone conference with S. Piepmeier and R. Lamkin regarding hearing preparations and correspondence regarding same (.5); attend video conference with Netflix, Perkins, and Baker Botts team regarding Ramey withdrawal hearing, Whitestone motion to withdraw, and Rule 45 discovery (.5); attend hearing regarding Ramey motion to withdraw (.2); | 1.20 |
| **Subtotal:** [redacted] | | | **22.40** |
| **Total** | | | **22.40** |

Invoice No.[redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

**Services**
[redacted]

## Summary of Services through 02/29/2024

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 4.90 | [redacted] | [redacted] |
| L. Gordon | Partner | 0.50 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 8.80 | [redacted] | [redacted] |
| J. Moore | Associate | 1.20 | [redacted] | [redacted] |
| K. Smith | Paralegal | 7.00 | [redacted] | [redacted] |
| **Total Services** | | **22.40** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 22.40 | [redacted] |
| **Total Services** | | **22.40** | [redacted] |

## Disbursements and Other Detailed Services through 02/29/2024

| Description | Amount |
|---|---|
| First Legal Network LLC (ACH) - Messenger service - Raynee H. Mercado | 310.70 |
| **Total** | **$310.70** |

**Total Disbursements and Other Services**
$310.70

**Total Invoice Amount**
[redacted]

## Open Invoices as of March 31, 2024

| | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Total |
|---|---|---|---|---|---|---|
| Fees | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Disbursements and Other Charges | $11,230.70 | $0.00 | $0.00 | $0.00 | $0.00 | $11,230.70 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINS COIE

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | April 19, 2024 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through March 31, 2024

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $66.05 |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 03/31/2024

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 03/01/2024 | K. Smith | Update and distribute case calendar; | 0.30 |
| 03/04/2024 | E. Edlin | Correspondence regarding withdrawal order (.1); review case correspondence (.1); | 0.20 |
| 03/08/2024 | K. Smith | Update client files (.1); update and distribute case calendar (.2); | 0.30 |
| 03/12/2024 | K. Smith | Finalize and file motion for withdraw; | 0.40 |
| 03/14/2024 | S. Piepmeier | Review DQ Order (.2); correspondence regarding DQ order and next steps (.1); | 0.30 |
| 03/14/2024 | K. Smith | Update service list; | 0.20 |
| 03/15/2024 | K. Smith | Update and distribute case calendar; | 0.30 |
| 03/18/2024 | K. Smith | Update client files; | 0.10 |
| 03/19/2024 | K. Smith | Calendar deadlines; | 0.10 |
| 03/25/2024 | S. Piepmeier | Attention to upcoming hearing regarding Whitestone; | 0.20 |
| 03/25/2024 | K. Smith | Update and distribute case calendar; | 0.20 |
| 03/29/2024 | S. Piepmeier | Attention to Whitestone withdrawal correspondence and strategy; | 0.30 |
| 03/29/2024 | K. Smith | Pull and send motion for withdrawal to E. Edlin; | 0.10 |
| 03/29/2024 | E. Edlin | Correspondence regarding Whitestone withdrawal; | 0.60 |
| **Subtotal:** [redacted] | | | **3.60** |
| **Total** | | | **3.60** |

**Services**
[redacted]

## Summary of Services through 03/31/2024

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 0.80 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 0.80 | [redacted] | [redacted] |
| K. Smith | Paralegal | 2.00 | [redacted] | [redacted] |
| **Total Services** | | **3.60** | | [redacted] |

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 3.60 | [redacted] |
| **Total Services** | | **3.60** | [redacted] |

## Disbursements and Other Detailed Services through 03/31/2024

| Description | Amount |
|---|---|
| First Legal Network LLC (ACH) - hearing transcript expense - RAYNEE H. MERCADO | 66.05 |
| **Total** | **$66.05** |

**Total Disbursements and Other Services**
$66.05

**Total Invoice Amount**
[redacted]

## Open Invoices as of April 19, 2024

| | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Total |
|---|---|---|---|---|---|---|
| Fees | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Disbursements and Other Charges | $11,296.75 | $0.00 | $0.00 | $0.00 | $0.00 | $11,296.75 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | June 13, 2024 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through May 31, 2024

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: [redacted]

**Please identify your payment with the following: Perkins Coie Account No.[redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #[redacted]**<br>**Swift Code #[redacted]**<br>**Account Name: Perkins Coie LLP**<br>**Account Number: [redacted]** |

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 05/31/2024

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 05/06/2024 | S. Piepmeier | Review order on motion to withdraw (.1); email communications with R. Lamkin regarding case strategy (.1); | 0.20 |
| 05/07/2024 | S. Piepmeier | Strategize regarding status update request from I. Karesniemi; | 0.10 |
| 05/10/2024 | K. Smith | Update and distribute case calendar; | 0.10 |
| 05/21/2024 | S. Piepmeier | Analysis regarding potential MSJ; | 0.20 |
| 05/22/2024 | S. Piepmeier | Analysis regarding upcoming deadlines to prepare client recommendation; | 0.20 |
| 05/24/2024 | S. Piepmeier | Telephone conference with R. Lamkin, L. Dreyer, and E. Edlin regarding MSJ and trial strategy; | 0.50 |
| 05/27/2024 | S. Piepmeier | Analysis regarding [redacted] | 0.30 |
| 05/28/2024 | S. Piepmeier | Video conference with R. Lamkin and E. Edlin regarding strategy for MSJs and fees (.5); legal research regarding fees (.2); | 0.70 |
| 05/29/2024 | S. Piepmeier | Attend strategy calls with R. Lamkin and client (1); review order denying motion to join and for OSC (.4); | 1.40 |
| 05/29/2024 | E. Edlin | Video conference with R. Lamkin and S. Piepmeier regarding strategy for MSJs and fees; | 0.50 |
| 05/30/2024 | A. Hester | Video conference with E. Edlin regarding assistance with fee motion; | 0.40 |
| 05/30/2024 | S. Piepmeier | Analysis regarding fees motion and win plan; | 0.20 |
| 05/31/2024 | A. Hester | Review case pleadings, orders and discovery letters for background (2.1); review [redacted] (1.0); | 3.10 |
| 05/31/2024 | S. Piepmeier | Analysis regarding dismissal of offensive claims; | 0.30 |
| **Subtotal:** [redacted] | | | **8.20** |
| **Total** | | | **8.20** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

**Services**
[redacted]

## Summary of Services through 05/31/2024

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 0.50 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 4.10 | [redacted] | [redacted] |
| A. Hester | Associate | 3.50 | [redacted] | [redacted] |
| K. Smith | Paralegal | 0.10 | [redacted] | [redacted] |
| **Total Services** | | **8.20** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 8.20 | [redacted] |
| **Total Services** | | **8.20** | [redacted] |

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | July 18, 2024 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through June 30, 2024

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 06/30/2024

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 06/01/2024 | S. Piepmeier | Email communications regarding dismissal strategy; | 0.20 |
| 06/04/2024 | A. Hester | Telephone conference with B. Kadjo regarding motion for fees strategy; | 0.20 |
| 06/04/2024 | B. Kadjo | Telephone conference with A. Hester regarding motion for fees strategy; | 0.20 |
| 06/05/2024 | A. Hester | Review [redacted]; | 0.60 |
| 06/05/2024 | S. Piepmeier | Client communications regarding settlement (.2); review order regarding trial date and AiPi discovery (.2); | 0.40 |
| 06/05/2024 | K. Smith | Calendar deadlines; | 0.30 |
| 06/06/2024 | A. Hester | Further [redacted] | 1.50 |
| 06/07/2024 | A. Hester | Further [redacted] (1.5); review [redacted] (1.9); | 3.40 |
| 06/07/2024 | S. Piepmeier | Attend outside counsel team call (.5); review client correspondence regarding recommended strategy (.1); review meet and confer correspondence regarding AiPi discovery (.2); | 0.80 |
| 06/07/2024 | K. Smith | Update client files (.1); calendar deadlines (.1); | 0.20 |
| 06/07/2024 | B. Kadjo | Investigate instances of bad acts during case for motions fee; | 0.80 |
| 06/10/2024 | A. Hester | Summarize [redacted] (2.8); video conference with E. Edlin and B. Kadjo regarding plan for fee motion (.3); review case background for bad facts to emphasize in fee motion (.4); | 3.50 |
| 06/10/2024 | B. Kadjo | Review case law found regarding attorneys' fees; | 0.10 |
| 06/10/2024 | B. Kadjo | Video conference with A. Hester and E. Edlin regarding plan for fee motion; | 0.30 |
| 06/10/2024 | E. Edlin | Video conference with A. Hester and B. Kadjo regarding plan for fee motion; | 0.30 |
| 06/12/2024 | S. Piepmeier | Email communications regarding CMC and CUVTA discovery against AiPi; | 0.20 |
| 06/13/2024 | A. Hester | Assess requirements for requesting continuation of hearing in N.D. Cal.; | 0.30 |
| 06/13/2024 | S. Piepmeier | Email communications with L. Valjakka regarding CMC date (.2); video conference with A. Wynn-Grant, R. Lamkin, and E. Edlin regarding CUVTA, SJ, and fees strategy (1); | 1.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 06/13/2024 | E. Edlin | Video conference with W. Wynn-Grant, R. Lamkin, and S. Piepmeier regarding CUVTA, summary judgment, and fees strategy; | 1.00 |
| 06/19/2024 | S. Piepmeier | Email communications with A. Wynn Grant regarding strategy for AiPi service; | 0.20 |
| 06/20/2024 | S. Piepmeier | Email communications regarding strategy for joint case management statement; | 0.20 |
| 06/21/2024 | K. Smith | Calendar deadlines; | 0.10 |
| 06/24/2024 | S. Piepmeier | Attend client strategy telephone conference (.4); review CMC statement (.3); | 0.70 |
| 06/25/2024 | S. Piepmeier | Email communications regarding CMC statement strategy; | 0.20 |
| 06/27/2024 | S. Piepmeier | Review contempt motion (.2); email correspondence with client and R. Lamkin regarding same (.2); | 0.40 |
| 06/28/2024 | K. Smith | Update and distribute case calendar; | 0.20 |
| **Subtotal:** [redacted] | | | **17.50** |
| **Total** | | | **17.50** |

**Services**
[redacted]

## Summary of Services through 06/30/2024

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 1.30 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 4.50 | [redacted] | [redacted] |
| A. Hester | Associate | 9.50 | [redacted] | [redacted] |
| B. Kadjo | Associate | 1.40 | [redacted] | [redacted] |
| K. Smith | Paralegal | 0.80 | [redacted] | [redacted] |
| **Total Services** | | **17.50** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 17.50 | [redacted] |
| **Total Services** | | **17.50** | [redacted] |

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

| | | | |
|---|---|---|---|
| Netflix, Inc. | | Invoice No. | [redacted] |
| Attn: Hilary Ware | | Matter No. | [redacted] |
| E-BILLED THROUGH LEGAL TRACKER | | Bill Date | August 14, 2024 |
| 100 Winchester Circle | | Due Date | Due Upon Receipt |
| Los Gatos, CA 95032 | | | |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through July 31, 2024

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No.[redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

## Professional Services through 07/31/2024

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 07/02/2024 | S. Piepmeier | Review draft response (.2); telephone conference with R. Lamkin regarding response strategy (.3); telephone conference with A. Wynn-Grant and R. Lamkin regarding CMC and response strategy (.3); review Order from Court re schedule and CMC (.1); | 0.90 |
| 07/02/2024 | K. Smith | Calendar deadlines; | 0.30 |
| 07/03/2024 | A. Hester | Draft update email to team regarding request for thoughts on outline of fee motion; | 0.10 |
| 07/03/2024 | S. Piepmeier | Revise response to court; | 0.50 |
| 07/05/2024 | K. Smith | Update and distribute case calendar; | 0.50 |
| 07/08/2024 | S. Piepmeier | Correspondence regarding MTC; | 0.30 |
| 07/09/2024 | S. Piepmeier | Review correspondence from counsel for AIPI regarding subpoena; | 0.20 |
| 07/10/2024 | S. Piepmeier | Review correspondence regarding third party subpoena issues; | 0.20 |
| 07/18/2024 | S. Piepmeier | Review correspondence related to subpoena and motion to compel; | 0.20 |
| 07/19/2024 | S. Piepmeier | Review correspondence related to subpoena and motion to compel; | 0.20 |
| 07/22/2024 | S. Piepmeier | Review motion to quash and related correspondence; | 0.50 |
| 07/22/2024 | K. Smith | Update and distribute case calendar; | 0.20 |
| 07/23/2024 | S. Piepmeier | Review meet and confer correspondence re EDVA subpoena action; | 0.20 |
| 07/25/2024 | S. Piepmeier | Attend video conference with Netflix, Baker Botts team, and Perkins team regarding AiPi motion to quash (.4); review draft response to motion to quash (.4); | 0.80 |
| 07/25/2024 | E. Edlin | Attend video conference with Netflix, Baker Botts team, and Perkins team regarding AiPi motion to quash; | 0.40 |
| 07/26/2024 | S. Piepmeier | Attention to strategy for Motion to Quash opposition; | 0.10 |
| 07/26/2024 | K. Smith | Update and distribute case calendar; | 0.20 |
| 07/29/2024 | S. Piepmeier | Revise opposition to motion to quash; | 1.50 |
| 07/29/2024 | E. Edlin | Review opposition to motion to quash and correspondence regarding same; | 0.50 |
| 07/30/2024 | S. Piepmeier | Review revised opposition to motion to quash; | 0.20 |
| **Subtotal:** [redacted] | | | **8.00** |

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

PERKINSCOIE

| | |
|---|---|
| **Total** | **8.00** |

**Services**
[redacted]

## Summary of Services through 07/31/2024

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 0.90 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 5.80 | [redacted] | [redacted] |
| A. Hester | Associate | 0.10 | [redacted] | [redacted] |
| K. Smith | Paralegal | 1.20 | [redacted] | [redacted] |
| **Total Services** | | **8.00** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 8.00 | [redacted] |
| **Total Services** | | **8.00** | [redacted] |

**Total Invoice Amount**
[redacted]

## Open Invoices as of August 14, 2024

| | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Total |
|---|---|---|---|---|---|---|
| Fees | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Disbursements and Other Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

Perkins Coie

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | September 10, 2024 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through August 31, 2024

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Professional Services through 08/31/2024

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/02/2024 | S. Piepmeier | Review response from O. Hietelahi re privilege (.1); attention to supplemental filing (.1); | 0.20 |
| 08/02/2024 | K. Smith | Update and distribute case calendar; | 0.20 |
| 08/02/2024 | E. Edlin | Review motion to quash and correspondence regarding same; | 0.40 |
| 08/12/2024 | K. Smith | Update and distribute case calendar; | 0.20 |
| 08/16/2024 | K. Smith | Update and distribute case calendar; | 0.10 |
| 08/26/2024 | K. Smith | [redacted]; | 0.50 |
| 08/30/2024 | S. Piepmeier | Review summary of hearing; | 0.20 |
| 08/30/2024 | K. Smith | Update and distribute case calendar; | 0.20 |
| 08/31/2024 | S. Piepmeier | Attend team meeting re MSJ / Daubert strategy; revise drafts; attention to strategy re anticipated Dauberts from Netsocket; | 1.20 |
| **Subtotal:** [redacted] | | | **3.20** |
| **Total** | | | **3.20** |

**Services**
[redacted]

## Summary of Services through 08/31/2024

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 0.40 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 1.60 | [redacted] | [redacted] |
| K. Smith | Paralegal | 1.20 | [redacted] | [redacted] |
| **Total Services** | | **3.20** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 3.20 | [redacted] |
| **Total Services** | | **3.20** | [redacted] |

**Total Invoice Amount**
[redacted]

Invoice No.[redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID:[redacted]

Perkins Coie

## Open Invoices as of September 10, 2024

| | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Total |
|---|---|---|---|---|---|---|
| Fees | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Disbursements and Other Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

Perkins Coie

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | October 8, 2024 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through September 30, 2024

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Professional Services through 09/30/2024

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 09/03/2024 | S. Piepmeier | Revise CUVTA discovery; | 0.30 |
| 09/04/2024 | S. Piepmeier | Revise motion to extend schedule (.4); correspondence regarding subpoena compliance (.2); | 0.60 |
| 09/13/2024 | K. Smith | Update and distribute case calendar; | 0.20 |
| 09/16/2024 | K. Smith | [redacted] | 0.10 |
| 09/25/2024 | S. Piepmeier | Email communications regarding status of motion to quash; | 0.20 |
| 09/27/2024 | K. Smith | Calendar deadlines; | 0.70 |
| 09/30/2024 | S. Piepmeier | Review correspondence regarding hearing; | 0.10 |
| **Subtotal:** [redacted] | | | **2.20** |
| **Total** | | | **2.20** |

**Services**
[redacted]

## Summary of Services through 09/30/2024

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| S. Piepmeier | Partner | 1.20 | [redacted] | [redacted] |
| K. Smith | Paralegal | 1.00 | [redacted] | [redacted] |
| **Total Services** | | **2.20** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 2.20 | [redacted] |
| **Total Services** | | **2.20** | [redacted] |

**Total Invoice Amount**
[redacted]

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Open Invoices as of October 8, 2024

| | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Total |
|---|---|---|---|---|---|---|
| Fees | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Disbursements and Other Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

Perkins Coie

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | November 13, 2024 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through October 31, 2024

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Professional Services through 10/31/2024

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 10/01/2024 | S. Piepmeier | Review upcoming deadlines related to CMC; | 0.20 |
| 10/02/2024 | E. Edlin | Correspondence with Perkins team regarding CMC (.4); draft joint motion to continue CMC (.6); correspondence with Baker Botts regarding same (.1); | 1.10 |
| 10/03/2024 | S. Piepmeier | Finalize CMC Statement; | 0.20 |
| 10/03/2024 | E. Edlin | Correspondence regarding filing of motion to continue CMC; | 0.40 |
| 10/04/2024 | S. Piepmeier | Review Order regarding CMC; | 0.20 |
| 10/04/2024 | E. Edlin | Correspondence with Perkins team regarding CMC (.3); draft email to client regarding same (.1); | 0.40 |
| 10/07/2024 | S. Piepmeier | Attention to EDVA filings; | 0.20 |
| 10/08/2024 | S. Piepmeier | Email correspondence regarding CMC and mock prep; | 0.30 |
| 10/08/2024 | K. Smith | Update client files; | 0.60 |
| 10/08/2024 | E. Edlin | Draft CMC statement; | 1.10 |
| 10/09/2024 | K. Smith | Calendar deadlines; | 0.60 |
| 10/09/2024 | E. Edlin | Review EDVA pleadings and revise case management statement; | 0.80 |
| 10/11/2024 | S. Piepmeier | Review CMC filing; | 0.10 |
| 10/11/2024 | K. Smith | Update and distribute case calendar; | 0.20 |
| 10/11/2024 | E. Edlin | Review opposition to motion to quash and correspondence regarding same (1.0); finalize joint case management statement (.4); | 1.40 |
| 10/14/2024 | S. Piepmeier | Review updated CMC statement from plaintiff for filing; | 0.20 |
| 10/15/2024 | S. Piepmeier | Review A. Wynn-Grant feedback on opposition to motion to quash (.2); emails with A. Wynn-Grant regarding reach out from mediator (.2); check in with E. Edlin on status of fees motion (.2); | 0.60 |
| 10/15/2024 | E. Edlin | Research and correspondence regarding liability for fees by third party; | 1.40 |
| 10/17/2024 | S. Piepmeier | Prepare for CMC; | 0.30 |
| 10/18/2024 | S. Piepmeier | Review CMC order; | 0.10 |
| 10/18/2024 | K. Smith | Update and distribute case calendar; | 0.20 |
| 10/21/2024 | E. Edlin | Review motion to quash briefings in advance of mock; | 0.90 |

Invoice No.[redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 10/22/2024 | E. Edlin | Attend mock for motion to quash; | 1.50 |
| 10/26/2024 | S. Piepmeier | Review summary of EDVA MTQ hearing; | 0.20 |
| 10/30/2024 | S. Piepmeier | Review motion for reconsideration recommendation; | 0.10 |
| **Subtotal:** [redacted] | | | **13.30** |
| **Total** | | | **13.30** |

**Services**
[redacted]

## Summary of Services through 10/31/2024

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 9.00 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 2.70 | [redacted] | [redacted] |
| K. Smith | Paralegal | 1.60 | [redacted] | [redacted] |
| **Total Services** | | **13.30** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 13.30 | [redacted] |
| **Total Services** | | **13.30** | [redacted] |

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

Perkins Coie

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | December 10, 2024 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through November 30, 2024

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Professional Services through 11/30/2024

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/01/2024 | S. Piepmeier | Review correspondence regarding revised recommendation on reconsideration; | 0.20 |
| 11/18/2024 | K. Smith | [redacted] | 0.60 |
| 11/22/2024 | K. Smith | Calendar deadlines; | 0.10 |
| 11/25/2024 | E. Edlin | Review legal research and notes regarding motion for attorneys' fees; | 0.90 |
| **Subtotal:** [redacted] | | | **1.80** |
| **Total** | | | **1.80** |

**Services**
[redacted]

## Summary of Services through 11/30/2024

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 0.90 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 0.20 | [redacted] | [redacted] |
| K. Smith | Paralegal | 0.70 | [redacted] | [redacted] |
| **Total Services** | | **1.80** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 1.80 | [redacted] |
| **Total Services** | | **1.80** | [redacted] |

**Total Invoice Amount**
[redacted]

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Open Invoices as of December 10, 2024

| | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Total |
|---|---|---|---|---|---|---|
| Fees | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Disbursements and Other Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

Perkins Coie

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | January 31, 2025 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through December 31, 2024

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number: [redacted]

**Please identify your payment with the following: Perkins Coie Account No.** [redacted] **and Invoice** [redacted]

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] |

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Professional Services through 12/31/2024

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 12/02/2024 | K. Smith | Update client files and case calendar; | 0.50 |
| 12/09/2024 | K. Smith | Review docket for refund status (.2); emails with J. Carter regarding same (.1); draft Request for Refund (.3); | 0.60 |
| 12/13/2024 | S. Piepmeier | Email correspondence regarding results of EDVA appeal and next steps; | 0.20 |
| 12/13/2024 | K. Smith | Update and distribute case calendar; | 0.40 |
| 12/16/2024 | K. Smith | Draft update power of attorney (.3); draft updated mandatory notices (.2); finalize and file same (.2) | 0.70 |
| 12/17/2024 | S. Piepmeier | Evaluate proposed update filing in NDCA case (.1); review transcript from hearing before Judge Brinkema (.2); emails re strategy and next steps (.2); | 0.50 |
| 12/17/2024 | K. Smith | Finalize and file documents for Request for Refund; | 0.70 |
| 12/18/2024 | K. Smith | Update client files; | 0.30 |
| 12/18/2024 | E. Edlin | Correspondence regarding upcoming AiPi production; | 0.40 |
| 12/19/2024 | S. Piepmeier | Attend team strategy meeting; | 0.50 |
| 12/19/2024 | E. Edlin | Attend strategy call with Baker Botts team regarding AiPi; | 0.50 |
| 12/20/2024 | K. Smith | Update and distribute case calendar; | 0.10 |
| 12/23/2024 | K. Smith | Draft notice of withdrawal of B. Kadjo; | 0.30 |
| 12/26/2024 | K. Smith | Emails regarding AiPi document production (.1); finalize notice of withdraw of B. Kadjo (.3); review requirements regarding meet and confer for motion to withdrawal (.7); | 1.10 |
| 12/27/2024 | K. Smith | Prepare and file transcript request; | 0.30 |
| 12/27/2024 | K. Smith | Update and distribute case calendar (.1); download production file (.2); | 0.30 |
| 12/28/2024 | S. Piepmeier | Strategize regarding AiPi document production; | 0.40 |
| 12/28/2024 | E. Edlin | Correspondence with R. Lamkin regarding AiPi documents; correspondence regarding protective order; review protective order; strategize regarding discovery; | 2.50 |
| 12/29/2024 | S. Piepmeier | Analyze AiPi production (1.2); email communications with team re action items (.2); | 1.40 |
| 12/29/2024 | E. Edlin | Correspondence with R. Lamkin regarding AiPi documents (.2); review AiPi production (1.0); review privilege log and prepare for strategy meeting (1.0); | 2.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 12/30/2024 | S. Piepmeier | Revise correspondence re AEO disclosure (.2); review summary of client call (.1); update action item list (.2); participate in team call (.7); | 1.20 |
| 12/30/2024 | K. Smith | Search for privilege logs; | 0.10 |
| 12/30/2024 | E. Edlin | Conference with A. Wyn-Grant and Baker Botts team regarding protective order violation and case strategy (.5); draft notes and summary of call (.4); revise email regarding PO violation (.6); review privilege log (.3); review and revise timeline of events (1.2); attend conference with Baker Botts and Perkins team regarding case strategy (1); organize facts and materials regarding production and fees motion (2.8); | 6.20 |
| 12/31/2024 | E. Edlin | Draft letter regarding AiPi production; | 3.10 |
| **Subtotal:** [redacted] | | | **24.50** |
| **Total** | | | **24.50** |

**Services**
[redacted]

## Summary of Services through 12/31/2024

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 14.90 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 4.20 | [redacted] | [redacted] |
| K. Smith | Paralegal | 5.40 | [redacted] | [redacted] |
| **Total Services** | | **24.50** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 24.50 | [redacted] |
| **Total Services** | | **24.50** | [redacted] |

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

Perkins Coie

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | March 13, 2025 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through January 31, 2025

| | |
|---|---|
| Services | [redacted] |
| Less Unallocated Applied | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: | ELECTRONIC PAYMENT OPTIONS: |
|---|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA # [redacted]**<br>**Swift Code # [redacted]**<br>**Account Name: Perkins Coie LLP**<br>**Account Number: [redacted]** | https://paywithtranch.com/perkinscoie |

**Electronic Payments:** On our online portal we accept credit cards payment up to $50,000 and real-time electronic bank payments.

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Professional Services through 01/31/2025

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/01/2025 | S. Piepmeier | Review draft deficiency letter regarding AiPi production; | 0.20 |
| 01/02/2025 | S. Piepmeier | Email correspondence with R. Lamkin regarding ownership investigation and NDCA sanctions; | 0.20 |
| 01/02/2025 | K. Smith | Review files for privilege logs; | 0.50 |
| 01/02/2025 | E. Edlin | Revise letter regarding AiPi production and correspondence regarding same (.8); correspondence regarding case status with A. Hester (.3); strategize regarding AiPi and case strategy (.8); | 1.90 |
| 01/03/2025 | A. Hester | Video conference with E. Edlin regarding case updates and legal research related to PO violation (.6); review recent case discovery correspondence related to PO violation (.3); | 0.90 |
| 01/03/2025 | K. Smith | Update and distribute case calendar; | 0.20 |
| 01/03/2025 | K. Smith | Trouble shoot issues downloading production file; | 0.10 |
| 01/03/2025 | E. Edlin | Correspondence regarding AiPi strategy call (.2); review case materials (.3); | 0.50 |
| 01/06/2025 | A. Hester | Research regarding mechanisms for enforcing PO violations; | 2.10 |
| 01/06/2025 | K. Smith | Submit request for hearing transcript; | 0.30 |
| 01/07/2025 | A. Hester | Draft summary of research regarding mechanism for redressing PO violation (1.1); review summary of attorneys' fees case law and materials in advance of motion drafting (.5); | 1.60 |
| 01/07/2025 | K. Smith | Download production file; | 0.20 |
| 01/07/2025 | E. Edlin | Correspondence regarding Ramey and Court jurisdiction; | 0.40 |
| 01/08/2025 | A. Hester | Video conference with S. Piepmeier, E. Edlin, and Baker Botts team regarding AiPi discovery and related motions (.7); video conference with E. Edlin regarding fee motion (.4); | 1.10 |
| 01/08/2025 | S. Piepmeier | Review meet and confer correspondence and input from client (.2); video conference with E. Edlin, A. Hester, and Baker Botts team regarding AiPi discovery and related motions (.5); review meet and confer correspondence draft (.2); | 1.10 |
| 01/08/2025 | K. Smith | Attention to motion for attorneys' fees; | 1.60 |
| 01/08/2025 | E. Edlin | Video conference with S. Piepmeier, A. Hester, and Baker Botts team regarding AiPi discovery and related motions (.7); video conference with A. Hester regarding motions for attorneys' fees and sanctions (.4); strategize regarding fees motion and sanctions (1.5); [redacted] | 3.00 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | regarding protective order violation (.4); | |
| 01/09/2025 | A. Hester | Outline draft motion for attorneys' fees introduction and background sections; | 2.10 |
| 01/09/2025 | S. Piepmeier | Attention to strategy regarding 45g motion; | 0.10 |
| 01/09/2025 | E. Edlin | Correspondence with R. Lamkin regarding expert designations; | 0.30 |
| 01/10/2025 | A. Hester | Further outline draft motion for attorneys' fees; | 2.00 |
| 01/10/2025 | K. Smith | Update and distribute case calendar; | 0.10 |
| 01/12/2025 | S. Piepmeier | Review transcript of Ramey pro hac ND CA hearing for potential use in fees motion; | 0.50 |
| 01/13/2025 | A. Hester | Further outline draft motion for attorneys' fees background sections (.6); provide feedback on draft motion for contempt (1.0); | 1.60 |
| 01/13/2025 | S. Piepmeier | Revise 45g motion (2.9); correspondence with A. Wynn-Grant and R. Lamkin re 45g motion (.3); | 3.20 |
| 01/13/2025 | E. Edlin | Revise motion for contempt and correspondence regarding same (2.8); correspondence regarding edits to motion for contempt (.7); | 3.50 |
| 01/14/2025 | A. Hester | Coordinate with E. Edlin regarding motion for sanctions related to protective order violation (.2); further research relating to obtaining discovery to investigate contempt (2.3); video conference with S. Piepmeier, E. Edlin, and Baker Botts team regarding AiPi discovery and related motions (.7); telephone conference with E. Edlin regarding motions for attorneys' fees and sanctions related to protective order violation (.2); draft motion for sanctions background and legal standard sections (1.6); | 5.00 |
| 01/14/2025 | S. Piepmeier | Review revised 45g motion (.3); video conference with E. Edlin, A. Hester, and Baker Botts team regarding AiPi discovery and related motions (.7); attend strategy call with A. Wynn-Grant and Baker Botts team regarding strategy (.3); review A. Wynn-Grant edits to 45g motion (.1); | 1.40 |
| 01/14/2025 | K. Smith | Request access to Relativity for A. Hester; | 0.10 |
| 01/14/2025 | E. Edlin | Video conference with S. Piepmeier, A. Hester, and Baker Botts team regarding AiPi discovery and related motions (.7); telephone conference with A. Hester regarding motions for attorneys' fees and sanctions related to protective order violation (.2); review summary of facts regarding PO violation (.3); | 1.20 |
| 01/15/2025 | A. Hester | Further draft background sections of motion regarding Ramey's protective order violations (3.9); video conference with S. Piepmeier, E. Edlin and Baker Botts team to prepare for meet-and-confer with AiPi (.3); review updated draft motion for contempt against AiPi (1.0); | 5.30 |
| 01/15/2025 | S. Piepmeier | Conference with Perkins and Baker Botts team regarding meet and confer strategy (.4); review AiPi declaration (.1); revise email to Ramey (.1); | 0.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/15/2025 | E. Edlin | Conference with Perkins and Baker Botts team regarding meet and confer strategy (.4); attend meet and confer and summarize (.8); strategize regarding Ramey violation (.7); | 1.90 |
| 01/16/2025 | A. Hester | Further draft background sections of motion regarding Ramey's protective order violations (3.5); draft argument sections of motion regarding Ramey's protective order violations (1.3); | 4.80 |
| 01/16/2025 | S. Piepmeier | Attention to revisions to 45g motion; | 0.20 |
| 01/16/2025 | E. Edlin | Review fees motion and correspondence regarding same (1.1); correspondence regarding AiPi production (.8); | 1.90 |
| 01/17/2025 | A. Hester | Further draft argument sections of motion regarding Ramey's protective order violations (2.1); review AiPi document production (.3); video conference with E. Edlin regarding protective order violation motion and email to Ramey related thereto (.3); draft email o Ramey regarding protective order violations (.6); coordinate with team regarding draft email to Ramey (.3); | 3.60 |
| 01/17/2025 | S. Piepmeier | Review de-designated documents from AiPi (.3); revise correspondence to B. Ramey (.3); strategize re NDCA motion on disclosure (.3); | 0.90 |
| 01/17/2025 | K. Smith | Update and distribute case calendar; | 1.10 |
| 01/17/2025 | E. Edlin | Correspondence regarding Ramey sanctions; review PO violation motion (.6); revise email to Ramey and correspondence regarding same (.9); | 1.80 |
| 01/19/2025 | S. Piepmeier | Email communications with R. Lamkin re upcoming deposition and Ramey sanctions for NDCA violation; | 0.20 |
| 01/20/2025 | A. Hester | Further draft argument sections of motion regarding Ramey's protective order violations (5.0); further research regarding outside counsels' eyes only provision of N.D. Cal. standard protective order (.3); further research regarding orders to show cause for protective order violations in other California districts (.3); | 5.60 |
| 01/20/2025 | E. Edlin | Correspondence regarding draft email to Ramey; | 0.20 |
| 01/21/2025 | A. Hester | Further draft argument sections of motion regarding Ramey's protective order violations (.9); revise and edit draft motion regarding protective order violations (2.1); further draft motion for attorneys' fees background sections (1.6); | 4.60 |
| 01/21/2025 | S. Piepmeier | Analysis re compelling ownership deposition; | 0.20 |
| 01/21/2025 | E. Edlin | Correspondence regarding source code reviews and experts (.4); revise draft email to Ramey and correspondence regarding same (.3); correspondence regarding motion to show cause (.4); | 1.10 |
| 01/22/2025 | A. Hester | Further draft motion for attorneys' fees background sections (.6); review final motion for contempt against AiPi (.6); review AiPi opposition (1.0); review and propose feedback on draft reply in support of contempt (.9); | 3.10 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/22/2025 | S. Piepmeier | Reiew AiPi opposition; | 0.90 |
| 01/22/2025 | E. Edlin | Review AiPi responsive motion and correspondence regarding same (.6); | 0.60 |
| 01/23/2025 | A. Hester | Further draft motion for attorneys' fees background sections (5.9); assess potential responses to Ramey email regarding his protective order violations (.4); review final draft reply in support of motion for contempt against AiPi (.2); video conference with S. Piepmeier, E. Edlin, and Baker Botts team regarding hearing on motion for contempt against AiPi (.5); | 7.00 |
| 01/23/2025 | S. Piepmeier | Analyze W. Ramey response re AEO disclosure (.2); emails with R. Lamkin re strategy for hearing (.2); attend team call re hearing strategy (.5); | 0.90 |
| 01/23/2025 | E. Edlin | Video conference with S. Piepmeier, A. Hester, and Baker Botts team regarding hearing on motion for contempt against AiPi (.5); review motion regarding protective order violation (.7); | 1.20 |
| 01/24/2025 | A. Hester | Review transcript of contempt proceedings in Virginia (.4); Further draft motion for attorneys' fees background sections (3.5); | 3.90 |
| 01/24/2025 | S. Piepmeier | Review report from hearing; | 0.10 |
| 01/24/2025 | K. Smith | Update and distribute case calendar; | 0.20 |
| 01/26/2025 | A. Hester | Review AiPi production for materials related to protective order violation and fees motions (1.2); | 1.20 |
| 01/26/2025 | S. Piepmeier | Review documents from AiPi production re merits suit; | 0.20 |
| 01/26/2025 | K. Smith | Download production; | 0.20 |
| 01/27/2025 | A. Hester | Revise draft motion regarding Ramey's protective order violations to include AiPi newly-produced documents (2.1); video conference with E. Edlin regarding changes to protective order violation motion (.2); draft email to team outlining response to recent Ramey email regarding his protective order violations (.4); | 3.20 |
| 01/27/2025 | S. Piepmeier | Review revised search terms; | 0.30 |
| 01/27/2025 | K. Smith | Review AiPi documents for confidentiality designations (.3); locate translated documents and send to E. Edlin (1.0); | 1.30 |
| 01/27/2025 | E. Edlin | Revise search terms and review documents for additional terms and translations (2.1); correspondence regarding PO violation (.3); correspondence regarding additional production (.4); | 3.00 |
| 01/28/2025 | A. Hester | Further review new AiPi production of native versions of previously-produced documents (.3); | 0.30 |
| 01/28/2025 | S. Piepmeier | Review AiPi production; | 0.30 |
| 01/28/2025 | K. Smith | Compile translated documents and their originals to be uploaded to database; | 0.50 |

Invoice No.[redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/29/2025 | A. Hester | Further draft motion for attorneys' fees background sections including identification of supporting evidence (3.4); | 3.40 |
| 01/29/2025 | K. Smith | Calendar deadlines; | 0.20 |
| 01/29/2025 | E. Edlin | Correspondence regarding search terms (.4); revise search terms (.5); | 0.90 |
| 01/30/2025 | A. Hester | Further draft motion for attorneys' fees background sections including identification of supporting evidence (2.2); | 2.20 |
| 01/30/2025 | K. Smith | Review case files and send documents to A. Hester; | 0.30 |
| 01/31/2025 | A. Hester | Further draft motion for attorneys' fees background sections including identification of supporting evidence (1.4); draft email response to Ramey regarding protective order violations (.6); video conference with S. Piepmeier, E. Edlin, and Baker Botts team regarding AiPi discovery and forthcoming N.D. Cal. motion practice (.5); | 2.50 |
| 01/31/2025 | S. Piepmeier | Attend team call; attention to PO issue; | 0.70 |
| 01/31/2025 | E. Edlin | Video conference with S. Piepmeier, A. Hester, and Baker Botts team regarding AiPi discovery and forthcoming N.D. Cal. motions (.5); review Ramey motion (.6); | 1.10 |
| **Subtotal:** [redacted] | | | **110.70** |
| **Total** | | | **110.70** |

**Services**
[redacted]

## Summary of Services through 01/31/2025

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 24.50 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 12.20 | [redacted] | [redacted] |
| A. Hester | Associate | 67.10 | [redacted] | [redacted] |
| K. Smith | Paralegal | 6.90 | [redacted] | [redacted] |
| **Total Services** | | **110.70** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 110.70 | [redacted] |
| **Total Services** | | **110.70** | [redacted] |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

**Less Unallocated Applied**
[redacted]

**Total Invoice Amount**
[redacted]

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

Perkins Coie

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | April 7, 2025 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through February 28, 2025

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: | ELECTRONIC PAYMENT OPTIONS: |
|---|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA # [redacted]**<br>**Swift Code # [redacted]**<br>**Account Name: Perkins Coie LLP**<br>**Account Number: [redacted]** | https://paywithtranch.com/perkinscoie |

**Electronic Payments:** On our online portal we accept credit cards payment up to $50,000 and real-time electronic bank payments.

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Professional Services through 02/28/2025

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 02/03/2025 | A. Hester | Revise draft motion regarding protective order violations in view of supervising attorney edits (1.2); coordinate with K. Rose regarding preparing exhibits for motion (.2); research regarding cases deferring litigation on attorneys' fees until after investigation into sanctionable conduct is complete (.5); coordinate with team regarding draft email to Ramey about protective order violations (.4); | 2.30 |
| 02/03/2025 | S. Piepmeier | Attention to next steps for PO violation; | 0.20 |
| 02/03/2025 | K. Smith | Update and distribute case calendar; | 0.10 |
| 02/03/2025 | E. Edlin | Revise correspondence to Ramey regarding PO violation (.4); revise motion regarding protective order violation (2.6); correspondence with A. Hester regarding PO motion (.4); | 3.40 |
| 02/04/2025 | A. Hester | Coordinate with team regarding identification and collection of exhibits for motion including confirming appropriate confidentiality level (.9); coordinate with team regarding draft email to Ramey identifying specific protective order violations (.7); | 1.60 |
| 02/04/2025 | S. Piepmeier | Email correspondence to and from A. Wynn-Grant re next steps for PO violation; | 0.30 |
| 02/04/2025 | S. Piepmeier | Email correspondence to A. Wynn-Grant re next steps for PO violation (.2); review response from W. Ramey (.1); strategize regarding motion (.2); | 0.50 |
| 02/04/2025 | K. Smith | Pull and send documents to A. Hester (.4); draft declaration and pull exhibits in support of motion for order to show cause and sanctions (1.1); cite-check motion regarding same (1.4); | 2.90 |
| 02/04/2025 | E. Edlin | Correspondence with B. Ramey regarding PO violation (.3); correspondence regarding Ramey motion (.6); revise motion (.4); | 1.30 |
| 02/05/2025 | A. Hester | Further revise draft motion regarding protective order violation in view of supervising attorney comments; | 1.80 |
| 02/05/2025 | S. Piepmeier | Revise correspondence to A. Wynn-Grant; | 0.20 |
| 02/05/2025 | K. Smith | Draft declaration and pull exhibits in support of motion for order to show cause; | 1.40 |
| 02/05/2025 | E. Edlin | Draft email to Ramey regarding PO violation and correspondence regarding same; | 0.40 |
| 02/05/2025 | E. Edlin | Correspondence with client regarding Ramey strategy (.4); revise Ramey motion (.3); correspondence with A. Hester regarding same (.3); | 1.00 |
| 02/06/2025 | A. Hester | Further revise draft motion regarding protective order violation in view of supervising attorney comments; | 1.30 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 02/06/2025 | S. Piepmeier | Revise PO motion; | 1.00 |
| 02/06/2025 | K. Smith | Emails with team regarding filing; | 0.10 |
| 02/06/2025 | E. Edlin | Revise motion to show cause and correspondence regarding same (1.6); redact motion and draft email to client (1.4); correspondence with opposing counsel regarding meet and confer (.4); | 3.40 |
| 02/07/2025 | A. Hester | Review client edits to draft motion regarding protective order violation; | 0.20 |
| 02/07/2025 | S. Piepmeier | Review client edits to motion on PO violation; | 0.20 |
| 02/07/2025 | E. Edlin | Revise Ramey motion (1.9); correspondence with B. Ramey regarding meet and confer (.3); correspondence with Baker Botts regarding Ramey motion (.1); correspondence with client regarding motion (.2); | 2.50 |
| 02/10/2025 | A. Hester | Video conference with E. Edlin, R. Lamkin and W. Ramey to confer on motion for sanctions (.5); prepare for video conference with Ramey by reviewing recent correspondence related to sanctions motion (.1); | 0.60 |
| 02/10/2025 | S. Piepmeier | Emails with team regarding update on meet and confer with Ramey; | 0.20 |
| 02/10/2025 | E. Edlin | Attend meet and confer with B. Ramey (.5); strategize regarding protective order violation (.4); | 0.90 |
| 02/11/2025 | S. Piepmeier | Attention to strategic decisions rerarding PO violation motion; | 0.40 |
| 02/11/2025 | E. Edlin | Correspondence with A. Wynn-Grant regarding meet and confer (.4); correspondence regarding motion strategy (.3); | 0.70 |
| 02/12/2025 | A. Hester | Revise draft declaration in support of motion regarding Protective Order violation (1.5); video conference with S. Piepmeier, E. Edlin, and Baker Botts team regarding strategy for discovery from AiPi and motion against Ramey (.6); coordinate with team regarding response to Ramey related to PO violations (.3); further revise draft motion regarding Protective Order violation in view of client and supervising attorney comments and edits (1.4); | 3.80 |
| 02/12/2025 | S. Piepmeier | Attend strategy call w Perkins and BB (.5); revise emails to client and B. Ramey (.2); | 0.70 |
| 02/12/2025 | E. Edlin | Video conference with S. Piepmeier, E. Edlin, and Baker Botts team regarding strategy for discovery from AiPi and motion against Ramey (.6); correspondence to B. Ramey regarding PO motion violation (.9); correspondence with client regarding PO violation strategy (.4); correspondence with Baker Botts regarding privilege (.2); | 2.10 |
| 02/13/2025 | A. Hester | Research regarding relief for opposing counsel's unauthorized practice of law (.8); review transcript from Koji case related to Ramey's unauthorized practice of law (.9); further revise draft motion regarding Protective Order violation in view of client and supervising attorney comments and edits (1.0); | 2.70 |

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 02/13/2025 | S. Piepmeier | Review B. Ramey correspondence and strategize re response; | 0.30 |
| 02/13/2025 | K. Smith | Revise exhibits and declaration; | 0.80 |
| 02/13/2025 | E. Edlin | Correspondence with B. Ramey regarding PO violation (.3); correspondence with A. Wynn-Grant regarding same (.2); | 0.50 |
| 02/14/2025 | A. Hester | Further research regarding relief for opposing counsel's unauthorized practice of law (2.1); review [redacted] (.8); [redacted] (.9); review and generate searches on reports of Morehouse's computer for key case issues (1.6); | 5.40 |
| 02/14/2025 | K. Smith | Update and distribute case calendar; | 0.10 |
| 02/14/2025 | M. France | Cite check caselaw and record citations in connection with defendant's motion for an order to show cause and sanctions; | 5.40 |
| 02/15/2025 | S. Piepmeier | Review B. Ramey correspondence regarding PO violation; | 0.20 |
| 02/17/2025 | A. Hester | Further revise protective order violation motion to address arguments from Ramey (2.4); further revise draft declaration in support of motion (.7); identify redactions to protective order motion based on AiPi confidentiality designations for filing under seal (.3); prepare materials to seal AiPi confidential information (.8); | 4.20 |
| 02/18/2025 | A. Hester | Further revise Protective order violation motion for filing (1.1); revise materials to seal AiPi confidential documents (.5); video conference with E. Edlin regarding sealing materials (.1); draft emails for service of filings on AiPi and Ramey (.4); | 3.10 |
| 02/18/2025 | S. Piepmeier | Finalize brief for fling; | 0.30 |
| 02/18/2025 | K. Smith | Fact check motion for order to show cause; | 2.70 |
| 02/18/2025 | E. Edlin | Review motion to seal (.4); review declaration for motion to seal (.2); review declaration in support of Ramey motion (.6); review and finalize motion for sanctions (1.8); review proposed orders (.3); finalize all documents for filing and correspondence regarding same (1.9); correspondence with Baker Botts team regarding status update (.1); | 5.30 |
| 02/19/2025 | A. Hester | Further research regarding relief in motion regarding unauthorized practice of law; | 0.70 |
| 02/19/2025 | K. Smith | Update and file notice of appearance for A. Hester; | 0.30 |
| 02/20/2025 | A. Hester | Video conference with E. Edlin and Baker Botts Team regarding strategy for review of AIPi documents (.7); video conference with L. Nemiroff of Baker Botts regarding AiPi document review (.1); prepare short list of key documents for immediate review by AiPi based on searches of metadata (1.4); | 2.20 |
| 02/20/2025 | E. Edlin | Conference with Baker Botts team regarding forensic discovery; | 0.80 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 02/21/2025 | A. Hester | Coordinate with Baker Botts team regarding AiPi document discovery logistics (.3); create second-tier list of documents for review based on metadata (1.0); | 1.30 |
| 02/21/2025 | K. Smith | Update and distribute case calendar; | 0.10 |
| 02/24/2025 | A. Hester | Coordinate with team regarding Ramey requested extension to briefing for PO violation motion; | 0.20 |
| 02/24/2025 | S. Piepmeier | Review production; | 0.20 |
| 02/24/2025 | E. Edlin | Correspondence regarding motion briefing schedule (.4); correspondence regarding AiPi discovery (.4); | 0.80 |
| 02/25/2025 | A. Hester | Coordinate regarding processing of AiPi documents for review; | 0.20 |
| 02/26/2025 | A. Hester | Review draft papers for stipulated revisions to PO violation motion briefing schedule (.5); further coordinate regarding processing and review of AiPi (.7); | 1.20 |
| 02/26/2025 | S. Piepmeier | Email correspondence regarding new documents to support fees motion; | 0.20 |
| 02/26/2025 | K. Smith | Send files to UnitedLex to ingest in database; | 0.20 |
| 02/26/2025 | E. Edlin | Correspondence regarding reply motion; revise motion for extension and correspondence regarding same (.4); review declaration and proposed order (.2); | 0.60 |
| **Subtotal:** [redacted] | | | **75.50** |
| **Total** | | | **75.50** |

**Services**
[redacted]

## Summary of Services through 02/28/2025

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 23.70 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 4.90 | [redacted] | [redacted] |
| A. Hester | Associate | 32.80 | [redacted] | [redacted] |
| K. Smith | Paralegal | 8.70 | [redacted] | [redacted] |
| M. France | Paralegal | 5.40 | [redacted] | [redacted] |
| **Total Services** | | **75.50** | | [redacted] |

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 75.50 | [redacted] |
| **Total Services** | | **75.50** | [redacted] |

**Total Invoice Amount**
[redacted]

## Open Invoices as of April 7, 2025

| | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Total |
|---|---|---|---|---|---|---|
| Fees | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Disbursements and Other Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

Perkins Coie

| | |
|---|---|
| Netflix, Inc. | Invoice No. [redacted] |
| Attn: Hilary Ware | Matter No. [redacted] |
| E-BILLED THROUGH LEGAL TRACKER | Bill Date April 30, 2025 |
| 100 Winchester Circle | Due Date Due Upon Receipt |
| Los Gatos, CA 95032 | |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through March 31, 2025

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $1,094.90 |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: | ELECTRONIC PAYMENT OPTIONS: |
|---|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA 98101**<br>**ABA # [redacted]**<br>**Swift Code # [redacted]**<br>**Account Name: Perkins Coie LLP**<br>**Account Number: [redacted]** | https://paywithtranch.com/perkinscoie |

**Electronic Payments:** On our online portal we accept credit cards payment up to $50,000 and real-time electronic bank payments.

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted] -
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Professional Services through 03/31/2025

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 03/03/2025 | A. Hester | Coordinate with Baker Botts team regarding procedures for reviewing AiPi productions; | 0.30 |
| 03/03/2025 | K. Smith | Calendar deadlines; | 0.30 |
| 03/03/2025 | E. Edlin | Correspondence regarding depositions; | 0.20 |
| 03/04/2025 | A. Hester | Coordinate with team regarding depositions of AiPi and Onni depositions (.3); draft notice of deposition of Onni (.2); video conference with E. Edlin and Baker Botts team regarding next steps for discovery from AiPi (.3); draft email to Baker Botts with suggestions for additional searches on AiPi documents (.3); | 1.10 |
| 03/04/2025 | S. Piepmeier | Attention to deposition strategy; | 0.20 |
| 03/04/2025 | K. Smith | Draft deposition notice; | 0.40 |
| 03/04/2025 | E. Edlin | Video conference with A. Hester and Baker Botts team regarding next steps for discovery from AiPi; | 0.30 |
| 03/05/2025 | A. Hester | Coordinate with team regarding review of AIPI documents and potential extension of fact discovery (.5); draft email to Netflix regarding proposed extension (.5); coordinate with team regarding Onni deposition (.2); revise draft notice of deposition (.2); video conference with E. Edlin regarding Onni deposition strategy (.2); | 1.60 |
| 03/05/2025 | S. Piepmeier | Evaluate discovery action items and strategy; | 0.20 |
| 03/05/2025 | K. Smith | Calendar deadlines (.1); update client files (.1); coordinate court reporter for deposition (.1); | 0.30 |
| 03/05/2025 | E. Edlin | Revise deposition notice and correspondence regarding same (.4); correspondence regarding extension (.2); video conference with A. Hester regarding Onni deposition strategy (.2); | 0.80 |
| 03/06/2025 | A. Hester | Coordinate with team regarding AiPi document review (.2); video conference with E. Edlin and A. Wynn-Grant regarding potential extension (.3); | 0.50 |
| 03/06/2025 | E. Edlin | Conference with A. Wynn-Grant and A. Hester regarding case strategy (.3); correspondence regarding extension (.4); correspondence regarding document review (.2); | 0.90 |
| 03/07/2025 | A. Hester | Draft motion for extension of fact discovery; | 2.90 |
| 03/07/2025 | K. Smith | Update and distribute case calendar; | 0.20 |
| 03/07/2025 | E. Edlin | Analysis regarding extension and strategy (.6); attention to document review strategy (.5); | 1.10 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 03/09/2025 | A. Hester | Further draft motion for extension of fact discovery; | 1.30 |
| 03/10/2025 | A. Hester | Draft email to Baker Botts team regarding outstanding action items related to discovery from AiPi (.6); revise draft filing seeking extension of fact discovery in view of supervising attorney edits (1.4); | 2.00 |
| 03/10/2025 | S. Piepmeier | Revise extension motion; | 0.30 |
| 03/10/2025 | E. Edlin | Revise motion for extension and correspondence regarding same (.5); meet and confer with AiPi regarding privilege (.3); | 0.80 |
| 03/11/2025 | A. Hester | Further revise draft filing seeking extension of fact discovery in view of supervising attorney edits (.3); draft supporting declaration and marshall related documents (1.2); video conference with E. Edlin and Baker Botts team regarding extension papers (.2); review newly-produced documents on ownership issue (.4); | 2.10 |
| 03/11/2025 | S. Piepmeier | Review hot docs from AiPi deposition; | 0.60 |
| 03/11/2025 | K. Smith | Draft proposed order granting motion to modify scheduling order; | 0.50 |
| 03/11/2025 | E. Edlin | Review declaration and correspondence regarding same (.6); analyze AiPi documents and timeline and correspondence regarding same (2.1); video conference with A. Hester and Baker Botts team regarding extension papers (.2); | 2.90 |
| 03/12/2025 | A. Hester | Coordinate with team regarding plan for AiPi discovery extension (.5); further review produced documents regarding ownership issue (.6); | 1.10 |
| 03/12/2025 | S. Piepmeier | Review hot docs (.6); strategize regarding extension (.2); | 0.80 |
| 03/12/2025 | E. Edlin | Review AiPi documents (2.4); create and review timeline of relevant events (.6); [redacted] for inconsistent statements (.4); correspondence regarding timing of discovery (.3); revise motion for extension (.8); strategize regarding documents and extension (.5); strategize regarding privilege (.4); conference with R. Lamkin regarding same (.2); summarize extension issues for client (.6); review AiPi notice and correspondence regarding same (.4); | 6.60 |
| 03/13/2025 | A. Hester | Video conference with E. Edlin and Baker Botts ream regarding Valjakka privilege claim and extension motion (.9); video conference with E. Edlin regarding same (.2); summarize call with Baker Botts team for supervising attorneys (.3); further revise draft motion for extension in view of supervising attorney revisions (.5); | 1.90 |
| 03/13/2025 | S. Piepmeier | Attention to extension and deposition strategy; | 0.50 |
| 03/13/2025 | K. Smith | Update client files; | 1.60 |
| 03/13/2025 | E. Edlin | Video conference with A. Hester and Baker Botts team regarding motion for extension, Morehouse deposition, and Valjakka privilege (.9); video conference with A. Hester regarding motion for extension (.2); correspondence regarding pro hac admissions (.3); correspondence with | 4.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | Valjakka regarding deposition and extension (.4); revise motion for extension (.8); revise declaration and markup relevant documents (1.3); correspondence regarding opposing counsel agreements (.4); correspondence regarding AiPi documents (.3); | |
| 03/14/2025 | A. Hester | Revise draft Baker Botts declaration supporting ND Cal extension to add citations to record (1.5); video conference with S. Piepmeier, E. Edlin and Baker Botts team regarding extension and Valjakka's privilege challenge (.5); revise draft materials to seal AiPi produced exhibits to extension papers (.4); highlight relevant portions of exhibits to extension motion (.4); QC review of extension motion and supporting materials (2.0); | 4.80 |
| 03/14/2025 | S. Piepmeier | Video conference with E. Edlin, A. Hester, and Baker Botts team regarding extension and Valjakka's privilege challenge (.5); strategize regarding ND Cal and EDVA filings (.2); review drafts of same (.2); | 0.90 |
| 03/14/2025 | K. Smith | Pull exhibits and revise declaration (.7); prepare and file Motion and supporting documents (5.5); | 6.20 |
| 03/14/2025 | E. Edlin | Finalize motion for extension (.8); finalize declaration and exhibits and correspondence with Baker Botts regarding same (1.4) correspondence regarding confidentiality (.2); finalize pro hacs (.2); video conference with S. Piepmeier, A. Hester and Baker Botts team regarding extension and Valjakka's privilege challenge (.5); | 2.90 |
| 03/15/2025 | A. Hester | Coordinate with BB Team regarding next steps following motion for extension; | 0.30 |
| 03/15/2025 | S. Piepmeier | Review correspondence re compliance with Judge Brinkema's Order (.3); telephone conference with R. Lamkin re same (.3); | 0.60 |
| 03/15/2025 | K. Smith | Send sealed versions of documents to counsel; | 0.40 |
| 03/16/2025 | E. Edlin | Review correspondence regarding document productions; | 0.90 |
| 03/17/2025 | A. Hester | Identify third batch of search terms for AiPi related to Valjakka's expert quitting (.6); coordinate with team regarding impact of EDVA order on privileged documents from July 2023 forward (.6); prepare draft pro hac vice papers including review of relevant local rules (.4); | 1.60 |
| 03/17/2025 | S. Piepmeier | Prepare pro hac forms for EDVA; | 0.10 |
| 03/17/2025 | K. Smith | Calendar deadlines (.2); update client files (.1); | 0.30 |
| 03/17/2025 | E. Edlin | Review past discovery and correspondence regarding same (.7); correspondence regarding pro hacs (.3); correspondence regarding document productions (.8); | 1.80 |
| 03/18/2025 | A. Hester | Correspond with Baker Botts ream regarding motion related to privileged documents in E.D. Va. (.4); review draft outline of Morehouse deposition (.2); | 0.60 |
| 03/18/2025 | S. Piepmeier | Review draft Morehouse outline; | 0.30 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 03/18/2025 | E. Edlin | Correspondence regarding deposition preparations (.3); correspondence regarding documents and privilege (.4); | 0.60 |
| 03/19/2025 | A. Hester | Correspond with Baker Botts team regarding questions in advance of Morehouse deposition (.6); QC review of documents not marked for use in deposition but recently produced by AiPi (1.6); review draft Morehouse deposition outline (.4); review documents marked for deposition exhibits (1.0); video conference with E. Edlin regarding deposition preparation (.2); | 3.80 |
| 03/19/2025 | S. Piepmeier | Prepare for Morehouse deposition; | 0.30 |
| 03/19/2025 | E. Edlin | Review deposition outline and documents (.8); correspondence with R. Lamkin regarding same (.2); review documents regarding source code review and correspondence regarding same (.8); investigation and correspondence regarding production timeline (.4); investigation and correspondence regarding Tepora report (.4); strategize regarding deposition and privilege issues (.4); video conference with A. Hester regarding deposition preparation (.2); | 3.20 |
| 03/20/2025 | A. Hester | Support deposition of E. Morehouse (2.0); review draft motion to compel production of privileged materials in E.D. Va. and correspond with Baker Botts team regarding same (.6); draft email to Baker Botts team regarding next steps for document collection (.2); | 2.80 |
| 03/20/2025 | K. Smith | Update and distribute case calendar (.2); draft amended notice of deposition (.2); coordinate translator and court reporter for deposition (.2); | 0.60 |
| 03/20/2025 | E. Edlin | Attend Morehouse deposition (4.9); conferences with Baker Botts regarding Morehouse deposition (.8); review privilege motion and correspondence regarding same (1.4); correspondence regarding extension (.4); | 7.40 |
| 03/21/2025 | A. Hester | Coordinate with team regarding next steps for discovery following Morehouse deposition; | 0.40 |
| 03/22/2025 | S. Piepmeier | Email communications with team regarding strategy; | 0.20 |
| 03/23/2025 | A. Hester | Coordinate with Baker Botts team regarding plan for discovery from AiPi; | 0.20 |
| 03/24/2025 | A. Hester | Draft update email to client including summary of Morehouse deposition (2.2); draft email to AiPi regarding next steps for document collection (.9); video conference with S. Piepmeier, E. Edlin and Baker Botts team regarding strategy for discovery from AiPi (.4); | 3.50 |
| 03/24/2025 | S. Piepmeier | Review Morehouse rough (.7); video conference with E. Edlin, A. Hester, and Baker Botts team regarding strategy for discovery from AiPi (.5); revise strategy email to client (.2); | 1.40 |
| 03/24/2025 | E. Edlin | Video with S. Piepmeier, A. Hester, and Baker Botts team regarding strategy for discovery from AiPi (.5); revise correspondence regarding strategy and communications regarding same (.6); correspondence regarding document productions (.1); | 1.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 03/25/2025 | A. Hester | Revise draft email to AiPi counsel in view of Baker Botts edits (.3); review and summarize take-aways from Ramey's opposition to PO violation motion (.9); | 1.20 |
| 03/25/2025 | S. Piepmeier | Review opposition to PO motion; | 0.50 |
| 03/25/2025 | K. Smith | Update client files (.1); draft certificate of service (.2); emails with team regarding same (.2); pull production logs (.8); emails with United Lex regarding same (.3); finalize and file certificate of service (.2); revise deposition notice (.2); | 2.00 |
| 03/25/2025 | E. Edlin | Finalize and serve notice of deposition (.3); attention to filing certificate of service for AiPi (.3); research timeline (.6); correspondence with Baker Botts regarding timeline (.4); correspondence regarding production log (.2); review production log (.4); review Ramey's opposition motion (.7); review declaration (.3); | 3.20 |
| 03/26/2025 | A. Hester | Review draft summary of Ramey's opposition to PO motion for client (.4); review Koji case ordering sanctions against Ramey (.4); video conference with E. Edlin and R. Lamkin regarding AiPi discovery (.4); | 1.20 |
| 03/26/2025 | S. Piepmeier | Review outline of PO reply brief (.1); send summary of Ramey sanctions order to client (.2); review outline of motion to compel (.1); | 0.40 |
| 03/26/2025 | K. Smith | Pull and send documents to AiPi (.4); download deposition exhibits and save (.1); | 0.50 |
| 03/26/2025 | E. Edlin | Review and summarize Ramey motion and correspondence regarding same (1.8); video conference with A. Hester and R. Lamkin regarding AiPi discovery (.4); correspondence regarding privilege motion (.6); | 2.80 |
| 03/27/2025 | A. Hester | Draft introduction section to reply in support of PO Violation motion; | 1.10 |
| 03/27/2025 | E. Edlin | Correspondence regarding privilege motion; | 0.60 |
| 03/28/2025 | A. Hester | Further draft introduction section to reply in support of PO Violation motion; | 1.60 |
| 03/28/2025 | K. Smith | Update and distribute case calendar; | 0.20 |
| 03/30/2025 | A. Hester | Further draft introduction section to reply in support of PO Violation motion (.4); outline reply brief (.6); | 1.00 |
| 03/31/2025 | A. Hester | Draft section of reply brief for PO Violation motion related to importance of protective order violations including research into relevant N.D. Cal. cases (2.8); draft section of reply brief responding to Ramey's opposition justifications for protective order violations (.8); | 3.60 |
| 03/31/2025 | S. Piepmeier | Attend outside counsel strategy call; | 0.50 |
| **Subtotal:** [redacted] | | | **106.60** |
| **Total** | | | **106.60** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

Perkins Coie

**Services**
[redacted]

## Summary of Services through 03/31/2025

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 42.80 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 7.80 | [redacted] | [redacted] |
| A. Hester | Associate | 42.50 | [redacted] | [redacted] |
| K. Smith | Paralegal | 13.50 | [redacted] | [redacted] |
| **Total Services** | | **106.60** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 106.60 | [redacted] |
| **Total Services** | | **106.60** | [redacted] |

## Disbursements and Other Detailed Services through 03/31/2025

| Description | Amount |
|---|---|
| Veritext (ACH) - Court reporter/transcript fee - Eric Morehouse | 1,094.90 |
| **Total** | **$1,094.90** |

**Total Disbursements and Other Services**
$1,094.90

**Total Invoice Amount**
[redacted]

## Open Invoices as of April 30, 2025

| | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Total |
|---|---|---|---|---|---|---|
| Fees | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Disbursements and Other Charges | $1,094.90 | $0.00 | $0.00 | $0.00 | $0.00 | $1,094.90 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

Perkins Coie

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | 7226583 |
| Matter No. | 07[redacted] |
| Bill Date | May 28, 2025 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through April 30, 2025

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: | ELECTRONIC PAYMENT OPTIONS: |
|---|---|---|
| **Perkins Coie LLP<br>Attn: Client Accounting<br>PO Box 24643<br>Seattle, WA 98124-0643** | **Bank: US Bank<br>1420 Fifth Avenue<br>Seattle, WA 98101<br>ABA # [redacted]<br>Swift Code # [redacted]<br>Account Name: Perkins Coie LLP<br>Account Number: [redacted]** | https://paywithtranch.com/perkinscoie |

**Electronic Payments:** On our online portal we accept credit cards payment up to $50,000 and real-time electronic bank payments.

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Professional Services through 04/30/2025

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 04/01/2025 | A. Hester | Further draft reply in support of Protective Order violation motion introduction section arguments on Ramey's excuses (2.8); research into prior Ramey cases sanctioning him for dishonesty (.9); | 3.70 |
| 04/02/2025 | A. Hester | Further draft reply in support of Protective Order violation motion argument section responding to Ramey's excuses; | 3.90 |
| 04/02/2025 | S. Piepmeier | Strategize regarding upcoming PO violation hearing; | 0.20 |
| 04/02/2025 | E. Edlin | Correspondence with A. Stano regarding case status (.5); | 0.50 |
| 04/03/2025 | K. Smith | Analyze files (.4); review recently received correspondence (.2); | 0.60 |
| 04/03/2025 | E. Edlin | Correspondence with W. Ramey regarding filing (.1); correspondence regarding strategy conferences (.2); review reply motion regarding protective order (.5); | 0.80 |
| 04/04/2025 | A. Hester | Draft reply in support of Protective Order violation motion argument section responding to Ramey arguments about availability of sanctions (1.5); revise draft reply in view of supervising attorney revisions (1.7); review draft motion regarding privilege issues in EDVA action (1.1); coordinate with team internally regarding privilege motion strategy (.6); | 4.90 |
| 04/04/2025 | S. Piepmeier | Review motion to de-designate (.2); strategize regarding privilege motion (.1); | 0.30 |
| 04/04/2025 | K. Smith | Emails regarding upcoming deposition; | 0.10 |
| 04/04/2025 | E. Edlin | Correspondence with R. Lamkin regarding case status (.2); correspondence regarding AiPi documents (.1); | 0.30 |
| 04/05/2025 | S. Piepmeier | Revise privilege motion; | 1.10 |
| 04/06/2025 | A. Hester | Revise comments on privilege motion in EDVA litigation based on supervising attorney comments and questions; | 0.90 |
| 04/06/2025 | S. Piepmeier | Revise privilege motion; | 0.80 |
| 04/06/2025 | E. Edlin | Draft agenda for team call and correspondence regarding same (.6); revise motion regarding privilege and correspondence regarding same (1.8); | 2.40 |
| 04/07/2025 | A. Hester | Video conference with A. Stano, A. Wynn-Grant, and M. LeMoine of Netflix, S. Piepmeier and E. Edlin of Perkins Coie, and R. Lamkin of Baker Botts regarding case update and strategy discussion (1.0); draft reply in support of Protective Order violation motion argument section responding to Ramey arguments about availability of discovery against Ramey (2.1); | 3.10 |
| 04/07/2025 | S. Piepmeier | Revise privilege motion (.8); strategize regarding privilege arguments (.4); attend client update call (1); | 2.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 04/07/2025 | K. Smith | Review recently received correspondence; | 0.10 |
| 04/07/2025 | E. Edlin | Review privilege motion and correspondence regarding same (.7); video conference with A. Stano, A. Wynn-Grant, and M. LeMoine of Netflix, S. Piepmeier and A. Hester of Perkins Coie, and R. Lamkin of Baker Botts regarding case update and strategy discussion (1.0); | 2.40 |
| 04/08/2025 | A. Hester | Review client comments on EDVA privilege motion (.6); further draft reply in support of motion for protective order violations section related to need for discovery (2.7); | 3.30 |
| 04/08/2025 | S. Piepmeier | Review client edits to BB brief; | 0.20 |
| 04/08/2025 | K. Smith | Review recently received correspondence; | 0.20 |
| 04/08/2025 | E. Edlin | Revise protective order motion; | 1.60 |
| 04/09/2025 | A. Hester | Video conference with A. Stano and Baker Botts team regarding edits to EDVA privilege brief (.3); draft summary of call for Perkins team (.1); further review updated EDVA privilege brief in view of Baker Botts team edits (.5); further draft reply in support of motion for protective order violations section related to need for discovery (1.5); further revise reply brief in view of supervising attorney comments, notes and edits (3.7); | 6.10 |
| 04/09/2025 | K. Smith | Analysis regarding upcoming deadlines and court rules (.1); review recently received correspondence (.1); emails with Veritext regarding bill (.1); | 0.30 |
| 04/09/2025 | E. Edlin | Revise protective order motion and correspondence regarding same; | 6.20 |
| 04/10/2025 | A. Hester | Further revise reply brief in view of supervising attorney comments, notes and edits; | 1.40 |
| 04/10/2025 | S. Piepmeier | Email correspondence with A. Stano regarding privilege motion; | 0.20 |
| 04/10/2025 | K. Smith | Revise Reply; | 0.30 |
| 04/10/2025 | E. Edlin | Revise protective order motion and correspondence regarding same (3.1); correspondence regarding privilege motion (.2) | 3.30 |
| 04/11/2025 | S. Piepmeier | Revise reply brief in support of PO violation motion; | 1.60 |
| 04/11/2025 | K. Smith | Review recently received correspondence; | 0.20 |
| 04/11/2025 | E. Edlin | Correspondence with Baker Botts regarding assignment chain; | 0.20 |
| 04/12/2025 | A. Hester | Review supervising attorney comments and edits to draft reply in support of PO violation motion; | 0.60 |
| 04/12/2025 | S. Piepmeier | Revise motion to dismiss; | 1.60 |
| 04/12/2025 | E. Edlin | Revise protective order motion and correspondence regarding same; | 0.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 04/13/2025 | A. Hester | Address supervising attorney comments in draft reply in support of PO violation motion; | 1.20 |
| 04/13/2025 | S. Piepmeier | Revise motion to dismiss; | 0.80 |
| 04/13/2025 | E. Edlin | Revise protective order motion and correspondence regarding same; | 2.40 |
| 04/14/2025 | A. Hester | Draft attorney declaration supporting reply (.4); | 0.40 |
| 04/14/2025 | S. Piepmeier | Review BB suggestions to privilege reply brief (.2); revise reply brief (.4); | 0.60 |
| 04/14/2025 | E. Edlin | Revise protective order motion and correspondence regarding same (3.1); | 1.90 |
| 04/15/2025 | A. Hester | Further address supervising attorney comments in draft reply in support of PO violation motion (.2); | 0.20 |
| 04/15/2025 | S. Piepmeier | Revise reply brief (1.2); send brief to client (.2); | 1.40 |
| 04/15/2025 | K. Smith | Review recently received correspondence (.1); analysis regarding upcoming deadlines and court rules (.2); | 0.30 |
| 04/15/2025 | E. Edlin | Revise protective order motion and correspondence regarding same (.9); | 0.90 |
| 04/16/2025 | A. Hester | Review and prepare public copies of previously-sealed materials pursuant to court order (.5); | 0.50 |
| 04/16/2025 | S. Piepmeier | Review client edits to PO violation reply brief; | 0.20 |
| 04/16/2025 | K. Smith | Prepare AiPi documents for filing (.3); calls with court regarding filing of documents (.7); finalize and file public versions of documents (.4); | 1.20 |
| 04/17/2025 | A. Hester | Incorporate client edits into draft reply brief (1.3); | 1.30 |
| 04/18/2025 | A. Hester | Correspond with team regarding release and review of privileged documents in view of Court's order on Valjakka's privilege objection (.4); | 0.40 |
| 04/18/2025 | S. Piepmeier | Telephone conference with E. Robinson regarding potential deposition and relevant documents (.7); prepare notes re same (.1); review summary of Brinkema hearing (.1); | 0.90 |
| 04/18/2025 | K. Smith | Analysis regarding upcoming deadlines and court rules; | 0.40 |
| 04/19/2025 | A. Hester | Review documents released due to EDVA Court order on privilege disputes; | 2.50 |
| 04/19/2025 | S. Piepmeier | Review E. Robinson 6 paragraph email; | 0.20 |
| 04/19/2025 | E. Edlin | Correspondence regarding protective order; | 0.10 |
| 04/20/2025 | A. Hester | Review documents released due to EDVA Court order on privilege disputes; | 1.90 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 04/21/2025 | A. Hester | Further review documents released due to EDVA Court order on privilege disputes (1.7); summarize key documents from review of released documents (.3); further revise draft reply in support of PO violation motion based on supervising attorney edits (.4); identify and assist preparation of exhibits (.6); research [redacted] (1.2); | 4.20 |
| 04/21/2025 | S. Piepmeier | Revise reply brief (.4); prepare client update re E. Robinson (.2); | 0.60 |
| 04/21/2025 | K. Smith | Prepare exhibits in support of Reply; | 0.70 |
| 04/21/2025 | E. Edlin | Revise motion regarding protective order violation (.6); draft email to client regarding outstanding questions on motion (.5); | 1.10 |
| 04/22/2025 | A. Hester | Finalize reply brief regarding PO violations; | 0.90 |
| 04/22/2025 | K. Smith | Cite-check reply; | 3.10 |
| 04/22/2025 | E. Edlin | Finalize motion regarding protective order and correspondence regarding filing; | 0.40 |
| 04/23/2025 | A. Hester | Review newly-released AiPi documents related to deficient infringement claims, ownership issue, and participation by E. Robinson; | 2.50 |
| 04/23/2025 | K. Smith | Review recently received correspondence (.2); send reply to A. Stano (.1); | 0.30 |
| 04/23/2025 | E. Edlin | Correspondence regarding B. Ramey (.2); | 0.20 |
| 04/24/2025 | A. Hester | Revise draft scheduling update to Court (.7); correspond with Baker Botts team regarding document review process (.2); | 0.90 |
| 04/24/2025 | S. Piepmeier | Emails with client regarding May 8 hearing and related Ramey strategy; | 0.20 |
| 04/24/2025 | K. Smith | Analysis regarding upcoming deadlines and court rules; | 0.30 |
| 04/28/2025 | A. Hester | Update draft status report to Court in view of case strategy discussion regarding extension of discovery; | 0.50 |
| 04/28/2025 | S. Piepmeier | Review Judge Tigar denial of Ramey pro hac motion (.3); prepare [redacted] (1.8); emails with A. Stano re same (.1); | 2.30 |
| 04/28/2025 | K. Smith | Analysis regarding upcoming deadlines and court rules; | 0.20 |
| 04/28/2025 | E. Edlin | Revise status update regarding discovery (.6); correspondence regarding status update (.4); | 1.00 |
| 04/29/2025 | A. Hester | Review documents in AiPi production related to Ramey's knowledge of ownership issues early in litigation (2.7); [redacted] in view of newly-produced AiPi documents (1.0); | 3.70 |
| 04/29/2025 | S. Piepmeier | [redacted] (1.8); email communications with | 3.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | L. Dreyer and R. Lamkin re same (.8); prepare for hearing (1); | |
| 04/29/2025 | E. Edlin | Draft agenda for team call and correspondence regarding same; | 0.60 |
| 04/30/2025 | A. Hester | Summarize review of documents related to Ramey knowledge of ownership issue (.3); review documents produced by AiPi related to Ramey awareness of Finnish court decisions and Tepora opinion on ownership issue (1.5); further summarize potential themes for attorneys' fees motion in view of newly-produced AIPi documents (.5); | 2.30 |
| 04/30/2025 | S. Piepmeier | [redacted] (.4); attend weekly team call (.5); [redacted] (1); correspondence with R. Lamkin and L. Dreyer re CUVTA strategy (.3); prepare for hearing (.4); | 2.60 |
| 04/30/2025 | E. Edlin | Correspondence regarding sanctions (.1); video conference with client, Perkins, and Baker Botts team regarding case strategy (.5); | 0.60 |
| **Subtotal:** [redacted] | | | **108.60** |
| **Total** | | | **108.60** |

**Services**
[redacted]

## Summary of Services through 04/30/2025

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 27.40 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 21.60 | [redacted] | [redacted] |
| A. Hester | Associate | 51.30 | [redacted] | [redacted] |
| K. Smith | Paralegal | 8.30 | [redacted] | [redacted] |
| **Total Services** | | **108.60** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 108.60 | [redacted] |
| **Total Services** | | **108.60** | [redacted] |

**Total Invoice Amount**
[redacted]

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Open Invoices as of May 28, 2025

| | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Total |
|---|---|---|---|---|---|---|
| Fees | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Disbursements and Other Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

Perkins Coie

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | June 30, 2025 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through May 31, 2025

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $214.95 |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: | ELECTRONIC PAYMENT OPTIONS: |
|---|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA 98101**<br>**ABA # [redacted]**<br>**Swift Code # [redacted]**<br>**Account Name: Perkins Coie LLP**<br>**Account Number: [redacted]** | https://paywithtranch.com/perkinscoie |

**Electronic Payments:** On our online portal we accept credit cards payment up to $50,000 and real-time electronic bank payments.

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Professional Services through 05/31/2025

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 05/01/2025 | A. Hester | Revise joint scheduling update to court; | 0.30 |
| 05/01/2025 | S. Piepmeier | Revise timeline and memo (.6); correspondence with A. Stano re same (.3); attention to [redacted] (.2); | 1.10 |
| 05/02/2025 | A. Hester | Further revise joint scheduling update to court; | 0.20 |
| 05/02/2025 | S. Piepmeier | Revise [redacted] (.2); [redacted] (.2); | 0.40 |
| 05/02/2025 | K. Smith | Analysis regarding upcoming deadlines; | 0.20 |
| 05/02/2025 | E. Edlin | Revise status update and correspondence regarding same (.7); correspondence regarding enforcement in Finland (.1); | 0.80 |
| 05/05/2025 | A. Hester | Respond to client request for [redacted] | 0.30 |
| 05/05/2025 | S. Piepmeier | [redacted] (.3); attention to hearing preparations (2.5); [redacted] (.2); | 3.00 |
| 05/05/2025 | K. Smith | Revise status report (.4); finalize and file same (.1); | 0.50 |
| 05/05/2025 | E. Edlin | Finalize status update and correspondence regarding filing; | 0.80 |
| 05/06/2025 | A. Hester | Assist S. Piepmeier in preparing for hearing (2.6); coordinate with Baker Botts team regarding protective order violation issues (.6); | 3.20 |
| 05/06/2025 | S. Piepmeier | [redacted]; prepare timeline for hearing (1.2); check court docket re hearing (.1); prepare argument talking points for hearing (1.4); | 3.20 |
| 05/06/2025 | K. Smith | Emails with team and clerk regarding hearing (.3); pull cases cited (.8); update client files (.3); | 2.10 |
| 05/06/2025 | E. Edlin | Investigate and summarize issues to prepare for hearing (1.7); draft agenda for client call and correspondence regarding same (.4); correspondence regarding hearing logistics (.2); | 1.90 |
| 05/07/2025 | A. Hester | Assist S. Piepmeier in preparing for hearing (1.1); correspond with Baker Botts team regarding review of AiPi documents (.3); | 1.40 |
| 05/07/2025 | S. Piepmeier | Prepare notes and PPT for hearing (3.4); argument run throughs (.8); send notes and slide to A. Stano (.2); | 4.40 |
| 05/07/2025 | K. Smith | Draft email to court regarding attendees for hearing (.2); research expert disclosure dates and send to A. Hester (.2); analysis regarding upcoming deadlines and court rules (.4); | 0.80 |
| 05/07/2025 | E. Edlin | Correspondence regarding hearing preparations and slides (.9); | 0.90 |

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | correspondence regarding case schedule (.1); | |
| 05/08/2025 | A. Hester | Assist S. Piepmeier in preparing for hearing (.9); attend hearing on motion regarding protective order violations (1.0); video conference with S. Piepmeier, E. Edlin, A. Stano and L. Dreyer regarding hearing (.3); draft email to Baker Botts team regarding confidentiality of transcripts from EDVA proceedings (.2); | 2.20 |
| 05/08/2025 | S. Piepmeier | Prepare for hearing (2.8); argue at hearing (.8); client debrief re hearing (.2); revise hearing summary (.2); | 4.00 |
| 05/08/2025 | K. Smith | Review details for upcoming hearing (.1); draft and file Transcript Order form (.4); analysis regarding upcoming deadlines and court rules (.3); | 0.80 |
| 05/08/2025 | E. Edlin | Correspondence regarding proposed schedule (.3); correspondence regarding hearing preparations (.4); attend hearing regarding protective order violations (.5); draft summary regarding hearing and correspondence regarding same (.6); video conference with S. Piepmeier, A. Hester, A. Stano and L. Dreyer regarding hearing (.3); | 2.10 |
| 05/09/2025 | A. Hester | Review correspondence [redacted] | 0.10 |
| 05/09/2025 | S. Piepmeier | [redacted] (.6); telephone conference with E. Edlin and L. Dreyer re strategy for same (.3); attention to [redacted] (.3); | 1.20 |
| 05/09/2025 | K. Smith | Pull motion regarding privilege and supporting documents and save for S. Piepmeier (.4); coordinate issuance and delivery of check for transcripts (.2); analysis regarding upcoming deadlines and court rules (.2); | 0.80 |
| 05/09/2025 | E. Edlin | Correspondence and legal research regarding CUVTA remedies (.8); correspondence regarding Robinson deposition (.2); conference with S. Piepmeier and L. Dreyer regarding CUVTA remedies (.3); | 0.90 |
| 05/11/2025 | A. Hester | Identify materials for O. Hietalhati deposition; | 0.40 |
| 05/12/2025 | A. Hester | Further identify materials for O. Hietalhati deposition from recently-produced AiPi productions (2.1); identify materials for O. Hietalhati deposition from Valjakka productions (1.8); | 3.90 |
| 05/12/2025 | K. Smith | Review recently received transcripts; | 0.30 |
| 05/12/2025 | E. Edlin | Correspondence with A. Hester regarding deposition prep; | 0.40 |
| 05/13/2025 | A. Hester | Further identify materials for O. Hietalhati deposition from Valjakka productions; | 1.10 |
| 05/13/2025 | S. Piepmeier | Emails with A. Stano regarding next steps regarding Ramey; | 0.10 |
| 05/13/2025 | K. Smith | Prepare for upcoming deposition; | 0.20 |
| 05/14/2025 | A. Hester | Review documents identified by Baker Botts as relevant to O. Hietalhati deposition (.5); coordinate with Baker Botts team regarding deposition | 2.50 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | preparation (.3); weekly video conference with S. Piepmeier, E. Edlin, R. Lamkin, and A. Stano (.3); consolidate relevant documents into proposed set of deposition exhibits (1.4); | |
| 05/14/2025 | S. Piepmeier | Attention to deposition strategy (.2); attend weekly video conference with Perkins team, Baker Botts, and A. Stano (.3); attend weekly video conference with Perkins team, Baker Botts, and A. Steno (.3); | 0.50 |
| 05/14/2025 | E. Edlin | Prepare agenda for weekly call and correspondence regarding same (.3); attend video conference with Perkins, Baker Botts, and A. Stano (.3); correspondence regarding team call (.1); correspondence with Perkins and Baker Botts regarding deposition planning (.4); correspondence regarding AiPi documents and review of same (.6); | 1.70 |
| 05/15/2025 | A. Hester | Further analyze relevant documents into proposed set of deposition exhibits (4.3); video conference with E. Edlin regarding preparation for O. Hietalhati deposition (.4); video conference with E. Edlin and Baker Botts team regarding O. Hietalhati deposition strategy and preparation (.5); | 5.20 |
| 05/15/2025 | S. Piepmeier | Review summary of client call (.1); review draft email re Hietalahti deposition (.1); | 0.20 |
| 05/15/2025 | E. Edlin | Review documents and prepare for Heitalahti deposition and correspondence regarding same; | 2.60 |
| 05/16/2025 | K. Smith | Analysis regarding upcoming deadlines and court rules; | 0.20 |
| 05/16/2025 | E. Edlin | Correspondence regarding rescheduling of Heitalahti deposition; | 0.30 |
| 05/19/2025 | K. Smith | Draft amended deposition notice; | 0.10 |
| 05/20/2025 | E. Edlin | Correspondence with Baker Botts regarding protective order; | 0.20 |
| 05/22/2025 | S. Piepmeier | Follow up regarding deposition strategy; | 0.20 |
| 05/23/2025 | S. Piepmeier | Analysis regarding goals before close of fact discovery; | 0.30 |
| 05/23/2025 | E. Edlin | Correspondence regarding discovery schedule; | 0.30 |
| 05/28/2025 | E. Edlin | Correspondence with Baker Botts regarding CUVTA strategy; | 0.10 |
| 05/30/2025 | A. Hester | Coordinate with team regarding subpoena to E. Robinson; | 0.10 |
| 05/30/2025 | S. Piepmeier | Communications with E. Robinson (.2); attention to Robinson subpoena (.2); | 0.40 |
| **Subtotal:** [redacted] | | | **58.90** |
| **Total** | | | **58.90** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

**Services**
[redacted]

## Summary of Services through 05/31/2025

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 13.00 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 19.00 | [redacted] | [redacted] |
| A. Hester | Associate | 20.90 | [redacted] | [redacted] |
| K. Smith | Paralegal | 6.00 | [redacted] | [redacted] |
| **Total Services** | | **58.90** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 58.90 | [redacted] |
| **Total Services** | | **58.90** | [redacted] |

## Disbursements and Other Detailed Services through 05/31/2025

| Description | Amount |
|---|---|
| FedEx ERS (ACH) - Air express charge - 05/14/2025 - Matthew Walkup, 450 Golden Gate Ave., SAN FRANCISCO, CA, 94102 | 18.45 |
| April Brott - Court reporter/transcript fee - Transcript request for motion heard 5/8/2025 | 196.50 |
| **Total** | **$214.95** |

**Total Disbursements and Other Services**
$214.95

**Total Invoice Amount**
[redacted]

## Open Invoices as of June 30, 2025

| | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Total |
|---|---|---|---|---|---|---|
| Fees | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Disbursements and Other Charges | $214.95 | $0.00 | $0.00 | $0.00 | $0.00 | $214.95 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

Perkins Coie

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | July 30, 2025 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through June 30, 2025

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $4,098.00 |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: | ELECTRONIC PAYMENT OPTIONS: |
|---|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA 98101**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] | https://paywithtranch.com/perkinscoie |

**Electronic Payments:** On our online portal we accept credit cards payment up to $50,000 and real-time electronic bank payments.

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No.[redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Professional Services through 06/30/2025

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 06/02/2025 | A. Hester | Identify key documents involving E. Robinson for supervising attorney; | 0.30 |
| 06/02/2025 | S. Piepmeier | Prepare for telephone conference with E. Robinson (.2); telephone conference with E. Robinson (.5); follow up with team re next steps for Robinson testimony (.2); | 0.90 |
| 06/02/2025 | E. Edlin | Correspondence with Baker Botts regarding discovery; | 0.20 |
| 06/03/2025 | A. Hester | Coordinate with supervising attorney regarding Robinson documents for fee motion; | 0.10 |
| 06/03/2025 | S. Piepmeier | Review documents for E. Robinson testimony; | 0.50 |
| 06/04/2025 | S. Piepmeier | Analysis regarding E. Robinson strategy; | 0.30 |
| 06/05/2025 | A. Hester | Attend weekly team video conference (.5); summarize weekly conference notes for team (.1); | 0.60 |
| 06/05/2025 | S. Piepmeier | Prepare for team call (.2); video conference with Baker Botts, Perkins, and A. Stano regarding CUVTA strategy (.5); review next steps regarding E. Robinson (.3); | 1.00 |
| 06/05/2025 | E. Edlin | Video conference with Baker Botts, Perkins, and A. Stano regarding CUVTA strategy; | 0.50 |
| 06/06/2025 | K. Smith | Analysis regarding upcoming deadlines and court rules; | 0.10 |
| 06/10/2025 | A. Hester | Draft email to client updating on status of Robinson deposition (.3); research [redacted] (.5); | 0.80 |
| 06/10/2025 | S. Piepmeier | Prepare email to A. Stano re E. Robinson; | 0.30 |
| 06/11/2025 | S. Piepmeier | Attention to E. Robinson discovery strategy; | 0.20 |
| 06/13/2025 | K. Smith | Analysis regarding upcoming deadlines and court rules; | 0.10 |
| 06/17/2025 | E. Edlin | Review subpoena and correspondence regarding same; | 0.30 |
| 06/18/2025 | S. Piepmeier | Conference with E. Edlin and R. Lamkin regarding AiPi strategy (.5); video conference with A. Stano, E. Edlin, and R. Lamkin regarding case strategy (.5); prepare Robinson declaration (1); legal research regarding Walker Process, Handgards, and abuse of process claims (.4); | 2.40 |
| 06/18/2025 | E. Edlin | Conference with S. Piepmeier and R. Lamkin regarding AiPi strategy (.5); video conference with A. Stano, S. Piepmeier and R. Lamkin regarding case strategy (.5); research affirmative claims regarding AiPi including Walker Process, Unclean hands, and abuse of process (1.7); | 2.70 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 06/20/2025 | A. Hester | Analysis regarding documents to be used in Robinson declaration; | 0.30 |
| 06/20/2025 | K. Smith | Analysis regarding upcoming deadlines and court rules; | 0.20 |
| 06/20/2025 | E. Edlin | Select and analyze documents for O. Heitalahti deposition and correspondence regarding same; | 5.90 |
| 06/23/2025 | S. Piepmeier | Communications with E. Robinson regarding status (.2); attention to O. Hietalahti deposition strategy (.2); | 0.40 |
| 06/23/2025 | K. Smith | Pull and send documents to E. Edlin in preparation for deposition; | 0.40 |
| 06/23/2025 | E. Edlin | Prepare for O. Heitalahti deposition including reviewing documents and drafting outline (5.4); conference with Baker Botts team regarding deposition strategy (.4); | 5.80 |
| 06/24/2025 | S. Piepmeier | Revise E. Robinson declaration (.2); review summary of O. Hietalahi deposition (.2); analysis regarding AiPi joinder strategy (.3); | 0.70 |
| 06/24/2025 | E. Edlin | Prepare for O. Heitalahti deposition (1); take O. Heitalahti deposition (2.5); draft deposition summary and correspondence regarding same (.6); | 4.10 |
| 06/25/2025 | A. Hester | Attend weekly team meeting with A. Stano; | 0.40 |
| 06/25/2025 | S. Piepmeier | Revise Robinson declaration to incorporate additional documents (.3); review research re AiPi (.2); attend weekly team call with A. Stano (.5); | 1.00 |
| 06/26/2025 | S. Piepmeier | Email communications with E. Robinson re declaration; | 0.20 |
| 06/26/2025 | E. Edlin | Correspondence regarding E. Robinson declaration; | 0.10 |
| 06/27/2025 | S. Piepmeier | Analysis regarding discovery deadline strategy; | 0.20 |
| 06/27/2025 | K. Smith | Collect prior deposition transcripts for upcoming deposition; | 0.30 |
| 06/27/2025 | K. Smith | Analysis regarding upcoming deadlines and court rules; | 0.10 |
| 06/28/2025 | S. Piepmeier | Communications with E. Robinson; | 0.20 |
| 06/30/2025 | K. Smith | Analysis regarding upcoming deadlines and court rules; | 0.40 |
| **Subtotal:** [redacted] | | | **32.00** |
| **Total** | | | **32.00** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

**Services**
[redacted]

## Summary of Services through 06/30/2025

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 13.70 | [redacted] | [redacted] |
| E. Edlin | Partner | 5.90 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 8.30 | [redacted] | [redacted] |
| A. Hester | Associate | 2.50 | [redacted] | [redacted] |
| K. Smith | Paralegal | 1.60 | [redacted] | [redacted] |
| **Total Services** | | **32.00** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 32.00 | [redacted] |
| **Total Services** | | **32.00** | [redacted] |

## Disbursements and Other Detailed Services through 06/30/2025

| Description | Amount |
|---|---|
| Focus Litigation Solutions (ACH) - Video deposition - Onni Hietalahti | 4,098.00 |
| **Total** | **$4,098.00** |

**Total Disbursements and Other Services**
$4,098.00

**Total Invoice Amount**
[redacted]

## Open Invoices as of July 30, 2025

| | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Total |
|---|---|---|---|---|---|---|
| Fees | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Disbursements and Other Charges | $4,098.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,098.00 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

Perkins Coie

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | August 27, 2025 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re:** [redacted] **Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through July 31, 2025

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number: [redacted]

**Please identify your payment with the following: Perkins Coie Account No.** [redacted] **and Invoice** [redacted]

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** | **ELECTRONIC PAYMENT OPTIONS:** |
|---|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA 98101**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] | https://paywithtranch.com/perkinscoie |

**Electronic Payments:** On our online portal we accept credit cards payment up to $50,000 and real-time electronic bank payments.

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Professional Services through 07/31/2025

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 07/02/2025 | S. Piepmeier | Further E. Robinson communications; | 0.10 |
| 07/03/2025 | A. Hester | Attend weekly meeting with A. Stano and Perkins team; | 0.40 |
| 07/03/2025 | S. Piepmeier | Prepare for meeting with E. Robinson (.2); telephone conference with E. Robinson regarding declaration (1); attend weekly team call with client (.4); revise E. Robinson declaration (.3); | 1.90 |
| 07/03/2025 | K. Smith | Draft declaration of E. Robinson; | 0.30 |
| 07/07/2025 | S. Piepmeier | Email communications with team regarding discovery extension; | 0.20 |
| 07/10/2025 | S. Piepmeier | ***Review Order regarding Protective Order (.4); strategize regarding next steps for discovery and fees (.3); | 0.70 |
| 07/10/2025 | K. Smith | Analysis regarding upcoming deadlines and court rules; | 0.10 |
| 07/10/2025 | E. Edlin | ***Review Order regarding Ramey sanctions and summarize, and correspondence regarding same; | 0.60 |
| 07/11/2025 | A. Hester | ***Review order related to motion for sanctions and related team correspondence; | 0.30 |
| 07/11/2025 | S. Piepmeier | ***Strategize regarding Order from Judge Tigar; | 0.10 |
| 07/11/2025 | K. Smith | Analysis regarding upcoming deadlines and court rules; | 0.30 |
| 07/11/2025 | E. Edlin | Correspondence regarding stipulated extension; | 0.20 |
| 07/14/2025 | S. Piepmeier | ***Attend video conference with Perkins and Baker Botts teams regarding discovery strategy on protective order violations (.5); review notes to prepare for team call (.1); | 0.60 |
| 07/14/2025 | K. Smith | Analysis regarding upcoming deadlines and court rules; | 0.90 |
| 07/14/2025 | E. Edlin | ***Attend video conference with Perkins and Baker Botts teams regarding discovery strategy on protective order violations; | 0.50 |
| 07/15/2025 | K. Smith | Analysis regarding upcoming deadlines and court rules; | 0.20 |
| 07/15/2025 | E. Edlin | Correspondence regarding case strategy; | 0.20 |
| 07/16/2025 | S. Piepmeier | ***Video conference with Perkins, Baker Botts, and A. Stano regarding Ramey discovery (.3); video conference with Perkins, Baker Botts, and A. Stano regarding case strategy (.1); ***attention to W. Ramey deposition strategy (.2); | 0.60 |
| 07/16/2025 | K. Smith | Analysis regarding upcoming deadlines and court rules; | 0.10 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 07/16/2025 | E. Edlin | ***Video conference with Perkins, Baker Botts, and A. Stano regarding Ramey discovery (.3); video conference with Perkins, Baker Botts, and A. Stano regarding case strategy (.1); | 0.40 |
| 07/17/2025 | S. Piepmeier | Revise email to A. Stano; | 0.10 |
| 07/18/2025 | K. Smith | Analysis regarding upcoming deadlines and court rules; | 0.20 |
| 07/22/2025 | S. Piepmeier | ***Review correspondence regarding Ramey production and deposition; | 0.10 |
| 07/22/2025 | E. Edlin | Correspondence regarding discovery status updates (.1); ***correspondence with W. Ramey regarding deposition (.1); | 0.20 |
| 07/23/2025 | E. Edlin | ***Correspondence with W. Ramey regarding deposition; | 0.10 |
| 07/24/2025 | A. Hester | ***Coordinate with supervising attorney regarding form of deposition notice for W. Ramey; | 0.10 |
| 07/24/2025 | E. Edlin | ***Correspondence regarding W. Ramey's document production; | 0.80 |
| 07/25/2025 | S. Piepmeier | ***Correspondence with B. Ramey regarding Court-ordered production and deposition; | 0.20 |
| 07/25/2025 | K. Smith | Analysis regarding upcoming deadlines and court rules; | 0.60 |
| 07/25/2025 | E. Edlin | ***Correspondence regarding W. Ramey deposition notice; | 0.10 |
| 07/28/2025 | K. Smith | ***Prepare for B. Ramey deposition; | 1.60 |
| 07/29/2025 | S. Piepmeier | ***Email communications with B. Ramey regarding deposition and production; | 0.20 |
| 07/29/2025 | K. Smith | Analysis regarding upcoming deadlines and court rules; | 1.20 |
| 07/30/2025 | A. Hester | Video conference with A. Stano, Perkins, and Baker Botts regarding Ramey PO violation discovery (.3); video conference with A. Stano, Perkins, and Baker Botts regarding case strategy (.1); coordinate with E. Edlin regarding materials for fee motion (.1); | 0.50 |
| 07/30/2025 | S. Piepmeier | ***Analysis re W. Ramey privilege log and production in response to Court Order (.4); ***attend client team call regarding Ramey production and deposition (.3); | 0.70 |
| 07/30/2025 | K. Smith | ***Emails regarding Ramey production file issues; | 0.50 |
| 07/30/2025 | E. Edlin | ***Review documents produced by W. Ramey (1.7); correspondence regarding discovery strategy (.4); | 2.10 |
| 07/30/2025 | E. Edlin | ***Video conference with A. Stano, Perkins, and Baker Botts regarding Ramey PO violation discovery (.3); video conference with A. Stano, Perkins, and Baker Botts regarding case strategy (.1); | 0.40 |
| 07/31/2025 | K. Smith | ***Review Ramey document production and address issues with files; | 1.20 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 07/31/2025 | E. Edlin | ***Correspondence regarding W. Ramey faulty production; | 0.40 |
| **Subtotal:** [redacted] | | | **20.00** |
| **Total** | | | **20.00** |

**Services**
[redacted]

## Summary of Services through 07/31/2025

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 6.00 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 5.50 | [redacted] | [redacted] |
| A. Hester | Associate | 1.30 | [redacted] | [redacted] |
| K. Smith | Paralegal | 7.20 | [redacted] | [redacted] |
| **Total Services** | | **20.00** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 20.00 | [redacted] |
| **Total Services** | | **20.00** | [redacted] |

**Total Invoice Amount**
[redacted]

## Open Invoices as of August 27, 2025

| | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Total |
|---|---|---|---|---|---|---|
| Fees | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Disbursements and Other Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

Perkins Coie

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | September 17, 2025 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through August 31, 2025

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $6,208.05 |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number: [redacted]

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** | **ELECTRONIC PAYMENT OPTIONS:** |
|---|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA 98101**<br>**ABA #** [redacted]<br>**Swift Code #** [redacted]<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** [redacted] | https://paywithtranch.com/perkinscoie |

**Electronic Payments:** On our online portal we accept credit cards payment up to $50,000 and real-time electronic bank payments.

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Professional Services through 08/31/2025

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/01/2025 | K. Rose | Search documents in Relativity to support motion; | 0.20 |
| 08/01/2025 | K. Rose | Analysis regarding upcoming deadlines and court rules (.1); emails with E. Edlin regarding Ramey production load file received (.1); | 0.20 |
| 08/04/2025 | A. Hester | ***coordinate with paralegal K. Rose regarding materials for fee submission (.1); | 0.10 |
| 08/04/2025 | S. Piepmeier | Attention to B. Ramey deposition outline; | 0.20 |
| 08/05/2025 | S. Piepmeier | Attention to E. Morehouse deposition strategy (.2); provide relevant materials to R. Lamkin for CUVTA MSJ (.2); | 0.40 |
| 08/05/2025 | K. Rose | Address issues with Ramey production file; | 0.50 |
| 08/05/2025 | E. Edlin | ***Review Ramey document productions and correspondence regarding load files and production problems (1.1); | 1.10 |
| 08/06/2025 | A. Hester | ***further coordinate with K. Rose regarding preparing materials for fee motion submission (.2); | 0.20 |
| 08/06/2025 | S. Piepmeier | Attend weekly team call (.5); revise Robinsson declaration (.3); | 0.80 |
| 08/06/2025 | K. Rose | Troubleshoot issues with Ramey production; | 1.30 |
| 08/06/2025 | E. Edlin | ***correspondence regarding document production (.1); | 0.10 |
| 08/07/2025 | A. Hester | ***further coordinate with paralegal regarding collection of information for fee motion submission (.2); | 0.20 |
| 08/07/2025 | S. Piepmeier | Work on resolving repeated issues with B. Ramey production in preparation for deposition; | 0.30 |
| 08/07/2025 | K. Rose | Draft motion for attorneys' fees; | 0.90 |
| 08/07/2025 | K. Rose | Download Ramey production file and privilege log (.1); coordinate with UnitedLex to add to database (.1); | 0.20 |
| 08/07/2025 | E. Edlin | ***correspondence with W. Ramey and Perkins support regarding format of production (.2); | 0.20 |
| 08/08/2025 | A. Hester | *** video conference with E. Edlin regarding plan for Ramey deposition and topics in outline; | 0.40 |
| 08/08/2025 | S. Piepmeier | Attention to strategy for Morehouse (.3); emails with team regarding need to push B. Ramey deposition due to continued issues receiving B. Ramey production (.1); | 0.40 |
| 08/08/2025 | K. Rose | Draft motion for attorneys fees; | 0.40 |

Invoice [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/08/2025 | K. Rose | Draft amended deposition notice (.5); download Ramey production files (.5); | 1.00 |
| 08/08/2025 | E. Edlin | Correspondence with A. Stano regarding deposition (.1); ***correspondence with W. Ramey regarding deposition notice (.1); correspondence with R. Lamkin regarding Morehouse deposition (.2); ***correspondence with W. Ramey and Perkins support regarding format of production (.3); | 0.70 |
| 08/11/2025 | E. Edlin | ***Correspondence regarding unusable format of Ramey's production and attempts to resolve problems; | 0.60 |
| 08/12/2025 | A. Hester | Review draft CUVTA motion for summary judgment; | 0.30 |
| 08/12/2025 | S. Piepmeier | Telephone conference with R. Lamkin re CUVTA SJ (.3); analysis regarding resolution strategy (.2); | 0.50 |
| 08/12/2025 | E. Edlin | ***review Ramey and AiPi documents and draft deposition outline (4.8); correspondence regarding CDN (.4); review deposition transcripts and correspondence regarding same (.6); review CUVTA MSJ (.5); | 6.30 |
| 08/13/2025 | A. Hester | *** video conference with S. Piepmeier, E. Edlin, R. Lamkin, and A. Stano regarding discovery from Ramey (.1); video conference with S. Piepmeier, E. Edlin, R. Lamkin, and A. Stano regarding CUVTA strategy (.2); | 0.30 |
| 08/13/2025 | S. Piepmeier | Attend weekly team call with client (.3); revise CUVTA MSJ (1.3); review PI Order (.3); send draft declaration to E. Robinson (.2); revise email to L. Valjakka (.1); | 2.20 |
| 08/13/2025 | K. Rose | Review summary judgment deadlines and rules; | 0.80 |
| 08/13/2025 | E. Edlin | Correspondence with Perkins and Baker Botts regarding team call agenda (.1); ***video conference with A. Stano, Baker Botts, and Perkins regarding Ramey deposition (.1); video conference with A. Stano, Baker Botts, and Perkins regarding CUVTA MSJ (.2); correspondence with outside counsel regarding MSJ briefing strategy (.2); | 0.60 |
| 08/14/2025 | A. Hester | *** review materials for Ramey deposition preparation; | 0.30 |
| 08/14/2025 | E. Edlin | ***revise outline and documents for deposition, and correspondence regarding same; | 2.70 |
| 08/15/2025 | S. Piepmeier | Review potential exhibits for Ramey deposition (.4); revise Ramey deposition outline (.7); | 1.10 |
| 08/15/2025 | K. Rose | Analysis regarding upcoming deadlines and court rules; | 0.20 |
| 08/15/2025 | E. Edlin | ***revise outline and documents for deposition, and correspondence regarding same; | 1.10 |
| 08/16/2025 | A. Hester | ***prepare draft supplemental brief regarding Ramey protective order violations; | 0.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/17/2025 | A. Hester | *** further prepare draft supplemental brief regarding Ramey protective order violations (1.5); draft supporting declaration for supplemental brief (.8); research regarding types of fees reimbursable for protective order violations (.7); draft summary of brief status for team review (.2); | 3.20 |
| 08/17/2025 | S. Piepmeier | Prepare Ramey deposition outline and select exhibits; | 0.70 |
| 08/17/2025 | E. Edlin | ***revise outline and documents for deposition, and correspondence regarding same; | 0.70 |
| 08/18/2025 | A. Hester | ***Review and revise draft Ramey deposition outline based on feedback from Baker Botts team (1.1); coordinate with Baker Botts and Perkins team regarding identifying documents for deposition exhibits (.6); | 1.70 |
| 08/18/2025 | S. Piepmeier | Prepare outline and select exhibits for B. Ramey deposition (2.3); email communications with E. Robinson (.1); | 2.40 |
| 08/18/2025 | K. Rose | Prepare exhibits for deposition; | 5.50 |
| 08/18/2025 | E. Edlin | ***revise outline and documents for deposition and correspondence regarding same; | 4.20 |
| 08/19/2025 | A. Hester | ***Support Ramey deposition through requests for documents and input on strategy; | 0.40 |
| 08/19/2025 | S. Piepmeier | Prepare for and take W. Ramey deposition; | 5.80 |
| 08/19/2025 | K. Rose | Coordinate printing of deposition exhibits (.5); calls and emails regarding deposition (.2); | 0.70 |
| 08/19/2025 | E. Edlin | ***prepare for and attend B. Ramey deposition, including conferencing with R. Lamkin and S. Piepmeier regarding same (4.4); correspondence regarding pro hac vice (.2); | 4.60 |
| 08/20/2025 | A. Hester | *** coordinate with team regarding supplemental brief status and strategy; | 0.20 |
| 08/20/2025 | S. Piepmeier | Prepare fees submission; | 0.20 |
| 08/20/2025 | K. Rose | Revise declaration in support of motion for attorneys fees; | 0.30 |
| 08/20/2025 | E. Edlin | ***review correspondence regarding pro hac vice denial, evaluate implications for deposition record (.4); ***edit supplemental fees brief and declaration (.5); | 0.90 |
| 08/21/2025 | A. Hester | ***Revise draft supplemental brief and supporting declaration in view of supervising attorney edits and comments; | 0.60 |
| 08/21/2025 | S. Piepmeier | Review correspondence re Valjakka MSJ (.1); telephone conference with R. Lamkin re MSJ strategy (.1); revise conference statement (.1); | 0.30 |
| 08/21/2025 | E. Edlin | Review CUVTA summary judgment draft and certificate language, and correspondence regarding same (.3); correspondence regarding filing and briefing schedule (.3); | 0.60 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/22/2025 | A. Hester | ***Further revise draft supplemental brief and supporting declaration in view of supervising attorney edits and comments (.7); draft summary of supplemental brief status and opens for team (.3); | 1.00 |
| 08/22/2025 | S. Piepmeier | Review draft fees declaration (.3); review outreach from mediator (.1); evaluate strategy regarding L. Valjakka SJ motion (.2); | 0.60 |
| 08/22/2025 | K. Rose | Download and distribute W. Ramey deposition transcript (.1); draft motion to seal papers (.4); | 0.50 |
| 08/22/2025 | E. Edlin | ***evaluate and advise team regarding allocation of sanctions costs between W. Ramey and Ramey LLP (.2); ***review and advise on privilege and billing-rate issues in supplemental fees brief (.3); provide procedural guidance regarding cross-motions scheduling to R. Lamkin and team (.2); review sealing papers (.2); review ADR outreach from court ADR director (.1); | 1.00 |
| 08/24/2025 | S. Piepmeier | Follow up with E. Robinson (.2); strategize regarding W. Ramey costs (.1); | 0.20 |
| 08/25/2025 | A. Hester | ***Draft email to Baker Botts team regarding their declaration and bills in support of supplemental brief; | 0.30 |
| 08/25/2025 | S. Piepmeier | Attention to CUVTA MSJ; | 0.30 |
| 08/25/2025 | K. Rose | Update and distribute case calendar; | 0.30 |
| 08/25/2025 | E. Edlin | Correspondence regarding costs (.1); direct updates to Netflix case calendar after MSJ filing (.3); ***correspondence with Baker Botts regarding AEO-related fee declarations and billing materials (.2); | 0.60 |
| 08/26/2025 | A. Hester | *** Coordinate with Baker Botts team regarding billing statements to submit with fees brief (.3); revise draft declaration in support of fees brief in view of supervising attorney edits and comments (.7); coordinate with team regarding portions of supplemental brief to be filed under seal (.2); | 1.20 |
| 08/26/2025 | S. Piepmeier | Attention to fees motion strategy (.3); revise invoices for fees submission (.7); | 1.00 |
| 08/26/2025 | K. Rose | Send W. Ramey deposition transcript to Baker Botts (.2); analysis regarding upcoming deadlines and court rules (.3); review Order for briefing schedule (.2); emails with E. Edlin regarding consolidating of briefing schedules (.2); | 0.90 |
| 08/26/2025 | E. Edlin | ***review and revise supplemental motion and declaration (1.2); correspondence regarding case strategy, and action items (1.3); | 2.50 |
| 08/27/2025 | A. Hester | ***Research regarding 9th Circuit case law supporting proposition that sophisticated client approval of fees supports finding of reasonableness (.3); ***further revise brief in view of supervising attorney comments/edits (.3); attend weekly team telephone conference regarding CUVTA MSJ strategy (.5); | 1.10 |
| 08/27/2025 | S. Piepmeier | Attend weekly team meeting with R. Lamkin, E. Edlin, A. Hester, A. Stano | 1.40 |

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | regarding case strategy (.5); prepare fees motion (.7); correspondence from B. Ramey re fees (.2); | |
| 08/27/2025 | E. Edlin | Attend weekly team meeting with R. Lamkin, S. Piepmeier, A. Hester, A. Stano regarding case strategy (.5); ***draft and finalize supplemental fees brief and Piepmeier declaration, circulate to client (.7); analyze briefing-schedule deltas and prepare agenda for client call (.3); ***evaluate proposal and strategy regarding fees motion S. Piepmeier and R. Lamkin (.2); | 1.70 |
| 08/28/2025 | A. Hester | ***Coordinate with team regarding revisions to supplemental brief in view of client edits and feedback from Baker Botts team (.3); | 0.30 |
| 08/28/2025 | S. Piepmeier | Review A. Stano edits to fees motion (.1); strategize regarding amount of fees to request (.1); | 0.20 |
| 08/28/2025 | K. Rose | Prepare documents for filing of supplemental brief; | 1.10 |
| 08/28/2025 | E. Edlin | ***edit and integrate revisions into supplemental fees brief and Piepmeier declaration (.8); ***coordinate with Baker Botts on redacted pre-bills/expenses and confirm schedule alignment (.3); | 1.10 |
| 08/29/2025 | A. Hester | ***Research regarding cases supporting sealing of attorney rate information (.8); summarize research and next steps for team (.4); follow-up research based on supervising attorney questions about sealing invoices (.7); summarize for team review (.3); | 2.20 |
| 08/29/2025 | S. Piepmeier | Correspondence with Baker Botts re fees strategy; | 0.20 |
| 08/29/2025 | E. Edlin | Review E. Edlin declaration in support of administrative motion to seal fees materials (.2); review administrative motion to seal and proposed order (.2) ; review correspondence regarding sealing authority (.2); | 0.60 |
| 08/31/2025 | A. Hester | Finalize draft motion to seal and supporting declaration in view of research regarding sealing attorney rates in 9th Circuit (1.1); | 1.10 |
| **Subtotal:** [redacted] | | | **81.80** |
| **Total** | | | **81.80** |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

**Services**
[redacted]

## Summary of Services through 08/31/2025

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | [redacted] | [redacted] | [redacted] |
| S. Piepmeier | Partner | [redacted] | [redacted] | [redacted] |
| A. Hester | Associate | [redacted] | [redacted] | [redacted] |
| K. Rose | Paralegal | [redacted] | [redacted] | [redacted] |
| **Total Services** | | **81.80** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 81.80 | [redacted] |
| **Total Services** | | **81.80** | [redacted] |

## Disbursements and Other Detailed Services through 08/31/2025

| Description | Amount |
|---|---|
| Focus Litigation Solutions (ACH) - Video deposition - William Ramey | 6,208.05 |
| **Total** | **$6,208.05** |

**Total Disbursements and Other Services**
$6,208.05

**Total Invoice Amount**
[redacted]

## Open Invoices as of September 17, 2025

| | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Total |
|---|---|---|---|---|---|---|
| Fees | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Disbursements and Other Charges | $6,208.05 | $0.00 | $0.00 | $0.00 | $0.00 | $6,208.05 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

Perkins Coie

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | October 27, 2025 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through September 30, 2025

| | |
|---|---|
| Services | [redacted] |
| Disbursements and Other Services | $152.69 |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number:

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** | **ELECTRONIC PAYMENT OPTIONS:** |
|---|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA 98101**<br>**ABA #**<br>**Swift Code #**<br>**Account Name: Perkins Coie LLP**<br>**Account** [redacted] | https://paywithtranch.com/perkinscoie |

**Electronic Payments:** On our online portal we accept credit cards payment up to $50,000 and real-time electronic bank payments.

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Professional Services through 09/30/2025

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 09/01/2025 | A. Hester | Further prepare materials for motion to seal (.7); prepare materials for declaration supporting motion to seal (.4); | 1.10 |
| 09/02/2025 | A. Hester | Revise brief and supporting declaration in view of fixed dollar fee request (.9); video conferences with E. Edlin regarding revisions to incorporate fixed dollar request (.4); finalize for filing bills and exhibits including QC review of redacted sensitive information (3.0); video conference with E. Edlin and Baker Botts counsel regarding redactions to sensitive information (.4); QC and finalize briefs, declarations, and proposed orders supporting fee submission (2.5); coordinate with counsel for Baker Botts regarding final exhibits and papers in support of fee submission (.4); correspond with team regarding final revisions and edits to fee submissions and related sealing papers (.6); | 8.20 |
| 09/02/2025 | S. Piepmeier | Finalize declaration, supporting evidence, sealing motion, and motion for fees; | 1.60 |
| 09/02/2025 | K. Rose | Review court rules regarding filing under seal (.1); prepare exhibits for filing (2.2); revise motion (.1); review court rules regarding filing under seal (.1); prepare exhibits for filing (2.2); revise motion (.1); cite-check motion (2.0); finalize and file same (3.4); | 7.80 |
| 09/02/2025 | E. Edlin | Revise supplemental brief incorporating edits and strategy regarding total request (.6); correspondence regarding redactions (.5); conference with A. Hester regarding strategy (.2); conference with Baker Botts team regarding redactions (.3); correspondence regarding finalization and filing (.7); | 2.30 |
| 09/03/2025 | S. Piepmeier | Revise team call agenda (.1); attention to Ramey correspondence re costs (.1); | 0.20 |
| 09/03/2025 | K. Rose | Review recently received correspondence (.4); review Order (.3); emails with team regarding same (.2); analysis regarding upcoming deadlines and court rules (.2); | 1.10 |
| 09/03/2025 | E. Edlin | Correspond with S. Piepmeier, A. Hester, and K. Rose regarding sealing order and MSJ (.5); strategize regarding next steps on briefing (.3); coordinate weekly team call (.2); correspondence regarding W. Ramey's proposal regarding appeal certification and Netflix's position on supplemental costs (.5); | 1.50 |
| 09/04/2025 | E. Edlin | Review sealing order and correspondence regarding same (6); correspondence regarding Finnish court decision (.4); | 1.00 |
| 09/05/2025 | A. Hester | Review Court order regarding motion to seal; | 0.10 |
| 09/05/2025 | K. Rose | Analysis regarding upcoming deadlines and court rules (.2); draft joint case management statement (.5); pull and send most recent joint case management statement (.1); update client files with opposition to motion for summary judgment papers (.2); | 1.00 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 09/05/2025 | E. Edlin | Review current case calendar and draft joint case management conference statement; | 0.40 |
| 09/08/2025 | E. Edlin | Revise joint case management conference statement (.9); correspondence regarding case strategy and status of filings (.7); | 1.80 |
| 09/09/2025 | E. Edlin | Correspondence regarding CMC statement and motion to seal; | 0.10 |
| 09/10/2025 | A. Hester | Review draft CMC statement; | 0.10 |
| 09/10/2025 | E. Edlin | Correspondence regarding draft CMC statement and case strategy; | 0.30 |
| 09/11/2025 | S. Piepmeier | Review Order on sealing (.1); review MSJ briefing (.2); | 0.30 |
| 09/11/2025 | K. Rose | Review recently received correspondence; | 0.20 |
| 09/11/2025 | E. Edlin | Review ECFX notices of filing activity (reply ISO MSJ and text-only order denying admin motion to seal) and assess implications for sealing workflow (.2); correspondence regarding same (.2); | 0.40 |
| 09/15/2025 | A. Hester | Identify and summarize status of overall fees motion and supporting exhibits for supervising attorneys; | 0.30 |
| 09/15/2025 | S. Piepmeier | Review CMC Statement draft; | 0.20 |
| 09/15/2025 | K. Rose | Pull Order and send information to E. Edlin regarding deadlines; | 0.10 |
| 09/15/2025 | E. Edlin | Correspondence regarding Finnish court opinion (.4); analyze order denying sealing and correspondence regarding next steps (.2); review A. Hester's shared "Motion for Attys Fees" work product and exhibits-culling notes (.5); | 1.10 |
| 09/16/2025 | S. Piepmeier | Review Ramey response regarding costs; | 0.20 |
| 09/16/2025 | K. Rose | Finalize and file joint case management statement; | 0.70 |
| 09/16/2025 | E. Edlin | Revise CMC statement and correspondence regarding same (.9); correspondence regarding Ramey's requests for certification and liability for costs (.2); correspondence regarding Ramey's opposition (.3); | 1.40 |
| 09/17/2025 | A. Hester | Attend weekly team conference with S. Piepmeier, E. Edlin, and A. Stano regarding forthcoming status conference and case strategy; | 0.50 |
| 09/17/2025 | S. Piepmeier | Review Finnish court decision (.3); strategize regarding VJ stay request (.3); attend weekly team call with A. Stano, E. Edlin, and A. Hester (.5); | 1.10 |
| 09/17/2025 | E. Edlin | Correspondence regarding Ramey reply brief and filed Joint statement (.3); attend weekly conference with A. Stano and outside counsel (.5); correspondence regarding legal research follow up (.1); | 0.90 |
| 09/19/2025 | S. Piepmeier | Review notes to prepare for CMC; | 0.30 |
| 09/19/2025 | E. Edlin | Legal research regarding prevailing party, counterclaims, and stay; | 1.10 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 09/22/2025 | S. Piepmeier | Attend CMC strategy call (.5); review Orders re SJ hearing and CMC (.2); communicate with client re same (.1); | 0.80 |
| 09/22/2025 | K. Rose | Draft email to court (.2); analysis regarding upcoming deadlines and court rules (.2); email to court regarding hearing (.1); | 0.50 |
| 09/22/2025 | E. Edlin | Review Clerk's notice vacating October 2 hearing and flag disposition without oral argument (.1); review meet-and-confer request regarding stay and Finnish Supreme Court claim, and prepare talking points for 10:00 a.m. check-in (.2); draft research summary regarding prevailing-party status and stay factors (.3); attend internal prep meeting for CMC, and align on meet-and-confer posture and CUVTA issues (.5); correspondence regarding counsel appearances (.4); notify client regarding CMC cancellation, provide order language, and confirm next-steps (.1); evaluate Ramey's Rule 54(b) argument regarding costs, confirm opposition, and memorialize position regarding certification under 28 U.S.C. § 1292(b) (.3); | 1.90 |
| 09/23/2025 | S. Piepmeier | Email communications and analysis regarding B. Ramey request on costs and Valjakka's stay request (.4); comment on proposed agenda for team call (.1); | 0.50 |
| 09/23/2025 | E. Edlin | Analyze Valjakka's stay request and comity issues, and correspondence regarding same (.6); correspondence regarding personal-liability question (.4); confirm opposition to Ramey's request and correspondence regarding same (.1); review supplemental filing; and coordinate client communications (.3); notify client regarding Ramey's amended supplemental brief (.1); set agenda and align team/client on opposing stay (.3); | 1.80 |
| 09/24/2025 | S. Piepmeier | Attend weekly team call with client (.4); review agenda for team call (.1); email communications with E. Robinson (.1); | 0.60 |
| 09/24/2025 | K. Rose | Draft opposition to supplemental brief; | 0.30 |
| 09/24/2025 | E. Edlin | Attend weekly case call regarding Valjakka's stay request, certification and personal-liability issues, and internal correspondence regarding same (.5); draft opposition language to W. Ramey's amended supplemental response and circulate to S. Piepmeier and R. Lamkin (.2); correspondence regarding filing (.4); | 1.10 |
| 09/25/2025 | S. Piepmeier | Telephone conference with E. Robinson (.5); revise declaration (.5); | 1.00 |
| 09/25/2025 | K. Rose | Finalize and file Opposition to Amended Response; | 0.40 |
| 09/25/2025 | E. Edlin | Finalize opposition and correspondence regarding same; | 1.10 |
| 09/26/2025 | S. Piepmeier | Revise E. Robinson declaration (.3); review motion to stay / dismiss (.2); | 0.50 |
| 09/26/2025 | K. Rose | Update and distribute case calendar; | 0.70 |
| 09/26/2025 | E. Edlin | Correspondence regarding privilege-waiver framing for Erick Robinson (.2); draft email re same (.1); | 0.30 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 09/26/2025 | E. Edlin | Review motion to stay and exhibits (.4); correspondence regarding briefing strategy and schedule (.4); correspondence regarding privilege-waiver framing for Erick Robinson (.2); draft email re same (.1); | 1.10 |
| 09/29/2025 | S. Piepmeier | Evaluate VJ witness stay argument; | 0.40 |
| 09/29/2025 | E. Edlin | Review witness-list history and correspondence regarding withdrawn subpoena; | 0.90 |
| 09/30/2025 | E. Edlin | Correspondence regarding opposition; | 0.20 |
| **Subtotal:** [redacted] | | | **51.50** |
| **Total** | | | **51.50** |

**Services**
[redacted]

## Summary of Services through 09/30/2025

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 20.70 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 7.70 | [redacted] | [redacted] |
| A. Hester | Associate | 10.30 | [redacted] | [redacted] |
| K. Rose | Paralegal | 12.80 | [redacted] | [redacted] |
| **Total Services** | | **51.50** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 51.50 | [redacted] |
| **Total Services** | | **51.50** | [redacted] |

## Disbursements and Other Detailed Services through 09/30/2025

| Description | Amount |
|---|---|
| US Bank - Ramey Deposition lunch 8/19, 08/20/2025 | 152.69 |
| **Total** | **$152.69** |

**Total Disbursements and Other Services**
$152.69

**Total Invoice Amount**
[redacted]

1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

Perkins Coie

| | | | |
|---|---|---|---|
| Netflix, Inc. | | Invoice No. | [redacted] |
| Attn: Hilary Ware | | Matter No. | [redacted] |
| E-BILLED THROUGH LEGAL TRACKER | | Bill Date | November 12, 2025 |
| 100 Winchester Circle | | Due Date | Due Upon Receipt |
| Los Gatos, CA 95032 | | | |

**INVOICE SUMMARY**

**Re: [redacted] Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through October 31, 2025

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number:

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** | **ELECTRONIC PAYMENT OPTIONS:** |
|---|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA 98101**<br>**ABA #**<br>**Swift Code #**<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** | https://paywithtranch.com/perkinscoie |

**Electronic Payments:** On our online portal we accept credit cards payment up to $50,000 and real-time electronic bank payments.

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Professional Services through 10/31/2025

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 10/01/2025 | E. Edlin | Correspondence regarding case strategy and status; | 0.20 |
| 10/02/2025 | A. Hester | Draft email to K. Rose regarding preparing invoices for fee motion; | 0.10 |
| 10/06/2025 | A. Hester | Supplemental research [redacted] (.5); review key [redacted] (1.3); | 1.80 |
| 10/06/2025 | K. Rose | Compile invoices for motion for attorneys fees; | 0.20 |
| 10/06/2025 | E. Edlin | Analysis re scope of fees motion (.2); review fees motion materials (.2); | 0.40 |
| 10/07/2025 | A. Hester | Outline argument section related to granting fees in cases involving lack of standing (.8); revise draft fees motion in view of additional AiPi documents produced since previous draft (2.7); | 3.50 |
| 10/07/2025 | E. Edlin | Correspondence regarding motion to stay and fees motion; | 0.40 |
| 10/08/2025 | A. Hester | Further revise draft motion in view of additional AiPi documents produced since previous draft; | 0.40 |
| 10/08/2025 | S. Piepmeier | Revise stay opposition brief; | 0.30 |
| 10/08/2025 | K. Rose | Redact invoices for fees motion; | 0.40 |
| 10/08/2025 | E. Edlin | Correspondence with Baker Botts regarding initial disclosures and related analysis (.5); review sample invoice and redaction instructions (.2); | 0.70 |
| 10/09/2025 | A. Hester | Revise draft motion in view of additional AiPi documents produced since previous draft; | 3.50 |
| 10/09/2025 | E. Edlin | Review correspondence regarding motion to stay; | 0.20 |
| 10/10/2025 | A. Hester | Revise motion in view of additional AiPi documents produced since previous draft; | 1.50 |
| 10/13/2025 | K. Rose | Analysis regarding upcoming deadlines and court rules; | 0.20 |
| 10/14/2025 | K. Rose | Review recently received correspondence (.1); review Order for deadlines (.1); revise proposed order (.1); file same (.1); | 0.40 |
| 10/17/2025 | A. Hester | Further revise draft background section to incorporate documents and evidence in AiPi productions (1.4); coordinate with K. Rose regarding collection of exhibits and preparing supporting authentication declaration (.2); draft introduction to legal argument section of fee motion (.4); | 2.00 |
| 10/17/2025 | S. Piepmeier | Review reply in support of stay motion; | 0.10 |
| 10/17/2025 | K. Rose | Analysis regarding upcoming deadlines and court rules; | 0.10 |

Invoice No.[redacted]
Netflix, Inc.
[redacted]/ Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 10/21/2025 | K. Rose | Prepare exhibits in support of declaration for attorneys fees and costs; | 2.00 |
| 10/22/2025 | A. Hester | Revise factual background section in view of supervising attorney edits (.8); prepare affirmative argument regarding lack of ownership in fees motion (2.6); | 3.40 |
| 10/22/2025 | K. Rose | Prepare declaration in support of motion for attorneys fees and costs; | 1.10 |
| 10/23/2025 | A. Hester | Prepare affirmative argument regarding lack of ownership in fees motion; | 0.70 |
| 10/23/2025 | K. Rose | Identify exhibits in support of motion for attorneys fees; | 1.90 |
| 10/24/2025 | A. Hester | Prepare affirmative argument regarding lack of ownership; | 0.10 |
| 10/27/2025 | K. Rose | Analysis regarding upcoming deadlines and court rules; | 0.10 |
| 10/29/2025 | K. Rose | Prepare exhibits in support of the declaration regarding motion for attorneys fees (.8); redact invoices for fees motion (.5); | 1.30 |
| 10/31/2025 | S. Piepmeier | Revise fees motion; | 0.70 |
| 10/31/2025 | K. Rose | Analysis regarding upcoming deadlines and court rules; | 0.10 |
| **Subtotal:** [redacted] | | | **27.80** |
| **Total** | | | **27.80** |

**Services**
[redacted]

## Summary of Services through 10/31/2025

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 1.90 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 1.10 | [redacted] | [redacted] |
| A. Hester | Associate | 17.00 | [redacted] | [redacted] |
| K. Rose | Paralegal | 7.80 | [redacted] | [redacted] |
| **Total Services** | | **27.80** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 27.80 | [redacted] |
| **Total Services** | | **27.80** | [redacted] |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

**Total Invoice Amount**
[redacted]

## Open Invoices as of November 12, 2025

| | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Total |
|---|---|---|---|---|---|---|
| Fees | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Disbursements and Other Charges | $152.69 | $0.00 | $0.00 | $0.00 | $0.00 | $152.69 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

Perkins Coie

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | December 11, 2025 |
| Due Date | Due Upon Receipt |

**INVOICE SUMMARY**

**Re: [redacted] Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through November 30, 2025

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number:

**Please identify your payment with the following: Perkins Coie Account No.[redacted] and Invoice [redacted]**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: | ELECTRONIC PAYMENT OPTIONS: |
|---|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA 98101**<br>**ABA #**<br>**Swift Code #**<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** | https://paywithtranch.com/perkinscoie |

**Electronic Payments:** On our online portal we accept credit cards payment up to $50,000 and real-time electronic bank payments.

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Professional Services through 11/30/2025

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/05/2025 | S. Piepmeier | Attend weekly team call with client (.4); prepare for same (.2); | 0.60 |
| 11/05/2025 | E. Edlin | Attend video conference with A. Stano, Perkins, and Baker Botts regarding case strategy; | 0.40 |
| 11/10/2025 | K. Rose | Analysis regarding upcoming deadlines and court rules; | 0.10 |
| 11/12/2025 | A. Hester | Review new [redacted] | 0.80 |
| 11/13/2025 | A. Hester | Further review [redacted] (.5); draft arguments regarded baseless infringement claims including asserting patent invalid under 101 (2.0); supplemental research regarding [redacted] (.3); draft section regarding Valjakka's assertion of patents without all rights (2.4); | 5.20 |
| 11/14/2025 | A. Hester | Further draft section regarding Valjakka's assertion of patents without all rights (.6); identify documents filling gaps for supporting factual background section (1.8); miscellaneous factual research based on questions prompted by supervising attorney review of draft (.4); | 2.80 |
| 11/14/2025 | K. Rose | Calculate deadlines based new orders; | 0.20 |
| 11/19/2025 | S. Piepmeier | Review Order granting fees motion; | 0.20 |
| 11/19/2025 | K. Rose | Calculate deadlines based new orders; | 0.30 |
| 11/20/2025 | A. Hester | Revise fee motion sections regarding additional litigation misconduct by Ramey and AiPI; | 1.00 |
| 11/21/2025 | A. Hester | Identify facts from AiPI production supporting motion for attorneys fees (1.0); draft sections regarding AiPi and Ramey litigation misconduct (1.3); research regarding cases finding litigation misconduct supported award of fees (1.2); | 3.50 |
| 11/21/2025 | S. Piepmeier | Analysis re Rule 54b request from B. Ramey; | 0.30 |
| 11/21/2025 | K. Rose | Perform research for R. Lamkin; | 0.40 |
| 11/24/2025 | S. Piepmeier | Telephone conference with R. Lamkin regarding opposition to 54b motion (.3); review scheduling Orders (.2); | 0.50 |
| 11/25/2025 | A. Hester | Research regarding [redacted] (1.1); draft argument regarding future misconduct (1.8); further draft argument related to attorney liability under 1927 and court's inherent power (1.4); research regarding [redacted] (.5); review legal practice assistant summary of attorneys' fees (.3); | 5.10 |
| 11/25/2025 | S. Piepmeier | Revise Rule 54b opposition; | 0.70 |

Invoice No. [redacted]
Netflix, Inc.
[redacted] Valjakka
Client Matter ID: [redacted]

Perkins Coie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/25/2025 | K. Rose | Pull and send cases cited to S. Piepmeier; | 0.20 |
| 11/25/2025 | E. Edlin | Review opposition to Ramey's motion for final judgment and correspondence regarding same (.4); | 0.40 |
| 11/26/2025 | A. Hester | Draft argument regarding future misconduct (.6); draft argument for extending fees back to origin of litigation (1.7); further identify AiPi documents supporting deterrence argument (.4); draft and revise section on fees stemming from ownership issue (2.2); | 4.90 |
| 11/26/2025 | S. Piepmeier | Review revised opposition to Rule 54b motion (.2); review Order from Court (.2); | 0.40 |
| **Subtotal:** [redacted] | | | **28.00** |
| **Total** | | | **28.00** |

**Services**
[redacted]

## Summary of Services through 11/30/2025

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Edlin | Partner | 0.80 | [redacted] | [redacted] |
| S. Piepmeier | Partner | 2.70 | [redacted] | [redacted] |
| A. Hester | Associate | 23.30 | [redacted] | [redacted] |
| K. Rose | Paralegal | 1.20 | [redacted] | [redacted] |
| **Total Services** | | **28.00** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 28.00 | [redacted] |
| **Total Services** | | **28.00** | [redacted] |

**Total Invoice Amount**
[redacted]

1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

Perkins Coie

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | [redacted] |
| Bill Date | January 20, 2026 |
| Due Date | Due Upon Receipt |

---

**INVOICE SUMMARY**

**Re: [redacted] / Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through December 31, 2025

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number:

**Please identify your payment with the following: Perkins Coie Account No. [redacted] and Invoice [redacted]**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** | **ELECTRONIC PAYMENT OPTIONS:** |
|---|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA 98101**<br>**ABA #**<br>**Swift Code #**<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** | https://paywithtranch.com/perkinscoie |

**Electronic Payments:** On our online portal we accept credit cards payment up to $50,000 and real-time electronic bank payments.

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Professional Services through 12/31/2025

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 12/01/2025 | A. Hester | Prepare summary of attorneys' fees; | 0.20 |
| 12/02/2025 | K. Rose | Calendar deadlines; | 0.20 |
| 12/05/2025 | S. Piepmeier | Review pretrial deadlines; | 0.20 |
| 12/05/2025 | K. Rose | Analysis regarding upcoming deadlines and court rules; | 1.00 |
| 12/10/2025 | S. Piepmeier | Email correspondence regarding upcoming deadlines; | 0.10 |
| 12/15/2025 | K. Rose | Analysis regarding upcoming deadlines and court rules (.2); update client files (.1); | 0.40 |
| 12/18/2025 | S. Piepmeier | Review new Ramey fees decision to incorporate into fees motion; | 0.20 |
| 12/21/2025 | K. Rose | Analysis regarding upcoming deadlines and court rules; | 0.10 |
| 12/30/2025 | A. Hester | Coordinate with PWC vendor regarding access to documents collected from AiPi for use in fee motion; | 0.10 |
| **Subtotal:** [redacted] | | | **2.50** |
| **Total** | | | **2.50** |

**Services**
[redacted]

## Summary of Services through 12/31/2025

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| S. Piepmeier | Partner | 0.50 | [redacted] | [redacted] |
| A. Hester | Associate | 0.30 | [redacted] | [redacted] |
| K. Rose | Paralegal | 1.70 | [redacted] | [redacted] |
| **Total Services** | | **2.50** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 2.50 | [redacted] |
| **Total Services** | | **2.50** | [redacted] |

**Total Invoice Amount**
[redacted]

1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

Perkins Coie

Netflix, Inc.
Attn: Hilary Ware
E-BILLED THROUGH LEGAL TRACKER
100 Winchester Circle
Los Gatos, CA 95032

| | |
|---|---|
| Invoice No. | [redacted] |
| Matter No. | |
| Bill Date | February 11, 2026 |
| Due Date | Due Upon Receipt |

---

## INVOICE SUMMARY

**Re:** [redacted] **/ Valjakka**
Client Matter ID: [redacted]

For Professional Services rendered through January 31, 2026

| | |
|---|---|
| Services | [redacted] |
| **Total Invoice Amount** | [redacted] |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in USD Currency
Tax Identification Number:

**Please identify your payment with the following: Perkins Coie Account No.** [redacted] **and Invoice** [redacted]

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** | **ELECTRONIC PAYMENT OPTIONS:** |
|---|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA 98101**<br>**ABA #**<br>**Swift Code #**<br>**Account Name: Perkins Coie LLP**<br>**Account Number:** | https://paywithtranch.com/perkinscoie |

**Electronic Payments:** On our online portal we accept credit cards payment up to $50,000 and real-time electronic bank payments.

**Client Privacy.** We collect or receive personal data in the ordinary course of providing legal services to you, including the personal data of your employees. For more information about how we collect, use, and disclose personal data in connection with our legal representation of clients, please review our Privacy Policy at https://www.perkinscoie.com/en/privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

## Professional Services through 01/31/2026

[redacted]

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/20/2026 | K. Rose | Analysis regarding upcoming deadlines and court rules; | 0.10 |
| 01/23/2026 | S. Piepmeier | Prepare and attend strategy meeting regarding upcoming hearing; | 0.40 |
| 01/23/2026 | K. Rose | Research briefing and cases cited for upcoming hearing; | 0.60 |
| 01/26/2026 | S. Piepmeier | Review order regarding hearing (.1); client communications re hearing and order (.2); | 0.30 |
| 01/27/2026 | S. Piepmeier | Review legal analysis [redacted] (.2); legal analysis regarding dismissal of counterclaims for fees (.2); | 0.40 |
| 01/28/2026 | S. Piepmeier | Analysis regarding implication of dropping counterclaims on fees motion (.4); revaluate retention of custodian data per A. Stano (.1); | 0.50 |
| 01/29/2026 | A. Hester | Attend weekly conference with S. Piepmeier, R. Lamkin, E. Edlin, and A. Stano (.3); | 0.30 |
| 01/29/2026 | S. Piepmeier | Prepare fees motion; | 0.50 |
| 01/30/2026 | A. Hester | Prepare draft stipulation to continue deadlines pending summary judgment order (.1); | 0.10 |
| **Subtotal:** [redacted] | | | **3.20** |
| **Total** | | | **3.20** |

**Services**
[redacted]

## Summary of Services through 01/31/2026

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| S. Piepmeier | Partner | 2.10 | [redacted] | [redacted] |
| A. Hester | Associate | 0.40 | [redacted] | [redacted] |
| K. Rose | Paralegal | 0.70 | [redacted] | [redacted] |
| **Total Services** | | **3.20** | | [redacted] |

## Summary of Task Services

| Code | Task Description | Task Hours | Task Amount |
|---|---|---|---|
| [redacted] | [redacted] | 3.20 | [redacted] |
| **Total Services** | | **3.20** | [redacted] |

Invoice No. [redacted]
Netflix, Inc.
[redacted] / Valjakka
Client Matter ID: [redacted]

Perkins Coie

**Total Invoice Amount**
[redacted]

## Open Invoices as of February 11, 2026

| | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Total |
|---|---|---|---|---|---|---|
| Fees | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Disbursements and Other Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |