# EXHIBIT B

| Matter Name | Tkpr Name | Date | Hours | Total | Rate | Narrative |
|---|---|---|---|---|---|---|
| Valjakka | Hester, Adam G. | 2/3/2026 | 1 | [redacted] | [redacted] | Prepare draft stipulation to continue dates pending summary judgment (1.0); |
| Valjakka | Rose, Kate | 2/3/2026 | 1 | [redacted] | [redacted] | Revise stipulation to modify case schedule (.6); draft notice of withdrawal (.3); finalize and file same (.1); |
| Valjakka | Hester, Adam G. | 2/4/2026 | 0.3 | [redacted] | [redacted] | Revise proposed stipulation to disclose previous scheduling changes based on review of docket (.3); |
| Valjakka | Piepmeier, Sarah E. | 2/4/2026 | 0.2 | [redacted] | [redacted] | Review client edits to joint stipulation re extending pretrial deadlines; |
| Valjakka | Piepmeier, Sarah E. | 2/6/2026 | 0.1 | [redacted] | [redacted] | Review email to L. Valjakka re proposed stipulation; |
| Valjakka | Piepmeier, Sarah E. | 2/10/2026 | 0.2 | [redacted] | [redacted] | Email correspondence with L. Valjakka, R. Lamkin, and A. Stano re joint stipulation on pretrial deadlines; |
| Valjakka | Piepmeier, Sarah E. | 2/11/2026 | 0.2 | [redacted] | [redacted] | Correspondence with A. Stano and L. Valjakka regarding stipulation; |
| Valjakka | Hester, Adam G. | 2/12/2026 | 0.3 | [redacted] | [redacted] | Revise draft stipulation in view of Valjakka proposed edits (.3); |
| Valjakka | Piepmeier, Sarah E. | 2/12/2026 | 0.3 | [redacted] | [redacted] | Correspondence with L. Valjakka regarding stipulation (.1); revise stipulation (.2); |
| Valjakka | Rose, Kate | 2/12/2026 | 0.3 | [redacted] | [redacted] | Revise stipulation; |
| Valjakka | Hester, Adam G. | 2/13/2026 | 0.1 | [redacted] | [redacted] | Review correspondence re joint stipulation (.1); |
| Valjakka | Piepmeier, Sarah E. | 2/13/2026 | 0.3 | [redacted] | [redacted] | Finalize joint stipulation for filing; |
| Valjakka | Rose, Kate | 2/13/2026 | 0.4 | [redacted] | [redacted] | Finalize and file stipulation; |
| Valjakka | Rose, Kate | 2/20/2026 | 0.1 | [redacted] | [redacted] | Analyze pretrial deadlines in view of stipulation; |
| Valjakka | Piepmeier, Sarah E. | 2/23/2026 | 0.3 | [redacted] | [redacted] | Review fees order (.2); prepare summary of order for A. Stano (.1); |
| Valjakka | Piepmeier, Sarah E. | 2/25/2026 | 0.1 | [redacted] | [redacted] | Analysis regarding Ramey's fee payment obligations under Tigar's order; |
| Valjakka | Rose, Kate | 2/25/2026 | 0.1 | [redacted] | [redacted] | Review docket for update on stipulation; |
| Valjakka | Piepmeier, Sarah E. | 3/4/2026 | 0.2 | [redacted] | [redacted] | Provide update on pretrial stipulation status to A. Stano; |
| Valjakka | Rose, Kate | 3/6/2026 | 0.1 | [redacted] | [redacted] | Analysis regarding upcoming deadlines and court rules; |
| Valjakka | Piepmeier, Sarah E. | 3/9/2026 | 0.4 | [redacted] | [redacted] | Analysis re pretrial filings, including correspondence with A. Stano and L. Valjakka; |
| Valjakka | Hester, Adam G. | 3/10/2026 | 3.5 | [redacted] | [redacted] | Update exhibit list for documents related to unclean hands and estoppel counterclaims (3.5); |

| Matter Name | Tkpr Name | Date | Hours | Total | Rate | Narrative |
|---|---|---|---|---|---|---|
| Valjakka | Piepmeier, Sarah E. | 3/10/2026 | 0.7 | [redacted] | [redacted] | Review draft PTCS (.2); analysis regarding counterclaims and dismissal strategy (.4); review exhibit list (.1); |
| Valjakka | Hester, Adam G. | 3/11/2026 | 3.9 | [redacted] | [redacted] | Prepare deposition designations for unclean hands and equitable estoppel claims (3.6); video conference with S. Piepmeier, Baker Botts team, and A. Stano regarding case action items (.3); |
| Valjakka | Piepmeier, Sarah E. | 3/11/2026 | 0.9 | [redacted] | [redacted] | Attend weekly team call (.5); revise pretrial filings (.4); |
| Valjakka | Hester, Adam G. | 3/12/2026 | 0.5 | [redacted] | [redacted] | Coordinate with team including research regarding whether counterclaims are mooted (.5); |
| Valjakka | Piepmeier, Sarah E. | 3/12/2026 | 0.9 | [redacted] | [redacted] | Revise pretrial filings (.7); telephone conference with R. Lamkin re strategy (.2); |
| Valjakka | Rose, Kate | 3/12/2026 | 0.3 | [redacted] | [redacted] | Review files for verification; |
| Valjakka | Hester, Adam G. | 3/13/2026 | 0.4 | [redacted] | [redacted] | Coordinate with team regarding Court order on motion for summary judgment (.2); coordinate with team regarding fee motion status (.2); |
| Valjakka | Piepmeier, Sarah E. | 3/13/2026 | 1.4 | [redacted] | [redacted] | Revise pretrial filings (.7); review L. Valjakka filings re PTC and trial attendance (.3); telephone conference with R. Lamkin re strategy (.4); |
| Valjakka | Rose, Kate | 3/13/2026 | 0.2 | [redacted] | [redacted] | Analysis regarding upcoming deadlines and court rules (.1); review order (.1); |
| Valjakka | Hester, Adam G. | 3/16/2026 | 0.3 | [redacted] | [redacted] | Review order granting summary judgment; |
| Valjakka | Piepmeier, Sarah E. | 3/16/2026 | 0.4 | [redacted] | [redacted] | Review SJ order; |
| Valjakka | Rose, Kate | 3/16/2026 | 1 | [redacted] | [redacted] | Review orders (.2); work on attorneys fees (.8); |
| Valjakka | Hester, Adam G. | 3/17/2026 | 1.1 | [redacted] | [redacted] | Coordinate with Baker Botts team regarding sealed materials to be filed pursuant to court order and impact on unsealed filings (1.1); |
| Valjakka | Piepmeier, Sarah E. | 3/17/2026 | 0.2 | [redacted] | [redacted] | Meet and confer correspondence re fees motion; |
| Valjakka | Hester, Adam G. | 3/18/2026 | 0.1 | [redacted] | [redacted] | Coordinate with Baker Botts team regarding sealed materials to be filed pursuant to court order and impact on unsealed filings (.1); |
| Valjakka | Piepmeier, Sarah E. | 3/18/2026 | 0.1 | [redacted] | [redacted] | Review notice of appeal; |
| Valjakka | Piepmeier, Sarah E. | 3/19/2026 | 0.3 | [redacted] | [redacted] | Analysis re final judgment and appellate strategy; |

| Matter Name | Tkpr Name | Date | Hours | Total | Rate | Narrative |
|---|---|---|---|---|---|---|
| Valjakka | Bagatell, Dan L. | 3/20/2026 | 0.3 | [redacted] | [redacted] | Emails with S. Piepmeier regarding premature notice of appeal and possible cross-appeal; |
| Valjakka | Piepmeier, Sarah E. | 3/20/2026 | 1.1 | [redacted] | [redacted] | Telephone conference with R. Lamkin (.2); prepare for meet and confer (.1); attend strategy call with A. Stano and R. Lamkin (.4); prepare final judgment (.4); |
| Valjakka | Rose, Kate | 3/20/2026 | 0.1 | [redacted] | [redacted] | Analysis regarding upcoming deadlines and court rules; |
| Valjakka | Rose, Kate | 3/20/2026 | 0.3 | [redacted] | [redacted] | Legal research for S. Piepmeier regarding premature notice of appeal; |
| Valjakka | Bagatell, Dan L. | 3/21/2026 | 0.3 | [redacted] | [redacted] | Edit motion for entry of judgment; |
| Valjakka | Hester, Adam G. | 3/23/2026 | 0.1 | [redacted] | [redacted] | Coordinate with team regarding plaintiff appeal and fee payment by Ramey; |
| Valjakka | Kelley, Nathan K. | 3/23/2026 | 0.3 | [redacted] | [redacted] | Revise draft motion for judgment and associated draft order; |
| Valjakka | Piepmeier, Sarah E. | 3/23/2026 | 0.4 | [redacted] | [redacted] | Revise final judgment and motion in support (.1); participate in meet and confer with W. Ramey and R. Lamkin (.1); update A. Stano regarding W. Ramey offer and draft judgment papers (.2); |
| Valjakka | Piepmeier, Sarah E. | 3/24/2026 | 0.4 | [redacted] | [redacted] | Review draft fees motion; |
| Valjakka | Piepmeier, Sarah E. | 3/25/2026 | 0.3 | [redacted] | [redacted] | Revise final judgment papers; |
| Valjakka | Piepmeier, Sarah E. | 3/26/2026 | 0.2 | [redacted] | [redacted] | Client communications re appeal deadlines and strategy; |
| Valjakka | Hester, Adam G. | 3/27/2026 | 0.5 | [redacted] | [redacted] | VIdeo conference with S. Piepmeier, R. Lamkin and A. Stano regarding plan for fee motion, appeals, judgment; |
| Valjakka | Piepmeier, Sarah E. | 3/27/2026 | 0.9 | [redacted] | [redacted] | Review notes to prepare for client call (.2); telephone conference with R. Lamkin regarding fees and appellate strategy (.3); telephone conference with client and team regarding strategy for fees and appeal (.4); |
| Valjakka | Rose, Kate | 3/27/2026 | 0.4 | [redacted] | [redacted] | Analysis regarding upcoming deadlines and court rules; |
| Valjakka | Hester, Adam G. | 3/31/2026 | 0.3 | [redacted] | [redacted] | Coordinate regarding finalizing motion for attorney's fees draft; |