# EXHIBIT C

BAKER BOTTS L.L.P.

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

| | |
|---|---|
| Invoice Number: | |
| Invoice Date: | August 24, 2023 |
| Attorney: | R D Lamkin |

For professional services rendered through July 31, 2023

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| **Total Current Due** | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: August 24, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/16/23 | R D Lamkin | 7.8 | Get up to speed on the matter; review docket, review and analyze 101 pleadings, damages filings, prosecution histories, standing issues [7.8] |
| 07/18/23 | R D Lamkin | 2.7 | Meet with Asa, prepare for same by reviewing notes from weekend research. [1.2] Research new causes of action against Valjakka [1.5] |
| 07/19/23 | R D Lamkin | 3.9 | Continue review and analysis of the record, in particular the inequitable conduct and standing issues; research, review, and analyze caselaw regarding standing and inequitable conduct bench trials before trial; begin to draft discovery pertaining to DI 117-1; [2.1] review breach of contract law for employment contracts with patent assignments [1.8] |
| 07/20/23 | R D Lamkin | 5.6 | Continue research, review, and analysis of law and facts for the following issues, [4.1] draft advising email for Asa regarding review and analyze the MySpace Laporte docket for same [1.5] |
| 07/21/23 | R D Lamkin | 4.9 | Review and analyze facts and law for including full case docket as it reflects on litigation conduct; review and analyze all of Judge Tigar's sanctions and fees cases for same [4.9] |
| 07/23/23 | R D Lamkin | 5.8 | Review and analyze Iiro and Valjakka depositions; [3.2] continue drafting strategy motion; of law and facts for same [2.6] |
| 07/24/23 | R D Lamkin | 8.6 | Continue review and analysis of Iiro deposition and both Valjakka depositions; review and analyze exhibits to same depositions; [4.7] research law governing bench trials for standing and inequitable conduct [2.3] ; review and analyze draft of co-counsel's standing motion; [1.6] |
| 07/26/23 | R D Lamkin | 5.2 | [5.2]; complete review and analysis of all deposition transcripts and exhibits for same; complete review and analysis of all relevant caselaw for same |
| 07/27/23 | R D Lamkin | 3.9 | Meet with Asa regarding strategy memo; review memo in preparation for same [.9]; discuss case with Elise at PC [.4]; continue review Valjakka deposition transcripts and exhibits for [2.6] |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: August 24, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/30/23 | R D Lamkin | 2.3 | ; review and analyze California law for same [2.3] |
| 07/31/23 | R D Lamkin | 2.8 | ; continue review of case file for Iiro inventorship facts |

| | |
|---|---|
| **Matter Hours** | **53.5** |
| **Matter Fees** | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: August 24, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2023 Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| R D Lamkin | 53.5 | | | | |
| | **53.5** | | | | |

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: August 24, 2023
Matter Number:

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | |
| **Client:** | Netflix, Inc. |
| **Matter:** | Valjakka v. Netflix |
| **Invoice Number:** | |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.
(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.
(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: September 26, 2023
Attorney: R D Lamkin

For professional services rendered through August 31, 2023

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

BAKER BOTTS LLP

Invoice No:
Invoice Date: September 26, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/04/23 | R D Lamkin | 5.7 | |
| 08/05/23 | R D Lamkin | 6.3 | |
| 08/07/23 | K S Dhadialla | 0.9 | |
| 08/07/23 | R D Lamkin | 4.9 | |
| 08/08/23 | K S Dhadialla | 4.3 | |
| 08/09/23 | K S Dhadialla | 0.5 | Multiple telephone calls with R. Lamkin regarding case strategy for (.3); review R. Lamkin's correspondence regarding (.2). |
| 08/09/23 | R D Lamkin | 8.6 | Review and analyze pleadings and exhibits from Judge Tigar's CUVTA cases [3.3]; review and analyze potentially relevant legal authority cited therein [2.7]; review and analyze Valjakka deposition transcripts and exhibits thereto in view of these Tigar materials [2.6] |
| 08/10/23 | K S Dhadialla | 0.3 | Read briefing regarding assertion of CUVTA claim and preliminary injunction motion in Virtue Global Holdings case (.3). |
| 08/10/23 | R D Lamkin | 4.3 | Begin drafting preliminary injunction motion; continue review and analysis of facts and legal authority for same [3.9]; discuss inventorship evidence with Iiro [.4] |

**BAKER BOTTS LLP**

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: September 26, 2023
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/11/23 | K S Dhadialla | 1.7 | Brainstorm and draft detailed research questions for C. Romak in preparation for assertion of CUFTA claim and preliminary injunction (.5); telephone call with C. Romak regarding same (.1); participate in telephone calls with R. Lamkin to discuss case strategy and upcoming action items (.4); correspond with N. Bigley regarding notice of appearance (.1); review procedure for filing preliminary injunction motion and consider next steps, including potentially advancing trial on the merits (.4); correspond with R. Lamkin regarding updates on legal research, procedure for preliminary injunction, sealing papers, service, and draft of preliminary injunction motion (.3). |
| 08/11/23 | R D Lamkin | 5.3 | Continue drafting PI motion; continue review and analyze of factual record for same; [4.9]; discuss standing and discovery with Perkins [.4] |
| 08/11/23 | C A Romak | 4.3 | Research on california uniform fraudulent transfer act |
| 08/12/23 | K S Dhadialla | 2.4 | Review C. Romak's research regarding CUFTA claim and preliminary injunction requirements and read cases regarding same (1.1); correspond with C. Romak regarding follow up research questions (.2); correspond with B. Shigezawa regarding status of motion for alternative service (.1); review opinions granting same in the Northern District of California (.4); |
| 08/12/23 | R D Lamkin | 3.1 | Continue drafting motion for preliminary injunction |
| 08/13/23 | K S Dhadialla | 0.1 | Telephone calls with R. Lamkin regarding strategy surrounding and immediate action items (.1). |
| 08/13/23 | R D Lamkin | 8.9 | Complete first draft of motion for preliminary injunction; complete review of factual record (depositions, discoverey, all licenses,) for same |
| 08/13/23 | C A Romak | 4.6 | Research on california uniform fraudulent transfer act |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: September 26, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 08/14/23 | K S Dhadialla | 3.5 | Telephone call with R. Lamkin regarding case strategy (.2); review and revise draft of motion for preliminary injunction (1.7); telephone call with B. Shigazawa to discuss motion for alternative service (.3); review B. Shigazawa's analysis and correspond with R. Lamkin regarding approach to filing motion for alternative service (.2); review protective order in main action and discuss implications of filing a separate lawsuit based on same with R. Lamkin (.4); correspond with C. Romak regarding research on applicability of provisions in protective order (.2); review subsequent draft of motion for preliminary injunction and correspond with R. Lamkin regarding same (.2); review B. Shigezawa's draft of administrative motion for alternative service and consider same (.3). |
| 08/14/23 | L J Dreyer | 3.0 | Revise motion for preliminary injunction. |
| 08/14/23 | S J Guske | 1.3 | Review and revise preliminary injunction motion |
| 08/14/23 | R D Lamkin | 10.4 | Complete initial draft of PI Motion, complete initial review of all settlement agreements, depositions, law for same |
| 08/14/23 | C A Romak | 5.0 | Research on california uniform transfer act and attorney fees |
| 08/15/23 | K S Dhadialla | 0.8 | Review C. Romak's research regarding case law regarding (.2); correspond with C. Romak regarding same (.1); correspond with C. Romak regarding research on applicability of protective order provisions (.1); participate in team meeting to discuss case status and upcoming action items (.4). |
| 08/15/23 | R D Lamkin | 5.3 | Work with litigation team on case strategy and drafting ancillary motions [5.3] |
| 08/15/23 | C A Romak | 2.1 | Research on california uniform fraudulent transfer act and attorney fees (1.10); research on utilizing materials covered by confidentiality agreement to bring separate action (1) |
| 08/15/23 | L Soboleva | 0.2 | Confer with team members re upcoming CUVTA claims submission. |
| 08/16/23 | K S Dhadialla | 1.7 | Telephone call with R. Lamkin in advance of call with client (.2); telephone call with client to discuss case strategy and upcoming action items (.8); review and revise draft e-mail to W. Ramey regarding upcoming motions (.2); correspond with team regarding status of case (.1); review and revise draft letter to W. Ramey (.3); correspond with R. Lamkin regarding response from same (.1). |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: September 26, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/16/23 | L J Dreyer | 0.5 | |
| 08/16/23 | S J Guske | 0.4 | Call with R. Lamkin re motion for leave to amend counterclaims re CUVTA claims |
| 08/16/23 | R D Lamkin | 9.4 | Meet with Asa regarding case strategy; prepare for same by reviewing draft of PI and case strategy [1.6]; begin revision of PI motion [4.2]; meet with Elise at PC regarding case strategy twice [1.1]; work with litigation team on drafting ancillary motions 2.5] |
| 08/17/23 | K S Dhadialla | 2.7 | Telephone call with L. Soboleva regarding upcoming filings (.1); correspond with team regarding coordination of same (.1); telephone call with D. Lien regarding motion to amend complaint (.2); multiple telephone calls with R. Lamkin regarding status of briefing (.2); telephone call with L. Soboleva regarding same (.2); review pleadings to determine appropriate answer to amend and correspond with D. Lien and L. Soboleva regarding same (.2); review B. Shigezawa's draft of administration sealing motion (.3); review current draft of preliminary injunction motion and telephone call with R. Lamkin regarding same (.4); draft and revise introduction to motion for preliminary injunction (1.0). |
| 08/17/23 | R D Lamkin | 9.3 | ; revisit, review, and analyze underpining facts including Valjakka depositions, settlement agreements, and discovery, and Tigar's formoer orders for CUVTA |
| 08/17/23 | C D Montalvo | 0.7 | Researched federal cases for Christian McFall. |
| 08/17/23 | C A Romak | 4.9 | Research imputation of attorney's knowledge to client in 9th circuit (3); research cases where attorneys fees awarded against Ramey (1.9) |
| 08/17/23 | L Soboleva | 2.3 | Assisted with motion to file under seal preparations (.5); prepared shell draft of motion for leave to amend answer and add counterclaims (1.8). |
| 08/18/23 | K S Dhadialla | 3.1 | Further review and revise draft motion for preliminary injunction (2.2); correspond with R. Lamkin regarding same (.2); correspond with C. Romak regarding identifying additional information for motion for preliminary injunction (.2); review A. Wynn-Grant's edits to motion for preliminary injunction (.2); review B. Shigezawa's revised administrative motion to seal and associated declaration (.2); telephone call with R. Lamkin regarding immediate action items and strategy for upcoming filings (.1). |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: September 26, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/18/23 | A D House | 0.4 | Conference with Rachael Lamkin regarding background of the case, need for a motion to shorten time, and issues for the upcoming request for a preliminary injunction. |
| 08/18/23 | R D Lamkin | 6.9 | Complete PI motion and all legal and factual research needed for same [4.8]; continue drafting ancillary motions including motions to seal and exhibits thereto, and motion to amend scheduling order [2.1] |
| 08/18/23 | C A Romak | 1.2 | Research and compile case numbers for other Valjakka cases |
| 08/18/23 | L Soboleva | 1.5 | Assisted with administrative motions and supporting materials preparations. |
| 08/19/23 | K S Dhadialla | 0.4 | Correspond with R. Lamkin and A. House regarding meet and confer requirements on various motions and communication with W. Ramey to satisfy same (.3); correspond with team regarding plan for completion of documents in support of upcoming filing (.1). |
| 08/19/23 | R D Lamkin | 7.1 | Engage in multiple written discussions with Bill Ramey [1.4]; [4.2]; complete draft of motion to amend scheudling order [1.5] |
| 08/19/23 | L Soboleva | 2.5 | Drafted Proposed orders for administrative motions (.6); prepared shell draft of motion to shorten time (1); prepared supporting materials for submission (.4); edited declaration supporting motion to shorten time (.5). |
| 08/20/23 | K S Dhadialla | 0.7 | Review draft of papers in support of sealing and revise same (.5); Telephone call with R. Lamkin and A. House to discuss motion to shorten time and scheduling with respect to same (.2). |
| 08/20/23 | A D House | 5.5 | Reviewed documents and drafted motion to shorten time on the motion for a preliminary injunction and motions to amend the scheduling order (4.0); drafted supporting declaration (0.5); conference with Rachael Lamkin and Karan Dhadialla regarding strategy for (0.3); conference with Rachael Lamkin regarding the drafts, review her edits, and revise the current versions of the drafts (0.7). |
| 08/20/23 | R D Lamkin | 9.3 | Complete the drafting and the supervision of the drafting for motion for PI, motion to amend the schedule, motion to amend counterclaims, motion to shorten time, and all exhibits thereto |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: September 26, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/20/23 | L Soboleva | 5.0 | Assisted with administrative motion to consider whether another party's material should be sealed; motion for a preliminary injunction; motion to amend scheduling order, motion to amend to add a counterclaim; motion to shorten time and supporting materials preparation. |
| 08/21/23 | K S Dhadialla | 2.7 | Telephone calls with L. Soboeleva regarding filing (.3); cite check motion for preliminary injunction and review exhibits in support of same (1.0); correspond with R. Lamkin regarding settlement agreements (.2); finalize exhibits in support of preliminary injunction motion (.3); further review and revise declaration in support of sealing and correspond with R. Lamkin regarding same (.2); correspond with R. Lamkin regarding portions of documents for sealing (.1); further revise declaration in support of sealing (.2); correspond with R. Lamkin and L. Soboleva regarding sealing papers and proposed order with respect to same (.2); review local rules and Judge Tigar's standing orders with respect to upcoming filing (.2). |
| 08/21/23 | A D House | 1.2 | Prepare for and participate in meet and confer with Plaintiff's counsel regarding the motions (0.4); draft the proposed order (0.1); revise and edit the current drafts of the motion to shorten time, the supporting declaration, and the proposed order (0.7). |
| 08/21/23 | R D Lamkin | 10.2 | Make final revisions and edits to the following motions: motion for PI, motion to shorten time, motion to amend schedule, motion to amend counterclaims, motion to seal, and all exhibits and declarations thereto, assist in the filing of same [8.9]; begin drafting CUVTA discovery [1.3] |
| 08/21/23 | L Soboleva | 10.7 | Assisted with administrative motion to consider whether another party's material should be sealed; motion for a preliminary injunction; motion to amend scheduling order, motion to amend to add a counterclaim; motion to shorten time and supporting materials preparation and service. |
| 08/22/23 | K S Dhadialla | 0.3 | Read Order on motion for judgment on the pleadings and corresponded with R. Lamkin regarding same (.3). |
| 08/22/23 | R D Lamkin | 2.7 | Draft CUVTA discovery; review previously served discovery and PI pleadings for same [2.7] |
| 08/22/23 | L Soboleva | 1.7 | Drafted and submitted PHV application for L. Dreyer (1); organized recently filed materials for client and co-counsel (.6); communicated with opposing counsel re future service (.1). |
| 08/24/23 | R D Lamkin | 3.4 | Review and analyze Judge TIgar's docket for his 5 CUVTA cases for insights into our timeline and possible hearing schedule; [1.4]; participate in case strategy mtg [1.0]; begin to outline Ramey arguments for Mock [1.0] |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: September 26, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/25/23 | K S Dhadialla | 0.2 | Read opposition to administrative motion to shorten time and consider same (.2). |
| 08/28/23 | R D Lamkin | 2.1 | Review google declarations [.6]; begin drafting outline for PI hearing [1.5] |
| 08/28/23 | L Soboleva | 0.1 | Reviewed and organized case materials for distribution and files. |
| 08/30/23 | K S Dhadialla | 0.1 | Review Court's order granting motion to shorten time and correspond with team regarding same (.1). |
| 08/30/23 | A D House | 0.2 | Review the court's order granting the motion to shorten time and briefly conference with the team regarding scheduling time to begin prepping for the hearing. |
| 08/30/23 | L Soboleva | 0.2 | Review and organize case materials for distribution and files. |
| 08/31/23 | R D Lamkin | 3.3 | Participate in weekly litigation mtg [.4]; begin to outline argument for mock; review PI motion and evidence for same [2.9] |

| | |
|---|---|
| **Matter Hours** | **212.4** |
| **Matter Fees** | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: September 26, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

### 2023 Lawyer Summary

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| K S Dhadialla | 26.4 | | | | |
| L J Dreyer | 3.5 | | | | |
| S J Guske | 1.7 | | | | |
| A D House | 7.3 | | | | |
| R D Lamkin | 126.5 | | | | |
| C A Romak | 22.1 | | | | |
| | **187.5** | | | | |

### 2023 Non-Lawyer Summary

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| C D Montalvo | 0.7 | | | | |
| L Soboleva | 24.2 | | | | |
| | **24.9** | | | | |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: September 26, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

**For Expenses Incurred :**

Vendor: Business Card Invoice#: 050038530458 Date: 08/24/2023 - Bank of America mastercard charges - Business Card; 2023.08.22 Pro Hac Vice L Dreyer Pay.gov Payment Confirmation

**Total Expenses**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: September 26, 2023
Matter Number:

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | |
| **Client:** | Netflix, Inc. |
| **Matter:** | Valjakka v. Netflix |
| **Invoice Number:** | |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.

(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.

(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: October 31, 2023
Attorney: R D Lamkin

For professional services rendered through September 30, 2023

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: October 31, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/01/23 | M N Gonzales | 0.3 | Discuss PI with R. Lamkin and correspond with team re reply briefing. |
| 09/01/23 | L Soboleva | 0.3 | Assembled case materials in preparation for reply iso preliminary injunction. |
| 09/02/23 | A D House | 0.2 | Conference with the team regarding the briefing schedule for the preliminary injunction motion. |
| 09/02/23 | R D Lamkin | 5.9 | Research deadline for Valjakka opp on holiday [2.1] draft correspondence to Valjakka [.6]; create discovery plan for same [3.2] |
| 09/04/23 | D C Dyer | 1.3 | Reviewed motion for preliminary injunction and opposition to preliminary injunction (1.30) |
| 09/04/23 | M N Gonzales | 4.8 | Review Motion for PI and exhibits; Review Valjakka response and declaration; Prepare notes re briefing and points for reply. |
| 09/04/23 | A D House | 1.7 | Prepare for and participate in call regarding prep for the preliminary injunction hearing (0.3); review Valjakka's oppositions and conduct legal research regarding the cases cited by Valjakka (1.2); briefly conference with Rachael Lamkin regarding the oppositions (0.2). |
| 09/04/23 | R D Lamkin | 2.1 | Review and analyze Valjakka oppositions to our CUVTA motions; begin outlining reply [2.1] |
| 09/05/23 | L J Dreyer | 1.1 | Analyze opposition to motion for preliminary injunction (.7); consider strategy for reply brief with team (.4). |
| 09/05/23 | D C Dyer | 8.1 | Reviewed opposition motions filed by Valjakka. (.70); Meeting with Baker Botts team to discuss strategy for Reply briefing (.90); Reviewed Valjakka deposition transcript and highlighted the bankruptcy issue for the reply brief (6.5). |
| 09/05/23 | M N Gonzales | 3.3 | Call with team to discuss Valjakka response and strategy for reply; Research re |
| 09/05/23 | A D House | 9.1 | Review documents, conduct legal research, and draft reply to the motion for leave to amend to conduct discovery (6.9); review and revise draft reply to the motion for a preliminary injunction, and conference with Rachael Lamkin regarding the same (1.8); review Rachael Lamkin's edits to the reply in support of the motion to conduct discovery and revise and edit the current draft (0.4). |

**BAKER BOTTS** L.L.P

Invoice No:
Invoice Date: October 31, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/05/23 | R D Lamkin | 12.2 | Draft reply ISO CUVTA PI [11.4]; meet with drafting team regarding same [.8]; review and analyze Valjakka Opp, and Netflix PI and evidence thereto for same [concurrent with drafting] |
| 09/06/23 | M N Gonzales | 0.6 | Review and revise reply brief in support of PI. |
| 09/06/23 | A D House | 4.7 | Review documents, conduct legal research, and draft reply in support of motion to modify the scheduling order and amend Netflix's answer to add the CUVTA counterclaim (3.6); review Rachael Lamkin's edits and revise and edit the current draft (0.4); finalize both replies to be filed (0.3); review the final draft of the reply in support of the preliminary injunction (0.4). |
| 09/06/23 | R D Lamkin | 2.7 | |
| 09/06/23 | L Soboleva | 0.3 | Reviewed and organized case materials. |
| 09/07/23 | L J Dreyer | 0.9 | Analyze reply to motion for preliminary injunction. |
| 09/07/23 | A D House | 2.6 | Revise and finalize the replies to the motion for a preliminary injunction and to amend the scheduling order, and conference with Rachael Lamkin and the team regarding finalizing to be filed. |
| 09/07/23 | R D Lamkin | 3.4 | Participate in weekly mtg with Asa et al. [.7]; begin to outline Valjakka's CUVTA deposition questions, including list of needed disocvery [2.7] |
| 09/07/23 | C D Montalvo | 0.4 | Researched and obtained requested publication for Rachael Lamkin. |
| 09/07/23 | L Soboleva | 4.2 | Assisted with Reply ISO the PI preparation and filing |
| 09/08/23 | D C Dyer | 1.3 | Drafted questionnaire document for mock preliminary injunction hearing. |
| 09/08/23 | A D House | 0.4 | Conference with Dana Dyer regarding preparing a draft of a questionnaire for observers of the upcoming mock oral argument. |
| 09/08/23 | L Soboleva | 0.6 | Assisted with mock trial preparations. |
| 09/10/23 | M N Gonzales | 2.8 | Begin preparing for mock PI hearing. |
| 09/11/23 | S L Bigler | 0.7 | Drafted index of notebook for Natalie Gonzales; arranged for notebook to be made for Natalie Gonzales |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: October 31, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/11/23 | D C Dyer | 0.5 | Drafted questionnaire document for mock preliminary injunction hearing (.50). |
| 09/11/23 | M N Gonzales | 3.2 | Review materials for mock; Prepare arguments for Mock (Valjakka side). |
| 09/11/23 | A D House | 0.5 | Revise and edit draft questionnaire for the upcoming mock on the PI hearing. |
| 09/11/23 | R D Lamkin | 6.1 | Review and analyze damages deposition transcript [1.2]; draft motion to file transcript as supplemental evidence [1.9]; review and analyze summary judgment motion and law cited therein [2.9] |
| 09/11/23 | L Soboleva | 0.3 | Reviewed and organized case materials for distribution and files. |
| 09/12/23 | D C Dyer | 1.4 | Internal team mock discussion (.70); Researched for Judge Tigar's previous preliminary injunction transcripts (.70). |
| 09/12/23 | M N Gonzales | 5.1 | Prep for mock; Reviewing materials; research case law re PI/CUVTA issues. |
| 09/12/23 | A D House | 0.9 | Participate in prep call with our team in advance of the internal team mock for the upcoming hearing on the preliminary injunction and requests to amend the scheduling order (0.4); (0.5). |
| 09/12/23 | C M Markantonis | 2.0 | Tried to find examples of hearing transcripts for specific motions in Judge Tigar's court for Dana Dyer; searched Bloomberg Law, Courtlink, and Lex Machina and didn't find any. |
| 09/13/23 | M N Gonzales | 3.4 | Prepare for mock; review Tigar PI transcript; Review case law. |
| 09/13/23 | R D Lamkin | 5.3 | Review and analyze law governing whether JUdge Tigar can adopt the Finnish Judgments; draft email to team regarding same; review Valjakka depo transcript for same [3.8]; meet with Asa about case strategy; prepare for same [1.5] |
| 09/14/23 | M N Gonzales | 7.6 | Prepare for Mock argument on PI motion. |
| 09/14/23 | A D House | 4.5 | Review the filings related to the motion for a preliminary injunction and requests to amend the scheduling order, and draft list of questions and inquiries for the parties to prepare for the upcoming internal mock oral argument on the preliminary injunction and requests to amend the scheduling order. |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: October 31, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/14/23 | R D Lamkin | 3.1 | Meet with litigation team [1.1]; revise summary judgment motion [1.7]; continue PI preparation [.3] |
| 09/15/23 | D C Dyer | 1.8 | Participated and provided feedback for the internal mock hearing. |
| 09/15/23 | M N Gonzales | 4.1 | Prepare for mock argument; Internal mock argument. |
| 09/15/23 | A D House | 2.8 | Continue to prepare for and participate in internal mock to prepare for the upcoming oral argument, and participate in follow-up conference with the team regarding the same. |
| 09/15/23 | R D Lamkin | 3.1 | Engage in internal PI mock [1.6]; complete review of evidentiary record for mock PI [1.5] |
| 09/17/23 | M N Gonzales | 3.1 | Research for mock; review outline and consider additional arguments for mock/prep. |
| 09/18/23 | D C Dyer | 2.2 | Valjakka Mock Hearing (2.00); Debrief with internal team (.20). |
| 09/18/23 | M N Gonzales | 3.9 | Prep for mock PI argument and participate in mock. |
| 09/18/23 | A D House | 2.8 | Continue to prepare for the mock and conference with Rachael Lamkin regarding the same (0.4); participate in mock oral argument for the hearing on the preliminary injunction, and debrief with the client and the team regarding the same (2.4). |
| 09/19/23 | A D House | 0.9 | Review the court's order on supplemental evidence (0.1); continue to conference with the team regarding strategy for the oral argument (0.1); briefly review the filings and draft portion of the outline for the oral argument for Rachael Lamkin's consideration ().7). |
| 09/20/23 | A D House | 1.1 | Review Valjakka's emergency motion for leave to present live testimony, conference with our team regarding the same, and revise and edit draft response (0.9); review the court's order denying the motion, and conference with our team regarding the same (0.2). |
| 09/20/23 | R D Lamkin | 7.7 | Draft opposition to emergency motion to have attorney testify at hearing [2.6]; prepare to cross Valjakka's attorney [4.1]; draft opening to PI hearing [1] |
| 09/21/23 | A D House | 0.9 | Observe the hearing on the preliminary injunction and conference with our team regarding the court's ruling on the pending motions, including the order granting the preliminary injunction. |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 09/21/23 | R D Lamkin | 5.7 | Argue preliminary injunction motion; disucss same with client/team [1.4]; engage in final preparations for PI hearing, including review transcripts of Tigar PIs, read through brief and all documents one final time; practice arguments and opening [4.3] |
| 09/22/23 | L J Dreyer | 0.2 | Consider strategy for discovery requests. |
| 09/22/23 | D C Dyer | 1.1 | Edited Requests for production for CUVTA claim (1.10). |
| 09/22/23 | M N Gonzales | 0.5 | Consider discovery issues and provide comments to A. House. |
| 09/22/23 | A D House | 0.9 | Revise and edit draft CUVTA discovery requests. |
| 09/25/23 | L J Dreyer | 0.9 | Consider strategy with team for CUVTA discovery and pursuit of trial and fees. |
| 09/25/23 | D C Dyer | 2.7 | CUVTA Claim Strategy meeting (.80); Drafted third-party subpoenas for CUVTA discovery (1.90). |
| 09/25/23 | M N Gonzales | 1.5 | Attend call with team to discuss strategy and next steps; Discuss R 45 subpoenas with D. Dyer; Revise discovery requests. |
| 09/25/23 | A D House | 1.4 | Review correspondence from Rachael Lamkin regarding the CUVTA claim, and prepare for and participate in conference call with the team to discuss strategy for the CUVTA claim in light of the preliminary injunction being granted (0.9); conference with Scott Powers regarding potential strategy options for the CUVTA claim moving forward (0.5); review the updated draft of the CUVTA discovery (0.2); review the preliminary hearing transcript (0.3). |
| 09/25/23 | R D Lamkin | 2.3 | Draft CUVTA discovery |
| 09/26/23 | D C Dyer | 3.3 | Drafted third-party subpoenas for CUVTA discovery |
| 09/26/23 | M N Gonzales | 1.8 | Review and revise third-party subpoenas; discuss same with team and provide comments and feedback for revisions. |
| 09/26/23 | A D House | 0.2 | Conference with Natalie Gonzalez regarding subpoena targets. |
| 09/26/23 | R D Lamkin | 3.3 | Complete and serve CUVTA discovery; review and analyze CUVTA PI transcript; revise discovery based on same |
| 09/27/23 | D C Dyer | 2.9 | Drafted third-party subpoenas for CUVTA discovery |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: October 31, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/27/23 | M N Gonzales | 0.8 | Review subpoena topics and provide comments to D. Dyer; Correspond with team re subpoena topics. |
| 09/27/23 | A D House | 0.2 | Conference with the team regarding Valjakka's decision to cancel the CDN licenses. |
| 09/28/23 | A D House | 0.1 | Review correspondence with the team regarding . |
| 09/29/23 | D C Dyer | 0.7 | Drafted third-party subpoenas for CUVTA discovery |

**Matter Hours** **184.8**

**Matter Fees**

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: October 31, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2023 Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| L J Dreyer | 3.1 | | | | |
| D C Dyer | 27.3 | | | | |
| M N Gonzales | 46.8 | | | | |
| A D House | 35.9 | | | | |
| R D Lamkin | 62.9 | | | | |
| | **176.0** | | | | |

**2023 Non-Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| S L Bigler | 0.7 | | | | |
| C M Markantonis | 2.0 | | | | |
| C D Montalvo | 0.4 | | | | |
| L Soboleva | 5.7 | | | | |
| | **8.8** | | | | |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: October 31, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

**For Expenses Incurred :**

Vendor: American Express Co. Invoice#: 6150946809201424 Date: 9/20/2023 - Certified Translation Services - AMERICAN EXPRESS Miscellaneous - Other RACHAEL LAMKIN 9/2/23 Translayte - certified translation of documents in Finnish to English.

Vendor: Raynee H. Mercado, CSR Invoice#: 050038830502 Date: 09/22/2023 - Rush hearing transcript request Valjakka v Netflix 9/21/2023 - Raynee H. Mercado, Csr; Rush 9/21/23 hearing transcript request Valjakka v Netflix

**Total Expenses**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: October 31, 2023
Matter Number:

## REMITTANCE STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Invoice Number:**
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.
(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.
(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: November 28, 2023
Attorney: R D Lamkin

---

For professional services rendered through October 31, 2023

Valjakka v. Netflix

---

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: November 28, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/02/23 | M N Gonzales | 0.3 | Consider CUVTA trial issues and email team re CUVTA issues and trial strategy. |
| 10/02/23 | R D Lamkin | 3.1 | Finalize litigation strategy through trial |
| 10/03/23 | L Soboleva | 0.5 | Reviewed and organized case materials for distribution and files. |
| 10/04/23 | R D Lamkin | 4.3 | Research AiPi, including review and analysis of Valjakka depo tr., IPR depo tr., internet searches, and legal database searches [3.9], discuss same with Elise and Jassiem and BB team [.4] |
| 10/05/23 | R D Lamkin | 3.1 | Research jurisdiction and authority over the litigation funder [1.7]; meet with litigation team for weekly mtg [.5]; factual research of AiPi, the litigation funder [.9] |
| 10/05/23 | L Soboleva | 0.3 | Assisted with amended answer filing preparations (.2); reviewed and organized case materials for distribution and files (.1). |
| 10/06/23 | R D Lamkin | 2.1 | Draft and serve 30b6 deposition notice [1.3]; continue analysis of Rule 19 against AiPi [.9] |
| 10/08/23 | R D Lamkin | 3.2 | Review and analyze pleadings from Valjakkas opposition to summary judgment |
| 10/09/23 | L Soboleva | 0.6 | Finalize and submit second amended answer to third amended complaint. |
| 10/10/23 | R D Lamkin | 4.6 | Prepare for valjakka deposition by drafting deposition questions, reveiwing valjakka deposition, reviewing PI hearing transcript, and reviewing Valjakka's depo transcripts |
| 10/11/23 | R D Lamkin | 12.7 | Prepare to take Mr. Valjakka's deposition, including drafting questions, reviewing the record, and reviewing all documents produced today by Valjakka for his deposition |
| 10/12/23 | R D Lamkin | 6.3 | Continue review of documents produced by Valjakka; revise questions for his deposition based on same [2.1] take Mr. Valjakka's deposition [4.2] |
| 10/13/23 | M N Gonzales | 1.8 | Review correspondence; Discuss update with R. Lamkin; Research ; research . |
| 10/13/23 | R D Lamkin | 8.4 | Complete review and analysis of Valjakka deposition [3.4] complete draft of analysis of deposition [2.9]; begin drafting letter to opposing counsel regarding same [1.9] |
| 10/15/23 | A D House | 0.4 | Review summary of Valjakka's most recent deposition. |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: November 28, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/16/23 | M N Gonzales | 0.5 | Follow-up research re AiPi theory. |
| 10/16/23 | R D Lamkin | 2.1 | Begin drafting FRCP 19 motion to join AiPi |
| 10/18/23 | R D Lamkin | 4.7 | Conduct research into other forms of liability for AiPi [3.2]; continue drafting Rule 19 motion [1.5] |
| 10/20/23 | R D Lamkin | 4.3 | Continue research review and analysis of multiple ways to obtain joinder and jurisdiction over AiPi, including CUVTA and rule 19 |
| 10/23/23 | R D Lamkin | 3.9 | Continue drafting motion to join AiPi |
| 10/24/23 | A D House | 0.9 | Revise the draft motion to join AiPi as a party. |
| 10/24/23 | R D Lamkin | 6.2 | Complete first draft of motion to join AiPi |
| 10/26/23 | R D Lamkin | 3.2 | Continue drafting motion to join AiPi [2.7]; meet with Asa and Perkins for weekly mtg [.5] |
| 10/27/23 | M N Gonzales | 2.1 | Review and revise motion to join AiPi and provide feedback to internal team; Team call to discuss motions; Review deposition transcript and important emails. |
| 10/27/23 | A D House | 0.6 | Attend conference call with Rachael Lamkin and Natalie Gonzalez to discuss strategy for motions relating to the CUVTA claim and preliminary injunction order. |
| 10/27/23 | L Soboleva | 0.2 | Reviewed and organized case materials for calendar and files. |
| 10/28/23 | M N Gonzales | 1.6 | Research regarding standard for motion for continuance and motion to reopen discovery. |
| 10/29/23 | M N Gonzales | 3.5 | Draft motion for leave to amend scheduling order to reopen discovery and continue trial; research re proper standards. |
| 10/30/23 | M N Gonzales | 8.8 | Continue drafting motion to reopen discovery and continue trial; Review motion to join AiPi. |
| 10/30/23 | R D Lamkin | 5.9 | Complete first draft of motion to join AiPi; complete all legal and factual analysis and research for same [5.9] |
| 10/30/23 | R D Lamkin | 1.8 | Review and analyze Valjakka's answer to Netflix's counterclaims; review pleading requirements under Rule 8 for same; begin review of law for strategic response to same [1.8] |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: November 28, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/30/23 | L Soboleva | 0.5 | Reviewed and organized case materials for distribution and files. |
| 10/31/23 | M N Gonzales | 4.1 | Finish draft of motion to continue trial and reopen discovery; Review and revise same; Review email correspondence re AiPi joinder. |
| 10/31/23 | A D House | 5.4 | Review draft of the motion to join AiPi as a party, conduct legal research regarding liability of the initial transferee under CUVTA and the Bankruptcy Code, and conference with Rachael Lamkin regarding the same (2.3); review Valjakka's deposition transcript and begin drafting motion for an order to show cause (3.1). |
| 10/31/23 | R D Lamkin | 5.0 | Revise motion to join AiPi and send to the client [3.9]; draft correspondence to Valjakka regarding deficiencies in his answer to Netflix's counterclaims [2.1] |
| 10/31/23 | L Soboleva | 1.3 | Reviewed and organized case materials for distribution and files. |

**Matter Hours** **118.3**

**Matter Fees**

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: November 28, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2023 Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| M N Gonzales | 22.7 | | | | |
| A D House | 7.3 | | | | |
| R D Lamkin | 84.9 | | | | |
| | **114.9** | | | | |

**2023 Non-Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| L Soboleva | 3.4 | | | | |
| | **3.4** | | | | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: November 28, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

**For Expenses Incurred :**

Vendor: Transperfect Translations Invoice#: 2902789 Date: 08/31/2023 - 2902789 - Transperfect Translations; Finnish translation of legal document to English

Vendor: Transperfect Translations Invoice#: 2931325 Date: 10/17/2023 - 2931325 - Transperfect Translations; Translation of document from Finnish to English

**Total Expenses**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**
November 28, 2023

---

## REMINDER STATEMENT

| | |
|---|---|
| **Matter Number:** | |
| **Client:** | Netflix, Inc. |
| **Matter:** | Valjakka v. Netflix |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

---

**OUTSTANDING INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Total Balance |
|---|---|---|---|---|
| 10/31/23 | | | | |
| | | | **Total** | |

**PLEASE NOTE: ALL FIGURES ARE NOT INCLUSIVE OF VAT.**

**BAKER BOTTS** L.L.P.

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: November 28, 2023
Matter Number:

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | |
| **Client:** | Netflix, Inc. |
| **Matter:** | Valjakka v. Netflix |
| **Invoice Number:** | |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.

(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.

(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin, Brussels, Dallas, Dubai, Houston, London, New York, Palo Alto, Riyadh, **San Francisco**, Singapore, Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: December 14, 2023
Attorney: R D Lamkin

---

For professional services rendered through November 30, 2023

Valjakka v. Netflix

---

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: December 14, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/01/23 | A D House | 3.3 | Continue to conduct legal research, review filings, and draft motion for an order to show cause, and finalize to send to Rachael Lamkin for her review. |
| 11/01/23 | L Soboleva | 0.6 | Reviewed and organized case materials for distribution and files. |
| 11/02/23 | M N Gonzales | 2.8 | Review motion for order to show cause; Review motion to join AiPi; Draft administrative motion for CMC; Correspondence re third-party discovery. |
| 11/02/23 | R D Lamkin | 5.7 | Draft motion for an order to show cause; review and analyze Valjakka deposition transcript and Valjakka email production for same |
| 11/03/23 | M N Gonzales | 1.5 | Draft and finalize motion for CMC. |
| 11/03/23 | R D Lamkin | 3.4 | Revise motion for order to show cause based on client comments and suggestions |
| 11/05/23 | R D Lamkin | 9.1 | Work with client (LC) to revise the motion for an order to show cause and the motion to join AiPi [7.8]; draft declarations and exhibits ISO same [1.3] |
| 11/06/23 | M N Gonzales | 0.7 | Internal team call to discuss tasks [.5]; review email correspondence with team and opposing [.2]. |
| 11/06/23 | A D House | 2.0 | Participate in conference call with Natalie and Rachael to discuss discovery-related priorities and preparing the case for trial (0.5); review final filed versions of the motions and exhibits filed today (1.5). |
| 11/06/23 | R D Lamkin | 8.6 | Revise, edit, and file motions to join AiPi and motion for order to show cause [5.9]; draft admin motion for CMC [2.1]; meet with Natalie and Ariel about CUVTA discovery [.6] |
| 11/06/23 | L Soboleva | 4.5 | Assist R. Lamkin with motion for an order to show cause and motion to join AiPi preparation and submission. |
| 11/07/23 | M N Gonzales | 0.6 | Review email correspondence [.1]; Review Valjakka deposition transcript [.5]. |
| 11/07/23 | A D House | 3.4 | Begin conducting legal research on the motion to strike the answer (0.9); conference with the team regarding deferring that motion pending the court's ruling on our request for a CMC (0.2); review correspondence with Valjakka's counsel regarding motions that Netflix may file (0.3); review Valjakka's CUVTA-related document production in preparation to draft meet and confer letter (1.8). |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: December 14, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/07/23 | R D Lamkin | 0.8 | Revise request for a CMC [2.6]; revise same based on client comments [1.1]; call Regus and coordinate associate visit to Regus to see if Kalra has an office there [.4]; engage in meet and confer with opposing counsel [.7] |
| 11/07/23 | B L Potter | 0.6 | Review notice of withdrawal motion/application for admission of attorney pro hac vice by Lauri Valjakka and look into place of business to determine if attorney has an actual office in California. |
| 11/08/23 | M N Gonzales | 0.7 | Attend team call to discuss strategy [.3]; Consider discovery targets in light of Valjakka testimony [.4]. |
| 11/08/23 | A D House | 4.3 | Participate in conference call to discuss strategy for proceeding in light of the Valjakka/AiPi disputes (0.5); continue to review Valjakka's interrogatory responses and document productions, and draft letter to Valjakka and AiPi regarding Valjakka's CUVTA-related discovery deficiencies (3.8). |
| 11/08/23 | R D Lamkin | 1.4 | Engage in meet and confer with opposing counsel [.8]; lead litigation team strategy mtg [.6] |
| 11/09/23 | A D House | 1.0 | Review court's order setting upcoming CMC (0.1); review Valjakka's response and supporting documents in opposition to the motion for an order to show cause (0.9). |
| 11/09/23 | R D Lamkin | 4.6 | Review and analyze Valjakka non-opposition to AiPi joinder and accompanying declaration [1.3]; discuss same with client and co-counsel [.9]; review and analyze opposition to motion for an order to show cause and accompanying exhibits [1.4]; discuss same with client and co-counsel [1.1] |
| 11/09/23 | L Soboleva | 0.2 | Reviewed and organized case materials for distribution and files. |
| 11/13/23 | R D Lamkin | 4.6 | Draft CMC; review case filings for same; discuss same with Sarah P. [2.7]; review and analyze Valjakka's "response" to motion for order to show cause to evaluate potential reply; discuss same with co-counsel [1.9] |
| 11/14/23 | R D Lamkin | 3.8 | Draft and then revise our reply ISO motion for an order to show cause; review and analyze Valjakka's opposition to same for same [2.6]; engage in meet and confer with Joe Zito [.6]; discuss same with client [.6] |
| 11/16/23 | R D Lamkin | 3.1 | Meet with litigation team about CMC [.6]; review Ramey edits to joint CMC statement [.9]; begin review and analyze of Valjakka's CUVTA email production [1.6] |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: December 14, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/17/23 | M N Gonzales | 0.6 | Review discovery and email correspondence [.4]; Consider next steps on discovery issues [.2]. |
| 11/20/23 | M N Gonzales | 0.6 | Review email correspondence and consider next steps for CMC [.3]; Call with R. Lamkin to discuss next steps and CMC strategy [.3]. |
| 11/20/23 | R D Lamkin | 1.9 | Continue working with Bill Ramey, Netflix, and AiPi on the joint CMC statement [2.9] |
| 11/20/23 | L Soboleva | 0.5 | Download and organize CUVTA documents produced by plaintiff. |
| 11/21/23 | M N Gonzales | 0.8 | Attend call with Netflix team to discuss CMC strategy [.3]; Review email correspondence and CMC statement [.5]. |
| 11/21/23 | A D House | 2.4 | Review Valjakka's November 16th CUVTA document production. |
| 11/21/23 | R D Lamkin | 7.0 | Participate in summary judgment and CMC mock [1.8]; work with Ramey and AiPi to draft joint CMC statement [2.6]; review Valjakka amended disclosures [.9]; continue review and analysis of Valjakka email prodiction [1.7] |
| 11/24/23 | R D Lamkin | 3.2 | Review and analyze AiPi opposition to joinder and all declarations |
| 11/26/23 | A D House | 2.2 | Review AiPi's opposition papers, and revise and edit the current draft of the reply in support of the motion to join AiPi as a party. |
| 11/26/23 | R D Lamkin | 7.3 | Draft reply ISO motion to join AiPi. |
| 11/27/23 | A D House | 1.5 | Conduct legal research regarding cases in which a court found personal jurisdiction over an out of state law firm based on their participation in litigation in that state (1.5). |
| 11/27/23 | R D Lamkin | 1.9 | Review and analyze Judge Connolly's Mavexar order for guidance on this case and the AiPi parallels to our matter; |
| 11/27/23 | R D Lamkin | 5.1 | Revise reply ISO motion to join AiPi [2.1]; participate in summary judgment mock [2.0]; prepare for CMC [1.0] |
| 11/28/23 | M N Gonzales | 0.4 | Review draft reply brief. |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: December 14, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/28/23 | A D House | 2.7 | Conduct legal research on unauthorized practice of law, and revise and edit the current draft of the reply to send to Rachael Lamkin for her review (2.4); review AiPi's opposition papers to confirm existence of missing exhibits and conference with Rachael Lamkin regarding the same (0.3). |
| 11/28/23 | R D Lamkin | 5.8 | Prepare for CMC by reviewing all relevant motions and exhibits to same [4.7]; attend CMC [1.1] |
| 11/29/23 | L Soboleva | 0.2 | Reviewed and organized case materials for distribution and files. |
| 11/30/23 | R D Lamkin | 2.6 | Review and analyze summary judgment slides [1.3]; attend summary judgment hearing and post-hearing analysis [1.3] |
| 11/30/23 | L Soboleva | 0.2 | Reviewed and organized case materials for distribution and files. |

**Matter Hours** **118.2**

**Matter Fees**

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: December 14, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2023 Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| M N Gonzales | 8.7 | | | | |
| A D House | 22.8 | | | | |
| R D Lamkin | 79.9 | | | | |
| B L Potter | 0.6 | | | | |
| | **112.0** | | | | |

**2023 Non-Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| L Soboleva | 6.2 | | | | |
| | **6.2** | | | | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: December 14, 2023
Matter:

Netflix, Inc.
Valjakka v. Netflix

**For Expenses Incurred :**

Vendor: First Legal Network, LLC Invoice#: 20297040 Date: 11/08/2023 - 20297040 - First Legal Network, LLC; Service of motions

Vendor: First Legal Network, LLC Invoice#: 20297041 Date: 11/08/2023 - 20297041 - First Legal Network, LLC; Service of motions

**Total Expenses**

BAKER BOTTS L.L.P.

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**
December 14, 2023

---

## REMINDER STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

---

**OUTSTANDING INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Total Balance |
|---|---|---|---|---|
| 11/28/23 | | | | |
| | | | Total | |

**PLEASE NOTE: ALL FIGURES ARE NOT INCLUSIVE OF VAT.**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: December 14, 2023
Matter Number:

## REMITTANCE STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Invoice Number:**
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.
(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.
(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: January 23, 2024
Attorney: R D Lamkin

---

For professional services rendered through December 31, 2023

Valjakka v. Netflix

---

| | |
|---|---|
| Total Current Fees | |
| **Total Current Due** | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: January 23, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/01/23 | R D Lamkin | 5.3 | Complete and file reply iso joinder, declaration, and all exhibits thereto. |
| 12/04/23 | L Soboleva | 0.2 | Reviewed and organized case materials for distribution and files. |
| 12/11/23 | L Soboleva | 0.1 | Reviewed and organized case materials for distribution and files. |
| 12/12/23 | R D Lamkin | 2.3 | Review and analyze Valjakka motion to disqualify Whitestone and declarations attached thereto. |
| 12/12/23 | L Soboleva | 0.2 | Reviewed and organized case materials for distribution and files. |
| 12/14/23 | R D Lamkin | 2.4 | Review and analyze Ice Rover pleadings given their relevance to NDCA jurisidiction over AiPi; review rules for filing in NDCA . |
| 12/18/23 | R D Lamkin | 5.2 | Complete review and analysis of all recent pleadings in the various AiPi/Ramey cases for evidence relevant to jurisdiction over AiPi (3.6); draft administrative motion to file new evidence with court (1.6) |
| 12/27/23 | R D Lamkin | 2.1 | Review and analyze motion to DQ Whitestone and response to same and declarations ISO same. |
| 12/27/23 | L Soboleva | 0.1 | Reviewed and organized case materials for distribution and files. |

**Matter Hours** **17.9**

**Matter Fees**

**BAKER BOTTS** L.L.P

Invoice No:
Invoice Date: January 23, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2023 Lawyer Summary**

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| R D Lamkin | 17.3 | | | | |
| | **17.3** | | | | |

**2023 Non-Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| L Soboleva | 0.6 | | | | |
| | **0.6** | | | | |

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**
January 23, 2024

---

## REMINDER STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

---

**OUTSTANDING INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Total Balance |
|---|---|---|---|---|
| 12/14/23 | | | | |
| | | | **Total** | |

**PLEASE NOTE: ALL FIGURES ARE NOT INCLUSIVE OF VAT.**

**BAKER BOTTS** L.L.P.

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: January 23, 2024
Matter Number:

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | |
| **Client:** | Netflix, Inc. |
| **Matter:** | Valjakka v. Netflix |
| **Invoice Number:** | |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

| | |
|---|---|
| **Total Fees** | |
| **Total Expenses** | |
| **Total Invoice Amount** | |

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.

(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.

(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: February 27, 2024
Attorney: R D Lamkin

For professional services rendered through January 31, 2024

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: February 27, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/03/24 | R D Lamkin | 4.1 | Review and analyze pleadings from the several other cases containing Ramey and Zito filings for the AiPi Jx motions [2.4]; draft notice of supplemental evidence and review exhibits therefore, and draft declaration therefore [1.7] |
| 01/03/24 | L Soboleva | 1.9 | Reviewed and organized case materials for distribution and files; finalized and submitted supplemental evidence notice. |
| 01/04/24 | R D Lamkin | 3.1 | Continue research, review, and analysis of filings in other cases relevant to AiPi Jx [2.3]; lead litigation meeting with Netflix regarding same [.8] |
| 01/08/24 | A D House | 0.7 | Review the court's order granting Netflix's motion for summary judgment, and briefly conference with the team regarding the same (0.3); conference with Rachael Lamkin and Natalie Gonzalez regarding next steps pertaining to AiPi, needed discovery, and potential mediation (0.4). |
| 01/11/24 | L Soboleva | 0.1 | Reviewed and organized case materials for distribution and files. |
| 01/15/24 | R D Lamkin | 3.6 | Begin drafting Rule 45 discovery to AiPi; initial transferee law for same [3.6] |
| 01/16/24 | A D House | 0.2 | Review Valjakka's counsel's motion to withdraw and supporting papers. |
| 01/16/24 | R D Lamkin | 4.8 | Complete draft discovery to AiPi, FRPs, RFAs, interrogatories and 30b6 topics. |
| 01/18/24 | A D House | 0.9 | Review and revise draft subpoena to AiPi and document requests. |
| 01/18/24 | R D Lamkin | 2.6 | Edit opposition to Ramey withdrawal; review and analyze various relevant declarations from prior pleadings for same [2.6] |
| 01/24/24 | L Soboleva | 0.7 | Finalize and submit certificate of service. |
| 01/30/24 | A D House | 0.2 | Review Netflix's response to Ramey's motion to withdraw. |
| 01/30/24 | R D Lamkin | 3.2 | Review and analyze Rule 45 caselaw to develop strategy in case AiPi refuses to cooperate in discovery |
| 01/31/24 | R D Lamkin | 1.6 | Meet with PC and LD about AIPi discovery; draft outline of discovery plan for associates |

**Matter Hours** **27.7**

**Matter Fees**

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: February 27, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

### 2024 Lawyer Summary

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| A D House | 2.0 | | | | |
| R D Lamkin | 23.0 | | | | |
| | **25.0** | | | | |

### 2024 Non-Lawyer Summary

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| L Soboleva | 2.7 | | | | |
| | **2.7** | | | | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: February 27, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

**For Expenses Incurred :**

Vendor: Discovery Court Reporters & Invoice#: 203107 Date: 11/01/2023 - 203107 - Discovery Court Reporters &; Lauri Valjakka 30(b)(6) deposition - video

Vendor: Business Card Invoice#: 22042513 Date: 01/18/2024 - Bank of America charges to Mastercard - Business Card; 11. 2024.01.10 State Bar of California - Payment Portal Certificate of Good Standing 41

Vendor: First Legal Network, LLC Invoice#: 20306088 Date: 01/23/2024 - 20306088 - First Legal Network, LLC; Service of process of subpoena to AiPi LLC - 1850 Towers Crescent Plaza, Tysons, VA

Vendor: First Legal Network, LLC Invoice#: 20306822 Date: 01/31/2024 - 20306822 - First Legal Network, LLC; Service of subpoena to testify at deposition. C/m

**Total Expenses**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**
February 27, 2024

---

## REMINDER STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

---

**OUTSTANDING INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Total Balance |
|---|---|---|---|---|
| 12/14/23 | | | | |
| | | | **Total** | |

**PLEASE NOTE: ALL FIGURES ARE NOT INCLUSIVE OF VAT.**

**BAKER BOTTS L.L.P.**

Austin, Brussels, Dallas, Dubai, Houston, London, New York, Palo Alto, Riyadh, **San Francisco**, Singapore, Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: February 27, 2024
Matter Number:

---

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | |
| **Client:** | Netflix, Inc. |
| **Matter:** | Valjakka v. Netflix |
| **Invoice Number:** | |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

---

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

---

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.
(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.
(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: March 28, 2024
Attorney: R D Lamkin

For professional services rendered through February 29, 2024

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

**BAKER BOTTS** LLP

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: March 28, 2024
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/01/24 | A T George | 0.6 | Review motion to quash; call and correspondence with R. Lamkin. |
| 02/01/24 | A D House | 0.3 | Review correspondence and conference with the team regarding issues pertaining to AiPi's motion to quash. |
| 02/01/24 | C R Knapp | 1.9 | Review motion to quash and strategize regarding opposition. |
| 02/01/24 | P Sadat | 1.1 | Prepare, organize, and index pro hace vice and other pleading materials; contact BB Netflix team regarding same. |
| 02/01/24 | A P Stevens | 1.6 | Research Rule 45 question regarding non-party subpoenas and provide summary internally. |
| 02/02/24 | A D House | 0.2 | Review correspondence with the team regarding issues pertaining to AiPi's motion to quash |
| 02/02/24 | C R Knapp | 1.1 | Research issue of service in miscellaneous action; strategize regarding opposition to motion to quash. |
| 02/02/24 | R D Lamkin | 3.7 | Continue review and analysis of facts in AiPi EDVA motion; continue review and analysis of docket to out line response to same; [2.4]; draft outline response for associate drafting opp [1.3] |
| 02/02/24 | Y V Makarova | 0.2 | Per request of A. George, searched EDVA docket and signed up the team for the case updates and filings notices from Pacer Pro. |
| 02/02/24 | P Sadat | 1.2 | Prepare, organize, and index pro hace vice and other pleading materials; contact BB Netflix team regarding same. |
| 02/02/24 | A P Stevens | 1.0 | Review prior filings and case history for internal discussion. |
| 02/05/24 | A D House | 4.9 | Review AiPi's motion to quash, and supporting evidence, and attend team meeting to discuss opposition to motion to quash (1.0); begin to review documents, conduct research, and draft opposition to the motion to quash (3.9). |
| 02/05/24 | C R Knapp | 0.6 | Strategize regarding response to motion to quash. |
| 02/05/24 | P Sadat | 0.2 | Prepare, organize, and index pro hace vice and other pleading materials; contact BB Netflix team regarding same. |
| 02/07/24 | A D House | 3.5 | Continue to review pleadings and draft opposition to AiPi's motion to quash the subpoena. |
| 02/07/24 | C R Knapp | 0.4 | Review draft opposition to motion to quash. |

BAKER BOTTS LLP

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: March 28, 2024
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/07/24 | R D Lamkin | 4.2 | Revise, edit, and complete initial draft of opposition to motion to quash and exhibits thereto |
| 02/07/24 | P Sadat | 0.2 | Prepare, organize, and index pro hace vice and other pleading materials; contact BB Netflix team regarding same. |
| 02/08/24 | A D House | 0.8 | Review Rachael Lamkin's revised draft of the motion to quash, and conference with her regarding the same. |
| 02/08/24 | C R Knapp | 1.3 | Review and estimation to motion to quash; plan and prepare for filing the same. |
| 02/08/24 | R D Lamkin | 5.2 | Revise and complete first draft of opposition to motion to quash (EDVA) |
| 02/08/24 | P Sadat | 0.4 | Prepare, organize, and index pro hace vice and other pleading materials; contact BB Netflix team regarding same. |
| 02/13/24 | R D Lamkin | 3.1 | Revise and finalize opposition to motion to quash based on edits from Asa and Perkins; draft declaration and compile exhibits therefore. |
| 02/13/24 | Y V Makarova | 2.0 | Per request of S. Pouria, began full legal cite-check and records check of exhibits in preparation for filing of the Opposition to AiPi's Motion to Quash. |
| 02/13/24 | P Sadat | 0.6 | Prepare, organize, and index pro hace vice and other pleading materials; contact BB Netflix team regarding same. |
| 02/14/24 | A D House | 0.3 | Briefly review the final, filed version of the opposition to AiPi's motion to quash. |
| 02/14/24 | C R Knapp | 1.4 | Review and revise draft opposition to motion to quash; prepare the same for filing. |
| 02/14/24 | R D Lamkin | 3.2 | Review EDVA motions and DQ motions in anticipation of tomorrow's DQ hearing [3.2] |
| 02/14/24 | R D Lamkin | 1.2 | Supervise filing of opposition to motion to quash |
| 02/14/24 | Y V Makarova | 2.1 | Per request of S. Pouria, completed full cite-check and records check of exhibits in preparation for filing of the Opposition to AiPi's Motion to Quash. |
| 02/14/24 | P Sadat | 1.6 | Prepare, organize, and index pro hace vice, opposition to motion to quash, and other pleading materials; contact BB Netflix team regarding same. |

BAKER BOTTS LLP

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: March 28, 2024
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/15/24 | C R Knapp | 1.0 | Attend N.D. Cal. hearing regarding disqualification of AiPi counsel; strategize regarding the same and effect on EDVA motion to quash. |
| 02/15/24 | R D Lamkin | 1.4 | Participate in client mtg [.5]; participate in DQ hearing [.6]; participate in post hearing strategy session [.3] |
| 02/15/24 | P Sadat | 0.3 | Prepare, organize, and index pro hace vice, opposition to motion to quash, and other pleading materials; contact BB Netflix team regarding same. |
| 02/15/24 | L Soboleva | 0.4 | Drafted notice of withdrawal for K. Dhadialla. |
| 02/20/24 | C R Knapp | 1.7 | Review reply brief in support of motion to quash; strategize and research arguments in support of response thereto. |
| 02/20/24 | R D Lamkin | 2.1 | Review and analyze AiPi's reply ISO motion to quash and exhibits attached thereto |
| 02/21/24 | A D House | 2.2 | Prepare for team meeting to discuss prep for the motion to quash hearing by reviewing AiPi's reply and conducting research regarding authorities cited by AiPi (0.7); attend team meeting to discuss hearing prep (0.8); review documents and draft chronology of key events for use as a demonstrative at the hearing (0.7). |
| 02/21/24 | C R Knapp | 1.1 | Strategize regarding oral argument on motion to quash. |
| 02/21/24 | R D Lamkin | 4.3 | Continue preparing for the motion to quash hearing, including reviewing all relevant pleadings and engaging in mock hearing with internal team |
| 02/22/24 | A T George | 1.6 | Prepare chronology and materials for hearing; calls and correspondence with team. |
| 02/22/24 | A D House | 0.4 | Review revised chronology for the hearing on the motion to quash, and conference with the team regarding the same. |
| 02/22/24 | C R Knapp | 0.2 | Review and edit timeline in preparation for hearing on motion to quash. |
| 02/22/24 | R D Lamkin | 3.7 | Complete preparation for hearing, including review and analysis of cases cited in AiPi's motions and final review of the docket |
| 02/22/24 | P Sadat | 0.3 | Prepare, organize, and index pro hace vice, opposition to motion to quash, and other pleading materials; contact BB Netflix team regarding same. |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: March 28, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/23/24 | A T George | 1.0 | Attend court hearing. |
| 02/23/24 | A D House | 0.2 | Review correspondence from the team regarding the result of and strategy for next steps following the hearing on AiPi's motion to quash. |
| 02/23/24 | R D Lamkin | 1.7 | Argue AIPi motion to quash |
| 02/26/24 | R D Lamkin | 2.8 | Draft administrative motion to serve rule 45 discovery, declarations and exhibits thereto, supervise filing of same |
| 02/26/24 | L Soboleva | 2.5 | Finalized and submitted administrative motion for Rule 45 Discovery. |
| 02/29/24 | R D Lamkin | 3.6 | Complete review of 2 hearing transcripts in preparation for today's hearing [1.9]; meet with Sarah Piepmeier about hearing [.5]; review AIPi motion to withdraw [.7]; meet with Netflix about today's hearing [.5] |
| 02/29/24 | L Soboleva | 0.2 | Reviewed and organized case materials for distribution and files. |

**Matter Hours** **82.8**

**Matter Fees**

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: March 28, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2024 Lawyer Summary**

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| A T George | 3.2 | | | | |
| A D House | 12.8 | | | | |
| C R Knapp | 10.7 | | | | |
| R D Lamkin | 40.2 | | | | |
| A P Stevens | 2.6 | | | | |
| | **69.5** | | | | |

**2024 Non-Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| Y V Makarova | 4.3 | | | | |
| P Sadat | 5.9 | | | | |
| L Soboleva | 3.1 | | | | |
| | **13.3** | | | | |

**BAKER BOTTS** LLP

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: March 28, 2024
Matter:

**For Expenses Incurred :**

Vendor: American Express Co. Invoice#: 6460128902121155 Date: 2/12/2024 - Feb. 2, 2024 Netflix Filing fee - Filing CAILYN KNAPP February 2, 2024 Motion to appear Pro hac Vice by R. Lamkin and Certificate of Local Counsel Cailyn Relly Knapp. Filing fee.

Vendor: American Express Co. Invoice#: 6472845202161949 Date: 2/16/2024 - Hearing in VA for Netflix - AMERICAN EXPRESS Airfare RACHAEL LAMKIN 2/6/24 Flight to DC to attend hearing in Virginia,- AIPI v Netflix.

Vendor: American Express Co. Invoice#: 6504188403041411 Date: 3/4/2024 - Travel to VA for hearing - AMERICAN EXPRESS Taxi / Car Service RACHAEL LAMKIN 2/22/04 King Cab - hearing in VA

Vendor: American Express Co. Invoice#: 6504188403041411 Date: 3/4/2024 - Travel to VA for hearing - AMERICAN EXPRESS Taxi / Car Service RACHAEL LAMKIN 2/23/04 Uber - hearing in VA

Vendor: American Express Co. Invoice#: 6504188403041411 Date: 3/4/2024 - Travel to VA for hearing - AMERICAN EXPRESS Taxi / Car Service RACHAEL LAMKIN 2/23/04 Uber - hearing in VA

Vendor: American Express Co. Invoice#: 6504188403041411 Date: 3/4/2024 - Travel to VA for hearing - AMERICAN EXPRESS Taxi / Car Service RACHAEL LAMKIN 2/23/04 Fog City Taxi - returning from hearing in VA

Vendor: American Express Co. Invoice#: 6506334603041411 Date: 3/4/2024 - Hearing in VA for Netflix - AMERICAN EXPRESS Hotel - Lodging RACHAEL LAMKIN 2/24/24 Westin hotel - attend hearing in Virginia at USDC - AIPI v Netflix.

Vendor: Stephanie M. Austin Invoice#: 373 Date: 02/26/2024 - AIPI v Netflix 24-mc-2 - Stephanie M. Austin; Expedited transcript order

Vendor: Stephanie M. Austin Invoice#: 373A Date: 02/26/2024 - - Stephanie M. Austin; Transcript fees

**Total Expenses**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**
March 28, 2024

## REMINDER STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

**OUTSTANDING INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Total Balance |
|---|---|---|---|---|
| 12/14/23 | | | | |
| 02/27/24 | | | | |
| | | | **Total** | |

**PLEASE NOTE: ALL FIGURES ARE NOT INCLUSIVE OF VAT.**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: March 28, 2024
Matter Number:

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | |
| **Client:** | Netflix, Inc. |
| **Matter:** | Valjakka v. Netflix |
| **Invoice Number:** | 18004871 |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.

(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.

(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: April 18, 2024
Attorney: R D Lamkin

For professional services rendered through March 31, 2024

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| **Total Current Due** | |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: April 18, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/12/24 | R D Lamkin | 1.9 | Review and analyze discovery served upon AiPi and revise same |

**Matter Hours** **1.9**

**Matter Fees**

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: April 18, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2024 Lawyer Summary**

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| R D Lamkin | 1.9 | | | | |
| | **1.9** | | | | |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: April 18, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

**For Expenses Incurred :**

Cancellation of: Vendor: Stephanie M. Austin Invoice#: 373A Date: 02/26/2024 - - Stephanie M. Austin; Transcript fees

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**
April 18, 2024

---

## REMINDER STATEMENT

| | |
|---|---|
| **Matter Number:** | |
| **Client:** | Netflix, Inc. |
| **Matter:** | Valjakka v. Netflix |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

---

**OUTSTANDING INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Total Balance |
|---|---|---|---|---|
| 12/14/23 | | | | |
| 02/27/24 | | | | |
| 03/28/24 | | | | |
| | | | **Total** | |

**PLEASE NOTE: ALL FIGURES ARE NOT INCLUSIVE OF VAT.**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: April 18, 2024
Matter Number:

---

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | |
| **Client:** | Netflix, Inc. |
| **Matter:** | Valjakka v. Netflix |
| **Invoice Number:** | |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

---

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.

(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.

(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: June 12, 2024
Attorney: R D Lamkin

For professional services rendered through May 31, 2024

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| **Total Current Due** | |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: June 12, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/26/24 | R D Lamkin | 5.2 | Review and analyze PI motions and Judge Tigar's Order re same [2.7] begin drafting CUVTA SJ motion [2.5] |
| 05/28/24 | R D Lamkin | 4.1 | Meet with Asa and full team regarding CUVTA SJ [.6] continue drafting CUVTA SJ [3.5] |
| 05/29/24 | A D House | 0.3 | Review the court's order denying Netflix's motion for an order to show cause and to join AiPi as a party. |
| 05/29/24 | R D Lamkin | 3.1 | Discuss CUVTA SJ with Perkins, and then again with Asa and full team [1.3] review and analyze Court order on AiPi Joinder [.9] begin review and analysis of joinder and order to show cause pleadings [.9] |
| 05/29/24 | L Soboleva | 0.2 | Reviewed and organized case materials for distribution and files. |
| 05/30/24 | R D Lamkin | 3.5 | Complete review and analysis of joinder and order to show cause pleadings [2.7] discuss CUVTA SJ with OC team and ASA [.8] |

| | |
|---|---|
| **Matter Hours** | **16.4** |
| **Matter Fees** | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: June 12, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2024 Lawyer Summary**

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| A D House | 0.3 | | | | |
| R D Lamkin | 15.9 | | | | |
| | **16.2** | | | | |

**2024 Non-Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| L Soboleva | 0.2 | | | | |
| | **0.2** | | | | |

**BAKER BOTTS L.L.P.**

Austin Brussels Dallas Dubai Houston London
New York Palo Alto Riyadh **San Francisco** Singapore Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: June 12, 2024
Matter Number:

## REMITTANCE STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Invoice Number:**
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.

(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.

(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

| | |
|---|---|
| Invoice Number: | |
| Invoice Date: | July 24, 2024 |
| Attorney: | R D Lamkin |

---

For professional services rendered through June 30, 2024

Valjakka v. Netflix

---

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: July 24, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/05/24 | L Soboleva | 0.1 | Reviewed and organized case materials for distribution and files. |
| 06/09/24 | P Sadat | 0.3 | Prepare, organize, and index notice of court order and other pleading materials; contact BB Netflix team regarding same. |
| 06/10/24 | R D Lamkin | 3.2 | Review previous CUVTA related motions and orders in order to revise amended discovery to AiPI; begin drafting same; draft and file notice of court order. |
| 06/10/24 | P Sadat | 1.9 | Prepare, organize, and index notice of court order and other pleading materials; contact BB Netflix team regarding same. |
| 06/10/24 | L Soboleva | 1.0 | Assisted with notice of court order submission. |
| 06/11/24 | A E Bergeron | 4.2 | Researched alternative service under Rule 45 and whether motion must be filed with issuing court or in the place of compliance; drafted email memorandum regarding the same. |
| 06/11/24 | L Soboleva | 0.1 | Reviewed and organized case materials for distribution and files. |
| 06/12/24 | A E Bergeron | 1.7 | Drafted email memorandum regarding motions for leave for alternative service and pulled example motions from the docket. |
| 06/12/24 | R D Lamkin | 3.1 | Review associate analysis of motion for alternative service; draft recommendation re same to Perkins [1.2]; continue drafting CUVTA discovery; continue review of CUVTA case for same [1.9] |
| 06/13/24 | A E Bergeron | 0.6 | Reviewed briefing on motion to join and related documentation regarding AiPi; coordinated service of Rule 45 subpoena on AiPi. |
| 06/13/24 | R D Lamkin | 3.1 | Complete review and analysis of pleadings relevant to AiPi and CUVTA; complete and reserve discovery; meet with associate getting up to speed on the case |
| 06/14/24 | A E Bergeron | 2.8 | Reviewed transcript of motion to quash hearing in the Eastern District of Virginia; coordinated further attempted service for AiPi; discussed research and service of AiPi with Rachael Lamkin; researched whether prior case in Eastern District of Virginia is adminstratively closed or whether service was otherwise effective on AiPi's attorneys. |
| 06/17/24 | A E Bergeron | 6.0 | Coordinated attempted service of subpoena on AiPi with process server; researched service via ECF in "closed" matter in the Eastern District of Virginia; drafted motion for alternative service for AiPi. |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: July 24, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/18/24 | A E Bergeron | 4.9 | Drafted outline for and motion for alternative service on AiPi; reviewed briefing from Microsoft case involving AiPi principals; discussed today's attempted service on AiPi with FirstLegal. |
| 06/19/24 | A E Bergeron | 2.4 | Drafted motion for alternative service and coordinated additional service attempts with FirstLegal. |
| 06/20/24 | A E Bergeron | 3.9 | Drafted motion for alternative service and coordinated additional service attempts with FirstLegal; discussed punchlist of relevance of AiPi documents for response to potential motion to quash with Rachael Lamkin; reviewed filings to create relevance punchlist for AiPi. |
| 06/20/24 | R D Lamkin | 1.3 | Work with associate on service of AiPi; draft CMC |
| 06/21/24 | A E Bergeron | 1.1 | Reviewed motion to join AiPi and motion to show cause to draft punchlist for relevant discovery from AiPi. |
| 06/25/24 | R D Lamkin | 1.8 | Meet with acquisition team about forum and current status; review adaptics patents |
| 06/25/24 | L Soboleva | 1.5 | Finalized and submitted joint case management statement. |
| 06/27/24 | R D Lamkin | 1.2 | Review and analyze contempt materials filed by Joe Zito |
| 06/27/24 | L Soboleva | 0.2 | Reviewed and organized case materials for distribution and files. |

| | |
|---|---|
| **Matter Hours** | **46.4** |
| **Matter Fees** | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: July 24, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2024 Lawyer Summary**

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| A E Bergeron | 27.6 | | | | |
| R D Lamkin | 13.7 | | | | |
| | **41.3** | | | | |

**2024 Non-Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| P Sadat | 2.2 | | | | |
| L Soboleva | 2.9 | | | | |
| | **5.1** | | | | |

**BAKER BOTTS** L.L.P.

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: July 24, 2024
Matter:

---

**For Expenses Incurred :**

Vendor: First Legal Deposition Invoice#: 61489 Date: 06/30/2024 - - First Legal Deposition; Serving subpoena to testify at a deposition in a civil action, defendant Netflix, Inc.'s Amended Notice of Document and Deposition Subpoena to AiPi, LLC, Urgent Subpoena Service Request.

Vendor: First Legal Deposition Invoice#: 61488 Date: 06/30/2024 - - First Legal Deposition; Attempt at serving subpoena to testify at a deposition in a civil action, defendant Netflix, Inc.'s Amended Notice of Document and Deposition Subpoena to AiPi, LLC.

**Total Expenses**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: July 24, 2024
Matter Number:

## REMITTANCE STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Invoice Number:**
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.

(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.

(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS** L.L.P.

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: August 26, 2024
Attorney: R D Lamkin

For professional services rendered through July 31, 2024

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: August 26, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/01/24 | A E Bergeron | 5.2 | Draft motion to compel compliance with subpoena to AiPi and motion for leave for alternate service. |
| 07/02/24 | A E Bergeron | 6.0 | Draft motion to compel compliance with subpoena to AiPi and motion for leave for alternate service; discuss motion and other outstanding items with R. Lamkin; review draft response to Zito's notice and drafted accompanying declaration re attempted service; discuss response to notice and plan for AiPi discovery with R. Lamkin, S. Piepmeier, and A. Wynn-Grant. |
| 07/02/24 | R D Lamkin | 4.1 | Draft response to Zito notice. |
| 07/03/24 | A E Bergeron | 4.9 | Revise motion to compel compliance with subpoena by AiPi; discuss discovery plan with R. Lamkin and C. Knapp. |
| 07/03/24 | A D House | 0.9 | Revise and edit draft response to Zito's notice re Netflix's counsel. |
| 07/03/24 | C R Knapp | 0.8 | Strategize re motion to compel; review and strategize re reply to contempt filing. |
| 07/03/24 | R D Lamkin | 4.6 | Complete draft of Zito response and declarations for same. |
| 07/08/24 | A D House | 1.0 | Revise and edit draft motion to compel. |
| 07/08/24 | C R Knapp | 0.2 | Plan and prepare for filing motion to compel. |
| 07/09/24 | C R Knapp | 1.9 | Review and revise draft motion to compel and accompanying filings. |
| 07/09/24 | P Sadat | 0.2 | Prepare, organize, and index notice of court order and other pleading materials; contact BB Netflix team regarding same. |
| 07/10/24 | C R Knapp | 1.2 | Plan and prepare for, and attend, conference with opposing counsel re subpoena; strategize re privilege issues relevant to subpoena. |
| 07/10/24 | P Sadat | 0.2 | Prepare, organize, and index notice of court order and other pleading materials; contact BB Netflix team re same. |
| 07/11/24 | A D House | 1.0 | Review background materials pertaining to potential privilege dispute and participate in team call to discuss upcoming briefing. |
| 07/11/24 | C R Knapp | 2.6 | Review filings relevant to AiPi privilege dispute; strategize re the same and AiPi subpoena. |

**BAKER BOTTS** L.L.P

Invoice No:
Invoice Date: August 26, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/12/24 | C R Knapp | 0.3 | Review filings related to EDVA subpoena privilege dispute and strategize re the same. |
| 07/18/24 | A D House | 0.2 | Review correspondence with AiPi's counsel and conference with Rachael Lamkin re strategy to respond to extension request. |
| 07/18/24 | C R Knapp | 0.7 | Prepare for and strategize regarding AiPi subpoena and EDVA motions practice. |
| 07/18/24 | R D Lamkin | 2.7 | Review and analyze the pleadings and delcarations in CTD and Ice Rover wherein Ramey and AiPI accuse the other of being in charge in order to prepare for AiPi motion to quash. |
| 07/19/24 | C R Knapp | 0.4 | Strategize re AiPi motion to quash response. |
| 07/22/24 | R D Lamkin | 5.8 | Review and analyze AiPi motion to quash; draft opposition to same. |
| 07/23/24 | A E Bergeron | 1.2 | Research Fourth Circuit law on privilege for opposition to AiPi's motion to quash; review AiPi's motion to quash and draft response; discuss motion to quash and research on common interest privilege with internal team. |
| 07/23/24 | L J Dreyer | 0.5 | Consider strategy for opposition to motion to quash. |
| 07/23/24 | A D House | 3.9 | Review AiPi's motion to quash and related filings, and attend team call to discuss response; begin to revise and edit the draft opposition, and conduct additional research regarding the same. |
| 07/23/24 | C R Knapp | 0.4 | Review motion to compel and draft opposition thereto; strategize re the same. |
| 07/23/24 | R D Lamkin | 3.6 | Revise draft of opp to AiPi motion to quash; meet with team re same. |
| 07/24/24 | A E Bergeron | 1.7 | Research waiver of objections in the Eastern District of Virginia; research waiver of privilege where the holder of the privilege does not assert the privilege. |
| 07/24/24 | A D House | 5.9 | Revise and edit the draft opposition to AiPi's motion to quash, review related documents, and conduct additional legal research regarding the same; review revised draft sent to the client. |
| 07/24/24 | R D Lamkin | 2.8 | Finalize opp to AiPi MTQ and send to Asa. |

BAKER BOTTS LLP

Invoice No:
Invoice Date: August 26, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/25/24 | A E Bergeron | 3.2 | Research applicability of common interest privilege to communications between Valjakka and AiPi; discuss opposition to motion to quash with internal team. |
| 07/25/24 | L J Dreyer | 1.1 | Analyze and revise opposition to motion to quash; conduct call with client on same. |
| 07/25/24 | A D House | 1.0 | Continue to conference with R. Lamkin and A. Bergeron regarding legal principles applicable to Netflix's opposition to AiPi's motion to quash, and conduct additional legal research re the same. |
| 07/25/24 | C R Knapp | 0.9 | Strategize re opposition to motion to wish and communicate with client and co-counsel re the same. |
| 07/28/24 | R D Lamkin | 2.8 | Complete next draft of Opp to AiPi motion to quash and send to S. Piepmeir. |
| 07/29/24 | A D House | 0.4 | Review correspondence with and additional proposed edits from co-counsel to the draft opposition. |
| 07/30/24 | A E Bergeron | 0.9 | Revised declaration in support of opposition to AiPi's motion to quash and opposition. |
| 07/30/24 | C R Knapp | 0.2 | Plan and prepare for filing opposition to motion to quash. |
| 07/30/24 | R D Lamkin | 2.9 | Revise Opp to MTQ based on S. Pieps edits; send to Asa. |
| 07/31/24 | A D House | 0.4 | Review revised draft of supporting declaration; review correspondence with the team re finalizing and filing the opposition. |
| 07/31/24 | C R Knapp | 0.3 | Review and prepare for filing of opposition to motion to quash. |
| 07/31/24 | R D Lamkin | 1.7 | Complete opp to MTQ; complete R. Lamkin decl and all exhibits. |
| 07/31/24 | P Sadat | 0.7 | Prepare, organize, and index notice of court order and other pleading materials; contact BB Netflix team re same. |
| 07/31/24 | K M Sherman | 3.1 | Revised, updated, cite checked and prepared exhibits in support of opposition to motion to quash; conference with P. Sadat re same. |

**Matter Hours** **84.5**

**Matter Fees**

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: August 26, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2024 Lawyer Summary**

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| A E Bergeron | 23.1 | | | | |
| L J Dreyer | 1.6 | | | | |
| A D House | 14.7 | | | | |
| C R Knapp | 9.9 | | | | |
| R D Lamkin | 31.0 | | | | |
| | **80.3** | | | | |

**2024 Non-Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| P Sadat | 1.1 | | | | |
| K M Sherman | 3.1 | | | | |
| | **4.2** | | **0** | | |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: August 26, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

**For Expenses Incurred :**

Vendor: First Legal Deposition Invoice#: 62026 Date: 07/15/2024 - - First Legal Deposition; Serving subpoena to testify at a deposition in a civil action, defendant Netflix, Inc.'s Amended Notice of Document and Deposition subpoena to AiPi, LLC, Urgent Subpoena Service Request

**Total Expenses**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: August 26, 2024
Matter Number:

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | |
| **Client:** | Netflix, Inc. |
| **Matter:** | Valjakka v. Netflix |
| **Invoice Number:** | |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

| | |
|---|---|
| **Total Fees** | |
| **Total Expenses** | |
| **Total Invoice Amount** | |

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.

(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.

(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: September 29, 2024
Attorney: R D Lamkin

For professional services rendered through August 31, 2024

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: September 29, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/01/24 | A D House | 0.2 | Review correspondence regarding continuing the hearing data, provide notice to Lauri Valjakka; finalize and file the opposition. |
| 08/01/24 | C R Knapp | 1.8 | Review and review opposition to motion to quash; review opposing counsel's consent motion to continue hearing on the same. |
| 08/01/24 | R D Lamkin | 3.9 | Complete and file Opp to MTQ. |
| 08/01/24 | P Sadat | 1.8 | Prepare, organize, and index opposition to motion to quash and other pleading materials; contact BB Netflix team regarding same. |
| 08/01/24 | K M Sherman | 3.5 | Revise, update, cite check and prepare exhibits in support of opposition to motion to quash; communicate with P. Sadat regarding same. |
| 08/02/24 | A D House | 0.6 | Conference with the team regarding strategy to respond to Lauri Valjakka's email on opposition to motion to quash; revise and edit draft notice to the court; review correspondence with the team regarding finalizing and filing the notice. |
| 08/02/24 | C R Knapp | 0.3 | Review and prepare filing of supplemental notice regarding opposition to motion to quash EDVA subpoena. |
| 08/02/24 | R D Lamkin | 2.3 | Draft and file notice of Valjakka invocation or privilege; stategize with PC and BB re: same |
| 08/02/24 | P Sadat | 0.9 | Prepare, organize, and index opposition to motion to quash and other pleading materials; contact BB Netflix team regarding same. |
| 08/07/24 | A D House | 0.9 | Review AiPi's reply brief, conduct brief research regarding the same, and participate in call with Rachael Lamkin to discuss strategy in light of the reply's arguments. |
| 08/07/24 | C R Knapp | 0.8 | Review and analyze reply in support of motion to quash EDVA subpoena. |
| 08/07/24 | R D Lamkin | 3.3 | Review and analyze AiPi's reply ISO MTQ [1.3]; draft summary for Asa [.3]; meet with Baker Botts team regarding same [.4]; conduct legal research re: same [1.3]. |
| 08/08/24 | A E Bergeron | 0.3 | Review AiPi's reply in support of the motion to quash. |
| 08/09/24 | A D House | 0.3 | Conference with the team regarding strategy to file ruling from ND Cal court. |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: September 29, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/09/24 | C R Knapp | 1.2 | Draft filings related to motion for leave to file notice of supplemental authority. |
| 08/09/24 | P Sadat | 1.3 | Prepare, organize, and index motion for leave to file supplemental authority and other pleading materials; contact BB Netflix team regarding same. |
| 08/21/24 | P Sadat | 0.9 | Prepare, organize, and index motion withdraw as cousel and other pleading materials; contact BB Netflix team regarding same. |
| 08/23/24 | P Sadat | 0.6 | Prepare, organize, and index motion withdraw as cousel and other pleading materials; contact BB Netflix team regarding same. |
| 08/25/24 | C R Knapp | 0.2 | Plan and prepare for EDVA hearing. |
| 08/28/24 | L J Dreyer | 0.5 | Consider strategy for hearing preparation on AiPi subpoena. |
| 08/28/24 | C R Knapp | 3.4 | Plan and prepare for EDVA hearing; review and analyze pleadings; research related law; conduct mock argument with internal team. |
| 08/28/24 | R D Lamkin | 2.3 | Meet with BB team for hearing prep; begin review and analysis of all relevant filings; research cases regarding Rule 45 and culpability |
| 08/29/24 | L J Dreyer | 2.9 | Analyze briefing and exhibits to prepare for hearing; review strategy for same. |
| 08/29/24 | C R Knapp | 4.4 | Research case law in preparation for EDVA hearing; prepare for argument. |
| 08/29/24 | R D Lamkin | 3.8 | Conduct final preparations for MTQ hearing; prepare Cailyn for hearing. |
| 08/29/24 | P Sadat | 0.6 | Prepare, organize, and index motion withdraw as cousel and other pleading materials; contact BB Netflix team regarding same. |
| 08/30/24 | L J Dreyer | 5.5 | Consider strategy for hearing; attend hearing and discuss same with client. |
| 08/30/24 | C R Knapp | 5.8 | Plan, prepare, and attend EDVA oral argument; strategize regarding re-issued subpoena to AiPi. |
| 08/31/24 | C R Knapp | 0.4 | Strategize regarding next steps for AiPi subpoena. |
| **Matter Hours** | | **54.7** | |

**Matter Fees**

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: September 29, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2024 Lawyer Summary**

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| A E Bergeron | 0.3 | | | | |
| L J Dreyer | 8.9 | | | | |
| A D House | 2.0 | | | | |
| C R Knapp | 18.3 | | | | |
| R D Lamkin | 15.6 | | | | |
| | **45.1** | | | | |

**2024 Non-Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| P Sadat | 6.1 | | | | |
| K M Sherman | 3.5 | | | | |
| | **9.6** | | | | |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: September 29, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

---

**For Expenses I ncurred :**

Vendor: American Express Co. Invoice#: 6876478809041401 Date: 9/4/2024 - August 30, 2024- Netflix hearing - AMERICAN EXPRESS Parking CAILYN KNAPP August 30, 2024- Attend hearing for the Netflix case.

Vendor: Lamkin, Rachael D. Invoice#: 6888218609062042 Date: 9/6/2024 - CD expenses - CD expenses Taxi / Car Service RACHAEL LAMKIN Travel to hearing (Netflix/Valjakka)

Copies/Blowbacks/Printing-Color (Internal)

**Total Expenses**

**BAKER BOTTS L.L.P.**

Austin, Brussels, Dallas, Dubai, Houston, London, New York, Palo Alto, Riyadh, **San Francisco**, Singapore, Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: September 29, 2024
Matter Number:

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | |
| **Client:** | Netflix, Inc. |
| **Matter:** | Valjakka v. Netflix |
| **Invoice Number:** | |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

TO ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.
(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.
(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

BAKER BOTTS L.L.P.

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

| | |
|---|---|
| Invoice Number: | |
| Invoice Date: | October 31, 2024 |
| Attorney: | R D Lamkin |

For professional services rendered through September 30, 2024

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: October 31, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/03/24 | C R Knapp | 0.3 | Communicate with court reporter regarding transcript spelling (0.2); communicate internally and with co-counsel regarding EDVA court transcript (0.1). |
| 09/04/24 | L J Dreyer | 0.4 | Revise draft motion for extension of time. |
| 09/04/24 | C R Knapp | 1.2 | Review and revise draft notice to N.D. Cal. (0.7); review EDVA hearing transcript (0.4). |
| 09/05/24 | C R Knapp | 0.2 | Discuss N.D. Cal. Motion for Extension with R. Lamkin (0.2). |
| 09/06/24 | C R Knapp | 0.7 | Attend hearing de-brief call with A. Wynn-Grant (0.7). |
| 09/18/24 | C R Knapp | 0.6 | Meet and confer with counsel for AiPi (0.6). |
| 09/19/24 | L Soboleva | 0.1 | Reviewed and organized case filings. |

**Matter Hours** **3.5**

**Matter Fees**

**BAKER BOTTS** L.L.P.

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: October 31, 2024
Matter:

### 2024 Lawyer Summary

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| L J Dreyer | 0.4 | | | | |
| C R Knapp | 3.0 | | | | |
| | **3.4** | | | | |

### 2024 Non-Lawyer Summary

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| L Soboleva | 0.1 | | | | |
| | **0.1** | | | | |

BAKER BOTTS LLP

Invoice No:
Invoice Date: October 31, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

**For Expenses Incurred :**

Vendor: American Express Co. Invoice#: 6993907810252037 Date: 10/25/2024 - CD trip to Chicago - Netflix - AMERICAN EXPRESS Hotel - Lodging RACHAEL LAMKIN Hilton - 1 night hotel stay 8/29 - 8/30

Vendor: American Express Co. Invoice#: 6993907810252037 Date: 10/25/2024 - CD trip to Chicago - Netflix - AMERICAN EXPRESS Hotel - Lodging RACHAEL LAMKIN Taxes/Fees - Hilton - hotel stay 8/29 - 8/30

Vendor: Stephanie M. Austin Invoice#: 502 Date: 09/03/2024 - Invoice: 502 - Stephanie M. Austin; Transcripts.

Vendor: Lamkin, Rachael D. Invoice#: 6948258010111929 Date: 10/11/2024 - Trip to Washington, DC for Depo (Netflix) - Trip to Washington, DC for Depo (Netflix) Airfare RACHAEL LAMKIN Paid for upgrade on UA flight to DC.

**Total Expenses**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**
October 31, 2024

---

## REMINDER STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

---

**OUTSTANDING INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Total Balance |
|---|---|---|---|---|
| 09/29/24 | | | | |
| | | | **Total** | |

**PLEASE NOTE: ALL FIGURES ARE NOT INCLUSIVE OF VAT.**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: October 31, 2024
Matter Number:

## REMITTANCE STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Invoice Number:**
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.

(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.

(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

| | |
|---|---|
| Invoice Number: | |
| Invoice Date: | November 28, 2024 |
| Attorney: | R D Lamkin |

---

For professional services rendered through October 31, 2024

Valjakka v. Netflix

---

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

**BAKER BOTTS** L.L.P.

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: November 28, 2024
Matter:

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 10/02/24 | R D Lamkin | 1.2 | Revise CMC statement |
| 10/04/24 | R D Lamkin | 4.6 | Review and analyze current versions of infringement contentions for case 1 and case 2 |
| 10/08/24 | C R Knapp | 0.4 | Review and distribute motion to quash in preparation for mock argument (0.40). |
| 10/08/24 | P Sadat | 0.4 | Prepare, organize, file, and index pleading, opposition to motion to quash, and other case materials; contact Ms. Knapp regarding same. |
| 10/10/24 | R D Lamkin | 6.3 | Review and analyze AiPi MTQ3; draft opposition to same |
| 10/10/24 | P Sadat | 0.2 | Prepare, organize, file, and index pleading, opposition to motion to quash, and other case materials; contact Ms. Knapp regarding same. |
| 10/11/24 | C R Knapp | 0.2 | Prepare for opposition to motion to quash (0.20). |
| 10/11/24 | R D Lamkin | 7.4 | Review and analyze AiPi MTQ3; draft opposition to same |
| 10/11/24 | J P Mitchell | 0.6 | Assist attorneys with opposition to motion to quash in preparation of filing same October 18, 2024 and discussion with C. Knapp re same. |
| 10/14/24 | A D House | 4.4 | Review AiPi's motion to quash, and revise and edit opposition to AiPi's motion to quash. |
| 10/14/24 | R D Lamkin | 4.3 | Revise opp to MTQ3 |
| 10/15/24 | A D House | 0.3 | Review the client's comments to the draft opposition and correspondence with the client regarding the same. |
| 10/16/24 | C R Knapp | 0.5 | Prepare for filing of opposition to motion to quash and communicate with R. Lamkin and J. Mitchell regarding the same (0.5). |
| 10/16/24 | J P Mitchell | 0.6 | Assist attorneys with opposition to quash subpoena in preparation of filing same October 18, 2024 and discussion with C. Knapp re opposition brief, exhibits in support, attorney declaration, preparation for same. |
| 10/18/24 | C R Knapp | 1.5 | Review opposition, declaration, and exhibits to motion to quash and prepare the same for filing (1.5). |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: November 28, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 10/18/24 | Y V Makarova | 1.8 | Per request of R. Lamkin, worked on proofreading and cite-check for the Opposition to MTQ3 brief in preparation for filing. |
| 10/18/24 | J P Mitchell | 4.0 | Assist attorneys with Netflix's opposition to motion to quash subpoena, review, revise memorandum of law, revise declaration of R. Lamkin, review, organize, finalize exhibits in support, electronically file opposition brief, declaration, exhibits and email to R. Lamkin, C. Knapp confirming same. |
| 10/18/24 | P Sadat | 0.2 | Prepare, organize, file, and index pleading, opposition to motion to quash, and other case materials; contact Ms. Knapp regarding same. |
| 10/19/24 | R D Lamkin | 2.7 | Revise opp to MTQ3 based on Asa's comments |
| 10/21/24 | C R Knapp | 1.6 | Review and analyze motion to quash pleadings in preparation for mock arguments. |
| 10/21/24 | R D Lamkin | 3.2 | Prepare for mock AiPi MTQ3 hearing |
| 10/21/24 | J P Mitchell | 0.4 | Discussion with C. Knapp re AiPi's motion to quash subpoena, October 25, 2024 hearing, preparation for same. |
| 10/22/24 | A E Bergeron | 3.9 | Researched whether transfer to avoid paying a creditor other than Netflix is sufficient under CUVTA. |
| 10/22/24 | L J Dreyer | 2.5 | Analyze motion to quash briefing to prepare for mock argument (1.0); attend mock argument (1.5). |
| 10/22/24 | A D House | 3.1 | Prepare for the mock oral argument by reviewing the relevant filings and draft questions for the parties, attend the mock oral argument, and conference with the team regarding the same to provide feedback. |
| 10/22/24 | C R Knapp | 7.0 | Analyze opposing counsel’s arguments, study subpoenas and transcripts, and previous filings in preparation for mock argument (3.9); attend mock argument (1.5); research Judge Fitzpatrick arguments on financial crimes and public corruption (1.6). |
| 10/22/24 | R D Lamkin | 2.3 | Participate in mock for AiPi MTQ3 hearing; prepare for same |

BAKER BOTTS LLP

Invoice No:
Invoice Date: November 28, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/22/24 | J P Mitchell | 3.0 | Review Judge Fitzpatrick's EDVA local rules re motions, hearings; review, organize, prepare electronic copies of documents, materials in preparation of October 25, 2024 hearing on AiPi's motion to quash subpoena, email to C. Knapp enclosing same for review and discussion with C. Knapp re AiPi's reply in support, binders of materials, October 25, 2024 hearing. |
| 10/23/24 | A E Bergeron | 1.4 | Researched whether transfer to avoid paying a creditor other than Netflix is sufficient under CUVTA and sent email to Rachael Lamkin regarding research results. |
| 10/23/24 | J P Mitchell | 2.3 | Assist attorneys with October 25, 2024 conference on AiPi's motion to quash subpoena, preparation for same, review, organize documents, materials, prepare index of same, prepare binders for attorney review and email to C. Knapp re same. |
| 10/24/24 | A E Bergeron | 3.7 | Research use of third party subpoenas to determine whether a party can be joined to an action. |
| 10/24/24 | L J Dreyer | 0.5 | Analyze reply brief to prepare for hearing. |
| 10/24/24 | A D House | 1.0 | Review AiPi's reply in support of its motion to quash, and conference with the team regarding filing additional materials in advance of the hearing, and analysis regarding strongest and weakest arguments for each side. |
| 10/24/24 | C R Knapp | 3.8 | Prepare for hearing on AiPi Motion to Quash and research issues in support of the same (3.8). |
| 10/24/24 | R D Lamkin | 6.1 | Finalize and supervise filing of opp to MTQ3 [1.3]; prepare for hearing on AiPi MTQ3 [2.1]; review and analyze AiPi reply ISO MTQ3 [2.7] |
| 10/24/24 | J P Mitchell | 3.8 | Review AiPi's reply in support of motion to quash subpoena; assist attorneys with October 25, 2024 hearing, preparation for same, organize documents, materials for same and discussion with C. Knapp re same; review, revise Netflix's motion for leave to file supplemental information, memorandum in support, review, finalize exhibits, electronically file motion for leave and email to R. Lamkin, C. Knapp confirming same. |
| 10/25/24 | L J Dreyer | 3.0 | Attend hearing on motion to quash (2.0); research on joint and several fee liability for appeal (1.0). |
| 10/25/24 | A D House | 0.3 | Review correspondence regarding result of the court's ruling at the hearing and conference with Cailyn Knapp regarding the same. |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: November 28, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/25/24 | C R Knapp | 3.9 | Prepare for and attend EDVA hearing on motion to quash (3.1); research appeal standard and relevant case law for Judge Brinkema (0.8). |
| 10/25/24 | R D Lamkin | 3.2 | Review pleadings and otherwise prepare for hearing; argue AiPi MTQ3 hearing |
| 10/28/24 | L J Dreyer | 0.3 | Research on joinder of third parties to fee motion. |
| 10/28/24 | A D House | 3.5 | Review documents from the case docket and conduct legal research supporting efforts to seek discovery over AiPi. |
| 10/28/24 | C R Knapp | 5.1 | Communicate with court reporter regarding transcript spellings (0.2); research issues relating to appeal of magistrate judge order and memorialize the same (4.9). |
| 10/28/24 | J P Mitchell | 1.6 | Review October 25, 2024 hearing transcript before Judge Fitzpatrick on AiPi's motion to quash, discussion with C. Knapp re same, appeal of decision, preparation for same; review, organize documents, materials in preparation of appeal and email to C. Knapp re same. |
| 10/29/24 | J Gordon | 0.5 | Attention to complaint matters including structure issues, review correspondence and call re same |
| 10/29/24 | J B Marshall | 1.0 | Calls w/ R. Lamkin re corporate merger questions in re business combination between VMware and Broadcom. Reviewed merger proxy and related SEC filings from VMware in connection with business combination w/ Broadcom. |
| 10/30/24 | L J Dreyer | 0.5 | Research case law for motion for reconsideration. |
| 10/30/24 | A D House | 3.2 | Conduct additional legal research in support of motion for reconsideration, draft analysis regarding the same, and conference with the team regarding alternative approaches to AiPi, including pursuing separate pre-suit discovery. |
| 10/30/24 | C R Knapp | 1.5 | Research issue of pre-suit discovery in Virginia and memorialize the same (1.5). |
| 10/30/24 | J B Marshall | 0.4 | Reviewed and commented on portions of draft complaint pertaining to business combination betwween VMware and Broadcom. |

**Matter Hours** **119.2**

**Matter Fees**

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: November 28, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2024 Lawyer Summary**

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| A E Bergeron | 9.0 | | | | |
| L J Dreyer | 6.8 | | | | |
| J Gordon | 0.5 | | | | |
| A D House | 15.8 | | | | |
| C R Knapp | 25.5 | | | | |
| R D Lamkin | 41.3 | | | | |
| J B Marshall | 1.4 | | | | |
| | **100.3** | | | | |

**2024 Non-Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| Y V Makarova | 1.8 | | | | |
| J P Mitchell | 16.3 | | | | |
| P Sadat | 0.8 | | | | |
| | **18.9** | | | | |

BAKER BOTTS LLP

Invoice No:
Invoice Date: November 28, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

**For Expenses Incurred :**

Vendor: American Express Co. Invoice#: 6986565310211432 Date: 10/21/2024 - CD Trip to Dallas, TX - AMERICAN EXPRESS Airfare RACHAEL LAMKIN Airfare SFO to Dallas, TX

Vendor: Lamkin, Rachael D. Invoice#: 7007169411011957 Date: 11/1/2024 - Client Development travel to Dallas, TX - Client Development travel to Dallas, TX Hotel - Lodging RACHAEL LAMKIN Hotel Stay at Fairmont Dallas 10/14/24

Vendor: Lamkin, Rachael D. Invoice#: 6986565310211432 Date: 10/21/2024 - CD Trip to Dallas, TX - CD Trip to Dallas, TX Taxi / Car Service RACHAEL LAMKIN Transportation to deposition - Netflix

Vendor: Lamkin, Rachael D. Invoice#: 7007169411011957 Date: 11/1/2024 - Client Development travel to Dallas, TX - Client Development travel to Dallas, TX Hotel - Dinner RACHAEL LAMKIN Dinner - Hotel Stay at Fairmont Dallas 10/14/24-10/16/24

Vendor: Lamkin, Rachael D. Invoice#: 7007169411011957 Date: 11/1/2024 - Client Development travel to Dallas, TX - Client Development travel to Dallas, TX Hotel - Dinner RACHAEL LAMKIN Dinner - Hotel Stay at Fairmont Dallas 10/15/24

Vendor: Lamkin, Rachael D. Invoice#: 7007169411011957 Date: 11/1/2024 - Client Development travel to Dallas, TX - Client Development travel to Dallas, TX Hotel - Lodging RACHAEL LAMKIN Hotel Stay at Fairmont Dallas 10/15/24

Vendor: American Express Co. Invoice#: 6988872110211432 Date: 10/21/2024 - Deposition Prep in Dallas, TX - AMERICAN EXPRESS Taxi / Car Service RACHAEL LAMKIN Transportation to/from deposition prep

Vendor: Lamkin, Rachael D. Invoice#: 6988872110182057 Date: 10/18/2024 - Deposition Prep in Dallas, TX - Deposition Prep in Dallas, TX Taxi / Car Service RACHAEL LAMKIN Transportation to/from deposition prep

Vendor: Lamkin, Rachael D. Invoice#: 6994128010252021 Date: 10/25/2024 - CD Trip to Dallas, TX - Netflick - CD Trip to Dallas, TX - Netflick Airfare RACHAEL LAMKIN Airfare to Washington, DC

Vendor: American Express Co. Invoice#: 6994128010252037 Date: 10/25/2024 - CD Trip to Dallas, TX - Netflick - AMERICAN EXPRESS Taxi / Car Service RACHAEL LAMKIN Transportation to/from airport

Vendor: American Express Co. Invoice#: 6994128010252037 Date: 10/25/2024 - CD Trip to Dallas, TX - Netflick - AMERICAN EXPRESS Lunch RACHAEL LAMKIN Lunch

Vendor: American Express Co. Invoice#: 6994128010252037 Date: 10/25/2024 - CD Trip to Dallas, TX - Netflick - AMERICAN EXPRESS Dinner RACHAEL LAMKIN Dinner at Miriam - Dallas TX

Vendor: Lamkin, Rachael D. Invoice#: 7007169411011957 Date: 11/1/2024 - Client Development travel to Dallas, TX - Client Development travel to Dallas, TX Hotel - Lodging RACHAEL LAMKIN Fees/Taxes - Hotel Stay at Fairmont Dallas 10/14/24-10/16/24

BAKER BOTTS LLP

Invoice No:
Invoice Date: November 28, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

Vendor: Lamkin, Rachael D. Invoice#: 7007169411011957 Date: 11/1/2024 - Client Development travel to Dallas, TX - Client Development travel to Dallas, TX Hotel - Lunch RACHAEL LAMKIN Hotel Stay at Fairmont Dallas 10/14/24-10/16/24

Vendor: American Express Co. Invoice#: 7007169411011957 Date: 11/1/2024 - Client Development travel to Dallas, TX - AMERICAN EXPRESS Taxi / Car Service RACHAEL LAMKIN Transportation to airport

Vendor: American Express Co. Invoice#: 7019566711082111 Date: 11/8/2024 - RACHAEL LAMKIN - Hotel - Lodging - The Alexandrian Hotel stay (10/23-10/26)

Vendor: American Express Co. Invoice#: 7019566711082111 Date: 11/8/2024 - RACHAEL LAMKIN - Hotel - Lodging - The Alexandrian Hotel stay (10/23-10/26)

Vendor: American Express Co. Invoice#: 7019566711082111 Date: 11/8/2024 - RACHAEL LAMKIN - Taxi / Car Service - Transportation during CD travel

Vendor: American Express Co. Invoice#: 7019566711082111 Date: 11/8/2024 - RACHAEL LAMKIN - Taxi / Car Service - Transportation during CD travel

Vendor: American Express Co. Invoice#: 7019566711082111 Date: 11/8/2024 - RACHAEL LAMKIN - Taxi / Car Service - Transportation during CD travel

Vendor: American Express Co. Invoice#: 7019566711082111 Date: 11/8/2024 - RACHAEL LAMKIN - Taxi / Car Service - Transportation during CD travel

Vendor: American Express Co. Invoice#: 7019566711082111 Date: 11/8/2024 - RACHAEL LAMKIN - Hotel - Lodging - The Alexandrian Hotel stay (10/23-10/26)

Vendor: American Express Co. Invoice#: 7019566711082111 Date: 11/8/2024 - RACHAEL LAMKIN - Miscellaneous - Snack -The Alexandrian Hotel stay (10/23-10/26)

Vendor: American Express Co. Invoice#: 7004744311041326 Date: 11/4/2024 - CAILYN KNAPP - Parking - October 25, 2024- Attend EDVA hearing. Parking charge.

Vendor: American Express Co. Invoice#: 7019566711082111 Date: 11/8/2024 - RACHAEL LAMKIN - Taxi / Car Service - Transportation during CD travel

Vendor: American Express Co. Invoice#: 7019566711082111 Date: 11/8/2024 - RACHAEL LAMKIN - Taxi / Car Service - Transportation to airport during CD travel

Vendor: Lamkin, Rachael D. Invoice#: 7019566711082111 Date: 11/8/2024 - RACHAEL LAMKIN - Airfare - Airfare SFO to DC

Vendor: American Express Co. Invoice#: 7019566711082111 Date: 11/8/2024 - RACHAEL LAMKIN - Hotel - Lodging - Taxes/Fees - The Alexandrian Hotel stay (10/23-10/26)

Vendor: American Express Co. Invoice#: 7021074511041326 Date: 11/4/2024 - CAILYN KNAPP - Miscellaneous - Other - October 28, 2024- Court report transcripts in the Netflix case. Fee for transcripts.

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: November 28, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

Vendor: Transperfect Document Invoice#: 269402 Date: 10/31/2024 - 269402 - Associate fee for MTQ materials - printing two sided with assembly. CS -Project Management time.

**Total Expenses**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: November 28, 2024
Matter Number:

## REMITTANCE STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Invoice Number:**
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.
(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.
(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: December 23, 2024
Attorney: R D Lamkin

---

For professional services rendered through November 30, 2024

Valjakka v. Netflix

---

| | |
|---|---|
| Total Current Fees | |
| **Total Current Due** | |

**BAKER BOTTS** L.L.P.

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: December 23, 2024
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/01/24 | A D House | 5.0 | Review the filings and exhibits pertaining to AiPi's motion to quash and the transcript from the hearing, and conduct legal research regarding applicable legal standards and potential grounds to seek redress from that ruling (3.9); conference with Rachael Lamkin and the client regarding the same (0.5); begin drafting outline of the Rule 72 objections to be filed (0.6). |
| 11/01/24 | C R Knapp | 1.2 | Strategize with A. House regarding appeal of ruling on EDVA motion to quash (0.3); research in support of the same (0.8). |
| 11/02/24 | A D House | 1.3 | Begin drafting factual and procedural background section for the Rule 72 objections. |
| 11/03/24 | A D House | 1.8 | Continue drafting factual and procedural background section for the Rule 72 objections. |
| 11/04/24 | A D House | 8.6 | Continue to conduct legal research and draft Rule 72 objections regarding the magistrate judge's ruling quashing the subpoena (8.2); conference with Cailyn Reilly Knapp regarding topics related to the Rule 72 objections (0.4). |
| 11/04/24 | C R Knapp | 0.1 | Research case law in support of EDVA Rule 72 objections (0.1). |
| 11/05/24 | A D House | 8.2 | Conference with Cailyn Reilly Knapp regarding additional issues pertaining to the Rule 72 objections (0.3); continue to conduct legal research and draft the Rule 72 objections to the magistrate judge's ruling quashing Netflix's subpoena to AiPi (7.9). |
| 11/05/24 | C R Knapp | 2.2 | Research precedent and case law to support Rule 72 objections to EDVA Magistrate Judge's ruling on motion to quash (2.2). |
| 11/05/24 | J P Mitchell | 0.6 | Assist attorneys with notice of appeal of Judge Fitzpatrick's October 25, 2024 decision and order in preparation of filing same November 8, 2024 and discussion with C. Knapp re same. |
| 11/06/24 | L J Dreyer | 1.0 | Analyze motion for reconsideration and consider strategy for same (.5); revise same (.5). |
| 11/06/24 | A D House | 5.7 | Continue to revise and edit the draft Rule 72 objections, and finalize to send to Rachael Lamkin for her review (3.4); conference with Rachael regarding the current draft (0.2); review additional legal research from Cailyn Reilly (0.3); review Rachael's revised draft, and revise and edit her draft (1.8). |
| 11/06/24 | C R Knapp | 3.6 | Research case law in support of Rule 72 objections to EDVA motion to quash ruling (3.3); strategize with A. House regarding the same (0.3). |

**BAKER BOTTS** L.L.P

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: December 23, 2024
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/06/24 | R D Lamkin | 6.1 | Review team's draft of the appeal; substantially edit and redraft appeal; conduct legal and factual research for same |
| 11/07/24 | A D House | 1.4 | Continue to conference with the team regarding the draft Rule 72 objections and preparing additional documents to file (0.4); brieflly review the client's comments and edits and the final draft (1.0). |
| 11/07/24 | C R Knapp | 2.3 | Review draft objections to Magistrate Judge's order (0.6); draft accompanying filings in support of the same (1.7). |
| 11/07/24 | Y V Makarova | 0.8 | Communicated with R. Lamkin and C. Knapp, regarding filing rule 72 objections, researched e-filing specifics and paper courtesy copies requirements. |
| 11/07/24 | J P Mitchell | 0.6 | Assist attorneys with appeal of Judge Fitzpatrick's October 25, 2024 order in preparation of submission of same November 8, 2024 and discussion with Y. Makarova re same. |
| 11/08/24 | C R Knapp | 3.7 | Review and revise motion for reconsideration and accompanying filings and file the same (3.7). |
| 11/08/24 | R D Lamkin | 2.1 | Revise subpoena appeal; supervise filing and make edits and suggestions thereto |
| 11/08/24 | Y V Makarova | 7.0 | Per request of C. Knapp, completed cite-check of the memorandum, prepared tables of contents and authorities, reviewed electronic filing procedure, prepared Declaration draft, PDF files of the Notice, Exhibit, Motion and Memorandum. |
| 11/12/24 | Y V Makarova | 1.2 | Downloaded file-stamped filed copies of the Motion, Notice, Proposed Order, Memorandum, Declaration, and Exhibit, prepared paper copy sets and arranged messenger delivery to the Judges chambers. |
| 11/19/24 | C R Knapp | 0.5 | Communicate with R. Lamkin, J. Mitchell, and BB team regarding briefing schedule for Rule 72 objections (0.3); plan and prepare for reply thereto (0.2). |
| 11/19/24 | J P Mitchell | 0.6 | Assist attorneys with response to objections to Magistrate ruling on motion to quash in preparation of filing same November 29, 2024 and discussion with C. Knapp re same, exhibits, attorney declaration. |
| 11/22/24 | A D House | 0.1 | Conference with the team and the client regarding schedule to prepare reply. |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: December 23, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/22/24 | C R Knapp | 0.3 | Strategize with A. House regarding reply (0.2); communicate with R. Lamkin regarding the same (0.1). |
| 11/25/24 | L J Dreyer | 0.5 | Analyze AiPI's opposition to objections to motion to quash. |
| 11/25/24 | A D House | 6.1 | Review AiPi's opposition, and research the cases cited by AiPi (2.5); begin drafting reply in support of Netflix's objections to the magistrate judge's ruling quashing Netflix's subpoena to AiPi (3.6). |
| 11/25/24 | C R Knapp | 1.5 | Review AiPi opposition to Netflix objections to order quashing subpoena to AiPi and strategize regarding response thereto (1.50). |
| 11/26/24 | A D House | 7.8 | Continue to draft the reply in support of Netflix's Rule 72 objections to the Magsitrate Judge's ruling, and finalize to send to Rachael Lamkin for her review. |
| 11/26/24 | C R Knapp | 4.0 | Research case law and draft reply in support of Rule 72 objections to magistrate judge ruling on AiPi motion to quash subpoena (4.0). |
| 11/27/24 | A D House | 0.5 | Briefly review edits from Rachael Lamkin and edits from the client to the draft reply brief. |
| 11/27/24 | C R Knapp | 1.8 | Review and implement client comments on reply brief in support of Rule 72 objections and prepare the same for filing (1.80). |
| 11/29/24 | A D House | 1.8 | Review the client's edits to the draft reply, and revise and finalize the draft review, supporting declaration, and exhibits, and conference with Cailyn Knapp and John Mitchell regarding the same. |
| 11/29/24 | C R Knapp | 2.8 | Revise and prepare reply in support of Rule 72 objections and accompanying papers for filing (2.80). |
| 11/29/24 | J P Mitchell | 4.0 | Assist attorneys with Netflix's reply in support of objections to Magistrate order quashing subpoena to AiPi, review, revise reply brief, organize exhibits, prepare declaration of C. Knapp, electronically file reply brief, declaration, exhibits and email to R. Lamkin, C. Knapp, A. House confirming same. |

**Mtter Hours** **96.8**

**Mtter Fees**

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: December 23, 2024
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2024 Lawyer Summary**

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| L J Dreyer | 1.5 | | | | |
| A D House | 48.3 | | | | |
| C R Knapp | 24.0 | | | | |
| R D Lamkin | 8.2 | | | | |
| | **82.0** | | | | |

**2024 Non-Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted |
|---|---|---|---|---|---|
| Y V Makarova | 9.0 | | | | |
| J P Mitchell | 5.8 | | | | |
| | **14.8** | | | | |

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Up on Receip t**

Invoice Number:
Invoice Date: December 23, 2024
Matter Number:

---

## REMITTANCE STATEMENT

| | |
|---|---|
| **Mtter Nmber:** | |
| **Client:** | Netflix, Inc. |
| **Mtter:** | Valjakka v. Netflix |
| **Invoice Nmber:** | |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

---

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

---

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.

(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.

(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: February 11, 2025
Attorney: R D Lamkin

---

For professional services rendered through December 31, 2024

Valjakka v. Netflix

---

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

Page 1

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: February 11, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/09/24 | J P Mitchell | 0.5 | Assist attorneys with December 13, 2024 hearing on rule 72 objections, preparation for same and discussion with C. Knapp re same. |
| 12/10/24 | C R Knapp | 0.5 | Plan and prepare for hearing on Rule 72 objections. |
| 12/10/24 | R D Lamkin | 2.7 | Begin prepping for AiPi appeal hearing |
| 12/10/24 | J P Mitchell | 1.5 | Assist attorneys with December 13, 2024 hearing on NetFlix's FRCP and local rule 72 objections to Magistrate's order granting motion to quash, review, organize, prepare index, binders of documents, materials in preparation of same and discussion with C. Knapp re hearing, preparation for same. |
| 12/11/24 | L J Dreyer | 1.0 | Analyze reply brief on objections to motion to quash and consider strategy for hearing. |
| 12/12/24 | L J Dreyer | 1.2 | Consider strategy and preparation for hearing on objections to motion to quash. |
| 12/12/24 | A D House | 1.7 | Prepare for and attend team meeting to discuss Netflix oral argument prep. |
| 12/12/24 | C R Knapp | 2.6 | Plan and prepare for hearing on Rule 72 objections and meet with BB team regarding the same (2.60). |
| 12/12/24 | R D Lamkin | 3.7 | Prep for AiPi hearing including reading all cited cases and briefing, outline arguments and responses |
| 12/13/24 | L J Dreyer | 1.5 | Attend hearing on objections to motion to quash subpoena. |
| 12/13/24 | C R Knapp | 3.9 | Prepare for and attend hearing on Rule 72 objections (3.9). |
| 12/13/24 | R D Lamkin | 2.4 | Complete prep for hearing; argue AiPi hearing |
| 12/15/24 | H K Gill | 3.0 | Conduct background research regarding case history and read briefing regarding motion to quash Netflix subpoena on AiPi, LLC. |
| 12/17/24 | C R Knapp | 1.3 | Draft notice of EDVA order (0.7); communicate with team regarding EDVA strategy (0.2); review EDVA transcript from hearing on objections (0.4). |
| 12/17/24 | R D Lamkin | 6.0 | Review 12/13 hearing transcript [.7]; review and analyze discovery already produced with an eye toward the EDVA matter [4.1]; draft strategy email to team [1.2] |

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/17/24 | J P Mitchell | 0.4 | Assist attorneys with notice of court order in preparation of filing same in NDCA and email to C. Knapp re same. |
| 12/18/24 | H K Gill | 1.3 | Plan for and participate in informational meeting re current case procedure and research issues. |
| 12/18/24 | J P Mitchell | 0.7 | Review, revise notice of court order, organize exhibit, electronically file same in Northern District of CA and email to R. Lamkin, C. Knapp confirming same. |
| 12/18/24 | L M Nemiroff | 1.3 | Meeting regarding the California Uniform Voidable Transactions Act, and potential claims that can be made against AiPi. |
| 12/19/24 | L J Dreyer | 0.6 | Consider strategy for fees motion based on discovery order. |
| 12/19/24 | H K Gill | 0.6 | Plan for and participate in team call regarding strategy for attorneys' fees motion. |
| 12/19/24 | C R Knapp | 1.5 | Prepare for, and attend, strategy call with Netflix team to discuss attorney's fees and EDVA discovery (0.6); research personal jurisdiction for attorney's fees issue (0.2); review AiPi request for extension and local civil rule pertaining to the same (0.7). |
| 12/19/24 | R D Lamkin | 1.9 | Continue to devise AiPi strategy by reviewing Valjakka production [1.2]; meet with BB and Perkins team about strategy [.5] |
| 12/20/24 | C R Knapp | 1.7 | Research issue of NDCA personal jurisdiction over AiPi for attorney's fees and communicate with L. Dreyer regarding the same (1.7). |
| 12/20/24 | L M Nemiroff | 1.2 | Creating spreadsheet for reviewing AiPi control of litigation and gathering and inputting information of AiPi control from the Zito declaration (ECF No. 66-1) from Broadcom v. Netflix. |
| 12/25/24 | L M Nemiroff | 0.3 | Reading and analyzing ECF 61-12 at Rachael's request. |
| 12/25/24 | L M Nemiroff | 0.4 | Reading and analyzing Lund declaration at Rachael's request. |
| 12/25/24 | L M Nemiroff | 0.1 | Reading and analyzing Morehouse declaration at Rachael's request. |
| 12/25/24 | L M Nemiroff | 0.3 | Reading and analyzing Preliminary Injunction Order at Rachael's request. |
| 12/25/24 | L M Nemiroff | 0.2 | Reading and annotating ECF 61-6 at Rachael's request. |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: February 11, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/25/24 | L M Nemiroff | 0.6 | Reading and annotating Ramey declaration to get up to speed with Valjakka CUFTA and fees claim. |
| 12/26/24 | L M Nemiroff | 0.7 | Cleaning up spreadsheet for Rachael's review and organizing relationships between AiPi, Whitestone Law, Valjakka, and the grouping of Lund, Morehouse, Sheets, and Zito. |
| 12/26/24 | L M Nemiroff | 1.5 | Continuing filling out spreadsheet showing AiPi control over Valjakka litigation in ECFs 61, 66, 74, and 76. |
| 12/26/24 | L M Nemiroff | 0.7 | Reading and analyzing ECF 46 (AiPi's briefing regarding quashing of subpoena) at Rachael's request. |
| 12/26/24 | L M Nemiroff | 0.3 | Reading Netflix reply briefing regarding magistrate judge order to quash subpoena at Rachael's request. |
| 12/27/24 | A D House | 0.2 | Briefly review correspondence regarding AiPi's service of its document production and its privilege log. |
| 12/28/24 | A D House | 0.4 | Review correspondence with the team and briefly discuss AiPi's privilege log and document production. |
| 12/28/24 | R D Lamkin | 6.7 | Review and analyze AiPi production; conduct legal and factual research related to issues discovered, including privilege, AEO, and unauthorized practice of law; advise team and Asa re same. |
| 12/29/24 | H K Gill | 2.5 | Review materials regarding document production at Rachael's request (1.5); conduct research regarding privilege log requirements in Eastern District of Virginia and Northern District of California to draft letter to opposing counsel regarding deficiencies in privilege log (1.0). |
| 12/29/24 | A D House | 1.2 | Review correspondence regarding AiPi's document production and privilege log, and strategy to follow up regarding the same, and review Rachael Lamkin's notes |
| 12/29/24 | C R Knapp | 1.2 | Review AiPi production and strategize with team regarding the same (1.2). |
| 12/29/24 | R D Lamkin | 7.1 | Continue review and analysis of AiPi production; continue legal and factual research related to issues discovered, including privilege, AEO, and unauthorized practice of law, and CUVTA. |
| 12/29/24 | L M Nemiroff | 0.6 | Claining up AiPi-related filings in other cases document for Rachael review. |
| 12/29/24 | L M Nemiroff | 1.6 | Reviewing AiPi related dockets to find proof that AiPi was conducting the legal work. |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: February 11, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/29/24 | L M Nemiroff | 1.1 | Reviewing AiPi related dockets to find proof that AiPi was conducting the legal work. |
| 12/29/24 | L M Nemiroff | 1.4 | Reviewing AiPi-related filings in other cases to find evidence of perjury and unauthorized practice of law for basis for 285 sanctions and other claims (specifically ECFs 257, 51, 65, 61, 61-1, 61-2, 61-3, 61-4, and 61-5). |
| 12/29/24 | L M Nemiroff | 1.5 | Reviewing AiPi-related filings in other cases to find evidence of perjury and unauthorized practice of law for basis for 285 sanctions and other claims (specifically ECFs 61-8, 61-9, 61-10, 61-11, 61-12, 62, 65, 66, 66-1, 74-2, and lettered exhibits). |
| 12/29/24 | L M Nemiroff | 2.3 | Reviewing AiPi-related filings in other cases to find evidence of perjury and unauthorized practice of law for basis for 285 sanctions and other claims. |
| 12/30/24 | N A Baniel | 3.9 | Discussed case status with R. Lamkin; K. Gill, and L. Nemiroff; reviewed case briefing to date on motion to quash subpoena; review additional materials identified by L. Nemiroff. |
| 12/30/24 | L J Dreyer | 1.5 | Conduct call with client on case strategy (0.8); conduct call with co-counsel on case strategy (0.7). |
| 12/30/24 | H K Gill | 0.4 | [POTENTIAL WRITEOFF]: plan for and participate in associate feedback session at Rachael's request. |
| 12/30/24 | H K Gill | 4.3 | Conduct research regarding privilege log requirements and jurisdictional issues regarding FRCP 45 subpoena to AiPi. |
| 12/30/24 | H K Gill | 0.9 | Participate in Goldfynch eDiscovery demonstrative to analyze which eDiscovery vendor to use. |
| 12/30/24 | H K Gill | 0.7 | Plan for and participate in team meeting to discuss strategy moving forward with case. |
| 12/30/24 | H K Gill | 0.5 | Plan for and participate in West Coast team call regarding case timeline and future action items. |
| 12/30/24 | A D House | 1.4 | Review correspondence regarding AiPi's document production, perjury issues, and privilege issues, draft summary of views on the next steps to take, and prepare for and participate in conference call with the team to discuss strategy. |
| 12/30/24 | C R Knapp | 4.8 | Research confidentiality issues related to AiPi production (4.8); attend team strategy call (0.8). |

BAKER BOTTS L.L.P.

Invoice No:
Invoice Date: February 11, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/30/24 | R D Lamkin | 4.2 | Complete initial review of AiPi production; meet with Asa and team regarding same |
| 12/30/24 | L M Nemiroff | 0.9 | Compiling, summarizing, and sending all of Valjakka v. Netflix pertinent documents to Nick Baniel. |
| 12/30/24 | L M Nemiroff | 0.7 | Meeting with Baker Botts and Perkins Coie team to establish next steps to take in recovering fees in AiPi/Valjakka litigation. |
| 12/30/24 | L M Nemiroff | 0.5 | Meeting with Rachael, Kira, and Nick, discussing next steps after AiPi production. |
| 12/30/24 | L M Nemiroff | 0.1 | Reading documents regarding transfer of Valjakka settlement proceeds from AiPi. |
| 12/30/24 | L M Nemiroff | 0.5 | Reading In re Walldesign in relation to new production. |
| 12/30/24 | L M Nemiroff | 0.5 | Review of work product analyzing and compiling evidence of AiPi perjury and unauthorized practice of law/AiPi control/Section 285 sanctions. |
| 12/31/24 | N A Baniel | 1.3 | Review privilege log; discuss privilege log deficiencies and AiPi production with K. Gill and L. Nemiroff. |
| 12/31/24 | H K Gill | 0.8 | Plan for and participate in team meeting regarding strategy for privilege log deficiency letter and document production deficiency letter. |
| 12/31/24 | C R Knapp | 0.3 | Research confidentiality issues in AiPi production and memorialize the same (0.3). |
| 12/31/24 | L M Nemiroff | 0.8 | Meeting with Nick and Kira to answer questions about who the main individuals are in the Valjakka litigation, discussing deficiencies of the discovery, and how to respond to the privilege log. |
| 12/31/24 | L M Nemiroff | 1.6 | Reviewing "Topic 1" production from AiPi's production on 12/27/2024 and researching relationships between various AiPi related entities. |
| 12/31/24 | L M Nemiroff | 0.4 | Reviewing "Topic 1" production from AiPi's production on 12/27/2024. |
| 12/31/24 | L M Nemiroff | 0.1 | Reviewing "Topic 2" production from AiPi produced on 12/27/2024. |
| 12/31/24 | L M Nemiroff | 0.1 | Reviewing "Topic 3" production from AiPi produced on 12/27/2024. |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: February 11, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/31/24 | L M Nemiroff | 0.5 | Reviewing "Topic 4" production from AiPi produced on 12/27/2024. |
| 12/31/24 | L M Nemiroff | 0.1 | Reviewing "Topic 5" production from AiPi produced on 12/27/2024. |
| 12/31/24 | L M Nemiroff | 0.4 | Reviewing "Topic 6" production from AiPi produced on 12/27/2024 in view of AiPi Litigation Funding LLC operating agreement. |
| 12/31/24 | L M Nemiroff | 0.5 | Reviewing AiPi production materials and Ramey declaration to find which case groups Ramey alleged AiPi owned and summarizing each Topic of production for Nick Baniel and Kira Gill. |

| | |
|---|---|
| **Matter Hours** | **110.3** |
| **Matter Fees** | |

BAKER BOTTS L.L.P.

Invoice No:
Invoice Date: February 11, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2024 Lawyer Summary**

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| N A Baniel | 5.2 | | | | |
| L J Dreyer | 5.8 | | | | |
| H K Gill | 15.0 | | | | |
| A D House | 4.9 | | | | |
| C R Knapp | 17.8 | | | | |
| R D Lamkin | 34.7 | | | | |
| L M Nemiroff | 23.8 | | | | |
| | **107.2** | | | | |

**2024 Non-Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| J P Mitchell | 3.1 | | | | |
| | **3.1** | | | | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: February 11, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

**For Expenses Incurred :**

Vendor: American Express Co. Invoice#: 7107261012102156 Date: 12/10/2024 - RACHAEL LAMKIN - Taxi / Car Service - Transportation - Uber

Vendor: American Express Co. Invoice#: 7107261012102156 Date: 12/10/2024 - RACHAEL LAMKIN - Taxi / Car Service - Transportation - Uber

Vendor: American Express Co. Invoice#: 7117007912132100 Date: 12/13/2024 - RACHAEL LAMKIN - Taxi / Car Service - Transportation

Vendor: American Express Co. Invoice#: 7117007912132100 Date: 12/13/2024 - RACHAEL LAMKIN - Taxi / Car Service - Transportation

Vendor: American Express Co. Invoice#: 7138322212271934 Date: 12/27/2024 - RACHAEL LAMKIN - Hotel - Lodging - Hilton hotel stay

Vendor: American Express Co. Invoice#: 7138322212271934 Date: 12/27/2024 - RACHAEL LAMKIN - Hotel - Dinner - Hotel dinner

Vendor: American Express Co. Invoice#: 7138322212271934 Date: 12/27/2024 - RACHAEL LAMKIN - Hotel - Lodging - Hilton hotel stay

Vendor: American Express Co. Invoice#: 7137845712271934 Date: 12/27/2024 - RACHAEL LAMKIN - Miscellaneous - Other - Office supplies for hearing

Vendor: American Express Co. Invoice#: 7137845712271934 Date: 12/27/2024 - RACHAEL LAMKIN - Hotel - Lodging - Westin - Hotel stay 12/12

Vendor: American Express Co. Invoice#: 7137845712271934 Date: 12/27/2024 - RACHAEL LAMKIN - Hotel - Lodging - Westin - Hotel stay 12/13

Vendor: Stephanie M. Austin Invoice#: 618 Date: 12/13/2024 - Invoice: 618 - Court reporter service

Vendor: American Express Co. Invoice#: 7116519212192003 Date: 12/19/2024 - CAILYN KNAPP - Taxi / Car Service - Dec. 13, 2024- Attend hearing on Rule 72 objections. Parking.

Vendor: American Express Co. Invoice#: 7138322212271934 Date: 12/27/2024 - RACHAEL LAMKIN - Hotel - Dinner - Hotel - meals/tax

Vendor: American Express Co. Invoice#: 7136619701061655 Date: 1/6/2025 - CAILYN KNAPP - Lunch - Dec. 13, 2024- Attended hearing for Netlix. Lunch.

Vendor: Lamkin, Rachael D. Invoice#: 7137845712271917 Date: 12/27/2024 - RACHAEL LAMKIN - Taxi / Car Service - Uber - Transportation

Vendor: American Express Co. Invoice#: 7137845712271934 Date: 12/27/2024 - RACHAEL LAMKIN - Hotel - Dinner - Snack

Vendor: American Express Co. Invoice#: 7137845712271934 Date: 12/27/2024 - RACHAEL LAMKIN - Hotel - Lodging - Fees/Taxes/Trademark -Westin - Hotel stay 12/12 - 12/14

Vendor: American Express Co. Invoice#: 7137845712271934 Date: 12/27/2024 - RACHAEL LAMKIN - Taxi / Car Service - Uber - transportation

Vendor: American Express Co. Invoice#: 7137845712271934 Date: 12/27/2024 - RACHAEL LAMKIN - Taxi / Car Service - Taxi to the airport from the hotel.

Vendor: American Express Co. Invoice#: 7137845712271934 Date: 12/27/2024 - RACHAEL LAMKIN - Hotel - Lodging - Tax/Fee/Trademark

Vendor: American Express Co. Invoice#: 7137845712271934 Date: 12/27/2024 - RACHAEL LAMKIN - Hotel - Lodging - Refreshment

Vendor: American Express Co. Invoice#: 7137845712271934 Date: 12/27/2024 - RACHAEL LAMKIN - Dinner - SF Associates meeting

**Total Expenses**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: February 11, 2025
Matter Number:

---

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | |
| **Client:** | Netflix, Inc. |
| **Matter:** | Valjakka v. Netflix |
| **Invoice Number:** | |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

---

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.
(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.
(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

| | |
|---|---|
| Invoice Number: | |
| Invoice Date: | March 31, 2025 |
| Attorney: | R D Lamkin |

For professional services rendered through January 31, 2025

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: March 31, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/02/25 | N A Baniel | 4.1 | Attend strategy call with R. Lamkin, L. Nemiroff and K. Gill regarding AiPi strategy (0.6); review briefing, declarations, and other case material related to AiPi case in preparation for motion to compel (3.5). |
| 01/02/25 | H K Gill | 5.3 | Conduct research regarding choice of law, and which forum's law applies to discovery disputes with both pending actions in NDCA and EDVA. |
| 01/02/25 | H K Gill | 0.3 | Plan for and participate in team call regarding strategy for motion to compel and privilege log deficiency letter. |
| 01/02/25 | A D House | 0.5 | Review correspondence regarding strategy for the next steps, and review the letter to AiPi's counsel regarding deficiencies in AiPi's production. |
| 01/02/25 | C R Knapp | 0.7 | Review and revise draft letter to AiPi regarding production deficiencies (0.7). |
| 01/02/25 | L M Nemiroff | 0.3 | Meeting with Rachael, Nick, and Kira to discuss privilege log and next steps in AiPi litigation. |
| 01/02/25 | L M Nemiroff | 2.4 | Researching and summarizing whether we can bypass Magistrate Judge Fitzpatrick to have hearing for motion to compel with Judge Brinkema. |
| 01/02/25 | L M Nemiroff | 1.3 | Researching and summarizing whether we can bypass Magistrate Judge Fitzpatrick to have hearing for motion to compel with Judge Brinkema. |
| 01/02/25 | L M Nemiroff | 0.2 | Revising, adding sources, and cites to Analysis of AiPi-Related Filings In Other Matters sheet analyzing Unauthorized Practice of Law/Control/Section 285 fees and perjury sheet. |
| 01/02/25 | L M Nemiroff | 2.0 | Revising, adding sources, and cites to Analysis of AiPi-Related Filings In Other Matters sheet analyzing Unauthorized Practice of Law/Control/Section 285 fees and perjury sheet. |
| 01/02/25 | L M Nemiroff | 0.9 | Revising, adding sources, and cites to Analysis of AiPi-Related Filings In Other Matters sheet analyzing Unauthorized Practice of Law/Control/Section 285 fees and perjury sheet. |
| 01/02/25 | L M Nemiroff | 1.7 | Revising, adding sources, and cites to Analysis of AiPi-Related Filings In Other Matters sheet analyzing Unauthorized Practice of Law/Control/Section 285 fees and perjury sheet. |
| 01/02/25 | L M Nemiroff | 0.2 | Revising, adding sources, and cites to Analysis of AiPi-Related Filings In Other Matters sheet analyzing Unauthorized Practice of Law/Control/Section 285 fees and perjury sheet. |

**BAKER BOTTS LLP**

| | |
|---|---|
| Invoice No: | |
| Invoice Date: | March 31, 2025 |
| Matter: | |

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/02/25 | L M Nemiroff | 0.8 | Revising, adding sources, and cites to Analysis of AiPi-Related Filings In Other Matters sheet analyzing Unauthorized Practice of Law/Control/Section 285 fees and perjury sheet. |
| 01/02/25 | L M Nemiroff | 0.4 | Revising, adding sources, and cites to Analysis of AiPi-Related Filings In Other Matters sheet analyzing Unauthorized Practice of Law/Control/Section 285 fees and perjury sheet. |
| 01/03/25 | N A Baniel | 4.4 | Researched and reviewed case law re: motion to compel and motion for contempt related to subpoenas (1.5); drafted outline for motion to compel and circulate to K. Gill and L. Nemiroff for comment (0.8); analyzed AiPi's privilege log and production and compared to statements made in previous filings for deficiencies and inconsistencies (2.1). |
| 01/03/25 | H K Gill | 2.8 | Conduct research regarding request for forensic imaging discovery and privilege log requirements. |
| 01/03/25 | H K Gill | 0.4 | Plan for and participate in team call regarding motion to compel discovery and general strategy. |
| 01/03/25 | A D House | 0.3 | Review correspondence with the team regarding strategy for and timing of next steps, and conference with the team regarding the same. |
| 01/03/25 | R D Lamkin | 4.1 | Draft letter to AiPi counsel about deficiencies in production |
| 01/03/25 | L M Nemiroff | 1.0 | Drafting facts of the case in motion to compel. |
| 01/03/25 | L M Nemiroff | 0.8 | Drafting facts of Valjakka case in motion to compel. |
| 01/03/25 | L M Nemiroff | 0.4 | Meeting with Nick and Kira regarding motion to compel drafting. |
| 01/03/25 | L M Nemiroff | 0.8 | Reviewing facts of the case and putting together outline of timeline of documents for inclusion in motion to compel. |
| 01/03/25 | L M Nemiroff | 0.5 | Reviewing transcript of recent Eastern District of Virginia proceedings in front of Judge Brinkema to incorporate quotes into motion to compel. |
| 01/04/25 | N A Baniel | 8.2 | Draft and edits to factual background, legal background, and deficient production sections of motion to compel and additional case law research as needed to support the same. |
| 01/04/25 | H K Gill | 9.1 | Conduct research for and draft letter to opposing counsel regarding deficiencies of privilege log. |

BAKER BOTTS LLP

Invoice No:
Invoice Date: March 31, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/04/25 | L M Nemiroff | 0.8 | Drafting and revising background and legal authority sections for motion to compel. |
| 01/04/25 | L M Nemiroff | 1.5 | Drafting and revising background and legal authority sections for motion to compel. |
| 01/04/25 | L M Nemiroff | 2.7 | Drafting and revising background and legal authority sections for motion to compel. |
| 01/05/25 | N A Baniel | 9.1 | Draft and edits to deficient production, deficient privilege log, forensic discovery, and sanctions sections of motion to compel and additional case law research as needed to support the same. |
| 01/05/25 | H K Gill | 7.1 | Draft and revise privilege log deficiency letter (3.2); Conduct research for and draft motion to compel discovery (3.9). |
| 01/05/25 | A D House | 1.2 | Review correspondence and background information regarding ongoing disputes over the subpoena to AiPi, and conference with the team regarding status of next steps, including the motion to compel and following up on AiP's deficient privilege log. |
| 01/05/25 | R D Lamkin | 3.9 | Draft letter to AiPi re: privilege log deficiencies; review log and production for same |
| 01/05/25 | L M Nemiroff | 2.6 | Drafting factual background and legal background for motion to compel compliance with Rule 45 discovery as well as answering Nick and Kira's requests. |
| 01/05/25 | L M Nemiroff | 1.7 | Drafting factual background and legal background for motion to compel compliance with Rule 45 discovery. |
| 01/05/25 | L M Nemiroff | 1.3 | Drafting factual background and legal background for motion to compel compliance with Rule 45 discovery. |
| 01/06/25 | N A Baniel | 7.5 | Edits to motion to compel briefing based on comments from team; conduct additional case law research on sanctions and forensic discovery; draft introduction and legal standards of motion to compel. |
| 01/06/25 | H K Gill | 10.9 | Conduct research for and draft privilege log deficiency and sanctions portions of motion to compel, and revise and draft facts section of motion to compel. |
| 01/06/25 | H K Gill | 2.1 | Revise and finalize motion to compel in accordance with internal edits. |

BAKER BOTTS LLP

Invoice No:
Invoice Date: March 31, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/06/25 | L M Nemiroff | 0.4 | Call with team regarding next steps for motion to compel compliance with Rule 45 subpoena. |
| 01/06/25 | L M Nemiroff | 3.7 | Compiling cites for motion to compel compliance with Rule 45 subpoena. |
| 01/06/25 | L M Nemiroff | 0.7 | Drafting declaration for motion to compel compliance with Rule 45 subpoena. |
| 01/06/25 | L M Nemiroff | 2.4 | Drafting factual background and legal background for motion to compel compliance with Rule 45 subpoena as well as answering Nick and Kira's requests. |
| 01/06/25 | L M Nemiroff | 1.2 | Drafting factual background and legal background for motion to compel compliance with Rule 45 subpoena as well as answering Nick and Kira's requests. |
| 01/06/25 | L M Nemiroff | 2.4 | Drafting legal background and finding cites for motion to compel compliance with Rule 45 subpoena as well as answering Nick and Kira's requests. |
| 01/06/25 | L M Nemiroff | 0.8 | Revising motion to compel compliance with Rule 45 discovery as well as answering Nick and Kira's requests. |
| 01/06/25 | L Soboleva | 2.5 | Assisted N. Baniel with motion to compel discovery preparation. |
| 01/07/25 | N A Baniel | 0.7 | Research motion to compel and available remedies based on comments from R. Lamkin. |
| 01/07/25 | H K Gill | 0.8 | Conduct research regarding motion to file under seal in EDVA, and correspond with L. Nemiroff re strategy and instructions re same. |
| 01/07/25 | H K Gill | 0.7 | Plan for and participate in sync call with A. Osisioma regarding patent misuse mock trial and strategize outline for argument. |
| 01/07/25 | C R Knapp | 0.3 | Research privilege and litigation funding issue (0.3). |
| 01/07/25 | L M Nemiroff | 0.2 | Call with Kira discussing declaration and motion to seal procedure. |
| 01/07/25 | L M Nemiroff | 0.9 | Compiling cites for Motion to Compel Compliance with Rule 45 subpoena. |
| 01/07/25 | L M Nemiroff | 1.0 | Researching procedure for filing motion to seal and drafting the documents that are required for filing a motion to seal in the Eastern District of Virginia courts. |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: March 31, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/07/25 | L M Nemiroff | 0.8 | Researching procedure for filing motion to seal and drafting the documents that are required for filing a motion to seal in the Eastern District of Virginia courts. |
| 01/07/25 | L M Nemiroff | 2.2 | Researching procedure for filing motion to seal and drafting the documents that are required for filing a motion to seal in the Eastern District of Virginia courts. |
| 01/07/25 | L M Nemiroff | 0.3 | Researching whether the privilege log was marked as confidential for the Motion to Compel Compliance with Rule 45 subpoena. |
| 01/07/25 | L M Nemiroff | 0.4 | Uploading AiPi, LLC production to Perkins Coie shared drive for Ariel's access. |
| 01/08/25 | N A Baniel | 4.2 | Discussed Strategy with team related to meet and confer with AiPi (0.5); edits to motion to compel based on comments from A. House (3.2); confer with R. Lamkin re: styling of motion to compel and related strategy (0.5) |
| 01/08/25 | L J Dreyer | 0.7 | Consider strategy regarding motion to compel on AiPi subpoena. |
| 01/08/25 | H K Gill | 0.7 | Plan for and participate in team strategy call regarding discovery process and whether to move to compel. |
| 01/08/25 | C R Knapp | 2.8 | Strategize with team regarding EDVA motion to compel and (0.6); draft and research issues related to EDVA motion to compel (2.20). |
| 01/08/25 | R D Lamkin | 2.3 | Meet with Perkins and BB regarding motion to compel; begin to draft Rule 45(g) motion for contempt |
| 01/08/25 | L M Nemiroff | 0.3 | Answering Ariel's questions with respect to Motion to Compel. |
| 01/08/25 | L M Nemiroff | 0.1 | Converting chronological timeline of AiPi's most recent production into an excel document so the topic groupings can be sorted. |
| 01/08/25 | L M Nemiroff | 0.7 | Cross team meeting to strategize how to proceed with motion to compel against AiPi. |
| 01/08/25 | L M Nemiroff | 0.3 | Modifying chronological timeline of AiPi's most recent production per Rachael's request. |
| 01/09/25 | C R Knapp | 3.7 | Research issues in support of EDVA motion to compel (3.70). |

BAKER BOTTS LLP

Invoice No:
Invoice Date: March 31, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/09/25 | L M Nemiroff | 1.2 | Correcting and removing redundancies and non-responsive documents for chronological AiPi production sheet. |
| 01/09/25 | L M Nemiroff | 0.8 | Removing all redundancies and non-responsive documents from the document production sheet. |
| 01/09/25 | L M Nemiroff | 1.3 | Searching and creating table of representations made by AiPi in the Eastern District in Virginia about the volume of documents responsive to the subpoena. |
| 01/09/25 | L M Nemiroff | 1.7 | Searching and creating table of representations made by AiPi in the Eastern District in Virginia about the volume of documents responsive to the subpoena. |
| 01/09/25 | L M Nemiroff | 0.4 | Searching and creating table of representations made by AiPi in the Eastern District in Virginia about the volume of documents responsive to the subpoena. |
| 01/10/25 | N A Baniel | 2.2 | Research regarding treatment of common interest privilege in 4th Circuit and in patent cases. |
| 01/10/25 | L J Dreyer | 0.2 | Analyze research on contempt orders for subpoenas. |
| 01/10/25 | C R Knapp | 0.4 | Strategize with team and analyze issues regarding EDVA motion to compel and for sanctions (0.4). |
| 01/10/25 | J P Mitchell | 0.6 | Assist attorneys with motion to compel, motion to seal confidential materials in preparation of filing same January 17, 2025 and email to R. Lamkin, C. Knapp re same. |
| 01/10/25 | L M Nemiroff | 1.6 | Finding quoted citations regarding AiPi's statements on breadth of subpoena and AiPi not engaging in the practice of law. |
| 01/10/25 | L M Nemiroff | 0.7 | Reading contempt briefing in light of chronological production chart. |
| 01/10/25 | L M Nemiroff | 0.6 | Revising chronological production sheet for use as an exhibit. |
| 01/11/25 | L J Dreyer | 1.0 | Analyze and revise motion for contempt. |
| 01/12/25 | L M Nemiroff | 1.3 | Modifying privilege log excel sheet to be accessible in excel pc application and preparing chart for use as exhibit alongside contempt motion. |
| 01/12/25 | L M Nemiroff | 0.1 | Scheduling AiPi team meeting. |
| 01/13/25 | L J Dreyer | 0.6 | Analyze and revise motion for contempt. |

**BAKER BOTTS** LLP

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: March 31, 2025
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/13/25 | C R Knapp | 3.3 | Review EDVA motion to compel and for contempt and research issues related to the same (3.3). |
| 01/13/25 | R D Lamkin | 5.1 | Draft Rule 45(g) motion; review record for same [4.8]; engage in m&C with AiPi counsel [.5] |
| 01/13/25 | J P Mitchell | 2.0 | Assist attorneys with Netflix's motion for contempt, exhibits, motion to seal confidential material in preparation of filing same January 17, 2025 and emails to R. Lamkin, C. Knapp re same; review EDVA local rules re courtesy copies in preparation of providing same January 17, 2025 and email to R. Lamkin, C. Knapp results of same. |
| 01/13/25 | L M Nemiroff | 0.2 | Updating AiPi modified privilege log sheet for use as an exhibit. |
| 01/13/25 | L M Nemiroff | 1.7 | Verifying veracity of privilege log exhibit we will be submitting with Court alongside motion. |
| 01/14/25 | N A Baniel | 1.0 | Discuss status of motion for contempt and case status with internal team. |
| 01/14/25 | H K Gill | 0.7 | Participate in team call with Perkins Coie regarding motion to compel filing logistics and arguments. |
| 01/14/25 | A D House | 2.7 | Review correspondence with the team, and prepare for and participate in team strategy call to discuss motion for contempt and related strategy (1.0); review drafts of Netflix documents and conference with Cailyn regarding the same (0.5); review the client's edits to the current draft, and revise and edit the current draft, before sending to Rachael Lamkin for her review in advance of the meet and confer scheduled with AiPi's counsel (1.2). |
| 01/14/25 | C R Knapp | 7.4 | Research issues related to, EDVA motion for sanctions against AiPi and accompanying sealing motion and draft the same (5.9); attend call with co-counsel to strategize regarding the same (1.0); attend call with client regarding the same (0.5). |
| 01/14/25 | R D Lamkin | 6.2 | Draft Rule 45(g) motion; review record for same; conduct legal research and analysis for same; continue to review and analyze AiPi production for same |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: March 31, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 01/14/25 | J P Mitchell | 2.7 | MS Team meeting with team re Netflix's motion for sanctions, exhibits, confidential materials in preparation of filing same January 17, 2025 (.60). Assist attorneys with Netflix's motion for contempt, review MS excel privilege log, compare same to AiPi's PDF privilege log and email results of same to C. Knapp, L. Nemiroff (1.5). Review motion to seal confidential documents in preparation of filing same January 17, 2025 (.60). |
| 01/14/25 | L M Nemiroff | 2.4 | Checking cites in contempt motion to make sure the case came out in our favor, proposition is correct, and case is properly shepardized. |
| 01/14/25 | L M Nemiroff | 0.5 | Creating sortable spreadsheet for the thumbdrive to be given to Judge Brinkema and compiling and sending to Cailyn all of the privilege logs (spreadsheet exhibits) to accompany the complaint. |
| 01/14/25 | L M Nemiroff | 0.7 | Discussing best strategy for motion to compel as well as procedures for filing the contempt motion. |
| 01/14/25 | L M Nemiroff | 0.8 | Revising filing day sheet with Cailyn as well as discussing how to move forward with motion to seal and accompanying documents and exhibits to the contempt motion. |
| 01/15/25 | N A Baniel | 0.9 | Discuss case strategy and remaining tasks related to motion for contempt with internal team after meet and confer. |
| 01/15/25 | L J Dreyer | 0.5 | Consider strategy for meet and confer on subpoena. |
| 01/15/25 | H K Gill | 0.5 | Participate in internal team meeting to discuss meet and confer and procedure for filing motion for contempt. |
| 01/15/25 | A D House | 5.0 | Review correspondence from AiPi and declaration from Eric Morehouse, and conference with the team regarding the same (0.8); draft list of suggested search terms and other requests for discussion purposes during the meet and confer (0.8); review correspondence with our team and AiPi's counsel regarding discovery disputes and preparing for Friday's filings (0.5); prepare for and participate in team call to discuss meet and confer (0.9); review AiPi's draft stipulation (0.1); review the client's edits and comments to the draft motion, and revise and edit the current draft (1.9). |
| 01/15/25 | C R Knapp | 6.5 | Draft and revise materials in support of EDVA motion for contempt and motion to seal (6.5). |
| 01/15/25 | R D Lamkin | 7.2 | Draft Rule 45(g) motion; review record for same; conduct legal research and analysis for same; continue to review and analyze AiPi production for same |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: March 31, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/15/25 | J P Mitchell | 3.0 | Continue to review MS excel privilege log created by L. Nemiroff, compare same to AiPi's PDF privilege log and email results of same to C. Knapp, L. Nemiroff (.70). MS Team meeting with team re Netflix's motion for contempt, exhibits, declarations, confidential materials, redactions in preparation of filing same January 17, 2025 and discussion with C. Knapp re same (.70). Review, organize exhibits in support of motion, prepare declaration of R. Lamkin (1.0). Review, revise declaration of L. Nemiroff, organize exhibits in support (.60). |
| 01/15/25 | L M Nemiroff | 0.2 | Call with Cailyn discussing my declaration and citations. |
| 01/15/25 | L M Nemiroff | 1.1 | Cite checking motion to hold AiPi in contempt. |
| 01/15/25 | L M Nemiroff | 2.6 | Cite checking motion to hold AiPi in contempt. |
| 01/15/25 | L M Nemiroff | 0.4 | Cite checking motion to hold AiPi in contempt. |
| 01/15/25 | L M Nemiroff | 0.6 | Cite checking motion to hold AiPi in contempt. |
| 01/15/25 | L M Nemiroff | 1.3 | Creating spreadsheet of Ramey invoices as well as creating document showing AiPi acting as legal counsel based off of the Ramey invoice entries. |
| 01/15/25 | L M Nemiroff | 1.0 | Creating table of Ramey invoices produced by AiPi in Topic 6 downloaded per Rachael's request. |
| 01/15/25 | L M Nemiroff | 0.4 | Discussing remaining items needing to be completed for motion to hold AiPi in contempt. |
| 01/15/25 | L M Nemiroff | 0.3 | Downloading and sending all Ramey invoices produced in Topic 6 per Rachael's request. |
| 01/16/25 | N A Baniel | 1.1 | Review motion for contempt brief and provide edits to C. Knapp. |
| 01/16/25 | A D House | 1.7 | Review correspondence with the team and opposing counsel regarding ongoing discovery disputes, and preparing for tomorrow's filings (0.5); review current drafts and discuss with Cailyn Reilly (1.2). |
| 01/16/25 | C R Knapp | 6.6 | Draft, revise, and prepare for filing motion for contempt, motion to seal, and accompanying papers (6.6). |
| 01/16/25 | R D Lamkin | 6.9 | Continue to draft Rule 45(g) motion; continue review and analysis of record in this case and all AiPi cases for same |

BAKER BOTTS LLP

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: March 31, 2025
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/16/25 | J P Mitchell | 5.2 | Assist attorneys with Netflix's motion for contempt, revise declaration of R. Lamkin in support, review, revise notice of motion for contempt, memorandum of law in support, finalize exhibits in support of motion for contempt, revise declaration of L. Nemiroff, organize exhibits in support of same and discussion with C. Knapp re same (4.5); revise motion to seal confidential documents (.40); prepare cover letter to Judge Brinkema enclosing courtesy copies of Netflix's motion for contempt, supporting documents in preparation of submission of same January 17, 2025 (.30). |
| 01/16/25 | L M Nemiroff | 2.6 | Checking citations to cases and annotating specific citations in motion to hold AiPi in contempt. |
| 01/16/25 | L M Nemiroff | 1.4 | Checking citations to cases and exhibits in the motion to hold AiPi in contempt. |
| 01/16/25 | L M Nemiroff | 0.9 | Checking citations to cases and exhibits in the motion to hold AiPi in contempt. |
| 01/16/25 | L M Nemiroff | 0.6 | Finalizing and revising Nemiroff declaration. |
| 01/16/25 | L M Nemiroff | 1.4 | Modifying and finalizing Exhibits B and C for motion to hold AiPi in contempt. |
| 01/17/25 | A D House | 0.4 | Review correspondence with the team regarding finalizing and filing the Netflix motion papers, and conference with the team regarding the same. |
| 01/17/25 | C R Knapp | 6.1 | Draft and revise EDVA motion for civil contempt and related filings (6.1). |
| 01/17/25 | J P Mitchell | 4.7 | Review, revise Netflix's notice of motion for contempt, memorandum of law in support, proposed order, declarations of R. Lamkin, l. Nemiroff, finalize exhibits in support of same, revise notice of hearing, motion to seal, memorandum of law, notice of filing motion to seal, prepare redactions to public memorandum of law in support of motion for contempt, electronically file same (3.2); draft service email to AiPi enclosing Netflix's submission for attorney review (.20); prepare courtesy copies of Netflix submission, arrange for hand delivery to Judge Brinkema, Judge Fitzpatrick and email to R. Lamkin, C. Knapp confirming same (1.3). |
| 01/20/25 | T B Carter Jr. | 2.3 | Review and analyze motion for contempt. |
| 01/20/25 | C R Knapp | 0.8 | Strategize regarding EDVA motion for contempt briefing (0.8). |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: March 31, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/21/25 | C R Knapp | 0.6 | Prepare for EDVA hearing on motion for civil contempt of AiPi (0.6). |
| 01/21/25 | J P Mitchell | 2.0 | Assist attorneys with reply in support of motion for contempt in preparation of filing same January 23, 2025. |
| 01/22/25 | A D House | 4.1 | Review correspondence regarding AiPi's supplemental production, conferencing with AiPi's counsel regarding ongoing disputes, and coordinating our response (0.6); (0.3); review AiPi's motion and exhibits (1.0); begin outlining section addressing AiPi's failure to comply with the subpoena (0.3); revise and edit Rachael Lamkin's draft reply in support of the motion for contempt (1.4). |
| 01/22/25 | C R Knapp | 7.3 | Strategize regarding, and prepare for, EDVA motion for civil contempt of AiPi (7.3). |
| 01/22/25 | J P Mitchell | 3.7 | Assist attorneys with Netflix's reply in support of motion for contempt, attend MS Teams conference call re submission, exhibits, file same January 24, 2025 (.50); review reply brief re exhibits cited, organize same, prepare declaration of R. Lamkin and email to R. Lamkin, C. Knapp enclosing same for review (.70). Review AiPi's opposition to motion for contempt, exhibits and email to R. Lamkin, C. Knapp enclosing same (.50). Prepare binder, index of Netflix's motion for contempt, supporting declarations, exhibits, AiPi's opposition in preparation of January 25, 2025 hearing per attorney (2.0). |
| 01/22/25 | L M Nemiroff | 0.3 | Associate AiPi documents produced after meet and confer with PLE Nos. from Exhibits attached to Nemiroff declaration. |
| 01/22/25 | L M Nemiroff | 1.0 | Determining the scope of the duty to preserve documents in the 4th Circuit and sending Rachael analysis. |
| 01/22/25 | L M Nemiroff | 0.6 | Determining the scope of the duty to preserve documents in the 4th Circuit. |
| 01/22/25 | L M Nemiroff | 0.3 | Discussing and workshopping mock trial themes with Kira Gill. |
| 01/22/25 | L M Nemiroff | 0.6 | Discussing trial themes and overall mock themes with non-infringement, damages, and patent misuse team. |
| 01/22/25 | L M Nemiroff | 2.5 | Finding citations for the Reply brief as well as reporting inconsistencies in the Opposition Exhibits compared with past AiPi briefing. |
| 01/22/25 | L M Nemiroff | 0.5 | Planning call with AiPi team regarding filing reply brief. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/22/25 | L M Nemiroff | 0.4 | Reading AiPi opposition brief for review of arguments in preparation of AiPi opp review call. |
| 01/22/25 | L M Nemiroff | 0.3 | Reviewing opposition brief with AiPi reply brief team. |
| 01/22/25 | M L White | 5.3 | Prepare strategy on motion to hold AiPi in contempt, analyze AiPi response, and draft portions of reply brief in support. |
| 01/23/25 | L J Dreyer | 3.7 | Analyze AiPi's opposition to motion for contempt and consider strategy for argument (1.1); consider strategy for same with co-counsel (0.5); consider strategy for motion to seal for argument and analyze legal research on same (2.1). |
| 01/23/25 | A D House | 0.5 | Review final versions of the Netflix motion and exhibits in advance of the hearing. |
| 01/23/25 | C R Knapp | 8.9 | Strategize regarding, and plan and prepare for, hearing on motion for civil contempt of AiPi and motion to seal (8.9). |
| 01/23/25 | R D Lamkin | 4.6 | Draft reply ISO Rule 45 motion |
| 01/23/25 | Y V Makarova | 3.3 | Per request of C. Knapp, prepared two sets of updated binders with documents for the hearing of January 23 regarding Motion to Seal and Motion for Contempt; arranged messengers for the delivery to R. Lampkin and C. Knapp. |
| 01/23/25 | J P Mitchell | 3.9 | Review, revise, finalize Netflix's reply in support of motion for contempt, declaration of R. Lamkin, exhibits in support, and electronically file same (2.0). Revise cover letter to Judge Brinkema, prepare courtesy copies of reply brief, arrange for hand delivery to Judge Brinkema and email to R. Lamkin, C. Knapp confirming same (.80). Assist attorneys with January 24, 2025 hearing, preparation for same, revise binders of parties submissions on Netflix's motion for contempt and discussion with C. Knapp re same (1.1). |
| 01/23/25 | L M Nemiroff | 0.3 | Reaching out to three forensic imaging vendors: Vanessa Beckstrom, Jerry Bui, and Repario Sales. |
| 01/23/25 | L M Nemiroff | 2.0 | Researching information required in inquiries to forensic discovery vendors as well as formulating email to send to forensic discovery vendors. |
| 01/23/25 | M L White | 6.5 | Analyze AiPi's response to Netflix's motion for contempt, prepare stratevy on reply in support of motion, and revise draft of reply. |

BAKER BOTTS LLP

Invoice No:
Invoice Date: March 31, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/24/25 | L J Dreyer | 4.0 | Analyze AiPi's opposition to motion to seal and consider strategy for argument (.2); prepare for and attend argument on motion for contempt and motion to seal (3.2); consider strategy following same (.5). |
| 01/24/25 | L J Dreyer | 1.3 | Revise proposed order and correspond with opposing counsel on same for filing. |
| 01/24/25 | A D House | 1.5 | Conference with the team regarding the Netflix ruling (0.2); review the transcript and the draft proposed order, revise and edit the draft proposed order, and conference with the team regarding the same (1.3). |
| 01/24/25 | C R Knapp | 9.7 | Prepare for and attend hearing on EDVA motion for civil contempt and prepare post-hearing submissions related to retro (9.7). |
| 01/24/25 | R D Lamkin | 4.9 | Argue Rule 45 motion [1.7]; prepare for hearing [3.2] |
| 01/24/25 | J P Mitchell | 4.7 | Assist attorneys with January 24, 2025 hearing before Judge Brinkema, organize additional materials for same per attorney and email to C. Knapp confirming same (.70). Review AiPi's response in support of Netflix's motion to seal and email to R. Lamkin, C. Knapp enclosing same (.30). Review Judge Brinkema's order re Netflix's confidential memorandum of law in support of motion for contempt, exhibits, prepare public versions, redactions to same, review, proposed discovery order, electronically file public memorandum, exhibits, proposed order and email to R. Lamkin, L. Dreyer, C. Knapp confirming same (3.0). |
| 01/24/25 | L M Nemiroff | 0.5 | Call with Brian Blush and his team--forensic discovery vendors. |
| 01/24/25 | L M Nemiroff | 0.4 | Call with forensic discovery vendors. |
| 01/24/25 | L M Nemiroff | 0.2 | Call with Rachael discussing forensic discovery vendor details. |
| 01/24/25 | L M Nemiroff | 0.3 | Call with Vanessa Beckstrom--forensic discovery vendor. |
| 01/24/25 | L M Nemiroff | 0.4 | Collating forensic discovery vendors list. |
| 01/24/25 | L M Nemiroff | 0.2 | Phone call with Julian Brown--representative from Repario (forensic vendor). |
| 01/24/25 | L M Nemiroff | 0.1 | Responding to Jackie Sheckels with further information regarding forensic discovery. |

**BAKER BOTTS** L.L.P.

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: March 31, 2025
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/27/25 | A D House | 0.9 | Review the draft forensic protocol, review forensic examiner reports, and conference with Cailyn Reilly Knapp regarding suggestions for the protocol (0.6); review correspondence with the team regarding proposed search terms, AiPi's production, and scope of proposed imaging (0.3). |
| 01/27/25 | C R Knapp | 4.1 | Prepare search terms and forensic discovery protocol related to EDVA motion for civil contempt (4.1). |
| 01/27/25 | J P Mitchell | 0.9 | Prepare cover letter to Judge Brinkema enclosing proposed order on Netflix's motion for contempt, public versions of memorandum of law in support of motion for contempt, exhibits A, G, H, J, K, N, & O and arrange for hand delivery to Judge Brinkema, Judge Fitzpatrick (.70). Review Judge Brinkema's order granting motion for contempt and email to R. Lamkin, C. Knapp enclosing same (.20). |
| 01/27/25 | L M Nemiroff | 0.4 | Contacting Vanessa Beckstrom (forensic imaging contact for PricewaterhouseCoopers) regarding specifications of forensic imaging and updating Cailyn on their forensic imaging capabilities. |
| 01/27/25 | L M Nemiroff | 0.2 | Reaching out to forensic vendors to confirm what collection methods they use for confirming information in stipulated forensic protocol. |
| 01/27/25 | L M Nemiroff | 0.4 | Responding to Forensics Business Development (forensic vendor) regarding their proposal submitted last Friday. |
| 01/27/25 | L M Nemiroff | 2.9 | Reviewing AiPi production of all documents on the privilege log and flagging for Rachael any potential deficiencies in the documents turned over. |
| 01/28/25 | L J Dreyer | 0.5 | Revise forensic protocol and search terms. |
| 01/28/25 | C R Knapp | 3.4 | Negotiate search terms for EDVA AiPi subpoena and prepare the same for filing (3.4). |
| 01/28/25 | J P Mitchell | 0.6 | Assist attorneys with joint notice of agreed initial list of search terms in preparation of submission of same and discussion with C. Knapp re same. |
| 01/28/25 | L M Nemiroff | 0.6 | Corresponding with BDO and PWC--forensic vendors--to finalize their proposals for Lauren Dreyer review. |
| 01/28/25 | L M Nemiroff | 0.6 | Emailing Lauren Dreyer with recommendations of forensic vendors and summarizing both of their proposals for her review. |

BAKER BOTTS LLP

Invoice No:
Invoice Date: March 31, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/29/25 | L J Dreyer | 1.0 | Revise forensics protocol and search terms for finalization (0.5); correspond with opposing counsel on same (0.2); analyze budgets for forensics experts for recommendation (0.3). |
| 01/29/25 | C R Knapp | 2.9 | Negotiate search terms and review protocol with counsel for AiPi, and draft agreed version of the same, in EDVA AiPi matter (2.9). |
| 01/29/25 | J P Mitchell | 0.7 | Assist attorneys with notice of agreed initial list of search terms, review, revise, electronically file same and email to R. Lamkin, L. Dreyer, C. Knapp confirming same |
| 01/29/25 | L M Nemiroff | 0.9 | Communicating with BDO and PWC--forensic vendors--with respect to specifications of forensic imaging to seek low-cost proposal. |
| 01/29/25 | L M Nemiroff | 0.9 | Corresponding with Lauren Dreyer and summarizing vendor information for her final review. |
| 01/29/25 | L M Nemiroff | 0.7 | Inquiring on further price details to BDO and PWC--forensic vendors--and relaying further details to Lauren Dreyer. |
| 01/29/25 | L M Nemiroff | 0.4 | Updating Lauren, Cailyn, and Rachael with review of each forensic vendor's proposal. |
| 01/30/25 | L J Dreyer | 0.4 | Correspond with forensics expert and coordinate protocol for discovery. |
| 01/30/25 | C R Knapp | 1.8 | Plan and prepare for AiPi forensic collection (1.8). |
| 01/30/25 | L M Nemiroff | 0.1 | Respond to vendor regarding their outstanding questions and coordinating with Lauren and Cailyn regarding same. |
| 01/31/25 | L J Dreyer | 1.0 | Conduct call with co-counsel regarding discovery strategy (0.4); correspond with forensics vendor and AiPi regarding engagement agreement and protocol (0.3); analyze and revise forensics engagement agreement (0.3). |
| 01/31/25 | C R Knapp | 1.1 | Plan and prepare for AiPi forensic discovery and communicate with client regarding the same (0.8); attend strategy call with co-counsel (0.3). |

**Matter Hours** 389.6

**Matter Fees**

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: March 31, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2025 Lawyer Summary**

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| N A Baniel | 43.4 | | | | |
| T B Carter Jr. | 2.3 | | | | |
| L J Dreyer | 14.9 | | | | |
| H K Gill | 41.4 | | | | |
| A D House | 18.8 | | | | |
| C R Knapp | 78.4 | | | | |
| R D Lamkin | 45.2 | | | | |
| L M Nemiroff | 92.9 | | | | |
| M L White | 11.8 | | | | |
| | **349.1** | | | | |

**2025 Non-Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| Y V Makarova | 3.3 | | | | |
| J P Mitchell | 34.7 | | | | |
| L Soboleva | 2.5 | | | | |
| | **40.5** | | | | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: March 31, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

**For Expenses Incurred :**

Vendor: Lamkin, Rachael D. Invoice#: 7192953302031601 Date: 2/3/2025 - RACHAEL LAMKIN - Hotel - Lodging - Westin hotel stay 1/21-1/25

Vendor: Lamkin, Rachael D. Invoice#: 7192953302031601 Date: 2/3/2025 - RACHAEL LAMKIN - Hotel - Lodging - Westin hotel stay 1/21-1/25

Vendor: Lamkin, Rachael D. Invoice#: 7192953302031601 Date: 2/3/2025 - RACHAEL LAMKIN - Hotel - Lodging - Westin hotels - In room dining

Vendor: American Express Co. Invoice#: 7196636802051553 Date: 2/5/2025 - RACHAEL LAMKIN - Taxi / Car Service - Transportation to depo

Vendor: Lamkin, Rachael D. Invoice#: 7192953302031601 Date: 2/3/2025 - RACHAEL LAMKIN - Hotel - Lodging - Westin hotel - In room dining.

Vendor: Lamkin, Rachael D. Invoice#: 7192953302031601 Date: 2/3/2025 - RACHAEL LAMKIN - Hotel - Lodging - Westin hotel stay 1/21-1/25

Vendor: Lamkin, Rachael D. Invoice#: 7192953302031601 Date: 2/3/2025 - RACHAEL LAMKIN - Hotel - Lodging - Westin hotel stay 1/21-1/25

Vendor: American Express Co. Invoice#: 7211214302051612 Date: 2/5/2025 - LAUREN DREYER - Parking - 01/24/2025 - Lauren Dreyer - Washington - Parking to attend court appearance

Vendor: American Express Co. Invoice#: 7192392602051612 Date: 2/5/2025 - CAILYN KNAPP - Parking - January 24, 2025- Attend hearing for Netflx. Parking.

Vendor: Stephanie M. Austin Invoice#: 641 Date: 01/24/2025 - Invoice #641 - Transcripts for Jan. 24, 2025 hearing.

Vendor: American Express Co. Invoice#: 7193081602051553 Date: 2/5/2025 - RACHAEL LAMKIN - Taxi / Car Service - Transportation to/from

Vendor: American Express Co. Invoice#: 7193081602051553 Date: 2/5/2025 - RACHAEL LAMKIN - Taxi / Car Service - Transportation to/from

Vendor: Lamkin, Rachael D. Invoice#: 7192953302031601 Date: 2/3/2025 - RACHAEL LAMKIN - Hotel - Lodging - Taxes/Fees - Westin hotel stay 1/21-1/25

Vendor: Transperfect Document Invoice#: 274498 Date: 01/31/2025 - 274498 - Document production charge.

Vendor: Transperfect Document Invoice#: 274512 Date: 01/31/2025 - 274512 - Project Management time - document production charge.

Vendor: Transperfect Document Invoice#: 274490 Date: 01/31/2025 - 274490 - Document production charge.

BAKER BOTTS LLP

Invoice No:
Invoice Date: March 31, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

Vendor: American Express Co. Invoice#: 7227801102132148 Date: 2/13/2025 - RACHAEL LAMKIN - Taxi / Car Service - Transportation to deposition

Vendor: American Express Co. Invoice#: 7227801102132148 Date: 2/13/2025 - RACHAEL LAMKIN - Taxi / Car Service - Transportation to deposition

Delivery services/messengers

**Total Expenses**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**
March 31, 2025

---

## REMINDER STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

---

**OUTSTANDING INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Total Balance |
|---|---|---|---|---|
| | | | **Total** | |

**PLEASE NOTE: ALL FIGURES ARE NOT INCLUSIVE OF VAT.**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: March 31, 2025
Matter Number:

---

## REMITTANCE STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Invoice Number:**
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

---

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

---

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

| | | | |
|---|---|---|---|
| ***Please Remit to:*** | ***Wiring Instructions***<br>Baker Botts L.L.P.<br><br>(Reference Invoice Number) | ***ACH Information:***<br>Baker Botts L.L.P.<br><br>(Reference Invoice Number) | ***To Pay by Check, send to:***<br>Baker Botts L.L.P.<br>P.O. Box 301251<br>Dallas, TX 75303-1251<br>(Reference Invoice Number) |

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: March 31, 2025
Attorney: R D Lamkin

For professional services rendered through February 28, 2025

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: March 31, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/07/25 | A D House | 2.3 | Review AiPi's privilege log, briefly conduct additional legal research, and revise and edit draft letter complaining of deficiencies with AiPi's privilege log (2.3). |
| 01/11/25 | A D House | 3.2 | Review draft motion, and revise and edit the current draft. |
| 01/13/25 | A D House | 0.4 | Briefly review current draft of the Netflix motion, and conference with the team regarding the same. |
| 01/27/25 | V J Quaciari | 0.8 | Conferred with C. Knapp regarding forensic protocol and investigation and followed up regarding related issues. |
| 01/28/25 | V J Quaciari | 0.4 | Advised on language for forensic protocol. |
| 02/03/25 | C R Knapp | 2.1 | Research jurisdictional issues related to AiPi litigation (2.1) |
| 02/04/25 | L J Dreyer | 0.2 | Correspond with forensics vendor regarding data processing and delivery (0.2). |
| 02/04/25 | C R Knapp | 1.4 | Review AiPi production and communicate with co-counsel regarding the same (0.8); research and memorialize third party due process issue (0.6). |
| 02/06/25 | L M Nemiroff | 0.1 | Review Rachael email highlighting low standard for crime-fraud exception in light of how this applies to AiPi forensic production. |
| 02/10/25 | L J Dreyer | 0.4 | Consider strategy for forensic discovery and correspond with vendor on same. |
| 02/10/25 | C R Knapp | 0.7 | Confer with R. Lamkin and L. Dreyer regarding AiPi (0.4); communicate with vendor regarding AiPi forensic collection (0.3). |
| 02/10/25 | L M Nemiroff | 0.1 | Call with team discussing forensic discovery vendor next steps. |
| 02/10/25 | L M Nemiroff | 0.5 | Correspond with forensic vendor to enable downloading of produced documents. |
| 02/11/25 | C R Knapp | 0.6 | Plan and prepare for forensic report of AiPi devices and communicate review plan to team (0.6). |
| 02/11/25 | L M Nemiroff | 0.9 | Call with Amara summarizing Valjakka litigation and likely next steps required to be taken with forensic vendor. |
| 02/11/25 | L M Nemiroff | 0.4 | Construct timeline of Valjakka litigation to determine next steps to be taken in the litigation. |

**BAKER BOTTS** LLP

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: March 31, 2025
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/12/25 | L J Dreyer | 0.6 | Conduct call with co-counsel regarding strategy on motion for sanctions and forensic discovery. |
| 02/12/25 | L M Nemiroff | 0.9 | Prepare materials to assist Amara and team on next steps to be taken once forensic discovery is received from forensic vendor. |
| 02/12/25 | L M Nemiroff | 0.3 | Update team and correspond with forensic vendor urging a faster upload of the reports. |
| 02/13/25 | C R Knapp | 1.1 | Draft updates to the court and client regarding EDVA third party discovery (0.8); review, and communicate with L. Nemiroff regarding, forensic report of AiPi device imaging (0.3). |
| 02/13/25 | L M Nemiroff | 1.8 | Access, download, and disseminate forensic reports of Morehouse's laptop to internal team and Perkins Coie team. |
| 02/13/25 | L M Nemiroff | 0.7 | Correspond with internal team and forensic vendor regarding status of running search terms on Eric Morehouse's laptop. |
| 02/14/25 | L J Dreyer | 0.5 | Correspond with opposing counsel and forensics vendor (.4); analyze and revise notice of status update (.1). |
| 02/14/25 | C R Knapp | 0.9 | Review NDCA status reports and draft and revise NDCA status report on AiPi forensic discovery (0.4); communicate with neutral vendor and counsel for AiPi regarding forensic discovery process (0.5). |
| 02/14/25 | J P Mitchell | 0.6 | Assist attorneys with status report in preparation of filing same in NDCA and discussion with C. Knapp re same. |
| 02/14/25 | L M Nemiroff | 0.4 | Correspond with forensic vendors and internal team regarding status of Morehouse laptop file reports. |
| 02/14/25 | L M Nemiroff | 1.5 | Draft worksheet summarizing AiPi litigation and next steps regarding forensic discovery for Amara and Kira. |
| 02/16/25 | L M Nemiroff | 0.5 | Download and update internal team on contents of Morehouse's forensically imaged external hard drive. |
| 02/17/25 | L M Nemiroff | 0.9 | Draft worksheet summarizing AiPi litigation and next steps regarding forensic discovery for Amara and Kira. |
| 02/17/25 | L M Nemiroff | 0.3 | Draft worksheet summarizing AiPi litigation and next steps regarding forensic discovery for Amara and Kira. |

BAKER BOTTS LLP

Invoice No:
Invoice Date: March 31, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/17/25 | L M Nemiroff | 0.6 | Review new documents released by forensic vendor pertaining to Morehouse emails and informing internal and Perkins team of contents of new documents. |
| 02/18/25 | L J Dreyer | 0.3 | Consider strategy for forensics keyword hit count. |
| 02/18/25 | C R Knapp | 0.2 | Strategize with team and community Kate with vendor regarding AiPi forensic collections (0.20). |
| 02/18/25 | J P Mitchell | 0.6 | Assist attorneys with status report in preparation of filing same in Northern District of California, review l, revise, electronically file same and email to R. Lamkin, C. Knapp confirming same. |
| 02/18/25 | L M Nemiroff | 0.4 | Correspond with forensic vendors and internal team regarding status of Morehouse laptop and external hard drive search term reports. |
| 02/18/25 | L Soboleva | 0.4 | Reviewed and organized case materials for distribution and files. |
| 02/19/25 | L Soboleva | 0.1 | Reviewed and organized case materials for distribution and files. |
| 02/20/25 | N A Baniel | 0.4 | Discuss AiPi's document collection and timing with internal team. |
| 02/20/25 | L J Dreyer | 1.0 | Consider strategy on forensic discovery and hit count (0.8); correspond with vendor on same (0.2). |
| 02/20/25 | H K Gill | 0.8 | Discuss search strategy through documents for forensic discovery. |
| 02/20/25 | C R Knapp | 1.0 | Attend team strategy call to focus AiPi search term hits (0.8); draft email to counsel for AiPi regarding meet and confer on search term hits pursuant to forensic review protocol (0.2). |
| 02/20/25 | R D Lamkin | 0.5 | Meet with Perkins litigation team about case strategy |
| 02/20/25 | L M Nemiroff | 0.7 | Discern and discuss with team highest value emails to send to forensic vendor for AiPi's review. |
| 02/20/25 | L M Nemiroff | 0.5 | Draft emails to forensic vendors and opposing counsel for Lauren's review. |
| 02/20/25 | L M Nemiroff | 0.2 | Upload latest batch of forensic discovery reports and disseminate to Perkins team. |

**BAKER BOTTS** L.L.P.

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: March 31, 2025
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/21/25 | L J Dreyer | 0.5 | Conduct call with forensics vendor and AiPi regarding protocol and high priority documents. |
| 02/21/25 | L J Dreyer | 0.3 | Conduct meet and confer with AiPi regarding hit count. |
| 02/21/25 | C R Knapp | 1.3 | Attend meet and confer with counsel for AiPi (0.4); communicate with L. Nemiroff regarding search term hits and review the same (0.9); attend call with forensic vendor. |
| 02/21/25 | L M Nemiroff | 2.4 | Correspond with forensic vendors and internal team in order to expedite review of first batch of forensic discovery. |
| 02/21/25 | L M Nemiroff | 0.3 | Meet with forensic vendors and opposing counsel to prepare batch one of forensic discovery for AiPi's review. |
| 02/24/25 | L J Dreyer | 0.3 | Correspond with forensics vendor and opposing counsel (0.1); correspond with client on status update (0.2). |
| 02/24/25 | L M Nemiroff | 0.3 | Draft email to PwC and opposing counsel regarding recovery of potentially deleted discovery. |
| 02/25/25 | L J Dreyer | 0.3 | Correspond with forensics vendor and opposing counsel on document production and protocol. |
| 02/25/25 | C R Knapp | 0.1 | Review AiPi first production batch (0.10). |
| 02/25/25 | L M Nemiroff | 0.9 | Correspond with PwC and internal team related to expediting forensic discovery process. |
| 02/25/25 | L M Nemiroff | 0.9 | Download and review partial discovery batch. |
| 02/25/25 | L M Nemiroff | 0.5 | Download, send, and summarize findings from review of part of batch 1 forensic discovery. |
| 02/25/25 | L M Nemiroff | 0.6 | Review and summarize partial batch of AiPi discovery. |
| 02/25/25 | L M Nemiroff | 0.4 | Toggle in relativity in order to show Rachael functionality for faster review. |
| 02/26/25 | L M Nemiroff | 0.2 | Corresponding with Prit to create new batch list. |
| 02/26/25 | L M Nemiroff | 0.5 | Determine which files were included in batch 1 review of forensically imaged documents, and summarize findings of non-included documents to Lauren. |
| 02/26/25 | L M Nemiroff | 0.4 | Discuss findings of partial batch of discovery with Rachael and summarize findings in subsequent email. |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: March 31, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/26/25 | L M Nemiroff | 0.4 | Draft request for PwC for individual hit reports broken up by source per conversation with Lauren. |
| 02/26/25 | L M Nemiroff | 1.7 | Refine batch two list to target higher priority discovery for AiPi to review. |
| 02/26/25 | L M Nemiroff | 0.4 | Review and disseminate findings of disaggregated by device forensic discovery report to Baker Botts and Perkins Coie team. |
| 02/26/25 | L M Nemiroff | 0.7 | Send first batch of produced documents to Perkins team and correspond with internal team regarding creation of batch 2 of documents for AiPi to review. |
| 02/27/25 | L J Dreyer | 0.4 | Consider strategy for second batch of high priority documents from forensic discovery (0.4). |
| 02/27/25 | R D Lamkin | 1.9 | Review and analyze AiPi production |
| 02/27/25 | L M Nemiroff | 0.6 | Coordinate with Lauren and revise batch 2 request to target higher priority files. |
| 02/27/25 | L M Nemiroff | 0.2 | Correspond with PwC to prepare the second batch of documents for AiPi's review. |
| 02/27/25 | L M Nemiroff | 0.5 | Correspond with PwC to prepare the second batch of documents for AiPi's review. |
| 02/27/25 | L M Nemiroff | 1.5 | Correspond with PwC to prepare the second batch of documents for AiPi's review. |
| 02/27/25 | L Soboleva | 0.2 | Reviewed and organized case materials for distribution and files. |
| 02/28/25 | L J Dreyer | 0.8 | Conduct call with opposing counsel regarding document review procedure (0.3); correspond with vendor and opposing counsel on same (0.5). |
| 02/28/25 | C R Knapp | 0.5 | Meet and confer with counsel for AiPi (0.3); discuss AiPi document negotiation and strategy with L. Dreyer (0.2). |
| 02/28/25 | L M Nemiroff | 2.7 | Removing over a third of irrelevant documents from ingested batch 2 to expedite Brendan's review process. |

**Matter Hours** **55.9**

**Matter Fees**

**BAKER BOTTS** L.L.P.

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: March 31, 2025
Matter:

**2025 Lawyer Summary**

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| N A Baniel | 0.4 | | | | |
| L J Dreyer | 5.6 | | | | |
| H K Gill | 0.8 | | | | |
| A D House | 5.9 | | | | |
| C R Knapp | 9.9 | | | | |
| R D Lamkin | 2.4 | | | | |
| L M Nemiroff | 27.8 | | | | |
| V J Quaciari | 1.2 | | | | |
| | **54.0** | | | | |

**2025 Non-Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| J P Mitchell | 1.2 | | | | |
| L Soboleva | 0.7 | | | | |
| | **1.9** | | | | |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: March 31, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

**For Expenses Incurred :**

Vendor: Lamkin, Rachael D. Invoice#: 7241120602201944 Date: 2/20/2025 - RACHAEL LAMKIN - Airfare - United flight SFO to DC

**Total Expenses**

# BAKER BOTTS L.L.P.

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**
March 31, 2025

## REMINDER STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

**OUTSTANDING INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Total Balance |
|---|---|---|---|---|
| | | | **Total** | |

**PLEASE NOTE: ALL FIGURES ARE NOT INCLUSIVE OF VAT.**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

| | |
|---|---|
| Invoice Number: | |
| Invoice Date: | March 31, 2025 |
| Matter Number: | |

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | |
| **Client:** | Netflix, Inc. |
| **Matter:** | Valjakka v. Netflix |
| **Invoice Number:** | |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.
6
(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.
(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

# BAKER BOTTS L.L.P.

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: April 30, 2025
Attorney: R D Lamkin

For professional services rendered through March 31, 2025

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

BAKER BOTTS LLP

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: April 30, 2025
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/01/25 | L J Dreyer | 0.3 | Correspond with vendor and opposing counsel on document review (0.3). |
| 03/01/25 | L M Nemiroff | 1.2 | Refine batch 2 instructions to aid PwC in getting out documents for privilege review as quickly as possible. |
| 03/02/25 | L M Nemiroff | 0.2 | Ensure through correspondence with PwC that the modified second batch of forensic discovery was made available to AiPi. |
| 03/03/25 | L J Dreyer | 0.1 | Correspond with forensics vendor and AiPi counsel on status update (0.1). |
| 03/03/25 | A D House | 0.1 | Review correspondence regarding scheduling Morehouse deposition, and Judge Tigar order granting extension of time to respond to motion for sanctions. |
| 03/03/25 | C R Knapp | 1.1 | Review communications with forensics team regarding AiPi collection (0.3); strategize and communicate with team regarding corporate representative deposition (0.6); communicate with opposing counsel regarding Mr. Morehouse's deposition date (0.2). |
| 03/03/25 | L M Nemiroff | 0.2 | Analyze and summarize first partial batch of forensic discovery to Amara. |
| 03/03/25 | L M Nemiroff | 0.3 | Draft email correspondence to PwC and opposing counsel. |
| 03/03/25 | L M Nemiroff | 0.8 | Prepare timeline for receipt of next batches of forensically produced documents to prepare agenda for discussion of next steps in discovery and NDCA litigation. |
| 03/03/25 | A Osisioma | 1.7 | Analyze progress, next steps and strategy for AiPi forensic discovery . |
| 03/04/25 | L J Dreyer | 0.5 | Conduct call with co-counsel on strategy for additional document searching from forensics and consider strategy for same (0.5). |
| 03/04/25 | C R Knapp | 0.8 | Communicate internally and with co-counsel regarding deposition date for AiPi corporate representative (0.6); communicate with opposing counsel regarding the same (0.2). |
| 03/04/25 | L M Nemiroff | 0.3 | Discuss extending close of fact discovery, scheduling Morehouse and Onni depositions, and prospective batches of forensic discovery for review. |
| 03/04/25 | L M Nemiroff | 0.3 | Drafting correspondence to send to PwC and opposing counsel. |

BAKER BOTTS LLP

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: April 30, 2025
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/04/25 | A Osisioma | 0.6 | Analyze next steps and strategy for AiPi case in discussion with Perkins Coie (0.3); analyze next steps for review of forensic discovery (0.3). |
| 03/05/25 | L J Dreyer | 0.2 | Correspond with forensics vendor and counsel on discovery issues (0.2). |
| 03/05/25 | A D House | 0.1 | Review correspondence regarding deposition scheduling, and upcoming production deadlines. |
| 03/05/25 | C R Knapp | 0.6 | Communicate with BB and co-counsel regarding AiPi productions and discovery extensions in NDCA (0.6). |
| 03/06/25 | L J Dreyer | 0.4 | Correspond with opposing counsel on deposition scheduling (0.2); correspond with forensics vendor on document production (0.2). |
| 03/06/25 | H K Gill | 0.6 | Correspond with L. Nemiroff to discuss discovery and document review protocol in anticipation of document production. |
| 03/06/25 | C R Knapp | 1.9 | Plan and prepare for AiPi deposition and communicate internally, with vendor, and with opposing counsel regarding document production (1.1); draft AiPi deposition notice and communicate internally and with opposing counsel regarding the same (0.8). |
| 03/06/25 | L M Nemiroff | 0.2 | Draft correspondence with forensic vendor to get access to documents for Perkins team. |
| 03/06/25 | L M Nemiroff | 0.2 | Drafting email to PwC and opposing counsel to give Adam Hester of Perkins Coie, and Kira and Amara of Baker Botts access to Relativity platform. |
| 03/06/25 | L M Nemiroff | 0.4 | Prepare update for broader team on next steps in AiPi dispute. |
| 03/06/25 | L M Nemiroff | 0.1 | Review and mark documents in forensic vendor's initial document production. |
| 03/06/25 | L M Nemiroff | 0.2 | Review third-party release letter to allow Perkins team access to forensically produced documents. |
| 03/06/25 | A Osisioma | 2.8 | Analyze filings and strategy in AiPi case as well as discovery communications to confirm next steps in discovery review (2.2); attend discussion on current strategy for discovery for AiPi matter in discussion with L. Nemiroff and K. Gill (0.6). |
| 03/07/25 | H K Gill | 0.5 | Conduct research regarding current order regarding privilege assertions for document production. |

BAKER BOTTS LLP

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: April 30, 2025
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/07/25 | L M Nemiroff | 1.1 | Analyze and communicate to team whether forensic vendor must release documents given recent assertion of privilege by Ramey/Valjakka. |
| 03/07/25 | A Osisioma | 1.7 | Analyze communications from opposing counsel regarding strategy for forensic discovery and determine next steps. |
| 03/10/25 | L J Dreyer | 1.5 | Conduct call with opposing counsel on forensics protocol (.7); correspond with vendor on additional batches (0.3); consider strategy for reviewing batch 1 documents (.2); analyze key documents from batch 1 (0.3). |
| 03/10/25 | C R Knapp | 1.3 | Prepare for and communicate with opposing counsel regarding meet and confer on AiPi privilege log and third party production privilege review (0.7); attend meet and confers with AiPi counsel regarding privilege log (0.6). |
| 03/10/25 | R D Lamkin | 1.7 | Get up to speed on case given my absence next week, including reviewing status of document production, deposition, and motion to extend discovery |
| 03/10/25 | J P Mitchell | 0.6 | Review email from C. Knapp re AiPi's document production, review of same and discussion with C. Knapp re documents, AiPi's 30(b)(6) deposition, preparation for same. |
| 03/10/25 | A Osisioma | 6.8 | Analyze key issues in AiPi matter and strategy for forensic discovery in discussion with L. Dreyer (0.1); analyze documents collected via forensic discovery to identify key disclosures (6.7). |
| 03/11/25 | L J Dreyer | 0.3 | Conduct call with co-counsel regarding motion for extension (0.3). |
| 03/11/25 | C R Knapp | 1.2 | Analyze AiPi production (1.2). |
| 03/11/25 | L M Nemiroff | 0.3 | Call with Adam discussing forensic vendor protocol for motion to extend fact discovery in NDCA. |
| 03/11/25 | L M Nemiroff | 0.8 | Communicate to team findings from documents pertaining to ownership of '167 patent produced by forensic vendor. |
| 03/11/25 | L M Nemiroff | 0.7 | Editing motion to extend fact discovery with further details from forensic vendor discovery process. |
| 03/11/25 | L M Nemiroff | 1.8 | Respond to Adam's questions pertaining to motion to extend fact discovery. |
| 03/11/25 | L M Nemiroff | 0.2 | Review batch 1 of AiPi production. |

**BAKER BOTTS** LLP

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: April 30, 2025
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/11/25 | L M Nemiroff | 2.8 | Review documents pertaining to ownership of '167 patent produced by forensic vendor. |
| 03/11/25 | L M Nemiroff | 0.7 | Review documents pertaining to ownership of '167 patent produced by forensic vendor. |
| 03/11/25 | A Osisioma | 0.6 | Analyze motion to modify scheduling order (0.3); analyze search terms for next batch (0.1); analyze progress on review and batching of documents in communication with forensic vendors (0.2). |
| 03/12/25 | L J Dreyer | 0.7 | Analyze motion to extend schedule and declaration and correspond with co-counsel on same (0.4); revise declaration in support of motion for extension (0.3). |
| 03/12/25 | A D House | 0.1 | Review correspondence regarding AiPi's filings. |
| 03/12/25 | C R Knapp | 1.5 | Analyze AiPi production (0.3); review draft declaration in support of motion to extend discovery (0.1); strategize regarding AiPi corporate deposition (0.8); strategize regarding L. Valjakka privilege assertion over AiPi materials (0.3). |
| 03/12/25 | J P Mitchell | 0.4 | Review AiPi's notice of Lauri Valjakka's objection to production and disclosure of documents and email to R. Lamkin, C. Knapp enclosing same for review. |
| 03/12/25 | L M Nemiroff | 1.0 | Compile timeline of AiPi forensic discovery in preparation of deposition and motion to extend end of fact discovery. |
| 03/12/25 | L M Nemiroff | 0.5 | Compile timeline of AiPi forensic discovery in preparation of deposition and motion to extend end of fact discovery. |
| 03/12/25 | L M Nemiroff | 0.8 | Compile timeline of AiPi forensic discovery in preparation of deposition and motion to extend end of fact discovery. |
| 03/12/25 | L M Nemiroff | 1.4 | Compile timeline of AiPi forensic discovery in preparation of deposition and motion to extend end of fact discovery. |
| 03/12/25 | L M Nemiroff | 1.2 | Compile timeline of AiPi forensic discovery in preparation of deposition and motion to extend end of fact discovery. |
| 03/12/25 | L M Nemiroff | 2.3 | Compile timeline of AiPi forensic discovery in preparation of deposition and motion to extend end of fact discovery. |
| 03/12/25 | L M Nemiroff | 1.8 | Compile timeline of AiPi forensic discovery in preparation of deposition and motion to extend end of fact discovery. |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: April 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/12/25 | L M Nemiroff | 0.3 | Discuss with Amara findings from forensic discovery. |
| 03/12/25 | L M Nemiroff | 1.3 | Revise and find information in support of Lamkin declaration to accompany motion to extend end of fact discovery. |
| 03/12/25 | A Osisioma | 1.9 | Analyze strategy for identifying key documents from forensic discovery in discussion with L. Nemiroff (0.6); review and analyze forensic discovery and highlight documents for Perkins Coie (0.6); provide strategy for review in response to question from Perkins Coie (0.7). |
| 03/13/25 | L J Dreyer | 2.6 | Consider strategy for discovery deposition of AiPi (1.5); revise motion to modify scheduling order in NDCA (0.8); consider strategy for additional document production from forensic vendor (0.3). |
| 03/13/25 | H K Gill | 4.3 | Correspond with L. Nemiroff re case status and conduct background research of case (1.0); Correspond with R. Lamkin re deposition strategy for Morehouse deposition (0.8); Review subpoena documents, briefing, and relevant motions to draft issue list for Morehouse deposition (2.5). |
| 03/13/25 | A D House | 0.1 | Review correspondence regarding amended deposition notice and upcoming AiPi deposition. |
| 03/13/25 | C R Knapp | 5.2 | Plan and prepare for AiPi corporate deposition (1.4); strategize regarding Valjakka assertion of privilege in EDVA matter (2.7); strategize regarding request to modify schedule in NDCA (1.1). |
| 03/13/25 | J P Mitchell | 1.3 | Assist attorneys with AiPi's March 20, 2025 30(b)(6) deposition, preparation for same, email to Veritext Legal Solutions, request for reporter, videographer per attorney and discussion with C. Knapp re same, exhibits (.70). Prepare application to admit L. Dreyer pro hac vice in EDVA and email to L. Dreyer, C. Knapp enclosing same for review (.60). |
| 03/13/25 | L M Nemiroff | 0.7 | Meet with Rachael discussing deposition prep. |
| 03/13/25 | L M Nemiroff | 1.2 | Modify timeline of knowledge of Valjakka's lack of ownership of '167 patent and other issues in preparation for deposition. |
| 03/13/25 | L M Nemiroff | 1.2 | Modify timeline of knowledge of Valjakka's lack of ownership of '167 patent and other issues in preparation for deposition. |
| 03/13/25 | L M Nemiroff | 2.3 | Modify timeline of knowledge of Valjakka's lack of ownership of '167 patent and other issues in preparation for deposition. |
| 03/13/25 | L M Nemiroff | 1.2 | Prepare materials for Rachael's review for inclusion in declaration to extend motion to extend fact discovery. |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: April 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/13/25 | A Osisioma | 4.4 | Analyze report from forensic discovery vendor (0.8); analyze notes from past document review to identify key documents that meet desired criteria regarding discussions between AiPi and Valjakka (1.4); analyze arguments in motion to modify scheduling order (1.2); analyze Morehouse depo notice (0.3); analyze best documents identified by forensic discovery related to ownership (0.7). |
| 03/14/25 | L J Dreyer | 0.7 | Conduct call with cocounsel regarding strategy for motion for extension (0.5); consider strategy for same (0.7). |
| 03/14/25 | H K Gill | 2.5 | Correspond with internal team and Perkins Coie team regarding strategy for filing motion in NDCA (0.5); Correspond with internal BB team regarding how to response to Court Order regarding privilege (0.5); Correspond with R. Lamkin regarding depo strategy and next steps (0.5); Conduct document review and think through deposition questions for Morehouse deposition (1.0). |
| 03/14/25 | A D House | 0.2 | Review correspondence regarding AiPi deposition, updates to the client, and new filings. |
| 03/14/25 | C R Knapp | 3.8 | Strategize regarding AiPi production and Valjakka privilege assertions (3.8). |
| 03/14/25 | R D Lamkin | 7.2 | Begin review and analysis of AiPi production for Morehouse deposition [4.9]; revise motion to extend discovery in the NDCA Litigation [1.8]; meet with Perkins team re: same [.6] |
| 03/14/25 | J P Mitchell | 0.8 | Revise application to admit L. Dreyer pro hac vice in preparation of filing same (.30). Review Judge Brinkema's order re Lauri Valjakka privilege claim, email to R. Lamkin, C. Knapp enclosing same and discussion with C. Knapp re order, March 20, 2025 deposition, preparation for same (.50). |
| 03/14/25 | L M Nemiroff | 0.4 | Coordinate with Perkins Coie to discuss motion to extend fact discovery. |
| 03/14/25 | L M Nemiroff | 1.1 | Modify timeline of knowledge of Valjakka's lack of ownership of '167 patent and other issues in preparation for deposition. |
| 03/14/25 | L M Nemiroff | 0.8 | Modify timeline of knowledge of Valjakka's lack of ownership of '167 patent and other issues in preparation for deposition. |
| 03/14/25 | L M Nemiroff | 2.1 | Modify timeline of knowledge of Valjakka's lack of ownership of '167 patent and other issues in preparation for deposition. |

BAKER BOTTS LLP

Invoice No:
Invoice Date: April 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/14/25 | L M Nemiroff | 2.3 | Modify timeline of knowledge of Valjakka's lack of ownership of '167 patent and other issues in preparation for deposition. |
| 03/14/25 | L M Nemiroff | 0.6 | Modify timeline of knowledge of Valjakka's lack of ownership of '167 patent and other issues in preparation for deposition. |
| 03/14/25 | A Osisioma | 8.8 | Analyze key documents identified in review of forensic discovery (0.5); determine strategy for additional review of documents and deposition preparation in discussion with L. Nemiroff (0.1); review and analyze AiPi docket in E.D. Va. and Valjakka docket in N.D. Cal. to identify instances where AiPi explicitly denied providing legal representation for Valjakka (8.2). |
| 03/15/25 | A D House | 0.1 | Review correspondence regarding AiPi production and motion to modify the scheduling order. |
| 03/15/25 | C R Knapp | 1.0 | Prepare EDVA materials regarding notice in underlying action (1.0). |
| 03/15/25 | C R Knapp | 2.3 | Strategize regarding AiPi production, Valjakka privilege issues, and notice to EDVA court regarding the same (2.3). |
| 03/15/25 | J P Mitchell | 2.5 | Assist attorneys with Netflix's notice of filing unopposed motion in Northern District of CA to modify the scheduling order to extend fact discovery, motion to seal confidential documents in preparation of filing same in Eastern District of VA March 16, 2025, download, review, redact headings from pleadings filed March 14, 2025 in Northern District of CA, email to R. Lamkin, C. Knapp enclosing same and discussion with C. Knapp re Netflix's notice, motion to seal, L. Dreyer pro hac vice application, file same in Eastern District of VA; draft declaration of R. Lamkin. |
| 03/15/25 | L M Nemiroff | 0.7 | Modify timeline of knowledge of Valjakka's lack of ownership of '167 patent and other issues in preparation for deposition. |
| 03/16/25 | A D House | 0.2 | Review correspondence regarding new filings, and discussions with Morehouse's counsel regarding deposition. |
| 03/16/25 | C R Knapp | 0.6 | Strategize regarding EDVA notice of filing in underlying action (0.6). |
| 03/16/25 | R D Lamkin | 8.4 | Complete review of batch 1 of the AiPi production [5.3]; draft EDVA filings regarding privilege [3.1] |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: April 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/16/25 | J P Mitchell | 5.5 | Assist attorneys with Netflix's notice of filing unopposed motion to modify scheduling order in Northern District of CA, review, revise same, revise motion to seal confidential declaration and exhibits, memorandum of law, proposed order, waiver of hearing, notice of filing motion to seal, finalize attachments,electronically file notice, motion to seal, waiver of hearing, notice of filing motion to seal and email to R. Lamkin, L. Dreyer, C. Knapp confirming same; prepare cover letter to Judge Brinkema enclosing courtesy copies, arrange for copies, hand delivery of Netflix's EDVA submissions to Judge Brinkema March 17, 2025 and email to R. Lamkin, C. Knapp confirming same. |
| 03/16/25 | L M Nemiroff | 1.1 | Correspond with internal team and PwC to prepare documents for Morehouse deposition. |
| 03/16/25 | L M Nemiroff | 1.8 | Review AiPi previously asserted privilege production as well as post-summer of 2023 documents to update timeline for deposition preparation. |
| 03/17/25 | H K Gill | 2.5 | Conduct document review of relevant documents produced by AiPi and discuss deposition strategy with team. |
| 03/17/25 | A D House | 0.3 | Review correspondence regarding new filings, correspondence to the court, documents filed under seal, new filings, and issues with AiPi's document production. |
| 03/17/25 | C R Knapp | 3.6 | Analyze EDVA filings (1.1); prepare for AiPi deposition (2.1); review materials produced by AiPi (0.4). |
| 03/17/25 | Y V Makarova | 1.1 | Per request of Rachel Lamkin, participated in the conference call regarding preparation of deposition exhibits for Eric Morehouse deposition and communicated with vendor regarding printing copies of deposition preparation documents. |
| 03/17/25 | J P Mitchell | 1.9 | Service email to Brendan Klaproth enclosing confidential declaration of R. Lamkin, exhibits filed under seal (.20). Conference call with R. Lamkin, L. Nemiroff, Y. Makarova re Eric Moorehouse's March 20, 2025 deposition, preparation for same (.50). Email, telephone call to PCW re AiPi's document productions, March 20, 2025 deposition, attorney review of documents in preparation of same and email to R. Lamkin, L. Nemiroff re same (.50). Revise, electronically file pro hac vice applications for L. Dreyer, Sarah Piepmeier and email to L. Dreyer, C. Knapp, Sarah Piepmeier confirming same (.70). |
| 03/17/25 | L M Nemiroff | 0.4 | Correspond with opposing counsel to obtain native files of documents originally marked privileged in AiPi's January production. |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: April 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/17/25 | L M Nemiroff | 2.4 | Flag relevant documents for Rachael's review in preparation for the Morehouse deposition. |
| 03/17/25 | L M Nemiroff | 0.4 | Meet with paralegals and Rachael's in preparation of creating Rachael's binder for Morehouse deposition. |
| 03/17/25 | L M Nemiroff | 2.3 | Review documents initially marked as privileged while updating timeline and flagging documents for Rachael's review. |
| 03/17/25 | L M Nemiroff | 1.4 | Review newly produced Valjakka documents and flag for Rachael's review in preparation for Morehouse deposition. |
| 03/17/25 | L M Nemiroff | 1.3 | Review newly produced Valjakka documents and flag for Rachael's review in preparation for Morehouse deposition. |
| 03/18/25 | L J Dreyer | 0.4 | Consider strategy for filing motion regarding waiver of privilege (.4). |
| 03/18/25 | H K Gill | 5.1 | Review full document production from AiPi, LLC and determine timeline of events and identify most important exhibits. |
| 03/18/25 | A D House | 0.2 | Review correspondence regarding new filings for pro hac vice apps and orders regarding the same, and discussion regarding deposition logistics and whether to continue Morehouse deposition to Friday. |
| 03/18/25 | C R Knapp | 4.5 | Draft motion to compel AiPi production (2.2); strategize for AiPi deposition (2.3). |
| 03/18/25 | R D Lamkin | 7.3 | Prepare for Morehouse depo by reviewing AiPi production and drafting questions |
| 03/18/25 | J P Mitchell | 4.4 | Review Judge Brinkerma's order granting Sarah Piepmeier's motion for pro hac vice admission and email to R. Lamkin, C. Knapp, Sarah Piepmeier enclosing same (.20); assist attorneys with Eric Moorehouse's March 20, 2025 30(b)(6) deposition, review, organize documents, materials in preparation of same, discussion with R. Lamkin, Y. Makarova re exhibits and arrange for copies, binder of same (3.6); review, revise, electronically pro hac vice applications of Elise Edin, Adam Hester per attorney and email to C. Knapp confirming same (.60) |
| 03/18/25 | L M Nemiroff | 0.9 | Fill in fact details for briefing in EDVA regarding Valjakka's privilege assertion. |
| 03/18/25 | L M Nemiroff | 2.3 | Research and pull documents related to CUVTA and ownership issues in preparation for Morehouse deposition. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/18/25 | L M Nemiroff | 1.2 | Review Tepora deposition in preparation for Morehouse deposition. |
| 03/19/25 | L J Dreyer | 2.9 | Conduct call with opposing counsel and consider strategy for Batch 3 (0.5); revise motion to compel privileged documents (2.4). |
| 03/19/25 | H K Gill | 8.0 | Prepare for deposition of Eric Morehouse by reviewing documents related to ownership issues and selecting those to be used as exhibits, reviewing motion for summary judgment for ownership issues, outlining deposition questions, collecting documents, and creating exhibit binders and preparing exhibits. |
| 03/19/25 | A D House | 0.4 | Review correspondence regarding deposition logistics, and briefly review the draft deposition outline and correspondence regarding the same. |
| 03/19/25 | C R Knapp | 7.2 | Research and draft motion to compel AiPi production (5.3); prepare for Rule 45 AIPI deposition (0.7); strategize and research regarding crime fraud exception to attorney client privilege (1.2). |
| 03/19/25 | R D Lamkin | 8.4 | Prepare for Morehouse depo by reviewing AiPi production and drafting questions |
| 03/19/25 | Y V Makarova | 3.1 | Per request of Rachel Lamkin, assisted with preparation of exhibits and supporting preparation document for the deposition of Eric Morehouse. |
| 03/19/25 | J P Mitchell | 2.1 | Review Judge Brinkema's order granting L. Dryer, Elise Edin, Adam Hester pro hac vice and email to C. Knapp, L. Dryer, Elise Edin, Adam Hester enclosing same (.30). Assist attorneys with Eric Morehouse's March 20, 2025 deposition, preparation for same, exhibits and discussion with Y. Makarova re same (1.8). |
| 03/19/25 | L M Nemiroff | 8.0 | Prepare for deposition of Eric Morehouse by reviewing documents related to ownership issues and selecting those to be used as exhibits, researching and strategizing how to join AiPi as a party to the underlying NDCA litigation, outlining deposition questions, collecting documents, and creating exhibit binders and preparing exhibits. |
| 03/19/25 | L Soboleva | 0.2 | Reviewed and organized case materials for distribution and files. |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: April 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/20/25 | L J Dreyer | 7.1 | Continue revising motion to compel privileged communications (2.8); conduct research for same (2.0); conduct call with cocounsel regarding same (0.3); correspond with client regarding same (0.4); attend AiPi deposition and consider strategy for same (1.6) |
| 03/20/25 | H K Gill | 10.0 | Provide deposition support to R. Lamkin for deposition of Eric Morehouse including collecting exhibits, outlining questions, and reviewing testimony. |
| 03/20/25 | A D House | 0.2 | Review correspondence regarding court order modifying scheduling order, and brief updates regarding the AiPi deposition. |
| 03/20/25 | C R Knapp | 5.7 | Draft motion to compel AiPi production(2.4); strategize and research conflict and waiver of privilege issue (1.2); attend Rule 45 deposition of AIPI (2.1). |
| 03/20/25 | R D Lamkin | 9.4 | Take Morehouse depo |
| 03/20/25 | Y V Makarova | 1.8 | Per request of Rachel Lamkin, assisted during the deposition of Eirc Morehouse with providing copies of additional requested documents for exhibits. |
| 03/20/25 | J P Mitchell | 1.3 | Assist attorneys with Eric Morehouse deposition, preparation for same (.60). Assist attorneys with Netflix's motion to compel production of sequestered forensic materials, organize exhibits in preparation of submission of same and email to C. Knapp re same, proposed order (.70). |
| 03/20/25 | L M Nemiroff | 10.0 | Provide deposition support to R. Lamkin for deposition of Eric Morehouse including collecting exhibits, outlining questions, and reviewing testimony. |
| 03/20/25 | A Osisioma | 0.9 | Analyze arguments in draft motion to compel production of forensic materials. |
| 03/20/25 | L Soboleva | 0.1 | Reviewed and organized case materials for distribution and files. |
| 03/21/25 | A D House | 0.2 | Review correspondence regarding privilege motion before Judge Brinkema, and filing notice of ordering modifying scheduling order. |
| 03/21/25 | C R Knapp | 0.6 | Draft EDVA notice of extension of discovery in NDCA action (0.3); strategize regarding additional EDVA Rule 45 depositions (0.3). |

**BAKER BOTTS** L.L.P.

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: April 30, 2025
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/21/25 | Y V Makarova | 1.3 | Per request of Linus Nemiroff, collected deposition materials and prepared shipment to Rachel Lamkin's office. |
| 03/21/25 | J P Mitchell | 1.1 | Assist attorneys with notification of modified discovery order filed in Northern District of CA, revise same, prepare exhibit, electronically file same and email to R. Lamkin, C. Knapp confirming same (.60). Review Eric Morehouse rough deposition transcript received from court reporter and email to Netflix team enclosing same (.50). |
| 03/21/25 | A Osisioma | 0.3 | Analyze next steps in AiPi discovery in view of Morehouse deposition. |
| 03/22/25 | A D House | 0.2 | Review correspondence regarding deposition transcript, new motion to be filed, and discussion regarding AiPi strategy. |
| 03/22/25 | R D Lamkin | 3.1 | REview and anotate rought transcript of Morehouse Depo |
| 03/22/25 | L M Nemiroff | 1.1 | Review rough transcript of Eric Morehouse's deposition and provide answers to R. Lamkin's initial questions from the testimony included. |
| 03/22/25 | A Osisioma | 3.4 | Analyze Morehouse deposition. |
| 03/24/25 | H K Gill | 0.5 | Participate in team call regarding upcoming case strategy in light of ND Cal discovery extension and Morehouse deposition testimony. |
| 03/24/25 | L M Nemiroff | 0.4 | Discuss next steps including joining AiPi as a party, CUVTA motion for summary judgment motion, document production from PwC, and future depositions. |
| 03/24/25 | L M Nemiroff | 0.2 | Draft notes from discussion of next steps in Valjakka litigation and circulate notes to internal team members not on the call. |
| 03/24/25 | A Osisioma | 0.4 | Analyze strategy for AiPi matter, including admissions obtained in Morehouse deposition (0.4). |
| 03/25/25 | T B Carter Jr. | 0.6 | Preparation for and participation on team meeting to discuss privilege motion. |
| 03/25/25 | T B Carter Jr. | 6.8 | Review of case materials to prepare for substantive work on AiPi forensic discovery issues. |
| 03/25/25 | L J Dreyer | 0.5 | Consider strategy for motion to compel privileged documents (0.5). |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: April 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/25/25 | R K Girts | 0.2 | Searched Westlaw Company Investigator for AiPu, LLC at the request of Linus Nemiroff. |
| 03/25/25 | A D House | 1.0 | Review correspondence regarding recent filings under seal, AiPi's document productions, recent Judge Tigar order, Perkins summary of first three productions, Ramey response to motion for an order to show cause, and discussions with the team regarding Ramey's response. |
| 03/25/25 | J P Mitchell | 0.5 | Download, review Eric Morehouse March 20, 2025 final deposition transcript received from court reporter and email to R. Lamkin, C. Knapp, K. Gill enclosing same. |
| 03/25/25 | L M Nemiroff | 0.5 | Analyze PwC file lists to target production request for batch 3. |
| 03/25/25 | L M Nemiroff | 0.4 | Discuss and circulate key documents to Thomas Carter for motion to oppose Valjakka's assertion of privilege. |
| 03/25/25 | L M Nemiroff | 0.5 | Discuss strategy of next steps in AiPi litigation including summary judgment motion on CUVTA and motion for attorneys' fees. |
| 03/25/25 | L M Nemiroff | 3.2 | Research R. Lamkin's questions for motion opposing Valjakka's assertion of privilege including status of AiPi's corporate entities in Delaware and whether AiPi disclosed any documents from Eric Morehouse's former litigation funding entity, Dulany Street Capital. |
| 03/25/25 | D J Samford | 0.7 | Provided status information for Dulany Street Capital, AiPi Litigation Funding, and AIP I; provided information regarding AiPi, LLC via UCC filings found in Accurint to Linus Nemiroff. |
| 03/26/25 | T B Carter Jr. | 0.3 | Preparation for and participation on team meeting to discuss privilege motion. |
| 03/26/25 | T B Carter Jr. | 6.3 | Review and analyze patent prosecution history for |
| 03/26/25 | T B Carter Jr. | 1.8 | Review and comparison of Nimitz decision to current facts. |
| 03/26/25 | L J Dreyer | 0.3 | Consider strategy for motion to compel based on crime-fraud exception. |
| 03/26/25 | A D House | 0.5 | Review correspondence regarding documents filed under seal, Ramey response, update to the client on privilege motion, and Judge Kang sanctions order. |

BAKER BOTTS LLP

Invoice No:
Invoice Date: April 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/26/25 | R D Lamkin | 6.3 | Continue drafting privilege motion; continue review and analysis of factual record for same |
| 03/26/25 | J P Mitchell | 0.9 | Assist attorneys with Netflix's motion to compel AiPi to produce documents in Eastern District of VA, review, organize documents, materials and email to R. Lamkin enclosing same (.60); review Eastern District of VA docket re status of Netflix's March 16, 2025 motion to seal confidential documents filed in Northern District of CA and email results of same to R. Lamkin (.30). |
| 03/26/25 | L M Nemiroff | 0.2 | Call with R. Lamkin and Thomas Carter related to next steps in opposition to Valjakka's privilege claim in the Eastern District of Virginia. |
| 03/26/25 | L M Nemiroff | 2.2 | Create chart analyzing Judge Connolly's opinions relating to numerous incidences of unauthorized practice of law and fraud on the court in preparation of our opposition of Valjakka's assertion of privilege. |
| 03/26/25 | L M Nemiroff | 0.6 | Create chart analyzing Judge Connolly's opinions relating to numerous incidences of unauthorized practice of law and fraud on the court in preparation of our opposition of Valjakka's assertion of privilege. |
| 03/26/25 | L M Nemiroff | 2.0 | Create chart analyzing Judge Connolly's opinions relating to numerous incidences of unauthorized practice of law and fraud on the court in preparation of our opposition of Valjakka's assertion of privilege. |
| 03/26/25 | L M Nemiroff | 1.5 | Create chart analyzing Judge Connolly's opinions relating to numerous incidences of unauthorized practice of law and fraud on the court in preparation of our opposition of Valjakka's assertion of privilege. |
| 03/26/25 | L M Nemiroff | 2.2 | Create chart analyzing Judge Connolly's opinions relating to numerous incidences of unauthorized practice of law and fraud on the court in preparation of our opposition of Valjakka's assertion of privilege. |
| 03/26/25 | L M Nemiroff | 0.2 | Discuss with Griffin facts of Valjakka case in preparation for his call with R. Lamkin. |
| 03/26/25 | D J Samford | 0.3 | Downloaded and provided file wrapper for US8495167 to Thomas Carter. |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: April 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 03/26/25 | G R Tolle | 5.2 | Develop strategy for motion regarding privilege, or lack thereof, related to the forensically pulled documents that are being withheld, including by familiarizing myself with the case background and relevant issues, discussing strategy with team members, and reviewing the parties' briefing to date regarding privilege issues. |
| 03/27/25 | T B Carter Jr. | 6.3 | Preparation of draft brief on Valjakka privilege issues. |
| 03/27/25 | T B Carter Jr. | 2.4 | Review and comparison of Nimitz decision to current facts. |
| 03/27/25 | A D House | 4.2 | Review correspondence regarding privilege motion (0.3); review deposition transcript from the Eric Morehouse deposition and Rachael Lamkin's notes regarding the same (3.9). |
| 03/27/25 | R D Lamkin | 4.5 | Continue drafting privilege motion; continue review and analysis of factual record for same |
| 03/27/25 | J P Mitchell | 0.6 | Download, review exhibits marked at Eric Morehouse March 20, 2025 deposition and email to R. Lamkin, C. Knapp, K. Gill, Perkins Coie team enclosing same. |
| 03/27/25 | L M Nemiroff | 0.3 | Discuss with G. Tolle and T. Carter strategy for privilege motion and mete out who will be drafting which sections. |
| 03/27/25 | L M Nemiroff | 0.7 | Discuss with G. Tolle and T. Carter strategy for privilege motion. |
| 03/27/25 | L M Nemiroff | 0.7 | Discuss with G. Tolle and T. Carter strategy for privilege motion. |
| 03/27/25 | L M Nemiroff | 0.7 | Discuss with R. Lamkin, G. Tolle, and T. Carter strategy for privilege motion. |
| 03/27/25 | L M Nemiroff | 0.3 | Research agreements between AiPi and Valjakka to analyze strength of unauthorized practice of law arguments for privilege motion in the Eastern District of Virginia. |
| 03/27/25 | L M Nemiroff | 0.7 | Research standard for fraud on the court determination. |
| 03/27/25 | L M Nemiroff | 0.4 | Review outline of privilege motion and set of facts sent by R. Lamkin. |
| 03/27/25 | L M Nemiroff | 1.0 | Search Eastern District of Virginia docket to determine whether the common-interest agreement has been relied on by AiPi as the overall governing document between AiPi and Valjakka. |

BAKER BOTTS LLP

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: April 30, 2025
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/27/25 | G R Tolle | 3.2 | Caselaw research regarding the crime-fraud exception to privilege, including as it relates to CUVTA violations and the unauthorized practice of law, for purposes of our motion regarding privilege. |
| 03/27/25 | G R Tolle | 3.1 | Continue developing strategy for motion regarding privilege, or lack thereof, related to the forensically pulled documents that are being withheld, including by continuing review of relevant case background and facts, discussing strategy with team members, and continuing review the parties' briefing to date regarding privilege issues. |
| 03/28/25 | T B Carter Jr. | 8.7 | Preparation of draft brief on Valjakka privilege issues. |
| 03/28/25 | R D Lamkin | 2.9 | Have meet and confer with OC (.7); review current draft of privilege motion (1.4); draft email of M&C to Asa (.5) |
| 03/28/25 | L M Nemiroff | 0.6 | Research how to characterize relationships between AiPi, Robinson/Ramey, and VJ/Onni in light of privilege motion. |
| 03/28/25 | L M Nemiroff | 2.8 | Research how to characterize relationships between AiPi, Robinson/Ramey, and VJ/Onni in light of privilege motion. |
| 03/28/25 | L M Nemiroff | 2.8 | Research standard for subject matter waiver of attorney-client privilege and draft included section for privilege motion in the Eastern District of Virginia. |
| 03/28/25 | L Soboleva | 0.3 | Reviewed and organized case materials. |
| 03/28/25 | G R Tolle | 0.8 | Continue caselaw research regarding the crime-fraud exception to privilege in the context of CUVTA violations and the unauthorized practice of law. |
| 03/29/25 | T B Carter Jr. | 4.8 | Preparation of draft brief on Valjakka privilege issues. |
| 03/29/25 | L M Nemiroff | 2.1 | Research standard for subject matter waiver of attorney-client privilege and draft included section for privilege motion in the Eastern District of Virginia. |
| 03/29/25 | G R Tolle | 3.1 | Begin drafting legal background section and crime-fraud exception arguments for motion regarding the lack of privilege that can be claimed for the requested discovery. |
| 03/29/25 | G R Tolle | 2.6 | Continued research regarding issues related to the crime-fraud exception to privilege, the unauthorized practice of law, and CUVTA violations as it relates to the forthcoming privilege motion. |

BAKER BOTTS LLP

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: April 30, 2025
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/30/25 | T B Carter Jr. | 6.2 | Preparation of draft brief on Valjakka privilege issues. |
| 03/30/25 | A D House | 0.2 | Review correspondence regarding meet and confer with AiPi counsel, and Valjakka's request for certain documents. |
| 03/30/25 | L M Nemiroff | 1.2 | Research standard for waiving privilege and scope of waiver of privilege in the Eastern District of Virginia and draft corresponding portions of privilege briefing. |
| 03/30/25 | L M Nemiroff | 2.1 | Research standard for waiving privilege and scope of waiver of privilege in the Eastern District of Virginia and draft corresponding portions of privilege briefing. |
| 03/30/25 | L M Nemiroff | 3.1 | Research standard for waiving privilege and scope of waiver of privilege in the Eastern District of Virginia and draft corresponding portions of privilege briefing. |
| 03/30/25 | L M Nemiroff | 0.2 | Send and contextualize all documents constituting Valjakka's objection to the production of documents in the Eastern District of Virginia to G. Tolle, and T. Carter. |
| 03/30/25 | G R Tolle | 2.1 | Continue developing arguments based on updated research and strategy for our privilege motion and revise current draft. |
| 03/30/25 | G R Tolle | 1.6 | Develop strategy for framing arguments in way that give Judge an easy avenue to grant relief, and production, of all the requested documents. |
| 03/30/25 | G R Tolle | 1.9 | In view of research and continued analysis, re-organize argument section in way that strengthens the flow of our draft motion. |
| 03/30/25 | G R Tolle | 1.4 | Updating legal sections regarding attorney-client privilege, work-product privilege, and the crime-fraud exception based on updated strategy. |
| 03/31/25 | T B Carter Jr. | 12.4 | Preparation of draft brief on Valjakka privilege issues. |
| 03/31/25 | L J Dreyer | 0.8 | Conduct call with co-counsel regarding strategy on motion for Ramey to show cause and motion to compel privileged information from AiPi and consider strategy for same (0.8). |
| 03/31/25 | C R Knapp | 2.4 | Strategize regarding AiPi additional discovery and sealed materials (2.4). |
| 03/31/25 | R D Lamkin | 1.6 | Strategize with Perkins team regarding Valjakka discovery requests and Ramey's motion [.]; review both prior to call [1.1] |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: April 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/31/25 | L M Nemiroff | 0.8 | Determine which documents could plausibly have privilege asserted over them to preempt privilege arguments. |
| 03/31/25 | L M Nemiroff | 0.6 | Draft subject matter waiver portion of privilege motion. |
| 03/31/25 | L M Nemiroff | 0.5 | Research parol evidence rule for interpreting AiPi Litigation Management and Funding Agreement in privilege motion. |
| 03/31/25 | L M Nemiroff | 0.8 | Sync with internal team regarding drafting of privilege motion. |
| 03/31/25 | G R Tolle | 1.8 | Continue research and drafting effort for our motion explaining why privilege should not attach to the requested documents, focusing on arguments related to the crime-fraud exception in view of Valjakka's conduct. |

**Matter Hours** **427.5**

**Matter Fees**

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: April 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

### 2025 Lawyer Summary

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| T B Carter Jr. | 56.6 | | | | |
| L J Dreyer | 19.3 | | | | |
| H K Gill | 34.0 | | | | |
| A D House | 8.3 | | | | |
| C R Knapp | 45.3 | | | | |
| R D Lamkin | 60.8 | | | | |
| L M Nemiroff | 109.1 | | | | |
| A Osisioma | 34.3 | | | | |
| G R Tolle | 26.8 | | | | |
| | **394.5** | | | | |

### 2025 Non-Lawyer Summary

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| R K Girts | 0.2 | | | | |
| Y V Makarova | 7.3 | | | | |
| J P Mitchell | 23.9 | | | | |
| D J Samford | 1.0 | | | | |
| L Soboleva | 0.6 | | | | |
| | **33.0** | | | | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: April 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

**For Expenses Incurred :**

Vendor: Stephanie M. Austin Invoice#: 050046799457 Date: 03/06/2025 - - Transcript that was heard before Judge Brinkema on January 24, 2025.

Vendor: American Express Co. Invoice#: 7302937503251821 Date: 3/25/2025 - RACHAEL LAMKIN - Airfare - Airfare

Vendor: American Express Co. Invoice#: 7310313803261459 Date: 3/26/2025 - JOHN MITCHELL - Court Fees - J Mitchell - NY Office - $75.00 fee to file PHV motion in EDVA for Lauren Dreyer March 17, 2025

Vendor: American Express Co. Invoice#: 7310313803261459 Date: 3/26/2025 - JOHN MITCHELL - Court Fees - J Mitchell - NY Office - $75.00 fee to file PHV motion in EDVA for Sarah Piepmeier March 17, 2025

Vendor: American Express Co. Invoice#: 7310313803261459 Date: 3/26/2025 - JOHN MITCHELL - Court Fees - J Mitchell - NY Office - $75.00 fee to file PHV motion in EDVA for Elise Edin March 18, 2025

Vendor: American Express Co. Invoice#: 7310313803261459 Date: 3/26/2025 - JOHN MITCHELL - Court Fees - J Mitchell - NY Office - $75.00 fee to file PHV motion in EDVA for Adam Hester March 18, 2025

Vendor: American Express Co. Invoice#: 7315995503282100 Date: 3/28/2025 - RACHAEL LAMKIN - Hotel - Lodging - Westin Hotel Stay 3/18

Vendor: American Express Co. Invoice#: 7315995503282100 Date: 3/28/2025 - RACHAEL LAMKIN - Hotel - Lodging - Westin Hotel Stay 3/19

Vendor: American Express Co. Invoice#: 7312627203242144 Date: 3/24/2025 - JULIE FIORINO - Catering / Office Meals - Deposition dinner

Vendor: American Express Co. Invoice#: 7315995503282100 Date: 3/28/2025 - RACHAEL LAMKIN - Hotel - Lodging - Westin Hotel Stay 3/20

Vendor: American Express Co. Invoice#: 7312627203242144 Date: 3/24/2025 - JULIE FIORINO - Catering / Office Meals - Partner and Deposition lunches

Vendor: American Express Co. Invoice#: 7315995503282100 Date: 3/28/2025 - RACHAEL LAMKIN - Hotel - Lodging - Fees/Tax - Westin Hotel Stay 3/18-3/21

**Total Expenses**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**
April 30, 2025

---

## REMINDER STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

---

**OUTSTANDING INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Total Balance |
|---|---|---|---|---|
| 03/31/25 | | | | |
| 03/31/25 | | | | |
| | | | Total | |

**PLEASE NOTE: ALL FIGURES ARE NOT INCLUSIVE OF VAT.**

**BAKER BOTTS L.L.P.**

| | |
|---|---|
| Austin | New York |
| Brussels | Palo Alto |
| Dallas | Riyadh |
| Dubai | **San Francisco** |
| Houston | Singapore |
| London | Washington |

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: April 30, 2025
Matter Number:

## REMITTANCE STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Invoice Number:**
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.
(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.
(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number: 18007647
Invoice Date: June 30, 2025
Attorney: R D Lamkin

For professional services rendered through May 31, 2025

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: June 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/01/25 | T B Carter Jr. | 6.3 | Document review of Morehouse forensic production. |
| 05/01/25 | C R Knapp | 1.3 | Draft and edit summary of EDVA hearing over Valjakka privilege objections (1.3). |
| 05/02/25 | J C Berger | 3.5 | Communicate with team regarding document review and facts potentially supporting; legal research regarding |
| 05/02/25 | T B Carter Jr. | 7.4 | Document review of Morehouse forensic production. |
| 05/02/25 | L M Nemiroff | 0.7 | Review document production for evidence of Ramey PO violations, unauthorized practice of law by Ramey or AiPi in order to join AiPi, and fraudulent transfers under CUVTA. |
| 05/03/25 | J C Berger | 1.0 | Conduct legal research regarding compulsory joinder. |
| 05/04/25 | J C Berger | 3.8 | Conduct legal research regarding compulsory joinder; Draft and revise memo regarding avenues to pursue AiPi. |
| 05/05/25 | J C Berger | 7.1 | Conduct legal research regarding compulsory joinder. |
| 05/05/25 | T B Carter Jr. | 7.2 | Document review of Morehouse forensic production. |
| 05/05/25 | L J Dreyer | 1.6 | Consider and revise research memorandum on additional claims against AiPi (1.30); revise short memorandum for client review on same (0.30). |
| 05/05/25 | L M Nemiroff | 1.7 | Review communications of Erik Lund to bolster AiPi's unauthorized practice of law for prospective motion and to prepare for the next Morehouse deposition. |
| 05/05/25 | L M Nemiroff | 2.6 | Review correspondence between AiPi and Akamai, AiPi and previous Valjakka counsel Finnegan, and internal discussions at AiPi to determine when AiPi and Ramey became aware of ownership issues with '167 Patent. |
| 05/05/25 | L M Nemiroff | 2.7 | Review document production for evidence of Ramey PO violations, unauthorized practice of law by Ramey or AiPi in order to join AiPi, and fraudulent transfers under CUVTA. |
| 05/05/25 | L Soboleva | 0.1 | Reviewed and organized case materials for distribution and files. |
| 05/06/25 | J C Berger | 0.6 | Communicate with team regarding status of document review; |
| 05/06/25 | T B Carter Jr. | 5.2 | Document review of Morehouse forensic production. |

BAKER BOTTS LLP

Invoice No:
Invoice Date: June 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/06/25 | T B Carter Jr. | 0.6 | Preparation for and participation on team call to discuss document review. |
| 05/06/25 | L J Dreyer | 1.0 | Consider strategy for document review of AiPi (0.50); prepare summary of case and fees for client (0.50). |
| 05/06/25 | H K Gill | 0.5 | Correspond with team regarding document review status and next steps. |
| 05/06/25 | J P Mitchell | 0.6 | Assist attorneys with May 8, 2025 hearing, preparation for same and discussion with C. Knapp re same. |
| 05/06/25 | L M Nemiroff | 0.9 | Prepare and present updates on Morehouse discovery for L. Dreyer. |
| 05/06/25 | L M Nemiroff | 1.6 | Review communications of Erik Lund and Joseph Zito to bolster AiPi's unauthorized practice of law for prospective motion and to prepare for the next Morehouse deposition. |
| 05/06/25 | L M Nemiroff | 0.6 | Search for PO violations in Morehouse production. |
| 05/06/25 | G R Tolle | 4.8 | Continued review of significant amount of documents recently produced by AiPi and Mr. Morehouse, focusing on documents related to Protective Order violations and the upcoming deposition of Mr. Onni. |
| 05/07/25 | J C Berger | 3.2 | Conduct targeted searches for documents related to AiPI's misconduct, transfer of enforcement assets. |
| 05/07/25 | T B Carter Jr. | 6.2 | Document review of Morehouse forensic production. |
| 05/07/25 | L J Dreyer | 2.0 | Revise materials for hearing preparation (0.50); analyze briefing on motion for protective order violation sanctions for same (1.5) . |
| 05/07/25 | C R Knapp | 0.4 | Review AiPi production materials (0.4). |
| 05/07/25 | G R Tolle | 1.3 | Continue document review efforts regarding Protective Order violations by AiPi, Ramey, and Valjakka, and summarize findings for the Baker Botts and Perkins Coie teams. |
| 05/08/25 | J C Berger | 4.0 | Targeted searches and review of client documents related to joinder of AiPi and bad acts. |
| 05/08/25 | T B Carter Jr. | 3.6 | Document review of Morehouse forensic production. |

BAKER BOTTS LLP

Invoice No:
Invoice Date: June 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/08/25 | L J Dreyer | 1.2 | Attend hearing on motion for sanctions for protective order violation and conduct call with client on same. |
| 05/08/25 | C R Knapp | 1.0 | Communicate with team regarding hearing on motion for order to show cause (1.0). |
| 05/08/25 | L M Nemiroff | 0.2 | Search for attachments to email received by Erick Robinson from Jim Day (Akamai Counsel). |
| 05/08/25 | L Soboleva | 0.2 | Reviewed and organized case materials for distribution and files. |
| 05/09/25 | J C Berger | 2.1 | Continued review of client documents related to AiPi bad acts (.9); Conduct legal research regarding obtaining fees for claims under statute not specifically authorizing fees (1.2). |
| 05/09/25 | T B Carter Jr. | 4.4 | Document review of Morehouse forensic production. |
| 05/09/25 | L J Dreyer | 0.5 | Conduct call with co-counsel regardng recovery of fees and recommendation to client on same (0.50). |
| 05/09/25 | G R Tolle | 0.3 | Coordinate with co-counsel regarding preparation for the upcoming deposition of Valjakka's personal attorney, Onni, based on my review of documents and emails recently compelled by the EDVA Court. |
| 05/12/25 | J C Berger | 1.7 | Attend and participate in team check-in call (1); Related email to team regarding potentially hot documents (.2); Review and analyze client documents related to AiPi bad acts (.5). |
| 05/12/25 | T B Carter Jr. | 0.9 | Preparation for and participation on team strategy call. |
| 05/12/25 | H K Gill | 0.3 | Coordinate team production and email summary of relevant documents to send to Perkins Coie. |
| 05/12/25 | H K Gill | 0.5 | Dicuss CUVTA document review thus far with L. Nemiroff and plan agenda for meeting with R. Lamkin. |
| 05/12/25 | H K Gill | 1.6 | Plan for and participate in team sync regarding AiPi document review and outstanding tasks (1.1); conduct document review with regard to CUVTA issues (0.5). |
| 05/12/25 | C R Knapp | 1.8 | Review memorandum discussing causes of action against AiPi (0.8); attend strategy meeting to discuss Morehouse deposition and AiPi causes of action (1.0). |

**BAKER BOTTS** L.L.P

Invoice No:
Invoice Date: June 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/12/25 | R D Lamkin | 3.2 | Begin review and analysis of hot docs from recent AiPi production for second Morehouse depo, CUVTA, and fees motion [2.4]; meet with BB team regarding case strategy and document review [.8] |
| 05/12/25 | G R Tolle | 5.4 | Continued review of recently produced documents to prepare for upcoming Onni deposition, including based on requests from the Perkins Coie team members that are handling this deposition. |
| 05/12/25 | G R Tolle | 1.0 | Prepare for and conduct team meeting regarding offensive strategy in view of case developments, such as the recent hearing. |
| 05/13/25 | T B Carter Jr. | 0.4 | Preparation for and participation on call with Linus Nemiroff and Griffin Tolle to discuss potential missing email discovery. |
| 05/13/25 | H K Gill | 5.0 | Re-read In re WallDesign, review documents pertaining to CUVTA issues, and think through CUVTA and where we can assert fraudulent transfer in order to join AiPi as a party and impute liability for attorneys' fees. |
| 05/13/25 | R D Lamkin | 5.2 | Continue review and analysis of hot docs from recent AiPi production for second Morehouse deposition, CUVTA, and fees motion [2.3]; review and analyze CUVTA summary judgment strategy and continue drafting same [2.9] |
| 05/13/25 | L M Nemiroff | 5.0 | Crystallize CUVTA theories including reviewing documents and discussing various fraudulent transfers with K. Gill. |
| 05/13/25 | L M Nemiroff | 0.6 | Determine devices and accounts imaged from Morehouse to determine what if any evidence may have been spoliated. |
| 05/13/25 | L M Nemiroff | 0.4 | Strategizing next documents to obtain and review related to CUVTA with T. Carter and G. Tolle. |
| 05/13/25 | G R Tolle | 1.1 | Prepare for and conduct internal meeting to develop offensive strategy. |
| 05/13/25 | G R Tolle | 1.4 | Research regarding legitimate supervening purposes in the context of CUVTA, |
| 05/14/25 | L J Dreyer | 0.4 | Conduct call with client on case status and Onni deposition strategy (0.40). |
| 05/14/25 | H K Gill | 1.3 | Prepare documents for call with R. Lamkin to discuss |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: June 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/14/25 | L M Nemiroff | 0.2 | Discuss next steps of CUVTA with internal CUVTA team. |
| 05/14/25 | L M Nemiroff | 1.9 | Review CUVTA documents and add to AiPi timeline to support future CUVTA briefing. |
| 05/14/25 | G R Tolle | 0.7 | Preparation for potential Onni deposition, particularly focusing on CUVTA-related issues to address with Onni based on documents so-far reviewed. |
| 05/15/25 | H K Gill | 2.8 | Correspond with R. Lamkin regarding (0.6); Conduct call with Perkins Coie regarding questions to ask in Onni deposition (0.6); Conduct case law research regarding supervening cause and CUVTA claim (1.6). |
| 05/15/25 | R D Lamkin | 1.3 | Meet with Perkins and BB teams regarding Onni deposition |
| 05/15/25 | L M Nemiroff | 0.6 | Discuss next steps of CUVTA with R. Lamkin and K. Gill. |
| 05/15/25 | L M Nemiroff | 0.6 | Discuss whether and when to depose Valjakka's Finnish Counsel. |
| 05/15/25 | L M Nemiroff | 0.6 | Read and mark up Ramey sanctions hearing transcript for R. Lamkin. |
| 05/15/25 | L M Nemiroff | 3.1 | Research questions related to CUVTA including what constitutes a supervening purpose, and how to attach liability to AiPi. |
| 05/15/25 | G R Tolle | 1.2 | Develop offensive strategy regarding CUVTA-related issues in advance of Onni's deposition, including on call with the Perkins Coie team. |
| 05/20/25 | T B Carter Jr. | 5.3 | Research regarding CUVTA liability and possible joinder of AiPi. |
| 05/20/25 | H K Gill | 1.0 | Conduct research regarding CUVTA issue and possible claims of relief. |
| 05/20/25 | R D Lamkin | 3.4 | Continue review and analysis of second AiPi production for CUVTA summary judgment, fees motion, and Morehouse deposition |
| 05/20/25 | L M Nemiroff | 2.2 | Research supervening purpose standard at summary judgment under CUVTA. |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: June 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/21/25 | H K Gill | 2.3 | Conduct research regarding |
| 05/21/25 | L M Nemiroff | 2.2 | Discuss with K. Gill. |
| 05/21/25 | L M Nemiroff | 2.6 | Draft memorandum pertaining to CUVTA violation and whether AiPi can be held liable for a CUVTA violation. |
| 05/21/25 | L M Nemiroff | 1.8 | Research case law and strategize |
| 05/22/25 | J C Berger | 0.4 | Attend team meeting with L.Dreyer, T.Carter, G.Tolle, etc. |
| 05/22/25 | L M Nemiroff | 0.2 | Review CUVTA memo in order to present whether |
| 05/22/25 | L M Nemiroff | 0.1 | Revise AiPi draft meeting agenda. |
| 05/22/25 | G R Tolle | 0.4 | Prepare for and conduct internal meeting to develop offensive strategy. |
| 05/23/25 | J C Berger | 1.3 | Review opinion regarding litigation funding and malicious prosecution circulated by L.Dreyer and related research (.8); Attend weekly internal team meeting (.5). |
| 05/23/25 | T B Carter Jr. | 0.4 | Preparation for and participation on team strategy / status call. |
| 05/23/25 | T B Carter Jr. | 4.3 | Research regarding document production and CUVTA liability issues. |
| 05/23/25 | R D Lamkin | 0.5 | Meet with litigation team to discuss tasks, deadlines, and strategies |
| 05/23/25 | C M Markantonis | 0.2 | Pulled an unpublished Lexis case from Westlaw and sent to Lauren Dreyer. |
| 05/23/25 | L M Nemiroff | 0.4 | Internal meeting discussing future CUVTA briefing, next steps of discovery, and joining AiPi. |
| 05/23/25 | G R Tolle | 0.4 | Prepare for and conduct internal strategy meeting to develop offensive strategy. |
| 05/27/25 | T B Carter Jr. | 3.4 | Review of discovery production for CUVTA summary judgment. |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: June 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/28/25 | T B Carter Jr. | 3.8 | Review discovery for CUVTA summary judgment evicence and consistency. |
| 05/30/25 | J C Berger | 1.1 | Conduct legal research regarding (.6); Attend and participate in weekly team call (.5). |
| 05/30/25 | T B Carter Jr. | 0.4 | Preparation for and participation on call with Kira Gil and Linus Nemiroff to discuss CUVTA SJ status. |
| 05/30/25 | T B Carter Jr. | 0.6 | Preparation for and participation on weekly team status /strategy call. |
| 05/30/25 | T B Carter Jr. | 1.2 | Preparation of subpoena for KVIP law. |
| 05/30/25 | T B Carter Jr. | 3.3 | Research regardgin CUVTA summary judgment motion. |
| 05/30/25 | H K Gill | 1.3 | Plan for and participate in weekly team call (0.5); Correspond with T. Carter and L. Nemiroff regarding CUVTA claim and additional discovery required (0.3); Draft agenda for call and action item list after weekly team call (0.5). |
| 05/30/25 | L M Nemiroff | 0.8 | Continue researching if conspiracy to commit CUVTA claim will sweep AiPi within scope of liability to Netflix. |
| 05/30/25 | L M Nemiroff | 0.4 | Create flowchart showing flow of funds between AiPi, Valjakka, and CDN Licensing to support CUVTA summary judgment motion. |
| 05/30/25 | L M Nemiroff | 0.5 | Discuss next steps of Valjakka v. Netflix including propounding further discovery on Valjakka, CUVTA summary judgment motion, and getting bank records from AiPi/Eric Morehouse. |
| 05/30/25 | L M Nemiroff | 0.3 | Discussing next steps of CUVTA summary judgment motion with T. Carter and K. Gill. |
| 05/30/25 | L M Nemiroff | 3.3 | Sift through AiPi discovery and annotate discovery to present to R. Lamkin to show her most helpful documents for CUVTA summary judgment motion, and attorneys' fees motion. |
| 05/30/25 | L M Nemiroff | 1.1 | Strategizing next steps of Valjakka discovery with T. Carter including researching method to get a new scheduling order issued. |
| 05/30/25 | G R Tolle | 0.4 | Prepare for and conduct team strategy call regarding continued pursuit of claims. |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: June 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/31/25 | J C Berger | 2.4 | Conduct legal research regarding conversion and abuse of process for |

| | |
|---|---|
| **Matter Hours** | **197.9** |
| **Matter Fees** | |

**BAKER BOTTS L.L.P.**

Invoice No:
Invoice Date: June 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

### 2025 Lawyer Summary

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| J C Berger | 32.2 | | | | |
| T B Carter Jr. | 64.9 | | | | |
| L J Dreyer | 6.7 | | | | |
| H K Gill | 16.6 | | | | |
| C R Knapp | 4.5 | | | | |
| R D Lamkin | 13.6 | | | | |
| L M Nemiroff | 39.9 | | | | |
| G R Tolle | 18.4 | | | | |
| | **196.8** | | | | |

### 2025 Non-Lawyer Summary

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| C M Markantonis | 0.2 | | | | |
| J P Mitchell | 0.6 | | | | |
| L Soboleva | 0.3 | | | | |
| | **1.1** | | | | |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: June 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

**For Exp enses Incurred :**

Vendor: Lamkin, Rachael D. Invoice#: 7437097605231843 Date: 5/23/2025 - RACHAEL LAMKIN - Airfare - CD trip to Washington, DC for client Netflix Valjakka

Vendor: Pricewaterhousecoopers LLP Invoice#: 1790533803 Date: 05/27/2025 - Forensics and eDiscovery work - Forensics and eDiscovery work

Vendor: Pricewaterhousecoopers Invoice#: 1790533803 Date: 05/27/2025 - Forensics and eDiscovery work - Forensics and eDiscovery work

Vendor: American Express Co. Invoice#: 7463448006061631 Date: 6/6/2025 - RACHAEL LAMKIN - Hotel - Lodging - Hotel deposit - Stay 5/28-5/30

Vendor: American Express Co. Invoice#: 7463448006061631 Date: 6/6/2025 - RACHAEL LAMKIN - Hotel - Lodging - The Westin Hotel - Stay 5/28-5/30

**Total Exp enses**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Up on Receip t**
June 30, 2025

---

## REMINDER STATEMENT

**Mtter Number:**
**Client:** Netflix, Inc.
**Mtter:** Valjakka v. Netflix
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

---

**OUTSTANDING INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Total Balance |
|---|---|---|---|---|
| 03/31/25 | | | | |
| 03/31/25 | | | | |
| 04/30/25 | | | | |
| | | | Total | |

**PLEASE NOTE: ALL FIGURES ARE NOT INCLUSIVE OF VAT.**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Up on Receip t**

Invoice Number:
Invoice Date: June 30, 2025
Matter Number:

---

## REMITTANCE STATEMENT

| | |
|---|---|
| **Mtter Number:** | |
| **Client:** | Netflix, Inc. |
| **Mtter:** | Valjakka v. Netflix |
| **Invoice Number:** | |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

---

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.
(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.
(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS** L.L.P.

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: June 5, 2025
Attorney: R D Lamkin

For professional services rendered through April 30, 2025

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

BAKER BOTTS LLP

Invoice No:
Invoice Date: June 5, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/01/25 | T B Carter Jr. | 13.8 | Preparation of draft brief on Valjakka privilege issues. |
| 04/01/25 | R D Lamkin | 3.7 | Lead litigation team mtg [1]; review and analyze renewed motion to dismiss; provide notes to Lauren and Opp team [2.7] |
| 04/01/25 | J P Mitchell | 0.4 | Review EDVA docket re status of motion to seal confidential exhibits and email to C. Knapp results of same. |
| 04/01/25 | L M Nemiroff | 2.0 | Draft facts describing current state of production in privilege motion. |
| 04/01/25 | L M Nemiroff | 2.3 | Research standard for waiving privilege and scope of waiver of privilege in the Eastern District of Virginia and draft corresponding portions of privilege briefing. |
| 04/01/25 | L M Nemiroff | 0.6 | Research standard for waiving privilege and scope of waiver of privilege in the Eastern District of Virginia and draft corresponding portions of privilege briefing. |
| 04/01/25 | L M Nemiroff | 1.1 | Revise privilege motion for factual accuracy and fill in citations. |
| 04/01/25 | L M Nemiroff | 5.3 | Revise privilege motion for factual accuracy and fill in citations. |
| 04/01/25 | G R Tolle | 9.7 | Draft arguments for privilege motion regarding the crime-fraud exception, as applied to Valjakka's and AiPi's conduct, in view of updated strategy and continued research. |
| 04/02/25 | T B Carter Jr. | 5.2 | Preparation of draft brief on Valjakka privilege issues. |
| 04/02/25 | L J Dreyer | 1.7 | Revise motion to compel privilege. |
| 04/02/25 | J P Mitchell | 0.4 | Review Ramsey's motion to seal confidential declaration of William Ramsey, exhibits filed in Northern District of CA and email to C. Knapp enclosing same. |
| 04/02/25 | L M Nemiroff | 0.5 | Review privilege brief and flag for the team outstanding items that remain before filing privilege motion. |
| 04/02/25 | L M Nemiroff | 2.6 | Revise privilege motion for factual accuracy and fill in citations. |
| 04/02/25 | G R Tolle | 3.5 | Continue drafting arguments for privilege motion regarding the crime-fraud exception, as applied to Valjakka's and AiPi's conduct, in view of updated strategy and continued research. |
| 04/02/25 | G R Tolle | 0.7 | Digest feedback from the team review, implementing corresponding edits and finalizing updated draft for further review. |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: June 5, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/03/25 | T B Carter Jr. | 0.6 | Review and revise privilege motion. |
| 04/03/25 | T B Carter Jr. | 1.4 | Review and revise privilege motion. |
| 04/03/25 | L J Dreyer | 0.5 | Continue revising motion to compel privileged information. |
| 04/03/25 | C R Knapp | 0.4 | Strategize regarding request to unseal AiPi materials (0.4). |
| 04/03/25 | L M Nemiroff | 0.9 | Review privilege motion for evidence citations and additional notes from R. Lamkin. |
| 04/04/25 | T B Carter Jr. | 0.6 | Preparation for and participation on team call to discuss privilege motion. |
| 04/04/25 | T B Carter Jr. | 4.8 | Review materials and discovery from NDCA case. |
| 04/04/25 | L J Dreyer | 0.3 | Revise motion to revise order to unseal documents. |
| 04/04/25 | C R Knapp | 2.5 | Draft motion to modify order sealing AiPi materials in EDVA matter (2.5). |
| 04/04/25 | J P Mitchell | 0.6 | Assist attorneys with motion to unseal in preparation of submission of same and email to C. Knapp re same. |
| 04/04/25 | L M Nemiroff | 0.7 | Review Ramey filings in the Northern District of California. |
| 04/07/25 | T B Carter Jr. | 1.1 | Preparation for and participation on team call to discuss privilege motion. |
| 04/07/25 | T B Carter Jr. | 2.4 | Review and revise privilege motion. |
| 04/07/25 | C R Knapp | 0.9 | Review draft of EDVA privilege motion (0.9). |
| 04/07/25 | J P Mitchell | 0.4 | Review Judge Brinkema's order granting motion to unseal exhibits and email to R. Lamkin, C. Knapp enclosing same. |
| 04/07/25 | L M Nemiroff | 0.9 | Review Perkins Coie comments related to Valjakka privilege motion and comment for later discussion with internal team. |
| 04/07/25 | L M Nemiroff | 1.0 | Review privilege motion edits made by R. Lamkin with internal team. |
| 04/07/25 | L M Nemiroff | 2.0 | Revise and fill in cites in privilege motion after R. Lamkin's second round of edits. |

**BAKER BOTTS** LLP

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: June 5, 2025
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/07/25 | G R Tolle | 1.2 | Develop strategy and discuss feedback concerning the draft privilege motion. |
| 04/08/25 | T B Carter Jr. | 4.8 | Review and revise privilege motion. |
| 04/08/25 | C R Knapp | 1.0 | Strategize regarding draft motion in opposition to Valjakka's privilege objection (1.0). |
| 04/08/25 | R D Lamkin | 4.9 | Revise privilege motion; research and review all potentiallrelevant documents and cases for same |
| 04/08/25 | J P Mitchell | 1.5 | Assist attorneys with Netflix's motion in opposition to Valjakka's privilege objection in preparation of filing same April 11, 2025 in Eastern District of VA, organize exhibits and email to C. Knapp re same, confidential exhibits, file under seal. |
| 04/08/25 | L M Nemiroff | 1.2 | Fill cites and review privilege motion after R. Lamkin's next round of edits. |
| 04/08/25 | L M Nemiroff | 1.1 | Review privilege motion after last round of edits. |
| 04/09/25 | J C Berger | 0.3 | Review draft privilege motion. |
| 04/09/25 | T B Carter Jr. | 0.4 | Preparation for and participation on call with client to discuss privilege motion. |
| 04/09/25 | T B Carter Jr. | 5.2 | Review and revise privilege motion. |
| 04/09/25 | R D Lamkin | 3.1 | Revise privilege motion |
| 04/09/25 | J P Mitchell | 1.0 | Assist attorneys with Netflix's motion in opposition to Valjakka's privilege objection in preparation of filing same April 11, 2025. |
| 04/09/25 | L M Nemiroff | 0.4 | Call with A. Stano and internal team regarding privilege motion notes. |
| 04/09/25 | L M Nemiroff | 0.8 | Research whether withholding documents that constitute fraud on the court has been analogized to spoliation. |
| 04/09/25 | L M Nemiroff | 3.3 | Revise privilege motion in accordance with A. Stano's comments. |
| 04/09/25 | L Soboleva | 0.1 | Reviewed and organized case materials for distribution and files. |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: June 5, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/10/25 | T B Carter Jr. | 3.8 | Prepare privilege motion for filing. |
| 04/10/25 | C R Knapp | 1.6 | Draft and edit motion in opposition to Valjakka's privilege assertion and related filings (1.6). |
| 04/10/25 | R D Lamkin | 2.9 | Revise privilege motion |
| 04/10/25 | J P Mitchell | 3.5 | Assist attorneys with Netflix's motion in opposition to Valjakka's privilege objection in preparation of filing same April 11, 2025, review brief, prepare declaration of R. Lamkin, organize exhibits and discussions with C. Knapp, L. Nemiroff, T. Carter re opposition, possible confidential exhibits, |
| 04/10/25 | L M Nemiroff | 1.3 | Check citations in privilege brief. |
| 04/10/25 | L M Nemiroff | 0.4 | Draft Lamkin declaration in support of privilege brief. |
| 04/10/25 | L M Nemiroff | 2.2 | Review and revise privilege motion for missing citations and any remaining grammar issues. |
| 04/10/25 | L M Nemiroff | 0.5 | Revise privilege motion in accordance with A. Stano's comments. |
| 04/11/25 | J C Berger | 0.4 | Attend and participate in team call to discuss status and next steps for attorneys' fees motion, motion for summary judgment and document review. |
| 04/11/25 | J C Berger | 0.3 | Review final brief opposing privilege objection in preparation for team call. |
| 04/11/25 | T B Carter Jr. | 0.4 | Preparation for and participation on team call to discuss next steps for case strategy. |
| 04/11/25 | T B Carter Jr. | 3.8 | Review discovery and prior orders from underlying NDCA litigation. |
| 04/11/25 | C R Knapp | 3.1 | Draft and revise motion and papers accompanying motion in opposition to Valjakka's leciiegr objection and prepare the same for filing (1.9); strategize regarding NDCA action, attorney's fees motion, and CUVTA motion for summary judgment (1.2). |
| 04/11/25 | R D Lamkin | 3.7 | Revise motion and supervise filing of privilege motion and all accompanying documents [1.6]; review elements of CUVTA for litigation team mtg and lead same [.9]; draft list of tasks for team for CUVTA SJ and fees motions; review case for same [1.2] |

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/11/25 | L M Nemiroff | 0.4 | Discuss next steps of Valjakka litigation with internal team including joining AiPi, CUVTA summary judgment motion, and fees motion. |
| 04/11/25 | G R Tolle | 0.4 | Prepare for and conduct internal strategy call based on case developments and upcoming deadlines. |
| 04/14/25 | J C Berger | 0.2 | Review draft reply brief ISO PO violation. |
| 04/14/25 | H K Gill | 11.4 | Review privilege motion and read In Re WallDesign case, and draft internal analysis document for team preparation in anticipation of order granting privilege motion. |
| 04/14/25 | J P Mitchell | 0.4 | Review Judge Brinkema's notice re April 18, 2025 hearing on Netflix's motion in opposition to Valjakka's privilege objection and email to R. Lamkin, C. Knapp re same, preparation for same. |
| 04/14/25 | L M Nemiroff | 1.2 | Analyze matter of Walldesign in light of the facts of the Valjakka litigation for CUVTA summary judgment briefing. |
| 04/14/25 | L M Nemiroff | 0.9 | Reviewing and revising K. Gill's Valjakka digest for new team members to get up to speed with the current state of the litigation. |
| 04/15/25 | T B Carter Jr. | 5.3 | Review prior motions and orders for upcoming discovery review. |
| 04/15/25 | H K Gill | 2.8 | Draft internal strategy document with timeline of entire case and review In re WallDesign to analyze CUVTA claim. |
| 04/15/25 | C R Knapp | 0.9 | Prepare for EDVA hearing on Valjakka privilege objection (0.9). |
| 04/15/25 | L M Nemiroff | 0.3 | Revise Valjakka cheatsheet. |
| 04/16/25 | T B Carter Jr. | 0.5 | Preparation for and participation on team call to discuss hearing prep for privilege motion. |
| 04/16/25 | T B Carter Jr. | 3.8 | Preparation of materials for privilege motion hearing. |
| 04/16/25 | C R Knapp | 4.7 | Prepare for EDVA hearing on Valjakka privilege issue (4.3); strategize with R. Lamkin regarding the same (0.4). |
| 04/16/25 | R D Lamkin | 2.6 | Revise reply ISO Ramey sanctions |

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/16/25 | J P Mitchell | 3.6 | Assist attorneys with April 18, 2025 hearing on Netflix's motion before Judge Brinkema, preparation for same, review, organize documents, materials, prepare binders, indexes of same and discussion with C. Knapp re same. |
| 04/16/25 | L M Nemiroff | 2.9 | Creating table for Rachael's hearing preparation. |
| 04/16/25 | L M Nemiroff | 1.4 | Reviewing brief and holes in our arguments in preparation of the briefing. |
| 04/17/25 | T B Carter Jr. | 2.8 | Preparation of materials for privilege motion hearing. |
| 04/17/25 | T B Carter Jr. | 3.6 | Review Walldesign and CUVTA arguments for upcoming discovery review and summary judgment motion. |
| 04/17/25 | C R Knapp | 3.2 | Prepare for EDVA hearing on Valjakka privilege objections (1.7); strategize with R. Lamkin regarding Valjakka communications and hearing preparation (0.2); review Valjakka communication and draft notice to the Court regarding the same (1.3). |
| 04/17/25 | R D Lamkin | 3.2 | Prep for privilege hearing including review briefing and exhibits and outline arguments depending on various judicial concerns |
| 04/17/25 | J P Mitchell | 5.0 | Review, revise notice to the Eastern District of VA re April 18, 2025 hearing, Mr. Valjakka's position on Netflix's motion, organize exhibits, electronically file same and email to R. Lamkin, C. Knapp confirming same; assist attorneys with April 18, 2025 hearing on Netflix's motion before Judge Brinkema, review, organize additional documents, materials, prepare binders, index of confidential documents in preparation of same and discussion with C. Knapp re same. |
| 04/18/25 | J C Berger | 0.7 | Review in Matter of Walldesign and preliminary injunction order in NDCA in anticipation of team call to discuss strategy and next steps. |
| 04/18/25 | C R Knapp | 4.1 | Prepare for and attend EDVA hearing (3.4); strategize regarding outcome of the same (0.7). |
| 04/18/25 | R D Lamkin | 2.8 | Argue privilege motion; conduct final preparation for same (review map of judge's potential concerns and finalize arguments; review and analyze cases sent by associates regarding privilege in EDVA) |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: June 5, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/18/25 | J P Mitchell | 1.1 | Assist attorneys with hearing before Judge Brinkema (.50); review Judge Brinkema's order granting Netflix's motion in opposition to Valjakka's privilege objection and email to R. Lamkin, C. Knapp enclosing same (.30); email to court reporter, request for April 18, 2025 hearing transcript before Judge Brinkema per attorney (.30). |
| 04/18/25 | L M Nemiroff | 1.0 | Determine who initial transferees would be in Valjakka litigation in light of preliminary injunction order in Northern District of California. |
| 04/21/25 | J C Berger | 1.6 | Attend and participate in team call regarding necessary research, document review in anticipation of upcoming hearing and filing deadlines; Conduct legal research regarding compulsory joinder in anticipation of call; Emails with team regarding assignment of tasks. |
| 04/21/25 | T B Carter Jr. | 2.7 | Research regarding |
| 04/21/25 | H K Gill | 0.8 | Plan for and participate in group strategy call for close of fact discovery. |
| 04/21/25 | H K Gill | 1.2 | Review document tags and provide feedack to L. Nemiroff, and create document to keep track of evidence and analyze initial transferee status of AiPi. |
| 04/21/25 | C R Knapp | 1.4 | Strategize regarding Robinson deposition, next steps for AiPi case, CUVTA motion for summary judgment, and attorney's fees motion (1.4). |
| 04/21/25 | R D Lamkin | 3.6 | Review and analyze 8 binders of documents sent to Court by AiPi |
| 04/21/25 | L M Nemiroff | 1.7 | Analyzing In re Walldesign in light of the Valjakka litigation to determine initial and subsequent transferees for CUVTA summary judgment motion. |
| 04/21/25 | L M Nemiroff | 0.1 | Answer questions from Perkins Coie related to filing of reply brief. |
| 04/21/25 | L M Nemiroff | 0.7 | Correspond with PwC to facilitate faster delivery of discovery. |
| 04/21/25 | L M Nemiroff | 0.8 | Internal meeting with team discussing CUVTA summary judgment motion, preparing for Morehouse and Onni deposition, and joining AiPi. |
| 04/21/25 | L M Nemiroff | 1.1 | Search newly produced documents from PwC to find support for CUVTA summary judgment motion and attorneys' fees motion. |

**BAKER BOTTS** L.L.P.

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: June 5, 2025
Matter:

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/21/25 | G R Tolle | 1.0 | Prepare for and conduct team strategy call based on case developments and review or relevant caselaw regarding CUVTA. |
| 04/22/25 | J C Berger | 0.3 | Review team communications regarding proposed document review parameters and draft document review timeline. |
| 04/22/25 | L M Nemiroff | 0.2 | Correspond with PwC regarding document production. |
| 04/22/25 | L Soboleva | 0.3 | Reviewed and organized case materials for distribution and files. |
| 04/23/25 | J C Berger | 0.2 | Review blog post circulated by R.Lamkin on J.Connelly's opinion discussing enablement and Connolly, J.'s opinion. |
| 04/23/25 | J C Berger | 0.2 | Review R.Lamkin's summary regarding Tigar J.'s hearing on Ramey's pro hac application and potential application to client fcc motion. |
| 04/23/25 | R D Lamkin | 1.3 | Review and analyze Tigar Ramey order; attend Kang Ramey hearing |
| 04/23/25 | J P Mitchell | 0.6 | Review April 18, 2025 hearing transcript before Judge Brinkema and email to R. Lamkin, C. Knapp enclosing sane for attorney review. |
| 04/23/25 | L M Nemiroff | 2.7 | Review newly uploaded documents in PwC database to discern Ramey's knowledge of ownership issue. |
| 04/23/25 | L M Nemiroff | 0.1 | Review transcript of privilege hearing in EDVA. |
| 04/24/25 | J C Berger | 2.1 | Communicate with team regarding document review and next steps; Review and analyze opinion and order denying joinder request to identify search terms for review of recently released documents. |
| 04/24/25 | T B Carter Jr. | 4.3 | Document review for sanctions/fees and CUVTA summary judgment. |
| 04/24/25 | T B Carter Jr. | 0.2 | Preparation for and participation on call with PwC to discuss document review. |
| 04/24/25 | T B Carter Jr. | 0.9 | Preparation for and participation on team call to discuss document review strategy. |
| 04/24/25 | L J Dreyer | 1.0 | Consider strategy for document review for targeted discovery (1.0). |

BAKER BOTTS LLP

Invoice No:
Invoice Date: June 5, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/24/25 | C R Knapp | 0.7 | Strategize regarding search terms and process for recovering materials released from AiPi production (0.7). |
| 04/24/25 | L M Nemiroff | 0.8 | Discuss with team and correspond with PwC to have discovery loaded into Relativity in a way where the teams can review without duplicating work. |
| 04/24/25 | L M Nemiroff | 1.1 | Review correspondence between AiPi and Ramey to determine their knowledge of the ownership of the '167 Patent. |
| 04/24/25 | G R Tolle | 0.9 | Prepare for and conduct internal strategy call regarding offensive strategy and upcoming action items. |
| 04/25/25 | J C Berger | 3.1 | Conduct targeted searches of documents to identify search parameters for documents potentially showing fraud on court, jurisdiction over AIPI. |
| 04/25/25 | T B Carter Jr. | 5.8 | Document review for sanctions/fees and CUVTA summary judgment. |
| 04/28/25 | J C Berger | 2.1 | Review and analyze documents for AiPi joinder and Ramey bad acts. |
| 04/28/25 | T B Carter Jr. | 6.3 | Document review for sanctions/fees and CUVTA summary judgment. |
| 04/28/25 | L J Dreyer | 0.5 | Analyze and consider strategy for joint status update in advance of California hearing. |
| 04/28/25 | H K Gill | 0.3 | Think through strategy for whether discovery extension is required in case, and how to get discovery from B. Ramey. |
| 04/28/25 | L M Nemiroff | 2.4 | Review correspondence between AiPi and Ramey related to ownership, independent causes of action against AiPi, and joining AiPi. |
| 04/28/25 | L M Nemiroff | 0.7 | Review correspondence between AiPi and Ramey related to ownership, independent causes of action against AiPi, and joining AiPi. |
| 04/29/25 | J C Berger | 0.1 | Communicate with team and e-discovery vendor regarding saved searches to identify documents related to AIPI, misconduct and asserting jurisdiction. |
| 04/29/25 | T B Carter Jr. | 4.2 | Document review for sanctions/fees and CUVTA summary judgment. |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: June 5, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/29/25 | L J Dreyer | 0.3 | Revise memorandum and timeline to client on case status (0.3). |
| 04/29/25 | L M Nemiroff | 2.5 | Review AiPi internal discussions related to the unauthorized practice of law and knowledge and internal thoughts with respect to ownership of the '167 Patent. |
| 04/29/25 | L Soboleva | 0.2 | Reviewed and organized case materials. |
| 04/30/25 | J C Berger | 0.4 | Run additional targeted searches in Relativity to identify documents related to Ramey bad acts. |
| 04/30/25 | T B Carter Jr. | 7.3 | Document review for sanctions/fees and CUVTA summary judgment. |
| 04/30/25 | L J Dreyer | 1.1 | Consider recommendation to client on (0.30); revise short memorandum regarding case assessment (0.30); conduct call with client on case strategy and hearing preparation (0.60). |
| 04/30/25 | C R Knapp | 0.2 | Strategize regarding (0.2). |
| 04/30/25 | L M Nemiroff | 1.5 | Review AiPi internal discussions related to the unauthorized practice of law and knowledge and internal thoughts with respect to ownership of the '167 Patent. |
| 04/30/25 | G R Tolle | 4.1 | Review documents produced by AiPi under Court order, focusing on documents related to potential PO violations and the upcoming deposition of Onni. |

| | |
|---|---|
| **Matter Hours** | **282.6** |
| **Matter Fees** | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: June 5, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2025 Lawyer Summary**

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| J C Berger | 12.0 | | | | |
| T B Carter Jr. | 96.0 | | | | |
| L J Dreyer | 5.4 | | | | |
| H K Gill | 16.5 | | | | |
| C R Knapp | 24.7 | | | | |
| R D Lamkin | 31.8 | | | | |
| L M Nemiroff | 55.6 | | | | |
| G R Tolle | 21.5 | | | | |
| | **263.5** | | | | |

**2025 Non-Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| J P Mitchell | 18.5 | | | | |
| L Soboleva | 0.6 | | | | |
| | **19.1** | | | | |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: June 5, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

**For Expenses Incurred :**

Vendor: Nemiroff, Linus M. Invoice#: 7338375304102005 Date: 4/10/2025 - LINUS NEMIROFF - Taxi / Car Service - Ride for DC Deposition for 086085.0109

Vendor: Gill, Herkiran Invoice#: 7422850805151911 Date: 5/15/2025 - HERKIRAN GILL - Airfare - United Airfare from SFO to Washington DC Deposition re: Valjakka v. Netflix case

Vendor: Gill, Herkiran Invoice#: 7422850805151911 Date: 5/15/2025 - HERKIRAN GILL - Airfare - Preferred Seating round trip - United Airfare from SFO to Washington, DC Deposition re: Valjakka v. Netflix case

Vendor: Express Imaging Solutions Invoice#: 6811 Date: 03/18/2025 - Document translation - Document translation

Vendor: Nemiroff, Linus M. Invoice#: 7338375304102005 Date: 4/10/2025 - LINUS NEMIROFF - Airfare - Flight for DC Deposition for 086085.0109

Vendor: Nemiroff, Linus M. Invoice#: 7338375304102005 Date: 4/10/2025 - LINUS NEMIROFF - Air WiFi - Wifi for DC Deposition for 086085.0109

Vendor: Gill, Herkiran Invoice#: 7422850805151911 Date: 5/15/2025 - HERKIRAN GILL - Taxi / Car Service - Uber ride DC Airport to Westin Hotel Deposition re: Valjakka v. Netflix case

Vendor: Pricewaterhousecoopers Invoice#: 1790519786 Date: 03/20/2025 - Forensic services - Forensic services

Vendor: Nemiroff, Linus M. Invoice#: 7338375304102005 Date: 4/10/2025 - LINUS NEMIROFF - Hotel - Lodging - Hotel for DC Deposition for 086085.0109

Vendor: Nemiroff, Linus M. Invoice#: 7338375304102005 Date: 4/10/2025 - LINUS NEMIROFF - Taxi / Car Service - Ride for DC Deposition for 086085.0109

Vendor: Gill, Herkiran Invoice#: 7422850805151911 Date: 5/15/2025 - HERKIRAN GILL - Hotel - Lodging - The Westin Washington, DC Downtown 999 9th Street, NW, Washington, D Deposition re: Valjakka v. Netflix case

Vendor: Gill, Herkiran Invoice#: 7422850805151911 Date: 5/15/2025 - HERKIRAN GILL - Taxi / Car Service - Uber ride from SFO airport to SF home; Deposition re: Valjakka v. Netflix case

Vendor: Gill, Herkiran Invoice#: 7422850805151911 Date: 5/15/2025 - HERKIRAN GILL - Taxi / Car Service - Uber ride Westin to DC Airport Deposition re: Valjakka v. Netflix case

Vendor: American Express Co. Invoice#: 7324903004142125 Date: 4/14/2025 - DANIEL SAMFORD - Miscellaneous - Legal - Purchase of status information for Linus Nemiroff for the following entity: Dulany Street Capital, LLC

Vendor: American Express Co. Invoice#: 7324903004142125 Date: 4/14/2025 - DANIEL SAMFORD - Miscellaneous - Legal - Purchase of status information for Linus Nemiroff for the following entity: AiPi Litigation Funding LLC

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: June 5, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

Vendor: American Express Co. Invoice#: 7324903004142125 Date: 4/14/2025 - DANIEL SAMFORD - Miscellaneous - Legal - Purchase of status information for Linus Nemiroff for the following entity: AIP I, L.P.

Vendor: American Express Co. Invoice#: 7341521204081551 Date: 4/8/2025 - DAVID GERKIN - Miscellaneous - Legal - 2025.03.03 Secretary of State Fees Netflix v. Valjakka - 086085.0109

Vendor: Veritext Corporation Invoice#: 8189856 Date: 03/27/2025 - 8189856 - Transcript services - original transcript for witness: Eric Morehouse on 03/20/2025.

Vendor: Nemiroff, Linus M. Invoice#: 7338375304102005 Date: 4/10/2025 - LINUS NEMIROFF - Air WiFi - Wifi for DC Deposition for 086085.0109

Vendor: Transperfect Document Invoice#: 278263 Date: 03/31/2025 - 278263 - Associate fee for document production - coil binding, tabs, color printing, Project Management time.

Vendor: Transperfect Document Invoice#: 279452 Date: 03/31/2025 - 279452 - Associate fee for Document Production - Project Management time, redwelds, file folders, 3"ring binder, custom labels, printing with two sided with assembly.

Vendor: Veritext Corporation Invoice#: 8234628 Date: 04/11/2025 - 8234628 - Video initial services - for wit ness: Eric Morehouse on 03/20/2025

Vendor: American Express Co. Invoice#: 7373552104251905 Date: 4/25/2025 - RACHAEL LAMKIN - Hotel - Lodging - Hotel stay 4/17

Vendor: American Express Co. Invoice#: 7373552104251905 Date: 4/25/2025 - RACHAEL LAMKIN - Hotel - Lodging - Hotel stay 4/18

Vendor: American Express Co. Invoice#: 7373552104251905 Date: 4/25/2025 - RACHAEL LAMKIN - Hotel - Lodging - Deposit - Hotel stay 4/17- 4/19

Vendor: American Express Co. Invoice#: 7383655505011458 Date: 5/1/2025 - CAILYN KNAPP - Parking - 4.18 Parking while attending EDVA hearing

Vendor: American Express Co. Invoice#: 7373552104251905 Date: 4/25/2025 - RACHAEL LAMKIN - Hotel - Lodging - Water - Hotel stay 4/17- 4/19

Vendor: American Express Co. Invoice#: 7373552104251905 Date: 4/25/2025 - RACHAEL LAMKIN - Hotel - Lodging - Tax/Fees - Hotel stay 4/17- 4/19

Vendor: American Express Co. Invoice#: 7404471305141504 Date: 5/14/2025 - JOHN MITCHELL - Court Fees - J Mitchell - NY Office - $70.65 fee for 4/18/2025 hearing transcript before Judge Brinkema in Eastern District of VA.

Delivery services/messengers

**Total Expenses**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**
June 5, 2025

---

## REMINDER STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

---

**OUTSTANDING INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Total Balance |
|---|---|---|---|---|
| 03/31/25 | | | | |
| 03/31/25 | | | | |
| 04/30/25 | | | | |
| | | | **Total** | |

**PLEASE NOTE: ALL FIGURES ARE NOT INCLUSIVE OF VAT.**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: June 5, 2025
Matter Number:

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | |
| **Client:** | Netflix, Inc. |
| **Matter:** | Valjakka v. Netflix |
| **Invoice Number:** | |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.
(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.
(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: July 30, 2025
Attorney: R D Lamkin

For professional services rendered through June 30, 2025

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/22/25 | M D Chuning | 5.5 | Strategize wrt motion response (.8); assist with case-law research re: privilege issues and un-authorized practice of law (4.1); review AiPi opposition brief (.6). |
| 06/01/25 | L M Nemiroff | 1.1 | Strategize and draft discovery requests for T. Carter's review including requests related to and drafting email to send to Brendan requesting items Netflix is entitled to under the EDVA subpoena. |
| 06/02/25 | J C Berger | 4.2 | Conduct legal research regarding abuse of process and anti-SLAPP provisions to identify |
| 06/02/25 | J P Mitchell | 1.4 | Prepare application to admit K. Gill pro hac vice; assist attorneys with motion for summary judgment, review EDVA local rules re same, prepare notice of motion and email to K. Gill enclosing same. |
| 06/02/25 | L M Nemiroff | 0.6 | Communicate to T. Carter review of previous CUVTA discovery. |
| 06/02/25 | L M Nemiroff | 1.0 | Put together RFPs to propound on VJ. |
| 06/02/25 | L M Nemiroff | 1.3 | Review Valjakka discovery to ensure that current draft RFPs do not constitute duplicative discovery while also checking for documents helpful to CUVTA summary judgment motion. |
| 06/02/25 | R E Pravata | 0.9 | Research case filings for John Mitchell. |
| 06/03/25 | J C Berger | 1.4 | Draft and revise memo to file regarding abuse of process and anti-SLAPP action in NDCA and related email to team. |
| 06/03/25 | T B Carter Jr. | 1.9 | Research regarding |
| 06/03/25 | J P Mitchell | 1.6 | Revise, electronically file motion for K. Gill to appear pro hac vice in Eastern District of VA and email to R. Lamkin, C. Knapp, K. Gill confirming same; prepare draft motion for summary judgment, notice of presentment in preparation of submission of same. |
| 06/04/25 | J P Mitchell | 0.3 | Review Judge Brinkema's order granting K. Gill pro hac vice and email to R. Lamkin, C. Knapp, K. Gill confirming same. |
| 06/05/25 | T B Carter Jr. | 6.4 | Review document productions for CUVTA SJ. |
| 06/05/25 | L J Dreyer | 0.6 | Conduct call with client on case strategy (0.60). |

BAKER BOTTS L.L.P.

Invoice No:
Invoice Date: July 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/06/25 | T B Carter Jr. | 5.8 | Review document productions for CUVTA SJ. |
| 06/06/25 | L J Dreyer | 0.3 | Analyze research on causes of action against AiPi (0.30). |
| 06/06/25 | J P Mitchell | 1.0 | Revise Netflix's notice of motion for summary judgment, draft memorandum of law in support, notice of presentment and email to K. Gill enclosing same. |
| 06/06/25 | L M Nemiroff | 0.2 | Review and revise T. Carter's drafted subpoena to be served on KVIP law firm. |
| 06/06/25 | L M Nemiroff | 1.2 | Review J. Berger's analysis on basis to join AiPi in NDCA, and flesh out factual basis supporting her theories. |
| 06/09/25 | T B Carter Jr. | 1.4 | Preparation of discovery and subpoena for Kenealy Vaidya IP. |
| 06/09/25 | T B Carter Jr. | 2.6 | Research regarding CUVTA factors and proof. |
| 06/09/25 | R E Pravata | 0.9 | Research motions for John Mitchell. |
| 06/10/25 | L M Nemiroff | 0.4 | Review CUVTA discovery and prepare outline of CUVTA summary judgment motion for T. Carter, and K. GIll. |
| 06/11/25 | J C Berger | 2.9 | Conduct legal research regarding potential |
| 06/11/25 | T B Carter Jr. | 2.3 | Preparation of discovery for KVIP law. |
| 06/11/25 | H K Gill | 1.6 | Draft outline of motion for summary judgment. |
| 06/11/25 | L M Nemiroff | 0.6 | Review CUVTA discovery and prepare outline of CUVTA summary judgment motion for T. Carter, and K. GIll. |
| 06/12/25 | J C Berger | 2.4 | Conduct legal research regarding ulterior motive element of abuse of process claim and draft relevant memo section. |
| 06/12/25 | T B Carter Jr. | 4.2 | Preparation of outlines and proof matrix for CUVTA SJ motion. |
| 06/12/25 | L M Nemiroff | 4.1 | Review CUVTA discovery and prepare outline of CUVTA summary judgment motion for T. Carter, and K. GIll. |
| 06/13/25 | J C Berger | 3.4 | Conduct legal research regarding willfullness element of abuse of process claim and California anti-SLAPP law (2.3); Meet by Teams for weekly team call (.4). |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: July 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 06/13/25 | T B Carter Jr. | 0.4 | Preparation for and participation on call with Linus and Kira to discuss CUVTA summary judgment. |
| 06/13/25 | T B Carter Jr. | 0.4 | Preparation for and participation on weekly team strategy call. |
| 06/13/25 | T B Carter Jr. | 3.4 | Preparation of outlines and proof matrix for CUVTA SJ motion. |
| 06/13/25 | L J Dreyer | 0.3 | Consider strategy for summary judgment and abuse of process claim (0.30). |
| 06/13/25 | H K Gill | 0.4 | Discuss motion for summary judgment outline and strategy with T. Carter and L. Nemiroff. |
| 06/13/25 | H K Gill | 0.3 | Plan for and participate in weekly team status call. |
| 06/13/25 | R D Lamkin | 1.3 | Lead litigation team mtg; review CUVTA SJ outline for same |
| 06/13/25 | L M Nemiroff | 0.3 | Discuss next steps of Valjakka litigation internally with team including CUVTA summary judgment motion, and outstanding discovery items. |
| 06/13/25 | L M Nemiroff | 0.4 | Internal call with T. Carter and K. Gill discussing review of CUVTA discovery and findings related to CUVTA summary judgment motion including feasibility of recovering funds from Valjakka and other subsequent transferees. |
| 06/13/25 | L M Nemiroff | 0.3 | Review CUVTA discovery and prepare outline of CUVTA summary judgment motion for T. Carter, and K. GIll. |
| 06/13/25 | G R Tolle | 0.4 | Prepare for and conduct internal strategy call regarding offensive action items. |
| 06/14/25 | J C Berger | 2.1 | Conduct legal research regarding litigation privilege and application to abuse of process claim; Draft related portion of memo to file. |
| 06/15/25 | J C Berger | 2.3 | Conduct legal research regarding California anti-SLAPP statute and application to abuse of process claim; Draft related portion of memo to file. |
| 06/16/25 | J C Berger | 0.8 | Finalize memo addressing abuse of process claims and circulate same to team. |
| 06/16/25 | T B Carter Jr. | 1.3 | Research regarding CUVTA summary judgment. |
| 06/16/25 | L M Nemiroff | 0.8 | Review J. Berger's research on various legal options to join AiPi, and flesh out factual details related to this research. |

BAKER BOTTS L.L.P.

Invoice No:
Invoice Date: July 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/17/25 | T B Carter Jr. | 1.8 | Research regarding CUVTA summary judgment. |
| 06/19/25 | T B Carter Jr. | 1.2 | Preparation of third party discovery. |
| 06/19/25 | T B Carter Jr. | 1.8 | Research regarding CUVTA summary judgment. |
| 06/20/25 | R D Lamkin | 4.7 | Assist Perkins in preparing for the Onni depo, including reviewing relevant document production and drafting depo questions |
| 06/20/25 | R D Lamkin | 1.3 | Meet with Elise for Onni depo preo; reveiw last weeks work for same |
| 06/20/25 | L M Nemiroff | 4.3 | Collect and prepare documents for deposition of Onni Hietalahti. |
| 06/20/25 | G R Tolle | 0.3 | Review emails between Morehouse and Onni regarding opinions on ownership. |
| 06/22/25 | L M Nemiroff | 0.8 | Collect and prepare documents for deposition of Onni Hietalahti. |
| 06/23/25 | L M Nemiroff | 0.5 | Collect and prepare documents for deposition of Onni Hietalahti. |
| 06/23/25 | L M Nemiroff | 3.9 | Collect and prepare documents for deposition of Onni Hietalahti. |
| 06/23/25 | L M Nemiroff | 1.6 | Research methods to join AiPi in the Northern District of California and investigate whether AiPi can be made the real party in interest. |
| 06/23/25 | G R Tolle | 5.1 | Develop strategy regarding Onni deposition, including reviewing the documents from the forensic pull of Morehouse's computer, developing outline modules, and conducting additional related research. |
| 06/24/25 | T B Carter Jr. | 2.2 | Preparation of third party discovery. |
| 06/24/25 | L J Dreyer | 0.9 | Analyze research on pursuit of fees against AiPi and consider strategy for same (0.90). |
| 06/24/25 | L M Nemiroff | 2.2 | Provide support for E. Edlin during deposition of O. Hietalahti. |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: July 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/24/25 | L M Nemiroff | 2.2 | Research methods to join AiPi in the Northern District of California and investigate whether AiPi can be made the real party in interest for R. Lamkin. |
| 06/24/25 | L M Nemiroff | 4.8 | Research methods to join AiPi re abuse of process and section 1927 in the Northern District of California for R. Lamkin. |
| 06/24/25 | L M Nemiroff | 0.2 | Research whether VJ/Onni got documents from the EDVA production to determine whether we could use documents Onni was not in the to/from/cc line in the deposition of O. Hietalahti. |
| 06/24/25 | G R Tolle | 3.4 | Prepare for and support the deposition of Onni H. (attorney for Valjakka). |
| 06/25/25 | J C Berger | 2.1 | Meet by Teams with L.Nemiroff, B.Cooper to discuss abuse of process willful act element (.2); Meet by Teams with R.Lamkin and L.Nemiroff to discuss same (.1); Conduct legal research to confirm whether settlement activities in another litigation could satisfy willful act element. |
| 06/25/25 | L J Dreyer | 1.2 | Conduct weekly call with client on case strategy (0.50); consider research on liability of AiPi(0.70) |
| 06/25/25 | H K Gill | 0.5 | Coordinate drafting of deposition notice for Eric Morehouse. |
| 06/25/25 | R D Lamkin | 2.7 | Review and analyze memo regarding joining AiPi [1.4]; meet with Audrey and Perkins for weekly strategy session [.6]; begin revising KVIP subpoena [.7] |
| 06/25/25 | L M Nemiroff | 1.3 | Research acts meeting the willful act prong of abuse of process in order to join AiPi in the Northern District of California. |
| 06/25/25 | L M Nemiroff | 0.2 | Research methods to join AiPi related to abuse of process and section 1927 in the Northern District of California for R. Lamkin. |
| 06/25/25 | G R Tolle | 2.2 | Continue research regarding 28 USC 1927, the inherent authority of the court, and joinder of AiPi under the facts of this case and under applicable law. |
| 06/30/25 | C R Knapp | 0.4 | Review deposition notice and confer with J. Mitchell and K. Gill regarding the same (0.2); plan and prepare for AiPi deposition (0.2). |

**Matter Hours** **132.5**

**Matter Fees**

**BAKER BOTTS** LLP

Netflix, Inc.
Valjakka v. Netflix

Invoice No:
Invoice Date: July 30, 2025
Matter:

**2025 Lawyer Summary**

| Timekeeper | HOURS | Stand ard Rate | Stand ard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| J C Berger | 21.6 | | | | |
| T B Carter Jr. | 37.1 | | | | |
| M D Chuning | 5.5 | | | | |
| L J Dreyer | 3.3 | | | | |
| H K Gill | 2.8 | | | | |
| C R Knapp | 0.4 | | | | |
| R D Lamkin | 10.0 | | | | |
| L M Nemiroff | 34.3 | | | | |
| G R Tolle | 11.4 | | | | |
| | **126.4** | | | | |

**2025 Non-Lawy er Summary**

| Timekeeper | Hours | Stand ard Rate | Stand ard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| J P Mitchell | 4.3 | | | | |
| R E Pravata | 1.8 | | | | |
| | **6.1** | | | | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: July 30, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

**For Expenses Incurred :**

Vendor: American Express Co. Invoice#: 7549683807182047 Date: 7/18/2025 - RACHAEL LAMKIN - Taxi / Car Service - Transportation

Vendor: American Express Co. Invoice#: 7472917506111507 Date: 6/11/2025 - JOHN MITCHELL - Court Fees - J Mitchell - NY Office - $75.00 fee to file Kira Gill's pro hac vice fee in Eastern District of VA June 3, 2025.

Vendor: American Express Co. Invoice#: 7549683807182047 Date: 7/18/2025 - RACHAEL LAMKIN - Hotel - Lodging - Hotel cancellation penalty

Vendor: J.S. Held LLC Invoice#: INV01US0276740 Date: 06/11/2025 - Professional Services - Professional Services

Vendor: Pricewaterhousecoopers Invoice#: 1790537974 Date: 06/16/2025 - Legal Services - Legal Services

**Total Expenses**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**
July 30, 2025

---

## REMINDER STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

---

**OUTSTANDING INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Total Balance |
|---|---|---|---|---|
| 03/31/25 | | | | |
| 03/31/25 | | | | |
| 04/30/25 | | | | |
| 06/05/25 | | | | |
| | | | **Total** | |

**PLEASE NOTE: ALL FIGURES ARE NOT INCLUSIVE OF VAT.**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: July 30, 2025
Matter Number:

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | |
| **Client:** | Netflix, Inc. |
| **Matter:** | Valjakka v. Netflix |
| **Invoice Number:** | |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.
(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.
(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: August 26, 2025
Attorney: R D Lamkin

---

For professional services rendered through July 31, 2025

V alj akka v. Netflix

---

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: August 26, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/01/25 | C R Knapp | 0.3 | Prepare for AiPi deposition of Mr. Morehouse (0.3). |
| 07/01/25 | J P Mitchell | 0.6 | Assist attorneys with Eric Morehouse July 14, 2025 deposition, preparation for same, email to Veritext Court Reporting, request for reporter, videographer for same and discussion with C. Knapp re same. |
| 07/02/25 | T B Carter Jr. | 3.4 | Research regarding SJ motion on CUVTA issues. |
| 07/03/25 | T B Carter Jr. | 2.9 | Research regarding SJ motion on CUVTA issues. |
| 07/07/25 | H K Gill | 0.5 | Research civil local rules in Northern District of California and determine proper avenue for extending fact discovery. |
| 07/07/25 | J P Mitchell | 0.3 | Email to court reporter, request to adjourn Eric Morehouse July 14, 2025 deposition per attorney and email to C. Knapp confirming same. |
| 07/07/25 | L M Nemiroff | 2.2 | Research whether a stipulation or 7-11 motion is appropriate to continue the close of fact discovery, and prepare stipulation to extend close of fact discovery. |
| 07/08/25 | H K Gill | 1.0 | Communicate with L. Valjakka and draft stipulation to extend close of fact discovery. |
| 07/08/25 | J P Mitchell | 0.5 | Review email from C. Knapp re Eric Morehouse deposition, adjournment of same and email to Veritext legal Solutions re adjournment of same. |
| 07/08/25 | L M Nemiroff | 1.0 | Finalize stipulation to extend the close of fact discovery in NDCA. |
| 07/09/25 | T B Carter Jr. | 2.8 | Research regarding SJ motion on CUVTA issues. |
| 07/09/25 | L M Nemiroff | 0.8 | Convert stipulation into 7-11 motion to extend close of fact discovery in NDCA. |
| 07/10/25 | L J Dreyer | 0.4 | Analyze order granting sanctions and consider strategy for further discovery (0.40). |
| 07/10/25 | C R Knapp | 0.4 | Review communications with M. Valjakka (0.1) edit draft motion to continue discovery date (0.2); prepare for M. Morehouse deposition. |
| 07/10/25 | J P Mitchell | 0.6 | Assist attorneys with joint stipulation to continue discovery deadlines, review, revise same in preparation of submission in Northern District of CA and email to K. Gill enclosing same for review. |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: August 26, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/10/25 | L Soboleva | 0.1 | Reviewed and organized case materials for distribution and files. |
| 07/11/25 | T B Carter Jr. | 2.3 | Research regarding SJ motion on CUVTA issues. |
| 07/11/25 | H K Gill | 1.0 | Think through proper procedural mechanism for setting close of fact discovery date and read sanctions order and revise stipulation accordingly. |
| 07/11/25 | C R Knapp | 0.4 | Review NDCA order; strategize with K. Gill regarding stipulation to NDCA concerning discovery extension (.40). |
| 07/11/25 | L M Nemiroff | 0.4 | Discuss future revisions to be made to stipulation setting close of fact discovery in NDCA litigation with K. Gill. |
| 07/11/25 | L Soboleva | 0.1 | Reviewed and organized case materials for distribution and files. |
| 07/14/25 | L J Dreyer | 0.7 | Consider strategy for depositions of Morehouse, AiPi, and Ramey ( 0.70). |
| 07/15/25 | T B Carter Jr. | 5.2 | Preparation of CUVTA summary judgment motion. |
| 07/16/25 | L J Dreyer | 0.4 | Conduct call with client on case updates and strategy (0.40). |
| 07/16/25 | L M Nemiroff | 0.6 | Search for documents related to protective order violations of Bill Ramey and other documents helpful for Perkins' depostion of Ramey. |
| 07/17/25 | T B Carter Jr. | 4.2 | Review of Ramey AEO document production for sanctions discovery. |
| 07/17/25 | L M Nemiroff | 0.4 | Correspond with Rachael and PwC related to setting up saved search to find documents related to protective order violations of Bill Ramey and other documents helpful for Perkins' depostion of Ramey. |
| 07/17/25 | L M Nemiroff | 0.5 | Search for documents related to protective order violations of Bill Ramey and other documents helpful for Perkins' depostion of Ramey. |
| 07/18/25 | T B Carter Jr. | 0.6 | Preparation for and participation on call with Griffin Tolle and Linus Nemiroff regarding Ramey document review issues. |
| 07/18/25 | T B Carter Jr. | 3.8 | Review of Ramey AEO document production for sanctions discovery. |

BAKER BOTTS LLP

Invoice No:
Invoice Date: August 26, 2025
Matter:

Netflix, Inc.
V alj akka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/18/25 | L M Nemiroff | 1.6 | Search for documents related to protective order violations of Bill Ramey and other documents helpful for Perkins' depostion of Ramey. |
| 07/18/25 | G R Tolle | 0.4 | Prepare for and conduct meeting with team that is reviewing documents in preparation for Ramey deposition, to discuss strategy and approach. |
| 07/22/25 | T B Carter Jr. | 0.2 | Preparation for and participation on call with Griffin Tolle to discuss Ramey document review. |
| 07/23/25 | T B Carter Jr. | 4.3 | Review of Ramey documents in PwC forensic database for potential violations of protective order. |
| 07/24/25 | T B Carter Jr. | 10.6 | Review of Ramey documents in PwC forensic database for potential violations of protective order. |
| 07/25/25 | J C Berger | 0.2 | Attend weekly team meeting with L.Dreyer, G.Tolle, and T.Carter. |
| 07/25/25 | T B Carter Jr. | 0.2 | Preparation for and participation on weekly team strategy call. |
| 07/25/25 | T B Carter Jr. | 9.3 | Review of Ramey documents in PwC forensic database for potential violations of protective order. |
| 07/25/25 | L J Dreyer | 0.2 | Consider case strategy for upcoming Ramey deposition with team. |
| 07/27/25 | G R Tolle | 3.5 | Review documents from AiPi forensic discovery in preparation of Bill Ramey's deposition. |
| 07/28/25 | T B Carter Jr. | 3.7 | Review of Ramey documents in PwC forensic database for potential violations of protective order. |
| 07/29/25 | T B Carter Jr. | 1.8 | Preparation of notes for team regarding Ramey documents in PwC foresnic database. |
| 07/30/25 | T B Carter Jr. | 5.2 | Preparation of draft SJ motion on CUVTA violation issues. |
| 07/30/25 | T B Carter Jr. | 0.9 | Review AiPi production for documents referncing Pillsbury attorney James Quail. |
| 07/30/25 | T B Carter Jr. | 1.2 | Review Ramey production on protective order violation issues. |
| 07/31/25 | T B Carter Jr. | 5.3 | Preparation of draft SJ motion on CUVTA violation issues. |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: August 26, 2025
Matter:

Netflix, Inc.
V alj akka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| **Matter Hours** | | **87.0** | |
| **Matter Fees** | | | |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: August 26, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

### 2025 Lawyer Summary

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| J C Berger | 0.2 | | | | |
| T B Carter Jr. | 67.9 | | | | |
| L J Dreyer | 1.7 | | | | |
| H K Gill | 2.5 | | | | |
| C R Knapp | 1.1 | | | | |
| L M Nemiroff | 7.5 | | | | |
| G R Tolle | 3.9 | | | | |
| | **84.8** | | | | |

### 2025 Non-Lawyer Summary

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| J P Mitchell | 2.0 | | | | |
| L Soboleva | 0.2 | | | | |
| | **2.2** | | | | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: August 26, 2025
Matter:

Netflix, Inc.
Valj akka v. Netflix

**For Expenses Incurred :**

Vendor: American Express Co. Invoice#: 7549734408061418 Date: 8/6/2025 - RACHAEL LAMKIN - Dinner - Dinner with L. Dreyer, A. Wynn-Grant, L. Burrow

Vendor: American Express Co. Invoice#: 7549734408061418 Date: 8/6/2025 - RACHAEL LAMKIN - Lunch - Snack

Cancellation of: Vendor: Pricewaterhousecoopers LLP Invoice#: 1790533803 Date: 05/27/2025 - Forensics and eDiscovery work - Forensics and eDiscovery work

Vendor: Croke Fairchild Duarte & Beres Invoice#: 129833 Date: 07/11/2025 - Professional Services - Professional Services

Vendor: TODIS LLC Invoice#: 1509 Date: 07/31/2025 - Legal Services - Legal Services

**Total Expenses**

# BAKER BOTTS L.L.P.

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**
August 26, 2025

---

## REMINDER STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

---

**OUTSTANDING INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Total Balance |
|---|---|---|---|---|
| 03/31/25 | | | | |
| 03/31/25 | | | | |
| 04/30/25 | | | | |
| 06/05/25 | | | | |
| 07/30/25 | | | | |
| | | | **Total** | |

**PLEASE NOTE: ALL FIGURES ARE NOT INCLUSIVE OF VAT.**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: August 26, 2025
Matter Number:

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | |
| **Client:** | Netflix, Inc. |
| **Matter:** | Valjakka v. Netflix |
| **Invoice Number:** | 18007968 |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

TO ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.

( Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.

( Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
( Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: September 26, 2025
Attorney: R D Lamkin

For professional services rendered through August 31, 2025

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| **Total Current Due** | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date:
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/11/25 | J P Mitchell | 0.4 | Revise joint stipulation to continue discovery deadlines in preparation of submission of same July 14, 2025 and email to K. Gill enclosing same. |
| 07/14/25 | J P Mitchell | 0.5 | Review email from Brendan Klaproth re Eric Morehouse August 15, 2025 deposition, adjournment of same and email to Veritext legal Solutions re same; discussion with C. Knapp re Eric Morehouse deposition, possible dates in August 2025, preparation for same. |
| 07/28/25 | J P Mitchell | 1.5 | Assist attorneys with Bill Ramsey's deposition, review outline re exhibits cited, prepare index of same and email to T. Carter enclosing same. |
| 08/01/25 | T B Carter Jr. | 6.2 | Preparation of CUVTA summary judgment motion. |
| 08/03/25 | T B Carter Jr. | 5.3 | Preparation of CUVTA summary judgment motion. |
| 08/04/25 | T B Carter Jr. | 6.8 | Preparation of CUVTA summary judgment motion. |
| 08/05/25 | T B Carter Jr. | 7.7 | Preparation of CUVTA summary judgment motion. |
| 08/05/25 | R D Lamkin | 2.7 | Begin outlining motion for fees against Morehouse; review facts and law relevant to same |
| 08/05/25 | L M Nemiroff | 0.3 | Compile documents related to Morehouse having no good faith basis to continue with the Valjakka litigations for R. Lamkin to determine whether we need to take a second deposition of Morehouse. |
| 08/05/25 | L M Nemiroff | 2.0 | Search production history to form timeline of Apple and RPX's knowledge of the ownership of the '167 Patent to determine whether we must depose Morehouse a second time. |
| 08/06/25 | T B Carter Jr. | 9.8 | Preparation of CUVTA summary judgment motion. |
| 08/07/25 | T B Carter Jr. | 10.3 | Preparation of CUVTA summary judgment motion. |
| 08/07/25 | J P Mitchell | 0.5 | Discussion with C. Knapp re Eric Morehouse August 18, 2025 deposition, preparation for same and email to Veritext Legal Solutions, schedule court reporter, videographer for same. |
| 08/12/25 | T B Carter Jr. | 3.3 | Preparation of CUVTA summary judgment motion. |
| 08/12/25 | J P Mitchell | 0.3 | Review email from R. Lamkin re Eric Morehouse's August 18, 2025 deposition, cancellation of same and email to Veritext legal Solutions re same. |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date:
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/12/25 | L M Nemiroff | 0.3 | Discuss remedies under CUVTA with T. Carter. |
| 08/12/25 | L M Nemiroff | 0.6 | Prepare and locate exhibits for to support R. Lamkin's drafting of motion for summary judgment. |
| 08/13/25 | T B Carter Jr. | 5.4 | Preparation of CUVTA summary judgment motion. |
| 08/13/25 | R D Lamkin | 3.1 | Revise and edit CUVTA SJ; review CUVTA PI pleadings and order for same; review related evidence for same |
| 08/13/25 | L M Nemiroff | 0.6 | Find and complete citations for NDCA CUVTA summary judgment motion. |
| 08/13/25 | L M Nemiroff | 0.5 | Search for earliest documents evidencing Akamai's knowledge that Valjakka did not own the '167 Patent. |
| 08/13/25 | L M Nemiroff | 0.2 | Verify that we included all dates of AiPi's payments to CDN Licensing to support motion for summary judgment against Valjakka. |
| 08/14/25 | T B Carter Jr. | 1.3 | Preparation of summary of Sound View v. Hulu appeal for client. |
| 08/14/25 | L M Nemiroff | 1.6 | Cite check and proofread CUVTA motion for summary judgment. |
| 08/15/25 | R D Lamkin | 2.6 | Revise and edit CUVTA SJ after Perkins edits and comments |
| 08/17/25 | L M Nemiroff | 0.2 | Locate document describing the purpose of IP Case Group 1 LLC for use in Valjakka summary judgment motion. |
| 08/18/25 | T B Carter Jr. | 6.8 | Preparation of revisions to CUVTA SJ motion. |
| 08/18/25 | R D Lamkin | 3.1 | Prepare for Ramey deposition, including review of EDVA docket, Ice Rover docket, and CTD docket, and EDVA Morehouse production in preparation for Ramey deposition [AEO PO] |
| 08/18/25 | L M Nemiroff | 0.2 | Check if Robinson email describing why he must leave the Valjakka case is on file in NDCA to support CUVTA summary judgment motion. |
| 08/18/25 | L M Nemiroff | 0.4 | Locate for documents supporting that transfers were made by Ramey into IP Case Group 1 in support of CUVTA summary judgment motion. |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date:
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/19/25 | T B Carter Jr. | 3.8 | Preparation of revisions to CUVTA SJ motion. |
| 08/19/25 | R D Lamkin | 4.5 | Participate in Ramey deposition [AEO PO] |
| 08/19/25 | J P Mitchell | 0.5 | Assist attorneys with Netflix's motion for summary judgment in preparation of submission of same in Northern District of CA and discussion with T. Carter re same. |
| 08/19/25 | L M Nemiroff | 3.1 | Support R. Lamkin and broader Valjakka team by pulling documents and fact checking propositions made by Ramey during his deposition. |
| 08/20/25 | G R Tolle | 0.3 | Work on collection of relevant fees and records for fees motion based on Plaintiff's counsel's violations of the protective order. |
| 08/21/25 | T B Carter Jr. | 9.3 | Preparation and filing of CUVTA SJ motion. |
| 08/21/25 | J P Mitchell | 7.5 | Assist attorneys with Netflix's motion for summary judgment, review, revise motion for summary judgment, declaration of R. Lamkin, proposed order, finalize exhibits, revise administrative motion to seal, declaration of R. Lamkin, proposed order, prepare proof of service; electronically file administrative motion to seal Netflix's motion for summary judgment, supporting declarations, exhibits, proposed order, prepare redactions to Netflix's motion for summary judgment, electronically file same; service email to email to Lauri Valjakka, Brendan Klaproth enclosing Netflix confidential motion for summary judgment, exhibits; email to Judge Tigar enclosing proposed order per local rules. |
| 08/21/25 | L M Nemiroff | 2.5 | Assist with final items related to filing of CUVTA summary judgment motion including preparing proposed orders, certficates of service, proofreading final copies, and determining all items needed for filing. |
| 08/21/25 | L M Nemiroff | 1.2 | Determine and apply all redactions to CUVTA Summary Judgment motion. |
| 08/21/25 | L M Nemiroff | 0.4 | Determine what procedure must be carried out to coordinate with Valjakka in order to file cross-motions for summary judgment. |
| 08/22/25 | L M Nemiroff | 0.5 | Create draft briefing schedule for Valjakka case. |
| 08/22/25 | L Soboleva | 0.5 | Reviewed and organized case materials for distribution and files. |
| 08/25/25 | T B Carter Jr. | 2.1 | Research regarding response and reply to CUVTA SJ motions. |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date:
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/25/25 | T B Carter Jr. | 2.4 | Review and analyze SJ motion filed by Valjakka. |
| 08/25/25 | J P Mitchell | 1.0 | Assist attorneys with motion for attorney fees and costs in preparation of filing same September 2, 2025 and discussion with L. Nemiroff re same, exhibits, submission of same in Northern District of CA. |
| 08/25/25 | L M Nemiroff | 1.1 | Redact Netflix billing documents in support of fees motion. |
| 08/25/25 | L M Nemiroff | 0.2 | Review Valjakka's CUVTA summary judgment motion. |
| 08/25/25 | G R Tolle | 0.4 | Review local rules regarding motions for attorneys' fees and billing records in support of Netflix's forthcoming motion for attorneys' fees. |
| 08/26/25 | T B Carter Jr. | 1.2 | Review time entries for PO violation fees motion. |
| 08/26/25 | J P Mitchell | 1.5 | Review Laurie Valhalla's motion for summary judgment, supporting declaration filed in Northern District of CA and email to team enclosing same, Netflix's response to same; download, review, organize William Ramey deposition transcript, exhibits for attorney review; review Northern District of CA order re briefing schedule on parties summary judgment motions, oppositions, replies to same and email to T. Carter, L. Nemiroff enclosing same, September 2025 deadlines. |
| 08/26/25 | L M Nemiroff | 1.1 | Compare Valjakka's recently filed CUVTA summary judgment motion with PI Order from Tigar to support CUVTA opposition and reply briefing. |
| 08/26/25 | L M Nemiroff | 1.5 | Locate earliest email VJ is made aware of fees (0.8), and find controverting evidence to Valjakka's statement that CDN's sole purpose was for taxes (0.7). |
| 08/26/25 | L M Nemiroff | 1.8 | Redact Netflix billing documents in support of fees motion. |
| 08/26/25 | L M Nemiroff | 0.8 | Revise, in accordance with T. Carter's comments, sheet comparing Valjakka's recently filed CUVTA summary judgment motion with PI Order from Tigar to support CUVTA opposition and reply briefing. |
| 08/27/25 | J P Mitchell | 0.8 | Assist attorneys with Netflix's motion for attorneys fees and costs, review Baker Botts invoices and discussion with L. Nemiroff re motion, redactions to same, submission of same in Northern District of CA. |
| 08/27/25 | L M Nemiroff | 0.1 | Coordinate briefing schedule for VJ SJ motion. |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date:
Matter:

Netflix, Inc.
Valjakka v. Netflix

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 08/27/25 | L M Nemiroff | 2.9 | Draft R. Lamkin's declaration to accompany fees motion. |
| 08/27/25 | L M Nemiroff | 0.2 | Instruct Jennifer to docket the Valjakka CUVTA summary judgment related dates. |
| 08/27/25 | L M Nemiroff | 0.7 | Prepare for (0.2) and attend internal client call (0.5). |
| 08/27/25 | L M Nemiroff | 0.8 | Redact Netflix bills ISO Ramey motion. |
| 08/27/25 | G R Tolle | 1.5 | Develop strategy and coordinate our forthcoming motions, including forthcoming motion for fees, motion to join Plaintiff's owner, and motion to consolidate issues on appeal, based on review of the relevant substantive and procedural requirements. |
| 08/28/25 | T B Carter Jr. | 0.6 | Preparation for and participation on team call to discuss response and reply for CUVTA summary judgment issues. |
| 08/28/25 | T B Carter Jr. | 2.6 | Research for response and reply to CUVTA SJ motions. |
| 08/28/25 | T B Carter Jr. | 0.7 | Review and revise declaration in support of PO violation fees motion. |
| 08/28/25 | J P Mitchell | 3.5 | Assist attorneys with Netflix's motion for attorneys fees, costs in preparation of filing same in Northern District of CA, review Baker Botts invoices, prepare redactions to same and email to L. Nemiroff enclosing same for review. |
| 08/28/25 | L M Nemiroff | 0.5 | Determine Valjakka briefing schedule. |
| 08/28/25 | L M Nemiroff | 0.5 | Discuss plan and strategy for CUVTA summary judgment motion drafting. |
| 08/28/25 | L M Nemiroff | 2.5 | Redact bills related to Ramey protective order violations. |
| 08/28/25 | L M Nemiroff | 3.0 | Revise declaration to accompany fees motion. |
| 08/29/25 | T B Carter Jr. | 2.3 | Preparation of response to Valjakka SJ motion. |
| 08/29/25 | L M Nemiroff | 1.3 | Prepare table for CUVTA SJ briefing. |
| 08/29/25 | L M Nemiroff | 0.3 | Relay upcoming dates in the case including summary judgment motion briefing to Thomas to review. |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date:
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| **Matter Hours** | | **158.5** | |
| **Matter Fees** | | | |

**BAKER BOTTS** L.L.P

Invoice No:
Invoice Date:
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2025 Lawyer Summary**

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| T B Carter Jr. | 87.9 | | | | |
| R D Lamkin | 16.0 | | | | |
| L M Nemiroff | 33.9 | | | | |
| G R Tolle | 2.2 | | | | |
| | **140.0** | | | | |

**2025 Non-Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| J P Mitchell | 18.0 | | | | |
| L Soboleva | 0.5 | | | | |
| | **18.5** | | | | |

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**
September 26, 2025

---

## REMINDER STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

---

**OUTSTANDING INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Total Balance |
|---|---|---|---|---|
| 03/31/25 | | | | |
| 03/31/25 | | | | |
| 04/30/25 | | | | |
| 06/05/25 | | | | |
| 07/30/25 | | | | |
| | | | **Total** | |

**PLEASE NOTE: ALL FIGURES ARE NOT INCLUSIVE OF VAT.**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: September 26, 2025
Matter Number:

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | |
| **Client:** | Netflix, Inc. |
| **Matter:** | Valjakka v. Netflix |
| **Invoice Number:** | |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.

(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.

(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

BAKER BOTTS L.L.P.

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: October 27, 2025
Attorney: R D Lamkin

For professional services rendered through September 30, 2025

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

**BAKER BOTTS** L.L.P

Invoice No:
Invoice Date: October 27, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/01/25 | L M Nemiroff | 1.5 | Research sham declaration doctrine and remedies to support CUVTA summary judgment briefing. |
| 09/02/25 | T B Carter Jr. | 0.4 | Preparation for and participation on call with Perkins team to discuss fees motion submission and declarations. |
| 09/02/25 | T B Carter Jr. | 8.4 | Preparation of draft response to Valjakka's motion for summary judgment. |
| 09/02/25 | T B Carter Jr. | 0.7 | Review and revise draft declaration in support of fees motion. |
| 09/02/25 | L M Nemiroff | 0.8 | Create table to accompany Valjakka's summary judgment opposition breifing. |
| 09/02/25 | L M Nemiroff | 0.4 | Discuss with Perkins team what redactions to include in the public and under seal filed versions of Netflix bills to ensure continuity across teams. |
| 09/02/25 | L M Nemiroff | 0.3 | Discuss with T. Carter strategy of CUVTA summary judgment motion and divide out sections. |
| 09/02/25 | L M Nemiroff | 3.3 | Draft and revise opposition to Valjakka's CUVTA summary judgment motion. |
| 09/02/25 | L M Nemiroff | 3.5 | Prepare and finalize all Baker Botts documents related to Ramey's PO violation for filing. |
| 09/02/25 | L M Nemiroff | 1.1 | Prepare and revise Rachael's declaration accompanying supplemental brief regarding expenses and fees. |
| 09/02/25 | L M Nemiroff | 0.6 | Prepare R. Lamkin's declaration accompanying motion to seal. |
| 09/02/25 | L M Nemiroff | 1.7 | Support Thomas in drafting opposition to CUVTA summary judgment motion by pulling cites and researching case law. |
| 09/03/25 | T B Carter Jr. | 4.3 | Review and revise response to Valjakka's SJ motion. |
| 09/03/25 | J P Mitchell | 0.8 | Review Judge Tigar's order re Netflix's motion to seal confidential motion for summary judgment, exhibits, deadlines to respond to same and email to R. Lamkin, T. Carter, L. Nemiroff enclosing same; review Netflix's opposition to Laurie Valjakka motion for summary judgment and discussion with L. Nemiroff re same, exhibits, file same September 8, 2025 |
| 09/03/25 | L M Nemiroff | 0.5 | Revise opposition to Valjakka's summary judgment motion. |
| 09/04/25 | T B Carter Jr. | 4.1 | Review and revise response to Valjakka's SJ motion. |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: October 27, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/04/25 | J P Mitchell | 0.7 | Review Laurie Valjakka's opposition to motion for summary judgment, exhibits, email to team enclosing same and discussion with T. Carter re opposition, Netflix's opposition to Laurie Valjakka's summary judgment motion, preparation for same. |
| 09/04/25 | L M Nemiroff | 0.5 | Review Valjakka opposition to Netflix's summary judgment motion. |
| 09/05/25 | T B Carter Jr. | 1.2 | Review and summarize Valjakka's resposne to Netflix's MSJ on CUVTA issues. |
| 09/05/25 | L M Nemiroff | 3.4 | Draft reply to Netflix's motion for summary judgment. |
| 09/05/25 | L M Nemiroff | 0.8 | Draft reply to Valjakka's opposition to Netflix's motion for summary judgment. |
| 09/06/25 | L M Nemiroff | 0.3 | Draft opposition to Valjakka's motion for summary judgment. |
| 09/08/25 | T B Carter Jr. | 7.4 | Preparation of draft reply in support of CUVTA SJ motion. |
| 09/08/25 | T B Carter Jr. | 2.3 | Preparation of response to Valjakka's SJ motion for filing. |
| 09/08/25 | R D Lamkin | 2.6 | Review and edit NF opp to VJ CUVTA SJ; review and analyze preliminary injunction order for same |
| 09/08/25 | J P Mitchell | 2.0 | Assist attorneys with Netflix's response to Lauri Valjakka's motion for summary judgment, review, revise response brief, organize exhibits, prepare declaration of R. Lamkin, electronically file same and email to R. Lamkin, T. Carter, L. Nemiroff confirming same. |
| 09/08/25 | L M Nemiroff | 2.5 | Review and revise Netflix's opposition to Valjakka's motion for summary judgment (1.8) and prepare and review exhibits for filing (0.7). |
| 09/08/25 | L M Nemiroff | 1.6 | Review and revise Netflix's opposition to Valjakka's motion for summary judgment under CUVTA. |
| 09/09/25 | T B Carter Jr. | 1.8 | Revise reply ISO SJ motion. |
| 09/09/25 | J P Mitchell | 0.9 | Assist attorneys with Netflix's reply in support of motion for summary judgment in preparation of submission of same in Northern District of CA September 11, 2025. |
| 09/09/25 | L M Nemiroff | 1.2 | Draft reply in support of Netflix's motion for summary judgment under CUVTA. |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: October 27, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/09/25 | L M Nemiroff | 0.2 | Revise Valjakka briefing |
| 09/09/25 | L Soboleva | 0.5 | Reviewed and organized case materials for distribution and files. |
| 09/10/25 | J P Mitchell | 2.5 | Review Judge Tigar's order granting Lauri Valjakka's motion to seal confidential exhibits; assist attorneys with Netflix's reply in support of motion for summary judgment, prepare declaration of R. Lamkin, prepare redline exhibit and email to T. Carter, L. Nemiroff enclosing same for review in preparation of submission of same September 11, 2025. |
| 09/10/25 | L M Nemiroff | 0.4 | Draft reply to Netflix's motion for summary judgment under CUVTA. |
| 09/11/25 | T B Carter Jr. | 3.8 | Prepare reply ISO SJ motion for filing. |
| 09/11/25 | J P Mitchell | 2.5 | Assist attorneys with Netflix's reply in support of motion for summary judgment, review, revise Netflix's reply brief, declaration of R. Lamkin, finalize exhibit, electronically file same and email to R. Lamkin, T. Carter, L. Nemiroff confirming same. |
| 09/11/25 | L M Nemiroff | 0.2 | Review Valjakka's reply to his motion for summary judgment. |
| 09/15/25 | J P Mitchell | 0.7 | Review Judge Tigar's order denying Netflix's motion to seal summary judgment materials, email to R. Lamkin, T. Carter, L. Nemiroff enclosing same and discussion with L. Nemiroff re order, unsealing confidential submissions; review Lauri Valjakka's reply in support of motion for summary judgment, supporting declaration, exhibits and email to team enclosing same for review. |
| 09/15/25 | L M Nemiroff | 0.4 | Research procedure on what Netflix must do after J. TIgar's denial of motion to seal. |
| 09/15/25 | L M Nemiroff | 0.1 | Review Valjakka's reply to Valjakka's motion for summary judgment. |
| 09/23/25 | L Soboleva | 0.1 | Reviewed and organized case materials for distribution and files. |
| 09/26/25 | T B Carter Jr. | 0.8 | Review motion to stay filed by Valjakka. |
| 09/26/25 | L M Nemiroff | 0.6 | Draft summary of whether or not Valjakka waived privilege related to all documents. |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: October 27, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/26/25 | L M Nemiroff | 0.2 | Review Valjakka's motion to stay. |

| | |
|---|---|
| **Matter Hours** | **74.6** |
| **Matter Fees** | |

**BAKER BOTTS L.L.P.**

Invoice No:
Invoice Date: October 27, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2025 Lawyer Summary**

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| T B Carter Jr. | 35.2 | | | | |
| R D Lamkin | 2.6 | | | | |
| L M Nemiroff | 26.1 | | | | |
| | **63.9** | | | | |

**2025 Non-Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| J P Mitchell | 10.1 | | | | |
| L Soboleva | 0.6 | | | | |
| | **10.7** | | | | |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: October 27, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

**For Expenses Incurred :**

Vendor: Pricewaterhousecoopers Invoice#: 279A007036 Date: 09/05/2025 - Legal Services - Forensics and eDiscovery work

Vendor: Pricewaterhousecoopers Invoice#: 279A007270 Date: 09/08/2025 - Legal Services - Legal Services

**Total Expenses**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**
October 27, 2025

---

## REMINDER STATEMENT

| | |
|---|---|
| **Mtter Nunber:** | |
| **Client:** | Netflix, Inc. |
| **Mtter:** | Valjakka v. Netflix |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

---

**OUTSTANDING INVOICES**

| Invoice Date | Invoice Nunber | Invoice Amount | Payments | Total Balance |
|---|---|---|---|---|
| 03/31/25 | | | | |
| 03/31/25 | | | | |
| 04/30/25 | | | | |
| 06/05/25 | | | | |
| 07/30/25 | | | | |
| | | | **Total** | |

**PLEASE NOTE: ALL FIGURES ARE NOT INCLUSIVE OF VAT.**

BAKER BOTTS L.L.P.

Austin Brussels Dallas Dubai Houston London New York Palo Alto Riyadh **San Francisco** Singapore Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: October 27, 2025
Matter Number:

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | |
| **Client:** | Netflix, Inc. |
| **Matter:** | Valjakka v. Netflix |
| **Invoice Number:** | |
| **Billing Attorney:** | R D Lamkin |
| **Office:** | San Francisco |

| | |
|---|---|
| **Total Fees** | |
| **Total Expenses** | |
| **Total Invoice Amount** | |

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.
(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.
(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

Invoice Number:
Invoice Date: November 25, 2025
Attorney: R D Lamkin

For professional services rendered through October 31, 2025

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| **Total Current Due** | |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: November 25, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 10/02/25 | T B Carter Jr. | 0.3 | Preparation for and participation on team call to discuss response to motion to stay. |
| 10/02/25 | L M Nemiroff | 0.3 | Discuss with internal team outline and strategy for opposition to Valjakka's motion to stay. |
| 10/06/25 | T B Carter Jr. | 2.4 | Preparation of draft response to motion to stay. |
| 10/06/25 | L M Nemiroff | 7.1 | Draft opposition to Valjakka's motion to stay. |
| 10/07/25 | T B Carter Jr. | 7.3 | Preparation of draft response to motion to stay. |
| 10/07/25 | L M Nemiroff | 3.9 | Draft opposition to Valjakka's motion to stay. |
| 10/08/25 | T B Carter Jr. | 0.3 | Preparation for and participation on team call to discuss response to motion to stay. |
| 10/08/25 | T B Carter Jr. | 2.8 | Preparation of revisions to response to motion to stay. |
| 10/08/25 | R D Lamkin | 3.7 | Revise opposition to VJ stay motion; review and analyze documentary record and pleading record for same |
| 10/08/25 | L M Nemiroff | 1.3 | Review opposition to Valjakka's motion to stay before filing. |
| 10/09/25 | T B Carter Jr. | 2.2 | Preparation of response to motion to stay for filing. |
| 10/09/25 | L M Nemiroff | 0.8 | Review and provide feedback on draft opposition to Valjakka's motion to stay. |
| 10/30/25 | L M Nemiroff | 0.4 | Research contractual and procedural requirements for terminating engagement with PwC. |

| | |
|---|---|
| **Matter Hours** | **32.8** |
| **Matter Fees** | |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: November 25, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2025 Lawyer Summary**

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| T B Carter Jr. | 15.3 | | | | |
| R D Lamkin | 3.7 | | | | |
| L M Nemiroff | 13.8 | | | | |
| | **32.8** | | | | |

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**
November 25, 2025

## REMINDER STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

**OUTSTANDING INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Total Balance |
|---|---|---|---|---|
| 03/31/25 | | | | |
| 03/31/25 | | | | |
| 04/30/25 | | | | |
| 06/05/25 | | | | |
| 07/30/25 | | | | |
| 10/27/25 | | | | |
| | | | **Total** | |

**PLEASE NOTE: ALL FIGURES ARE NOT INCLUSIVE OF VAT.**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032-1815

**Due Upon Receipt**

Invoice Number:
Invoice Date: November 25, 2025
Matter Number:

## REMITTANCE STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Invoice Number:**
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.

(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.

(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.

| | |
|---|---|
| Invoice Number: | |
| Invoice Date: | December 17, 2025 |
| Attorney: | R D Lamkin |

For professional services rendered through November 30, 2025

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| **Total Current Due** | |

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: December 17, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/05/25 | L M Nemiroff | 0.4 | Collect Morehouse document production from PwC and confirm completeness. |
| 11/21/25 | R D Lamkin | 2.3 | Review and analyze Ramey cited law regarding immediete appeal of fees order |
| 11/24/25 | R D Lamkin | 2.2 | Draft Opp to Ramey Mot and revise same |
| 11/26/25 | J M Joyce | 0.4 | Finalize and file Memorandum in Support of Opposition to Motion for Partial Entry of Final Judgment and Declaration in support of same. |

**Matter Hours** **5.3**

**Matter Fees**

**BAKER BOTTS LLP**

Invoice No:
Invoice Date: December 17, 2025
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2025 Lawyer Summary**

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| R D Lamkin | 4.5 | | | | |
| L M Nemiroff | 0.4 | | | | |
| | **4.9** | | | | |

**2025 Non-Lawyer Summary**

| Timekeeper | Hours | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| J M Joyce | 0.4 | | | | |
| | **0.4** | | | | |

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.

**Due Upon Receipt**
December 17, 2025

---

## REMINDER STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

---

**OUTSTANDING INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Total Balance |
|---|---|---|---|---|
| 11/25/25 | | | | |
| | | | **Total** | |

**PLEASE NOTE: ALL FIGURES ARE NOT INCLUSIVE OF VAT.**

**BAKER BOTTS** L.L.P.

Austin New York
Brussels Palo Alto
Dallas Riyadh
Dubai **San Francisco**
Houston Singapore
London Washington

Netflix, Inc. **Due Up on Receip t**

Invoice Number:
Invoice Date: December 17, 2025
Matter Number:

## REMITTANCE STATEMENT

**Matter Nmber:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Invoice Nmber:**
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.
(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.
(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.

| | |
|---|---|
| Invoice Number: | |
| Invoice Date: | January 30, 2026 |
| Attorney: | R D Lamkin |

For professional services rendered through December 31, 2025

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Current Due** | |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: January 30, 2026
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 12/23/25 | N A Baniel | 1.7 | Draft interrogatories and revise offensive discovery drafted by Apple. |

| | |
| --- | --- |
| **Matter Hours** | **1.7** |
| **Matter Fees** | |

BAKER BOTTS L.L.P.

Invoice No:
Invoice Date: January 30, 2026
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2025 Lawyer Summary**

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| N A Baniel | 1.7 | | | | |
| | **1.7** | | | | |

**BAKER BOTTS** L.L.P.

Invoice No:
Invoice Date: January 30, 2026
Matter:

Netflix, Inc.
Valjakka v. Netflix

**For Expenses Incurred :**

Vendor: Croke Fairchild Duarte & Beres Invoice#: 128864 Date: 06/12/2025 - Professional Services - Professional Services

**Total Expenses**

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.

**Due Upon Receipt**

Invoice Number:
Invoice Date: January 30, 2026
Matter Number:

---

## REMITTANCE STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Invoice Number:**
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

---

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

---

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.

(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.

(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

**BAKER BOTTS L.L.P.**

Austin
Brussels
Dallas
Dubai
Houston
London
New York
Palo Alto
Riyadh
**San Francisco**
Singapore
Washington

Netflix, Inc.

| | |
|---|---|
| Invoice Number: | |
| Invoice Date: | February 26, 2026 |
| Attorney: | R D Lamkin |

For professional services rendered through January 31, 2026

Valjakka v. Netflix

| | |
|---|---|
| Total Current Fees | |
| **Total Current Due** | |

**BAKER BOTTS** LLP

Invoice No:
Invoice Date: February 26, 2026
Matter:

Netflix, Inc.
Valjakka v. Netflix

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/26/26 | T B Carter Jr. | 1.8 | Review mCom order and potential for use as |
| 01/26/26 | L M Nemiroff | 1.7 | Provide recommendation to R. Lamkin as to whether we should |

**Matter Hours** **3.5**

**Matter Fees**

BAKER BOTTS LLP

Invoice No:
Invoice Date: February 26, 2026
Matter:

Netflix, Inc.
Valjakka v. Netflix

**2026 Lawyer Summary**

| Timekeeper | HOURS | Standard Rate | Standard Amount | Discounted Rate | Discounted Amount |
|---|---|---|---|---|---|
| T B Carter Jr. | 1.8 | | | | |
| L M Nemiroff | 1.7 | | | | |
| | **3.5** | | | | |

**BAKER BOTTS L.L.P.**

| | |
|---|---|
| Austin | New York |
| Brussels | Palo Alto |
| Dallas | Riyadh |
| Dubai | **San Francisco** |
| Houston | Singapore |
| London | Washington |

Netflix, Inc.

**Due Upon Receipt**

Invoice Number:
Invoice Date: February 26, 2026
Matter Number:

## REMITTANCE STATEMENT

**Matter Number:**
**Client:** Netflix, Inc.
**Matter:** Valjakka v. Netflix
**Invoice Number:**
**Billing Attorney:** R D Lamkin
**Office:** San Francisco

**Total Fees**

**Total Expenses**

**Total Invoice Amount**

ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.
(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.
(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)