# EXHIBIT D