**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

LAURI VALJAKKA,

*Plaintiff*,

v.

NETFLIX, INC.,

*Defendant*.

**Case No. 4:22-cv-01490-JST**

**[PROPOSED] ORDER GRANTING NETFLIX, INC'S SEPARATE PROPOSAL REGARDING ATTORNEYS' FEE LIABILITY OF WILLIAM RAMEY AND RAMEY LLP (RE: ECF NO. 416)**

Before the Court is Defendant Netflix, Inc.'s ("Netflix") Separate Proposal Regarding Fee Liability of William Ramey and Ramey LLP. In its July 13, 2026 Order, the Court awarded fees to Netflix "from attorney William Ramey and the law firm Ramey LLP, jointly and severally liable with [Plaintiff] Valjakka, in an amount to be determined," but that "the amount of fees awarded shall not exceed $3,000,000." ECF No. 416 at 23:13-20. The Court further ordered "the parties … to meet and confer and submit joint or separate proposals, not to exceed five pages each, explaining the amount of fees for which Ramey is liable." *See id.* at 23:15-17.

The Court, having carefully considered the parties' submissions, the record, the applicable law, and any arguments related thereto, hereby orders pursuant to 28 U.S.C. § 1927 and the Court's inherent authority that Mr. Ramey and Ramey LLP are jointly and severally liable for the entire $3,000,000 fee award to Netflix. The Court finds that Mr. Ramey's and Ramey LLP's bad faith misconduct—maintaining patent infringement claims involving a patent that they knew Plaintiff did not own and withholding information about CDN and AiPi during discovery—caused Netflix to incur at least $3,368,481 in reasonable attorneys' fees, including after Mr. Ramey and Ramey LLP withdrew. Pursuant to ECF No. 416, however, the Court limits the award of fees against Mr. Ramey and Ramey LLP (jointly and severally with Plaintiff Valjakka) to $3,000,000.

**IT IS SO ORDERED**

Dated: By:____________________________

Hon. Jon S. Tigar
DISTRICT COURT JUDGE