Sarah E. Piepmeier, Bar No. 227094
SPiepmeier@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

***Additional attorneys listed on signature page.***
***Attorneys for Defendant***
***NETFLIX, INC.***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LAURI VALJAKKA,<br><br>*Plaintiff*,<br><br>v.<br><br>NETFLIX, INC.,<br><br>*Defendant*. | **Case No. 4:22-cv-01490-JST**<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY JASSIEM MOORE FOR DEFENDANT NETFLIX INC.** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Jassiem Moore is no longer affiliated with the firm of Ashurst Perkins Coie US LLP. For this reason, Netflix, Inc. respectfully requests that Mr. Moore be removed as counsel of record and removed from the service list in the above-entitled action. Netflix, Inc. will remain represented by its other counsel of record at Ashurst Perkins Coie US LLP and Baker Botts L.L.P.

Dated: September 1, 2026

Respectfully submitted,

*/s/ Sarah E. Piepmeier*

Sarah E. Piepmeier, Bar No. 227094
ASHURST PERKINS COIE US LLP505
Howard Street, Suite 1000
San Francisco, California 94105
SPiepmeier@perkinscoie.com
Telephone: +1.415.644.7000
Facsimile: +1.415.344.7050

Andrew T. Dufresne (appearance *pro hac vice*)
Adam Hester, Bar No. 311206
ASHURST PERKINS COIE US LLP
33 East Main Street, Suite 201
Madison, WI 53703
andrew.dufresne@ashurstperkins.com
adam.hester@ashurstperkins.com
Telephone: +1.608.663.7460
Facsimile: +1.608.663.7499

Janice L. Ta (appearance *pro hac vice*)
ASHURST PERKINS COIE US LLP405
Colorado Street, Suite 1700
Austin, Texas 78701
JTa@perkinscoie.com
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Jonathan Tietz (appearance *pro hac vice*)
ASHURST PERKINS COIE US LLP
700 Thirteenth Street N.W., Suite 800
Washington, DC 20005-3960
jonathan.tietz@ashurstperkins.com
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

Rachael D. Lamkin (SBN 246066)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: + 1.415. 291.6200
Facsimile: +1.415.291.6300
rachael.lamkin@bakerbotts.com
karan.dhadialla@bakerbotts.com

***Attorneys for Defendant***
***NETFLIX, INC.***