Lauri Valjakka
Arinakatu 2 B 38
FI-53100 Lappeenranta, Finland
Telephone: +358 50 467 0090
Email: lauri.valjakka@eezykeyz.fi
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

**LAURI VALJAKKA,**

Plaintiff,

v.

**NETFLIX, INC.,**
Defendant.

**Case No. 4:22-cv-01490-JST**

**PLAINTIFF LAURI VALJAKKA'S NOTICE OF RE-NOTICING ECF NO. 425 MOTION TO ALTER OR AMEND THE JULY 13, 2026 ATTORNEYS' FEES ORDER (ECF NO. 416)**

**Hearing Date:** December 17, 2026
**Time:** 2:00 p.m.
**Mode:** Zoom webinar, unless otherwise ordered
**Judge:** Hon. Jon S. Tigar

**TO THE COURT, DEFENDANT NETFLIX, INC., AND ALL COUNSEL OF RECORD:**

Pursuant to ECF No. 427, Plaintiff Lauri Valjakka hereby re-notices, and does not re-file, his Motion to Alter or Amend the July 13, 2026 Attorneys' Fees Order (ECF No. 416) Pursuant to Fed. R. Civ. P. 59(e) (ECF No. 425) for hearing on Thursday, December 17, 2026, at 2:00 p.m. before the Honorable Jon S. Tigar.

ECF No. 427 vacated the September 17, 2026 hearing because that date was unavailable, directed that ECF No. 425 be re-noticed rather than re-filed, and stated that the briefing schedule remains in effect. This notice does not modify ECF No. 425 or its attachments and does not request any change to the briefing schedule.

Judge Tigar's Scheduling Notes, last updated September 2, 2026, identify December 17, 2026 as the next available Civil Law and Motion date. Unless otherwise ordered, the hearing will proceed by Zoom webinar in accordance with Judge Tigar's calendar instructions.

Dated: September 2, 2026

Respectfully submitted,
/s/ Lauri Valjakka
Lauri Valjakka, Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

I certify that on September 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system. The CM/ECF system will send a Notice of Electronic Filing to all registered counsel of record.

/s/ Lauri Valjakka