**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LAURI VALJAKKA,<br>*Plaintiff*,<br>v.<br>NETFLIX, INC.,<br>*Defendant*. | Case No. 4:22-cv-01490-JST<br>**[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [SEPARATE PROPOSAL RE: RAMEY ATTORNEYS' FEE LIABILITY]** |

On August 31, 2026, Defendant Netflix, Inc. ("Netflix") filed an Administrative Motion to File Documents Under Seal ("Motion to Seal") relating to its Motion for Attorneys' Fees, which is narrowly tailored to seal only the sealable material, pursuant to Local Rules 7-11 and 79-5. Netflix lists in the table below each document or portion thereof that it seeks to seal.

The Court having reviewed the evidence in support of the Motion to Seal, finds that the following constitutes sealable material under Local Rule 79-5:

| **Document** | **Entirety Or Redacted** | **Designating Party** | **Basis for Request to File Under Seal** |
|---|---|---|---|
| Exhibits A and B to the Hester Fee Declaration. | Yellow Highlighted Redactions on the Following Pages:<br><br>Exhibit A: 1-3, 8-9, 14-15, 21-23, 28-29, 34-36, 41-42, 46-48, 56-57, 64-65, 72-74, 83-84, 90-92, 100-101, 108-110, 119-120, 128-130, 137-138, 146-149, 158-160, 173-75, 188-190, 200-202, 216-217, 228-231, 241-243, 250-251, 254-256, 260-262, 265-269, 271-272, 274-275, 277-284, 286-290, 292-293, 298-300, 304-306, 312-313, 318-320, 324-325, 328-329, 332-333, 339-340, 344-345, 347-349, 351-356.<br><br>Exhibit B: 1-3 (All Pages). | Netflix (with its outside counsel Ashurst Perkins Coie) | Exhibits A and B to the Hester Fee Declaration contain highly confidential business information of Netflix and its outside counsel, Ashurst Perkins Coie.<br><br>The limited portions that Netflix seeks to seal on these pages include negotiated billing rates for outside counsel at Ashurst Perkins Coie as well as information that could be used to derive those rates. *See* 386-02 (Piepmeier Sealing Decl.), ¶¶3-4 (discussing versions of same documents submitted as Exhibits ZV and ZW).<br><br>Netflix respectfully requests that the highlighted portions of these exhibits be redacted. |
| Exhibit A to the Hester Fee Declaration. | Yellow Highlighted Redactions on the Following Pages: 4-5, 7-8, 10-14, 16-21, 24-28, 30-34, 37-40, 43-46, 49-56, 58, 61-64, 66-72, 75-79, 81-82, 85, 87-90, 93-99, 102-104, 107-08, 111-118, 121, 123, 125-128, 133-137, 139-146, 152-157, 162, 164, 168-172, 176-187, 191-194, 196-200, 203-215, 220-221, 224-227, 232-234, 236-241, 244, 247-250, 257-260, 270, 273, 279, 282, 288, 303, 308, 317-318, 321-322, 326, 350, 355. | Netflix (with its outside counsel Ashurst Perkins Coie) | Exhibit A to the Hester Fee Declaration contains highly confidential business information of Netflix and its outside counsel, Ashurst Perkins Coie.<br><br>The limited portions that Netflix seeks to seal to seal on these pages include information that is confidential, attorney-client privileged, attorney work product, or describes any of the foregoing. *See* Hester Sealing Decl., ¶3. |

| Document | Entirety Or Redacted | Designating Party | Basis for Request to File Under Seal |
|---|---|---|---|
| | | | Netflix respectfully requests that the highlighted portions of this exhibit be redacted. |
| Exhibit A to the Hester Fee Declaration. | Yellow Highlighted Redactions on All Pages. | Netflix (with its outside counsel Ashurst Perkins Coie) | Exhibit A to the Hester Fee Declaration contains highly confidential business information of Netflix and its outside counsel, Ashurst Perkins Coie.<br><br>The limited portions that Netflix seeks to seal on these pages include bank account, tax identification, routing instructions, client-matter and similar information. *See* Hester Sealing Decl., ¶3.<br><br>Netflix respectfully requests that the highlighted portions of this exhibit be redacted. |
| Exhibit C to the Hester Fee Declaration. | Yellow Highlighted Redactions on the Following Pages:<br><br>Exhibit C: 1, 3-6, 13-17, 23-27, 30-35, 39-55, 59-74, 76-81, 83-87, 89-99, 103-109, 112-115, 121-126, 141-147, 152-157, 175-180, 188-193, 203-209, 214-219, 223-228, 234-238, 242-265. | Netflix (with its outside counsel Baker Botts) | Exhibit C to the Hester Fee Declaration contains highly confidential business information of Netflix and its outside counsel, Baker Botts.<br><br>The limited portions that Netflix seeks to seal on these pages include negotiated billing rates for outside counsel at Baker Botts, as well as information that could be used to derive those rates. *See* ECF No. 386-03 (Lamkin Sealing Decl.), ¶¶5-6 (discussing versions of same documents submitted as Exhibit 1).<br><br>Netflix respectfully requests that the highlighted portions of this exhibit be redacted. |
| Exhibit C to the Hester Fee Declaration. | Yellow Highlighted Redactions on the Following Pages:<br><br>Exhibit C: 2-3, 7-11, 18-20, 23, 28, 131, 137, 170, 181, 184-88, 200, 203, 210-211, 241, 263. | Netflix (with its outside counsel Baker Botts) | Exhibit C to the Hester Fee Declaration contains highly confidential business information of Netflix and its outside counsel, Baker Botts.<br><br>The limited portions that Netflix seeks to seal on these pages include information that is confidential, attorney-client privileged, attorney work |

| Document | Entirety Or Redacted | Designating Party | Basis for Request to File Under Seal |
|---|---|---|---|
| | | | product, or describes any of the foregoing. *See* ECF No. 386-03 (Lamkin Sealing Decl.), ¶7.<br><br>Netflix respectfully requests that the highlighted portions of this exhibit be redacted. |
| Exhibit C to the Hester Fee Declaration. | Yellow Highlighted Redactions on All Pages. | Netflix (with its outside counsel Baker Botts) | Exhibit C to the Hester Fee Declaration contains highly confidential business information of Netflix and its outside counsel, Baker Botts.<br><br>The limited portions that Netflix seeks to seal on these pages include Tax ID numbers, invoice numbers, matter numbers, bank account and similar information. *See* ECF No. 386-03 (Lamkin Sealing Decl.), ¶7.<br><br>Netflix respectfully requests that the highlighted portions of this exhibit be redacted. |
| Exhibit D to the Hester Fee Declaration. | Entirely | Netflix (with its outside counsel Ashurst Perkins Coie and Baker Botts) | Exhibit D to the Hester Fee Declaration contains highly confidential business information of Netflix and its outside counsel, Ashurst Perkins Coie and Baker Botts. *See* Hester Sealing Decl., ¶4.<br><br>The information in Exhibit D that Netflix seeks to seal includes information that could be used to derive negotiated billing rates for outside counsel at Ashurst Perkins Coie and Baker Botts.<br><br>Netflix respectfully requests that this exhibit be redacted. |

Therefore, IT IS HEREBY ORDERED that Defendant Netflix's Administrative Motion is GRANTED. The unredacted declarations and designated exhibits in support of Motion for Attorneys' Fees shall be filed under seal pursuant to L.R. 79-5(c).

**IT IS SO ORDERED.**

Dated: September 4, 2026

Hon. JON S. TIGAR
DISTRICT COURT JUDGE