CUAUHTEMOC ORTEGA (SBN 257443)
cortega@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr. N., Ste 600
Cerritos, CA 90703
Tel: (213) 995-6805

*Counsel for William P. Ramey, III*
*and Ramey LLP*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LAURI VALJAKKA<br>*Plaintiff*,<br>v.<br>NETFLIX INC.,<br>*Defendant*. | Case No. 4:22-cv-01490-JST<br>**SUPPLEMENTAL DECLARATION OF WILLIAM P. RAMEY, III IN SUPPORT OF MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANT'S MOTION FOR ATTORNEY'S FEES (ECF No. 416)**<br>Judge: Hon. Jon S. Tigar |

I, William P. Ramey, III, declare as follows:

1. I am the managing partner of Ramey LLP. I am over the age of 18, have personal knowledge of the facts stated in this declaration, and could testify to them if called as a witness. I submit this declaration in support of Respondents' Motion for Leave to File a Motion for Reconsideration of the Order Granting Defendant's Motion for Attorney's Fees (ECF No. 416). I incorporate by reference my prior declarations related to the attorney's fees issue, filed with my opposition to Netflix's fee motion (ECF No. 402-1) and with my subsequent Fee Proposal (ECF No. 441-1)

2. On May 22, 2026, I signed the declaration filed at ECF No. 402-1. At that time, I did not have in hand, and did not recall the existence of, the November 13-14, 2021, email exchange between Erick Robinson and me under the subject line "Transfer of Morehouse cases," later filed with Respondents' Proposal Re: Order Granting Defendant's Motion for Attorney's Fees, ECF No. 441-3. My statements concerning my November 2021 communications with Mr. Robinson in ECF No. 402-1 ¶¶ 4–20 and at the July 2, 2026, hearing on the Fee Motion were based on my recollection of our communications.

3. On July 14, 2026, after receiving and reviewing the Court's Fee Order, I instructed Tina Hueske, a paralegal with Ramey LLP, to request CITOC, the IT company my firm works with, to make the firm's archived emails available to me within Outlook so that I could search them. CITOC's Michael Roebuck subsequently made the archived emails available to me. I do not recall the precise date on which I first accessed and searched the archive, but it was within a few days of my July 14 request. I searched for communications sent to or received from Mr. Robinson between September 1 and December 31, 2021, using the search term "Robinson." That search located the November 13-14, 2021, exchange filed at ECF No. 441-3.

4. As discussed in ECF No. 441, the Finnish-language Helsinki District Court and Court of Appeal judgments were produced to Netflix during discovery. The judgments were included in plaintiff's first document production on August 20, 2022, and were produced again on August 31, 2022. ECF Nos. 441-4 through 441-7. These documents were sent to Netflix in response to its first set of requests for production within around 60 days of receipt.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 21, 2026, at Houston, Texas.

/s/ William P. Ramey, III
WILLIAM P. RAMEY, III
(*electronically signed by counsel with permission*)