**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LAURI VALJAKKA<br>*Plaintiff*,<br>v.<br>NETFLIX INC.,<br>*Defendant*. | Case No. 4:22-cv-01490-JST<br>**[PROPOSED] ORDER GRANTING RESPONDENTS WILLIAM P. RAMEY, III AND RAMEY LLP'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANT'S MOTION FOR ATTORNEY'S FEES (ECF NO. 416)**<br>Judge: Hon. Jon S. Tigar |

Before the Court is the motion of Respondents William P. Ramey, III and Ramey LLP for leave to file a motion for reconsideration of the Order Granting Defendant's Motion for Attorney's Fees (ECF No. 416). Having considered the motion and the record, and good cause appearing, the Court finds that Respondents have established grounds for leave under Civil Local Rule 7-9(b)(1), Federal Rule of Civil Procedure 54(b), and the Court's inherent authority.

The motion for leave is GRANTED. Respondents shall file their motion for reconsideration, presently attached to the motion for leave to file as Exhibit 1, within (3) days of this Order, in substantially the same form. Defendant Netflix, Inc. shall file any opposition within (14) days thereafter, and Respondents may file a reply within (7) days after the opposition is filed.

//

//

The Court will determine whether a hearing is necessary after considering the parties' briefing. The attorney's fee determination as to Respondents is stayed pending resolution of the motion to reconsider.

IT IS SO ORDERED.

DATED:

JON S. TIGAR
United States District Judge